NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC.,**
*Plaintiff-Appellant*

v.

**QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,**
*Defendants-Appellees*

---

2026-1033, 2026-1035

---

Appeals from the United States District Court for the Middle District of Florida in No. 6:14-cv-00687-PGB-LHP, Judge Paul G. Byron.

---

**ON MOTION**

---

Before LINN, *Circuit Judge*.

**O R D E R**

Upon consideration of ParkerVision, Inc.'s unopposed motion to expedite,

IT IS ORDERED THAT:

The motion is granted to the following extent: the opening brief is due no later than December 1, 2025; the

2          PARKERVISION, INC. v. QUALCOMM INCORPORATED

response brief is due no later than January 16, 2026; the reply brief is due no later than February 6, 2026; and the joint appendix is due no later than 7 days after service of the reply brief. No extensions of time should be anticipated. The case shall be scheduled for the next available argument session after briefing is complete.

FOR THE COURT

October 22, 2025
Date

Jarrett B. Perlow
Clerk of Court