FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1033

**Short Case Caption:** ParkerVision, Inc. v. Qualcomm Incorporated

**Filing Party/Entity:** Qualcomm Incorporated; Qualcomm Atheros, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| M.D. Fla. (Orlando) | 6:14-cv-00687 | Patent |

Relief sought on appeal:  ☐ None/Not Applicable

Dismissal of appeal for lack of jurisdiction or, in the alternative, affirmance of partial summary judgment of non-infringement.

Relief awarded below (if damages, specify):  ☐ None/Not Applicable

Partial summary judgment of non-infringement in favor of Qualcomm.

Briefly describe the judgment/order appealed from:

The district court entered "partial summary judgment" of non-infringement for claims 1 and 10 of the '907 Patent and claims 24 and 331 of the '940 Patent, but expressly exempted from that judgment claims 25, 26, 368, and 369 of the '940 Patent, which remain pending and stayed before the district court.

Nature of judgment (select one):          Date of judgment: 10/2/25

    ☐ Final Judgment, 28 USC § 1295
    ☒ Rule 54(b)
    ☐ Interlocutory Order (specify type) _____
    ☐ Other (explain) _____

FORM 26. Docketing Statement                                Form 26 (p. 2)
                                                            July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

ParkerVision, Inc. v. Qualcomm Incorporated, 2022-1755; opinion authored by Circuit Judge Stark.

Issues to be raised on appeal:  ☐ None/Not Applicable

Among other issues, whether this Court may exercise appellate jurisdiction over a "partial summary judgment" of non-infringement with respect to some but not all asserted patent claims of a patent-in-suit.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

James Matulis.

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

The parties have previously discussed settlement.  Qualcomm does not believe that additional efforts at settlement would be successful at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 10/23/25              Signature: /s/ Matthew M. Werdegar

                           Name:     Matthew M. Werdegar

Save for Filing