Nos. 2026-1033, -1035

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PARKERVISION, INC.,
Plaintiff-Appellant,

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,
Defendants-Appellees.

Appeals from the United States District Court for the
Middle District of Florida, No. 6:14-cv-687-PGB-LHP

## PLAINTIFF-APPELLANT PARKERVISION, INC.'S OPENING BRIEF

Kevin Burgess
MCKOOL SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, Texas 75670

Colin Hickl
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1200
Dallas, Texas 75201

Charles E. Fowler, Jr.
Joshua W. Budwin
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, Texas 78701
(512) 692-8722
cfowler@mckoolsmith.com

Counsel for Plaintiff-Appellant ParkerVision, Inc.

CLAIM LANGUAGE AT ISSUE

**U.S. Patent No. 6,091,940**

**22.** An apparatus for communicating comprising:

(a)   a transmitting subsystem comprising:

(1)   a switch module having a first input connected to a bias signal, a control input connected to a control signal, and an output generating a periodic signal, wherein said control signal is an oscillating signal, said control signal causing said switch module to gate said bias signal, said periodic signal having an amplitude that is a function of said bias signal, and said periodic signal being a harmonically rich signal comprised of a plurality of harmonics, and

(2)   a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

(b)   a receiving subsystem.

…

**24.** The apparatus of claim 22, wherein said receiving subsystem comprises:

an aliasing module, further comprising:

(1)   a universal frequency translation (UFT) module, said UFT module aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal, and transferring energy from said electromagnetic signal at said aliasing rate;

(2)   a signal generator generating said aliasing signal, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and

(3)   a storage device storing energy from said UFT module.

**U.S. Patent No. 7,218,907**

**1.** A method for down-converting an electromagnetic signal, comprising:

i

periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;

providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;

providing, during the periodic couplings, energy from the electromagnetic signal to the load; and

providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

whereby the energy provided to the load forms a down-converted signal.

## CERTIFICATE OF INTEREST

I certify that the following information is accurate and complete to the best of my knowledge:

**1.      The full name of every party or amicus represented by me is:**

ParkerVision, Inc.

**2.      The names of the real parties in interest represented by me are:**

Not applicable.

**3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or *amici curiae* represented by me are:**

None.

**4.      The names of all law firms and the partners or associates that appeared for the party or *amici curiae* now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

| | |
|---|---|
| **McKool Smith, P.C.** | Richard Kamprath, George T. Fishback, Kevin P. Hess, Matthew Cameron, Raymond Mitchell Verboncoeur, John Campbell |
| **Formerly with McKool Smith, P.C.** | Douglas Cawley, Christina A. Ondrick, R. Darryl Burke, Peter M. Hillegas, Jennifer A. Albert, Mario A. Apreotsi, Christine Woodin, Kathy H. Li, Puneet Kohli, Michael Flanigan, Kyle Ryman |
| **Allen, Dyer, Doppelt + Gilchrest, P.A.** | Ava K. Doppelt, Brian R. Gilchrist, Ryan T. Santurri |
| **Kasowitz Benson Torres, LLP** | Maria H. Ruiz, Jacob Abrams, Albert S. Mishaan |
| **Gunster Yoakley & Stewart, P.A.** | George S. LeMieux, Frank A. Florio |

| Freeh Sporkin & Sullivan, LLP (withdrew) | Louis J. Freeh |
|---|---|
| Wittliff Cutter, PLLC (withdrew) | Leah B. Buratti |
| Smith Hulsey & Busey (withdrew) | Stephen D. Busey, John R. Thomas, James A. Bolling (no longer with the firm) |

5.    The title and number of any case known to me to be pending in this or any other court or agency that could directly affect or be directly affected by this court's decision in the pending appeal are:

None.

6.    **Organizational Victims and Bankruptcy Cases.** The information required under Fed. R. App. P. 26.l(b) (organizational victims in criminal cases) and 26.l(c) (bankruptcy case debtors and trustees) is:

Not applicable.

*/s/ Charles E. Fowler, Jr.*
Charles E. Fowler, Jr.

## TABLE OF CONTENTS

CLAIM LANGUAGE AT ISSUE ................................................................ i

CERTIFICATE OF INTEREST ............................................................... iii

TABLE OF CONTENTS ........................................................................ v

TABLE OF AUTHORITIES .................................................................. viii

STATEMENT OF RELATED CASES ..................................................... xii

INTRODUCTION ................................................................................. 1

STATEMENT OF JURISDICTION ......................................................... 3

STATEMENT OF THE ISSUES ............................................................. 7

STATEMENT OF THE CASE ............................................................... 8

    I.    Technological Context .................................................... 8

    II.    Factual Background ..................................................... 10

        A.    ParkerVision pioneered energy sampling down-conversion. .................................................. 10

        B.    The '940 patent recites down-conversion using a UFT module (a switch). ............................... 12

        C.    The '907 patent recites down-conversion using a switch to periodically couple a signal to a storage device and a load. ...................................... 13

    III.    Procedural History ..................................................... 16

        A.    In *ParkerVision I*, this Court understood the '551 patent to claim generating a down-converted signal *at or after* a storage device. ............................ 16

        B.    ParkerVision sued Qualcomm again but asserts no claims with the '551 patent's "generating limitation." ......... 19

        C.    Recognizing the differences between the '907 patent and the '551 patent from *ParkerVision I*, the district court ruled that the old judgment lacks preclusive effect. .............. 19

        D.    Reversing itself, the district court granted summary judgment of preclusion on both the '940 and '907 claims. .................................... 23

        E.    This Court vacated the summary judgment and remanded. .......................................... 24

F.   The district court construed the '940 and '907 claims to read in "generating" a down-converted signal at or after a storage device.................................................. 26

SUMMARY OF THE ARGUMENT ........................................................ 29

STANDARD OF REVIEW ................................................................. 31

ARGUMENT ................................................................................. 32

I.   The district court erred by construing the '940 and '907 claims to require "generating" a down-converted signal at or after a storage device................................................... 32

A.   Claim 24 of the '940 patent does not claim a storage device using stored energy "to generate a down-converted signal." ............................................... 33

1.   Claim 24's plain language unambiguously recites a switch that aliases an input signal to down-convert it. ............................................................... 34

2.   The '940 patent's specification confirms that claim 24's switch down-converts the signal. ........................ 38

3.   Extrinsic evidence confirms that claim 24's switch down-converts the signal. ........................................... 39

4.   No evidence supports reading in a requirement that the capacitor use stored energy to generate a down-converted signal *at or after* the capacitor. ..................... 41

B.   Claim 1 of the '907 patent does not claim a down-conversion method "whereby the energy provided to the load generates a down-converted signal." ........................... 45

1.   Claim 1's plain language recites opening and closing a switch to down-convert an input signal......... 45

2.   The '907 patent's specification confirms that claim 1's switch down-converts the signal............................. 49

3.   Extrinsic evidence confirms that claim 1's switch down-converts the signal. .......................................... 51

4.   No evidence supports reading in a requirement that energy provided to the load generate a down-converted signal *at or after* the capacitor. ..................... 52

II.    This Court should reassign this case on remand.......................... 54

CONCLUSION .............................................................................. 61

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

vii

## TABLE OF AUTHORITIES

**Cases**

*AIA Eng'g Ltd. v. Magotteaux Int'l S/A*,
657 F.3d 1264 (Fed. Cir. 2011) ............................................................39, 52

*Amazon.com, Inc. v. Barnesandnoble.com, Inc.*,
239 F.3d 1343 (Fed. Cir. 2001) ................................................................. 5

*Apple, Inc. v. Ameranth, Inc.*,
842 F.3d 1229 (Fed. Cir. 2016) ................................................................ 37

*Aristocrat Techs. Australia Pty Ltd. v. Int'l Game Tech.*,
709 F.3d 1348 (Fed. Cir. 2013) ................................................................ 37

*Bergstrom v. Sears, Roebuck & Co.*,
599 F.2d 62 (8th Cir. 1979) ...................................................................... 6

*Chudasama v. Mazda Motor Corp.*,
123 F.3d 1353 (11th Cir. 1997) ............................................................... 55

*Clark v. Coats & Clark, Inc.*,
990 F.2d 1217 (11th Cir. 1993) ............................................................... 57

*Cont'l Cirs. LLC v. Intel Corp.*,
915 F.3d 788 (Fed. Cir. 2019) ..................................................... 32, 33, 51

*Gould Inc. v. United States*,
579 F.2d 571 (Ct. Cl. 1978) ....................................................................... 4

*Grace Instrument Indus., LLC v. Chandler Instruments Co., LLC*,
57 F.4th 1001 (Fed. Cir. 2023) .................................32, 33, 34, 41, 42, 49

*Helifix Ltd. v. Blok-Lok, Ltd.*,
208 F.3d 1339 (Fed. Cir. 2000) ................................................................. 6

*Howmedica Osteonics Corp. v. Wright Med. Tech., Inc.*,
540 F.3d 1337 (Fed. Cir. 2008) ............................................................... 42

*Immunex Corp. v. Sanofi-Aventis U.S. LLC*,
977 F.3d 1212 (Fed. Cir. 2020) ............................................................... 42

*Indivior Inc. v. Dr. Reddy's Lab'ys, S.A.*,
  930 F.3d 1325 (Fed. Cir. 2019) ................................................ 39

*Intell. Ventures I LLC v. T-Mobile USA, Inc.*,
  902 F.3d 1372 (Fed. Cir. 2018) ...................................... 33, 38, 52

*Intergraph Corp. v. Intel Corp.*,
  253 F.3d 695 (Fed. Cir. 2001) ................................................ 4, 5

*IQRIS Techs. LLC v. Point Blank Enters., Inc.*,
  130 F.4th 998 (Fed. Cir. 2025) ............................................... 33

*IRIS Corp. Berhad v. United States*,
  843 F. App'x 316 (Fed. Cir. 2021) .......................................... 48

*Jones v. Hardy*,
  727 F.2d 1524 (Fed. Cir. 1984) ................................................. 4

*Markman v. Westview Instruments, Inc.*,
  517 U.S. 370 (1996) ........................................................ 17, 59

*Minton v. Nat'l Ass'n of Sec. Dealers, Inc.*,
  336 F.3d 1373 (Fed. Cir. 2003)............................................... 48

*Olympia Hotels Corp. v. Johnson Wax Dev.*,
  908 F.2d 1363 (7th Cir. 1990) ................................................. 5

*ParkerVision, Inc. v. Qualcomm Inc.*,
  116 F.4th 1345 (Fed. Cir. 2024) ....................................... passim

*Parkervision, Inc. v. Qualcomm Inc.*,
  27 F. Supp. 3d 1266 (M.D. Fla. 2014) ................................ 16, 17

*ParkerVision, Inc. v. Qualcomm Inc.*,
  621 F. App'x 1009 (Fed. Cir. 2015) ................................... passim

*Phillips v. AWH Corp.*,
  415 F.3d 1303 (Fed. Cir. 2005) ......................................... 25, 56

*Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*,
  904 F.3d 965 (Fed. Cir. 2018)................................................ 39

*Pulsifer v. United States,*
    601 U.S. 124 (2024)................................................................48

*Rsch. Corp. Techs. v. Microsoft Corp.,*
    536 F.3d 1247 (Fed. Cir. 2008) .......................................55, 57

*Sigray, Inc. v. Carl Zeiss X-Ray Microscopy, Inc.,*
    137 F.4th 1372 (Fed. Cir. 2025) ......................................31, 41

*Straight Path IP Grp., Inc. v. Sipnet EU S.R.O.,*
    806 F.3d 1356 (Fed. Cir. 2015) ...................................32, 34, 38

*Trudell Med. Int'l Inc. v. D R Burton Healthcare, LLC,*
    127 F.4th 1340 (Fed. Cir. 2025)......................................54, 58

*United States v. Gupta,*
    572 F.3d 878 (11th Cir. 2009) ........................................55, 60

*United States v. Martin,*
    455 F.3d 1227 (11th Cir. 2006).............................................57

*United States v. Torkington,*
    874 F.2d 1441 (11th Cir. 1989) ...................................57, 58, 60

*W.L. Gore & Assocs., Inc. v. Int'l Med. Prosthetics Rsch. Assocs., Inc.,*
    975 F.2d 858 (Fed. Cir. 1992) .................................................4

**Statutes**

28 U.S.C. § 1292(b)................................................................ 6, 7

28 U.S.C. § 1295(a)(1) ...............................................................3

28 U.S.C. § 1338........................................................................3

35 U.S.C. § 282(a) .....................................................................4

**Rules**

Fed. R. App. P. 4(a) ...................................................................3

Fed. R. Civ. P. 54(b) .........................................................3, 4, 5, 6

**Other Authority**

10 Daniel R. Coquillette, *et al.*, Moore's Federal Practice § 54.22 (3d ed. Dec. 2025 update) ............................................................................. 5

## STATEMENT OF RELATED CASES

This Court previously decided one appeal from the same civil action, vacating summary judgment for Qualcomm and against ParkerVision and remanding to the district court. *See ParkerVision, Inc. v. Qualcomm Inc.*, 116 F.4th 1345 (Fed. Cir. 2024) (No. 22-1755) (before Lourie, Mayer, and **Stark**, Circuit Judges). Counsel knows of no other case pending in this or any other tribunal that will directly affect or be affected by the Court's decision here.

## INTRODUCTION

ParkerVision asserts two patents drawn to wireless receivers. Wireless receivers detect high-frequency electromagnetic (EM) signals and translate—or "down-convert"—them into lower-frequency signals that a device can use. The claimed receivers comprise a switch that opens and closes at a given rate to "sample" the high-frequency signal, a storage device like a capacitor, and a "load" drawing current from the circuit. This claim-construction appeal asks where in the claimed circuit the down-converted signal must first exist: after the switch that samples the input signal or, as the district court ruled, at or after the capacitor.

The claims do not require generating a down-converted signal for the first time at or after the capacitor because the switch down-converts the signal in the claimed receivers. The '940 patent recites using a "universal frequency translation" (UFT) module—a switch—to down-convert. Similarly, the '907 patent recites down-converting by opening and closing a switch to transfer energy samples containing the down-converted signal both to a capacitor and directly to the load. The patents' specifications show the same, describing the samples transferred from the switch as down-converted. The extrinsic record points the same direction too. At their core, the art's basic teachings provide that frequency translation requires sampling the high-frequency input signal at the rate of a second, "local oscillator" signal. In the claimed receivers, the switch is the component able to perform that sampling. So it is *impossible* to create a down-converted signal for the first time at or after the capacitor.

1

Nothing in the intrinsic or extrinsic records suggests that a capacitor can sample or down-convert a signal.

In 2024, this Court resolved a closely related dispute for ParkerVision. A decade ago, in a different case, this Court held that different ParkerVision patent claims required "generating" a down-converted signal *at or after* the capacitor—the so-called "generating limitation." Qualcomm's products did not meet this "generating limitation." Here, the district court ruled that the asserted claims are the same as the claims asserted in the prior case, so that issue preclusion bars infringement. This Court disagreed, largely because the preclusion decision ignored settled claim-construction rules. *ParkerVision, Inc. v. Qualcomm Inc.*, 116 F.4th 1345 (Fed. Cir. 2024) (*ParkerVision II*). This Court held that, "on their face," the asserted claims recite no requirement to "generate" a down-converted signal at or after the capacitor. *Id.* at 1352, 1359. This Court left room for the district court to construe the claims on remand. But given this Court's analysis, the district court could read in the "generating limitation" from *ParkerVision I* only if enough evidence supported narrowing the recited claim scope.

On remand, the district court ignored not just settled construction rules but also this Court's *ParkerVision II* holdings. The court relied on no lexicography or disavowal. And its constructions defy not just the claim language (as this Court understood it) but also the patent specifications, fundamental frequency-translation principles, and expert testimony. Indeed, the court proclaimed yet again that the parties' experts "agree that the receiver claims

operate" how Qualcomm's expert says, Appx25–26, even after this Court held that "the district court erred by treating Qualcomm's expert opinion as 'unrebutted,'" *ParkerVision II*, 116 F.4th at 1357 (recognizing that it was "evident and indisputable that [ParkerVision's expert] repeatedly" disputed Qualcomm's expert opinion). This Court should reverse. And to preserve a fair process, this Court should reassign this case on remand.

## STATEMENT OF JURISDICTION

ParkerVision appeals a judgment in a patent case. Appx29–31. The district court had jurisdiction under 28 U.S.C. § 1338. ParkerVision timely noticed this appeal on October 6, 2025, within 30 days after the district court entered final judgment under Fed. R. Civ. P. 54(b) on the patent claims at issue. ECF No. 1-2 at 10–11 (Dist. Ct. ECF No. 821); Appx5–6; *see* Fed. R. App. P. 4(a)(1)(A), (4)(A)(v). This Court has jurisdiction under 28 U.S.C. § 1295(a)(1).

Qualcomm's jurisdictional challenge fails. *See* ECF No. 16 (ParkerVision's opposition to dismissal). ParkerVision asserts two types of patent claims below: "receiver claims" (claims 24 and 331 of the '907 patent and claims 1 and 10 of the '940 patent) and "transmitter claims" (claims 25, 26, 368, and 369 of the '940 patent). The district court invoked Rule 54(b) because its final judgment—and the claim construction leading to it—applies only to the receiver claims. Appx3–5. Qualcomm moved to dismiss this appeal because the '940 patent contains both receiver and transmitter claims. ECF No. 14. Qualcomm urges a per se ban of Rule 54(b) judgments adjudicating fewer than all asserted claims of an asserted patent—even when the adjudicated and

3

unadjudicated claims materially differ, involve different infringement proof, support different damages, and have been treated separately throughout the case. *Id.* at 7–13.

Rule 54(b) lets a district court enter "a final judgment as to one or more, but fewer than all, claims" if "there is no just reason for delay." Whether an appeal should proceed under Rule 54(b) "is best decided by the trial court." *Intergraph Corp. v. Intel Corp.*, 253 F.3d 695, 699 (Fed. Cir. 2001). So this Court disturbs the district court's judgment only when "clearly unreasonable." *Id.* Whether allegations are separate enough to be "more than one claim" under Rule 54(b) "is a matter to be taken into account in reviewing the trial court's exercise of discretion." *W.L. Gore & Assocs., Inc. v. Int'l Med. Prosthetics Rsch. Assocs., Inc.*, 975 F.2d 858, 862 (Fed. Cir. 1992).

The district court did not abuse its discretion in ruling that the receiver and transmitter claims are separate enough to allow a Rule 54(b) judgment. Appx4. No precedent forbids a Rule 54(b) judgment on fewer than all asserted claims of a patent. To the contrary, "each [patent] claim must be considered as defining a separate invention." *Jones v. Hardy*, 727 F.2d 1524, 1528 (Fed. Cir. 1984); *see also* 35 U.S.C. § 282(a) ("Each claim of a patent … shall be presumed valid independently of the validity of other claims…."); *Gould Inc. v. United States*, 579 F.2d 571, 576 (Ct. Cl. 1978) (explaining "that each claim of a patent is a separate and distinct invention," so that one may "discuss and deal with one or more of the claims independently and distinctly from the entire group"). A patentee may choose to assert any given claim independently

of his choice to assert any other claim of the same (or any other) patent. And a court must decide infringement and validity (among other things) "on a claim-by-claim basis." *Amazon.com, Inc. v. Barnesandnoble.com, Inc.*, 239 F.3d 1343, 1351 (Fed. Cir. 2001). Given this fundamental claim independence, entering a Rule 54(b) judgment on some asserted claims of a patent is no different than entering a Rule 54(b) judgment on some asserted patents.[1]

The district court decided "that the Transmitter Claims are separate from the Receiver Claims, such that judgment pursuant to Rule 54(b) is possible." Appx4. That decision was not "clearly unreasonable." *See Intergraph*, 253 F.3d at 699. So Rule 54(b) allows review of all the receiver claims.

Two other grounds for jurisdiction also exist. First, since Qualcomm's jurisdictional argument applies only to the '940 patent, this Court can review the '907 claims under Rule 54(b) and exercise pendent jurisdiction over the '940 claims. The Rule 54(b) judgment covers *all* asserted claims of the '907 patent, and so Qualcomm cannot challenge finality for that patent. Rather, Qualcomm's motion "addresse[d] only the jurisdictional issues arising from the Court's entry of partial final judgment with respect to" the '940 receiver

---

[1] Qualcomm cited claim-preclusion cases to argue that a "claim" or "cause of action" encompasses all claims of a patent. *See* ECF No. 14 at 9–10. But claim preclusion's "same transaction or occurrence test has been rejected by both the express language of Rule 54(b) and Supreme Court precedent" as the test for defining a "claim" under Rule 54(b). 10 Daniel R. Coquillette, *et al.*, Moore's Federal Practice § 54.22 (3d ed. Dec. 2025 update); *see, e.g.*, *Olympia Hotels Corp. v. Johnson Wax Dev.*, 908 F.2d 1363, 1367 (7th Cir. 1990) (explaining that "the res judicata status of the two claims is not conclusive under Rule 54(b), and is probably a diversion from the main issue").

claims. ECF No. 14 at 2 n.1. And when this Court has jurisdiction over part of a case (like the '907 claims here), it may review otherwise unappealable interlocutory decisions that are "closely interrelated factually" to this Court's ground for jurisdiction. *Helifix Ltd. v. Blok-Lok, Ltd.*, 208 F.3d 1339, 1345 (Fed. Cir. 2000). The '907 and '940 receiver claims present closely related issues. The district court read the same "generating limitation" into both patents, and ParkerVision challenges that construction on similar grounds for both. So even if judgment on the '940 patent is interlocutory because of the transmitter claims, this Court may review it.

Second, this Court can exercise jurisdiction over the '940 receiver claims under 28 U.S.C. § 1292(b). Under § 1292(b), this Court may review an interlocutory order if the district court states that it "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." While the order here expressly invokes only Rule 54(b), it meets § 1292(b)'s requirements too. *See* Appx4–5 (stating that this Court "should have the opportunity to review [the claim] construction now— not later," and noting the significant harm to the parties from "proceeding to trial on the Transmitter Claims without the benefit of appellate review of the Receiver Claims"). Courts have applied § 1292(b) under similar circumstances. *See, e.g.*, *Bergstrom v. Sears, Roebuck & Co.*, 599 F.2d 62, 64–65 (8th Cir. 1979) ("While the judgment was not final and therefore was not appropriately certified under [Rule] 54(b), it appears that the trial court would have

6

certified the interlocutory order under 28 U.S.C. § 1292(b) and this Court would have accepted jurisdiction."). So, again, this Court need not dismiss even if judgment on the '940 patent is interlocutory.

This Court denied Qualcomm's motion to dismiss "for the purpose of having the parties address the jurisdictional issues in the briefs." ECF No. 22 at 2. If Qualcomm renews its jurisdictional challenge, then ParkerVision will address Qualcomm's arguments in reply.

## STATEMENT OF THE ISSUES

**I.A.** The '940 patent receiver claims recite using a "UFT module"—a switch—to down-convert a signal. The intrinsic and extrinsic records confirm that the switch down-converts the signal. Did the district court err by construing the claims to require using energy stored in the capacitor (energy storage device) to "generate" a down-converted signal at or after the capacitor?

**I.B.** The '907 patent claims recite down-converting a signal by periodically closing ("coupling") a switch to sample the signal's energy and transfer the down-converted samples to a capacitor and a load. The intrinsic and extrinsic records confirm that the transferred energy is down-converted after the switch. Did the district court err by construing the claims to require that the energy provided to the load "generate" a down-converted signal at or after the capacitor?

**II.** This is ParkerVision's second appeal on nearly the same grounds. The district judge has derided this Court and cast doubt on whether he can

7

fairly decide this case. And the judge has openly questioned whether ParkerVision should have a jury-trial right at all. To preserve a fair process and the appearance of fairness, should this Court reassign this case on remand?

STATEMENT OF THE CASE

## I.   Technological Context

This appeal is about receiving and processing high-frequency electromagnetic (EM) signals used in wireless communications. Appx345 (1:54–55); Appx9571. Information sent through wireless communications—like one's voice for a phone call—exists as a low-frequency "baseband" signal. Appx345 (1:63–65); Appx9572. To send the information over a long distance, a transmitter must "up-convert" the signal. Appx345 (2:4–7); Appx9575–76. Up-conversion encodes, or "modulates," the baseband signal onto a "carrier" signal. Appx345 (2:7–11); Appx9575–76. The carrier signal is a uniform high-frequency signal that itself carries no information. Appx9572; Appx9575; *see* Appx345 (2:7–11). The modulated carrier signal is no longer a uniform waveform but carries the characteristics of the baseband. Appx345 (2:7–17); Appx9572; Appx9576. The transmitter sends the modulated carrier signal from a radio antenna through the air to a receiver. Appx9572; Appx9575–76.

Down-conversion reverses this process. Appx345 (2:18–28); Appx9576. A receiver antenna picks up the modulated carrier signal. Appx9572; Appx9576. The receiver then "down-converts" the modulated carrier signal by taking out ("demodulating") the original carrier signal, leaving a replica of

8

the original low-frequency baseband from which the receiving device can extract information. Appx9572–73; Appx9576–79; *see* Appx354 (19:60–20:17). Just as a transmitter up-converts, a receiver down-converts by multiplying two signals: the input (modulated carrier) signal and a "local oscillator." Appx357 (25:30–39); Appx9576–80.

The receivers at issue here down-convert by sending the input EM signal through a switch that opens and closes at a rate equal to the local oscillator. *See* Appx346 (3:17–37); Appx9057–58; Appx9220. When the switch opens (is "off"), the input signal cannot flow through the circuit to the "load," the part of the circuit that draws current. Appx9056–59; *see* Appx9220; Appx9303. But when the switch closes (is "on"), a "sample"—like a snapshot—of the input signal flows through to the load and also charges an energy storage device (capacitor) until the switch opens again. Appx9056–59; Appx9220–21; Appx9302–03. This process of periodically sampling the input signal creates new, lower-frequency components at the switch's output, one of which replicates the original baseband. Appx9057; Appx9220–21; *see* Appx354 (20:46–54). In other words, the switch's periodic opening and closing (coupling) performs "frequency translation." Appx9057; Appx9220–21; Appx9577–79; *see* Appx104 (8:11–13). The receiver circuit may then filter and process the down-converted signal. *See* Appx232 (Fig. 56D); Appx233 (Figs. 57E–F); Appx367 (45:33–41); Appx387 (85:48–50); Appx388 (87:28–38); Appx3420–21.

9

## II.    Factual Background

### A.    ParkerVision pioneered energy sampling down-conversion.

In 1996 and 1997, ParkerVision developed down-conversion technology called "energy sampling," "which differs from the technique of voltage sampling used in conventional down-converting systems." *ParkerVision II*, 116 F.4th at 1349 (cleaned up) (quoting *ParkerVision, Inc. v. Qualcomm Inc.*, 621 F. App'x 1009, 1011–12 (Fed. Cir. 2015) (*ParkerVision I*)). Energy sampling uses a switch (driven by a local oscillator) connected on one end to an input signal and on the other to a capacitor followed by a load. *ParkerVision I*, 621 F. App'x at 1011. Compared to voltage sampling, energy sampling increases how long the switch is closed (and thus the sample size), increases the capacitor's size, and decreases the load's impedance so that energy flows from the input signal to the load throughout the sample's duration. *Id.*; Appx9056–57; Appx9289–90; Appx378 (67:58–68:2). The switch closes for nonnegligible intervals, providing energy containing the down-converted signal both to the capacitor and directly to the load. Appx9056–58; Appx9220; Appx9302–03. And when the switch opens, the capacitor provides stored energy containing the down-converted signal to the load:

10



Appx9058–59 (Fig. VI.A-3 to the Expert Report of Dr. P. Allen); *see* Appx9058; Appx9220; Appx9303. Energy containing the down-converted signal thus flows to the load both during and in between samples.

The down-converted signal portions from the input signal and capacitor combine in the load. As the '907 patent specification illustrates, down-converted signal "portions" **5710**A (steeper upslopes) represent the energy transferred from the input signal directly to the load when the switch is closed. Appx388 (87:20–24). And portions **5710**B (gradual downslopes) represent energy stored in the capacitor, which "continu[es] to drive the load" when the switch is open. Appx388 (87:24–27). These portions combine in the load to

form down-converted signal **5712**, which the '907 patent shows as forming a continuous sawtooth waveform shape comprising energy from both sources:



FIG. 57E

Appx233 (Fig. 57E); Appx388 (87:9–10). The circuit may then filter the down-converted signal, forming a smooth waveform shape "substantially similar to" the original baseband signal modulated onto the carrier:



FIG. 57F

Appx233 (Fig. 57F); Appx388 (87:28–34).

### B. The '940 patent recites down-conversion using a UFT module (a switch).

The '940 patent discloses a "receiving subsystem," which uses a "universal frequency translation (UFT) module" to down-convert an EM signal. Appx135 (69:54–67); *see* Appx129–31 (57:15–61:29). The specification "describes down-converting using a [UFT] module." Appx129 (57:29–30). The UFT module is a switch **6408** receiving an input signal **6404** and "control signal" **6406**—a local oscillator. The patent "illustrates an aliasing module **6400**" including UFT module **6402** followed by capacitor **6410**:



FIG. 64A

Appx99 (Fig. 64A); Appx129 (57:41–45). The control signal **6406** "includes a train of pulses that repeat at an aliasing rate that is equal to, or less than, twice the frequency of the input signal **6404**." Appx129 (58:1–4).

The switch **6408** periodically closes to sample the input signal at the aliasing rate, generating a down-converted signal: "The train of pulses … controls the switch **6408** to alias the input signal **6404** with the control signal **6406** *to generate a down-converted output signal 6412*." Appx129 (58:10–13) (emphasis added). The specification calls the energy samples transferred from the input signal during periodic couplings of the switch "under-samples." Appx129 (58:53–54). Successive under-samples form the down-converted signal. Appx129–30 (58:53–61, 59:60–61).

### C.    The '907 patent recites down-conversion using a switch to periodically couple a signal to a storage device and a load.

The '907 patent describes "[m]ethods, systems, and apparatuses for down-converting an electromagnetic [EM] signal by aliasing the EM signal."

Appx153. As in the '940 patent, "aliasing" means sampling an EM signal at a local oscillator rate of less than twice the carrier frequency but more than twice the original baseband frequency. Appx354 (20:40–54).

Like the '940 patent, the '907 patent teaches down-conversion by using a switch to sample energy. Appx379 (69:40–45). It calls the local oscillator an "energy transfer signal." Appx378 (67:55–57). "[T]he energy-transfer signal includes a train of pulses having non-negligible apertures." Appx378 (67:59–61) (hyphen added). The patent illustrates an energy-transfer system as made of an input EM signal **8204**, a "switching module" **8206**, a "storage capacitance" **8208**, an energy-transfer signal **8210**, and a load **8212**:



Appx264 (Fig. 82A); Appx378 (68:9–69:2); *see ParkerVision II*, 116 F.4th at 1350.

The '907 patent describes down-converting a carrier signal by using a switch to sample energy at an aliasing rate. *E.g.*, Appx386–87 (84:1–86:12). The energy-transfer system receives an input (modulated carrier) signal **616**:



FIG. 56A

Appx232 (Fig. 56A); Appx387 (85:5–9). An "energy-transfer signal [**5602**] having an aliasing rate" drives the switch with "a train of energy transfer pulses **5604**" with nonnegligible apertures **5606**:



FIG. 56B

Appx232 (Fig. 56B); Appx387 (85:9–12). The switch's operation transfers energy samples at the aliasing rate to generate a down-converted signal **5610** (successive samples replicating the original baseband):



FIG. 56C

15

Appx232 (Fig. 56C); Appx387 (85:41–45, 86:9–12). Last, the system filters the down-converted signal to produce "a filtered demodulated baseband signal **5612**":



FIG. 56D

Appx232 (Fig. 56D); Appx387 (85:48–50).

## III.  Procedural History

### A.  In *ParkerVision I*, this Court understood the '551 patent to claim generating a down-converted signal *at or after* a storage device.

In 2011, ParkerVision sued Qualcomm for infringing four patents not asserted here. *ParkerVision I*, 621 F. App'x at 1011–12. In 2013, a jury found that Qualcomm infringed and awarded ParkerVision $173 million. *Id.* at 1012. But the district court granted JMOL of noninfringement. *Parkervision, Inc. v. Qualcomm Inc.*, 27 F. Supp. 3d 1266 (M.D. Fla. 2014). The court believed that ParkerVision's expert admitted at trial that the asserted claims required the capacitor to create the down-converted signal for the first time. *Id.* at 1282–83. Yet, the court found, ParkerVision's expert also admitted that the "baseband signal is created in the Qualcomm products *before* the storage capacitors, which precludes a finding of infringement." *Id.* at 1284 (emphasis and comma added).

16

In July 2015, this Court affirmed. Like the district court, this Court understood the so-called "generating limitation" in the asserted claims to require generating the down-converted signal for the first time *at or after* a capacitor. *ParkerVision I*, 621 F. App'x at 1013–16. In other words, the Court read the claims as requiring the capacitor to down-convert. This Court treated claim 23 of the '551 patent as representative. *Id.* at 1011–12. Claim 23 recited:

> An apparatus for down-converting a carrier signal to a lower frequency signal, comprising:
>
> > an energy transfer signal generator;
> >
> > a switch module controlled by said energy transfer signal generator; and
> >
> > a storage module coupled to said switch module;
>
> wherein said storage module receives non-negligible amounts of energy transferred from a carrier signal at an aliasing rate that is substantially equal to a frequency of the carrier signal plus or minus a frequency of the lower frequency signal, divided by n where n represents a harmonic or sub-harmonic of the carrier signal, *wherein a lower frequency signal is generated from the transferred energy.*

*Id.* (emphasis added). At the *Markman* stage, the district court did not construe this so-called "generating limitation" but gave it its plain and ordinary meaning. *Parkervision*, 27 F. Supp. 3d at 1275–76. The court rejected Qualcomm's proposal to construe the term as "creating a lower frequency signal from the previously transferred energy." *Id.* at 1275.

Even so, this Court, like the district court, cited ParkerVision's expert's trial testimony as making binding admissions on claim scope. For instance, the Court cited inventor testimony purportedly establishing that to prove infringement, "ParkerVision had to prove that 'the current that has gone into the

storage capacitor is then what is generating the baseband signal' in the accused products." *ParkerVision I*, 621 F. App'x at 1014. Similarly, said the Court, ParkerVision's inventor and technical expert testified that, under the "generating limitation," "current from the carrier signal must go in and out of the identified capacitors in order to generate a baseband signal 'following the capacitor.'" *Id.* at 1016; *see also id.* (citing testimony "that, in order to generate the baseband signal according to ParkerVision's invention, electric current from the carrier signal first flows into the storage capacitor and is accumulated there as energy," and "[w]hen that energy is discharged to the rest of the circuit, a baseband signal 'following the capacitor' is created").

Given that claim-scope understanding, this Court agreed with the district court that the accused Qualcomm products did not infringe. ParkerVision's technical expert "admitted that the baseband signal in the accused products has already been created before the signal reaches the identified capacitors." *Id.* at 1013. "He also testified that the 'output' of the double-balanced mixer [the sampler containing the switches in Qualcomm's products] 'is the baseband,' and that the double-balanced mixer 'in fact' creates the baseband signal." *Id.* Since the down-converted signal in Qualcomm's products "already exists before the current from the carrier signal reaches the capacitors," this Court held "that the baseband signal is not generated in the way ParkerVision asserts." *Id.*

It is unremarkable that a down-converted signal in Qualcomm's products exists at the output of the switches, before the capacitor, since, as described

18

above, down-conversion requires using a switch to sample the input signal. *See supra*, Statement § I. Nothing in any ParkerVision patent specification—nor any extrinsic evidence—suggests that a capacitor can down-convert; it merely stores the charge provided to it. So, as the Court understood the *ParkerVision I* claims, not only were they inapplicable to Qualcomm's products, but they also did not read on anything in the patent specifications or, for that matter, any working receiver.

**B.    ParkerVision sued Qualcomm again but asserts no claims with the '551 patent's "generating limitation."**

In 2014, after the *ParkerVision I* verdict but before the district court's JMOL, ParkerVision sued Qualcomm again. Appx511–64. ParkerVision asserted receiver patents not asserted in *ParkerVision I*. Some contained "generating" language like the '551 patent's "generating limitation" considered in *ParkerVision I*. But ParkerVision dropped those patents early on. Appx825–26; Appx834–35. Only two patents now remain: the '907 and '940 patents. *See* Appx5–6. As described above, the '907 and '940 claims lack "generating" language but recite down-conversion by opening and closing a switch. *See supra*, Statement §§ II.B, II.C.

**C.    Recognizing the differences between the '907 patent and the '551 patent from *ParkerVision I*, the district court ruled that the old judgment lacks preclusive effect.**

In 2019, ParkerVision pushed for early motions to resolve *ParkerVision I*'s effect on the second case, and Qualcomm responded with a partial summary-judgment motion on the '907 patent. Appx3112–41. Qualcomm claimed

that a noninfringement judgment for the '907 patent was "appropriate based on the result of *ParkerVision I*." Appx3117. Qualcomm argued that, like the '551 patent asserted in *ParkerVision I*, the '907 patent "depend[s] on the creation of a baseband signal using an energy storage device (*e.g.*, a capacitor)." *Id.*; *see also* Appx3138–40. And it argued that the '907 and '551 patents claim "the same concept." Appx3139. Qualcomm thus argued that issue preclusion barred ParkerVision from showing infringement of the '907 patent. Appx3117; Appx3120; Appx3138–41.

ParkerVision opposed. Appx3386–412. It explained that the '907 patent lacks the "generating limitation" that this Court held dispositive in *ParkerVision I*. ParkerVision highlighted the lack of "generating" language in the '907 patent claims. Appx3400; Appx3403. ParkerVision also explained that the '907 patent claims differ from the '551 patent claims (as this Court understood the '551 claims in *ParkerVision I*): The '907 patent claims recite down-conversion by a switch and do not "require[] 'generating' a down-converted signal" at or after the capacitor. Appx3400–01.

ParkerVision filed a declaration of its technical expert, Dr. Phillip Allen. *See* Appx3413–24. Allen, a POSITA, explained that the '907 patent claims do not require generating a down-converted signal at or after the storage device, from energy transferred to the storage device. Rather, "it is the 'periodic coupling,' mentioned in four of the five elements of claim 1, that performs the down-conversion at the switch." Appx3418; *see also* Appx3419 (same). Allen explained that "the '907 claims describe a load that receives energy (i) directly

20

from the electromagnetic signal (during periodic couplings) and (ii) from the energy storage device (e.g., capacitor) (between periodic couplings)." Appx3421. "In both cases (i) and (ii), the energy originates from a switch-down-converted signal directly from the operation of opening and closing the switches." Appx3421.

Allen cited Figure **126**A of the '907 patent to illustrate this point:



Appx3419–22 (citing Appx313 (Fig. 126A)). As Allen explained, Figure **126**A shows "a down-converted signal at the output of the switches M1, M2, M3, … , M20, which is circuit node SP2 (**12644**), circled in red." Appx3419. "SP2 is connected directly to the output of" switch M20, which "is circled in green." Appx3419. The specification identifies the signal at SP2 as "a down-converted signal at point **12644**." Appx3419–20 (quoting Appx400 (111:31–33)). When the switch closes, energy samples go from the input signal to both

the load, R2, and the storage device, C1, both circled in blue. Appx3421–22. When the switch opens, down-converted energy samples in the storage device discharge into the load. Appx3422. Whether the switch is open or closed, "the energy provided to the load, R2, comes from the switch-down-converted signal at circuit node SP2 at the output of the switches." Appx3422.

"The load doesn't down-convert anything," Allen continued, but can "just shape the down-converted signal provided to it from the switch and the energy storage device." Appx3418. According to Allen, "a receiver typically processes a switch-down-converted signal, shaping it in one or more processing steps (e.g., filtering steps)." Appx3420. The '907 patent specification gives many examples of processing down-converted signals "without further down-conversion." Appx3420–21 (quoting Appx233 (Figs. 57E–F); Appx388 (87:28–38)). Through these processing steps, "the load forms a down-converted signal by shaping the switch-down-converted signal." Appx3422; *see* Appx233 (Figs. 57E–F).

The district court denied summary judgment. Appx3507–25. As the court observed, "ParkerVision's interpretation of claim 1 of the '907 patent is supported by [Allen's] sworn declaration." Appx3523. Allen's testimony "create[d] a material issue of fact precluding summary judgment as to the '907 patent." Appx3524.

22

### D. Reversing itself, the district court granted summary judgment of preclusion on both the '940 and '907 claims.

As trial approached, Qualcomm again sought summary judgment that *ParkerVision I* precluded infringement of the receiver claims asserted here. Appx3638–46. This time, Qualcomm's motion covered *both* the '907 patent (which descends from and shares a specification with the '551 patent) and the '940 patent (which does not). *Id.* Relying mainly on its own expert "testimony"—color-coded charts showing the claims here next to the *ParkerVision I* claims but offering no substantive analysis—Qualcomm again argued "that the same 'generating limitation' requirements found to be absent from the accused Qualcomm devices in *ParkerVision I* are also requirements of the asserted receiver claims in this case." Appx3642–44. ParkerVision opposed, citing evidence (including intrinsic evidence and Allen's expert opinions) and explaining that Qualcomm's charts highlighted the *lack* of "generating" language in the claims asserted here. Appx9017–19.

This time, the district court applied issue preclusion and granted summary judgment. Appx18769–71. The court proclaimed that there was "no material dispute over whether the claims at issue here are materially similar to those in *ParkerVision I*." Appx18770. It reasoned that Qualcomm's expert "opine[d] that the Receiver Claims at issue here have the same requirements as the claims in *ParkerVision I*, including the 'generating limitation.'" Appx18769. And, according to the court, "ParkerVision's expert d[id] not rebut Qualcomm's expert's opinion." Appx18769–70.

**E.    This Court vacated the summary judgment and remanded.**

In September 2024, this Court vacated the summary judgment. *ParkerVision II*, 116 F.4th at 1360, 1364. To start, the Court contrasted the claims from *ParkerVision I* with the claims asserted here. It recapped its *ParkerVision I* holding: "to infringe representative claim 23 of the '551 patent, the down-converting had to occur at a point in the circuit located *at or after* the capacitor." *Id.* at 1351 (emphasis supplied by the Court); *see also id.* at 1358. In contrast, neither claim 24 of the '940 patent nor claim 1 of the '907 patent "contains an explicit requirement that the down-converted signal be generated from energy transferred to an energy storage device." *Id.* at 1352. "That is, the receiver claims asserted [here] do not appear, on their face, to require the 'generating limitation' that turned out to be fatal" in *ParkerVision I*. *Id.*

Next, the Court explained that deciding issue preclusion "requires a comparison of the scope of the claims at issue in [*ParkerVision I*] to the scope of the claims at issue" here. *Id.* at 1356. That comparison "is a matter of claim construction." *Id.* (quotation marks omitted). But "the district court did not undertake claim construction; nor did it analyze the claim language or consult any other intrinsic evidence to determine the scope of the claims asserted" here. *Id.* The district court relied only on the purportedly "unrebutted" testimony of Qualcomm's expert. *Id.*

This Court held that the district court erred in "several" ways. *Id.* at 1357. First, the district court applied preclusion without construing the claims at all, let alone to read in the '551 patent's "generating limitation." *Id.* at 1356–58.

24

And even if the court impliedly decided claim scope, it did not follow the claim-construction rules "set out in *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc)." *Id.* at 1357. *Phillips* elevates the intrinsic record, making extrinsic evidence "less important" and barring extrinsic evidence to contradict claim meaning that is clear from the intrinsic record. *Id.* Yet the district court "ignor[ed] the relevant intrinsic evidence and turn[ed] directly to the extrinsic evidence in determining that the receiver claims asserted in this case have materially the same scope as the claims that were at issue in *ParkerVision I*." *Id.*

Second, the district court wrongly treated Qualcomm's expert opinion as "unrebutted." *Id.* at 1357–58. ParkerVision's expert's infringement opinion "was necessarily predicated on his understanding that the claims asserted here do not contain the generating limitation," and "he repeatedly opined that there are material differences in the scope of the claims involved in the two cases that would materially alter the question of infringement." *Id.* at 1357. This Court also cited the Allen declaration filed with ParkerVision's first summary-judgment opposition. *Id.* at 1357–58. Allen's understanding of the '907 patent "plainly conflicted with the generating limitation's requirement that down-conversion occur using energy that has been transferred into a storage medium." *Id.* at 1358.

The Court concluded "that there is at least a dispute as to the scope of the asserted receiver claims of the '907 and '940 patents." *Id.* at 1359. "None of the asserted receiver claims of the '907 or '940 patents expressly includes

the generating limitation or appears to otherwise include a requirement that the down-converted signal be generated from the energy transferred to an energy storage device, such as a capacitor." *Id.* "That is, none of the asserted receiver claims in this case appears to require that the down-conversion occur *at or after* the capacitor; instead, the claims involved here appear to permit the down-conversion to occur *before* the capacitor." *Id.* (emphasis supplied by the Court). And without a claim construction reading the "generating limitation" from *ParkerVision I* into the '907 and '940 patent claims, "the Qualcomm accused products might infringe." *Id.* at 1359.

This Court thus vacated the summary judgment and remanded. *Id.* at 1359–60.

### F. The district court construed the '940 and '907 claims to read in "generating" a down-converted signal at or after a storage device.

On remand, the district court ordered the parties to brief the construction of two claim terms:

| Claim | Term |
|---|---|
| Claim 24 of the '940 patent | a storage device storing energy from said UFT module |
| Claim 1 of the '907 patent | whereby the energy provided to the load forms a down-converted signal |

Appx18987–88. ParkerVision asked the court to give these terms their plain and ordinary meanings, which, as this Court observed, would allow for down-conversion by the switch. Appx18992–9009. Qualcomm urged the court to

read the "generating limitation" into both terms, so that the claims would require down-conversion *at or after* the capacitors. Appx19015–32.

The district court adopted Qualcomm's constructions and read the "generating limitation" into both claim terms. Appx7–28.

First, the court recited and adopted Qualcomm's arguments for the '940 patent. Appx24–26; Appx28. The court incorrectly framed the "issue" as "whether *the claimed storage device ('UFT module')* uses stored energy to generate a down-converted signal." Appx24 (emphasis added). The court thus confused the "UFT module" (a switch) with the "storage device" (a capacitor). As described above, those are separate components assigned distinct roles. *See supra*, Statement § II.B.[2]

The court skipped over claim 24's language. It seized on the specification's use of the word "generate" when describing using a UFT module "*to generate a down-converted output signal* **6412**." Appx25 (quoting Appx129 (58:9–13)) (emphasis supplied by the court). Perhaps because the court incorrectly thought the UFT module *is* a capacitor, it apparently thought the word "generate" supports reading the claim to require generating the down-converted signal at or after the capacitor. Appx25. The court then turned to Qualcomm's purported extrinsic evidence. Appx25–26. ParkerVision's inventors

---

[2] The court said that Qualcomm "correctly" urged this framing of the "issue." Appx24. But Qualcomm's briefs did not conflate the UFT module and storage device—the Court took that step on its own. Since the '940 patent discloses that the UFT module down-converts, if one mistakes the UFT module for a capacitor, then one could misunderstand the '940 claims to require down-conversion at a capacitor as the *ParkerVision I* claims were understood to require.

purportedly "admitted" in their depositions that claim 24 requires generating the down-converted signal at or after the capacitor. Appx25–26. And while this Court had reversed the district court's previous holding that Qualcomm's expert opinion was "unrebutted," *ParkerVision II*, 116 F.4th at 1357–58, the court again held that both sides' experts "agree[d] that the receiver claims operate this way," Appx25–26.

Second, the court recited and adopted Qualcomm's arguments for the '907 patent. Appx16–18; Appx23. The court first reasoned that the claimed periodic coupling (the opening and closing of a switch) cannot down-convert because the claim does not mention the down-converted signal until the last element, which describes the "energy provided to the load." Appx16.

The court also cited parts of the specification as purportedly showing that the claimed circuits generate a down-converted signal at or after the capacitor. Appx17–18. The court thought Figure **83**D supported its construction by showing "'the transferred energy stored in the storage module'" and then "'output[] … as the down-converted signal.'" Appx17 (quoting Appx394 (100:4–7)). Figure **82**A (reproduced above) also purportedly supported the court's construction because it is part of the '907 and '551 patents' shared specification and was used by ParkerVision to describe "generating" a down-converted signal in *ParkerVision I*. Appx17. Last, the court cited Figure **57**E (also reproduced above), which the specification describes as showing a signal "generated by the down-conversion process." Appx18 (quoting Appx388 (87:9–10)).

Given the district court's constructions, the parties stipulated to noninfringement of the '940 and '907 receiver claims. Appx19056–61; Appx29–31.

## SUMMARY OF THE ARGUMENT

**I.** In the last appeal, this Court held that the '940 and '907 patent claims, "on their face," recite no requirement to "generate" a down-converted signal at or after the storage device. On remand, the district court read this "generating limitation" into the claims anyway. This Court should reverse again.

**I.A.** The '940 claims lack the "generating limitation" from *ParkerVision I*. The claim language is clear enough to resolve the dispute. As this Court held, representative claim 24 recites no explicit "generating limitation." Rather, it recites three distinct parts: a UFT module (switch), a signal generator that controls the switch, and a storage device. The claim assigns a distinct role to each part, assigning down-conversion to the switch, not the storage device ("said UFT module aliasing [sampling] an electromagnetic signal … *to down-convert* said electromagnetic signal," Appx135 (69:54–67) (emphasis added)). The district court made nonsense of the claim by requiring the storage device to perform the down-conversion that the claim explicitly assigns to the switch.

Since the claim recites no "generating limitation," ParkerVision has the right to the full recited claim scope unless Qualcomm clears the high bar for lexicography or disavowal. But Qualcomm did not even try. Far from narrowing the plain claim language, the specification, like the claims, explicitly credits the UFT module (switch) with down-converting and describes the energy output by the switch as down-converted. The extrinsic record points the same

29

direction: Under fundamental frequency-translation principles, down-conversion requires a switch to sample the input signal at the rate of a local oscillator. No circuit component *at or after* the capacitor can down-convert a signal.

The district court confused the switch with the storage device—referring to "the claimed storage device ('UFT module')"—dooming the court's analysis. The court also ignored the claim language. And it misunderstood the specification and the testimony it cited. So this Court should reverse this claim construction.

**I.B.** The '907 claims also lack the "generating limitation" from *ParkerVision I*. As this Court held, the claim language recites no "generating limitation." It recites—in four steps stated as verb phrases—a method for down-converting an input signal by opening and closing a switch to sample the signal and transfer sampled (down-converted) energy both to a storage device and directly to the load. The last "whereby" element describes combining, filtering, and processing the down-converted samples that *result* from the periodic coupling. So the district court flipped the claim on its head by reading "generating" the down-converted signal into this last element.

As with the '940 patent, neither the district court nor Qualcomm identified lexicography or disavowal that could overcome the '907 claims' plain language. To the contrary, the specification confirms that the switch outputs the down-converted signal before the storage device. The extrinsic record shows the same: ParkerVision's expert opined that the recited "periodic coupling" steps down-convert the signal at the switch. And, again, the district court's

construction defies fundamental frequency-translation principles since down-conversion requires a switch, and the capacitor cannot down-convert.

The district court misunderstood the intrinsic record, and ignored the extrinsic record, to read the "generating limitation" into the '907 claims. Reviewing de novo, this Court should reverse this claim construction too.

**II.** This Court should reassign this case to a new district judge on remand. The district judge showed difficulty putting aside previous views by reading the "generating limitation" into the claims after this Court vacated a similar ruling (on preclusion) and strongly suggested that these claims lack the "generating limitation." The judge accused this Court of "speaking out of both sides of [its] mouth" and being "all over the map … in [its] opinions." The judge threatened to hamstring ParkerVision's infringement and validity case by refusing to let ParkerVision substitute its expert despite a stage IV cancer diagnosis. Worse, the judge implied that this case should never see trial—no matter its merit—given his "opinion" that a patent case like this "shouldn't be tried to a jury." Reassignment would protect ParkerVision's fundamental jury-trial right and preserve the appearance of fairness.

## STANDARD OF REVIEW

"Claim construction is ultimately a question of law, decided de novo on review, as are the intrinsic-evidence aspects of a claim-construction analysis." *Sigray, Inc. v. Carl Zeiss X-Ray Microscopy, Inc.*, 137 F.4th 1372, 1376 (Fed. Cir. 2025). This Court "review[s] any findings of fact regarding extrinsic evidence

31

for clear error." *Grace Instrument Indus., LLC v. Chandler Instruments Co., LLC*, 57 F.4th 1001, 1008 (Fed. Cir. 2023).

## ARGUMENT

**I.   The district court erred by construing the '940 and '907 claims to require "generating" a down-converted signal at or after a storage device.**

The Court must "give claims their ordinary and customary meaning, which is 'the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention.'" *Cont'l Cirs. LLC v. Intel Corp.*, 915 F.3d 788, 796 (Fed. Cir. 2019) (quoting *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312–13 (Fed. Cir. 2005) (en banc)). The Court starts with the claim language. *Grace Instrument*, 57 F.4th at 1008. The claims "provide substantial guidance" on the meaning of claim terms. *Cont'l Cirs.*, 915 F.3d at 796 (quoting *Phillips*, 415 F.3d at 1314).

Since the claims "are part of a fully integrated written instrument" including the specification, the specification "is always highly relevant" to claim construction. *Id.* The specification is often "the single best guide to the meaning of a disputed term." *Id.* But when the claim language "leav[es] no genuine uncertainties" about its meaning, "[t]he specification plays a more limited role." *Straight Path IP Grp., Inc. v. Sipnet EU S.R.O.*, 806 F.3d 1356, 1361 (Fed. Cir. 2015). When the claim language is plain enough, the specification is relevant only if it redefines terms (lexicography) or disavows claim scope. *Id.*

Indeed, the Court must never lightly narrow recited claim scope through construction. The Court may not import limitations from the specification

into the claims. *IQRIS Techs. LLC v. Point Blank Enters., Inc.*, 130 F.4th 998, 1003–04 (Fed. Cir. 2025). Rather, a patentee may "choose a term and expect to obtain the full scope of its plain and ordinary meaning unless the patentee [1] explicitly redefines the term or [2] disavows its full scope." *Id.* at 1004. The standards for both are "exacting." *Intell. Ventures I LLC v. T-Mobile USA, Inc.*, 902 F.3d 1372, 1378–79 (Fed. Cir. 2018).

The Court may consider "extrinsic evidence, which … includ[es] expert and inventor testimony, dictionaries, and learned treatises." *Cont'l Cirs.*, 915 F.3d at 799 (quotation marks omitted). "But while extrinsic evidence can shed useful light on the relevant art," it is "less significant" and "less reliable" than intrinsic evidence. *Id.* And if the intrinsic record makes the claim's meaning clear, then the Court cannot consider extrinsic evidence. *Grace Instrument*, 57 F.4th at 1008.

### A. Claim 24 of the '940 patent does not claim a storage device using stored energy "to generate a down-converted signal."

The district court erred by reading the "generating limitation" from *ParkerVision I* into the '940 receiver claims. The court ignored claim 24's plain language, which explicitly assigns down-conversion to the "UFT module," a switch. The court mislabeled the UFT module as a storage device and thus asked "whether *the claimed storage device ('UFT module')* uses stored energy to generate a down-converted signal." Appx24. To answer that question "yes," the court read in a new limitation: "and using that [stored] energy to generate a down-converted signal." Appx28. This new "generating limitation" defies

controlling claim-construction principles, makes nonsense of the claim language, and is inconsistent with the specification and the fundamental frequency-translation principles that the patent teaches.

**1.    Claim 24's plain language unambiguously recites a switch that aliases an input signal to down-convert it.**

Claim 24's plain language carries dispositive weight here since it "leav[es] no genuine uncertainties." *See Straight Path*, 806 F.3d at 1361. First off, in *ParkerVision II*, this Court held that claim 24's plain language recites no "generating limitation." *See Grace Instrument*, 57 F.4th at 1008 (recognizing that the Court should start with the claim language). Claim 24 contains no "explicit requirement that the down-converted signal be generated from energy transferred to an energy storage device." *ParkerVision II*, 116 F.4th at 1352. So claim 24 "do[es] not appear, on [its] face, to require the 'generating limitation' that turned out to be fatal" in *ParkerVision I*. *Id.* Claim 24 does not "expressly include[] the generating limitation or appear[] to otherwise include a requirement that the down-converted signal be generated from the energy transferred to an energy storage device." *Id.* at 1359. Nor does it "appear[] to require that the down-conversion occur *at or after* the capacitor; instead, [it] appear[s] to permit the down-conversion to occur *before* the capacitor." *Id.* (emphasis supplied by the Court).

Indeed, claim 24's plain language unambiguously bars construing it to require using stored energy to "generate" a down-converted signal at or after the capacitor. Claim 24 assigns down-conversion to the "UFT," or "universal

frequency translation," module—a switch. It recites "a receiving subsystem" that "comprises … an aliasing module" with three numbered parts:

(1) "a universal frequency translation (UFT) module";

(2) "a signal generator"; and

(3) "a storage device."

Appx135 (69:54–67); *see also* Appx99 (Fig. 64A) (showing each as a distinct part).

Claim 24 assigns a distinct role to each of these three parts. The UFT module—not the storage device—down-converts the EM signal: "said UFT module *alias[es] an electromagnetic signal … to down-convert said electromagnetic signal*…." Appx135 (69:28–30) (emphasis added). The signal generator "generat[es]" the aliasing signal (a local oscillator) to drive the opening and closing of the UFT module's switch. Appx135 (69:63–65). The storage device merely "stor[es] energy from said UFT module." Appx135 (69:66–67). The storage device does not "use" the energy to "generate" a down-converted signal, as the district court held, since the claim explicitly assigns down-converting to the UFT module. That the storage device "stor[es] energy *from said UFT module*" confirms that the storage device and UFT module are distinct parts with distinct roles.

The UFT module is a switch receiving an input signal and a control signal. Appx99 (Fig. 64A); Appx129 (57:41–44). The specification explains that "FIG. **64**A illustrates an aliasing module **6400** for down-conversion using a universal frequency translation (UFT) module **6402** which down-converts an

EM input signal **6404**." Appx129 (57:41–44). In turn, Figure **64**A shows UFT module **6402** as a dashed line around switch **6408** receiving input signal **6404** and control signal **6406**:



FIG. 64A

Appx99 (Fig. 64A). So claim 24 explicitly recites switch **6408** (within UFT module **6402**) "aliasing an electromagnetic signal … to down-convert" it—*before* the signal reaches capacitor **6410**. Appx135 (69:57–62). Capacitor **6410** is not part of the UFT module but is a separate component shown outside the dashed line. *Id.* The capacitor only stores sampled "energy *from said UFT module*" that is already down-converted.

Indeed, the label "universal *frequency translation* (UFT) module" itself identifies the switch as responsible for down-conversion. As both sides' experts recognize, "frequency translation" means up-converting an information signal to a modulated carrier signal or down-converting it back to the original

36

information signal. *E.g.*, Appx9064; Appx9577–78. The '940 patent makes the same point, defining "down conversion" as "[a] process for performing frequency translation in which the final frequency is lower than the initial frequency." Appx104 (8:11–13). Calling the switch a "frequency translation" module thus confirms that the switch down-converts.

The district court's construction reads inexplicable redundancy into the claim. *Cf. Apple, Inc. v. Ameranth, Inc.*, 842 F.3d 1229, 1237 (Fed. Cir. 2016) (refusing to read features into a claim term that would make "expressly recited features redundant"); *Aristocrat Techs. Australia Pty Ltd. v. Int'l Game Tech.*, 709 F.3d 1348, 1356 (Fed. Cir. 2013) (refusing to construe a recited step to perform "precisely the same action that is performed in the immediately preceding step"). Under the court's construction, the third recited part—the storage device—"generate[s] a down-converted signal." Appx28. But the first recited part—the UFT module—down-converted the signal before transferring energy to the storage device. Nothing in the claim (or anywhere else in the patent) warrants requiring of the storage device the same down-conversion function as the UFT module performed.

No claim language suggests that the claimed storage device uses the stored energy to "generate" a down-converted signal. The district court ignored claim 24's language, which would readily have corrected the court's erroneous view that the UFT module *is* a storage device. Appx24–28.

### 2. The '940 patent's specification confirms that claim 24's switch down-converts the signal.

Claim 24's plain language sets a high bar for reading in limitations. Given the claim's clarity, "[t]he specification plays a more limited role" than usual. *See Straight Path*, 806 F.3d at 1361. Narrowing claim 24 would require lexicography or disavowal. *See Intell. Ventures I*, 902 F.3d at 1378–79; *Straight Path*, 806 F.3d at 1361. But neither the district court nor Qualcomm identified clearly expressed intent to redefine terms or disavow the claim's full scope.

In any case, the specification confirms that the switch in the UFT module down-converts the EM signal *before* the capacitor, and the capacitor does not use stored energy to "generate" a down-converted signal *at or after* the capacitor. First, the specification repeatedly describes "down conversion *using a universal frequency translation (UFT) module 6402 which down-converts* an EM input signal 6404*." Appx129 (57:41–44) (emphasis added); *see also* Appx129 (57:27–30, 57:29–30). So the claimed invention "uses" the UFT module (a switch) to down-convert, and that switch in fact "down-converts." In contrast, nothing in the specification describes down-conversion using a capacitor (or energy stored in it), nor suggests that the capacitor (or stored energy) in fact down-converts (or is capable of down-converting).

Second, in language mirroring claim 24's, the specification explains that in down-conversion using a UFT module, control signal 6406 "*controls the switch 6408* to alias the input signal 6404 with the control signal 6406 *to generate a down-converted output signal 6412*." Appx129 (58:10–13) (emphasis added). So like the claim, the specification explicitly describes the switch's

38

operation—not the capacitor or energy stored in it—as generating the down-converted signal. Other disclosures even more explicitly credit the switch with generating the down-converted signal. *See, e.g.*, Appx128 (56:39–41) ("The opening and closing of *switch 5626 generates a down converted signal 5614*." (emphasis added)); Appx127 (54:32–34) ("As a result of the opening and closing of switch **5210**, a down converted signal **5222** results."); Appx128 (55:43–45) (same). Since the specification says that opening and closing the switch generates the down-converted signal, "generate" here cannot mean "down-convert at or after the capacitor" (as it was understood in *ParkerVision I*).

### 3. Extrinsic evidence confirms that claim 24's switch down-converts the signal.

While unneeded to reverse given the '940 patent's claim language and specification, extrinsic evidence points the same direction by showing that it would be nonsensical to read claim 24 as requiring down-conversion at or after the capacitor. The Court must "strive, where possible, to avoid nonsensical results in construing claim language." *AIA Eng'g Ltd. v. Magotteaux Int'l S/A*, 657 F.3d 1264, 1276 (Fed. Cir. 2011); *see also Indivior Inc. v. Dr. Reddy's Lab'ys, S.A.*, 930 F.3d 1325, 1342–43 (Fed. Cir. 2019) (rejecting a "nonsensical" interpretation requiring a "physical impossibility"). And if claim language allows both operable and inoperable constructions, "the inoperable construction is wrong." *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 904 F.3d 965, 972 (Fed. Cir. 2018); *see also AIA Eng'g*, 657 F.3d at 1278 ("[A]

construction that renders the claimed invention inoperable should be viewed with extreme skepticism.").

Requiring the claimed receiver to "generate" a down-converted signal at or after the capacitor makes nonsense of claim 24. In the circuitry at issue here, frequency translation (like down-conversion) requires sampling an input signal at the rate of a local oscillator. *See supra*, Statement §§ I, II. In turn, sampling requires a switch. *Id.* The circuit stages *after* the switch—the capacitor and load—can filter and process the down-converted signal but cannot down-convert because they cannot sample the input signal. *Id.* The report of Qualcomm's technical expert, Razavi, embraces these fundamental principles and never asserts that a capacitor can down-convert. *See, e.g.*, Appx9571–96. So a POSITA would understand claim 24 as its plain language and the specification suggest: The switch down-converts.

Nothing in the record suggests that a receiver circuit can create a down-converted signal at or after the capacitor. Neither the district court nor Qualcomm cited intrinsic evidence suggesting that the circuit stages *after* the switch are capable of frequency translation. Nor did Razavi testify that the circuit can create (rather than combine or shape) a down-converted signal after the switch. The only disclosure Qualcomm cited from Razavi is color-coded charts purportedly showing claim-language similarities between the '940 patent and the patents from *ParkerVision I. See* Appx19027 (citing Appx12695–99). These charts contain no technical opinions or analyses (and identify no "generating" language in the '940 claims because there is none). Razavi never

40

asserts that "generating" a down-converted signal at or after a capacitor is possible.[3]

### 4. No evidence supports reading in a requirement that the capacitor use stored energy to generate a down-converted signal *at or after* the capacitor.

The district court recited Qualcomm's arguments about the '940 patent specification, and about extrinsic evidence, to conclude that the inventors "intended" the "generating limitation." Appx24–26. This Court reviews the district court's specification analysis de novo and, as much as the court found any facts, reviews those findings for clear error. *Sigray*, 137 F.4th at 1376; *Grace Instrument*, 57 F.4th at 1008. The court's analysis cannot withstand any level of review.

To start, the court noted Qualcomm's reliance on the part of the specification stating that "[t]he train of pulses **6418** as shown in FIG. **64**D controls the switch **6408** to alias the input signal **6404** with the control signal **6406** *to generate a down-converted output signal* **6412**." Appx25 (quoting Appx129 (58:9–19)) (emphasis supplied by the court). The Court seemingly accepted Qualcomm's suggestion that any use of "generate," no matter its context, connotes the "generating limitation" from *ParkerVision I*—a requirement to down-convert *at or after* the capacitor. But, as described above, this disclosure does not

---

[3] Insofar as the district court and this Court understood trial testimony in *ParkerVision I* to show that the '551 patent claims required generating a down-converted signal at or after the capacitor, *see* 621 F. App'x at 1014, 1016, that testimony addressed different claim language that explicitly recited "generating" a down-converted signal "from the transferred energy." Anyway, that testimony is not part of the evidentiary record here.

show "generating" a down-converted signal at or after the capacitor. Just the opposite. It explicitly assigns "generat[ing] a down-converted signal" to "the switch **6408**." *See supra*, Argument § I.A.2.

The court then turned to Qualcomm's extrinsic evidence. Appx25–26. But since the Court may not look to extrinsic evidence to "contradict the meaning otherwise apparent from the intrinsic record," this Court need not consider it. *See Immunex Corp. v. Sanofi-Aventis U.S. LLC*, 977 F.3d 1212, 1222 (Fed. Cir. 2020); *see also Grace Instrument*, 57 F.4th at 1010 (holding that the district court erred by relying on extrinsic evidence "that contradict[ed] the scope and meaning of [a term] that a skilled artisan would ascertain by reading the intrinsic record"). Since the '940 patent's intrinsic record refutes the "generating limitation," no extrinsic evidence could support reading one in. *Cf. ParkerVision II*, 116 F.4th at 1357 (holding that the district court erred by over-relying on extrinsic evidence to hold that the claims asserted here raise the same issue as the *ParkerVision I* claims).

Anyway, Qualcomm's extrinsic evidence is unpersuasive. First, the court cited isolated deposition answers of two named inventors, Bultman and Cook, purportedly agreeing that a capacitor "generates" a down-converted signal. Appx25 (citing Appx4638 (179:2–4); Appx7286 (199:21–200:16)). Yet this Court "give[s] no deference to the testimony of the inventor about the meaning of the claims." *Howmedica Osteonics Corp. v. Wright Med. Tech., Inc.*, 540 F.3d 1337, 1346 (Fed. Cir. 2008). Anyway, neither testified about the '940 receiver claims, specifically, and neither testified that a capacitor can down-

42

convert a signal. Nothing in the depositions suggests that the inventors understood "generate" to mean "down-convert." Rather the testimony's context shows that the inventors understood that while "energy is taken from" the capacitor for the down-converted signal when the switch is open, the down-converted signal consists of "the combination" of down-converted energy both from the capacitor *and* directly from the input signal "when the switch is closed." *E.g.*, Appx7286 (200:10–16).

Second, the court said both sides' experts "agree[d]" that the '940 receiver claims use energy stored in the storage device to generate a down-converted signal. Appx25–26. But Qualcomm's expert, Razavi, never said this. Rather, as described above, he provided only color-coded charts with no analysis of where the down-converted signal first exists. *See* Appx19031 (citing Appx12695–99).

Nor did ParkerVision's experts testify that the '940 receiver claims have the "generating limitation." *See* Appx25–26; *ParkerVision II*, 116 F.4th at 1357–58 (holding on the same factual record that ParkerVision's experts disputed that these claims have the "generating limitation"). Allen's report said the opposite. *E.g.*, Appx9256; *see also* Appx3413–24. Allen also said the opposite in his deposition: "the closing of that switch **6408** would perform a down-converted signal." Appx7236 (214:18–23) (hyphen added). Allen denied that energy stored in a capacitor creates the down-converted signal:

> Q.    So the '940 claims, do they also require that you produce a low frequency based band [sic] signal using energy that has been

43

> transferred from a high frequency carrier signal into a storage medium?
>
> A.    No. All these claims in 24 say that they are transferring electromagnetic signal energy, energy from the electromagnetic signal, but they don't talk about the—where it goes or what you do.

Appx7235–36 (212:25–213:8). Allen eventually agreed that the invention "produces" a baseband signal "using energy that has been transferred from a high frequency carrier signal into a storage medium." Appx7237 (219:20–25). But nothing in the deposition suggests that Allen understood "produce" to mean "down-convert." The context quoted above shows Allen's understanding that the "transferred" energy is down-converted by the switch and "produces" the baseband signal only in that successive down-converted samples combine in the load to form a continuous baseband.

ParkerVision's replacement technical expert, Michael Steer, similarly agreed that the claimed invention "produces" (not "generates" or "down-converts") a lower-frequency signal from energy transferred to a storage medium. Appx25–26 (citing Appx7379 (74:18–24)). Steer adopted the opinions stated in Allen's reports when Allen withdrew for health reasons. Appx9394–95 (20:25–22:3); *ParkerVision II*, 116 F.4th at 1358 n.5. Like Allen's answer, in context, Steer's isolated answer does not controvert the disclosures he adopted expressly stating that the switch down-converts. *See* Appx9256.

**B.　Claim 1 of the '907 patent does not claim a down-conversion method "whereby the energy provided to the load generates a down-converted signal."**

The district court also erred by reading the "generating limitation" from *ParkerVision I* into representative claim 1 of the '907 patent. As this Court has held, the claim language does not recite generating a down-converted signal from stored energy at or after the capacitor. The claim and specification show that a switch periodically closes to sample the input signal to down-covert it. Then down-converted signal portions from *both* the input signal and the capacitor combine in the load the form the down-converted signal. Uncontroverted extrinsic evidence shows the same. The district court's analysis thus fails de novo review.

**1.　Claim 1's plain language recites opening and closing a switch to down-convert an input signal.**

Claim 1's language refutes the district court's construction. As with the '940 receiver claims, this Court correctly held that the '907 receiver claims do not "explicitly" or "expressly" include the "generating limitation" or otherwise require using energy stored in a capacitor to create a down-converted signal at or after the capacitor. *See ParkerVision*, 116 F.4th at 1352, 1359.

This Court's statements square with claim 1's plain language. Claim 1 does not use the word "generate" (like the *ParkerVision I* claims), let alone require that the transferred energy generate a down-converted signal at or after the capacitor. *See* Appx409–10 (130:64–131:14). The claim recites "providing" sampled energy "to the load" not just from the capacitor, but also *directly* from the "electromagnetic signal." Appx410 (131:7–8); *see supra*, Statement § II.A

45

(Fig. VI.A-3, illustrating this direct energy transfer with a solid arrow). So the exact same charge—already down-converted by opening and closing ("periodically coupling") the switch—is "provid[ed]" both to the capacitor and directly to the load. The charge provided directly from the closed switch to the load is *never* stored in the capacitor and so cannot be down-converted there.

Claim 1's structure confirms that it does not require "generating" a down-converted signal at or after the capacitor. Claim 1 recites "[a] method for down-converting an electromagnetic signal, comprising" multiple steps. Three related features show that the "periodic coupling" steps performed by the switch down-convert the EM signal, so that the "energy provided to the load" in the fifth step is already down-converted.

First, "comprising" is immediately followed by four method steps stated as present-participial verb phrases, each mentioning the "periodic coupling" recited in step one:

1. A method for down-converting an electromagnetic signal, comprising:

(1) periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;

(2) providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;

(3) providing, during the periodic couplings, energy from the electromagnetic signal to the load; and

(4) providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

(5) whereby the energy provided to the load forms a down-converted signal.

Appx409–10 (130:64–131:14) (annotated). These four steps contrast with the fifth claim element, a subordinate clause starting with the subordinating conjunction "whereby." In turn, the four method steps recite closing ("periodically coupling") a switch and transferring ("providing") energy when the switch is either closed ("during the periodic couplings") or open ("between the periodic couplings"). In other words, these steps recite using a switch to sample the input signal and transfer energy samples to the storage device and load. *See supra*, Statement § II.C. No sampling occurs in the fifth, "whereby" step. Given this structure, the claim naturally recites a "method for down-converting" in which the "periodic coupling" down-converts the signal, so that "the energy provided to the load" in the fifth step—where the energy "forms" a signal—is already down-converted. The specification supports this reading by repeatedly describing "forming" a continuous signal from down-converted

47

samples. *E.g.*, Appx361–64, Appx 366–68, Appx 370–71, Appx 379–80, Appx 396–97 (33:49–50, 34:49–50, 36:13–14, 37:12–13, 38:39–40, 39:35–36, 43:43–45, 44:49–50, 46:21–22, 47:25–26, 52:29–30, 54:2–3, 69:21–23, 71:19–22, 104:38–39, 106:4–6). The specification *never* uses "form" to mean "down-convert."

Second, the placement of "and" in claim 1 reinforces that the four "periodic coupling" steps stated as participial phrases define the "method for down-converting." A coordinating conjunction, "and" joins listed items. *See generally Pulsifer v. United States*, 601 U.S. 124, 133 (2024). In claim 1, "and" follows the third—not fourth—participial phrase. So "and" explicitly joins the four participial steps while *excluding* the fifth, subordinate ("whereby") clause. *See IRIS Corp. Berhad v. United States*, 843 F. App'x 316, 319 (Fed. Cir. 2021) (holding that "and" identified "the last item in the list of items" that followed "including"). This feature too shows that the "periodic coupling" mentioned in the first four steps does the "down-converting," so that no down-conversion occurs when "the energy provided to the load forms a down-converted signal."

Third, that the last element is a "whereby" clause confirms that the "periodic coupling" described in the preceding four steps down-converts the signal. Whereby clauses in method claims often describe the *result* of the preceding method steps. *Cf. Minton v. Nat'l Ass'n of Sec. Dealers, Inc.*, 336 F.3d 1373, 1381 (Fed. Cir. 2003) (holding that a whereby clause merely expressed the result of the preceding "executing" step). So the district court turned the claim

on its head by reading "generating" the down-converted signal into a "whereby" clause that comes *after* the four participial phrases defining the "method for down-converting." In claim 1, "whereby" confirms that the last element is not a substantive step of the "method for down-converting" but recites an operation performed on the *result* of the down-conversion: Down-converted energy is formed in the load.

### 2. The '907 patent's specification confirms that claim 1's switch down-converts the signal.

Because claim 1's plain language does not limit the claim's scope to methods of "generating" the down-converted signal *at or after* the capacitor, the specification could compel that narrower construction only through lexicography or disavowal. *See Grace Instrument*, 57 F.4th at 1008. The district court found neither. Appx14–23. And Qualcomm urged neither. Appx19016–28.

In any case, the specification refutes the district court's construction by describing the down-converted signal at the output of the switch. For instance, "FIG. **57**E illustrates a demodulated baseband signal **5712**, which is generated by the down-conversion process":



Appx233 (Fig. 57E); Appx388 (87:9–10). Signal "portions" **5710**A represent energy provided from the input signal directly to the load during periodic couplings—when the switch is closed. Appx388 (87:20–24). Portions **5710**B

represent energy provided to the capacitor during periodic couplings, which "continue[s] to drive the load" between the couplings—when the switch is open. Appx388 (87:24–27). As Figure **57**E shows, *all* these "portions" come from the switch—where down-conversion happens—whether provided from the input signal directly to the load (when the switch closes) or from the capacitor to the load (when the switch opens). Either way, the sampled energy has the same lower frequency components. Over time, all these down-converted signal portions combine in the load to "form" the continuous down-converted signal **5712**. *See* Appx410 (131:13–14).

The specification also explicitly depicts a down-converted signal at the output of a switch, *before* the capacitor. Take Figure **126**A, which shows circuit node SP2 (circled in red) directly connected to the output of switch M20 (circled in green):



FIG. 126A

Appx3419–22 (citing Appx313 (Fig. 126A); Appx400 (111:11–33)). "[A] *down-converted signal* [exists] at point **12644** of FIG **126**A," *id.* (emphasis added) (citing Appx400 (111:31–33)), a point on the signal path *between* switch M20 and circuit node SP2. So the down-converted signal exists *before* capacitor C1 and load R2 (circled in blue), which follow SP2. Figure **126**A thus confirms that capacitor C1 does not down-convert the signal.

### 3.    Extrinsic evidence confirms that claim 1's switch down-converts the signal.

While "less significant," *see Cont'l Cirs.*, 915 F.3d at 799, extrinsic evidence supports construing claim 1 to cover down-converting *before* the capacitor. For one thing, ParkerVision's technical expert, Allen, refuted the district court's construction. Appx3418–23; *see Cont'l Cirs.*, 915 F.3d at 799 (recognizing that relevant extrinsic evidence includes expert testimony). Allen explained that the four "periodic coupling" steps (labeled 1 through 4 in the annotated claim above) "perform[] the down-conversion at the switch." Appx3418. Allen also explained that, in claim 1, the load receives energy both directly from the EM signal (during periodic couplings) and from the storage device (between periodic couplings). Appx3418; Appx3421; Appx9206. "In both cases … , the energy originates from a switch-down-converted signal directly from the operation of opening and closing the switches." Appx3421.

What is more, Allen explained that the energy provided to the load "forms" the down-converted signal by combining the down-converted signal portions from the input signal and storage device, and by processing the down-

converted signal. Appx3418; Appx3420–22; Appx9057–59; Appx9207. Thus, "the load forms a down-converted signal by shaping the switch-down-converted signal." Appx3422. The energy at the load "generates" no down-converted signal in the first instance. Rather, "[t]he difference between the down-converted signal at the load and one at the output of the mixer [switch] is a matter of combination or forming over time." Appx9206.

Allen's testimony about the '907 patent squares with fundamental frequency-translation principles. As with claim 24 of the '940 patent, the court made nonsense of the '907 claims by requiring down-conversion at or after the capacitor. Appx23; *see AIA Eng'g*, 657 F.3d at 1276. As described above, frequency translation requires a switch to sample a high-frequency signal at the rate of a local oscillator. *See supra*, Argument § I.A.3. In contrast, nothing at or after the storage device (capacitor) can create a lower-frequency signal from a high-frequency signal. A capacitor does not sample and so cannot down-convert.

4.    **No evidence supports reading in a requirement that energy provided to the load generate a down-converted signal *at or after* the capacitor.**

Nothing cited by the district court supports reading the "generating limitation" into claim 1, let alone meets the "exacting" standards for lexicography or disavowal. *See Intell. Ventures I*, 902 F.3d at 1378–79. First, the district court (seemingly) agreed with Qualcomm that "the claim language never references a down-converted signal prior to the energy being provided to the load."

Appx16.[4] But that makes sense given the claim structure described above. *See supra*, Argument § I.B.1. The first four participial steps describe the "method for down-converting," while the fifth "whereby" element describes the *resulting* "down-converted signal." Appx16. The substantive steps of the "method for down-converting" need not themselves recite the down-converted signal.

Second, the court (seemingly) agreed with Qualcomm that Figure **83**D supports reading in the "generating limitation" because it shows energy that the storage module outputs as a down-converted signal. Appx17. In fact, Figure **83**D shows the opposite. The specification describes Figure **83**D as "a down-converted signal **8310** that is formed by energy *transferred from the input EM signal 8302*," Appx379 (69:21–13) (emphasis added), not energy stored in the capacitor. (By comparison, Figure **83**A shows the corresponding high-frequency "input EM signal **8302**." Appx379 (69:5–6); Appx394 (99:55–56)). So the *switch* generates the down-converted signal shown in Figure **83**D by sampling input EM signal **8302**. Nothing in the specification (or extrinsic record) suggests that a capacitor is capable of performing frequency translation.

Third, the court (seemingly) agreed with Qualcomm that Figure **82**A supports reading in the "generating limitation" because it is also part of the '551 patent specification, and because ParkerVision cited it in *ParkerVision I*. Appx17–18. This Court rejected this argument in *ParkerVision II*: "These

---

[4] The district court did not *explicitly* adopt any of Qualcomm's arguments. Instead, it *recited* them, then proclaimed that "[t]he intrinsic evidence, thus, supports Qualcomm's construction of 'forms' as 'generates.'" Appx16–18.

generalized acknowledgments of some overlap between the claims do not …

constitute admissions that" the '907 patent claims have the '551 patent's "generating limitation." 116 F.4th at 1360. Figure **82**A merely shows the claimed circuit's layout. *See supra*, Statement § II.C. Insofar as *ParkerVision I* understood the '551 claims to require the capacitor to down-convert the input signal, they do not read on Figure **82**A (or any working receiver). So Figure **82**A cannot support reading the "generating limitation" from *ParkerVision I* into claim 1.

Fourth, the court (seemingly) agreed with Qualcomm that Figure **57**E supports reading in the "generating limitation" because it shows "a demodulated baseband signal **5712** which is generated by the down-conversion process." Appx18 (cleaned up). Again, just the opposite. As described above, Figure **57**E shows that the energy representing *all* signal portions provided to the load, whether directly from the input signal or from the capacitor, took on the lower frequency at the switch. *See supra*, Argument § I.B.2. Nothing about Figure **57**E or the corresponding written description suggests that transferred energy creates a down-converted signal for the first time at or after the capacitor.

## II.    This Court should reassign this case on remand.

The Court should reassign this case. Regional circuit law governs a reassignment request. *Trudell Med. Int'l Inc. v. D R Burton Healthcare, LLC*, 127 F.4th 1340, 1351 (Fed. Cir. 2025). The Eleventh Circuit considers three factors: (1) "whether the original judge would have difficulty putting his previous views and findings aside"; (2) "whether reassignment is appropriate to

preserve the appearance of justice"; and (3) "whether reassignment would entail waste and duplication out of proportion to the gains realized from reassignment." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1373 (11th Cir. 1997) (cleaned up). All three factors favor reassignment here.

**A.** The district judge here "has demonstrated great difficulty in putting aside his prior conclusions." *See United States v. Gupta*, 572 F.3d 878, 892 (11th Cir. 2009) (quoting *United States v. Torkington*, 874 F.2d 1441, 1447 (11th Cir. 1989)). "Reassignment is necessary when a district judge adheres to erroneous views after multiple remands." *Id.* at 891; *see also Rsch. Corp. Techs. v. Microsoft Corp.*, 536 F.3d 1247, 1255 (Fed. Cir. 2008) ("[A] pattern of error based on previously-expressed views or findings may make it difficult for a trial court to approach a remanded case with an open mind.").

The district judge here stuck with erroneous views after remand from this Court. After first deciding that the receiver claims asserted here differ from the *ParkerVision I* claims, the judge reversed himself, concluding that the claims are the same. Appx18769–71. This Court vacated and remanded, holding that the district court reached its conclusion without conducting a proper claim construction. *ParkerVision II*, 116 F.4th at 1360. This Court cautioned that the claims here *do not appear* to have the "generating limitation" from *ParkerVision I* and that ParkerVision's expert disputed Qualcomm's expert opinion on the subject. *Id.* at 1352, 1357–59.

Even so, on remand, the court read the "generating limitation" into the claims, prompting this appeal. Appx7–28. To do so, the court defied this

Court's command to follow "the process [this Court] set out in *Phillips*," which requires looking first to the claims and then to the specification before considering extrinsic evidence. *See ParkerVision II*, 116 F.4th at 1357. For instance, the court again relied heavily on extrinsic evidence for the '940 patent while ignoring its claim language, which would have corrected the court's erroneous view that the UFT module *is* a storage device. Appx25–26. The court also incorrectly held—again—that ParkerVision's experts "agreed[]" with Qualcomm's. Appx26. Now ParkerVision must ask this Court to reverse *twice* for closely related reasons.

In written orders and in open court, moreover, the district judge has derided both this case and this Court. The judge thinks he "has already expended more time and resources on this one case than is justifiable." Appx5. And the judge's comments show his contempt for this Court's decisions:

- "This case is unique not only in its duration but also because the Federal Circuit remanded with instructions for this Court to conduct a Third Claim Construction long after the deadline set by the Court had passed and without either party requesting construction of the terms identified by the Circuit Court." Appx4.

- "The [F]ederal [C]ircuit seems to, respectfully, be speaking out of both sides of their mouth. They first off found, in looking at the 907 and 940 patents, … that neither of them include the generating limitation, which was found in PV-I, which is down converted signal being generated at the storage device such as a capacitor…. So, interestingly, the [F]ederal [C]ircuit seems to have construed 907 and 940 and then said, you know, 'Court if you want to—trial court, you can do it again.'" Appx18793–94 (11:22–12:3, 12:8–11).

- "In fact, as happens with the [F]ederal [C]ircuit, they're kind of all over the map sometimes in their opinions, and in this case, one of the inconsistencies is speaking at length about where conversion occurs

and that, in fact, summary judgment's not proper because of where conversion occurs." Appx18795 (13:8–13).

- "In my cases that are not patent cases, when a party doesn't brief something, that's the end of it. It's not revisited. The Eleventh Circuit affirms it every time because the lawyers have to brief up front. We don't get do-overs. The Federal Circuit seems to operate at times differently, where issues that I would enforce my normal rules of governing a case, they'll say yeah, but—and send it back. So I'm a little more hesitant with the Federal Circuit since—and I don't mean this disrespectfully. I'm just talking about the reality that they're not always inclined to view the way district courts run cases the way my circuit would. And so having learned that reality, I sometimes realize that what I'll see in the Fed Circuit opinion is, Well, you know, if they argued it, why didn't you consider it? And then they'll send the case back for a second or third trial." Appx18356 (80:8–22).

These remarks show that "the strongly expressed convictions of the trial court in this case may not be easily and objectively reconsidered." *See Rsch. Corp. Techs.*, 536 F.3d at 1255; *see also Clark v. Coats & Clark, Inc.*, 990 F.2d 1217, 1229–30 (11th Cir. 1993) (reassigning a case when the district judge's "order contained strong language expressing dissatisfaction with [the Eleventh Circuit's] decision"); *United States v. Martin*, 455 F.3d 1227, 1242 (11th Cir. 2006) (reassigning a case when it was "the second appeal" and second time the Eleventh Circuit had to "reverse the sentence that the district court gave"); *Torkington*, 874 F.2d at 1447 (reassigning a case when the district judge had "been reversed once," "dismissed the case at the first opportunity," and "questioned the wisdom of the substantive law he had to apply").

**B.** Reassignment would also preserve the appearance of justice. Reassignment is appropriate to remedy "the appearance of a lack of neutrality." *Torkington*, 874 F.2d at 1447. It lets this Court "act to preserve in the public mind the image of absolute impartiality and fairness of the judiciary." *Id*. This

57

Court "must preserve not only the reality but also the appearance of the proper functioning of the judiciary as a neutral, impartial administrator of justice." *Id.*

Applying Fourth Circuit law (which substantively tracks Eleventh Circuit law), this Court recently held that a judge may not fairly adjudicate a case with a similar record. *See Trudell*, 127 F.4th at 1351. This Court reassigned the case after the district judge made statements showing his "conviction to quickly terminate the case." *Id.*; *see, e.g.*, *id.* ("And I'm going to settle this case or resolve it or dismiss it by September 30."); *id.* ("[O]ur duty is to get this case done. And if you can't get it done, then I will. You can get it done by settling it. I can get it done by having a verdict in it."); *id.* ("But I have to report this case by September 30th and I'm going to get it off my report."). This Court held that the judge's comments "undermin[ed] the appearance of justice and fairness" and "indicate[d] that he did not intend to manage a fair trial." *Id.*

The district judge here made similar comments undermining the appearance of fairness and indicating his lack of intent to hold a fair trial. For instance, he remarked that a jury cannot understand this case and that it should not be tried to a jury at all:

> We all know the jury isn't going to follow 99 percent of what you all are talking about in this trial. Right? We all know that. They're going to come up with a rough idea of who deserves to win, but the nuances of a patent case, there's no way a jury understands this … , which is why this shouldn't be tried to a jury, in my opinion. They will never understand. This should be PTAB 100 percent. We should be out of it, but that's how it is.

58

Appx18317–18 (41:24–42:8). The judge thus expressed his "opinion" that this case should be taken away from the jury *not* due to legal defects or the absence of genuine fact disputes, but because the jury would not "understand" it. A judge hardly promotes the appearance of a fair process by expressing that "we" (the federal courts) "should be out of it" (this case), and that the dispute instead "should be PTAB 100 percent" (never mind that the PTAB resolves no infringement cases). Soon after making these statements, the judge indeed made rulings getting the court "out of it" (which this Court held in *ParkerVision II* were erroneous).

The judge also threatened to undermine ParkerVision's trial right by depriving ParkerVision of key evidence. The judge denied ParkerVision's motion to substitute its technical expert because of a stage IV cancer diagnosis, in effect blocking ParkerVision from explaining Qualcomm's infringement or rebutting Qualcomm's invalidity case. *See* Appx18908–23; Appx19141; *see also* Appx18792 (suggesting that playing ParkerVision's expert's deposition "should suffice" since "[s]ometimes they die," never mind that parties never conduct full direct examinations of their experts during depositions); Dist. Ct. ECF No. 800-1 at 1. Because ParkerVision could not disclose as-yet unknown treatment details, the judge called ParkerVision's grounds for substitution "speculation," concluding that cancer was no "compelling reason" to relieve ParkerVision's expert. *See* Appx19140–41.

This is not how a patentee's jury-trial right works. *See Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 377 (1996) ("[T]here is no dispute

that infringement cases today must be tried to a jury."). The judge here has sewn doubt that he will protect ParkerVision's fundamental jury-trial right rather than come up with still other ways to get "out of" this case before trial, as he has now done twice. Reassignment is needed to preserve the appearance of a fair process. *See Torkington*, 874 F.2d at 1447.

**C.** Last, reassigning this case would not lead to disproportional waste or duplication. Discovery is long over, and most of the work needed to prepare this case for trial is done. The final pretrial conference was approaching when the district court made the ruling prompting this appeal. And while this case has gone on for years, this Court's opinions would quickly orient a new judge to the issues that must be tried. *See Gupta*, 572 F.3d at 892 (reassignment would "not produce excessive duplication" when, although a "new judge would need to become familiar with the history of this appeal," the Eleventh Circuit's "opinions in *Gupta I* and *Gupta II* provide[d] much of the essential information"). In the end, ensuring a fair process—and the appearance of a fair process—justifies any incremental effort.

60

## CONCLUSION

This Court should reverse the district court's claim-construction order and judgment of noninfringement. This Court should reassign this case on remand.

February 4, 2026

Kevin Burgess
MCKOOL SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, Texas 75670

Colin Hickl
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1200
Dallas, Texas 75201

Respectfully submitted,

*/s/ Charles E. Fowler, Jr.*
Charles E. Fowler, Jr.
Joshua W. Budwin
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, Texas 78701
(512) 692-8722
cfowler@mckoolsmith.com

Counsel for Plaintiff-Appellant ParkerVision, Inc.

61

**CERTIFICATE OF COMPLIANCE**

The brief complies with the type-volume limitation of Fed. Cir. R. 28(b)(1)(A) and 32(b)(1) because it contains 13,906 words. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in Equity 14-point font.

*/s/ Charles E. Fowler, Jr.*
Charles E. Fowler, Jr.

**CERTIFICATE OF SERVICE**

On February 4, 2026, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system, which served it on all counsel of record.

*/s/ Charles E. Fowler, Jr.*
Charles E. Fowler, Jr.

Nos. 2026-1033, -1035

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PARKERVISION, INC.,
Plaintiff-Appellant,

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,
Defendants-Appellees.

Appeals from the United States District Court for the
Middle District of Florida, No. 6:14-cv-687-PGB-LHP

## PLAINTIFF-APPELLANT PARKERVISION, INC.'S ADDENDUM

## Judgments and Orders

Final Judgment
(October 2, 2025) (ECF No. 820)..........................................................Appx1

Order on Third Claim Construction
(May 29, 2025) (ECF No. 804)..............................................................Appx7

Order on Defendants' Motion for Partial Summary Judgment of Noninfringement and Dismissal Without Prejudice of Invalidity Counterclaim
(August 21, 2025) (ECF No. 815) .......................................................Appx29

## Patents

U.S. Patent No. 6,091,940....................................................................Appx32

U.S. Patent No. 7,218,907 .................................................................. Appx153

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

      **Plaintiff,**

v.                                            Case No: 6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED
and QUALCOMM ATHEROS,
INC.,

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Enter Stipulated Final Judgment of Noninfringement of the Receiver Claims under Rule 54(b) and to Sever and Stay the Remaining (Transmitter) Claims Pending Appeal of the Court's Claim-Construction Order. (Doc. 811 (the "**Motion**")). The Defendants Qualcomm Inc. and Qualcomm Atheros, Inc. (collectively, "**Qualcomm**") filed a Response (Doc. 814), and the Plaintiff submitted a Reply. (Doc. 818). Upon consideration, the Plaintiff's Motion is granted.

## I.     BACKGROUND

The relevant procedural history is outlined in the Court's Third Claim Construction Order and is incorporated herein. (Doc. 804, pp. 1–5). Following remand from the Federal Circuit, the Court invited the parties to submit claim construction briefs on claim 1 of the '907 patent and claims 24 and 331 of the '940

APPX1

patent. (Doc. 794). Thereafter, the Court issued its Third Claim Construction Order. (Doc. 804). The Court's construction of the disputed claim terms prompted the parties to jointly move for entry of partial summary judgment of noninfringement of claims 1 and 10 of U.S. Patent 7,218,907 (the "**'907 Patent**") and claims 24 and 331 of U.S. Patent 6,091,940 (the "**'940 Patent**") (collectively, the "**Receiver Claims**"). (Doc. 809). The parties further moved the Court to dismiss without prejudice, subject to renewal if there is a reversal or remand, Qualcomm's 2d Counterclaim for Invalidity as it relates to claims 24 and 331 of the '940 Patent and Qualcomm's 16th Counterclaim for Invalidity of the '907 Patent. (*Id.*). The Court granted the motion and entered partial summary judgment in favor of Defendants Qualcomm Inc. and Qualcomm Atheros, Inc. on the Receiver Claims, dismissing without prejudice Qualcomm's counterclaims seeking a declaratory judgment of invalidity. Now, the Plaintiff moves the Court to enter final judgment under Federal Rule of Civil Procedure 54(b), so it may seek appellate review of the Court's Third Claim Construction Order. Plaintiff also moves for a stay of the remaining claims.

## II.    LEGAL STANDARD

"For Rule 54(b) to apply, three prerequisites must be met: '(1) multiple claims for relief or multiple parties must be involved; (2) at least one claim or the rights and liabilities of at least one party must be finally decided; and (3) the district court must find that there is no just reason for delaying an appeal.'" *Super-Sparkly Safety Stuff, LLC v. Skyline USA, Inc.*, 836 F. App'x 895, 897 (Fed. Cir.

APPX2

2020)[1] (quoting *Alfred E. Mann Found. for Sci. Rsch. v. Cochlear Corp.*, 841 F.3d 1334, 1347 (Fed. Cir. 2016)). Thus, "the court must enter a 'final' judgment that 'disposes entirely of a separable claim or dismisses a party entirely.'" *Vazquez-Klecha v. Bickerstaff*, No. 22-10385, 2023 WL 5321308, at *2 (11th Cir. Aug. 18, 2023) (quoting *Lloyd Noland Found., Inc. v. Tenet Health Care Corp.*, 483 F.3d 773, 777, 779 (11th Cir. 2007)). And the court must determine there is "no just reason for delay." *Id.* "Because Rule 54(b) certifications depart from the 'historic federal policy against piecemeal appeals' ' . . . certifications must be reserved for the unusual case in which the costs and risks of multiplying the number of proceedings and of overcrowding the appellate docket are outbalanced by pressing needs of the litigants for an early and separate judgment as to some claims or parties." *Id.* (citation omitted).

## III.   DISCUSSION

"Within the meaning of Rule 54(b), the definition of a 'claim' is not clear." *TruePosition, Inc. v. Polaris Wireless, Inc.*, No. 12-646-RGA-MPT, 2015 WL 887935, at *3 (D. Del. Mar. 3, 2015). The court in *TruePosition* reasoned that "if aspects of a single claim of patent infringement remain and are not resolved, then that claim cannot be certified as final under Rule 54(b)." *Id.* at *4. The question is whether claims 25, 26, 368, and 369 of the '940 Patent (collectively, the **"Transmitter Claims"**) fall within the definition of an aspect of a single claim of

---

[1]   "Unpublished cases do not constitute binding authority and may be relied on only to the extent they are persuasive." *Searcy v. R.J. Reynolds Tobacco Co.*, 902 F.3d 1342, 1355 (11th Cir. 2018).

patent infringement. ParkerVision argues that the Transmitter Claims are separate and distinct from the Receiver Claims, noting that the Federal Circuit has treated them as such. (Doc. 818, p. 5 (quoting *ParkerVision, Inc. v. Qualcomm Inc.*, 116 F.4th 1345, 1351, 1362, 1364 n.1 (Fed. Cir. 2024))). ParkerVision further asserts that the Transmitter Claims present different infringement theories and different damages models. (*Id.* at p. 9); *see Smithkline Beecham Corp. v. Apotex Corp.*, No. 99-CV-4304, 2004 WL 634867, at *4 (E.D. Pa. Mar. 26, 2004) ("[C]laims cannot be separate unless separate recovery is possible on each.")). The Court agrees with ParkerVision that the Transmitter Claims are separate from the Receiver Claims, such that judgment pursuant to Rule 54(b) is possible.

The next question is whether departing from the "historic federal policy against piecemeal appeals" is appropriate here. *Vazquez-Klecha*, 2023 WL 5321308, at *2 (citation omitted). This case is unique not only in its duration but also because the Federal Circuit remanded with instructions for this Court to conduct a Third Claim Construction long after the deadline set by the Court had passed and without either party requesting construction of the terms identified by the Circuit Court. *See ParkerVision*, 116 F.4th at 1357, 1364. The Court has now construed the claims at issue, and ParkerVision argues that if the Federal Circuit disagrees with the Court's construction, the parties will face two trials: one on the remaining Transmitter Claims and, after an appeal, a separate trial on the Receiver Claims. (Doc. 818, p. 10). ParkerVision also asserts that the Federal Circuit can quickly dismiss the appeal if it determines the Receiver Claims and Transmitter

4

APPX4

Claims constitute a single cause of action such that certification is improper. (*Id.* at p. 1 n.1). ParkerVision is right on both points.

Certification under Rule 54(b) should issue "[o]nly in rare, unusually harsh circumstances where delaying appeal would work hardship or injustice." *Morgan v. Bill Vann Co., Inc.*, No. 11-0535-WS-B, 2013 WL 5445632, at *4 (S.D. Ala. Sept. 30, 2013). The parties have been embroiled in costly litigation in this Court and before the U.S. International Trade Commission (Doc. 250) since 2014. Three Claim Construction Orders have been issued, with the most recent having resulted from the Federal Circuit's initiative. The Federal Circuit is now intimately familiar with this case and is well-positioned to promptly review the Court's construction of claims that it identified. The harm caused to both parties by proceeding to trial on the Transmitter Claims without the benefit of appellate review of the Receiver Claims is significant. And this Court has already expended more time and resources on this one case than is justifiable. The Federal Circuit felt it was necessary for claim terms to be construed long after the deadline set by this Court, so it should have the opportunity to review that construction now—not later.

## IV. CONCLUSION

For these reasons, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Enter Stipulated Final Judgment of Noninfringement of the Receiver Claims under Rule 54(b) and to Sever and Stay the Remaining (Transmitter) Claims Pending Appeal of the Court's Claim-Construction Order (Doc. 811) is **GRANTED**.

APPX5

2.    Final Judgment pursuant to FED. R. CIV. P. 54(b) of noninfringement on the Receiver Claims[2] (*see* Doc. 815) is entered in favor of Defendants Qualcomm Inc. and Qualcomm Atheros, Inc.

3.    All other claims are **SEVERED** and **STAYED** pending appeal.

4.    The parties shall provide written status reports every ninety (90) days hereafter or upon the occurrence of any event that may result in the stay being lifted.

5.    The Clerk is **DIRECTED** to administratively close the case.

**DONE AND ORDERED** in Orlando, Florida on October 2, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2]    Claims 1 and 10 of U.S. Patent 7,218,907 and claims 24 and 331 of U.S. Patent 6,091,940.

APPX6

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PARKERVISION, INC.,

        **Plaintiff,**

v.                                                    **Case No: 6:14-cv-687-PGB-LHP**

QUALCOMM INCORPORATED
and QUALCOMM ATHEROS,
INC.,

        **Defendants.**

_____/

## <u>ORDER</u>

This cause is before the Court on the parties' Third Claim Construction briefing as directed by the Federal Circuit. (*See* Doc. 794). The parties dispute the construction to be given to "whereby the energy provided to the load forms a down-converted signal" ('907 patent) and "a storage device storing energy from said UFT module" ('940 patent). (*Id.*). Defendants have filed their claim construction brief (Doc. 798), and the Plaintiff has submitted a response. (Doc. 796).

## I.    BACKGROUND[1]

In February 2016, this Court granted the parties' joint motion to stay the proceedings in this case ("***ParkerVision II***"). (Doc. 250). In 2018, the Court lifted its stay of *ParkerVision II* and directed the parties to address whether any

---

[1]    For a comprehensive discussion of the procedural history of this case and of *ParkerVision I*, see Docket Entry 348 and *ParkerVision, Inc. v. Qualcomm Inc.*, 116 F.4th 1345 (Fed. Cir. 2024).

patents and claims brought in the instant litigation are affected by a prior patent case involving the parties ("***ParkerVision I***"). (Docs. 274, 297). On September 27, 2019, Defendants filed their motion for partial summary judgment of noninfringement based on collateral estoppel from *ParkerVision I*. (Docs. 318, 321).[2] Plaintiff filed a response in opposition (Doc. 327), and Defendants filed a reply. (Doc. 330). On January 16, 2020, the Court denied Defendants' motion, noting that issue preclusion extends to new products only if the defendant shows a close identity between the accused and adjudicated devices. (Doc. 348, p. 12). The Court found the unsworn testimony of Defendants' employee and citation to their arguments before the International Trade Commission ("**ITC**") was inadequate to establish a close identity, where the Defendants failed to conduct a side-by-side comparison of the relevant architecture of the accused devices. (*Id.* at p. 13).

The Court then turned to Defendants' contention that claim 1 of the '907 patent and claim 23 of the '551 patent, the latter being at issue in *ParkerVision I*, use "slightly different language to describe substantially the same invention." (*Id.* at p. 14). Plaintiff countered that their expert, Dr. Allen, opined that claim 1 describes "energy that is provided to the load (during periodic couplings) from the electromagnetic signal, without passing through the energy storage device," and therefore is not the same concept as claim 23 of the '551 patent in *ParkerVision I*.

---

[2] To protect proprietary information, the Court permitted the parties to file more comprehensive briefing under seal and has issued Orders wherein such information is discussed under seal.

APPX8

(*Id.* at pp. 17–18). The Court found Dr. Allen's declaration created a material issue of fact that precluded summary judgment. (*Id.* at p. 18).

The Federal Circuit observed in its most recent opinion that this Court recognized the receiver claims at issue in *ParkerVision II* "might lack the generating limitation [dispositive in *ParkerVision I*] and, therefore, would not exclude down-converting occurring *before* the capacitor." *ParkerVision, Inc.*, 116 F.4th at 1353. That is, the Federal Circuit agreed with this Court's prior ruling that a material issue of fact exists which precludes summary judgment without affirmatively finding the claims in *ParkerVision II* lack the generating limitation.

On April 29, 2020, the Court issued a 58-page claim construction Order following extensive briefing and two *Markman* hearings. (Doc. 381). The Court construed numerous disputed terms, but neither party asked the Court to construe the two claims at issue here.[3] On March 4, 2021, Defendants moved for summary judgment on noninfringement and invalidity (Doc. 538), which the Court granted, (Doc. 685). On appeal, the Federal Circuit held that "the accused products at issue here operate, in all material respects, in the same manner as the products accused of infringement" in *ParkerVision I. ParkerVision, Inc.*, 116 F.4th at 1356. "Therefore, determining whether the infringement issue here is the same as the

---

[3]   The Defendants request construction of claim 1 of the '907 patent, "whereby the energy provided to the load forms a down-converted signal" with "forms" construed to mean "generates." (Doc. 798, p. 2). Defendants also ask the Court to construe claims 24 and 331 of the '940 patent, "a storage device storing energy from said UFT module" as "a storage device storing energy from said UFT module and using that energy to generate a down-converted signal." (*Id.* at p. 15).

3

APPX9

infringement issue in the 2011 Action [(*ParkerVision I*)] requires only an assessment of whether the receiver claims of the '907 and '940 patents . . . are materially the same as the claims that were the basis for the finding of non-infringement in the 2011 Action." *Id.* The Circuit Court ordered that on remand, this Court should undertake any necessary claim construction and then determine whether the receiver claims asserted in this case have the same generating limitation of the claims at issue in *ParkerVision I*. *Id.* at 1360. The undersigned, being mindful of the Federal Circuit's directive, instructed the parties to submit their respective claim construction briefs on claim 1 of the '907 patent and claims 24 and 331 of the '940 patent.

Defendants submitted a claim construction brief in which, as expected, counsel discussed the intrinsic evidence of record, *i.e.*, the patent, including the claims and the specification. Plaintiff, rather than submitting a claim construction brief, took a different, and somewhat confounding, approach. Plaintiff did not offer an interpretation of the intrinsic evidence and instead relied on the conclusions found in the declaration of its expert witness,[4] Dr. Allen, along with counsel's interpretation of the Federal Circuit's opinion in this matter, and this Court's

---

[4]   The Federal Circuit, in remanding this case for further proceedings, observed that the trial court erred when it relied on Defendants' unrebutted expert report and "from [that] extrinsic evidence concluded that the "[r]eceiver [c]laims at issue here have the same requirements as the claims in *ParkerVision I*, including the 'generating limitation.'" *ParkerVision, Inc.*, 116 F.4th at 1356-57. The Federal Circuit criticized this Court because it "relied principally on extrinsic evidence, particularly Qualcomm's expert opinion. [Whereas t]he proper approach to determining claim scope is to 'look first to the intrinsic evidence of record, *i.e.*, the patent itself, including the claims, the specification and, if in evidence, the prosecution history." *Id.* at 1357.

APPX10

denial of Defendant's motion for partial summary judgment on collateral estoppel from 2020. That is, instead of parsing the intrinsic evidence, Plaintiff relies on extrinsic evidence. Similarly, when discussing the '940 patent, ParkerVision relies on extrinsic evidence, including its Opening Appellate Brief, which is not part of the Court's record. In short, the Defendants submitted a claim construction brief, and the Plaintiff submitted a brief fashioned like a response to a motion for summary judgment.

## II.    LEGAL STANDARD

The Court construes a patent claim as a matter of law. *Phillips v. AWH Corp.*, 415 F.3d 1303, 1330 (Fed. Cir. 2005) (en banc). The Federal Circuit directs district courts construing claim terms to focus on the intrinsic evidence—that is, the claims, specification, and prosecution histories—because intrinsic evidence is "the most significant source of the legally operative meaning of disputed claim language." *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996); *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 979 (Fed. Cir. 1995) (en banc), *aff'd*, 517 U.S. 370 (1996). Generally, the Court accords the words of a claim "their ordinary and customary meaning," which is "the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention." *Phillips*, 415 F.3d at 1312–13. Persons of ordinary skill in the art do not read the claim term in isolation, but in the context of the entire patent. *Id*. at 1313. If the ordinary meaning of claim language is "readily apparent even to lay judges," then claim construction requires "little more than the application of the

5

APPX11

widely accepted meaning of commonly understood words." *Id.* at 1314. But because the meaning of a claim term as understood by a person skilled in the art is often not immediately apparent, the Court looks to both intrinsic evidence (the words of the claims themselves, the specification, and the prosecution history) and extrinsic evidence (sources such as dictionaries and expert testimony). *Id.*; *K-fee Sys. GmbH v. Nespresso USA, Inc.*, 89 F.4th 915, 919 (Fed. Cir. 2023); *Finisar Corp. v. DirecTV Grp., Inc.*, 523 F.3d 1323, 1328 (Fed. Cir. 2008).

The patent's specification is "the single best guide to the meaning of a disputed term," as it may reveal that the patentee intended a special definition to apply to a claim term that differs from its ordinary meaning or that the patentee intentionally disclaimed or disavowed the claim's scope. *Phillips*, 415 F.3d at 1315–16 (internal quotation marks omitted). The Court also considers the prosecution history, which is created by the patentee to explain and obtain the patent. *Id.* at 1317. The prosecution history consists of the complete record of proceedings before the Patent and Trademark Office ("**PTO**") and the prior art cited during the examination of the patent. *Id.* Unlike the specification, which is a final product, the prosecution history is less useful in claim construction because it represents the ongoing negotiations between the PTO and the applicant. *Id.*

The Court also looks at the prosecution history "to determine whether the applicant clearly and unambiguously 'disclaimed or disavowed'" an interpretation of claim scope in order to obtain the patent grant. *Middleton, Inc. v. Minn. Mining & Mfg. Co.*, 311 F.3d 1384, 1388 (Fed. Cir. 2002) (quoting *Standard Oil Co. v. Am.*

6

APPX12

*Cyanamid Co.*, 774 F.2d 448, 452 (Fed. Cir. 1985)). A patentee disclaims an interpretation by "clearly characterizing the invention in a way to try to overcome rejections based on prior art," as opposed to simply describing features of the prior art without distinguishing the claimed invention based on those features. *Comput. Docking Station Corp. v. Dell, Inc.*, 519 F.3d 1366, 1374–75 (Fed. Cir. 2008). Thus, the Court protects the public's reliance on the definitive statements made during the prosecution by precluding the patentee from "recapturing" an interpretation disclaimed during prosecution through claim construction. *Id.* at 1374 (quoting *Omega Eng'g, Inc. v. Raytek Corp.*, 334 F.3d 1314, 1323 (Fed. Cir. 2003)).

Although "less significant than the intrinsic record," extrinsic evidence is helpful. *Phillips*, 415 F.3d at 1317 (internal quotation marks omitted). However, expert testimony about claim terms that is conclusory, unsupported, or "clearly at odds" with the intrinsic evidence is not useful. *Id.* at 1318 (internal quotation marks omitted). Moreover, while dictionaries and treatises are relevant, the Court must ensure that the dictionary definition does not contradict a definition "found in or ascertained by a reading of the patent documents." *Id.* at 1322–23 (quoting *Vitronics*, 90 F.3d at 1584 n.6). "In sum, extrinsic evidence may be useful to the court, but it is unlikely to result in a reliable interpretation of patent claim scope unless considered in the context of the intrinsic evidence." *Id.* at 1319.

APPX13

### III.    DISPUTED TERMS

### A.    whereby the energy provided to the load forms a down-converted signal

| Claim Term | ParkerVision's Proposal | Qualcomm's Proposal |
| --- | --- | --- |
| whereby the energy provided to the load forms a down-converted signal | plain and ordinary meaning | whereby the energy provided to the load generates a down-converted signal |

Claim 1 of the '907 patent reads:

> What is claimed is:
>
> 1.  A method for down-converting an electromagnetic signal, comprising:
>
> periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;
>
> providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;
>
> providing, during the periodic couplings, energy from the electromagnetic signal to the load; and
>
> providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;
>
> whereby the energy provided to the load forms a down-converted signal.

'907 patent at 130:63–131:14.

APPX14

The Court should not provide a construction "beyond a phrase's plain terms where the phrase 'convey[ed] a meaningful limitation to a person of ordinary skill' in the art." *Omnia Med., LLC v. Painteq, LLC*, No. 8:22-cv-145-VMC-TGW, 2023 WL 4305224, at *4 (M.D. Fla. June 30, 2023) (quoting *Pediatric Med. Devices, Inc. v. Indiana Mills & Mfg., Inc.*, No. 1:11-cv-2613-TCB, 2013 WL 2395994, at *13 (N.D. Ga. Apr. 26, 2013)). ParkerVision advocates for the plain and ordinary meaning of "forms." (Doc. 796, p. 3). ParkerVision argues that the claim requires "'a down-converted signal' be *formed* in a load using energy taken directly from the electromagnetic signal, without charging and discharging a capacitor."[5] (*Id.*). ParkerVision quotes its retained expert, Dr. Allen, for the premise that the "load doesn't down-convert anything, it can just *shape* the down-converted signal provided to if from the switch and the energy storage device." (*Id.* at p. 6 (citing Doc. 327-1, ¶ 12) (emphasis added)). Therefore, ParkerVision relies on extrinsic evidence of the sort rejected by the Federal Circuit in concluding that "forms" means "shapes."

Qualcomm correctly frames the issue before the Court, as follows: "[t]he parties dispute whether the energy provided to the load *generates* a down-converted signal or whether the energy provided to the load *shapes* an already existing down-converted signal." (Doc. 798, p. 3). Qualcomm equates "forms" with "generates," and invites the Court to so construe the claim. ParkerVision, while

---

[5]   ParkerVision supports this interpretation of claim 1 of the '907 patent by citing the argument it presented in response to Qualcomm's motion for summary judgment based on collateral estoppel. (*See* Doc. 327, pp. 14–15).

APPX15

advocating for the plain and ordinary meaning of "forms," fails to explain why a person of ordinary skill would understand "forms" to mean "shapes" as opposed to "generates," except to say the claims of the '907 lack generating limitations. (Doc. 796, pp. 5–7 (citing Dr. Allen's expert report)). Since "forms" is subject to more than one meaning, the Court is compelled to construe the claim term "whereby the energy provided to the load forms a down-converted signal."

### 1.    Qualcomm's Proposed Construction

Qualcomm contends that ParkerVision's assertion that claim 1 of the '907 patent recites a "down-converted electric current that flows directly to the load" is refuted by the claim language. (Doc. 798, p. 6). That is, while ParkerVision contends that a down-converted signal is somehow generated and exists in the "providing, during the periodic couplings" limitation,[6] Qualcomm avers that the claim language itself does not recite a "down-converted signal" in those limitations. (*Id.*). Qualcomm argues the claim language never references a down-converted signal prior to the energy being provided to the load.[7] (*Id.*). Qualcomm submits

---

[6]   Stated differently, ParkerVision contends that when "a down-converted signal" is first recited in claim 1 in conjunction with "forms," the down-converted signal already exists and is merely shaped. (Doc. 796, pp. 6-7).

[7]   Claim 1 provides that "during periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an *amount* of energy stored by the energy storage device" and that "during the periodic couplings, energy from the electromagnetic signal to the load" and further that "between the periodic couplings, energy from the energy storage device to the load, thereby *changing* the *amount* of energy stored by the energy storage device." '907 patent at 131:3–12 (emphasis added). However, as Qualcomm notes, the claim language does not specify that this energy is already a down-converted signal. (Doc. 798, p. 7). That is, the claim language does not provide that a change in the *amount* of energy equates with a down-conversion of the signal.

10

APPX16

that the only logical interpretation of "the energy provided to the load forms a down-converted signal" is that the signal is being generated. (*Id.* at p. 7).

Qualcomm notes that "forms" is not discussed in the '907 patent in conjunction with "shape" or "shaping." (*Id.* at p. 8). Qualcomm also avers that the specification supports its construction of "forms" as "generates" (*Id.*). Qualcomm argues that Figure 83D "illustrates a down-converted signal **8310** that is formed by energy transferred from the input EM signal **8302**." (*Id.*; '907 patent at 69:21–23). Qualcomm avers that "FIG. 83D illustrates the transferred energy stored in the storage module **6506**. The storage module **6506** outputs the transferred energy as the down-converted signal **1308**B. (Doc. 798, pp. 8–9; '907 patent at 100:4–7). Qualcomm points to Figure 82A as evidence of a down-converted signal using transferred energy. (Doc. 798, p. 9). Qualcomm also observes that in *ParkerVision I,* the Plaintiff in its Corrected Nonconfidential Brief, No. 3:11-cv-00719-RBD-JRK, 2014 WL 4802308, at *16–19, 30–31 (Fed. Cir. Sept. 15, 2014), relied on FIG. 82A of the '551 patent to describe a "generating" down-converted signal using energy stored in a capacitor.[8] (*Id.* at p. 9). While ParkerVision's appellate brief in *ParkerVision I* constitutes extrinsic evidence, ParkerVision's prior interpretation of Figure 82A corroborates Qualcomm's interpretation. Moreover, Figure 82A contradicts ParkerVision's assertion that "literally nothing"

---

[8]   Qualcomm correctly identifies the '907 patent as a continuation-in-part of the '551 patent which incorporates by reference the '551 patent. (Doc. 798, p. 9; '907 patent at 1:6–18). Figure 82A in the '907 patent and '551 patent is identical. ParkerVision does not dispute this contention.

APPX17

in the intrinsic record supports Qualcomm's interpretation of "forms" to mean "generates." (Doc. 796, pp. 9–10). That is, if Figure 82A describes a "generated" down-converted signal using energy stored in a capacitor, the signal is not already down-converted during the periodic couplings and thereafter merely shaped.

Similarly, the specification describes the signal in Figure 57E as a "generated" signal: "FIG. 57E illustrates a demodulated baseband signal S712, which is generated by the down-conversion process." ('907 patent at 87:9–10). And Qualcomm contends that Figure 57E "illustrates a demodulated baseband signal S712, which is generated by the down-conversion process." (Doc. 798, p. 9; '907 patent at 87:9–10). The intrinsic evidence, thus, supports Qualcomm's construction of "forms" as "generates."

### 2.     *ParkerVision's Proposed Construction*

ParkerVision asserts that "the '907 claims require that the 'energy provided to the load,' which 'forms a down-converted signal,' comes not only from an energy storage device but also from the electromagnetic signal itself." (Doc. 796, p. 6). As previously noted, the Plaintiff cites as support its own Memorandum in Opposition to Qualcomm's first Collateral Estoppel Summary Judgment Motion and its retained expert's report. (*Id.*; Doc. 327). The Federal Circuit found this Court erred by relying principally on "extrinsic evidence, particularly Qualcomm's expert opinion," and instructed the Court to "look first to the intrinsic evidence of record, *i.e.*, the patent itself, including the claims, the specifications and, if in evidence, the prosecution history." *ParkerVision, Inc.*, 116 F.4th at 1357.

ParkerVision relies on its expert's interpretation of claim 1 wherein the expert opined that "during the periodic couplings (i.e. *when the switch is closed*) energy from the *already down-converted-by-the-switch signal* goes to *both* the 'energy storage device' (like a capacitor) and 'the load.'" (Doc. 796, p. 6). The claim language does not include the highlighted text, and ParkerVision fails to explain how its expert's interpretation of the claim's limitations is supported by intrinsic evidence. ParkerVision, again relying on its expert's interpretation of the claim language, states that "between the periodic couplings' (i.e. *when the switch is open*) energy from the *already down-converted-by-the-switch signal*, *previously stored* in the 'energy storage device,' is then provided to the load' 'forms a down-converted signal.'" (*Id.* at p. 7). Again, the italicized language is not found in the claim language. To demonstrate this concept, the Plaintiff inserts a diagram that does not originate from the specification but was created by its retained expert. (*Id.*).

ParkerVision is forced to construe the claim language to teach that the energy is "already down-converted-by-the-switch signal" for the word "forms" to mean "shapes" as opposed to "generates." The problem is that the claim language does not state this, and ParkerVision does not point to the specification to support its construction. ParkerVision, however, concedes that the energy must be down-converted at some point, and if the energy is not "*already down-converted-by-the-switch signal*" before it reaches the capacitor, then the last limitation of claim 1 teaches the energy generates, *i.e.*, *"forms,"* a down-converted signal after the load.

13

APPX19

ParkerVision next submits that this Court and the Federal Circuit have determined that the claims at issue here are different from the claims at issue in *ParkerVision I*. (*Id.* at pp. 2, 9). However, the issue before this Court and the Federal Circuit was whether a material issue of fact is present that precludes summary judgment, and neither court was engaged in claim construction. ParkerVision further claims that the Federal Circuit held that a "generating" limitation is not present in claim 1 of the '907 patent. (*Id.* at p. 9). ParkerVision reads too much into the Federal Circuit's opinion remanding the case back to this Court. The Federal Circuit rejected Qualcomm's suggestion that ParkerVision invited the district court's error in failing to construe the claims, finding that Qualcomm was obligated to request claim construction where it sought to read into the receiver claims the generating limitation that is not expressly recited in the claims. *ParkerVision, Inc.*, 116 F.4th at 1364 n.4. The Federal Circuit did not, however, construe claim 1 of the '907 patent and exclude a generating limitation; rather, it merely noted that the limitation is not *expressly* recited. The Federal Circuit then directed the instant Court to conduct any necessary claim construction, which makes no sense if the Federal Circuit already constructed the limitations of claim 1. The Court again emphasizes that the Federal Circuit was reviewing whether this Court erred by granting summary judgment; the Federal Circuit was not reviewing this Court's claim construction Order.

ParkerVision's next argument, like the previous one, departs from an analysis of the intrinsic evidence and focuses on the Court's ruling on Qualcomm's

14

APPX20

motion for summary judgment on collateral estoppel. (Doc. 796, pp. 10–11). Plaintiff submits that this Court previously agreed with its explanation that claim 1 of the '907 patent does "not require a baseband signal and [does] not require any signal to be 'generated' using an 'energy storage device' to down-convert a high frequency signal." (*Id.* at p. 11). ParkerVision highlights that this Court credited its arguments in holding the Defendants failed "to show that there is no material difference between the patents-at-issue in *ParkerVision I* and the claims now asserted by ParkerVision, that is, the identity of the issues." (*Id.*).

The Plaintiff's reliance on arguments advanced in relation to Defendants' motion for partial summary judgment based on collateral estoppel is not helpful in construing the limitations found in claim 1 of the '907 patent. ParkerVision argued in response to Qualcomm's motion for partial summary judgment that the asserted claims of the '907 patent differ from the claims at issue in *ParkerVision I*. (Doc. 327, p. 11). This Court denied Qualcomm's motion for summary judgment because it failed to present sufficient evidence that the accused product here and in *ParkerVision I* are essentially the same. (Doc. 348, p. 13). ParkerVision also argued in opposition to Qualcomm's motion for partial summary judgment that the '907 claims teach that the "energy provided to the load," which "forms a down-converted signal," come from an energy storage device and "also from the electromagnetic signal itself." (Doc. 327, p. 17). ParkerVision's response to Defendants' motion for partial summary judgment relied on the sworn declaration of Dr. Allen who opined that claim 1 of the '907 patent describes "energy that is

15

APPX21

provided to the load (during periodic couplings) from the electromagnetic signal, without passing through the energy storage device." (Doc. 327-1, ¶ 12). While Dr. Allen's declaration constitutes extrinsic evidence in a claim construction proceeding, this Court found it was sufficient to create a material issue of fact precluding summary judgment. (Doc. 348, p. 18).

ParkerVision's reliance on its brief in response to a motion for summary judgment and its citation to its retained expert's conclusions do not inform whether the intrinsic evidence supports ParkerVision's position that "forms" means "shape/shapes." The Federal Circuit made clear in its recent opinion that reliance on an expert's declaration without first consulting intrinsic evidence is error. Moreover, this Court did not "agree" with ParkerVision's explanation of whether a generating limitation exists in claim 1 of the '907 patent. This Court merely found that in the context of a motion for summary judgment, a material issue of fact exists.[9]

Finally, ParkerVision contends that the Court should reject Qualcomm's argument that ParkerVision's reliance on "Figure 82A to describe *generating* a down-converted signal using transferred energy, and Figures 57E and 57F to describe examples of a *shaped* signal—is contrary to ParkerVision's characterization of the asserted claims and [therefore is] supportive of 'reading-in'

---

[9] The Federal Circuit was not construing the claim limitations at issue when it found that "*[a]bsent a claim construction* finding a generating limitation or similar requirement to be part of the claims, the Qualcomm accused products might infringe the receiver claims in this action even if they are found to down-convert the signal before the capacitor." *ParkerVision, Inc.*, 116 F.4th at 1359 (emphasis added).

APPX22

the *generating* limitation language." (Doc. 796, p. 12). ParkerVision submits that the Federal Circuit rejected this argument when it found that ParkerVision's "generalized acknowledgements of some overlap between the claims [in *ParkerVision I* and *ParkerVision II*] do not, however, constitute admission that the patent claims themselves are materially the same in the two actions." (*Id.* (quoting *ParkerVision, Inc.*, 116 F.4th at 1360)).

Again, ParkerVision imports into its claim construction motion a ruling made in the context of a motion for summary judgment. The Federal Circuit did not hold that Qualcomm's reliance on the '907 patent specification does not support its construction of claim 1 as teaching a generating limitation. The Federal Circuit merely found that the overlap between the two patents is not enough to support collateral estoppel. Here, Qualcomm cites Figures 82A, 57E, and 57F as intrinsic evidence supporting its contention of a generating limitation, while noting that ParkerVision previously relied on the same Figures to teach generating, which is inconsistent with its current position.

Accordingly, the Court adopts the following construction:

| **whereby the energy provided to the load forms a down-converted signal** |
|---|
| whereby the energy provided to the load generates a down-converted signal |

APPX23

**B.    a storage device storing energy from said UFT module ('940 patent)**

| Claim Term | ParkerVision's Proposal | Qualcomm's Proposal |
|---|---|---|
| a storage device storing energy from said UFT module | No construction proposed | a storage device storing energy from said UFT module and using that energy to generate a down-converted signal |

*1.    Qualcomm's Proposed Construction*

Qualcomm submits, correctly, that the issue is whether the claimed storage device ("**UFT module**") uses stored energy to generate a down-converted signal, or, as ParkerVision claims, the storage device merely stores energy from the UFT module, without any requirement that the stored energy be used for any purpose. (Doc. 798, p. 15). Qualcomm contends, and ParkerVision does not dispute, that both asserted claims 24 and 331 require "a storage device storing energy from said UFT module." '940 patent at 69:66–67. Qualcomm avers that the intrinsic and extrinsic records refute ParkerVision's contention that the claimed storage device merely stores energy from the UFT module without requiring the stored energy to be used for a specified purpose. (Doc. 798, p. 15). Qualcomm asserts that the storage device uses stored energy to generate a down-converted signal. (*Id.*).

Qualcomm begins where it should, with the intrinsic record. Qualcomm notes that claim 24 recites an approach to down-converting using a UFT module that requires "'aliasing' the signal and 'transferring energy' from the signal to a storage device." '940 patent, claim 24. And Qualcomm observes that the

18

APPX24

specification instructs that the claimed form of down-conversion uses energy stored in the storage device to generate the down-converted signal, directing the Court to 57:27–58:19. (Doc. 798, p. 16). Section 6.3 of the specification is titled "Summary Description of Down-conversion Using a Universal Frequency Translation Module." (*Id.*). Qualcomm highlights two extracts from the specification that teach a "stored charge is used to generate down-converted signal" (*Id.* (citing '940 patent at 58:9-19)). The specification states that "[t]he train of pulses 6418 as shown in FIG. 64D controls the switch 6408 to alias the input signal 6404 with the control signal 6406 *to generate a down-converted output signal* 6412." (*Id.* (citing '940 patent at 58:9-19) (emphasis added)). Thus, Qualcomm argues, the claimed storage device does not merely store energy from the UFT module; rather, the stored energy is used to generate the down-converted signal. (*Id.*).

As if the specification was not sufficient to support Qualcomm's proposed construction, ParkerVision's inventors admit in deposition that the invention teaches using energy stored in the storage device to generate the down-converted signal. (*Id.* at p. 17 (first citing Doc. 499-29, 199:9–200:16; and then citing Doc. 499-31, 178:19–179:4)).[10] Moreover, Qualcomm's expert, Dr. Razavi, and ParkerVision's experts, Drs. Allen and Steer, agree that the receiver claims operate

---

[10] The deposition of Michael Bultman is filed under seal, and so the Court will not quote his testimony more precisely. The deposition of Robert Cook is not sealed, and he testified that on the "receiver side of things," the aperture to "transfer energy to the capacitor" and "then the down-converted signal was generated from the capacitor." (Doc. 499-11, 179:19–180:4).

19

APPX25

in this manner. (*Id.* at pp. 17–18 (citing Doc. 527-2, ¶¶ 823–829; then citing Doc. 499-27, 216:21–219:25; and then citing 499-43, 74:18-24)).[11] Qualcomm is correct that "[a]n inventor is entitled to claim in a patent what he has invented, but no more . . . . Therefore, in construing a claim, there are two limiting factors—what was invented, and what exactly was claimed." (*Id.* at p. 17 (quoting *MySpace v. GraphOn*, 672 F.3d 1250, 1256 (Fed. Cir. 2012))). Here, the claims and specification teach that energy stored in the storage device is used to generate the down-converted signal, and ParkerVision's inventors and experts have confirmed this limitation was intended.

### 2.  *ParkerVision's Proposed Construction*

ParkerVision submits that the Federal Circuit foreclosed Qualcomm's argument that the receiver claims of the '907 and '940 patents include a generating limitation. (Doc. 796, p. 15). As this Court noted while discussing the '907 patent, the Federal Circuit was analyzing whether summary judgment should have been granted and did not engage in claim construction.[12] Therefore, the Federal Circuit's observation does not foreclose Qualcomm's contention that the intrinsic record, supported by the extrinsic record, supports the inclusion of a generating limitation.

---

[11]  The depositions of Drs. Allen and Steer are filed under seal, and as such, the Court will not quote from either deposition.

[12]  The Federal Circuit specifically stated that "[t]he parties have not provided us with claim construction briefing" and "[t]hus, on remand, the district court should undertake any necessary claim construction and then determine whether the receiver claims asserted in this case have the same requirement as the generating limitation of the claims at issue in *ParkerVision I*." *ParkerVision Inc.*, 116 F.4th at 1360.

APPX26

ParkerVision next argues that no intrinsic evidence supports Qualcomm's proposed construction. (*Id.*). ParkerVision cites its Opening Appellate Brief for the following assertion:

> Claim 22 of the '940 patent recites an 'apparatus for communicating' that includes both a 'transmitting subsystem' and a 'receiving subsystem'. . . . Claim 24 then further describes the 'receiving subsystem as including 'an aliasing module' which further includes, in relevant part, 'a universal frequency translation (UFT) module' that 'down-convert[s]' and 'electromagnetic signal.'

(*Id.* at p. 16). ParkerVision's reliance on extrinsic evidence, *i.e.*, its Opening Appellate Brief, without citing the patent, violates the Federal Circuit's admonition that, first and foremost, claim construction starts with the claim language. Absent citation to the patent, the Court cannot discern whether ParkerVision's "construction" is mere argument. For example, without citation to specific claim language and without regard to the specification, ParkerVision proclaims that "[t]he intrinsic evidence shows that the UFT includes nothing more than a switch, and clearly that there is no energy storage device in the UFT." (*Id.*). ParkerVision's argument boils down to citing its appellate brief and the conclusory assertion that the intrinsic evidence supports its preferred construction. ParkerVision conveniently ignores the specification cited by Qualcomm and disregards the testimony of its inventors and experts, all of which teach that the energy stored in the storage device is used to generate the down-converted signal.

Accordingly, the Court adopts the following construction:

APPX27

| **a storage device storing energy from said UFT module ('940 patent)** |
| --- |
| a storage device storing energy from said UFT module and using that energy to generate a down-converted signal |

## IV.  CONCLUSION

For these reasons, the disputed claims are construed as set forth in this Order. Consistent with the scope of the remand, the Court will allow the parties to resubmit briefing on summary judgment with a separate scheduling order to follow.

**DONE AND ORDERED** in Orlando, Florida on May 29, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

22

APPX28

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PARKERVISION, INC.,**

      **Plaintiff,**

**v.**                                     **Case No: 6:14-cv-687-PGB-LHP**

**QUALCOMM INCORPORATED
and QUALCOMM ATHEROS,
INC.,**

      **Defendants.**

_____/

### <u>ORDER</u>

This cause is before the Court on Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.'s (collectively, "**Qualcomm**") Unopposed Motion for Partial Summary Judgment of Noninfringement and Dismissal Without Prejudice of Invalidity Counterclaims. (Doc. 809 (the "**Motion**")). Upon consideration, the Motion is due to be granted.

### I.     BACKGROUND

The relevant procedural history is outlined in the Court's Third Claim Construction Order and is incorporated herein. (Doc. 804, pp. 1–5). Suffice it to say that following remand by the Federal Circuit, this Court allowed the parties to submit claim construction briefs for a third time. (*Id.*). After the Court issued the Third Claim Construction Order, the parties filed the instant Motion. (Doc. 809). The unopposed Motion is accompanied by a Joint Stipulation of Noninfringement

APPX29

of All Asserted Receiver Claims. (Doc. 809-1). The parties stipulate that there is no genuine issue of material fact that the Accused Products did not infringe asserted claims 1 and 10 of U.S. Patent 7,218,907 (the "'**907 Patent**") and claims 24 and 331 of U.S. Patent 6,091,940 (the "'**940 Patent**") (collectively, the "**Receiver Claims**"). (*Id.*). The parties further stipulate that the Court should dismiss without prejudice Qualcomm's counterclaims seeking declaratory judgment of invalidity of the Receiver Claims, subject to renewal should the Federal Circuit reverse the Court's claim construction order. (*Id.* at pp. 2–3).

## II.    DISCUSSION

The parties agree that their stipulation of noninfringement satisfies the requirements of Rule 56 and supports the entry of partial summary judgment in favor of Qualcomm as to ParkerVision's claims regarding infringement of the Receiver Claims and as to Qualcomm's corresponding counterclaims of noninfringement of those claims. *See* FED. R. CIV. P. 56(C)(1)(A); *Groove Digit., Inc. v. United Bank*, 825 F. App'x 852, 853 (Fed. Cir. 2020) (affirming summary judgment based upon joint stipulation of noninfringement); (Doc. 809, p. 2). The parties further agree that the entry of partial summary judgment will moot Qualcomm's counterclaims for invalidity. (*Id.* at p. 3); *see Nystrom v. TREX Co., Inc.*, 339 F.3d 1347, 1351, 1351 n.* (Fed. Cir. 2003) (holding the court may order dismissal of a counterclaim without prejudice—either with or without a finding that the counterclaim was moot—following the grant of summary judgment of non-infringement).

## III.  CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Qualcomm's Unopposed Motion for Partial Summary Judgment of Noninfringement and Dismissal Without Prejudice of Invalidity Counterclaims (Doc. 809) is **GRANTED**.

2.  The Court hereby enters partial summary judgment in favor of Defendants Qualcomm, Inc. and Qualcomm Atheros, Inc. as to claims 1 and 10 of the '907 Patent and claims 24 and 331 of the '940 Patent.

3.  Defendants Qualcomm, Inc. and Qualcomm Atheros, Inc.'s Counterclaims as to the Receiver Claims are hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**DONE AND ORDERED** in Orlando, Florida on August 21, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1]  The Stipulation and Motion for Partial Summary Judgment do not affect asserted claims 25, 26, 368, and 369 of the '940 Patent (the **"Transmitter Claims"**).

APPX31

US006091940A

# United States Patent [19]

## Sorrells et al.

| | | |
|---|---|---|
| [11] | **Patent Number:** | **6,091,940** |
| [45] | **Date of Patent:** | **Jul. 18, 2000** |

[54] **METHOD AND SYSTEM FOR FREQUENCY UP-CONVERSION**

[75] Inventors: **David F. Sorrells; Michael J. Bultman**, both of Jacksonville; **Robert W. Cook**, Switzerland; **Richard C. Looke; Charley D. Moses, Jr.**, both of Jacksonville, all of Fla.

[73] Assignee: **ParkerVision, Inc.**, Jacksonville, Fla.

[21] Appl. No.: **09/176,154**

[22] Filed: **Oct. 21, 1998**

[51] **Int. Cl.$^7$** ...................................................... **H04B 1/04**

[52] **U.S. Cl.** .......................... **455/118**; 455/115; 375/350; 327/103

[58] **Field of Search** .................................... 455/115, 103, 455/102, 118, 126, 127, 129, 295; 375/285, 346, 350; 327/103, 124, 143

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,494 | 4/1997 | Nicollini | 327/554 |
| Re. 35,829 | 6/1998 | Sanderford, Jr. | 375/200 |
| 2,057,613 | 10/1936 | Gardner | 250/8 |
| 2,241,078 | 5/1941 | Vreeland | 179/15 |
| 2,270,385 | 1/1942 | Skillman | 179/15 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 035 166 A1 | 2/1981 | European Pat. Off. | H04B 1/26 |
| 0 193 899 B1 | 9/1986 | European Pat. Off. | G01S 7/52 |
| 0 380 351 A2 | 8/1990 | European Pat. Off. | H03H 17/04 |
| 0 380 351 A3 | 2/1991 | European Pat. Off. | H03H 17/04 |
| 0 411 840 A2 | 2/1991 | European Pat. Off. | G01R 33/36 |

(List continued on next page.)

### OTHER PUBLICATIONS

Shen, D. et al., "A 900 MHz Integrated Discrete–Time Filtering RF Front–End," IEEE International Solid State Circuits Conference, vol. 39, Feb. 1996, pp. 54–55 and 417.

Richard A. Groshong and Stephen Ruscak, "Undersampling Techniques Simplify Digital Radio," *Electronic Design,* May 23, 1993, v39, n10, p67.

Jeff Kirsten and Tarlton Fleming, "Undersampling Reduces Data–Acquisition Costs for Select Applications," *EDN,* Jun. 21, 1990, v35, n13, p217.

H.E. Rowe, *Signals and Noise in Communication Systems,* D. Van Nostrand Company, Inc., Princeton, New Jersey, 1965, including, for example, Chapter V, Pulse Modulation Systems.

(List continued on next page.)

*Primary Examiner*—Reinhard J. Eisenzopf
*Assistant Examiner*—Sam Bhattacharya
*Attorney, Agent, or Firm*—Sterne, Kessler, Goldstei & Fox P.L.L.C.

[57] **ABSTRACT**

A method and system is described wherein a signal with a lower frequency is up-converted to a higher frequency. In one embodiment, the higher frequency signal is used as a stable frequency and phase reference. In another embodiment, the invention is used as a transmitter. The up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency. When the invention is being used as a frequency or phase reference, the oscillating signal is not modulated, and controls a switch that is connected to a bias signal. When the invention is being used in the frequency modulation (FM) or phase modulation (PM) implementations, the oscillating signal is modulated by an information signal before it causes the switch to gate the bias signal. In the amplitude modulation implementation (AM), the oscillating signal is not modulated, but rather causes the switch to gate a reference signal that is substantially equal to or proportional to the information signal. In the FM and PM implementations, the signal that is output from the switch is modulated substantially the same as the modulated oscillating signal. In the AM implementation, the signal that is output from the switch has an amplitude that is a function of the information signal. In both embodiments, the output of the switch is filtered, and the desired harmonic is output.

**374 Claims, 59 Drawing Sheets**



**6,091,940**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,283,575 | 5/1942 | Roberts | 250/6 |
| 2,358,152 | 9/1944 | Earp | 179/171.5 |
| 2,410,350 | 10/1946 | Labin et al. | 179/15 |
| 2,451,430 | 10/1948 | Barone | 250/8 |
| 2,462,069 | 2/1949 | Chatterjea et al. | 250/17 |
| 2,462,181 | 2/1949 | Grosselfinger | 250/17 |
| 2,472,798 | 6/1949 | Fredendall | 178/44 |
| 2,497,859 | 2/1950 | Boughtwood et al. | 250/8 |
| 2,499,279 | 2/1950 | Peterson | 332/41 |
| 2,802,208 | 8/1957 | Hobbs | 343/176 |
| 2,985,875 | 5/1961 | Grisdale et al. | 343/100 |
| 3,023,309 | 2/1962 | Foulkes | 250/17 |
| 3,069,679 | 12/1962 | Sweeney et al. | 343/200 |
| 3,104,393 | 9/1963 | Vogelman | 343/200 |
| 3,114,106 | 12/1963 | McManus | 325/56 |
| 3,118,117 | 1/1964 | King et al. | 332/22 |
| 3,226,643 | 12/1965 | McNair | 325/40 |
| 3,258,694 | 6/1966 | Shepherd | 325/145 |
| 3,383,598 | 5/1968 | Sanders | 325/163 |
| 3,384,822 | 5/1968 | Miyagi | 325/30 |
| 3,454,718 | 7/1969 | Perreault | 178/66 |
| 3,523,291 | 8/1970 | Pierret | 340/347 |
| 3,548,342 | 12/1970 | Maxey | 332/9 |
| 3,555,428 | 1/1971 | Perreault | 325/320 |
| 3,617,892 | 11/1971 | Hawley et al. | 325/145 |
| 3,621,402 | 11/1971 | Gardner | 328/37 |
| 3,623,160 | 11/1971 | Giles et al. | 340/347 DA |
| 3,626,417 | 12/1971 | Gilbert | 343/203 |
| 3,629,696 | 12/1971 | Bartelink | 324/57 R |
| 3,662,268 | 5/1972 | Gans et al. | 325/56 |
| 3,689,841 | 9/1972 | Bello et al. | 325/39 |
| 3,714,577 | 1/1973 | Hayes | 325/145 |
| 3,717,844 | 2/1973 | Barret et al. | 340/5 R |
| 3,735,048 | 5/1973 | Tomsa et al. | 179/15 BM |
| 3,806,811 | 4/1974 | Thompson | 325/146 |
| 3,868,601 | 2/1975 | MacAfee | 332/45 |
| 3,949,300 | 4/1976 | Sadler | 325/31 |
| 3,967,202 | 6/1976 | Batz | 325/31 |
| 3,980,945 | 9/1976 | Bickford | 325/30 |
| 3,987,280 | 10/1976 | Bauer | 235/150.53 |
| 3,991,277 | 11/1976 | Hirata | 179/15 FD |
| 4,003,002 | 1/1977 | Snijders et al. | 332/10 |
| 4,013,966 | 3/1977 | Campbell | 325/363 |
| 4,019,140 | 4/1977 | Swerdlow | 322/65 |
| 4,035,732 | 7/1977 | Lohrmann | 325/446 |
| 4,047,121 | 9/1977 | Campbell | 331/76 |
| 4,066,841 | 1/1978 | Young | 178/66 R |
| 4,066,919 | 1/1978 | Huntington | 307/353 |
| 4,081,748 | 3/1978 | Batz | 325/56 |
| 4,130,765 | 12/1978 | Arakelian et al. | 307/220 R |
| 4,130,806 | 12/1978 | Van Gerwen et al. | 325/487 |
| 4,142,155 | 2/1979 | Adachi | 325/47 |
| 4,170,764 | 10/1979 | Salz et al. | 332/17 |
| 4,204,171 | 5/1980 | Sutphin, Jr. | 328/167 |
| 4,210,872 | 7/1980 | Gregorian | 330/9 |
| 4,245,355 | 1/1981 | Pascoe et al. | 455/326 |
| 4,253,066 | 2/1981 | Fisher et al. | 329/50 |
| 4,253,069 | 2/1981 | Nossek | 330/107 |
| 4,308,614 | 12/1981 | Fisher et al. | 370/119 |
| 4,320,361 | 3/1982 | Kikkert | 332/16 R |
| 4,320,536 | 3/1982 | Dietrich | 455/325 |
| 4,346,477 | 8/1982 | Gordy | 455/257 |
| 4,355,401 | 10/1982 | Ikoma et al. | 375/5 |
| 4,356,558 | 10/1982 | Owen et al. | 364/724 |
| 4,360,867 | 11/1982 | Gonda | 363/158 |
| 4,363,132 | 12/1982 | Collin | 455/52 |
| 4,365,217 | 12/1982 | Berger et al. | 333/165 |
| 4,370,572 | 1/1983 | Cosand et al. | 307/353 |
| 4,389,579 | 6/1983 | Stein | 307/353 |
| 4,392,255 | 7/1983 | Del Giudice | 455/328 |
| 4,430,629 | 2/1984 | Betzl et al. | 333/165 |
| 4,446,438 | 5/1984 | Chang et al. | 328/127 |
| 4,456,990 | 6/1984 | Fisher et al. | 370/119 |
| 4,472,785 | 9/1984 | Kasuga | 364/718 |
| 4,479,226 | 10/1984 | Prabhu et al. | 375/1 |
| 4,481,490 | 11/1984 | Huntley | 332/41 |
| 4,481,642 | 11/1984 | Hanson | 375/9 |
| 4,485,488 | 11/1984 | Houdart | 455/327 |
| 4,504,803 | 3/1985 | Lee et al. | 332/31 R |
| 4,517,519 | 5/1985 | Mukaiyama | 329/126 |
| 4,517,520 | 5/1985 | Ogawa | 329/145 |
| 4,518,935 | 5/1985 | van Roermund | 333/173 |
| 4,521,892 | 6/1985 | Vance et al. | 375/88 |
| 4,563,773 | 1/1986 | Dixon, Jr. et al. | 455/327 |
| 4,577,157 | 3/1986 | Reed | 329/50 |
| 4,583,239 | 4/1986 | Vance | 375/94 |
| 4,591,736 | 5/1986 | Hirao et al. | 307/267 |
| 4,602,220 | 7/1986 | Kurihara | 331/19 |
| 4,603,300 | 7/1986 | Welles, II et al. | 329/50 |
| 4,612,464 | 9/1986 | Ishikawa et al. | 307/496 |
| 4,612,518 | 9/1986 | Gans et al. | 332/21 |
| 4,616,191 | 10/1986 | Galani et al. | 331/4 |
| 4,621,217 | 11/1986 | Saxe et al. | 315/1 |
| 4,628,517 | 12/1986 | Schwarz et al. | 375/40 |
| 4,634,998 | 1/1987 | Crawford | 331/1 A |
| 4,648,021 | 3/1987 | Alberkrack | 363/157 |
| 4,651,034 | 3/1987 | Sato | 307/556 |
| 4,675,882 | 6/1987 | Lillie et al. | 375/80 |
| 4,688,253 | 8/1987 | Gumm | 381/7 |
| 4,716,376 | 12/1987 | Daudelin | 329/107 |
| 4,716,388 | 12/1987 | Jacobs | 333/173 |
| 4,718,113 | 1/1988 | Rother et al. | 455/209 |
| 4,726,041 | 2/1988 | Prohaska et al. | 375/91 |
| 4,733,403 | 3/1988 | Simone | 375/103 |
| 4,734,591 | 3/1988 | Ichitsubo | 307/219.1 |
| 4,737,969 | 4/1988 | Steel et al. | 375/67 |
| 4,743,858 | 5/1988 | Everard | 330/10 |
| 4,745,463 | 5/1988 | Lu | 358/23 |
| 4,751,468 | 6/1988 | Agoston | 328/133 |
| 4,757,538 | 7/1988 | Zink | 381/7 |
| 4,768,187 | 8/1988 | Marshall | 370/69.1 |
| 4,769,612 | 9/1988 | Tamakoshi et al. | 328/167 |
| 4,785,463 | 11/1988 | Janc et al. | 375/1 |
| 4,791,584 | 12/1988 | Greivenkamp, Jr. | 364/525 |
| 4,801,823 | 1/1989 | Yokoyama | 307/353 |
| 4,806,790 | 2/1989 | Sone | 307/353 |
| 4,810,904 | 3/1989 | Crawford | 307/353 |
| 4,810,976 | 3/1989 | Cowley et al. | 331/117 R |
| 4,811,362 | 3/1989 | Yester, Jr. et al. | 375/75 |
| 4,819,252 | 4/1989 | Christopher | 375/122 |
| 4,833,445 | 5/1989 | Buchele | 341/118 |
| 4,862,121 | 8/1989 | Hochschild et al. | 333/173 |
| 4,868,654 | 9/1989 | Juri et al. | 358/133 |
| 4,870,659 | 9/1989 | Oishi et al. | 375/82 |
| 4,871,987 | 10/1989 | Kawase | 332/100 |
| 4,885,587 | 12/1989 | Wiegand et al. | 42/14 |
| 4,885,756 | 12/1989 | Fontanes et al. | 375/82 |
| 4,888,557 | 12/1989 | Puckette, IV et al. | 329/341 |
| 4,890,302 | 12/1989 | Muilwijk | 375/80 |
| 4,893,316 | 1/1990 | Janc et al. | 375/44 |
| 4,893,341 | 1/1990 | Gehring | 381/7 |
| 4,894,766 | 1/1990 | De Agro | 363/159 |
| 4,896,152 | 1/1990 | Tiemann | 340/853 |
| 4,902,979 | 2/1990 | Puckette, IV | 329/343 |
| 4,908,579 | 3/1990 | Tawfik et al. | 328/167 |
| 4,910,752 | 3/1990 | Yester, Jr. et al. | 375/75 |
| 4,914,405 | 4/1990 | Wells | 331/25 |
| 4,920,510 | 4/1990 | Senderowicz et al. | 364/825 |
| 4,922,452 | 5/1990 | Larsen et al. | 365/45 |
| 4,931,921 | 6/1990 | Anderson | 363/163 |
| 4,944,025 | 7/1990 | Gehring et al. | 455/207 |
| 4,955,079 | 9/1990 | Connerney et al. | 455/325 |

**6,091,940**

Page 3

| | | | |
|---|---|---|---|
| 4,965,467 | 10/1990 | Bilterijst | 307/352 |
| 4,967,160 | 10/1990 | Quievy et al. | 328/16 |
| 4,970,703 | 11/1990 | Hariharan et al. | 367/138 |
| 4,982,353 | 1/1991 | Jacob et al. | 364/724.1 |
| 4,984,077 | 1/1991 | Uchida | 358/140 |
| 4,995,055 | 2/1991 | Weinberger et al. | 375/5 |
| 5,005,169 | 4/1991 | Bronder et al. | 370/76 |
| 5,006,810 | 4/1991 | Popescu | 328/167 |
| 5,010,585 | 4/1991 | Garcia | 455/118 |
| 5,014,304 | 5/1991 | Nicollini et al. | 379/399 |
| 5,015,963 | 5/1991 | Sutton | 329/361 |
| 5,017,924 | 5/1991 | Guiberteau et al. | 342/195 |
| 5,020,149 | 5/1991 | Hemmie | 455/325 |
| 5,020,154 | 5/1991 | Zierhut | 455/608 |
| 5,052,050 | 9/1991 | Collier et al. | 455/296 |
| 5,065,409 | 11/1991 | Hughes et al. | 375/91 |
| 5,083,050 | 1/1992 | Vasile | 307/529 |
| 5,091,921 | 2/1992 | Minami | 375/88 |
| 5,095,533 | 3/1992 | Loper et al. | 455/245 |
| 5,095,536 | 3/1992 | Loper | 455/324 |
| 5,111,152 | 5/1992 | Makino | 329/300 |
| 5,113,094 | 5/1992 | Grace et al. | 307/529 |
| 5,113,129 | 5/1992 | Hughes | 323/316 |
| 5,122,765 | 6/1992 | Pataut | 332/105 |
| 5,124,592 | 6/1992 | Hagino | 307/520 |
| 5,136,267 | 8/1992 | Cabot | 333/174 |
| 5,140,705 | 8/1992 | Kosuga | 455/318 |
| 5,150,124 | 9/1992 | Moore et al. | 342/68 |
| 5,151,661 | 9/1992 | Caldwell et al. | 328/14 |
| 5,159,710 | 10/1992 | Cusdin | 455/304 |
| 5,170,414 | 12/1992 | Silvian | 375/59 |
| 5,172,070 | 12/1992 | Hiraiwa et al. | 329/304 |
| 5,191,459 | 3/1993 | Thompson et al. | 359/133 |
| 5,204,642 | 4/1993 | Ashgar et al. | 331/135 |
| 5,212,827 | 5/1993 | Meszko et al. | 455/219 |
| 5,214,787 | 5/1993 | Karkota, Jr. | 455/3.2 |
| 5,220,583 | 6/1993 | Solomon | 375/82 |
| 5,220,680 | 6/1993 | Lee | 455/102 |
| 5,222,144 | 6/1993 | Whikehart | 381/15 |
| 5,230,097 | 7/1993 | Currie et al. | 455/226.1 |
| 5,239,686 | 8/1993 | Downey | 455/78 |
| 5,241,561 | 8/1993 | Barnard | 375/1 |
| 5,249,203 | 9/1993 | Loper | 375/97 |
| 5,251,218 | 10/1993 | Stone et al. | 370/120 |
| 5,251,232 | 10/1993 | Nonami | 375/5 |
| 5,260,970 | 11/1993 | Henry et al. | 375/10 |
| 5,263,194 | 11/1993 | Ragan | 455/316 |
| 5,263,196 | 11/1993 | Jasper | 455/324 |
| 5,267,023 | 11/1993 | Kawasaki | 358/23 |
| 5,278,826 | 1/1994 | Murphy et al. | 370/76 |
| 5,282,023 | 1/1994 | Scarpa | 358/36 |
| 5,287,516 | 2/1994 | Schaub | 375/88 |
| 5,293,398 | 3/1994 | Hamao et al. | 375/1 |
| 5,303,417 | 4/1994 | Laws | 455/314 |
| 5,307,517 | 4/1994 | Rich | 455/306 |
| 5,315,583 | 5/1994 | Murphy et al. | 370/18 |
| 5,321,852 | 6/1994 | Seong | 455/182.1 |
| 5,325,204 | 6/1994 | Scarpa | 348/607 |
| 5,337,014 | 8/1994 | Najle et al. | 324/124 |
| 5,339,054 | 8/1994 | Taguchi | 332/100 |
| 5,339,459 | 8/1994 | Schiltz et al. | 455/333 |
| 5,355,114 | 10/1994 | Sutterlin et al. | 340/310 A |
| 5,361,408 | 11/1994 | Watanabe et al. | 455/324 |
| 5,369,800 | 11/1994 | Takagi et al. | 455/59 |
| 5,375,146 | 12/1994 | Chalmers | 375/103 |
| 5,379,040 | 1/1995 | Mizomoto et al. | 341/143 |
| 5,379,141 | 1/1995 | Thompson et al. | 359/125 |
| 5,388,063 | 2/1995 | Takatori et al. | 364/724.17 |
| 5,390,364 | 2/1995 | Webster et al. | 455/52.3 |
| 5,400,084 | 3/1995 | Scarpa | 348/624 |
| 5,404,127 | 4/1995 | Lee et al. | 340/310.02 |
| 5,410,541 | 4/1995 | Hotto | 370/76 |
| 5,410,743 | 4/1995 | Seely et al. | 455/326 |
| 5,412,352 | 5/1995 | Graham | 332/103 |
| 5,416,803 | 5/1995 | Janer | 375/324 |
| 5,422,913 | 6/1995 | Wilkinson | 375/347 |
| 5,423,082 | 6/1995 | Cygan et al. | 455/126 |
| 5,428,638 | 6/1995 | Cioffi et al. | 375/224 |
| 5,428,640 | 6/1995 | Townley | 375/257 |
| 5,434,546 | 7/1995 | Palmer | 332/151 |
| 5,438,692 | 8/1995 | Mohindra | 455/324 |
| 5,444,415 | 8/1995 | Dent et al. | 329/302 |
| 5,444,416 | 8/1995 | Ishikawa et al. | 329/341 |
| 5,444,865 | 8/1995 | Heck et al. | 455/86 |
| 5,446,421 | 8/1995 | Kechkaylo | 332/100 |
| 5,446,422 | 8/1995 | Mattila et al. | 332/103 |
| 5,448,602 | 9/1995 | Ohmori et al. | 375/347 |
| 5,451,899 | 9/1995 | Lawton | 329/302 |
| 5,454,007 | 9/1995 | Dutta | 375/322 |
| 5,454,009 | 9/1995 | Fruit et al. | 372/202 |
| 5,463,356 | 10/1995 | Palmer | 332/117 |
| 5,463,357 | 10/1995 | Hobden | 332/151 |
| 5,465,071 | 11/1995 | Kobayashi et al. | 329/315 |
| 5,465,410 | 11/1995 | Hiben et al. | 455/266 |
| 5,465,415 | 11/1995 | Bien | 455/326 |
| 5,471,162 | 11/1995 | McEwan | 327/92 |
| 5,479,120 | 12/1995 | McEwan | 327/91 |
| 5,479,447 | 12/1995 | Chow et al. | 375/260 |
| 5,483,193 | 1/1996 | Kennedy et al. | 329/300 |
| 5,483,549 | 1/1996 | Weinberg et al. | 375/200 |
| 5,483,691 | 1/1996 | Heck et al. | 455/234.2 |
| 5,490,173 | 2/1996 | Whikehart et al. | 375/316 |
| 5,493,581 | 2/1996 | Young et al. | 375/350 |
| 5,493,721 | 2/1996 | Reis | 455/339 |
| 5,495,200 | 2/1996 | Kwan et al. | 327/554 |
| 5,495,202 | 2/1996 | Hsu | 327/113 |
| 5,495,500 | 2/1996 | Jovanovich et al. | 375/206 |
| 5,499,267 | 3/1996 | Ohe et al. | 375/206 |
| 5,500,758 | 3/1996 | Thompson et al. | 359/189 |
| 5,517,688 | 5/1996 | Fajen et al. | 455/333 |
| 5,519,890 | 5/1996 | Pinckley | 455/307 |
| 5,523,719 | 6/1996 | Longo et al. | 327/557 |
| 5,523,726 | 6/1996 | Kroeger et al. | 332/103 |
| 5,523,760 | 6/1996 | McEwan | 342/89 |
| 5,539,770 | 7/1996 | Ishigaki | 375/206 |
| 5,555,453 | 9/1996 | Kajimoto et al. | 455/266 |
| 5,557,641 | 9/1996 | Weinberg | 375/295 |
| 5,557,642 | 9/1996 | Williams | 375/316 |
| 5,579,341 | 11/1996 | Smith et al. | 375/267 |
| 5,579,347 | 11/1996 | Lindquist et al. | 375/346 |
| 5,584,068 | 12/1996 | Mohindra | 455/324 |
| 5,592,131 | 1/1997 | Labreche et al. | 332/103 |
| 5,602,847 | 2/1997 | Pagano et al. | 370/484 |
| 5,602,868 | 2/1997 | Wilson | 375/219 |
| 5,604,732 | 2/1997 | Kim et al. | 370/342 |
| 5,608,531 | 3/1997 | Honda et al. | 386/1 |
| 5,610,946 | 3/1997 | Tanaka et al. | 375/269 |
| 5,617,451 | 4/1997 | Mimura et al. | 375/340 |
| 5,619,538 | 4/1997 | Sempel et al. | 375/328 |
| 5,621,455 | 4/1997 | Rogers et al. | 348/6 |
| 5,630,227 | 5/1997 | Bella et al. | 455/324 |
| 5,640,415 | 6/1997 | Pandula | 375/202 |
| 5,640,424 | 6/1997 | Banavong et al. | 375/316 |
| 5,640,428 | 6/1997 | Abe et al. | 375/334 |
| 5,640,698 | 6/1997 | Shen et al. | 455/323 |
| 5,648,985 | 7/1997 | Bjerede et al. | 375/219 |
| 5,650,785 | 7/1997 | Rodal | 342/357 |
| 5,661,424 | 8/1997 | Tang | 327/105 |
| 5,663,878 | 9/1997 | Walker | 363/159 |
| 5,663,986 | 9/1997 | Striffler | 375/260 |
| 5,668,836 | 9/1997 | Smith et al. | 375/316 |
| 5,680,078 | 10/1997 | Ariie | 332/178 |
| 5,680,418 | 10/1997 | Croft et al. | 375/346 |
| 5,689,413 | 11/1997 | Jaramillo et al. | 363/146 |

APPX34

**6,091,940**

Page 4

| | | | |
|---|---|---|---|
| 5,699,006 | 12/1997 | Zele et al. | 327/341 |
| 5,705,955 | 1/1998 | Freeburg et al. | 331/14 |
| 5,710,998 | 1/1998 | Opas | 455/324 |
| 5,714,910 | 2/1998 | Skoczen et al. | 331/3 |
| 5,715,281 | 2/1998 | Bly et al. | 375/344 |
| 5,721,514 | 2/1998 | Crockett et al. | 331/3 |
| 5,724,002 | 3/1998 | Hulick | 329/361 |
| 5,724,653 | 3/1998 | Baker et al. | 455/296 |
| 5,729,577 | 3/1998 | Chen | 375/334 |
| 5,729,829 | 3/1998 | Talwar et al. | 455/63 |
| 5,732,333 | 3/1998 | Cox et al. | 455/129 |
| 5,736,895 | 4/1998 | Yu et al. | 327/554 |
| 5,737,035 | 4/1998 | Rotzoll | 348/725 |
| 5,742,189 | 4/1998 | Yoshida et al. | 327/113 |
| 5,748,683 | 5/1998 | Smith et al. | 375/347 |
| 5,760,645 | 6/1998 | Comte et al. | 329/304 |
| 5,764,087 | 6/1998 | Clark | 327/105 |
| 5,767,726 | 6/1998 | Wang | 327/356 |
| 5,768,118 | 6/1998 | Faulk et al. | 363/72 |
| 5,771,442 | 6/1998 | Wang et al. | 455/93 |
| 5,777,692 | 7/1998 | Ghosh | 348/725 |
| 5,777,771 | 7/1998 | Smith | 359/180 |
| 5,786,844 | 7/1998 | Rogers et al. | 348/6 |
| 5,793,801 | 8/1998 | Fertner | 375/219 |
| 5,802,463 | 9/1998 | Zuckerman | 455/208 |
| 5,809,060 | 9/1998 | Cafarella et al. | 375/206 |
| 5,818,582 | 10/1998 | Fernandez et al. | 356/318 |
| 5,825,254 | 10/1998 | Lee | 331/25 |
| 5,834,985 | 11/1998 | Sundegård | 332/100 |
| 5,864,754 | 1/1999 | Hotto | 455/280 |
| 5,881,375 | 3/1999 | Bonds | 455/118 |
| 5,892,380 | 4/1999 | Quist | 327/172 |
| 5,894,239 | 4/1999 | Bonaccio et al. | 327/176 |
| 5,896,562 | 4/1999 | Heinonen | 455/76 |
| 5,900,747 | 5/1999 | Brauns | 327/9 |
| 5,901,054 | 5/1999 | Leu et al. | 363/41 |
| 5,901,187 | 5/1999 | Iinuma | 375/347 |
| 5,901,344 | 5/1999 | Opas | 455/76 |
| 5,901,347 | 5/1999 | Chambers et al. | 455/234.1 |
| 5,901,348 | 5/1999 | Bang et al. | 455/254 |
| 5,901,349 | 5/1999 | Guegnaud et al. | 455/302 |
| 5,903,178 | 5/1999 | Miyatsuji et al. | 327/308 |
| 5,903,187 | 5/1999 | Claverie et al. | 329/342 |
| 5,903,196 | 5/1999 | Salvi et al. | 331/16 |
| 5,903,421 | 5/1999 | Furutani et al. | 361/58 |
| 5,903,553 | 5/1999 | Sakamoto et al. | 370/338 |
| 5,903,595 | 5/1999 | Suzuki | 375/207 |
| 5,903,609 | 5/1999 | Kool et al. | 375/261 |
| 5,903,827 | 5/1999 | Kennan et al. | 455/326 |
| 5,903,854 | 5/1999 | Abe et al. | 455/575 |
| 5,905,449 | 5/1999 | Tsubouchi et al. | 340/825.69 |
| 5,907,149 | 5/1999 | Marckini | 235/487 |
| 5,907,197 | 5/1999 | Faulk | 307/119 |
| 5,911,116 | 6/1999 | Nosswitz | 455/83 |
| 5,911,123 | 6/1999 | Shaffer et al. | 455/554 |
| 5,914,622 | 6/1999 | Inoue | 327/172 |
| 5,920,199 | 7/1999 | Sauer | 324/678 |
| 5,943,370 | 8/1999 | Smith | 375/334 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 411 840 A3 | 2/1991 | European Pat. Off. | G01R 33/36 |
| 0 423 718 A2 | 4/1991 | European Pat. Off. | H04N 7/01 |
| 0 423 718 A3 | 4/1991 | European Pat. Off. | H04N 7/01 |
| 0 486 095 A1 | 5/1992 | European Pat. Off. | H03D 3/00 |
| 0 512 748 A2 | 11/1992 | European Pat. Off. | H04N 9/64 |
| 0 512 748 A3 | 11/1992 | European Pat. Off. | H04N 9/64 |
| 0 548 542 A1 | 6/1993 | European Pat. Off. | H03B 19/14 |
| 0 632 288 A2 | 1/1995 | European Pat. Off. | G01S 13/75 |
| 0 411 840 B1 | 10/1995 | European Pat. Off. | G01R 33/36 |
| 0 696 854 A1 | 2/1996 | European Pat. Off. | H04B 1/26 |
| 0 632 288 A3 | 7/1996 | European Pat. Off. | G01S 13/75 |
| 0 486 095 B1 | 2/1997 | European Pat. Off. | H03D 3/00 |

| | | | |
|---|---|---|---|
| 0 782 275 A2 | 7/1997 | European Pat. Off. | H04B 7/02 |
| 0 785 635 A1 | 7/1997 | European Pat. Off. | H04B 1/713 |
| 0 795 978 A2 | 9/1997 | European Pat. Off. | H04L 5/06 |
| 0 837 565 A1 | 4/1998 | European Pat. Off. | H04B 1/69 |
| 0 862 274 A1 | 9/1998 | European Pat. Off. | H03M 1/06 |
| 0 874 499 A2 | 10/1998 | European Pat. Off. | H04L 25/64 |
| 0 512 748 B1 | 11/1998 | European Pat. Off. | H04N 9/64 |
| 2 743 231 A1 | 7/1997 | France | H04B 7/12 |
| 42 37 692 C1 | 3/1994 | Germany | H04B 1/26 |
| 3-39632 | 2/1990 | Japan | H04B 7/12 |
| 2-131629 | 5/1990 | Japan | H04B 7/12 |
| 2-276351 | 11/1990 | Japan | H04L 27/22 |
| 2 161 344 | 1/1986 | United Kingdom | H04B 7/12 |
| 2 215 945 | 9/1989 | United Kingdom | G04L 27/00 |
| WO 80/01633 | 8/1980 | WIPO | H04J 1/08 |
| WO 94/05087 | 3/1994 | WIPO | H03M 1/00 |
| WO 96/02977 | 2/1996 | WIPO | H04B 1/26 |
| WO 96/08078 | 3/1996 | WIPO | H03D 3/00 |
| WO 96/39750 | 12/1996 | WIPO | H04B 1/26 |
| WO 97/38490 | 10/1997 | WIPO | H03K 7/00 |
| WO 98/00953 | 1/1998 | WIPO | H04L 27/26 |
| WO 98/24201 | 6/1998 | WIPO | H04H 1/00 |

OTHER PUBLICATIONS

Akers, N.P. et al., "RF Sampling Gates: a Brief Review," IEE Proc., vol. 133, Part A, No. 1, Jan. 1986, pp. 45–49.

Faulkner, N.D. and Vilar, E., "Subharmonic Sampling for the Measurement of Short Term Stability of Microwave Oscillators," *IEEE Trans. On Instrumentation and Measurement,* vol. IM–32, No. 1, Mar. 1983, pp. 208–213.

Itakura, T., "Effects of the sampling pulse width on the frequency of characteristics of a sample–and–hold circuit," IEE Proceedings—Circuits, Devices and Systems, Aug. 1994, vol. 141, No. 4, pp. 328–336.

Oppenheim, A.V. et al., *Signals and Systems,* Prentice–Hall, 1983, pp. 527–531 and 561–562.

Razavi, B., *RF Microelectronics,* Prentice–Hall, 1998, pp. 147–149.

Russell, R. and Hoare, L., "Millimeter Wave Phase Locked Oscillators," Military Microwaves '78 Conference Proceedings, Oct. 25–27, 1978, pp. 238–242.

Vollmer, A., "Complete GPS Receiver Fits on Two Chips," *Electronic Design,* Jul. 6, 1998, pp. 50, 52, 54, 56.

Chan, P. et al., "A Highly Linear 1–Ghz CMOS Downconversion Mixer," European Solid State Circuits Conference, Seville, Spain, Sep. 22–24, 1993, pp. 210–213.

Pärssinen, A. et al., "A 2–Ghz Subharmonic Sampler for Signal Downconversion," *IEEE Trans On Microwave Theory and Techniques,* vol. 45, No. 12, Dec. 1997, (7 Pages).

Thomas, G.B., "Calculus and Analytic Geometry, "Third Edition, Addison–Wesley Publishing, 1960, pp. 119–133.

Wang, H., "A 1–V Multigigahertz RF Mixer Core in 0.5–$\mu m$ CMOS," *IEEE,* Jul. 1, 1998, 3 pages.

Weast, R.C. et al. (Ed.), *Handbook of Mathematical Tables,* Second Edition, The Chemical Rubber Co., 1964, pp. 480–485.

EPO Search Report for U.S. application No. 09/176,154; Completed Mar. 11, 1999, 3 pages.

Press Release, "Parkervision, Inc. Announces Fiscal 1993 Results," 2 pages, Apr. 6, 1994.

Press Release, "Parkervision, Inc. Announces the Appointment of Michael Baker to the New Position of National Sales Manager," 1 Page, Apr. 7, 1994.

Press Release, "Parkervision's Cameraman Well–Received by Distance Learning Market," 2 Pages, Apr. 8, 1994.

**6,091,940**

Page 5

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 2 Pages, Apr. 26, 1994.

Press Release, "Parkervision, Inc. Announces The Retirement of William H. Fletcher, Chief Financial Officer," 1 Page, May 11, 1994.

Press Release, "Parkervision, Inc. Announces New Cameraman System II™ At Infocom Trade Show," 3 Pages, Jun. 9, 1994.

Press Release, "Parkevision, Inc. Announces Appointments to its National Sales Force," 2 Pages, Jun. 17, 1994.

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Aug. 9, 1994.

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 3 Pages, Oct. 28, 1994.

Press Release, "Parkervision, Inc. Announces First Significant Dealer Sale of Its Cameraman® System II," 2 Pages, Nov. 7, 1994.

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," 2 Pages, Mar. 1, 1995.

Press Release, "Parkervision, Inc. Announces Joint Product Developments With VTEL," 2 Pages, Mar. 21, 1995.

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 28, 1995.

Press Release, "Parkervision Wins Top 100 Product Districts' Choice Award," 1 Page, Jun. 29, 1995.

Press Release, "Parkervision National Sales Manager Next President of USDLA," 1 Page, Jul. 6, 1995.

Press Release, "Parkervision Granted New Patent," 1 Page, Jul. 21, 1995.

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 2 Pages, Jul. 31, 1995.

Press Release, "Parkervision, Inc. Expands Its Cameraman System II Product Line," 2 Pages, Sep. 22, 1995.

Press Release, "Parkervision Announces New Camera Control Technology," 2 Pages, Oct. 25, 1995.

Press Release, "Parkervision, Inc. Announces Completion of VTEL/Parkervision Joint Product Line," 2 Pages, Oct. 30, 1995.

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 2 Pages, Oct. 30, 1995.

Press Release, "Parkervision's Cameraman Personal Locator Camera System Wins Telecon XV Award," 2 Pages, Nov. 1, 1995.

Press Release, "Parkervision, Inc. Announces Purchase Commitment From VTEL Corporation," 1 Page, Feb. 26, 1996.

Press Release, "ParkerVision, Inc. Announces Fourth Quarter and Year End Results," 2 Pages, Feb. 27, 1996.

Press Release, "ParkerVision, Inc. Expands its Product Line," 2 Pages, Mar. 7, 1996.

Press Release, "ParkerVision Files Patents for its Research of Wireless Technology," 1 Page, Mar. 28, 1996.

Press Release, "Parkervision, Inc. Announces First Significant Sale of Its Cameraman® Three Chip System," 2 pages, Apr. 12, 1996.

Press Release, "Parkervision, Inc. Introduces New Product Line For Studio Production Market," 2 Pages, Apr. 15, 1996.

Press Release, "Parkervision, Inc. Announces Private Placement of 800,000 Shares," 1 Page, Apr. 15, 1996.

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 30, 1996.

Press Release, "ParkerVision's New Studio Product Wins Award," 2 Pages, Jun. 5, 1996.

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Aug. 1, 1996.

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 2 Pages, Oct. 29, 1996.

Press Release, "PictureTel and ParkerVision Sign Reseller Agreement," 2 Pages, Oct. 30, 1996.

Press Release, "CLI and ParkerVision Bring Enhanced Ease–of–Use to Videoconferencing," 2 Pages, Jan. 20, 1997.

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," 3 Pages, Feb. 27, 1997.

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 29, 1997.

Press Release, "NEC and Parkervision Make Distance Learning Closer," 2 Pages, Jun. 18, 1997.

Press Release, "Parkervision Supplies JPL with Robotic Cameras, Cameraman Shot Director for Mars Mission," 2 pages, Jul. 8, 1997.

Press Release, "ParkerVision and IBM Join Forces to Create Wireless Computer Peripherals," 2 Pages, Jul. 23, 1997.

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Jul. 31, 1997.

Press Release, "Parkervision, Inc. Announces Private Placement of 990,000 Shares," 2 Pages, Sep. 8, 1997.

Press Release, "Wal–Mart Chooses Parkervision for Broadcast Production," 2 Pages, Oct. 24, 1997.

Press Release, "Parkervision, Inc. Announces Third Quarter Financial Results," 3 Pages, Oct. 30, 1997.

Press Release, "ParkerVision, Inc. Announces Breakthrough in Wireless Radio Frequency Technology," 3 Pages, Dec. 10, 1997.

Press Release, "Parkervision, Inc. Announces the Appointment of Joseph F. Skovron to the Position of Vice President, Licensing—Wireless Technologies," 2 Pages, Jan. 9, 1998.

Press Release, "Parkervision Announces Existing Agreement with IBM Terminates—Company Continues with Strategic Focus Announced in Dec.," 2 Pages, Jan. 27, 1998.

Press Release, "Laboratory Tests Verify Parkervision Wireless Technology," 2 Pages, Mar. 3, 1998.

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Financial Results," 3 Pages, Mar. 5, 1998.

Press Release, "Parkervision Awarded Editors' Pick of Show for NAB 98," 2 Pages, Apr. 15, 1998.

Press Release, "Parkervision Announces First Quarter Financial Results," 3 Pages, May 4, 1998.

Press Release, "Parkervision 'DIRECT2DATA' Introduced in Response to Market Demand," 3 Pages, Jul. 9, 1998.

Press Release, "Parkervision Expands Senior Management Team," 2 Pages, Jul. 29, 1998.

Press Release, "Parkervision Announces Second Quarter and Six Month Financial Results," 4 Pages, Jul. 30, 1998.

Press Release, "Parkervision Announces Third Quarter and Nine Month Financial Results," 3 Pages, Oct. 30, 1998.

Press Release, "Questar Infocomm, Inc. Invests $5 Million in Parkervision Common Stock," 3 Pages, Dec. 2, 1998.

Press Release, "Parkervision Adds Two New Directors," 2 Pages, Mar. 5, 1999.

Press Release, "Parkervision Announces Fourth Quarter and Year End Financial Results," 3 Pages, Mar. 5, 1999.

Press Release, "Joint Marketing Agreement Offers New Automated Production Solution," 2 Pages, Apr. 13, 1999.

Copy of Declaration of Michael J. Bultman, Filed in U.S. application No. 09/176,022, directed to related subject matter.

**6,091,940**

Page 6

Copy of Declaration of Robert W. Cook, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Alex Holtz, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Richard C. Looke, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Charley D. Moses, Jr., Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Jeffrey L. Parker and David F. Sorrells, with attachment Exhibit 1., Filed in U.S. application No. 09/176,022, directed to related subject matter.

DIALOG File 348 (European Patents) English Language Patent Abstract for EP 35166 A1, published Feb. 18, 1981, (2 Pages).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–39632, published Feb. 8, 1990, (1 Page).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–131629, published May 21, 1990, (1 Page).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–276351, published Nov. 13, 1990, (1 Page).

DIALOG File 348 (European Patents) English Language Patent Abstract for EP O 785 635 A1, published Dec. 26, 1996, (3 Pages).

Sasikumar, M. et al., "Active Compensation in the Switched–Capacitor Biquad," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 1008–1009.

Temes, G.C. and Tsividis, T., "The Special Section on Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 915–916.

Aghvami, H. et al., "Land Mobile Satellites Using the Highly Elliptic Orbits—The UK T–SAT Mobile Payload," 4th International Conf. On Satellite Systems for Mobile Communications and Navigation, Oct. 17–18, 1988, pp. 147–153.

Al Ahmad, H.A.M. et al., "Doppler Frequency Correction for a Non–Geostationary Communications Satellite. Techniques for CERS and T–SAT," Electronics Division Colloquium on Low Noise Oscillators and Synthesizer, Jan. 23, 1986, pp. 4/1–4/5.

Ali, I. et al., "Doppler Characterization for LEO Satellites," IEEE Transactions On Communications, vol. 46, No. 3, Mar. 1998, pp. 309–313.

Allan, D.W., "Statistics of Atomic Frequency Standards," Proc. Of the IEEE Special Issue on Frequency Stability, Feb. 1996, pp. 221–230.

Allstot, D.J. et al., "MOS Switched Capacitor Ladder Filters," IEEE Journal of Solid State Circuits, vol. SC–13, No. 6, Dec. 1978, pp. 806–814.

Allstot, D.J. and Black, W.C. Jr., "Technological Design Considerations for Monolithic MOS Switched–Capacitor Filtering Systems," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 967–986.

Alouini, M. et al., "Channel Characterization and Modeling for Ka–Band Very Small Aperture Terminals," Proc. Of the IEEE, vol. 85, No. 6, Jun. 1997, pp. 981–997.

Andreyev, G.A. and Ogarev, S.A., "Phase Distortions of Keyed Millimeter–Wave Signals in the Case of Propagation in a Turbulent Atmosphere," Telecommunications and Radio Engineering, vol. 43, No. 12, Dec. 1988, pp. 87–90.

Antonetti, A. et al., "Optoelectronic Sampling in the Picosecond Range," Optics Communications, vol. 21, No. 2, May 1977, pp. 211–214.

Austin, J. et al., "Doppler Correction of the Telecommunication Payload Oscillators in the UK T–SAT," 18th European Microwave Conference, Sep. 12–15, 1988, pp. 851–857.

Auston, D.H., "Picosecond optoelectronic switching and gating in silicon," Applied Physics Letters, vol. 26, No. 3, Feb. 1, 1975, pp. 101–103.

Baher, H., "Transfer Functions for Switched Capacitor and Wave Digital Filters," IEEE Transactions on Circuits and Systems, vol. CAS–33, No. 11, Nov. 1986, pp. 1138–1142.

Baines, R., "The DSP Bottleneck," IEEE Communications Magazine, May 1995, pp. 46–54.

Banjo, O.P. and Vilar E., "Binary Error Probabilities on Earth–Space Links Subject to Scintillation Fading," Electronics Letters, vol. 21, No. 7, Mar. 28, 1985, pp. 296–297.

Banjo, O.P. and Vilar, E., "The Dependence of Slant Path Amplitude Scintillations on Various Meteorological Parameters," Antennas and Propagation (ICAP 87) Part 2: Propagation, Mar. 30–Apr. 2, 1987, pp. 277–280.

Banjo, O.P. and Vilar, E., "Measurement and Modeling of Amplitude Scintillations on Low–Elevation Earth–Space Paths and Impact on Communication Systems," IEEE Transactions On Communications, vol. COM–34, No. 8, Aug. 1986, pp. 774–780.

Banjo, O.P. et al., "Tropospheric Amplitude Spectra Due to Absorption and Scattering in Earth–Space Paths," Antennas and Propagation (ICAP 85), Apr. 16–19, 1985, pp. 77–82.

Basili, P. et al., "Case Study of Intense Scintillation Events on the OTS Path," IEEE Transactions On Antennas and Propagation, vol. 38, No. 1, Jan. 1990, pp. 107–113.

Basili, P. et al., "Observations of High $C^2$ and Turbulent Path Length on OTS Space–Earth Link," Electronics Letters, vol. 24, No. 17, Aug. 18, 1988, pp. 1114–1116.

Blakey, J.R. et al., "Measurement of Atmospheric Millimetre–Wave Phase Scintillations in an Absorption Region," Electronic Letters, vol. 21, No. 11, May 23, 1985, pp. 486–487.

Burgueño, A. et al., "Influence of rain gauge integration time on the rain rate statistics used in microwave communications," annales des telecommunications, Sep./Oct. 1988, pp. 522–527.

Burgueño, A. et al., "Long–Term Joint Statistical Analysis of Duration and Intensity of Rainfall Rate with Application to Microwave Communications," Antennas and Propagation (ICAP 87) Part 2: Propagation, Mar. 30–Apr. 2, 1987, pp. 198–201.

Burgueño, A. et al., "Long Term Statistics of Precipitation Rate Return Periods in the Context of Microwave Communications," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 297–301.

Burgueo, A. et al., "Spectral Analysis of 49 Years of Rainfall Rate and Relation to Fade Dynamics," IEEE Transactions On Communications, vol. 38, No. 9, Sep. 1990, pp. 1359–1366.

Catalan, C. and Vilar, E., "Approach for satellite slant path remote sensing," Electronics Letters, vol. 34, No. 12, Jun. 11, 1998, pp. 1238–1239.

Dewey, R.J. and Collier, C.J., "Multi–Mode Radio Receiver," pp. 3/1–3/5.

"DSO takes sampling rate to 1 Ghz," Electronic Engineering, Mar. 1987, pp. 77, 79.

**6,091,940**

Page 7

Erdi, G. and Henneuse, P.R., "A Precision FET–Less Sample–and–Hold with High Charge–to–Droop Current Ratio," *IEEE Journal of Solid–State Circuits,* vol. SC–13, No. 6, Dec. 1978, pp. 864–873.

Faulkner, N.D. et al., "Sub–Harmonic Sampling for the Accurate Measurement of Frequency Stability of Microwave Oscillators," CPEM 82 Digest: Conf. On Precision Electromagnetic Measurements, 1982, pp. M–10 & M–11.

Faulkner, N.D. and Vilar, E., "Time Domain Analysis of Frequency Stability Using Non–Zero Dead–Time Counter Techniques," CPEM 84 Digest Conf. On Precision Electromagnetic Measurements, 1984, pp. 81–82.

Filip, M. and Vilar, E., "Optimum Utilization of the Channel Capacity of a Satellite Link in the Presence of Amplitude Scintillations and Rain Attenuation," *IEEE Transactions On Communications,* vol. 38, No. 11, Nov. 1990, pp. 1958–1965.

Fukahori, K., "A CMOS Narrow–Band Signaling Filter with Q Reduction," *IEEE Journal of Solid–State Circuits,* vol. SC–19, No. 6, Dec. 1984, pp. 926–932.

Fukuchi, H. and Otsu, Y., "Available time statistics of rain attenuation on earth–space path," IEE Proceedings–H: Microwaves, Antennas & Propagation, vol. 135, No. 6, Dec. 1988, pp. 387–390.

Gibbins, C.J. and Chadha, R., "Millimetre–wave propagation through hydrocarbon flame," IEE Proceedings–H: Microwaves, Antennas & Propagation, vol. 134, No. 2, Apr. 1987, pp. 169–173.

Gilchrist, B. et al., "Sampling hikes performance of frequency synthesizers," *Microwaves & RF,* Jan. 1984, pp. 93–94 and 110.

Gossard, E.E., "Clear weather meteorological effects on propagation at frequencies above 1 Ghz," *Radio Science,* vol. 16, No. 5, Sep.–Oct. 1981, pp. 589–608.

Gregorian, R. et al., "Switched–Capacitor Circuit Design," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 941–966.

Grove, W.M., "Sampling for Oscilloscopes and Other RF Systems: Dc through X–Band," *IEEE Transactions On Microwave Theory and Techniques,* Dec. 1966, pp. 629–635.

Haddon, J. et al., "Measurement of Microwave Scintillations on a Satellite Down–Line at X–Band," 2nd Int'l Conf. On Antennas and Propagation Part 2: Propagation, Apr. 13–16, 1991, pp. 113–117.

Haddon, J. and Vilar, E., "Scattering Induced Microwave Scintillations from Clear Air and Rain on Earth Space Paths and the Influence of Antenna Aperture," *IEEE Transactions On Antennas and Propagation,* vol. AP–34, No. 5, May 1986, pp. 646–657.

Hafdallah, H. et al., "2–4 Ghz MESFET Sampler," *Electronic Letters,* vol. 24, No. 3, Feb. 4, 1988, pp. 151–153.

Herben, M.H.A.J., "Amplitude and Phase Scintillation Measurements on 8–2 km Line–Of–Sight Path at 30 Ghz," *Electronics Letters,* vol. 18, No. 7, Apr. 1, 1982, pp. 287–289.

Hewitt, A. et al., "An 18 Ghz Wideband LOS Multipath Experiment," Int'l Conf. On Measurements for Telecommunication Transmission Systems—MTTS 85, Nov. 27–28, 1985, pp. 112–116.

Hewitt, A. et al., "An Autoregressive Approach to the Identification of Multipath Ray Parameters from Field Measurements," *IEEE Transactions On Communications,* vol. 37, No. 11, Nov. 1989, pp. 1136–1143.

Hewitt, A. and Vilar, E., "Selective Fading on LOS Microwave Links: Classical and Spread–Spectrum Measurement Techniques," *IEEE Transactions On Communications,* vol. 36, No. 7, Jul. 1988, pp. 789–796.

Hospitalier, E., "Instruments for Recording and Observing Rapidly Varying Phenomena," *Science Abstracts,* vol. VII, 1904, pp. 22–23.

Howard, I.M. and Swansson, N.S., "Demodulating High Frequence Resonance Signals for Bearing Fault Detection," The Institution of Engineers Australia Communications Conference, Melbourne Sep. 18–20, 1990, pp. 115–121.

Hu, X., *A Switched–Current Sample–and–Hold Amplifier for FM Demodulation,* Thesis for Master of Applied Science, Dept. of Electrical and Computer Engineering, University of Toronto, 1995, pp. 1–64.

Hung et al., "Characterization of Microwave Integrated Circuits Using An Optical Phase–Locking and Sampling System," *IEEE MTT–S Digest,* 1991, pp. 507–510.

Hurst, P.J., "Shifting the Frequence Response of Switched–Capacitor Filters by Nonuniform Sampling," *IEEE Transactions on Circuits and Systems,* vol. 38, No. 1, Jan. 1991, pp. 12–19.

Janssen, J.M.L., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: I. Fundamentals," *Philips Technical Review,* vol. 12, No. 2, Aug. 1950, pp. 52–59.

Janssen, J.M.L. and Michels, A.J., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: II. Electrical Build–Up," *Philips Technical Review,* vol. 12, No. 3, Sep. 1950, pp. 83–82.

Jondral, V.F. et al., "Doppler Profiles for Communication Satellites," *Frequenz,* May–Jun. 1996, pp. 111–116.

Kaleh, G.K., "A Frequency Diversity Spread Spectrum System for Communication in the Presence of In–band Interference," *1995 IEEE Globecom,* pp. 66–70.

Karasawa, Y. et al., "A New Prediction Method for Tropospheric Scintillation on Earth–Space Paths," *IEEE Transactions On Antennas and Propagation,* vol. 36, No. 11, Nov. 1988, pp. 1608–1614.

Lam, W.K. et al., "Measurement of the Phase Noise Characteristics of an Unlocked Communications Channel Identifier," Proc. Of the 1993 IEEE Frequency Control Symposium, Jun. 2–4, 1993, pp. 283–288.

Lam, W.K. et al., "Wideband sounding of 11.6 Ghz transhorizon channel," *Electronics Letters,* vol. 30, No. 9, Apr. 28, 1994, pp. 738–739.

Larkin, K.G., "Efficient demodulator for bandpass sampled AM signals," *Electronics Letters,* vol. 32, No. 2, Jan. 18, 1996, pp. 101–102.

Lau, W.H. et al., "Analysis of the Time Variant Structure of Microwave Line–of–sight Multipath Phenomena," IEEE Global Telecommunications Conference & Exhibition, Nov. 28–Dec. 1, 1988, pp. 1707–1711.

Lau, W.H. et al., "Improved Prony Algorithm to Identify Multipath Components," *Electronics Letters,* vol. 23, No. 20, Sep. 24, 1987, pp. 1059–1060.

Lesage, P. and Audoin, C., "Effect of Dead–Time on the Estimation of the Two–Sample Variance," *IEEE Transactions On Instrumentation and Measurement,* vol. IM–28, No. 1, Mar. 1979, pp. 6–10.

Liechti, C.A., "Performance of Dual–Gate GaAs MESFET's as Gain–Controlled Low–Noise Amplifiers and High–Speed Modulators," *IEEE Transactions On Microwave Theory and Techniques,* vol. MTT–23, No. 6, Jun. 1975, pp. 461–469.

**6,091,940**

Page 8

Linnenbrink, T.E. et al., "A One Gigasample Per Second Transient Recorder," *IEEE Transactions On Nuclear Science,* vol. NS–26, No. 4, Aug. 1979, pp. 4443–4449.

Liou, M.L., "A Tutorial on Computer–Aided Analysis of Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 987–1005.

Lo, P. et al., "Coherent Automatic Gain Control," IEE Colloquium on Phase Locked Techniques, Mar. 26, 1980, pp. 2/1–2/6.

Lo, P. et al., "Computation of Rain Induced Scintillations on Satellite Down–Links at Microwave Frequencies," Third Int'l Conf. On Antennas and Propagation (ICAP 83) Part 2: Propagation, Apr. 12–15, 1983, pp. 127–131.

Lo, P.S.L.O. et al., "Observations of Amplitude Scintillations on a Low–Elevation Earth–Space Path," *Electronics Letters,* vol. 20, No. 7, Mar. 29, 1984, pp. 307–308.

Madani, K. and Aithison, C.S., "A 20 Ghz Microwave Sampler," *IEEE Transactions On Microwave Theory and Techniques,* vol. 40, No. 10, Oct. 1992, pp. 1960–1963.

Marsland, R.A. et al., "130 Ghz monolithic integrated circuit sampling head," *Appl. Phys. Lett.,* vol. 55, No. 6, Aug. 7, 1989, pp. 592–594.

Martin, K. and Sedra, A.S., "Switched–Capacitor Building Blocks for Adaptive Systems," *IEEE Transactions on Circuits and Systems,* vol. CAS–28, No. 6, Jun. 1981, pp. 576–584.

Marzano, F.S. and d'Auria, G., "Model–based Prediction of Amplitude Scintillation Variance Due to Clear–Air Tropospheric Turbulence on Earth–Satellite Microwave Links," *IEEE Transactions On Antennas and Propagation,* vol. 46, No. 10, Oct. 1998, pp. 1506–1518.

Matricciani, E., "Prediction of fade durations due to rain in satellite communication systems," *Radio Science,* vol. 32, No. 3, May–Jun. 1997, pp. 935–941.

McQueen, J.G., "The Monitoring of High–Speed Waveforms," *Electronic Engineering,* Oct. 1952, pp. 436–441.

Merkelo, J. and Hall, R.D., "Broad–Band Thin–Film Signal Sampler," *IEEE Journal of Solid–State Circuits,* vol. SC–7, No. 1, Feb. 1972, pp. 50–54.

Merlo, U. et al., "Amplitude Scintillation Cycles in a Sirio Satellite–Earth Link," *Electronics Letters,* vol. 21, No. 23, Nov. 7, 1985, pp. 1094–1096.

Morris, D., "Radio–holographics reflector measurement of the 30–m millimeter radio telescope at 22 Ghz with a cosmic signal source," *Astronomy and Astrophysics,* vol. 203, No. 2, Sep. (II) 1988, pp. 399–406.

Moulsley, T.J. et al., "The efficient acquisition and processing of propagation statistics," *Journal of the Institution of Electronic and Radio Engineers,* vol. 55, No. 3, Mar. 1985, pp. 97–103.

Ndzi, D. et al., "Wide–Band Statistical Characterization of an Over–the–Sea Experimental Transhorizon Link," *IEE Colloquium on Radio Communications at Microwave and Millimetre Wave Frequencies,* Dec. 16, 1996, pp. 1/1–1/6.

Ndzi, D. et al., "Wideband Statistics of Signal Levels and Doppler Spread on an Over–The–Sea Transhorizon Link," *IEE Colloquium on Propagation Characteristics and Related System Techniques for Beyond Line–of–Sight Radio,* Nov. 24, 1997, pp. 9/1–9/6.

"New zero IF chipset from Philips," *Electronic Engineering,* Sep. 1995, p. 10.

Ohara, H. et al., "First monolithic PCM filter cuts cost of telecomm systems," *Electronic Design,* vol. 27, No. 8, Apr. 12, 1979, (6 pages).

Ortgies, G., "Experimental Parameters Affecting Amplitude Scintillation Measurements on Satellite Links," *Electronics Letters,* vol. 21, No. 17, Aug. 15, 1985, pp. 771–772.

Peeters, G. et al., "Evaluation of Statistical Models for Clear–Air Scintillation Prediction Using Olympus Satellite Measurements," *International Journal of Satellite Communications,* vol. 15, No. 2, Mar.–Apr. 1997, pp. 73–88.

Perrey, A.G. and Schoenwetter, H.K., NBS Technical Note 1121: A Schottky Diode Bridge Sampling Gate, May 1980, pp. 1–14.

Poulton, K. et al., "A 1–Ghz 6–bit ADC System," *IEEE Journal of Solid–State Circuits,* vol. SC–22, No. 6, Dec. 1987, pp. 962–969.

"Project COST 205: Scintillations in Earth–satellite links," *Alta Frequenza: Scientific Review in Electronics,* vol. LIV, No. 3, May–Jun., 1985, pp. 209–211.

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 1)," *Electronic Engineering,* Mar. 1959, pp. 130–137.

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 2)," *Electronic Engineering,* Apr. 1959, pp. 204–212.

Rein, H.M. and Zahn, M., "Subnanosecond–Pulse Generator with Variable Pulsewidth Using Avalanche Transistors," *Electronics Letters,* vol. 11, No. 1, Jan. 9, 1975, pp. 21–23.

Riad, S.M. and Nahman, N.S., "Modeling Of The Feed–Through Wideband (DC to 12.4 Ghz) Sampling–Head," IEEE MTT–S International Microwave Symposium Digest, Jun. 27–29, 1978, pp. 267–269.

Rizzoli, V. et al., "Computer–Aided Analysis of MESFET and HEMT Mixers," *IEEE Transactions On Microwave Theory and Techniques,* vol. 37, No. 9, Sep. 1989, pp. 1401–1410.

Rücker, F. and Dintelmann, F., "Effect of Antenna Size on OTS Signal Scintillations and Their Seasonal Dependence," *Electronics Letters,* vol. 19, No. 24, Nov. 1983, pp. 1032–1034.

Sabel, L.P., "A DSP Implementation of a Robust Flexible Receiver/Demultiplexer for Broadcast Data Satellite Communications," The Institution of Engineers Australia Communications Conference, Melbourne Oct. 16–18, 1990, pp. 218–223.

Salous, S., "IF digital generation of FMCW waveforms for wideband channel characterization," IEE Proceedings–I, vol. 139, No. 3, Jun. 1992, pp. 281–288.

"Sampling Loops Lock Sources to 23 Ghz," *Microwaves & RF,* Sep. 1990, p. 212.

Saul, P.H., "A GaAs MESFET Sample and Hold Switch," 5th European Solid State Circuits Conference—ESSCIRC 79, 1979, pp. 5–7.

Shen, D. H. et al., "A 900–MHZ RF Front–End with Integrated Discrete–Time Filtering," *IEEE Journal of Solid–State Circuits,* vol. 31, No. 12, Dec. 1996, pp. 1945–1954.

Shen, X.D., and Vilar, E., "Anomalous transhorizon propagation and meteorological processes of a multilink path," *Radio Science,* vol. 30, No. 5, Sep.–Oct. 1995, pp. 1467–1479.

Shen, X., and Tawfik, A.N., "Dynamic Behaviour of Radio Channels Due to Trans–Horizon Propagation Mechanisms," *Electronics Letters,* vol. 29, No. 17, Aug. 19, 1993, pp. 1582–1583.

**6,091,940**

Page 9

Shen, X. et al., "Modeling Enhanced Spherical Diffraction and Troposcattering on a Transhorizon Path with aid of the parabolic Equation and Ray Tracing Methods," IEE Colloquium on Common modeling techniques for electromagnetic wave and acoustic wave propagation, Mar. 8, 1996, pp. 4/1–47/6.

Shen, X. and Vilar, E., "Path loss statistics and mechanisms of transhorizon propagation over a sea path," *Electronics Letters,* vol. 32, No. 3, Feb. 1, 1996, pp. 259–261.

Spillard, C. et al., "X–Band Tropospheric Transhorizon Propagation Under Differing Meteorological Conditions," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 451–455.

Stafford, K.R. et al., "A Complete Monolithic Sample/Hold Amplifier," *IEEE Journal of Solid–State Circuits,* vol. SC–9, No. 6, Dec. 1974, pp. 381–387.

Staruk, W. Jr. et al., "Pushing HF Data Rates," *Defense Electronics,* May 1985, pp. 211, 213, 215, 217, 220 &222.

Stephenson, A.G., "Digitizing multiple RF signals requires an optimum sampling rate," *Electronics,* Mar. 27, 1972, pp. 106–110.

Sugarman, R., "Sampling Oscilloscope for Statistically Varying Pulses," *The Review of Scientific Instruments,* vol. 28, No. 11, Nov. 1957, pp. 933–938.

Sylvain, M., "Experimental probing of multipath microwave channels," *Radio Science,* vol. 24, No. 2, Mar.–Apr. 1989, pp. 160–178.

Takano, T., "NOVEL GaAs Pet Phase Detector Operable To Ka Band," *IEEE MT–S Digest,* 1984, pp. 381–383.

Tan, M.A., "Biquadratic Transconductance Switched–Capacitor Filters," *IEEE Transactions on Circuits and Systems—I: Fundamental Theory and Applications,* vol. 40, No. 4, Apr. 1993, pp. 272–275.

Tanaka, K. et al., "Single Chip Multisystem AM Stereo Decoder IC," *IEEE Transactions On Consumer Electronics,* vol. CE–32, No. 3, Aug. 1986, pp. 482–496.

Tawfik, A.N., "Amplitude, Duration and Predictability of Long Hop Trans–Horizon X–band Signals Over the Sea," *Electronics Letters,* vol. 28, No. 6, Mar. 12, 1992, pp. 571–572.

Tawfik, A.N. and Vilar, E., "Correlation of Transhorizon Signal Level Strength with Localized Surface Meteorological Parameters," 8th International Conf. On Antennas and Propagation, Mar. 30–Apr. 2, 1993, pp. 335–339.

Tawfik, A.N. and Vilar, E., "Dynamic Structure of a Transhorizon Signal at X–band Over a Sea Path," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 446–450.

Tawfik, A.N. and Vilar, E., "Statistics of Duration and Intensity of Path Loss in a Microwave Transhorizon Sea–Path," *Electronics Letters,* vol. 26, No. 7, Mar. 29, 1990, pp. 474–476.

Tawfik, A.N. and Vilar, E., "X–Band Transhorizon Measurements of CW Transmissions Over the Sea—Part 1: Path Loss, Duration of Events, and Their Modeling," *IEEE Transactions On Antennas and Propagation,* vol. 41, No. 11, Nov. 1993, pp. 1491–1500.

Tomassetti, Q., "An Unusual Microwave Mixer," 16th European Microwave Conference, Sep. 8–12, 1986, pp. 754–759.

Tortoli, P. et al., "Bidirectional Doppler Signal Analysis Based on a Single RF Sampling Channel," *IEEE Transactions On Ultrasonics, Ferroelectrics, and Frequency Control,* vol. 41, No. 1, Jan. 1984, pp. 1–3.

Tsividis, Y. and Antognetti, P. (Ed.), *Design of MOS VLSI Circuits for Telecommunications,* p. 304.

Tsividis, Y., "Principles of Operation and Analysis of Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 926–940.

Tsurumi, H. and Maeda, T., "Design Study on a Direct Conversion Receiver Front–End for 280 MHZ, 900 MHZ, and 2.6 Ghz Band radio Communication Systems," 41st IEEE Vehicular Technology Conference, May 19–22, 1991, pp. 457–462.

Valdmanis, J.A. et al., "Picosecond and Subpicosend Optoelectronics for Measurements of Future High Speed Electronic Devices," *IEDM Technical Digest,* Dec. 5–7, 1983, pp. 597–600.

van de Kamp, M.M.J.L., "Asymmetric signal level distribution due to tropospheric scintillation," *Electronics Letters,* vol. 34, No. 11, May 28, 1998, pp. 1145–1146.

Vasseur, H. and Vanhoenacker, D., "Characterization of tropospheric turbulent layers from radiosonde data," *Electronics Letters,* vol. 34, No. 4, Feb. 19, 1998, pp. 318–319.

Verdone, R., "Outage Probability Analysis for Short–Range Communication Systems at 60 Ghz in ATT Urban Environments," *IEEE Transactions On Vehicular Technology,* vol. 46, No. 4, Nov. 1997, pp. 1027–1039.

Vierira–Ribeiro, S.A., *Single–IF DECT Receiver Architecture using a Quadrature Sub–Sampling Band–Pass Sigma–Delta Modulator,* Thesis for Degree of Master's of Engineering, Carleton University, Apr. 1955, pp. 1–180.

Vilar, E. et al., "A Comprehensive/Selective MM–Wave Satellite Downlink Experiment on Fade Dynamics," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.98–2.101.

Vilar, E. et al., "A System to Measure LOS Atmospheric Transmittance at 19 Ghz," Agard. Conf. Proc. No. 346: Characteristics of the Lower Atmosphere Influencing Radio Wave Propagation, Oct. 4–7, 1983, pp. 8–1–8–16.

Vilar, E. and Smith, H., "A Theoretical and Experimental Study of Angular Scintillations in Earth Space Paths," *IEEE Transactions On Antennas and Propagation,* vol. AP–34, No. 1, Jan. 1986, pp. 2–10.

Vilar, E. et al., "A Wide Band Transhorizon Experiment at 11.6 Ghz," 8th International Conf. On Antennas and Propagation, Mar. 30–Apr. 2, 1993, pp. 441–445.

Vilar, E.and Matthew, P.A., "Amplitude Dependence of Frequency in Oscillators," *Electronics Letters,* vol. 8, No. 20, Oct. 5, 1972, pp. 509–511.

Vilar, E. et al., "An experimental mm–wave receiver system for measuring phase noise due to atmospheric turbulence," Conf. Proc. 25th Europan Microwave Conference, 1995, pp. 114–119.

Vilar, E. and Burgueño, A., "Analysis and Modeling of Time Intervals Between Rain Rate Exceedances in the Context of Fade Dynamics," *IEEE Transactions On Communications,* vol. 39, No. 9, Sep. 1991, pp. 1306–1312.

Vilar, E. et al., "Angle of Arrival Fluctuations in High and Low Elevation Earth Space Paths," Antennas and Propagation (ICAP 85), Apr. 16–19, 1985, pp. 83–88.

Vilar, E., "Antennas and Propagation: A Telecommunications Systems Subject," *Electronics Division Colloquium on Teaching Antennas and Propagation to Undergraduates,* Mar. 8, 1988, (6 Pages).

Vilar, E. et al., "CERS*. Millimetre–Wave Beacon Package and Related Payload Doppler Correction Strategies," *Electronics Division Colloquium on CERS—Communications Engineering Research Satellite,* Apr. 10, 1984, pp. 10/1–10/10.

**6,091,940**

Page 10

Vilar, E. and Moulsley, T.J., "Comment and Reply: Probability Density Function of Amplitude Scintillations," *Electronics Letters,* vol. 21, No. 14, Jul. 4, 1995, pp. 620–622.

Vilar, E. et al., "Comparison of Rainfall Rate Duration Distributions for ILE–IFE and Barcelona," *Electronics Letters,* vol. 28, No. 20, Sep. 24, 1992, pp. 1922–1924.

Vilar, E. "Depolarisation and Field Transmittances in Indoor Communications," *Electronics Letters,* vol. 27, No. 9, Apr. 25, 1991, pp. 723–733.

Vilar, E. and Larsen, J.R., "Elevation Dependence of Amplitude Scintillations on Low Elevation Earth Space Paths," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 150–154.

Vilar, E. et al., "Experimental System and Measurements of Transhorizon Signal Levels at 11 Ghz," 18th European Microwave Conference, Sep. 12–15, 1988, pp. 429–435.

Vilar, E. and Matthews, P.A., "Importance of Amplitude Scintillations in Millimetric Radio Links," Conf. Proc. 4th European Microwave Conference, Sep. 10–13, 1974, pp. 202–206.

Vilar, E. and Haddon, J., "Measurement and Modeling of Scintillation Intensity to Estimate Turbulence Parameters in an Earth–Space Path," *IEEE Transactions On Antennas and Propagation,* vol. AP–32, No. 4, Apr. 1984, pp. 340–346.

Vilar, E. and Matthew, P.A., "Measurement of Phase Fluctuations on Millimetric Radiowave Propagation," *Electronic Letters,* vol. 7, No. 18, Sep. 9, 1971, pp. 566–568.

Vilar, E. and Wan, K.W., "Narrow and Wide Band Estimates of Field Strength for Indoor Communications in the Millimetre Band," *Electronics Division Colloquium on Radiocommunications in the Range 30–60 Ghz,* Jan. 17, 1991, pp. 5/1–5/8.

Vilar, E.and Faulkner, N.D., "Phase Noise and Frequency Stability Measurements. Numerical Techniques and Limitations," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* Jan. 23, 1986, (5 Pages).

Vilar, E. and Senin, S., "Propagation phase noise identified using 40 Ghz satellite downlink," *Electronics Letters,* vol. 33, No. 22, Oct. 23, 1997, pp. 1901–1902.

Vilar, E. et al., "Scattering and Extinction: Dependence Upon Raindrop Size Distribution in Temperate (Barcelona) and Tropical (Belem) Regions," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.230–2.233.

Vilar, E. and Haddon, J., "Scintillation Modeling and Measurement—A Tool for Remote–Sensing Slant Paths," Agard Conf. Proc. No. 332: Propagation Aspects of Frequency Sharing, Interference AND System Diversity, Oct. 18–22, 1982, pp. 27–1–27–13.

Vilar, E., "Some Limitations on Digital Transmission Through Turbulent Atmosphere," Int'l Conf. On Satellite Communication Systems Technology, Apr. 7–10, 1975, pp. 169–187.

Vilar, E. and Matthews, P.A., "Summary of Scintillation Observations in 36 Ghz Link Across London," Int'l Conf. On Antennas and Propagation Part 2: Propagation, Nov. 28–30, 1978, pp. 36–40.

Vilar, E. et al., "Wideband Characterization of Scattering Channels," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.353–2.358.

Voltage and Time Resolution in Digitizing Oscilloscopes: Application Note 348, Hewlett Packard, Nov. 1986, pp. 1–11.

Wan, K.W. et al., "A Novel Approach to the Simultaneous Measurement of Phase and Amplitude Noises in Oscillator," 19th European Microwave Conference Proceedings, Sep. 4–7, 1989, pp. 809–813.

Wan, K.W. et al., "Extended Variances and Autoregressive/Moving Average Algorithm for the Measurement and Synthesis of Oscillator Phase Noise," Proc. Of the 43rd Annual Symposium on Frequency Control, 1989, pp. 331–335.

Wan, K.W. et al., "Wideband Transhorizon Channel Sounder at 11 Ghz," *Electronics Division Colloquium on High Bit Rate UHF/SHF Channel Sounders—Technology and Measurement,* Dec. 3, 1993, pp. 3/1–3/5.

Watson, A.W.D. et al., "Digital Conversion and Signal Processing for High Performance Communications Receivers," pp. 367–373.

Wiley, R.G., "Approximate FM Demodulation Using Zero Crossings," *IEEE Transactions On Communications,* vol. COM–29, No. 7, Jul. 1981, pp. 1061–1065.

Wortham, W., "Convergence . . . Again," *RF Design,* Mar. 1999, p. 102.

Young, I.A. and Hodges, D.A., "MOS Switched–Capacitor Analog Sampled–Data Direct–Form Recursive Filters," *IEEE Journal of Solid–State Circuits,* vol. SC–14, No. 6, Dec. 1979, pp. 1020–1044.

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 12 of 92 PageID 1228

**U.S. Patent**          Jul. 18, 2000          **Sheet 1 of 59**          **6,091,940**

### FIG. 1
(RELATED ART)

FREQUENCY MODULATION CIRCUIT



### FIG. 2A
(RELATED ART)



### FIG. 2B
(RELATED ART)



### FIG. 2C
(RELATED ART)



**U.S. Patent**          **Jul. 18, 2000**          **Sheet 2 of 59**          **6,091,940**

## FIG. 3
(RELATED ART)

PHASE MODULATION CIRCUIT

## FIG. 4A
(RELATED ART)

## FIG. 4B
(RELATED ART)

## FIG. 4C
(RELATED ART)

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 14 of 92 PageID 1230

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 3 of 59**          **6,091,940**

## FIG. 5
(RELATED ART)

AMPLITUDE MODULATION CIRCUIT

**U.S. Patent**         Jul. 18, 2000         **Sheet 4 of 59**         **6,091,940**



*FIG. 6A*
(RELATED ART)



*FIG. 6B*
(RELATED ART)



*FIG. 6C*
(RELATED ART)

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 16 of 92 PageID 1232

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 5 of 59**          **6,091,940**



*FIG. 7*
(RELATED ART)

IN PHASE/QUADRATURE PHASE MODULATION CIRCUIT

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 17 of 92 PageID 1233

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 6 of 59**          **6,091,940**



*FIG. 8A*
(RELATED ART)

INFORMATION
SIGNAL #1
702



*FIG. 8B*
(RELATED ART)

OSCILLATOR
SIGNAL #1
710



*FIG. 8C*
(RELATED ART)

INFORMATION
SIGNAL #2
704



*FIG. 8D*
(RELATED ART)

OSCILLATOR
SIGNAL #1
WITH 90° PHASE
SHIFT
712



*FIG. 8E*
(RELATED ART)

MODULATED SIGNALS
(NOT SHOWN SUMMED)

724

722

**U.S. Patent**          Jul. 18, 2000          **Sheet 7 of 59**          **6,091,940**



FIG. 9

TRANSMITTER

900

INFORMATION SIGNAL GENERATED BY SOURCE — 902

OSCILLATING SIGNAL IS GENERATED — 904

OSCILLATING SIGNAL IS MODULATED — 906

SIGNAL WITH PERIODIC WAVEFORM IS GENERATED — 908

UNWANTED HARMONICS ARE FILTERED OUT — 910

RESULTING SIGNAL IS TRANSMITTED — 912

FIG. 10

TRANSMITTER EMBODIMENT

1000

INFORMATION SIGNAL — 1002 → ACCEPTANCE MODULE — 1004 → MODULATED SIGNAL — 1010 → HGEM — 1006 → ELECTRO-MAGNETIC SIGNAL — 1012 → TRANSMISSION MODULE (OPTIONAL) — 1008 → TRANSMITTED SIGNAL — 1014

**U.S. Patent**          Jul. 18, 2000          **Sheet 8 of 59**          **6,091,940**

## FIG. 11
### FREQUENCY MODULATION MODE

1100

| | |
|---|---|
| 1102 — INFORMATION SIGNAL GENERATED BY SOURCE | } STEP 902 |
| 1104 — OSCILLATING SIGNAL MODULATED BY INFORMATION SIGNAL | } STEP 904 AND 906 |
| 1106 — FREQUENCY OF SIGNAL VARIES AS A FUNCTION OF THE INFORMATION SIGNAL | |
| 1108 — SIGNAL WITH PERIODIC WAVEFORM IS GENERATED | } STEP 908 |
| 1110 — WAVEFORM HAS HARMONICS AT FOURIER COMPONENT FREQUENCIES | |
| 1112 — UNWANTED HARMONICS ARE FILTERED OUT | } STEP 910 |
| 1114 — RESULTING SIGNAL IS AT THE DESIRED ELECTROMAGNETIC (EM) FREQUENCY | |
| 1116 — EM SIGNAL IS PREPARED FOR TRANSMISSION | } STEP 912 |
| 1118 — EM SIGNAL IS TRANSMITTED | |

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 20 of 92 PageID 1236

**U.S. Patent**　　　　**Jul. 18, 2000**　　　　**Sheet 9 of 59**　　　　**6,091,940**



FIG. 12

**U.S. Patent**      **Jul. 18, 2000**      **Sheet 10 of 59**      **6,091,940**

## FIG. 13

PHASE MODULATION MODE

1300 —

STEP 902 { | INFORMATION SIGNAL GENERATED BY SOURCE | | OSCILLATING SIGNAL GENERATED | } STEP 904

1302

1304

1306 — OSCILLATING SIGNAL MODULATED BY INFORMATION SIGNAL

1308 — MODULATED SIGNAL HAS PHASE SHIFTED AS A FUNCTION OF THE INFORMATION SIGNAL

} STEP 906

1310 — SIGNAL WITH PERIODIC WAVEFORM IS GENERATED

1312 — WAVEFORM HAS HARMONICS AT FOURIER COMPONENT FREQUENCIES

} STEP 908

1314 — UNWANTED HARMONICS ARE FILTERED OUT

1316 — RESULTING SIGNAL IS AT THE DESIRED ELECTROMAGNETIC (EM) FREQUENCY

} STEP 910

1318 — EM SIGNAL IS PREPARED FOR TRANSMISSION

1320 — EM SIGNAL IS TRANSMITTED

} STEP 912

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 11 of 59**          **6,091,940**

*FIG. 14*

**U.S. Patent**          Jul. 18, 2000          **Sheet 12 of 59**          **6,091,940**

## FIG. 15

AMPLITUDE MODULATION MODE

1502 — | INFORMATION SIGNAL GENERATED BY SOURCE | } STEP 902

—1500

1504 — | REFERENCE VOLTAGE IS CREATED |

1506 — | AMPLITUDE OF REFERENCE VOLTAGE IS A FUNCTION OF THE INFORMATION SIGNAL |

1508 — | OSCILLATING SIGNAL IS GENERATED | } STEP 904

1510 — | REFERENCE VOLTAGE IS GATED AS A FUNCTION OF THE OSCILLATING SIGNAL | SIMILAR TO STEP 906

1512 — | SIGNAL WITH PERIODIC WAVEFORM IS GENERATED |

1514 — | WAVEFORM HAS A FUNDAMENTAL FREQUENCY THAT IS A FUNCTION OF THE FREQUENCY OF THE OSCILLATING SIGNAL; WAVEFORM HAS HARMONICS AT FOURIER COMPONENT FREQUENCIES; AMPLITUDE VARIES AS A FUNCTION OF THE REFERENCE VOLTAGE | STEP 908

1516 — | UNWANTED HARMONICS ARE FILTERED OUT |

1518 — | RESULTING SIGNAL IS AT THE DESIRED ELECTROMAGNETIC (EM) FREQUENCY | STEP 910

1520 — | EM SIGNAL IS PREPARED FOR TRANSMISSION |

1522 — | EM SIGNAL IS TRANSMITTED | STEP 912

APPX53

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 24 of 92 PageID 1240

*FIG. 16*

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 25 of 92 PageID 1241

**U.S. Patent**          Jul. 18, 2000          **Sheet 14 of 59**          **6,091,940**



FIG. 17

I/O MODULATION MODE

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 15 of 59**          **6,091,940**



*FIG. 18*

APPX56

**U.S. Patent**    **Jul. 18, 2000**    **Sheet 16 of 59**    **6,091,940**

## FIG. 19A

INFORMATION
SIGNAL
1902



## FIG. 19B

OSCILLATING
SIGNAL
1904



## FIG. 19C

MODULATED SIGNAL
(SHOWN AS FM)
1906

## FIG. 19D

SIGNAL WITH
RECTANGULAR WAVEFORM
(SHOWN AS SQUARE WAVE)
1908



SEE FIG. 19E
1910

APPX57

**U.S. Patent**          Jul. 18, 2000          **Sheet 17 of 59**          **6,091,940**



**U.S. Patent**          Jul. 18, 2000          **Sheet 18 of 59**          **6,091,940**

*FIG. 19H*

HORMONICS OF
SIGNAL A & B
(SHOWN SIMULTANEOUSLY
BUT NOT SUMMED)
(SHOWN EXPANDED)
1916



1912          1914

*FIG. 19I*

FILTERED
SIGNAL A & B
(SHOWN EXPANDED)
1918

1912c          1914c

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 30 of 92 PageID 1246

**U.S. Patent**          Jul. 18, 2000          **Sheet 19 of 59**          **6,091,940**



FIG. 20A
(RELATED ART)

INFORMATION
SIGNAL
2002

FIG. 20B
(RELATED ART)

OSCILLATING
CARRIER
SIGNAL
202

FIG. 20C
(RELATED ART)

FREQUENCY
MODULATED
SIGNAL
2004

**U.S. Patent**          Jul. 18, 2000          **Sheet 20 of 59**          **6,091,940**



FIG. 21A
(RELATED ART)

INFORMATION
SIGNAL
2102

FIG. 21B
(RELATED ART)

OSCILLATING
CARRIER
SIGNAL
308

PHASE
MODULATED
SIGNAL
2104

FIG. 21C
(RELATED ART)

**U.S. Patent**          Jul. 18, 2000          Sheet 21 of 59          **6,091,940**



FIG. 22A
(RELATED ART)

INFORMATION
SIGNAL
2202

FIG. 22B
(RELATED ART)

OSCILLATING
CARRIER
SIGNAL
508

AMPLITUDE
MODULATED
SIGNAL
2204

FIG. 22C
(RELATED ART)

FIG. 23

INFORMATION
SIGNAL

2302

2304

VOLTAGE
CONTROLLED
OSCILLATOR

1204

FREQUENCY
MODULATED
OSCILLATING
SIGNAL

2306

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 33 of 92 PageID 1249

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 22 of 59**          **6,091,940**

## FIG. 24



## FIG. 25



## FIG. 26



## FIG. 27



APPX63

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 34 of 92 PageID 1250

**U.S. Patent**        **Jul. 18, 2000**        **Sheet 23 of 59**        **6,091,940**

*FIG. 28A*



*FIG. 28B*



*FIG. 28C*



## FIG. 29A



## FIG. 29B



## FIG. 29C



**U.S. Patent**          **Jul. 18, 2000**          **Sheet 25 of 59**          **6,091,940**



*FIG. 30A*

*FIG. 30B*          *FIG. 30C*

**U.S. Patent**       Jul. 18, 2000       **Sheet 26 of 59**       **6,091,940**

## FIG. 31A



## FIG. 31B



## FIG. 31C



APPX67

Case: 26-1033    Document: 24    Page: 144    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 38 of 92 PageID 1254

*FIG. 32A*



*FIG. 32B*



*FIG. 32C*



**U.S. Patent**        **Jul. 18, 2000**        **Sheet 28 of 59**        **6,091,940**

*FIG. 33A*



*FIG. 33B*        *FIG. 33C*



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 40 of 92 PageID 1256

*FIG. 34*



*FIG. 35*



*FIG. 36*



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 41 of 92 PageID 1257

**U.S. Patent**          Jul. 18, 2000          **Sheet 30 of 59**          **6,091,940**

## FIG. 37A



## FIG. 37B



## FIG. 38



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 42 of 92 PageID 1258

**U.S. Patent**          Jul. 18, 2000          **Sheet 31 of 59**          **6,091,940**



FIG. 39A

FIG. 39B

FIG. 39C

FIG. 39D

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 43 of 92 PageID 1259

**U.S. Patent**          Jul. 18, 2000          Sheet 32 of 59          **6,091,940**



FIG. 40A

FIG. 40B

FIG. 40C

FIG. 40D

APPX73

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 44 of 92 PageID 1260

**U.S. Patent**      **Jul. 18, 2000**      **Sheet 33 of 59**      **6,091,940**

## FIG. 41



## FIG. 42A



## FIG. 42B



## FIG. 42C



## FIG. 42D



## FIG. 42E



APPX74

**U.S. Patent**        **Jul. 18, 2000**        **Sheet 34 of 59**        **6,091,940**

# FIG. 43



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 46 of 92 PageID 1262

**U.S. Patent**          Jul. 18, 2000          **Sheet 35 of 59**          **6,091,940**



FIG. 44A

INFORMATION SIGNAL 4402

FIG. 44B

CARRIER SIGNAL 4404

FIG. 44C

PM SIGNAL 4406

FIG. 44D

HARMONICALLY RICH SIGNAL 4408

FIG. 44E

FUNDAMENTAL HARMONIC 4410

FIG. 44F

SECOND HARMONIC 4412

FIG. 44G

THIRD HARMONIC 4414

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 47 of 92 PageID 1263

**U.S. Patent**           Jul. 18, 2000           Sheet 36 of 59           **6,091,940**



INFORMATION
SIGNAL
4502

*FIG. 45A*

CARRIER
SIGNAL
4504

*FIG. 45B*

HARMONICALLY
RICH SIGNAL
4506

*FIG. 45C*

FUNDAMENTAL
HARMONIC
4510

*FIG. 45D*

SECOND
HARMONIC
4512

*FIG. 45E*

THIRD
HARMONIC
4514

*FIG. 45F*

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 48 of 92 PageID 1264

**U.S. Patent**       **Jul. 18, 2000**       **Sheet 37 of 59**       **6,091,940**

# FIG. 46



# FIG. 47



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 49 of 92 PageID 1265

**U.S. Patent**          Jul. 18, 2000          **Sheet 38 of 59**          **6,091,940**

FIG. 48A



*FIG. 48B*



*FIG. 49*

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 51 of 92 PageID 1267



FIG. 50

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 52 of 92 PageID 1268

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 41 of 59**          **6,091,940**

FIG. 51A



**U.S. Patent**          Jul. 18, 2000          **Sheet 42 of 59**          **6,091,940**



FIG. 51B



FIG. 51C



FIG. 51D

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 54 of 92 PageID 1270

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 43 of 59**          **6,091,940**

*FIG. 52*

EXEMPLARY RECEIVER FOR
UNIVERSAL FREQUENCY DOWN-CONVERSION



APPX84

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 55 of 92 PageID 1271

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 44 of 59**          **6,091,940**



*FIG. 53*

EXEMPLARY TRANSMITTER USING
THE PRESENT INVENTION

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 56 of 92 PageID 1272

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 45 of 59**          **6,091,940**

*FIG. 54A*



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 57 of 92 PageID 1273

**U.S. Patent**          Jul. 18, 2000          Sheet 46 of 59          **6,091,940**

## FIG. 54B



## FIG. 54C



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 58 of 92 PageID 1274

**U.S. Patent**          Jul. 18, 2000          **Sheet 47 of 59**          **6,091,940**

*FIG. 55*



TRANSMITTER USING PRESENT INVENTION IN
A HALF-DUPLEX COMMUNICATIONS CIRCUIT
WITH A UNIVERSAL FREQUENCY DOWN-CONVERTER (AM)

Ⓣ = SWITCH POSITION
FOR TRANSMIT

Ⓡ = SWITCH POSITION
FOR RECEIVE

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 59 of 92 PageID 1275

**U.S. Patent**          Jul. 18, 2000          **Sheet 48 of 59**          **6,091,940**



*FIG. 56*

TRANSMITTER USING PRESENT INVENTION IN
FULL DUPLEX COMMUNICATIONS CIRCUIT WITH
UNIVERSAL FREQUENCY DOWN-CONVERTER

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 60 of 92 PageID 1276

**U.S. Patent**        **Jul. 18, 2000**        **Sheet 49 of 59**        **6,091,940**



FIG. 57A

TRANSMITTER IN THE FM EMBODIMENT

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 61 of 92 PageID 1277

**U.S. Patent**      Jul. 18, 2000      **Sheet 50 of 59**      **6,091,940**

*FIG. 57B*

TRANSMITTER IN THE PM EMBODIMENT



*FIG. 57C*

TRANSMITTER IN THE AM EMBODIMENT



APPX91

**U.S. Patent**    Jul. 18, 2000    **Sheet 51 of 59**    **6,091,940**

FIG. 58

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 63 of 92 PageID 1279

APPX93

## FIG. 59



PW/T = 0.0556 (9TH HARMONIC)

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 64 of 92 PageID 1280

**U.S. Patent**          Jul. 18, 2000          **Sheet 53 of 59**          **6,091,940**

FIG. 60                                    —6000

| HARMONIC | $\tau/I$ = | 0.500 | 0.250 | 0.100 | 0.050 | 0.010 | 0.005 |
|---|---|---|---|---|---|---|---|
| 1 | | 0.6366 | 0.4502 | 0.1967 | 0.0996 | 0.0200 | 0.01000 |
| 2 | | 0.00 | 0.3183 | 0.1871 | 0.0984 | 0.0200 | 0.01000 |
| 3 | | 0.2122 | 0.1501 | 0.1717 | 0.0963 | 0.0200 | 0.01000 |
| 4 | | 0.00 | 0.00 | 0.1514 | 0.0935 | 0.0199 | 0.00999 |
| 5 | | 0.1273 | 0.0900 | 0.1273 | 0.0900 | 0.0199 | 0.00999 |
| 6 | | 0.00 | 0.1061 | 0.1009 | 0.0858 | 0.0199 | 0.00999 |
| 7 | | 0.0909 | 0.0643 | 0.0736 | 0.0810 | 0.0198 | 0.00998 |
| 8 | | 0.00 | 0.00 | 0.0468 | 0.0757 | 0.0198 | 0.00997 |
| 9 | | 0.0707 | 0.0500 | 0.0219 | 0.0699 | 0.0197 | 0.00997 |
| 10 | | 0.00 | 0.0637 | 0.00 | 0.0637 | 0.0197 | 0.00996 |
| 11 | | 0.0579 | 0.0409 | 0.0179 | 0.0572 | 0.0196 | 0.00995 |
| 12 | | 0.00 | 0.00 | 0.0312 | 0.0505 | 0.0195 | 0.00994 |
| 13 | | 0.0490 | 0.0346 | 0.0396 | 0.0436 | 0.0194 | 0.00993 |
| 14 | | 0.00 | 0.0455 | 0.0432 | 0.0368 | 0.0194 | 0.00992 |
| 15 | | 0.0424 | 0.0300 | 0.0424 | 0.0300 | 0.0193 | 0.00991 |
| 16 | | 0.00 | 0.00 | 0.0378 | 0.0234 | 0.0192 | 0.00990 |
| 17 | | 0.0374 | 0.0265 | 0.0303 | 0.0170 | 0.0191 | 0.00988 |
| 18 | | 0.00 | 0.0354 | 0.0208 | 0.0109 | 0.0190 | 0.00987 |
| 19 | | 0.0335 | 0.0237 | 0.0104 | 0.0052 | 0.0188 | 0.00985 |
| 20 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0187 | 0.00984 |
| 21 | | 0.0303 | 0.0214 | 0.0094 | 0.0047 | 0.0186 | 0.00982 |
| 22 | | 0.00 | 0.0289 | 0.0170 | 0.0089 | 0.0184 | 0.00980 |
| 23 | | 0.0277 | 0.0196 | 0.0224 | 0.0126 | 0.0183 | 0.00978 |
| 24 | | 0.00 | 0.00 | 0.0252 | 0.0156 | 0.0182 | 0.00976 |
| 25 | | 0.0255 | 0.0180 | 0.0255 | 0.0180 | 0.0180 | 0.00974 |
| 26 | | 0.00 | 0.0245 | 0.0233 | 0.0198 | 0.0178 | 0.00972 |
| 27 | | 0.0236 | 0.0167 | 0.0191 | 0.0210 | 0.0177 | 0.00970 |
| 28 | | 0.00 | 0.00 | 0.0134 | 0.0216 | 0.0175 | 0.00968 |
| 29 | | 0.0220 | 0.0155 | 0.0068 | 0.0217 | 0.0173 | 0.00966 |
| 30 | | 0.00 | 0.0212 | 0.00 | 0.0212 | 0.0172 | 0.00963 |
| 31 | | 0.0205 | 0.0145 | 0.0063 | 0.0203 | 0.0170 | 0.00961 |
| 32 | | 0.00 | 0.00 | 0.0117 | 0.0189 | 0.0168 | 0.00958 |
| 33 | | 0.0193 | 0.0136 | 0.0156 | 0.0172 | 0.0166 | 0.00956 |
| 34 | | 0.00 | 0.0187 | 0.0178 | 0.0151 | 0.0164 | 0.00953 |
| 35 | | 0.0182 | 0.0129 | 0.0182 | 0.0129 | 0.0162 | 0.00950 |
| 36 | | 0.00 | 0.00 | 0.0168 | 0.0104 | 0.0160 | 0.00948 |
| 37 | | 0.0172 | 0.0122 | 0.0139 | 0.0078 | 0.0158 | 0.00945 |
| 38 | | 0.00 | 0.0168 | 0.0098 | 0.0052 | 0.0156 | 0.00942 |
| 39 | | 0.0163 | 0.0115 | 0.0050 | 0.0026 | 0.0154 | 0.00939 |
| 40 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0151 | 0.00935 |
| 41 | | 0.0155 | 0.0110 | 0.0048 | 0.0024 | 0.0149 | 0.00932 |
| 42 | | 0.00 | 0.0152 | 0.0089 | 0.0047 | 0.0147 | 0.00929 |
| 43 | | 0.0148 | 0.0105 | 0.0120 | 0.0067 | 0.0144 | 0.00926 |
| 44 | | 0.00 | 0.00 | 0.0138 | 0.0085 | 0.0142 | 0.00922 |
| 45 | | 0.0141 | 0.0100 | 0.0141 | 0.0100 | 0.0140 | 0.00919 |
| 46 | | 0.00 | 0.0138 | 0.0132 | 0.0112 | 0.0137 | 0.00915 |
| 47 | | 0.0135 | 0.0096 | 0.0110 | 0.0121 | 0.0135 | 0.00912 |
| 48 | | 0.00 | 0.00 | 0.0078 | 0.0126 | 0.0132 | 0.00908 |
| 49 | | 0.0130 | 0.0092 | 0.0040 | 0.0128 | 0.0130 | 0.00904 |
| 50 | | 0.00 | 0.0127 | 0.00 | 0.0127 | 0.0127 | 0.00900 |

**U.S. Patent**        Jul. 18, 2000        Sheet 54 of 59        **6,091,940**

FIG. 61

6100

| HARMONIC | τ/T = | 0.5000 1 | 0.2500 2 | 0.1667 3 | 0.1250 4 | 0.1000 5 | 0.0833 6 | 0.0714 7 | 0.0625 8 | 0.0556 9 | 0.0500 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 0.6366 | 0.4502 | 0.3183 | 0.2436 | 0.1967 | 0.1648 | 0.1417 | 0.1242 | 0.1105 | 0.0996 |
| 2 | | 0.0000 | 0.3183 | 0.2757 | 0.2251 | 0.1871 | 0.1592 | 0.1381 | 0.1218 | 0.1089 | 0.0984 |
| 3 | | 0.2122 | 0.1501 | 0.2122 | 0.1961 | 0.1717 | 0.1501 | 0.1323 | 0.1179 | 0.1061 | 0.0963 |
| 4 | | 0.0000 | 0.0000 | 0.1378 | 0.1592 | 0.1514 | 0.1378 | 0.1244 | 0.1125 | 0.1023 | 0.0935 |
| 5 | | 0.1273 | 0.0900 | 0.0637 | 0.1176 | 0.1273 | 0.1230 | 0.1147 | 0.1059 | 0.0975 | 0.0900 |
| 6 | | 0.0000 | 0.1061 | 0.0000 | 0.0750 | 0.1009 | 0.1061 | 0.1034 | 0.0980 | 0.0919 | 0.0858 |
| 7 | | 0.0909 | 0.0643 | 0.0455 | 0.0348 | 0.0736 | 0.0878 | 0.0909 | 0.0892 | 0.0855 | 0.0810 |
| 8 | | 0.0000 | 0.0000 | 0.0689 | 0.0000 | 0.0468 | 0.0689 | 0.0776 | 0.0796 | 0.0784 | 0.0757 |
| 9 | | 0.0707 | 0.0500 | 0.0707 | 0.0271 | 0.0219 | 0.0500 | 0.0637 | 0.0694 | 0.0707 | 0.0699 |
| 10 | | 0.0000 | 0.0637 | 0.0551 | 0.0450 | 0.0000 | 0.0318 | 0.0498 | 0.0588 | 0.0627 | 0.0637 |
| 11 | | 0.0579 | 0.0409 | 0.0289 | 0.0535 | 0.0179 | 0.0150 | 0.0361 | 0.0481 | 0.0544 | 0.0572 |
| 12 | | 0.0000 | 0.0000 | 0.0000 | 0.0531 | 0.0312 | 0.0000 | 0.0230 | 0.0375 | 0.0459 | 0.0505 |
| 13 | | 0.0490 | 0.0346 | 0.0245 | 0.0452 | 0.0396 | 0.0127 | 0.0109 | 0.0272 | 0.0375 | 0.0436 |
| 14 | | 0.0000 | 0.0455 | 0.0394 | 0.0322 | 0.0432 | 0.0227 | 0.0000 | 0.0174 | 0.0292 | 0.0368 |
| 15 | | 0.0424 | 0.0300 | 0.0424 | 0.0162 | 0.0424 | 0.0300 | 0.0094 | 0.0083 | 0.0212 | 0.0300 |
| 16 | | 0.0000 | 0.0000 | 0.0345 | 0.0000 | 0.0378 | 0.0345 | 0.0173 | 0.0000 | 0.0136 | 0.0234 |
| 17 | | 0.0374 | 0.0265 | 0.0187 | 0.0143 | 0.0303 | 0.0362 | 0.0233 | 0.0073 | 0.0065 | 0.0170 |
| 18 | | 0.0000 | 0.0354 | 0.0000 | 0.0250 | 0.0208 | 0.0354 | 0.0277 | 0.0135 | 0.0000 | 0.0109 |
| 19 | | 0.0335 | 0.0237 | 0.0168 | 0.0310 | 0.0104 | 0.0324 | 0.0302 | 0.0186 | 0.0058 | 0.0052 |
| 20 | | 0.0000 | 0.0000 | 0.0276 | 0.0318 | 0.0000 | 0.0276 | 0.0310 | 0.0225 | 0.0109 | 0.0000 |
| 21 | | 0.0303 | 0.0214 | 0.0303 | 0.0280 | 0.0094 | 0.0214 | 0.0303 | 0.0252 | 0.0152 | 0.0047 |
| 22 | | 0.0000 | 0.0289 | 0.0251 | 0.0205 | 0.0170 | 0.0145 | 0.0282 | 0.0267 | 0.0186 | 0.0089 |
| 23 | | 0.0277 | 0.0196 | 0.0138 | 0.0106 | 0.0224 | 0.0072 | 0.0249 | 0.0271 | 0.0212 | 0.0126 |
| 24 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0252 | 0.0000 | 0.0207 | 0.0265 | 0.0230 | 0.0156 |
| 25 | | 0.0255 | 0.0180 | 0.0127 | 0.0097 | 0.0255 | 0.0066 | 0.0159 | 0.0250 | 0.0239 | 0.0180 |

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 66 of 92 PageID 1282

APPX96

## FIG. 62



Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 67 of 92 PageID 1283

**U.S. Patent**          **Jul. 18, 2000**          **Sheet 56 of 59**          **6,091,940**



*FIG. 63A*

INFORMATION
SIGNAL A
6204



*FIG. 63B*

OSCILLATING
SIGNAL
6216

*FIG. 63C*

PHASE
MODULATED
SIGNAL
6208



*FIG. 63D*

PULSE-SHAPED
PM SIGNAL
6210

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 68 of 92 PageID 1284

**U.S. Patent**        **Jul. 18, 2000**        **Sheet 57 of 59**        **6,091,940**

## FIG. 63E



## FIG. 63F



## FIG. 63G



## FIG. 63H



## FIG. 64A

## FIG. 64A-1

**U.S. Patent**        Jul. 18, 2000        **Sheet 59 of 59**        **6,091,940**



FIG. 64B

FIG. 64C

FIG. 64D

FIG. 64E

FIG. 64F

6,091,940

# METHOD AND SYSTEM FOR FREQUENCY UP-CONVERSION

## CROSS-REFERENCE TO OTHER APPLICATIONS

The following applications of common assignee are related to the present application, have the same filing date as the present application, and are herein incorporated by reference in their entireties:

"Method and System for Down-Converting Electromagnetic Signals," application Ser. No. 09/170,002.

"Method and System for Ensuring Reception of a Communications Signal," application Ser. No. 09/176,415.

"Integrated Frequency Translation And Selectivity," application Ser. No. 09/175,966.

"Universal Frequency Translation, and Applications of Same," application Ser. No. 09/176,027.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is generally directed to frequency up-conversion of electromagnetic (EM) signals.

### 2. Related Art

Modern day communication systems employ components such as transmitters and receivers to transmit information from a source to a destination. To accomplish this transmission, information is imparted on a carrier signal and the carrier signal is then transmitted. Typically, the carrier signal is at a frequency higher than the baseband frequency of the information signal. Typical ways that the information is imparted on the carrier signal are called modulation.

Three widely used modulation schemes include: frequency modulation (FM), where the frequency of the carrier wave changes to reflect the information that has been modulated on the signal; phase modulation (PM), where the phase of the carrier signal changes to reflect the information imparted on it; and amplitude modulation (AM), where the amplitude of the carrier signal changes to reflect the information. Also, these modulation schemes are used in combination with each other (e.g., AM combined with FM and AM combined with PM).

## SUMMARY OF THE INVENTION

The present invention is directed to methods and systems to up-convert a signal from a lower frequency to a higher frequency, and applications thereof.

In one embodiment, the invention uses a stable, low frequency signal to generate a higher frequency signal with a frequency and phase that can be used as stable references.

In another embodiment, the present invention is used as a transmitter. In this embodiment, the invention accepts an information signal at a baseband frequency and transmits a modulated signal at a frequency higher than the baseband frequency.

The methods and systems of transmitting vary slightly depending on the modulation scheme being used. For some embodiments using frequency modulation (FM) or phase modulation (PM), the information signal is used to modulate an oscillating signal to create a modulated intermediate signal. If needed, this modulated intermediate signal is "shaped" to provide a substantially optimum pulse-width-to-period ratio. This shaped signal is then used to control a switch which opens and closes as a function of the frequency and pulse width of the shaped signal. As a result of this opening and closing, a signal that is harmonically rich is produced with each harmonic of the harmonically rich signal being modulated substantially the same as the modulated intermediate signal. Through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

For some embodiments using amplitude modulation (AM), the switch is controlled by an unmodulated oscillating signal (which may, if needed, be shaped). As the switch opens and closes, it gates a reference signal which is the information signal. In an alternate implementation, the information signal is combined with a bias signal to create the reference signal, which is then gated. The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to the amplitude of the reference signal. Each of the harmonics of the harmonically rich signal also have amplitudes proportional to the reference signal, and are thus considered to be amplitude modulated. Just as with the FM/PM embodiments described above, through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying figures. The left-most digit(s) of a reference number typically identifies the figure in which the reference number first appears.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 illustrates a circuit for a frequency modulation (FM) transmitter;

FIGS. 2A, 2B, and 2C illustrate typical waveforms associated with the FIG. 1 FM circuit for a digital information signal;

FIG. 3 illustrates a circuit for a phase modulation (PM) transmitter;

FIGS. 4A, 4B, and 4C illustrate typical waveforms associated with the FIG. 3 PM circuit for a digital information signal;

FIG. 5 illustrates a circuit for an amplitude modulation (AM) transmitter;

FIGS. 6A, 6B, and 6C illustrate typical waveforms associated with the FIG. 5 AM circuit for a digital information signal;

FIG. 7 illustrates a circuit for an in-phase/quadrature-phase modulation ("I/Q") transmitter;

FIGS. 8A, 8B, 8C, 8D, and 8E illustrate typical waveforms associated with the FIG. 7 "I/Q" circuit for digital information signal;

FIG. 9 illustrates the high level operational flowchart of a transmitter according to an embodiment of the present invention;

FIG. 10 illustrates the high level structural block diagram of the transmitter of an embodiment of the present invention;

FIG. 11 illustrates the operational flowchart of a first embodiment (i.e., FM mode) of the present invention;

FIG. 12 illustrates an exemplary structural block diagram of the first embodiment (i.e., FM mode) of the present invention;

FIG. 13 illustrates the operational flowchart of a second embodiment (i.e., PM mode) of the present invention;

FIG. 14 illustrates an exemplary structural block diagram of the second embodiment (i.e., PM mode) of the present invention;

6,091,940

3

FIG. 15 illustrates the operational flowchart of a third embodiment (i.e., AM mode) of the present invention;

FIG. 16 illustrates an exemplary structural block diagram of the third embodiment (i.e., AM mode) of the present invention;

FIG. 17 illustrates the operational flowchart of a fourth embodiment (i.e., "I/Q" mode) of the present invention;

FIG. 18 illustrates an exemplary structural block diagram of the fourth embodiment (i.e., "I/Q" mode) of the present invention;

FIGS. 19A–19I illustrate exemplary waveforms (for a frequency modulation mode operating in a frequency shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram;

FIGS. 20A, 20B, 20C illustrate typical waveforms associated with the FIG. 1 FM circuit for an analog information signal;

FIGS. 21A, 21B, 21C illustrate typical waveforms associated with the FIG. 3 PM circuit for an analog information signal;

FIGS. 22A, 22B, 22C illustrate typical waveforms associated with the FIG. 5 AM circuit for an analog information signal;

FIG. 23 illustrates an implementation example of a voltage controlled oscillator (VCO);

FIG. 24 illustrates an implementation example of a local oscillator (LO);

FIG. 25 illustrates an implementation example of a phase shifter;

FIG. 26 illustrates an implementation example of a phase modulator;

FIG. 27 illustrates an implementation example of a summing amplifier;

FIGS. 28A–28C illustrate an implementation example of a switch module for the FM and PM modes;

FIG. 29A–29C illustrate an example of the switch module of FIGS. 28A–28C wherein the switch is a GaAsFET;

FIGS. 30A–30C illustrate an example of a design to ensure symmetry for a GaAsFET implementation in the FM and PM modes;

FIGS. 31A–31C illustrate an implementation example of a switch module for the AM mode;

FIGS. 32A–32C illustrate the switch module of FIGS. 31A–31C wherein the switch is a GaAsFET;

FIGS. 33A–33C illustrates an example of a design to ensure symmetry for a GaAsFET implementation in the AM mode;

FIG. 34 illustrates an implementation example of a summer;

FIG. 35 illustrates an implementation example of a filter;

FIG. 36 is a representative spectrum demonstrating the calculation of "Q;"

FIGS. 37A and 37B are representative examples of filter circuits;

FIG. 38 illustrates an implementation example of a transmission module;

FIG. 39A shows a first exemplary pulse shaping circuit using digital logic devices for a squarewave input from an oscillator;

FIGS. 39B, 39C, and 39D illustrate waveforms associated with the FIG. 39A circuit;

FIG. 40A shows a second exemplary pulse shaping circuit using digital logic devices for a squarewave input from an oscillator;

4

FIGS. 40B, 40C, and 40D illustrate waveforms associated with the FIG. 40A circuit;

FIG. 41 shows a third exemplary pulse shaping circuit for any input from an oscillator;

FIGS. 42A, 42B, 42C, 42D, and 42E illustrate representative waveforms associated with the FIG. 41 circuit;

FIG. 43 shows the internal circuitry for elements of FIG. 41 according to an embodiment of the invention;

FIGS. 44A–44G illustrate exemplary waveforms (for a pulse modulation mode operating in a pulse shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first three harmonics;

FIGS. 45A–45F illustrate exemplary waveforms (for an amplitude modulation mode operating in an amplitude shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first three harmonics;

FIG. 46 illustrates an implementation example of a harmonic enhancement module;

FIG. 47 illustrates an implementation example of an amplifier module;

FIGS. 48A and 48B illustrate exemplary circuits for a linear amplifier;

FIG. 49 illustrates a typical superheterodyne receiver;

FIG. 50 illustrates a transmitter according to an embodiment of the present invention in a transceiver circuit with a typical superheterodyne receiver in a full-duplex mode;

FIGS. 51A, 51B, 51C, and 51D illustrate a transmitter according to an embodiment of the present invention in a transceiver circuit using a common oscillator with a typical superheterodyne receiver in a half-duplex mode;

FIG. 52 illustrates an exemplary receiver using universal frequency down conversion techniques according to an embodiment;

FIG. 53 illustrates an exemplary transmitter of the present invention;

FIGS. 54A, 54B, and 54C illustrate an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a half-duplex mode for the FM and PM modulation embodiment;

FIG. 55 illustrates an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a half-duplex mode for the AM modulation embodiment;

FIG. 56 illustrates an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a full-duplex mode;

FIGS. 57A–57C illustrate an exemplary transmitter of the present invention being used in frequency modulation, phase modulation, and amplitude modulation embodiments, including a pulse shaping circuit and an amplifier module;

FIG. 58 illustrates harmonic amplitudes for a pulse-width-to-period ratio of 0.01;

FIG. 59 illustrates harmonic amplitudes for a pulse-width-to-period ratio of 0.0556;

FIG. 60 is a table that illustrates the relative amplitudes of the first 50 harmonics for six exemplary pulse-width-to-period ratios;

FIG. 61 is a table that illustrates the relative amplitudes of the first 25 harmonics for six pulse-width-to-period ratios optimized for the 1st through 10th subharmonics;

6,091,940

**5**

FIG. **62** illustrates an exemplary structural block diagram for an alternative embodiment of the present invention (i.e., a mode wherein AM is combined with PM);

FIGS. **63A–63H** illustrate exemplary waveforms (for the embodiment of FIG. **62**) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first two harmonics;

FIGS. **64A** and **64A1** illustrate exemplary implementations of aliasing modules; and

FIGS. **64B–64F** illustrate exemplary waveforms at a plurality of points in the FIGS. **64A** and **64A1** circuits.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Table of contents
1. Terminology.
2. Overview of the Invention.
 2.1 Discussion of Modulation Techniques.
 2.2 Explanation of Exemplary Circuits and Waveforms.
 2.2.1 Frequency Modulation.
 2.2.2 Phase Modulation.
 2.2.3 Amplitude Modulation.
 2.2.4 In-phase/Quadrature-phase Modulation.
 2.3 Features of the Invention.
3. Frequency Up-conversion.
 3.1 High Level Description.
 3.1.1 Operational Description.
 3.1.2 Structural Description.
 3.2 Exemplary Embodiments.
 3.2.1 First Embodiment: Frequency Modulation (FM) Mode.
  3.2.1.1 Operational Description.
  3.2.1.2 Structural Description.
 3.2.2 Second Embodiment: Phase Modulation (PM) Mode.
  3.2.2.1 Operational Description.
  3.2.2.2 Structural Description.
 3.2.3 Third Embodiment: Amplitude Modulation (AM) Mode.
  3.2.3.1 Operational Description.
  3.2.3.2 Structural Description.
 3.2.4 Fourth Embodiment: In-phase/Quadrature-phase ("I/Q") Modulation Mode.
  3.2.4.1 Operational Description.
  3.2.4.2 Structural Description.
 3.2.5 Other Embodiments.
 3.3 Methods and Systems for Implementing the Embodiments.
 3.3.1 The Voltage Controlled Oscillator (FM Mode).
  3.3.1.1 Operational Description.
  3.3.1.2 Structural Description.
 3.3.2 The Local Oscillator (PM, AM, and "I/Q" Modes).
  3.3.2.1 Operational Description.
  3.3.2.2 Structural Description.
 3.3.3 The Phase Shifter (PM Mode).
  3.3.3.1 Operational Description.
  3.3.3.2 Structural Description.
 3.3.4 The Phase Modulator (PM and "I/Q" Modes).
  3.3.4.1 Operational Description.
  3.3.4.2 Structural Description.
 3.3.5 The Summing Module (AM Mode).
  3.3.5.1 Operational Description.
  3.3.5.2 Structural Description.

**6**

 3.3.6 The Switch Module (FM, PM, and "I/Q" Modes).
  3.3.6.1 Operational Description.
  3.3.6.2 Structural Description.
 3.3.7 The Switch Module (AM Mode).
  3.3.7.1 Operational Description.
  3.3.7.2 Structural Description.
 3.3.8 The Summer ("I/Q" Mode).
  3.3.8.1 Operational Description.
  3.3.8.2 Structural Description.
 3.3.9 The Filter (FM, PM, AM, and "I/Q" Modes).
  3.3.9.1 Operational Description.
  3.3.9.2 Structural Description.
 3.3.10 The Transmission Module (FM, PM, AM, and "I/Q" Modes).
  3.3.10.1 Operational Description.
  3.3.10.2 Structural Description.
 3.3.11 Other Implementations.
4. Harmonic Enhancement.
 4.1 High Level Description.
  4.1.1 Operational Description.
  4.1.2 Structural Description.
 4.2 Exemplary Embodiments.
 4.2.1 First Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create One Pulse per Cycle.
  4.2.1.1 Operational Description.
  4.2.1.2 Structural Description.
 4.2.2 Second Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create Two Pulses per Cycle.
  4.2.2.1 Operational Description.
  4.2.2.2 Structural Description.
 4.2.3 Third Embodiment: When Any Waveform Feeds the Harmonic Enhancement Module.
  4.2.3.1 Operational Description.
  .4.2.3.2 Structural Description.
 4.2.4 Other Embodiments.
 4.3 Implementation Examples.
  4.3.1 First Digital Logic Circuit.
  4.3.2 Second Digital Logic Circuit.
  4.3.3 Analog Circuit.
  4.3.4 Other Implementations.
5. Amplifier Module.
 5.1 High Level Description.
 5.1.1 Operational Description.
 5.1.2 Structural Description.
 5.2 Exemplary Embodiment.
 5.2.1 Linear Amplifier.
  5.2.1.1 Operational Description.
  5.2.1.2 Structural Description.
 5.2.2 Other Embodiments.
 5.3 Implementation Examples.
 5.3.1 Linear Amplifier.
  5.3.1.1 Operational Description.
  5.3.1.2 Structural Description.
 5.3.2 Other Implementations.
6. Receiver/Transmitter System.
 6.1 High Level Description.
 6.2 Exemplary Embodiments and Implementation Examples.
 6.2.1 First Embodiment: The Transmitter of the Present Invention Being Used in a Circuit with a Superheterodyne Receiver.
 6.2.2 Second Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Half-Duplex Mode.

6,091,940

7

6.2.3 Third Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Full-Duplex Mode.

6.2.4 Other Embodiments and Implementations.

6.3 Summary Description of Down-conversion Using a Universal Frequency Translation Module.

7. Designing a Transmitter According to an Embodiment of the Present Invention.

7.1 Frequency of the Transmission Signal.

7.2 Characteristics of the Transmission Signal.

7.3 Modulation Scheme.

7.4 Characteristics of the Information Signal.

7.5 Characteristic of the Oscillating Signal.

7.5.1 Frequency of the Oscillating Signal.

7.5.2 Pulse Width of the String of Pulses.

7.6 Design of the Pulse Shaping Circuit.

7.7 Selection of the Switch.

7.8 Design of the Filter.

7.9 Selection of an Amplifier.

7.10 Design of the Transmission Module.

1. Terminology.

Various terms used in this application are generally described in this section. Each description in this section is provided for illustrative and convenience purposes only, and is not limiting. The meaning of these terms will be apparent to persons skilled in the relevant art(s) based on the entirety of the teachings provided herein.

Amplitude Modulation (AM): A modulation technique wherein the amplitude of the carrier signal is shifted (i.e., varied) as a function of the information signal. The frequency of the carrier signal typically remains constant. A subset of AM is referred to as "amplitude shift keying" which is used primarily for digital communications where the amplitude of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information.

Analog signal: A signal in which the information contained therein is continuous as contrasted to discrete, and represents a time varying physical event or quantity. The information content is conveyed by varying at least one characteristic of the signal, such as but not limited to amplitude, frequency, or phase, or any combinations thereof.

Baseband signal: Any generic information signal desired for transmission and/or reception. As used herein, it refers to both the information signal that is generated at a source prior to any transmission (also referred to as the modulating baseband signal), and to the signal that is to be used by the recipient after transmission (also referred to as the demodulated baseband signal).

Carrier signal: A signal capable of carrying information. Typically, it is an electromagnetic signal that can be varied through a process called modulation. The frequency of the carrier signal is referred to as the carrier frequency. A communications system may have multiple carrier signals at different carrier frequencies.

Control a switch: Causing a switch to open and close. The switch may be, without limitation, mechanical, electrical, electronic, optical, etc., or any combination thereof. Typically, it is controlled by an electrical or electronic input. If the switch is controlled by an electronic signal, it is typically a different signal than the signals connected to either terminal of the switch.

Demodulated baseband signal: The baseband signal that is to be used by the recipient after transmission. Typically it has been down converted from a carrier signal and has been demodulated. The demodulated baseband signal should closely approximate the information signal (i.e., the modulating baseband signal) in frequency, amplitude, and information.

8

Demodulation: The process of removing information from a carrier or intermediate frequency signal.

Digital signal: A signal in which the information contained therein has discrete states as contrasted to a signal that has a property that may be continuously variable.

Direct down conversion: A down conversion technique wherein a received signal is directly down converted and demodulated, if applicable, from the original transmitted frequency (i.e., a carrier frequency) to baseband without having an intermediate frequency.

Down conversion: A process for performing frequency translation in which the final frequency is lower than the initial frequency.

Drive a switch: Same as control a switch.

Frequency Modulation (FM): A modulation technique wherein the frequency of the carrier signal is shifted (i.e., varied) as a function of the information signal. A subset of FM is referred to as "frequency shift keying" which is used primarily for digital communications where the frequency of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information.

Harmonic: A harmonic is a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it. In other words, if a periodic waveform has a fundamental frequency of "f" (also called the first harmonic), then its harmonics may be located at frequencies of "n•f," where "n" is 2, 3, 4, etc. The harmonic corresponding to n=2 is referred to as the second harmonic, the harmonic corresponding to n=3 is referred to as the third harmonic, and so on.

In-phase ("I") signal: The signal typically generated by an oscillator. It has not had its phase shifted and is often represented as a sine wave to distinguish it from a "Q" signal. The "I" signal can, itself, be modulated by any means. When the "I" signal is combined with a "Q" signal, the resultant signal is referred to as an "I/Q" signal.

In-phase/Quadrature-phase ("I/Q") signal: The signal that results when an "I" signal is summed with a "Q" signal. Typically, both the "I" and "Q" signals have been phase modulated, although other modulation techniques may also be used, such as amplitude modulation. An "I/Q" signal is used to transmit separate streams of information simultaneously on a single transmitted carrier. Note that the modulated "I" signal and the modulated "Q" signal are both carrier signals having the same frequency. When combined, the resultant "I/Q" signal is also a carrier signal at the same frequency.

Information signal: The signal that contains the information that is to be transmitted. As used herein, it refers to the original baseband signal at the source. When it is intended that the information signal modulate a carrier signal, it is also referred to as the "modulating baseband signal." It may be voice or data, analog or digital, or any other signal or combination thereof.

Intermediate frequency (IF) signal: A signal that is at a frequency between the frequency of the baseband signal and the frequency of the transmitted signal.

Modulation: The process of varying one or more physical characteristics of a signal to represent the information to be transmitted. Three commonly used modulation techniques are frequency modulation, phase modulation, and amplitude modulation. There are also variations, subsets, and combinations of these three techniques.

Operate a switch: Same as control a switch.

Phase Modulation (PM): A modulation technique wherein the phase of the carrier signal is shifted (i.e., varied) as a function of the information signal. A subset of PM is referred

6,091,940

9

to as "phase shift keying" which is used primarily for digital communications where the phase of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information. Quadrature-phase ("Q") signal: A signal that is out of phase with an in-phase ("I") signal. The amount of phase shift is predetermined for a particular application, but in a typical implementation, the "Q" signal is 90° out of phase with the "I" signal. Thus, if the "I" signal were a sine wave, the "Q" signal would be a cosine wave. When discussed together, the "I" signal and the "Q" signal have the same frequencies.

Spectrum: Spectrum is used to signify a continuous range of frequencies, usually wide, within which electromagnetic (EM) waves have some specific common characteristic. Such waves may be propagated in any communication medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, microstrip, stripline, optical fiber, etc. The EM spectrum includes all frequencies greater than zero hertz.

Subharmonic: A subharmonic is a frequency or tone that is an integer submultiple of a referenced fundamental frequency or tone. That is, a subharmonic frequency is the quotient obtained by dividing the fundamental frequency by an integer. For example, if a periodic waveform has a frequency of "f" (also called the "fundamental frequency" or first subharmonic), then its subharmonics have frequencies of "f/n," where n is 2, 3, 4, etc. The subharmonic corresponding to n=2 is referred to as the second subharmonic, the subharmonic corresponding to n=3 is referred to as the third subharmonic, and so on. A subharmonic itself has possible harmonics, and the $i^{th}$ harmonic of the $j^{th}$ subharmonic will be at the fundamental frequency of the original periodic waveform. For example, the third subharmonic (which has a frequency of "f/3") may have harmonics at integer multiples of itself (i.e., a second harmonic at "2•f/3," a third harmonic at "3•f/3," and so on). The third harmonic of the third subharmonic of the original signal (i.e., "3•f/3") is at the frequency of the original signal.

Trigger a switch: Same as control a switch.

Up conversion: A process for performing frequency translation in which the final frequency is higher than the initial frequency.

2. Overview of the Invention.

The present invention is directed to systems and methods for frequency up-conversion, and applications thereof.

In one embodiment, the frequency up-converter of the present invention is used as a stable reference frequency source in a phase comparator or in a frequency comparator. This embodiment of the present invention achieves this through the use of a stable, low frequency local oscillator, a switch, and a filter. Because it up-converts frequency, the present invention can take advantage of the relatively low cost of low frequency oscillators to generate stable, high frequency signals.

In a second embodiment, the frequency up-converter is used as a system and method for transmitting an electromagnetic (EM) signal.

Based on the discussion contained herein, one skilled in the relevant art(s) will recognize that there are other, alternative embodiments in which the frequency up-converter of the present invention could be used in other applications, and that these alternative embodiments fall within the scope of the present invention.

For illustrative purposes, various modulation examples are discussed below. However, it should be understood that the invention is not limited by these examples. Other modulation techniques that might be used with the present inven-

10

tion will be apparent to persons skilled in the relevant art(s) based on the teaching contained herein.

Also for illustrative purposes, frequency up-conversion according to the present invention is described below in the context of a transmitter. However, the invention is not limited to this embodiment. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

2.1 Discussion of Modulation Techniques.

Techniques by which information can be imparted onto EM signals to be transmitted are called modulation. These techniques are generally well known to one skilled in the relevant art(s), and include, but are not limited to, frequency modulation (FM), phase modulation (PM), amplitude modulation (AM), quadrature-phase shift keying (QPSK), frequency shift keying (FSK), phase shift keying (PSK), amplitude shift keying (ASK), etc., and combinations thereof. These last three modulation techniques, FSK, PSK, and ASK, are subsets of FM, PM, and AM, respectively, and refer to circuits having discrete input signals (e.g., digital input signals).

For illustrative purposes only, the circuits and techniques described below all refer to the EM broadcast medium. However, the invention is not limited by this embodiment. Persons skilled in the relevant art(s) will recognize that these same circuits and techniques can be used in all transmission media (e.g., over-the-air broadcast, point-to-point cable, etc.).

2.2 Explanation of Exemplary Circuits and Waveforms.
2.2.1 Frequency Modulation.

FIG. 1 illustrates an example of a frequency modulation (FM) circuit 100 and FIGS. 2A, 2B, and 2C, and FIGS. 20A, 20B, and 20C illustrate examples of waveforms at several points in FM circuit 100. In an FM system, the frequency of a carrier signal, such as an oscillating signal 202 (FIG. 2B and FIG. 20B), is varied to represent the data to be communicated, such as information signals 102 of FIG. 2A and 2002 of FIG. 20A. In FIG. 20A, information signal 2002 is a continuous signal (i.e., an analog signal), and in FIG. 2A, information signal 102 is a discrete signal (i.e., a digital signal). In the case of the discrete information signal 102, the FM circuit 100 is referred to as a frequency shift keying (FSK) system, which is a subset of an FM system.

Frequency modulation circuit 100 receives an information signal 102, 2002 from a source (not shown). Information signal 102, 2002 can be amplified by an optional amplifier 104 and filtered by an optional filter 114 and is the voltage input that drives a voltage controlled oscillator (VCO) 106. Within VCO 106, an oscillating signal 202 (seen on FIG. 2B and FIG. 20B) is generated. The purpose of VCO 106 is to vary the frequency of oscillating signal 202 as a function of the input voltage, i.e., information signal 102, 2002. The output of VCO 106 is a modulated signal shown as modulated signal 108 (FIG. 2C) when the information signal is the digital information signal 102 and shown as modulated signal 2004 (FIG. 20C) when the information signal is the analog signal 2002. Modulated signal 108, 2004 is at a relatively low frequency (e.g., generally between 50 MHz and 100 MHz) and can have its frequency increased by an optional frequency multiplier 110 (e.g., to 900 MHz, 1.8 GHz) and have its amplitude increased by an optional amplifier 116. The output of optional frequency multiplier 110 and/or optional amplifier 116 is then transmitted by an exemplary antenna 112.

6,091,940

**11**

2.2.2 Phase Modulation.

FIG. **3** illustrates an example of a phase modulation (PM) circuit **300** and FIGS. **4A**, **4B**, and **4C**, and FIGS. **21A**, **21B**, and **21C** illustrate examples of waveforms at several points in PM circuit **300**. In a PM system, the phase of a carrier signal, such as a local oscillator (LO) output **308** (FIG. **4B** and FIG. **21B**), is varied to represent the data to be communicated, such as an information signals **302** of FIG. **4A** and **2102** of FIG. **21A**. In FIG. **21A**, information signal **2102** is a continuous signal (i.e., an analog signal), and in FIG. **4A**, information signal **302** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **302**, the PM circuit is referred to as a phase shift keying (PSK) system. This is the typical implementation, and is a subset of a PM system.

Phase modulation circuit **300** receives information signal **302**, **2102** from a source (not shown). Information signal **302**, **2102** can be amplified by an optional amplifier **304** and filtered by an optional filter **318** and is routed to a phase modulator **306**. Also feeding phase modulator **306** is LO output **308** of a local oscillator **310**. LO output **308** is shown on FIG. **4B** and FIG. **21B**. Local oscillators, such as local oscillator **310**, output an electromagnetic wave at a predetermined frequency and amplitude.

The output of phase modulator **306** is a modulated signal shown as a phase modulated signal **312** (FIG. **4C**) when the information signal is the discrete information signal **302** and shown as a phase modulated signal **2104** (FIG. **21C**) when the information signal is the analog information signal **2102**. The purpose of phase modulator **306** is to change the phase of LO output **308** as a function of the value of information signal **302**, **2102**. That is, for example in a PSK mode, if LO output **308** were a sine wave, and the value of information signal **302** changed from a binary high to a binary low, the phase of LO output **308** would change from a sine wave with a zero phase to a sine wave with, for example, a phase of 180°. The result of this phase change would be phase modulated signal **312** of FIG. **4C** which would have the same frequency as LO output **308**, but would be out of phase by 180° in this example. For a PSK system, the phase changes in phase modulated signal **312** that are representative of the information in information signal **302** can be seen by comparing waveforms **302**, **308**, and **312** on FIGS. **4A**, **4B**, and **4C**. For the case of an analog information signal **2102** of FIG. **21A**, the phase of LO output **308** of FIG. **21B** changes continuously as a function of the amplitude of the information signal **2102**. That is, for example, as information signal **2102** increases from a value of "X" to "X+δx", the PM signal **2104** of FIG. **21C** changes from a signal which may be represented by the equation sin(ωt) to a signal which can be represented by the equation sin(ωt+φ), where φ is the phase change associated with a change of δx in information signal **2102**. For an analog PM system, the phase changes in phase modulated signal **2104** that are representative of the information in information signal **2102** can be seen by comparing waveforms **2102**, **308**, and **2104** on FIGS. **21A**, **21B**, and **21C**.

After information signal **302**, **2102** and LO output **308** have been modulated by phase modulator **306**, phase modulated signal **312**, **2104** can be routed to an optional frequency multiplier **314** and optional amplifier **320**. The purpose of optional frequency multiplier **314** is to increase the frequency of phase modulated signal **312** from a relatively low frequency (e.g., 50 MHz to 100 MHz) to a desired broadcast frequency (e.g., 900 MHz, 1.8 GHz). Optional amplifier **320** raises the signal strength of phase modulated signal **312**, **2104** to a desired level to be transmitted by an exemplary antenna **316**.

**12**

2.2.3 Amplitude Modulation.

FIG. **5** illustrates an example of an amplitude modulation (AM) circuit **500** and FIGS. **6A**, **6B**, and **6C**, and FIGS. **22A**, **22B**, and **22C** illustrate examples of waveforms at several points in AM circuit **500**. In an AM system, the amplitude of a carrier signal, such as a local oscillator (LO) signal **508** (FIG. **6B** and FIG. **22B**), is varied to represent the data to be communicated, such as information signals **502** of FIG. **6A** and **2202** of FIG. **22A**. In FIG. **22A**, information signal **2202** is a continuous signal (i.e., an analog signal), and in FIG. **6A**, information signal **502** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **502**, the AM circuit is referred to as an amplitude shift keying (ASK) system, which is a subset of an AM system.

Amplitude modulation circuit **500** receives information signal **502** from a source (not shown). Information signal **502**, **2202** can be amplified by an optional amplifier **504** and filtered by an optional filter **518**. Amplitude modulation circuit **500** also includes a local oscillator (LO) **506** which has an LO output **508**. Information signal **502**, **2202** and LO output **508** are then multiplied by a multiplier **510**. The purpose of multiplier **510** is to cause the amplitude of LO output **508** to vary as a function of the amplitude of information signal **502**, **2202**. The output of multiplier **510** is a modulated signal shown as amplitude modulated signal **512** (FIG. **6C**) when the information signal is the digital information signal **502** and shown as modulated signal **2204** (FIG. **22C**) when the information signal is the analog information signal **2202**. AM signal **512**, **2204** can then be routed to an optional frequency multiplier **514** where the frequency of AM signal **512**, **2204** is increased from a relatively low level (e.g., 50 MHz to 100 MHz) to a higher level desired for broadcast (e.g., 900 MHz, 1.8 GHz) and an optional amplifier **520**, which increases the signal strength of AM signal **512**, **2204** to a desired level for broadcast by an exemplary antenna **516**.

2.2.4 In-phase/Quadrature-phase Modulation.

FIG. **7** illustrates an example of an in-phase/quadrature-phase ("I/Q") modulation circuit **700** and FIGS. **8A**, **8B**, **8C**, **8D**, and **8E** illustrate examples of waveforms at several points in "I/Q" modulation circuit **700**. In this technique, which increases bandwidth efficiency, separate information signals can be simultaneously transmitted on carrier signals that are out of phase with each other. That is, a first information signal **702** of FIG. **8A** can be modulated onto the in-phase ("I") oscillator signal **710** of FIG. **8B** and a second information signal **704** of FIG. **8C** can be modulated onto the quadrature-phase ("Q") oscillator signal **712** of FIG. **8D**. The "I" modulated signal is combined with the "Q" modulated signal and the resulting "I/Q" modulated signal is then transmitted. In a typical usage, both information signals are digital, and both are phase modulated onto the "I" and "Q" oscillating signals. One skilled in the relevant art(s) will recognize that the "I/Q" mode can also work with analog information signals, with combinations of analog and digital signals, with other modulation techniques, or any combinations thereof.

This "I/Q" modulation system uses two PM circuits together in order to increase the bandwidth efficiency. As stated above, in a PM circuit, the phase of an oscillating signal, such as **710** (or **712**) (FIGS. **8B** or **8D**), is varied to represent the data to be communicated, such as an information signal such as **702** (or **704**). For ease of understanding and display, the discussion herein will describe the more typical use of the "I/Q" mode, that is, with digital information signals and phase modulation on both oscillating signals. Thus, both signal streams are phase shift keying (PSK), which is a subset of PM.

6,091,940

**13**

"I/Q" modulation circuit **700** receives an information signal **702** from a first source (not shown) and an information signal **704** from a second source (not shown). Examples of information signals **702** and **704** are shown in FIG. **8A** and **8C**. Information signals **702** and **704** can be amplified by optional amplifiers **714** and **716** and filtered by optional filters **734** and **736**. It is then routed to phase modulators **718** and **720**. Also feeding phase modulators **718** and **720** are oscillating signals **710** and **712**. Oscillating signal **710** was generated by a local oscillator **706**, and is shown in FIG. **8B**, and oscillating signal **712** is the phase shifted output of local oscillator **706**. Local oscillators, such as local oscillator **706**, output an electromagnetic wave at a predetermined frequency and amplitude.

The output of phase modulator **718** is a phase modulated signal **722** which is shown using a dotted line as one of the waveforms in FIG. **8E**. Similarly, the output of phase modulator **720**, which operates in a manner similar to phase modulator **718**, is a phase modulated signal **724** which is shown using a solid line as the other waveform in FIG. **8E**. The effect of phase modulators **718** and **720** on oscillating signals **710** and **712** is to cause them to change phase. As stated above, the system shown here is a PSK system, and as such, the phase of oscillating signals **710** and **712** is shifted by phase modulators **718** and **720** by a discrete amount as a function of information signals **702** and **704**.

For simplicity of discussion and ease of display, oscillating signal **710** is shown on FIG. **8B** as a sine wave and is referred to as the "I" signal in the "I/Q" circuit **700**. After the output of oscillator **706** has gone through a phase shifter **708**, shown here as shifting the phase by $-\pi/2$, oscillating signal **712** is a cosine wave, shown on FIG. **8D**, and is referred to as the "Q" signal in the "I/Q" circuit. Again, for ease of display, phase modulators **718** and **720** are shown as shifting the phase of the respective oscillating signals **710** and **712** by 180°. This is seen on FIG. **8E**. Modulated signal **722** is summed with modulated signal **724** by a summer **726**. The output of summer **726** is the arithmetic sum of modulated signal **722** and **724** and is an "I/Q" signal **728**. (For clarity of the display on FIG. **8E**, the combined signal **728** is not shown. However, one skilled in the relevant art(s) will recognize that the arithmetic sum of 2 sinusoidal waves having the same frequency is also a sinusoidal wave at that frequency.)

"I/Q" signal **728** can then be routed to an optional frequency multiplier **730**, where the frequency of "I/Q" signal **718** is increased from a relatively low level (e.g., 50 MHz to 100 MHz) to a higher level desired for broadcast (e.g., 900 MHz, 1.8 GHz), and to an optional amplifier **738** which increases the signal strength of "I/Q" signal **728** to a desired level for broadcast by an exemplary antenna **732**.

2.3 Features of the Invention.

As apparent from the above, several frequencies are involved in a communications system. The frequency of the information signal is relatively low. The frequency of the local oscillator (both the voltage controlled oscillator as well as the other oscillators) is higher than that of the information signal, but typically not high enough for efficient transmission. A third frequency, not specifically mentioned above, is the frequency of the transmitted signal which is greater than or equal to the frequency of the oscillating signal. This is the frequency that is routed from the optional frequency multipliers and optional amplifiers to the antennas in the previously described circuits.

Typically, in the transmitter subsystem of a communications system, upconverting the information signal to broadcast frequency requires, at least, filters, amplifiers, and

**14**

frequency multipliers. Each of these components is costly, not only in terms of the purchase price of the component, but also because of the power required to operate them.

The present invention provides a more efficient means for producing a modulated carrier for transmission, uses less power, and requires fewer components. These and additional advantages of the present invention will be apparent from the following description.

3. Frequency Up-conversion.

The present invention is directed to systems and methods for frequency up-conversion and applications of the same. In one embodiment, the frequency up-converter of the present invention allows the use of a stable, low frequency oscillator to generate a stable high frequency signal that, for example and without limitation, can be used as a reference signal in a phase comparator or a frequency comparator. In another embodiment, the up-converter of the present invention is used in a transmitter. The invention is also directed to a transmitter. Based on the discussion contained herein, one skilled in the relevant art(s) will recognize that there are other, alternative embodiments and applications in which the frequency up-converter of the present invention could be used, and that these alternative embodiments and applications fall within the scope of the present invention.

For illustrative purposes, frequency up-conversion according to the present invention is described below in the context of a transmitter. However, as apparent from the preceding paragraph, the invention is not limited to this embodiment.

The following sections describe methods related to a transmitter and frequency up-converter. Structural exemplary embodiments for achieving these methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

3.1. High Level Description.

This section (including its subsections) provides a high-level description of up-converting and transmitting signals according to the present invention. In particular, an operational process of frequency up-conversion in the context of transmitting signals is described at a high-level. The operational process is often represented by flowcharts. The flowcharts are presented herein for illustrative purposes only, and are not limiting. In particular, the use of flowcharts should not be interpreted as limiting the invention to discrete or digital operation. In practice, those skilled in the relevant art(s) will appreciate, based on the teachings contained herein, that the invention can be achieved via discrete operation, continuous operation, or any combination thereof. Furthermore, the flow of control represented by the flowcharts is also provided for illustrative purposes only, and it will be appreciated by persons skilled in the relevant art(s) that other operational control flows are within the scope and spirit of the invention.

Also, a structural implementation for achieving this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

6,091,940

**15**

3.1.1 Operational Description.

The flow chart **900** of FIG. **9** demonstrates the operational method of frequency up-conversion in the context of transmitting a signal according to an embodiment of the present invention. The invention is directed to both frequency up-conversion and transmitting signals as represented in FIG. **9**. Representative waveforms for signals generated in flow chart **900** are depicted in FIG. **19**. For purposes of illustrating the high level operation of the invention, frequency modulation of a digital information signal is depicted. The invention is not limited to this exemplary embodiment. One skilled in the relevant art(s) will appreciate that other modulation modes could alternatively be used (as described in later sections).

In step **902**, an information signal **1902** (FIG. **19A**) is generated by a source. This information signal may be analog, digital, and any combination thereof, or anything else that is desired to be transmitted, and is at the baseband frequency. As described below, the information signal **1902** is used to modulate an intermediate signal **1904**. Accordingly, the information signal **1902** is also herein called a modulating baseband information signal. In the example of FIG. **19A**, the information signal **1902** is illustrated as a digital signal. However, the invention is not limited to this embodiment. As noted above, the information signal **1902** can be analog, digital, and/or any combination thereof.

An oscillating signal **1904** (FIG. **19B**) is generated in step **904**. In step **906**, the oscillating signal **1904** is modulated, where the modulation is a result of, and a function of, the information signal **1902**. Step **906** produces a modulated oscillating signal **1906** (FIG. **19C**), also called a modulated intermediate signal. As noted above, the flowchart of FIG. **9** is being described in the context of an example where the information signal **1902** is a digital signal. However, alternatively, the information signal **1902** can be analog or any combination of analog and digital. Also, the example shown in FIG. **19** uses frequency shift keying (FSK) as the modulation technique. Alternatively, any modulation technique (e.g., FM, AM, PM, ASK, PSK, etc., or any combination thereof) can be used. The remaining steps **908–912** of the flowchart of FIG. **9** operate in the same way, whether the information signal **1902** is digital, analog, etc., or any combination thereof, and regardless of what modulation technique is used.

A harmonically rich signal **1908** (FIG. **19D**) is generated from the modulated signal **1906** in step **908**. Signal **1908** has a substantially continuous and periodically repeated waveform. In an embodiment, the waveform of signal **1908** is substantially rectangular, as is seen in the expanded waveform **1910** of FIG. **19E**. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent or requirement of the present invention that a perfect rectangular waveform be generated or needed. However, for ease of discussion, the term "rectangular waveform" will be used herein and will refer to waveforms that are substantially rectangular, and will include but will not be limited to those waveforms that are generally referred to as square waves or pulses. It should be noted that if the situation arises wherein a perfect rectangular waveform is proven to be both technically and mathematically feasible, that situation will also fall within the scope and intent of this invention

A continuous periodic waveform (such as waveform **1908**) is composed of a series of sinusoidal waves of specific amplitudes and phases, the frequencies of which are integer

**16**

multiples of the repetition frequency of the waveform. (A waveform's repetition frequency is the number of times per second the periodic waveform repeats.) A portion of the waveform of signal **1908** is shown in an expanded view as waveform **1910** of FIG. **19E**. The first three sinusoidal components of waveform **1910** (FIG. **19E**) are depicted as waveforms **1912***a, b,* & *c* of FIG. **19F** and waveforms **1914***a, b,* & *c* of FIG. **19G**. (In the examples of FIGS. **19F** & G, the three sinusoidal components are shown separately. In actuality, these waveforms, along with all the other sinusoidal components which are not shown, occur simultaneously, as seen in FIG. **19H** Note that in FIG. **19H**, the waveforms are shown simultaneously, but are not shown summed. If waveforms **1912** and **1914** were shown summed, they would, in the limit, i.e., with an infinite number of sinusoidal components, be identical to the periodic waveform **1910** of FIG. **19E**. For ease of illustration, only the first three of the infinite number of sinusoidal components are shown.) These sinusoidal waves are called harmonics, and their existence can be demonstrated both graphically and mathematically. Each harmonic (waveforms **1912***a, b,* & *c* and **1914***a, b,* & *c*) has the same information content as does waveform **1910** (which has the same information as the corresponding portion of waveform **1908**). Accordingly, the information content of waveform **1908** can be obtained from any of its harmonics. As the harmonics have frequencies that are integer multiples of the repetition frequency of signal **1908**, and since they have the same information content as signal **1908** (as just stated), the harmonics each represent an up-converted representation of signal **1908**. Some of the harmonics are at desired frequencies (such as the frequencies desired to be transmitted). These harmonics are called "desired harmonics" or "wanted harmonics." According to the invention, desired harmonics have sufficient amplitude for accomplishing the desired processing (i.e., being transmitted). Other harmonics are not at the desired frequencies. These harmonics are called "undesired harmonics" or "unwanted harmonics."

In step **910**, any unwanted harmonics of the continuous periodic waveform of signal **1908** are filtered out (for example, any harmonics that are not at frequencies desired to be transmitted). In the example of FIG. **19**, the first and second harmonics (i.e., those depicted by waveforms **1912***a* & *b* of FIG. **19F** and **1914***a* & *b* of FIG. **19G**) are the unwanted harmonics. In step **912**, the remaining harmonic, in the example of FIG. **19**, the third harmonic (i.e., those depicted by waveforms **1912***c* of FIG. **19F** and **1914***c* of FIG. **19G**), is transmitted. This is depicted by waveform **1918** of FIG. **19I**. In the example of FIG. **19**, only three harmonics are shown, and the lowest two are filtered out to leave the third harmonic as the desired harmonic. In actual practice, there are an infinite number of harmonics, and the filtering can be made to remove unwanted harmonics that are both lower in frequency than the desired harmonic as well as those that are higher in frequency than the desired harmonic.

3.1.2 Structural Description.

FIG. **10** is a block diagram of an up-conversion system according to an embodiment of the invention. This embodiment of the up-conversion system is shown as a transmitter **1000**. Transmitter **1000** includes an acceptance module **1004**, a harmonic generation and extraction module **1006**, and a transmission module **1008** that accepts an information signal **1002** and outputs a transmitted signal **1014**.

Preferably, the acceptance module **1004**, harmonic generation and extraction module **1006**, and transmission module **1008** process the information signal in the manner shown

6,091,940

**17**

in the operational flowchart **900**. In other words, transmitter **1000** is the structural embodiment for performing the operational steps of flowchart **900**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **900**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1000** will now be described in detail with reference to the flowchart **900**. In step **902**, an information signal **1002** (for example, see FIG. **19A**) from a source (not shown) is routed to acceptance module **1004**. In step **904**, an oscillating signal (for example, see FIG. **19B**) is generated and in step **906**, it is modulated, thereby producing a modulated signal **1010** (for an example of FM, see FIG. **19C**). The oscillating signal can be modulated using any modulation technique, examples of which are described below. In step **908**, the harmonic generation and extraction module (HGEM) generates a harmonically rich signal with a continuous and periodic waveform (an example of FM can be seen in FIG. **19D**). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform. A Fourier series analysis can be used to determine the amplitude of each harmonic (for example, see FIGS. **19F** and **19G**). In step **910**, a filter (not shown) within HGEM **1006** filters out the undesired frequencies (harmonics), and outputs an electromagnetic (EM) signal **1012** at the desired frequency (for example, see FIG. **19I**). In step **912**, EM signal **1012** is routed to transmission module **1008** (optional), where it is prepared for transmission. The transmission module **1008** then outputs a transmitted signal **1014**.

3.2 Exemplary Embodiments.

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

3.2.1 First Embodiment: Frequency Modulation (FM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose frequency varies as a function of the information signal results.

3.2.1.1 Operational Description.

The flow chart of FIG. **11** demonstrates the method of operation of a transmitter in the frequency modulation (FM) mode according to an embodiment of the present invention. As stated above, the representative waveforms shown in FIG. **19** depict the invention operating as a transmitter in the FM mode.

In step **1102**, an information signal **1902** (FIG. **19A**) is generated by a source by any means and/or process. (Information signal **1902** is a baseband signal, and, because it is used to modulate a signal, may also be referred to as a modulating baseband signal **1902**.) Information signal **1902** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **19** depict a digital

**18**

information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1104**, information signal **1902** modulates an oscillating signal **1904** (FIG. **19B**). The result of this modulation is the modulated signal **1906** (FIG. **19C**) as indicated in block **1106**. Modulated signal **1906** has a frequency that varies as a function of information signal **1902** and is referred to as an FM signal.

In step **1108**, a harmonically rich signal with a continuous periodic waveform, shown in FIG. **19D** as rectangular waveform **1908**, is generated. Rectangular waveform **1908** is generated using the modulated signal **1906**. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed. A portion of rectangular waveform **1908** is shown in an expanded view as periodic waveform **1910** in FIG. **19E**. The first part of waveform **1910** is designated "signal A" and represents information signal **1902** being "high," and the second part of waveform **1910** is designated "signal B" and information signal **1902** being "low." It should be noted that this convention is used for illustrative purposes only, and alternatively, other conventions could be used.

As stated before, a continuous and periodic waveform, such as a rectangular wave **1908** as indicated in block **1110** of flowchart **1100**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (i.e., at the Fourier component frequencies). Three harmonics of periodic waveform **1910** are shown separately, in expanded views, in FIGS. **19F** and **19G**. Since waveform **1910** (and also waveform **1908**) is shown as a square wave in this exemplary embodiment, only the odd harmonics are present, i.e., the first, third, fifth, seventh, etc. As shown in FIG. **19**, if rectangular waveform **1908** has a fundamental frequency of $f_1$ (also known as the first harmonic), the third harmonic will have a frequency of $3 \cdot f_1$, the fifth harmonic will have a frequency of $5 \cdot f_1$, and so on. The first, third, and fifth harmonics of signal A are shown as waveforms **1912a, 1912b,** and **1912c** of FIG. **19F**, and the first, third, and fifth harmonics of signal B are shown as waveforms **1914a, 1914b,** and **1914c** of FIG. **19G**. In actuality, these harmonics (as well as all of the higher order harmonics) occur simultaneously, as shown by waveform **1916** of FIG. **19H**. Note that if all of the harmonic components of FIG. **19H** were shown summed together with all of the higher harmonics (i.e., the seventh, the ninth, etc.) the resulting waveform would, in the limit, be identical to waveform **1910**.

In step **1112**, the unwanted frequencies of waveform **1916** are removed. In the example of FIG. **19**, the first and third harmonics are shown to be removed, and as indicated in block **1114**, the remaining waveform **1918** (i.e., waveforms **1912c** and **1914c**) is at the desired EM frequency. Although not shown, the higher harmonics (e.g., the seventh, ninth, etc.) are also removed.

6,091,940

**19**

The EM signal, shown here as remaining waveform **1918**, is prepared for transmission in step **1116**, and in step **1118**, the EM signal is transmitted.

3.2.1.2 Structural Description.

FIG. **12** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an FM transmitter **1200**. FM transmitter **1200** includes a voltage controlled oscillator (VCO) **1204**, a switch module **1214**, a filter **1218**, and a transmission module **1222** that accepts an information signal **1202** and outputs a transmitted signal **1224**. The operation and structure of exemplary components are described below: an exemplary VCO is described below at sections 3.3.1–3.3.1.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the voltage controlled oscillator **1204**, switch module **1214**, filter **1218**, and transmission module **1222** process the information signal in the manner shown in the operational flowchart **1100**. In other words, FM transmitter **1200** is the structural embodiment for performing the operational steps of flowchart **1100**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1100**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1200** will now be described in detail with reference to the flowchart **1100**. In step **1102**, an information signal **1202** (for example, see FIG. **19**A) from a source (not shown) is routed to VCO **1204**. In step **1104**, an oscillating signal (for example, see FIG. **19**B) is generated and modulated, thereby producing a frequency modulated signal **1210** (for example, see FIG. **19**C). In step **1108**, the switch module **1214** generates a harmonically rich signal **1216** with a continuous and periodic waveform (for example, see FIG. **19**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the amplitude of each harmonic (for example, see FIGS. **19**F and **19**G). In step **1112**, a filter **1218** filters out the undesired frequencies (harmonics), and outputs an electromagnetic (EM) signal **1220** at the desired harmonic frequency (for example, see FIG. **19**I). In step **1116**, EM signal **1220** is routed to transmission module **1222** (optional), where it is prepared for transmission. In step **1118**, transmission module **1222** outputs a transmitted signal **1224**.

3.2.2 Second Embodiment: Phase Modulation (PM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose phase varies as a function of the information signal is transmitted.

3.2.2.1 Operational Description.

The flow chart of FIG. **13** demonstrates the method of operation of the transmitter in the phase modulation (PM) mode. The representative waveforms shown in FIG. **44** depict the invention operating as a transmitter in the PM mode.

In step **1302**, an information signal **4402** (FIG. **44**A) is generated by a source. Information signal **4402** may be, for example, analog, digital, or any combination thereof. The

**20**

signals shown in FIG. **44** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1304**, an oscillating signal **4404** is generated and in step **1306**, the oscillating signal **4404** (FIG. **44**B) is modulated by the information signal **4402**, resulting in the modulated signal **4406** (FIG. **44**C) as indicated in block **1308**. The phase of this modulated signal **4406** is varied as a function of the information signal **4402**.

A harmonically rich signal **4408** (FIG. **44**D) with a continuous periodic waveform is generated at step **1310** using modulated signal **4406**. Harmonically rich signal **4408** is a substantially rectangular waveform. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed. As stated before, a continuous and periodic waveform, such as the harmonically rich signal **4408** as indicated in block **1312**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). The first three harmonic waveforms are shown in FIGS. **44**E, **44**F, and **44**G. In actual fact, there are an infinite number of harmonics. In step **1314**, the unwanted frequencies are removed, and as indicated in block **1316**, the remaining frequency is at the desired EM output. As an example, the first (fundamental) harmonic **4410** and the second harmonic **4412** along with the fourth, fifth, etc., harmonics (not shown) might be filtered out, leaving the third harmonic **4414** as the desired EM signal as indicated in block **1316**.

The EM signal is prepared for transmission in step **1318**, and in step **1320**, the EM signal is transmitted.

3.2.2.2 Structural Description.

FIG. **14** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as a PM transmitter **1400**. PM transmitter **1400** includes a local oscillator **1406**, a phase modulator **1404**, a switch module **1410**, a filter **1414**, and a transmission module **1418** that accepts an information signal **1402** and outputs a transmitted signal **1420**. The operation and structure of exemplary components are described below: an exemplary phase modulator is described below at sections 3.3.4–3.3.4.2; an exemplary local oscillator is described below at sections 3.3.2–3.3.2.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1406**, phase modulator **1404**, switch module **1410**, filter **1414**, and transmission module **1418** process the information signal in the manner shown in the operational flowchart **1300**. In other words, PM transmitter **1400** is the structural embodiment for performing the operational steps of flowchart **1300**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for per-

6,091,940

21

forming the steps of flowchart **1300**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1400** will now be described in detail with reference to the flowchart **1300**. In step **1302**, an information signal **1402** (for example, see FIG. **44**A) from a source (not shown) is routed to phase modulator **1404**. In step **1304**, an oscillating signal from local oscillator **1406** (for example, see FIG. **44**B) is generated and modulated, thereby producing a modulated signal **1408** (for example, see FIG. **44**C). In step **1310**, the switch module **1410** generates a harmonically rich signal **1412** with a continuous and periodic waveform (for example, see FIG. **44**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the amplitude of each harmonic (for an example of the first three harmonics, see FIGS. **44**E, **44**F, and **44**G). In step **1314**, a filter **1414** filters out the undesired harmonic frequencies (for example, the first harmonic **4410**, the second harmonic **4412**, and the fourth, fifth, etc., harmonics , not shown), and outputs an electromagnetic (EM) signal **1416** at the desired harmonic frequency (for example, the third harmonic, see FIG. **44**G). In step **1318**, EM signal **1416** is routed to transmission module **1418** (optional), where it is prepared for transmission. In step **1320**, the transmission module **1418** outputs a transmitted signal **1420**.

3.2.3 Third Embodiment: Amplitude Modulation (AM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose amplitude varies as a function of the information signal is transmitted.

3.2.3.1 Operational Description.

The flow chart of FIG. **15** demonstrates the method of operation of the transmitter in the amplitude modulation (AM) mode. The representative waveforms shown in FIG. **45** depict the invention operating as a transmitter in the AM mode.

In step **1502**, an information signal **4502** (FIG. **45**A) is generated by a source. Information signal **4502** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **45** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1504**, a "reference signal" is created, which, as indicated in block **1506**, has an amplitude that is a function of the information signal **4502**. In one embodiment of the invention, the reference signal is created by combining the information signal **4502** with a bias signal. In another embodiment of the invention, the reference signal is comprised of only the information signal **4502**. One skilled in the relevant art(s) will recognize that any number of embodiments exist wherein the reference signal will vary as a function of the information signal.

An oscillating signal **4504** (FIG. **45**B) is generated at step **1508**, and at step **1510**, the reference signal (information signal **4502**) is gated at a frequency that is a function of the oscillating signal **4504**. The gated referenced signal is a harmonically rich signal **4506** (FIG. **45**C) with a continuous

22

periodic waveform and is generated at step **1512**. This harmonically rich signal **4506** as indicated in block **1514** is substantially a rectangular wave which has a fundamental frequency equal to the frequency at which the reference signal (information signal **4502**) is gated. In addition, the rectangular wave has pulse amplitudes that are a function of the amplitude of the reference signal (information signal **4502**). One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed.

As stated before, a harmonically rich signal **4506**, such as the rectangular wave as indicated in block **1514**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). The first three harmonic waveforms are shown in FIGS. **45**D, **45**E, and **45**F. In fact, there are an infinite number of harmonics. In step **1516**, the unwanted frequencies are removed, and as indicated in block **1518**, the remaining frequency is at the desired EM output. As an example, the first (fundamental) harmonic **4510** and the second harmonic **4512** along with the fourth, fifth, etc., harmonics (not shown) might be filtered out leaving the third harmonic **4514** as the desired EM signal as indicated in block **1518**.

The EM signal is prepared for transmission in step **1520**, and in step **1522**, the EM signal is transmitted.

3.2.3.2 Structural Description.

FIG. **16** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an AM transmitter **1600**. AM transmitter **1600** includes a local oscillator **1610**, a summing module **1606**, a switch module **1614**, a filter **1618**, and a transmission module **1622** that accepts an information signal **1602** and outputs a transmitted signal **1624**. The operation and structure of exemplary components are described below: an exemplary local oscillator is described below at sections 3.3.2–3.3.2.2; an exemplary switch module is described below at sections 3.3.7–3.3.7.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1610**, summing module **1606**, switch module **1614**, filter **1618**, and transmission module **1622** process an information signal **1602** in the manner shown in the operational flowchart **1500**. In other words, AM transmitter **1600** is the structural embodiment for performing the operational steps of flowchart **1500**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1500**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1600** will now be described in detail with reference to the flowchart **1500**. In step **1502**, information signal **1602** (for example, see FIG. **45**A) from a source (not shown) is routed to summing module **1606** (if required), thereby producing a reference signal **1608**. In step **1508**, an oscillating signal **1612** is

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 82 of 92 PageID 1298

6,091,940

23

generated by local oscillator 1610 (for example, see FIG. 45B) and in step 1510, switch module 1614 gates the reference voltage 1608 at a rate that is a function of the oscillating signal 1612. The result of the gating is a harmonically rich signal 1616 (for example, see FIG. 45C) with a continuous and periodic waveform. This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the relative amplitude of each harmonic (for an example of the first three harmonics, see FIGS. 45D, 45E, and 45F). When amplitude modulation is applied, the amplitude of the pulses in rectangular waveform 1616 vary as a function of reference signal 1608. As a result, this change in amplitude of the pulses has a proportional effect on the absolute amplitude of all of the harmonics. In other words, the AM is embedded on top of each of the harmonics. In step 1516, a filter 1618 filters out the undesired harmonic frequencies (for example, the first harmonic 4510, the second harmonic 4512, and the fourth, fifth, etc., harmonics , not shown), and outputs an electromagnetic (EM) signal 1620 at the desired harmonic frequency (for example, the third harmonic, see FIG. 45F). In step 1520, EM signal 1620 is routed to transmission module 1622 (optional), where it is prepared for transmission. In step 1522, the transmission module 1622 outputs a transmitted signal 1624.

Note that the description of the AM embodiment given herein shows the information signal being gated, thus applying the amplitude modulation to the harmonically rich signal. However, is would be apparent based on the teachings contained herein, that the information signal can be modulated onto the harmonically rich signal or onto a filtered harmonic at any point in the circuit.

3.2.4 Fourth Embodiment: In -phase/Quadrature-phase Modulation ("I/Q") Mode.

In-phase/quadrature-phase modulation ("I/Q") is a specific subset of a phase modulation (PM) embodiment. Because "I/Q" is so pervasive, it is described herein as a separate embodiment. However, it should be remembered that since it is a specific subset of PM, the characteristics of PM also apply to "I/Q."

In this embodiment, two information signals are accepted. An in-phase signal ("I") is modulated such that its phase varies as a function of one of the information signals, and a quadrature-phase signal ("Q") is modulated such that its phase varies as a function of the other information signal. The two modulated signals are combined to form an "I/Q" modulated signal and transmitted.

3.2.4.1 Operational Description.

The flow chart of FIG. 17 demonstrates the method of operation of the transmitter in the in-phase/quadrature-phase modulation ("I/Q") mode. In step 1702, a first information signal is generated by a first source. This information signal may be analog, digital, or any combination thereof. In step 1710, an in-phase oscillating signal (referred to as the "I" signal) is generated and in step 1704, it is modulated by first information signal. This results in the "I" modulated signal as indicated in block 1706 wherein the phase of the "I" modulated signal is varied as a function of the first information signal.

In step 1714, a second information signal is generated. Again, this signal may be analog, digital, or any combination thereof, and may be different than the first information

24

signal. In step 1712, the phase of "I" oscillating signal generated in step 1710 is shifted, creating a quadrature-phase oscillating signal (referred to as the "Q" signal). In step 1716, the "Q" signal is modulated by the second information signal. This results in the "Q" modulated signal as indicated in block 1718 wherein the phase of the "Q" modulated signal is varied as a function of the second information signal.

An "I" signal with a continuous periodic waveform is generated at step 1708 using the "I" modulated signal, and a "Q" signal with a continuous periodic waveform is generated at step 1720 using the "Q" modulated signal. In step 1722, the "I" periodic waveform and the "Q" periodic waveform are combined forming what is referred to as the "I/Q" periodic waveform as indicated in block 1724. As stated before, a continuous and periodic waveform, such as a "I/Q" rectangular wave as indicated in block 1724, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). In step 1726, the unwanted frequencies are removed, and as indicated in block 1728, the remaining frequency is at the desired EM output.

The "I/Q" EM signal is prepared for transmission in step 1730, and in step 1732, the "I/Q" EM signal is transmitted.

3.2.4.2 Structural Description.

FIG. 18 is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an "I/Q" transmitter 1800. "I/Q" transmitter 1800 includes a local oscillator 1806, a phase shifter 1810, two phase modulators 1804 & 1816, two switch modules 1822 & 1828, a summer 1832, a filter 1836, and a transmission module 1840. The "I/Q" transmitter accepts two information signals 1802 & 1814 and outputs a transmitted signal 1420. The operation and structure of exemplary components are described below: an exemplary phase modulator is described below at sections 3.3.4–3.3.4.2; an exemplary local oscillator is described below at sections 3.3.2– 3.3.2.2; an exemplary phase shifter is described below at sections 3.3.3–3.3.3.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary summer is described below at sections 3.3.8–3.3.8.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator 1806, phase shifter 1810, phase modulators 1804 & 1816, switch modules 1822 & 1828, summer 1832, filter 1836, and transmission module 1840 process the information signal in the manner shown in the operational flowchart 1700. In other words, "I/Q" transmitter 1800 is the structural embodiment for performing the operational steps of flowchart 1700. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart 1700. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter 1800 will now be described in detail with reference to the flowchart 1700 In step 1702, a first information signal 1802 from a source (not shown) is routed to the first phase modulator 1804. In step 1710, an "I" oscillating signal 1808 from local oscillator 1806 is generated and in step 1704, "I" oscillating signal 1808 is modulated by first information signal 1802 in the first phase modulator 1804, thereby producing an "I" modulated signal 1820. In step 1708, the first switch module 1822 generates a harmonically rich "I" signal 1824 with a continuous and periodic waveform.

6,091,940

25

In step **1714**, a second information signal **1814** from a source (not shown) is routed to the second phase modulator **1816**. In step **1712**, the phase of oscillating signal **1808** is shifted by phase shifter **1810** to create "Q" oscillating signal **1812**. In step **1716**, "Q" oscillating signal **1812** is modulated by second information signal **1814** in the second phase modulator **1816**, thereby producing "Q" modulated signal **1826**. In step **1720**, the second switch module **1828** generates a harmonically rich "Q" signal **1830** with a continuous and periodic waveform. Harmonically rich "I" signal **1824** and harmonically rich "Q" signal **1830** are preferably rectangular waves, such as square waves or pulses (although, the invention is not limited to this embodiment), and are comprised of pluralities of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveforms. These sinusoidal waves are referred to as the harmonics of the underlying waveforms, and a Fourier analysis will determine the amplitude of each harmonic.

In step **1722**, harmonically rich "I" signal **1824** and harmonically rich "Q" signal **1830** are combined by summer **1832** to create harmonically rich "I/Q" signal **1834**. In step **1726**, a filter **1836** filters out the undesired harmonic frequencies, and outputs an "I/Q" electromagnetic (EM) signal **1838** at the desired harmonic frequency. In step **1730**, "I/Q" EM signal **1838** is routed to transmission module **1840** (optional), where it is prepared for transmission. In step **1732**, the transmission module **1840** outputs a transmitted signal **1842**.

It will be apparent to those skilled in the relevant art(s) that an alternate embodiment exists wherein the harmonically rich "I" signal **1824** and the harmonically rich "Q" signal **1830** may be filtered before they are summed, and further, another alternate embodiment exists wherein "I" modulated signal **1820** and "Q" modulated signal **1826** may be summed to create an "I/Q" modulated signal before being routed to a switch module.

3.2.5 Other Embodiments.

Other embodiments of the up-converter of the present invention being used as a transmitter (or in other applications) may use subsets and combinations of modulation techniques. These would be apparent to one skilled in the relevant art(s) based on the teachings disclosed herein, and include, but are not limited to, quadrature amplitude modulation (QAM), and embedding two forms of modulation onto a signal for up-conversion.

An exemplary circuit diagram illustrating the combination of two modulations is found in FIG. **62**. This example uses AM combined with PM. The waveforms shown in FIG. **63** illustrate the phase modulation of a digital information signal "A" **6202** combined with the amplitude modulation of an analog information signal "B" **6204**. An oscillating signal **6216** (FIG. **63B**) and information signal "A" **6202** (FIG. **63A**) are received by phase modulator **1404**, thereby creating a phase modulated signal **6208** (FIG. **63C**). Note that for illustrative purposes, and not limiting, the information signal is shown as a digital signal, and the phase modulation is shown as shifting the phase of the oscillating signal by 180°. Those skilled in the relevant art(s) will appreciate that the information signal could be analog (although typically it is digital), and that phase modulations other than 180° may also be used. FIG. **62** shows a pulse shaper **6216** receiving phase modulated signal **6208** and outputting a pulse-shaped PM signal **6210**. The pulse shaper is optional, depending on the selection and design of the phase modulator **1404**. Information signal "B" **6304** and bias signal **1604** (if required) are combined by summing module **1606** (optional) to create reference signal **6206** (FIG. **63E**). Pulse-shaped PM

26

signal **6210** is routed to switch module **1410, 1614** where it gates the reference signal **6206** thereby producing a harmonically rich signal **6212** (FIG. **63F**). It can be seen that the amplitude of harmonically rich signal **6212** varies as a function of reference signal **6206**, and the period and pulse width of harmonically rich signal **6212** are substantially the same as pulse-shaped PM signal **6210**. FIG. **63** only illustrates the fundamental and second harmonics of harmonically rich signal **6212**. In fact, there may be an infinite number of harmonics, but for illustrative purposes (and not limiting) the first two harmonics are sufficient to illustrate that both the phase modulation and the amplitude modulation that are present on the harmonically rich signal **6212** are also present on each of the harmonics. Filter **1414, 1618** will remove the unwanted harmonics, and a desired harmonic **6214** is routed to transmission module **1418, 1622** (optional) where it is prepared for transmission. Transmission module **1418, 1622** then outputs a transmitted signal **1420, 1624**. Those skilled in the relevant art(s) will appreciate that these examples are provided for illustrative purposes only and are not limiting.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments include, but are not limited to, combinations of modulation techniques in an "I/Q" mode. Such alternate embodiments fall within the scope and spirit of the present invention.

3.3 Methods and Systems for Implementing the Embodiments.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

3.3.1 The Voltage Controlled Oscillator (FM Mode).

As discussed above, the frequency modulation (FM) mode embodiment of the invention uses a voltage controlled oscillator (VCO). See, as an example, VCO **1204** in FIG. **12**. The invention supports numerous embodiments of the VCO. Exemplary embodiments of the VCO **2304** (FIG. **23**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.1.1 Operational Description.

The information signal **2302** is accepted and an oscillating signal **2306** whose frequency varies as a function of the information signal **2302** is created. Oscillating signal **2306** is also referred to as frequency modulated intermediate signal **2306**. The information signal **2302** may be analog or digital or a combination thereof, and may be conditioned to ensure it is within the desired range.

In the case where the information signal **2302** is digital, the oscillating signal **2306** may vary between discrete frequencies. For example, in a binary system, a first frequency corresponds to a digital "high," and a second frequency corresponds to a digital "low." Either frequency may correspond to the "high" or the "low," depending on the conven-

6,091,940

27

tion being used. This operation is referred to as frequency shift keying (FSK) which is a subset of FM. If the information signal 2302 is analog, the frequency of the oscillating signal 2306 will vary as a function of that analog signal, and is not limited to the subset of FSK described above.

The oscillating signal 2306 is a frequency modulated signal which can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

3.3.1.2 Structural Description.

The design and use of a voltage controlled oscillator 2304 is well known to those skilled in the relevant art(s). The VCO 2304 may be designed and fabricated from discrete components, or it may be purchased "off the shelf." VCO 2304 accepts an information signal 2302 from a source. The information signal 2302 is at baseband and generally is an electrical signal within a prescribed voltage range. If the information is digital, the voltage will be at discrete levels. If the information is analog, the voltage will be continuously variable between an upper and a lower level. The VCO 2304 uses the voltage of the information signal 2302 to cause a modulated oscillating signal 2306 to be output. The information signal 2302, because it is a baseband signal and is used to modulate the oscillating signal, may be referred to as the modulating baseband signal 2302.

The frequency of the oscillating signal 2306 varies as a function of the voltage of the modulating baseband signal 2302. If the modulating baseband signal 2302 represents digital information, the frequency of the oscillating signal 2306 will be at discrete levels. If, on the other hand, the modulating baseband signal 2302 represents analog information, the frequency of the oscillating signal 2306 will be continuously variable between its higher and lower frequency limits. The oscillating signal 2306 can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The frequency modulated oscillating signal 2306 may then be used to drive a switch module 2802.

3.3.2 The Local Oscillator (PM, AM, and "IIQ" Modes).

As discussed above, the phase modulation (PM) and amplitude modulation (AM) mode embodiments of the invention use a local oscillator. So too does the in-phase/quadrature-phase modulation ("I/Q") mode embodiment. See, as an example, local oscillator 1406 in FIG. 14, local oscillator 1610 in FIG. 16, and local oscillator 1806 in FIG. 18. The invention supports numerous embodiments of the local oscillator. Exemplary embodiments of the local oscillator 2402 (FIG. 24) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.2.1 Operational Description.

An oscillating signal 2404 is generated. The frequency of the signal 2404 may be selectable, but generally is not

28

considered to be "variable." That is, the frequency may be selected to be a specific value for a specific implementation, but generally it does not vary as a function of the information signal 2302 (i.e., the modulating baseband signal).

The oscillating signal 2404 generally is a sinusoidal wave, but it may also be a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

3.3.2.2 Structural Description.

The design and use of a local oscillator 2402 is well known to those skilled in the relevant art(s). A local oscillator 2402 may be designed and fabricated from discrete components or it may be purchased "off the shelf." A local oscillator 2402 is generally set to output a specific frequency. The output can be "fixed" or it can be "selectable," based on the design of the circuit. If it is fixed, the output is considered to be substantially a fixed frequency that cannot be changed. If the output frequency is selectable, the design of the circuit will allow a control signal to be applied to the local oscillator 2402 to change the frequency for different applications. However, the output frequency of a local oscillator 2402 is not considered to be "variable" as a function of an information signal 2302 such as the modulating baseband signal 2302. (If it were desired for the output frequency of an oscillator to be variable as a function of an information signal, a VCO would preferably be used.) The oscillating signal 2404 generally is a sinusoidal wave, but it may also be a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The output of a local oscillator 2402 may be an input to other circuit components such as a phase modulator 2606, a phase shifting circuit 2504, switch module 3102, etc.

3.3.3 The Phase Shifter ( "IIQ" Mode).

As discussed above, the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a phase shifter. See, as an example, phase shifter 1810 in FIG. 18. The invention supports numerous embodiments of the phase shifter. Exemplary embodiments of the phase shifter 2504 (FIG. 25) are described below. The invention is not limited to these embodiments. The description contained herein is for a "90° phase shifter." The 90° phase shifter is used for ease of explanation, and one skilled in the relevant art(s) will understand that other phase shifts can be used without departing from the intent of the present invention.

3.3.3.1 Operational Description.

An "in-phase" oscillating signal 2502 is received and a "quadrature-phase" oscillating signal 2506 is output. If the in-phase ("I") signal 2502 is referred to as being a sine wave, then the quadrature-phase ("Q") signal 2506 can be referred to as being a cosine wave (i.e., the "Q" signal 2506 is 90° out of phase with the "I" signal 2502). However, they may also be rectangular waves, triangular waves, pulses, or any other continuous and periodic waveforms. As stated above, one skilled in the relevant art(s) will recognize the physical

6,091,940

**29**

limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed. Regardless of the shapes of the waveforms, the "Q" signal **2506** is out of phase with the "I" signal **2506** by one-quarter period of the waveform. The frequency of the "I" and "Q" signals **2502** and **2506** are substantially equal.

The discussion contained herein will be confined to the more prevalent embodiment wherein there are two intermediate signals separated by 90°. This is not limiting on the invention. It will be apparent to those skilled in the relevant art(s) that the techniques tough herein and applied to the "I/Q" embodiment of the present invention also apply to more exotic embodiments wherein the intermediate signals are shifted by some amount other than 90°, and also wherein there may be more than two intermediate frequencies.

3.3.3.2 Structural Description.

The design and use of a phase shifter **2504** is well known to those skilled in the relevant art(s). A phase shifter **2504** may be designed and fabricated from discrete components or it may be purchased "off the shelf." A phase shifter accepts an "in-phase" ("I") oscillating signal **2502** from any of a number of sources, such as a VCO **2304** or a local oscillator **2402**, and outputs a "quadrature-phase" ("Q") oscillating signal **2506** that is substantially the same frequency and substantially the same shape as the incoming "I" signal **2502**, but with the phase shifted by 90°. Both the "I" and "Q" signals **2502** and **2506** are generally sinusoidal waves, but they may also be rectangular waves, triangular waves, pulses, or any other continuous and periodic waveforms. Regardless of the shapes of the waveforms, the "Q" signal **2506** is out of phase with the "I" signal **2502** by one-quarter period of the waveform. Both the "I" and "Q" signals **2502** and **2506** may be modulated.

The output of a phase shifter **2504** may be used as an input to a phase modulator **2606**.

3.3.4 The Phase Modulator (PM and "IIQ " Modes).

As discussed above, the phase modulation (PM) mode embodiment including the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a phase modulator. See, as an example, phase modulator **1404** of FIG. **14** and phase modulators **1804** and **1816** of FIG. **18**. The invention supports numerous embodiments of the phase modulator. Exemplary embodiments of the phase modulator **2606** (FIG. **26**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.4.1 Operational Description.

An information signal **2602** and an oscillating signal **2604** are accepted, and a phase modulated oscillating signal **2608** whose phase varies as a function of the information signal **2602** is output. The information signal **2602** may be analog or digital and may be conditioned to ensure it is within the desired range. The oscillating signal **2604** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the

**30**

physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed. The modulated oscillating signal **2608** is also referred to as the modulated intermediate signal **2608**.

In the case where the information signal **2602** is digital, the modulated intermediate signal **2608** will shift phase between discrete values, the first phase (e.g., for a signal represented by $\sin(\omega t + \theta_o)$) corresponding to a digital "high," and the second phase (e.g., for a signal represented by $\sin(\omega t + \theta_o + \delta)$, where $\delta$ represents the amount the phase has been shifted) corresponding to a digital "low." Either phase may correspond to the "high" or the "low," depending on the convention being used. This operation is referred to as phase shift keying (PSK) which is a subset of PM.

If the information signal **2602** is analog, the phase of the modulated intermediate signal **2608** will vary as a function of the information signal **2602** and is not limited to the subset of PSK described above.

The modulated intermediate signal **2608** is a phase modulated signal which can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform, and which has substantially the same period as the oscillating signal **2604**.

3.3.4.2 Structural Description.

The design and use of a phase modulator **2606** is well known to those skilled in the relevant art(s). A phase modulator **2606** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A phase modulator **2606** accepts an information signal **2602** from a source and an oscillating signal **2604** from a local oscillator **2402** or a phase shifter **2504**. The information signal **2602** is at baseband and is generally an electrical signal within a prescribed voltage range. If the information is digital, the voltage will be at discrete levels. If the information is analog, the voltage will be continuously variable between an upper and a lower level as a function of the information signal **2602**. The phase modulator **2606** uses the voltage of the information signal **2602** to modulate the oscillating signal **2604** and causes a modulated intermediate signal **2608** to be output. The information signal **2602**, because it is a baseband signal and is used to modulate the oscillating signal, may be referred to as the modulating baseband signal **2604**.

The modulated intermediate signal **2608** is an oscillating signal whose phase varies as a function of the voltage of the modulating baseband signal **2602**. If the modulating baseband signal **2602** represents digital information, the phase of the modulated intermediate signal **2608** will shift by a discrete amount (e.g., the modulated intermediate signal **2608** will shift by an amount $\delta$ between $\sin(\omega t + \theta_o)$ and $\sin(\omega t + \theta_o + \delta)$). If, on the other hand, the modulating baseband signal **2602** represents analog information, the phase of the modulated intermediate signal **2608** will continuously shift between its higher and lower phase limits as a function of the information signal **2602**. In one exemplary embodiment, the upper and lower limits of the modulated intermediate signal **2608** can be represented as $\sin(\omega t + \theta_o)$ and $\sin(\omega t + \theta_o + \pi)$. In

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 86 of 92 PageID 1302

6,091,940

### 31

other embodiments, the range of the phase shift may be less than π. The modulated intermediate signal **2608** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The phase modulated intermediate signal **2608** may then be used to drive a switch module **2802**.

3.3.5 The Summing Module (AM Mode).

As discussed above, the amplitude modulation (AM) mode embodiment of the invention uses a summing module. See, as an example, summing module **1606** in FIG. **16**. The invention supports numerous embodiments of the summing module. Exemplary embodiments of the summing module **2706** (FIG. **27**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. It may also be used in the "I/Q" mode embodiment when the modulation is AM. The summing module **2706** need not be used in all AM embodiments.

3.3.5.1 Operational Description.

An information signal **2702** and a bias signal **2702** are accepted, and a reference signal is output. The information signal **2702** may be analog or digital and may be conditioned to ensure it is within the proper range so as not to damage any of the circuit components. The bias signal **2704** is usually a direct current (DC) signal.

In the case where the information signal **2702** is digital, the reference signal **2706** shifts between discrete values, the first value corresponding to a digital "high," and the second value corresponding to a digital "low." Either value may correspond to the "high" or the "low," depending on the convention being used. This operation is referred to as amplitude shift keying (ASK) which is a subset of AM.

If the information signal **2702** is analog, the value of the reference signal **2708** will vary linearly between upper and lower extremes which correspond to the upper and lower limits of the information signal **2702**. Again, either extreme of the reference signal **2708** range may correspond to the upper or lower limit of the information signal **2702** depending on the convention being used.

The reference signal **2708** is a digital or analog signal and is substantially proportional to the information signal **2702**.

3.3.5.2 Structural Description.

The design and use of a summing module **2706** is well known to those skilled in the relevant art(s). A summing module **2706** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A summing module **2706** accepts an information signal **2702** from a source. The information signal **2702** is at baseband and generally is an electrical signal within a prescribed voltage range. If the information is digital, the information signal **2702** is at either of two discrete levels. If the information is analog, the information signal **2702** is continuously variable between an upper and a lower level. The summing module **2706** uses the voltage of the information signal **2702** and combines it with a bias signal **2704**. The output of the summing module **2706** is called the reference signal **2708**. The purpose of the summing module **2706** is to cause the reference signal **2708** to be within a desired signal range. One skilled in the relevant art(s) will recognize that the information signal **2702** may be used directly, without being summed with a bias signal **2704**, if it is already within the desired range. The information signal **2702** is a baseband signal, but typically, in an AM embodiment, it is not used to directly modulate an oscillating signal. The amplitude of the reference signal **2708** is at discrete levels if the information signal **2702** represents digital information. On the other hand, the amplitude of the reference signal **2708** is continu-

### 32

ously variable between its higher and lower limits if the information signal **2702** represents analog information. The amplitude of the reference signal **2708** is substantially proportional to the information signal **2702**, however, a positive reference signal **2708** need not represent a positive information signal **2702**.

The reference signal **2708** is routed to the first input **3108** of a switch module **3102**. In one exemplary embodiment, a resistor **2824** is connected between the output of the summing module **2706** (or the source of the information signal **2702** in the embodiment wherein the summing amplifier **2706** is not used) and the switch **3116** of the switch module **3102**.

3.3.6 The Switch Module (FM, PM, and "I/Q" Modes).

As discussed above, the frequency modulation (FM), phase modulation (PM), and the in-phase/quadrature-phase modulation ("I/Q") mode embodiments of the invention use a switching assembly referred to as switch module **2802** (FIGS. **28A–28C**). As an example, switch module **2802** is a component in switch module **1214** in FIG. **12**, switch module **1410** in FIG. **14**, and switch modules **1822** and **1828** in FIG. **18**. The invention supports numerous embodiments of the switch module. Exemplary embodiments of the switch module **2802** are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. The switch module **2802** and its operation in the FM, PM, and "I/Q" mode embodiments is substantially the same as its operation in the AM mode embodiment, described in sections 3.3.7–3.3.7.2 below.

3.3.6.1 Operational Description.

A bias signal **2806** is gated as a result of the application of a modulated oscillating signal **2804**, and a signal with a harmonically rich waveform **2814** is created. The bias signal **2806** is generally a fixed voltage. The modulated oscillating signal **2804** can be frequency modulated, phase modulated, or any other modulation scheme or combination thereof. In certain embodiments, such as in certain amplitude shift keying modes, the modulated oscillating signal **2804** may also be amplitude modulated. The modulated oscillating signal **2804** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, modulated oscillating signal **2804** would be a rectangular wave. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

The signal with harmonically rich waveform **2814**, hereafter referred to as the harmonically rich signal **2814**, is a continuous and periodic waveform that is modulated substantially the same as the modulated oscillating signal **2804**. That is, if the modulated oscillating signal **2804** is frequency modulated, the harmonically rich signal **2814** will also be frequency modulated, and if the modulated oscillating signal **2804** is phase modulated, the harmonically rich signal **2814** will also be phase modulated. (In one embodiment, the

6,091,940

**33**

harmonically rich signal **2814** is a substantially rectangular waveform.) As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich signal **2814** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself.

3.3.6.2 Structural Description.

The switch module **2802** of an embodiment of the present invention is comprised of a first input **2808**, a second input **2810**, a control input **2820**, an output **2822**, and a switch **2816**. A bias signal **2806** is applied to the first input **2808** of the switch module **2802**. Generally, the bias signal **2806** is a fixed voltage, and in one embodiment of the invention, a resistor **2824** is located between the bias signal **2806** and the switch **2816**. The second input **2810** of the switch module **2802** is generally at electrical ground **2812**. However, one skilled in the relevant art(s) will recognize that alternative embodiments exist wherein the second input **2810** may not be at electrical ground **2812**, but rather a second signal **2818**, provided that the second signal **2818** is different than the bias signal **2806**.

A modulated oscillating signal **2804** is connected to the control input **2820** of the switch module **2802**. The modulated oscillating signal **2804** may be frequency modulated or phase modulated. (In some circumstances and embodiments, it may be amplitude modulated, such as in on/off keying, but this is not the general case, and will not be described herein.) The modulated oscillating signal **2804** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. The modulated oscillating signal **2804** causes the switch **2816** to close and open.

The harmonically rich signal **2814** described in section 3.3.6.1 above, is found at the output **2822** of the switch module **2802**. The harmonically rich signal **2814** is a continuous and periodic waveform that is modulated substantially the same as the modulated oscillating signal **2804**. That is, if the modulated oscillating signal **2804** is frequency modulated, the harmonically rich signal **2814** will also be frequency modulated, and if the modulated oscillating signal **2804** is phase modulated, the harmonically rich signal **2814** will also be phase modulated. In one embodiment, the harmonically rich signal **2814** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich signal **2814** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. Each of these sinusoidal signals is also modulated substantially the same as the continuous and periodic waveform (i.e., the modulated oscillating signal **2804**) from which it is derived.

The switch module **2802** operates as follows. When the switch **2816** is "open," the output **2822** of switch module **2802** is at substantially the same voltage level as bias signal **2806**. Thus, since the harmonically rich signal **2814** is connected directly to the output **2822** of switch module **2802**, the amplitude of harmonically rich signal **2814** is equal to the amplitude of the bias signal **2806**. When the modulated oscillating signal **2804** causes the switch **2816** to become "closed," the output **2822** of switch module **2802**

**34**

becomes connected electrically to the second input **2810** of switch module **2802** (e.g., ground **2812** in one embodiment of the invention), and the amplitude of the harmonically rich signal **2814** becomes equal to the potential present at the second input **2810** (e.g., zero volts for the embodiment wherein the second input **2810** is connected to electrical ground **2812**). When the modulated oscillating signal **2804** causes the switch **2816** to again become "open," the amplitude of the harmonically rich signal **2814** again becomes equal to the bias signal **2806**. Thus, the amplitude of the harmonically rich signal **2814** is at either of two signal levels, i.e., bias signal **2806** or ground **2812**, and has a frequency that is substantially equal to the frequency of the modulated oscillating signal **2804** that causes the switch **2816** to open and close. The harmonically rich signal **2814** is modulated substantially the same as the modulated oscillating signal **2804**. One skilled in the relevant art(s) will recognize that any one of a number of switch designs will fulfill the scope and spirit of the present invention as described herein.

In an embodiment of the invention, the switch **2816** is a semiconductor device, such as a diode ring. In another embodiment, the switch is a transistor, such as a field effect transistor (FET). In an embodiment wherein the FET is gallium arsenide (GaAs), switch module **2802** can be designed as seen in FIGS. 29A–29C, where the modulated oscillating signal **2804** is connected to the gate **2902** of the GaAsFET **2901**, the bias signal **2806** is connected through a bias resistor **2824** to the source **2904** of the GaAsFET **2901**, and electrical ground **2812** is connected to the drain **2906** of GaAsFET **2901**. (In an alternate embodiment shown in FIG. 29C, a second signal **2818** may be connected to the drain **2906** of GaAsFET **2901**.) Since the drain and the source of GaAsFETs are interchangeable, the bias signal **2806** can be applied to either the source **2904** or to the drain **2906**. If there is concern that there might be some source-drain asymmetry in the GaAsFET, the switch module can be designed as shown in FIGS. 30A–30C, wherein two GaAs-FETs **3002** and **3004** are connected together, with the source **3010** of the first **3002** connected to the drain **3012** of the second **3004**, and the drain **3006** of the first **3002** being connected to the source **3008** of the second **3004**. This design arrangement will balance substantially all asymmetries. Other switch designs and implementations will be apparent to persons skilled in the relevant art(s).

The output **2822** of the switch module **2802**, i.e., the harmonically rich signal **2814**, can be routed to a filter **3504** in the FM and PM modes or to a Summer **3402** in the "I/Q" mode.

3.3.7 The Switch Module (AM Mode).

As discussed above, the amplitude modulation (AM) mode embodiment of the invention uses a switching assembly referred to as switch module **3102** (FIGS. 31A–31C). As an example, switch module **3102** is a component in switch module **1614** of FIG. **16**. The invention supports numerous embodiments of the switch module. Exemplary embodiments of the switch module **3102** are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. The switch module **3102** and its operation in the AM mode embodiment is substantially the same as its operation in the FM, PM, and "I/Q" mode embodiments described in sections 3.3.6–3.3.6.2 above.

3.3.7.1 Operational Description.

A reference signal **3106** is gated as a result of the application of an oscillating signal **3104**, and a signal with a harmonically rich waveform **3114** is created. The reference

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 88 of 92 PageID 1304

6,091,940

**35**

signal **3106** is a function of the information signal **2702** and may, for example, be either the summation of the information signal **2702** with a bias signal **2704** or it may be the information signal **2702** by itself. In the AM mode, the oscillating signal **3104** is generally not modulated, but can be.

The oscillating signal **3104** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

The signal with a harmonically rich waveform **3114**, hereafter referred to as the harmonically rich signal **3114**, is a continuous and periodic waveform whose amplitude is a function of the reference signal. That is, it is an AM signal. In one embodiment, the harmonically rich signal **3114** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, will have sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich signal **3114** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself.

Those skilled in the relevant art(s) will recognize that alternative embodiments exist wherein combinations of modulations (e.g., PM and ASK, FM and AM, etc.) may be employed simultaneously. In these alternate embodiments, the oscillating signal **3104** may be modulated. These alternate embodiments will be apparent to persons skilled in the relevant art(s), and thus will not be described herein.

3.3.7.2 Structural Description.

The switch module **3102** of the present invention is comprised of a first input **3108**, a second input **3110**, a control input **3120**, an output **3122**, and a switch **3116**. A reference signal **3106** is applied to the first input **3108** of the switch module **3102**. Generally, the reference signal **3106** is a function of the information signal **2702**, and may either be the summation of the information signal **2702** with a bias signal or it may be the information signal **2702** by itself. In one embodiment of the invention, a resistor **3124** is located between the reference signal **3106** and the switch **3116**. The second input **3110** of the switch module **3102** is generally at electrical ground **3112**, however, one skilled in the relevant art(s) will recognize that alternative embodiments exist wherein the second input **3110** may not be at electrical ground **3112**, but rather connected to a second signal **3118**. In an alternate embodiment, the inverted value of the reference signal **3106** is connected to the second input **3110** of the switch module **3102**.

An oscillating signal **3104** is connected to the control input **3120** of the switch module **3102**. Generally, in the AM mode, the oscillating signal **3104** is not modulated, but a person skilled in the relevant art(s) will recognize that there

**36**

are embodiments wherein the oscillating signal **3104** may be frequency modulated or phase modulated, but these will not be described herein. The oscillating signal **3104** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. The oscillating signal **3104** causes the switch **3116** to close and open.

The harmonically rich signal **3114** described in section 3.3.7.1 above is found at the output **3122** of the switch module **3102**. The harmonically rich signal **3114** is a continuous and periodic waveform whose amplitude is a function of the amplitude of the reference signal. In one embodiment, the harmonically rich signal **3114** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich signal **3114** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. As previously described, the relative amplitude of the harmonics of a continuous periodic waveform is generally a function of the ratio of the pulse width of the rectangular wave and the period of the fundamental frequency, and can be determined by doing a Fourier analysis of the periodic waveform. When the amplitude of the periodic waveform varies, as in the AM mode of the invention, the change in amplitude of the periodic waveform has a proportional effect on the absolute amplitude of the harmonics. In other words, the AM is embedded on top of each of the harmonics.

The description of the switch module **3102** is substantially as follows: When the switch **3116** is "open," the amplitude of the harmonically rich signal **3114** is substantially equal to the reference signal **3106**. When the oscillating signal **3104** causes the switch **3116** to become "closed," the output **3122** of the switch module **3102** becomes connected electrically to the second input **3110** of the switch module **3102** (e.g., ground **3112** in one embodiment), and the amplitude of the harmonically rich signal **3114** becomes equal to the value of the second input **3110** (e.g., zero volts for the embodiment wherein the second input **3110** is connected to electrical ground **3112**). When the oscillating signal **3104** causes the switch **3116** to again become "open," the amplitude of the harmonically rich signal **3114** again becomes substantially equal to the reference signal **3106**. Thus, the amplitude of the harmonically rich signal **3114** is at either of two signal levels, i.e., reference signal **3106** or ground **3112**, and has a frequency that is substantially equal to the frequency of the oscillating signal **3104** that causes the switch **3116** to open and close. In an alternate embodiment wherein the second input **3110** is connected to the second signal **3118**, the harmonically rich signal **3114** varies between the reference signal **3106** and the second signal **3118**. One skilled in the relevant art(s) will recognize that any one of a number of switch module designs will fulfill the scope and spirit of the present invention.

In an embodiment of the invention, the switch **3116** is a semiconductor device, such as a diode ring. In another embodiment, the switch is a transistor, such as, but not limited to, a field effect transistor (FET). In an embodiment wherein the FET is gallium arsenide (GaAs), the module can be designed as seen in FIGS. 32A–32C, where the oscillating signal **3104** is connected to the gate **3202** of the GaAsFET **3201**, the reference signal **3106** is connected to the source **3204**, and electrical ground **3112** is connected to

6,091,940

37

the drain 3206 (in the embodiment where ground 3112 is selected as the value of the second input 3110 of the switch module 3102). Since the drain and the source of GaAsFETs are interchangeable, the reference signal 3106 can be applied to either the source 3204 or to the drain 3206. If there is concern that there might be some source-drain asymmetry in the GaAsFET 3201, the switch 3116 can be designed as shown in FIGS. 33A–33C, wherein two GaAsFETs 3302 and 3304 are connected together, with the source 3310 of the first 3302 connected to the drain 3312 of the second 3304, and the drain 3306 of the first 3302 being connected to the source 3308 of the second 3304. This design arrangement will substantially balance all asymmetries. Other switch designs and implementations will be apparent to persons skilled in the relevant art(s).

The output 3122 of the switch module 3102, i.e., the harmonically rich signal 3114, can be routed to a filter 3504 in the AM mode.

3.3.8 The Summer ("IIQ" Mode).

As discussed above, the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a summer. See, as an example, summer 1832 in FIG. 18. The invention supports numerous embodiments of the summer. Exemplary embodiments of the summer 3402 (FIG. 34) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.8.1 Operational Description.

An "I" modulated signal 3404 and a "Q" modulated signal 3406 are combined and an "I/Q" modulated signal 3408 is generated. Generally, both "I" and "Q" modulated signals 3404 and 3406 are harmonically rich waveforms, which are referred to as the harmonically rich "I" signal 3404 and the harmonically rich "Q" signal 3406. Similarly, "I/Q" modulated signal 3408 is harmonically rich and is referred to as the harmonically rich "I/Q" signal. In one embodiment, these harmonically rich signals have substantially rectangular waveforms. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed.

In a typical embodiment, the harmonically rich "I" signal 3404 and the harmonically rich "Q" signal 3406 are phase modulated, as is the harmonically rich "I/Q" signal 3408. A person skilled in the relevant art(s) will recognize that other modulation techniques, such as amplitude modulating the "I/Q" signal, may also be used in the "I/Q" mode without deviating from the scope and spirit of the invention.

As stated before, a continuous and periodic waveform, such as harmonically rich "I/Q" signal 3408, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich "I/Q" signal 3408 is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. These sinusoidal signals are also modulated substantially the same as the continuous and periodic waveform from which they are derived. That is, in this embodiment, the sinusoidal signals are phase modulated, and include the information from both the "I" modulated signal and the "Q" modulated signal.

3.3.8.2 Structural Description.

The design and use of a summer 3402 is well known to those skilled in the relevant art(s). A summer 3402 may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A summer 3402 accepts a

38

harmonically rich "I" signal 3404 and a harmonically rich "Q" signal 3406, and combines them to create a harmonically rich "I/Q" signal 3408. In a preferred embodiment of the invention, the harmonically rich "I" signal 3404 and the harmonically rich "Q" signal 3406 are both phase modulated. When the harmonically rich "I" signal 3404 and the harmonically rich "Q" signal 3406 are both phase modulated, the harmonically rich "I/Q" signal 3408 is also phase modulated.

As stated before, a continuous and periodic waveform, such as the harmonically rich "I/Q" signal 3408, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich "I/Q" signal 3408 is composed of "I/Q" sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. These "I/Q" sinusoidal signals are also phase modulated substantially the same as the continuous and periodic waveform from which they are derived (i.e., the harmonically rich "I/Q" signal 3408).

The output of the summer 3402 is then routed to a filter 3504.

3.3.9 The Filter (FM, PM, AM, and "I/Q" Modes).

As discussed above, all modulation mode embodiments of the invention use a filter. See, as an example, filter 1218 in FIG. 12, filter 1414 in FIG. 14, filter 1618 in FIG. 16, and filter 1836 in FIG. 18. The invention supports numerous embodiments of the filter. Exemplary embodiments of the filter 3504 (FIG. 35) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.9.1 Operational Description.

A modulated signal with a harmonically rich waveform 3502 is accepted. It is referred to as the harmonically rich signal 3502. As stated above, a continuous and periodic waveform, such as the harmonically rich signal 3502, is comprised of sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform from which they are derived. These are called the Fourier component frequencies. In one embodiment of the invention, the undesired harmonic frequencies are removed, and the desired frequency 3506 is output. In an alternate embodiment, a plurality of harmonic frequencies are output.

The harmonic components of the harmonically rich signal 3502 are modulated in the same manner as the harmonically rich signal 3502 itself. That is, if the harmonically rich signal 3502 is frequency modulated, all of the harmonic components of that signal are also frequency modulated. The same is true for phase modulation, amplitude modulation, and "I/Q" modulation.

3.3.9.2 Structural Description.

The design and use of a filter 3504 is well known to those skilled in the relevant art(s). A filter 3504 may be designed and fabricated from discrete components or it may be purchased "off the shelf." The filter 3504 accepts the harmonically rich signal 3502 from the switch module 2802 or 3102 in the FM, PM, and AM modes, and from the summer 3402 in the "I/Q" mode. The harmonically rich signal 3502 is a continuous and periodic waveform. As such, it is comprised of sinusoidal components (harmonics) that are at frequencies that are integer multiples of the fundamental frequency of the underlying harmonically rich signal 3502. The filter 3504 removes those sinusoidal signals having undesired frequencies. The signal 3506 that remains is at the desired frequency, and is called the desired output signal 3506.

6,091,940

**39**

To achieve this result, according to an embodiment of the invention, a filter **3504** is required to filter out the unwanted harmonics of the harmonically rich signal **3502**.

The term "Q" is used to represent the ratio of the center frequency of the desired output signal **3506** to the half power band width. Looking at FIG. **36** we see a desired frequency **3602** of 900 MHz. The filter **3504** is used to ensure that only the energy at that frequency **3602** is transmitted. Thus, the bandwidth **3604** at half power (the so-called "3 dB down" point) should be as narrow as possible. The ratio of frequency **3602** to bandwidth **3604** is defined as "Q." As shown on FIG. **36**, if the "3 dB down" point is at plus or minus 15 MHz, the value of Q will be 900±(15+15) or 30. With the proper selection of elements for any particular frequency, Qs on the order of 20 or 30 are achievable.

For crisp broadcast frequencies, it is desired that Q be as high as possible and practical, based on the given application and environment. The purpose of the filter **3504** is to filter out the unwanted harmonics of the harmonically rich signal. The circuits are tuned to eliminate all other harmonics except for the desired frequency **3506** (e.g., the 900 MHz harmonic **3602**). Turning now to FIGS. **37**A and **37**B, we see examples of filter circuits. One skilled in the relevant art(s) will recognize that a number of filter designs will accomplish the desired goal of passing the desired frequency while filtering the undesired frequencies.

FIG. **37**A illustrates a circuit having a capacitor in parallel with an inductor and shunted to ground. In FIG. **37**B, a capacitor is in series with an inductor, and a parallel circuit similar to that in FIG. **37**A is connected between the capacitor and inductor and shunted to ground.

The modulated signal at the desired frequency **3506** may then be routed to the transmission module **3804**.

3.3.10 The Transmission Module (FM, PM, AM, and "I/Q" Modes).

As discussed above, the modulation mode embodiments of the invention preferably use a transmission module. See, as an example, transmission module **1222** in FIG. **12**, transmission module **1418** in FIG. **14**, transmission module **1622** in FIG. **16**, and transmission module **1840** in FIG. **18**. The transmission module is optional, and other embodiments may not include a transmission module. The invention supports numerous embodiments of the transmission module. Exemplary embodiments of the transmission module **3804** (FIG. **38**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.10.1 Operational Description.

A modulated signal at the desired frequency **3802** is accepted and is transmitted over the desired medium, such as, but not limited to, over-the-air broadcast or point-to-point cable.

3.3.10.2 Structural Description.

The transmission module **3804** receives the signal at the desired EM frequency **3802**. If it is intended to be broadcast over the air, the signal may be routed through an optional antenna interface and then to the antenna for broadcast. If it is intended for the signal to be transmitted over a cable from one point to another, the signal may be routed to an optional line driver and out through the cable. One skilled in the relevant art(s) will recognize that other transmission media may be used.

3.3.11 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Other implementation

**40**

embodiments are possible and covered by the invention, such as but not limited to software, software/hardware, and firmware implementations of the systems and components of the invention. Alternate implementations and embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

4. Harmonic Enhancement.

4.1 High Level Description.

This section (including its subsections) provides a high-level description of harmonic enhancement according to the present invention. In particular, pulse shaping is described at a high-level. Also, a structural implementation for achieving this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

It is noted that some embodiments of the invention include harmonic enhancement, whereas other embodiments do not.

4.1.1 Operational Description.

To better understand the generation and extraction of harmonics, and the purpose behind shaping the waveforms to enhance the harmonics, the following discussion of Fourier analysis as it applies to the present invention is offered.

A discovery made by Baron Jean B. J. Fourier (1768–1830) showed that continuous and periodic waveforms are comprised of a plurality of sinusoidal components, called harmonics. More importantly, the frequency of these components are integer multiples of the frequency of the original waveform (called the fundamental frequency). The amplitude of each of these component waveforms depends on the shape of the original waveform. The derivations and proofs of Baron Fourier's analysis are well known to those skilled in the relevant art(s).

The most basic waveform which is continuous and periodic is a sine wave. It has but one harmonic, which is at the fundamental frequency. This is also called the first harmonic. Since it only has one component, the amplitude of the harmonic component is equal to the amplitude of the original waveform, i.e., the sine wave itself. The sine wave is not considered to be "harmonically rich."

An impulse train is the other extreme case of a periodic waveform. Mathematically, it is considered to have zero width. The mathematical analysis in this case shows that there are harmonics at all multiples of the frequency of the impulse. That is, if the impulse has a frequency of $F_i$, then the harmonics are sinusoidal waves at $1 \cdot F_i$, $2 \cdot F_i$, $3 \cdot F_i$, $4 \cdot F_i$, etc. As the analysis also shows in this particular case, the amplitude of all of the harmonics are equal. This is indeed, a "harmonically rich" waveform, but is realistically impractical with current technology.

A more typical waveform is a rectangular wave, which is a series of pulses. Each pulse will have a width (called a pulse width, or "$\tau$"), and the series of pulses in the waveform will have a period ("T" which is the inverse of the frequency, i.e., $T=1/F_r$, where "$F_r$" is the fundamental frequency of the rectangular wave). One form of rectangular wave is the square wave, where the signal is at a first state (e.g., high) for the same amount of time that it is at the second state (e.g., low). That is, the ratio of the pulse width to period ($\tau/T$) is

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 91 of 92 PageID 1307

6,091,940

**41**

0.5. Other forms of rectangular waves, other than square waves, are typically referred to simply as "pulses," and have $\tau/T < 0.5$ (i.e., the signal will be "high" for a shorter time than it is "low"). The mathematical analysis shows that there are harmonics at all of the multiples of the fundamental frequency of the signal. Thus, if the frequency of the rectangular waveform is $F_r$, then the frequency of the first harmonic is $1 \cdot F_r$, the frequency of the second harmonic is $2 \cdot F_r$, the frequency of the third harmonic is $^3 \cdot F_r$, and so on. There are some harmonics for which the amplitude is zero. In the case of a square wave, for example, the "null points" are the even harmonics. For other values of $\tau/T$, the "null points" can be determined from the mathematical equations. The general equation for the amplitude of the harmonics in a rectangular wave having an amplitude of $A_{pulse}$ is as follows:

$$\text{Amplitude}(n^{th} \text{ harmonic}) = A_n = \{[A_{pulse}][(2/\pi)/n]\sin[n \cdot \pi \cdot (\tau/T)]\} \quad \text{EQ. 1}$$

Table 6000 of FIG. **60** shows the amplitudes of the first fifty harmonics for rectangular waves having six different $\tau/T$ ratios. The $\tau/T$ ratios are 0.5 (a square wave), 0.25, 0.10, 0.05, 0.01, and 0.005. (One skilled in the relevant art(s) will recognize that $A_{pulse}$ is set to unity for mathematical comparison.) From this limited example, it can be seen that the ratio of pulse width to period is a significant factor in determining the relative amplitudes of the harmonics. Notice too, that for the case where $\tau/T = 0.5$ (i.e., a square wave), the relationship stated above (i.e., only odd harmonics are present) holds. Note that as $\tau/T$ becomes small (i.e., the pulse approaches an impulse), the amplitudes of the harmonics becomes substantially "flat." That is, there is very little decrease in the relative amplitudes of the harmonics. One skilled in the relevant art(s) will understand how to select the desired pulse width for any given application based on the teachings contained herein. It can also be shown mathematically and experimentally that if a signal with a continuous and periodic waveform is modulated, that modulation is also present on every harmonic of the original waveform.

From the foregoing, it can be seen how pulse width is an important factor in assuring that the harmonic waveform at the desired output frequency has sufficient amplitude to be useful without requiring elaborate filtering or unnecessary amplification.

Another factor in assuring that the desired harmonic has sufficient amplitude is how the switch **2816** and **3116** (FIGS. **28**A and **31**A) in the switch module **2802** and **3102** responds to the control signal that causes the switch to close and to open (i.e., the modulated oscillating signal **2804** of FIG. **28** and the oscillating signal **3104** of FIG. **31**). In general, switches have two thresholds. In the case of a switch that is normally open, the first threshold is the voltage required to cause the switch to close. The second threshold is the voltage level at which the switch will again open. The convention used herein for ease of illustration and discussion (and not meant to be limiting) is for the case where the switch is closed when the control signal is high, and open when the control signal is low. It would be apparent to one skilled in the relevant art(s) that the inverse could also be used. Typically, these voltages are not identical, but they may be. Another factor is how rapidly the switch responds to the control input once the threshold voltage has been applied. The objective is for the switch to close and open such that the bias/reference signal is "crisply" gated. That is, preferably, the impedance through the switch must change from a high impedance (an open switch) to a low impedance (a closed switch) and back again in a very short time so that the output signal is substantially rectangular.

**42**

It is an objective of this invention in the transmitter embodiment that the intelligence in the information signal is to be transmitted. That is, the information is modulated onto the transmitted signal. In the FM and PM modes, to achieve this objective, the information signal is used to modulate the oscillating signal **2804**. The oscillating signal **2804** then causes the switch **2816** to close and open. The information that is modulated onto the oscillating signal **2804** must be faithfully reproduced onto the signal that is output from the switch circuit (i.e., the harmonically rich signal **2814**). For this to occur efficiently, in embodiments of the invention, the switch **2816** preferably closes and opens crisply so that the harmonically rich signal **2814** changes rapidly from the bias/reference signal **2806** (or **3106**) to ground **2812** (or the second signal level **2818** in the alternate embodiment). This rapid rise and fall time is desired so that the harmonically rich signal **2814** will be "harmonically rich." (In the case of AM, the oscillating signal **3104** is not modulated, but the requirement for "crispness" still applies.)

For the switch **2816** to close and open crisply, the oscillating signal **2804** must also be crisp. If the oscillating signal **2804** is sinusoidal, the switch **2816** will open and close when the threshold voltages are reached, but the pulse width of the harmonically rich signal **2814** may not be as small as is needed to ensure the amplitude of the desired harmonic of the harmonically rich signal **2814** is sufficiently high to allow transmission without elaborate filtering or unnecessary amplification. Also, in the embodiment wherein the switch **2816** is a GaAsFET **2901**, if the oscillating signal **2804** that is connected to the gate **2902** of the GaAsFET **2901** (i.e., the signal that causes the switch **2816** to close and open) is a sinusoidal wave, the GaAsFET **2901** will not crisply close and open, but will act more like an amplifier than a switch. (That is, it will conduct during the time that the oscillating signal is rising and falling below the threshold voltages, but will not be a "short.") In order to make use of the benefits of a GaAsFET's capability to close and open at high frequencies, the oscillating signal **2804** connected to the gate **2902** preferably has a rapid rise and fall time. That is, it is preferably a rectangular waveform, and preferably has a pulse width to period ratio the same as the pulse width to period ratio of the harmonically rich signal **2814**.

As stated above, if a signal with a continuous and periodic waveform is modulated, that modulation occurs on every harmonic of the original waveform. Thus, in the FM and PM modes, when the information is modulated onto the oscillating signal **2804** and the oscillating signal **2804** is used to cause the switch **2816** to close and open, the resulting harmonically rich signal **2814** that is output from the switch module **2802** will also be modulated. If the oscillating signal **2804** is crisp, the switch **2816** will close and open crisply, the harmonically rich signal **2814** will be harmonically rich, and each of the harmonics of the harmonically rich signal **2814** will have the information modulated on it.

Because it is desired that the oscillating signal **2804** be crisp, harmonic enhancement may be needed in some embodiments. Harmonic enhancement may also be called "pulse shaping" since the purpose is to shape the oscillating signal **2804** into a string of pulses of a desired pulse width. If the oscillating signal is sinusoidal, harmonic enhancement will shape the sinusoidal signal into a rectangular (or substantially rectangular) waveform with the desired pulse width to period ratio. If the oscillating signal **2804** is already a square wave or a pulse, harmonic enhancement will shape it to achieve the desired ratio of pulse width to period. This will ensure an efficient transfer of the modulated information through the switch.

Case 6:14-cv-00687-PGB-KRS   Document 26-1   Filed 08/21/14   Page 92 of 92 PageID 1308

6,091,940

**43**

Three exemplary embodiments of harmonic enhancement are described below for illustrative purposes. However, the invention is not limited to these embodiments. Other embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

4.1.2 Structural Description.

The shape of the oscillating signal **2804** causes the switch **2816** to close and open. The shape of the oscillating signal **2804** and the selection of the switch **2816** will determine how quickly the switch **2816** closes and opens, and how long it stays closed compared to how long it stays open. This then will determine the "crispness" of the harmonically rich signal **2814**. (That is, whether the harmonically rich signal **2814** is substantially rectangular, trapezoidal, triangular, etc.) As shown above, in order to ensure that the desired harmonic has the desired amplitude, the shape of the oscillating signal **2804** should be substantially optimized.

The harmonic enhancement module (HEM) **4602** (FIG. **46**) is also referred to as a "pulse shaper." It "shapes" the oscillating signals **2804** and **3104** that drive the switch modules **2802** and **3102** described in sections 3.3.6–3.3.6.2 and 3.3.7– 3.3.7.2. Harmonic enhancement module **4602** preferably transforms a continuous and periodic waveform **4604** into a string of pulses **4606**. The string of pulses **4606** will have a period, "T," determined by both the frequency of the continuous and periodic waveform **4604** and the design of the pulse shaping circuit within the harmonic enhancement module **4602**. Also, each pulse will have a pulse width, "τ" determined by the design of the pulse shaping circuit. The period of the pulse stream, "T," determines the frequency of the switch closing (the frequency being the inverse of the period), and the pulse width of the pulses, "τ," determines how long the switch stays closed.

In the embodiment described above in sections 3.3.6–3.3.6.2 (and 3.3.7–3.3.7.2), when the switch **2816** (or **3116**) is open, the harmonically rich signal **2814** (or **3114**) will have an amplitude substantially equal to the bias signal **2806** (or reference signal **3106**). When the switch **2816** (or **3116**) is closed, the harmonically rich signal **2814** (or **3114**) will have an amplitude substantially equal to the potential of signal **2812** or **2818** (or **3112** or **3118**) of the second input **2810** (or **3110**) of the switch module **2802** (or **3102**). Thus, for the case where the oscillating signal **2804** (or **3104**) driving the switch module **2802** (or **3102**) is substantially rectangular, the harmonically rich signal **2814** (or **3114**) will have substantially the same frequency and pulse width as the shaped oscillating signal **2804** (or **3104**) that drives the switch module **2802** (or **3102**). This is true for those cases wherein the oscillating signal **2804** (or **3104**) is a rectangular wave. One skilled in the relevant art(s) will understand that the term "rectangular wave" can refer to all waveforms that are substantially rectangular, including square waves and pulses.

The purpose of shaping the signal is to control the amount of time that the switch **2816** (or **3116**) is closed. As stated above, the harmonically rich signal **2814** (or **3114**) has a substantially rectangular waveform. Controlling the ratio of the pulse width of the harmonically rich signal **2814** (or **3114**) to its period will result in the shape of the harmonically rich signal **2814** (or **3114**) being substantially optimized so that the relative amplitudes of the harmonics are such that the desired harmonic can be extracted without unnecessary and elaborate amplification and filtering.

4.2 Exemplary Embodiments.

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described

**44**

herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

4.2.1 First Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create One Pulse per Cycle.

4.2.1.1 Operational Description.

According to this embodiment, a continuous periodic waveform **4604** is received and a string of pulses **4606** is output. The continuous periodic waveform **4604** may be a square wave or any other continuous periodic waveform that varies from a value recognized as a "digital low" to a value recognized as a "digital high." One pulse is generated per cycle of the continuous and periodic waveform **4604**. The description given herein will be for the continuous periodic waveform **4604** that is a square wave, but one skilled in the relevant art(s) will appreciate that other waveforms may also be "shaped" into waveform **4606** by this embodiment.

4.2.1.2 Structural Description.

In this first embodiment of a harmonic enhancement module **4602**, herein after referred to as a pulse shaping circuit **4602**, a continuous periodic waveform **4604** that is a square wave is received by the pulse shaping circuit **4602**. The pulse shaping circuit **4602** is preferably comprised of digital logic devices that result in a string of pulses **4606** being output that has one pulse for every pulse in the continuous periodic waveform **4604**, and preferably has a τ/T ratio less than 0.5.

4.2.2 Second Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create Two Pulses per Cycle.

4.2.2.1 Operational Description.

In this embodiment, a continuous periodic waveform **4604** is received and a string of pulses **4606** is output. In this embodiment, there are two pulses output for every period of the continuous periodic waveform **4604**. The continuous periodic waveform **4604** may be a square wave or any other continuous periodic waveform that varies from a value recognized as a "digital low" to a value recognized as a "digital high." The description given herein will be for a continuous periodic waveform **4604** that is a square wave, but one skilled in the relevant art(s) will appreciate that other waveforms may also be "shaped" into waveform **4606** by this embodiment.

4.2.2.2 Structural Description.

In this second embodiment of a pulse shaping circuit **4602**, a continuous periodic waveform **4604** that is a square wave is received by the pulse shaping circuit **4602**. The pulse shaping circuit **4602** is preferably comprised of digital logic devices that result in a string of pulses **4606** being output that has two pulses for every pulse in the continuous periodic waveform **4604**, and preferably has a τ/T ratio less than 0.5.

4.2.3 Third Embodiment: When Any Waveform Feeds the Module.

4.2.3.1 Operational Description.

In this embodiment, a continuous periodic waveform **4604** of any shape is received and a string of pulses **4606** is output.

4.2.3.2 Structural Description.

In this third embodiment of a pulse shaping circuit **4602**, a continuous periodic waveform **4604** of any shape is received by the pulse shaping circuit **4602**. The pulse

6,091,940

45

shaping circuit **4602** is preferably comprised of a series of stages, each stage shaping the waveform until it is substantially a string of pulses **4606** with preferably a τ/T ratio less than 0.5.

4.2.4 Other Embodiments.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

4.3 Implementation Examples.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

4.3.1 First Digital Logic Circuit.

An exemplary implementation of the first embodiment described in sections 4.2.1–4.2.1.2 is illustrated in FIG. **39**. In particular, the circuit shown in FIG. **39A** is a typical circuit design for a pulse shaping circuit **4602** using digital logic devices. Also shown in FIGS. **39B–39D** are representative waveforms at three nodes within the circuit. In this embodiment, pulse shaper **3900** uses an inverter **3910** and an AND gate **3912** to produce a string of pulses. An inverter, such as inverter **3910**, changes the sign of the input, and an AND gate, such as AND gate **3912**, outputs a digital "high" when all of the input signals are digital "highs." The input to pulse shaper **3900** is waveform **3902**, and, for illustrative purposes, is shown here as a square wave. The output of inverter **3910** is waveform **3904**, which is also a square wave. However, because of the circuitry of the inverter **3910**, there is a delay between the application of the input and the corresponding sign change of the output. If waveform **3902** starts "low," waveform **3904** will be "high" because it has been inverted by inverter **3910**. When waveform **3902** switches to "high," AND gate **3912** will momentarily see two "high" signals, thus causing its output waveform **3906** to be "high." When inverter **3910** has inverted its input (waveform **3902**) and caused waveform **3904** to become "low," AND gate **3912** will then see only one "high" signal, and the output waveform **3906** will become "low." Thus, the output waveform **3906** will be "high" for only the period of time that both waveforms **3902** and **3904** are high, which is the time delay of the inverter **3910**. Accordingly, as is apparent from FIGS. **39B–39D**, pulse shaper **3900** receives a square wave and generates a string of pulses, with one pulse generated per cycle of the square wave.

4.3.2 Second Digital Logic Circuit.

An exemplary implementation of the second embodiment described in sections 4.2.2–4.2.2.2 is illustrated in FIG. **40**. In particular, the circuit of FIG. **40A** is a typical circuit design for a pulse shaping circuit **4602** using digital logic devices. Also shown in FIGS. **40B–40D** are representative waveforms at three nodes within the circuit. In this embodiment, pulse shaping circuit **4000** uses an inverter **4010** and an exclusive NOR (XNOR) gate **4012**. An XNOR, such as XNOR **4012**, outputs a digital "high" when both

46

inputs are digital "highs" and when both signals are digital "lows." Waveform **4002**, which is shown here as a square wave identical to that shown above as waveform **3902**, begins in the "low" state. Therefore, the output of inverter **4010** will begin at the "high" state. Thus, XNOR gate **4012** will see one "high" input and one "low" input, and its output waveform **4006** will be "low." When waveform **4002** changes to "high," XNOR gate **4012** will have two "high" inputs until the waveform **4004** switches to "low." Because it sees two "high" inputs, its output waveform **4006** will be "high." When waveform **4004** becomes "low," XNOR gate **4012** will again see one "high" input (waveform **4002**) and one "low" input (waveform **4004**). When waveform **4002** switches back to "low," XNOR gate **4012** will see two "low" inputs, and its output will become "high." Following the time delay of inverter **4010**, waveform **4004** will change to "high," and XNOR gate **4012** will again see one "high" input (waveform **4004**) and one "low" input (waveform **4002**). Thus, waveform **4006** will again switch to "low." Accordingly, as is apparent from FIGS. **40B–40D**, pulse shaper **4000** receives a square wave and generates a string of pulses, with two pulses generated per cycle of the square wave.

4.3.3 Analog Circuit.

An exemplary implementation of the third embodiment described in sections 4.2.3–4.2.3.2 is illustrated in FIG. **41**. In particular, the circuit shown in FIG. **41** is a typical pulse shaping circuit **4602** where an input signal **4102** is shown as a sine wave. Input signal **4102** feeds the first circuit element **4104**, which in turn feeds the second, and so on. Typically, three circuit elements **4104** produce incrementally shaped waveforms **4120**, **4122**, and **4124** before feeding a capacitor **4106**. The output of capacitor **4106** is shunted to ground **4110** through a resistor **4108** and also feeds a fourth circuit element **4104**. An output signal **4126** is a pulsed output, with a frequency that is a function of the frequency of input signal **4102**.

An exemplary circuit for circuit elements **4104** is shown in FIG. **43**. Circuit **4104** is comprised of an input **4310**, an output **4312**, four FETs **4302**, two diodes **4304**, and a resistor **4306**. One skilled in the relevant art(s) would recognize that other pulse shaping circuit designs could also be used without deviating from the scope and spirit of the invention.

4.3.4 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Amplifier Module.

5.1 High Level Description.

This section (including its subsections) provides a high-level description of the amplifier module according to the present invention. In particular, amplification is described at a high-level. Also, a structural implementation for achieving signal amplification is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

6,091,940

**47**

5.1.1 Operational Description.

Even though the present invention is intended to be used without requiring amplification, there may be circumstance when, in the embodiment of the present invention wherein it is being used as a transmitter, it may prove desirable to amplify the modulated signal before it is transmitted. In another embodiment of the invention wherein it is being used as a stable signal source for a frequency or phase comparator, it may also be desirable to amplify the resultant signal at the desired frequency.

The requirement may come about for a number of reasons. A first may be that the bias/reference signal is too low to support the desired use. A second may be because the desired output frequency is very high relative to the frequency of the oscillating signal that controls the switch. A third reason may be that the shape of the harmonically rich signal is such that the amplitude of the desired harmonic is low.

In the first case, recall that the amplitude of the bias/reference signal determines the amplitude of the harmonically rich signal which is present at the output of the switch circuit. (See sections 3.3.6–3.3.6.2 and 3.3.7–3.3.7.2.) Further recall that the amplitude of the harmonically rich signal directly impacts the amplitude of each of the harmonics. (See the equation in section 4. 1, above.)

In the second instance, if the frequency of the oscillating signal is relatively low compared to the desired output frequency of the up-converter, a high harmonic will be needed. As an example, if the oscillating signal is 60 MHz, and the desired output frequency is at 900 MHz, the 15th harmonic will be needed. In the case where $\tau/T$ is 0.1, it can be seen from Table 6000 of FIG. **60** that the amplitude of the 15th harmonic ($A_{15}$) is 0.0424, which is 21.5% of the amplitude of the first harmonic ($A_1$=0.197). There may be instances wherein this is insufficient for the desired use, and consequently it must be amplified.

The third circumstance wherein the amplitude of the output may need to be amplified is when the shape of the harmonically rich signal in not "crisp" enough to provide harmonics with enough amplitude for the desired purpose. If, for example, the harmonically rich signal is substantially triangular, and given the example above where the oscillating signal is 60 MHz and the desired output signal is 900 MHz, the 15th harmonic of the triangular wave is 0.00180. This is significantly lower than the amplitude of the 15th harmonic of the "0.1" rectangular wave (shown above to be 0.0424) and can be mathematically shown to be 0.4% of the amplitude of the 1st harmonic of the triangular wave (which is 0.405). Thus, in this example, the 1st harmonic of the triangular wave has an amplitude that is larger than the amplitude of the 1st harmonic of the "0.1" rectangular wave, but at the 15th harmonic, the triangular wave is significantly lower than the "0.1" rectangular wave.

Another reason that the desired harmonic may need to be amplified is that circuit elements such as the filter may cause attenuation in the output signal for which a designer may wish to compensate.

The desired output signal can be amplified in a number of ways. One is to amplify the bias/reference signal to ensure that the amplitude of the harmonically rich wave form is high. A second is to amplify the harmonically rich waveform itself. A third is to amplify the desired harmonic only. The examples given herein are for illustrative purposes only and are not meant to be limiting on the present invention. Other techniques to achieve amplification of the desired output signal would be apparent to those skilled in the relevant art(s).

**48**

5.1.2 Structural Description.

In one embodiment, a linear amplifier is used to amplify the bias/reference signal. In another embodiment, a linear amplifier is used to amplify the harmonically rich signal. And in yet another embodiment, a linear amplifier is used to amplify the desired output signal. Other embodiments, including the use of non-linear amplifiers, will be apparent to persons skilled in the relevant art(s).

5.2 Exemplary Embodiment.

An embodiment related to the method(s) and structure(s) described above is presented in this section (and its subsections). This embodiment is described herein for purposes of illustration, and not limitation. The invention is not limited to this embodiment. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiment described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

5.2.1 Linear Amplifier.

The exemplary linear amplifier described herein will be directed towards an amplifier composed of solid state electronic devices to be inserted in the circuit at one or more points. Other amplifiers suitable for use with the invention will be apparent to persons skilled in the relevant art(s). As shown in FIG. **47**, an amplifier module **4702** receives a signal requiring amplification **4704** and outputs an amplified signal **4706**. It would be apparent to one skilled in the relevant art(s) that a plurality of embodiments may be employed without deviating from the scope and intent of the invention described herein.

5.2.1.1 Operational Description.

The desired output signal can be amplified in a number of ways. Such amplification as described in the section may be in addition to the techniques described above to enhance the shape of the harmonically rich signal by pulse shaping of the oscillating signal that causes the switch to close and open.

5.2.1.2 Structural Description.

In one embodiment, a linear amplifier is placed between the bias/reference signal and the switch module. This will increase the amplitude of the bias/reference signal, and as a result, will raise the amplitude of the harmonically rich signal that is the output of the switch module. This will have the effect of not only raising the amplitude of the harmonically rich signal, it will also raise the amplitude of all of the harmonics. Some potential limitation of this embodiment are: the amplified bias/reference signal may exceed the voltage design limit for the switch in the switch circuit; the harmonically rich signal coming out of the switch circuit may have an amplitude that exceeds the voltage design limits of the filter; and/or unwanted distortion may occur from having to amplify a wide bandwidth signal.

A second embodiment employs a linear amplifier between the switch module and the filter. This will raise the amplitude of the harmonically rich signal. It will also raise the amplitude of all of the harmonics of that signal. In an alternate implementation of this embodiment, the amplifier is tuned so that it only amplifies the desired frequencies. Thus, it acts both as an amplifier and as a filter. A potential limitation of this embodiment is that when the harmonically rich signal is amplified to raise a particular harmonic to the desired level the amplitude of the whole waveform is amplified as well. For example, in the case where the amplitude of the pulse, $A_{pulse}$, is equal to 1.0, to raise the 15th harmonic from 0.0424 volts to 0.5 volts, the amplitude of each pulse in the harmonically rich signal, $A_{pulse}$, will increase from 1.0 to 11.8 volts. This may well exceed the voltage design limit of the filter.

Case 6:14-cv-00687-PGB-KRS   Document 26-2   Filed 08/21/14   Page 4 of 31 PageID 1312

6,091,940

**49**

A third embodiment of an amplifier module will place a linear amplifier between the filter and the transmission module. This will only raise the amplitude of the desired harmonic, rather than the entire harmonically rich signal.

Other embodiments, such as the use of non-linear amplifiers, will be apparent to one skilled in the relevant art(s), and will not be described herein.

5.2.2 Other Embodiments.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

5.3 Implementation Examples.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

5.3.1 Linear Amplifier.

Although described below as if it were placed after the filter, the amplifier may also be placed before the filter without deviating from the intent of the invention

5.3.1.1 Operational Description.

According to embodiments of the invention, a linear amplifier receives a first signal at a first amplitude, and outputs a second signal at a second amplitude, wherein the second signal is proportional to the first signal. It is an objective of an amplifier that the information embedded onto the first signal waveform will also be embedded onto the second signal. Typically, it is desired that there be as little distortion in the information as possible.

In a preferred embodiment, the second signal is higher in amplitude than the first signal, however, there may be implementations wherein it is desired that the second signal be lower than the first signal (i.e., the first signal will be attenuated).

5.3.1.2 Structural Description.

The design and use of a linear amplifier is well known to those skilled in the relevant art(s). A linear amplifier may be designed and fabricated from discrete components, or it may be purchased "off the shelf."

Exemplary amplifiers are seen in FIG. **48**. In the exemplary circuit diagram of FIG. **48**A, six transistors are used in a wideband amplifier. In the more basic exemplary circuit of FIG. **48**B, the amplifier is composed of one transistor, four resistors, and a capacitor. Those skilled in the relevant art(s) will recognize that numerous alternative designs may be used.

5.3.2 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

**50**

6. Receiver/Transmitter System.

The present invention is for a method and system for up-conversion of electromagnetic signals. In one embodiment, the invention is a source of a stable high frequency reference signal. In a second embodiment, the invention is a transmitter.

This section describes a third embodiment. In the third embodiment, the transmitter of the present invention to be used in a receiver/transmitter communications system. This third embodiment may also be referred to as the communications system embodiment, and the combined receiver/transmitter circuit is referred to as a "transceiver." There are several alternative enhancements to the communications systems embodiment.

The following sections describe systems and methods related to exemplary embodiments for a receiver/transmitter system. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

6.1 High Level Description.

This section provides a high-level description of a receiver/transmitter system according to the present invention. The implementations are described herein for illustrative purposes, and are not limiting. In particular, any number of functional and structural implementations may be used, several of which are described in this section. The details of such functional and structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

According to a first embodiment of the transmitter of the present invention is used with a traditional superheterodyne receiver. In this embodiment, the transmitter and the receiver can operate either in a full-duplex mode or in a half-duplex mode. In a full duplex mode, the transceiver can transmit and receive simultaneously. In the half-duplex mode, the transceiver can either transmit or receive, but cannot do both simultaneously. The full-duplex and the half-duplex modes will be discussed together for this embodiment.

A second embodiment of the transceiver is for the transmitter of the present invention to be used with a universal frequency down conversion circuit being used as a receiver. In this embodiment the transceiver is used in a half-duplex mode.

A third embodiment of the transceiver is for the transmitter of the present invention to be used with a universal frequency down conversion circuit, where the transceiver is used in a full-duplex mode.

These embodiments of the transceiver are described below.

6.2 Exemplary Embodiments and Implementation Examples.

Various embodiments related to the method(s) and structure(s) described above and exemplary operational and/or structural implementations related to those embodiments are presented in this section (and its subsections). These embodiments, components, and methods are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments or to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the

6,091,940

51

scope and spirit of the present invention, and the invention is intended and adapted to include such alternatives.

6.2.1 First Embodiment: The Transmitter of the Present Invention Being Used in a Circuit with a Superheterodyne Receiver.

A typical superheterodyne receiver is shown in FIG. **49**. An antenna **4904** receives a signal **4902**. Typically, signal **4902** is a radio frequency (RF) signal which is routed to a filter **4910** and an amplifier **4908**. The filter **4910** removes all but a frequency range that includes the desired frequency, and the amplifier **4908** ensures that the signal strength will be sufficient for further processing. The output of amplifier **4908** is a signal **4911**.

A local oscillator **4914** generates an oscillating signal **4916** which is combined with signal **4911** by mixer **4912**. The output of mixer **4912** is a signal **4934** which is amplified by an amplifier **4918** and filtered by a filter **4920**. The purpose of amplifier **4918** is to ensure that the strength of signal **4934** is sufficient for further processing, and the purpose of filter **4920** is to remove the undesired frequencies.

A second local oscillator **4924** generates a second oscillating signal **4926** which is combined with the amplified/filtered signal **4934** by a mixer **4922**. The output of mixer **4922** is signal **4936**. Again, an amplifier **4928** and a filter **4930** ensure that the signal **4936** is at the desired amplitude and frequency. The resulting signal is then routed to decoder **4932** where the intelligence is extracted to obtain baseband signal **4938**.

Signal **4934** is referred to as the first intermediate frequency (IF) signal, and signal **4936** is referred to as the second IF signal. Thus, the combination of local oscillator **4914** and mixer **4912** can be referred to as the first IF stage, and the combination of local oscillator **4924** and mixer **4922** can be referred to as the second IF stage.

Exemplary frequencies for the circuit of FIG. **49** are as follows. Signal **4902** may be 900 MHz. The oscillator signal **4916** may be at 830 MHz, which will result in the frequency of the first IF signal, signal **4934**, being at 70 MHz. If the second oscillating signal **4926** is at 59 MHz, the second IF signal, signal **4936**, would be at 11 MHz. This frequency is typical of second IF frequencies.

Other superheterodyne receiver configurations are well known and these can be used in the transceiver embodiments of the invention. Also, the exemplary frequencies mentioned above are provide for illustrative purposes only, and are not limiting.

FIG. **50** shows a transmitter of the present invention in a transceiver circuit with a typical superheterodyne receiver. Accordingly, FIG. **50** illustrates an exemplary transceiver circuit of the invention. The transceiver includes a receiver module **5001**, which is implemented using any superheterodyne receiver configuration, and which is described above. The transceiver also includes a transmitter module **5003**, which is described below.

In the FM and PM modes, an information signal **5004** modulates an intermediate signal to produce the oscillating signal **5002**. Oscillating signal **5002** is shaped by signal shaper **5010** to produce a string of pulses **5008** (see the discussion above regarding the benefits of harmonic enhancement). The string of pulses **5008** drives the switch module **5012**. In the FM/PM modes, a bias/reference signal **5006** is also received by switch module **5012**. The output of switch module **5012** is a harmonically rich signal **5022**. Harmonically rich signal **5022** is comprised of a plurality of sinusoidal components, and is routed to a "high Q" filter that will remove all but the desired output frequency(ies). The

52

desired output frequency **5024** is amplified by an amplifier **5016** and routed to a transmission module **5018** which outputs a transmission signal **5026** which is routed to a duplexer **5020**. The purpose of duplexer **5020** is to permit a single antenna to be used simultaneously for both receiving and transmitting signals. The combination of received signal **4902** and transmission signal **5026** is a duplexed signal **5028**.

In the AM mode, the same circuit of FIG. **50** applies, except: (1) an information signal **5030** replaces information signal **5004**; (2) bias/reference signal **5006** is a function of the information signal **5030**; and (3) oscillating signal **5002** is not modulated.

This description is for the full-duplex mode of the transceiver wherein the transmitting portion of the communications system is a separate circuit than the receiver portion. A possible embodiment of a half-duplex mode is described below.

Alternate embodiments of the transceiver are possible. For example, FIGS. **51A** through **51D** illustrate an embodiment of the transceiver wherein it may be desired, for cost or other considerations, for an oscillator to be shared by both the transmitter portion and the receiver portion of the circuit. To do this, a trade off must be made in selecting the frequency of the oscillator. In FIG. **51A**, a local oscillator **5104** generates an oscillating signal **5106** which is mixed with signal **4911** to generate a first IF signal **5108**. A local oscillator **5110** generates a second oscillating signal **5112** which is mixed with the first IF signal **5108** to generate a second IF signal **5114**. For the example herein, the frequencies of the oscillating signals **5106** and **5112** will be lower than the frequencies of signal **4911** and first IF signal **5108**, respectively. (One skilled in the relevant art(s) will recognize that, because the mixers **4912** and **4922** create both the sum and the difference of the signals they receive, the oscillator frequencies could be higher than the signal frequencies.)

As described in the example above, a typical second IF frequency is 11 MHz. The selection of this IF frequency is less flexible than is the selection of the first IF frequency, since the second IF frequency is routed to a decoder where the signal is demodulated and decoded. Typically, demodulators and decoders are designed to receive signals at a predetermined, fixed frequency, e.g., 11 MHz. If this is the case, the combination of the first IF signal **5108** and the second oscillating signal **5112** must generate a second IF signal with a second IF frequency of 11 MHz. Recall that the received signal **4902** was 900 MHz in the example above. To achieve the second IF signal frequency of 11 MHz, the frequencies of the oscillating signals **4916** and **4926** were set at 830 MHz and 59 MHz. Before setting the frequencies of the oscillating signals **5106** and **5112**, the desired frequency of the transmitted signal must be determined. If it, too, is 900 MHz, then the frequency of the oscillating signal that causes the switch in the present invention to open and close must be a "sub-harmonic" of 900 MHz. That is, it must be the quotient of 900 MHz divided by an integer. (In other words, 900 MHz must be a harmonic of the oscillating signal that drives the switch.) The table below is a list of some of the sub-harmonics of 900 MHz:

| sub-harmonic | frequency |
|---|---|
| 1st | 900  MHz |
| 2nd | 450 |

6,091,940

53

-continued

| sub-harmonic | frequency |
|---|---|
| 3rd | 300 |
| 4th | 225 |
| 5th | 180 |
| 10th | 90 |
| 15th | 60 |

Recall that the frequency of the second oscillating signal 4926 in FIGS. 49 and 50 was 59 MHz. Notice that the frequency of the 15th sub-harmonic is 60 MHz. If the frequency of oscillating signal 5112 of FIG. 51 were set at 60 MHz, it could also be used as the oscillating signal to operate the switches in switch module 5126 of FIG. 51B and switch module 5136 of FIG. 51C. If this were done, the frequency of the first IF signal would be 71 MHz (rather than 70 MHz in the previous example of a stand-alone receiver), as indicated below:

First IF frequency=Second IF frequency+Second oscillating frequency=11 MHz+60 MHz=71 MHz

The frequency of the first oscillating signal 5106 can be determined from the values of the first IF frequency and the frequency of the received signal 4902. In this example, the frequency of the received signal is 900 MHz and the frequency of the first IF signal is 71 MHz. Therefore, the frequency of the first oscillating signal 5106 must be 829 MHz, as indicated below:

$$\text{First oscillating frequency} = \text{Freq of received signal} - \text{First IF freq}$$
$$= 900 \text{ MHz} - 71 \text{ MHz}$$
$$= 829 \text{ MHz}$$

Thus the frequencies of the oscillating signals 5106 and 5112 are 829 MHz and 60 MHz, respectively.

In FIG. 51B, the PM embodiment is shown. The second oscillating signal 5112 is routed to a phase modulator 5122 where it is modulated by the information signal 5120 to generate a PM signal 5132. PM signal 5132 is routed to a harmonic enhancement module 5124 to create a string of pulses 5133. The string of pulses 5133 is also a phase modulated signal and is used to cause the switch in switch module 5126 to open and close. Also entering switch module 5126 is a bias signal 5128. The output of switch module 5126 is a harmonically rich signal 5134.

In FIG. 51C, the AM embodiment is shown. The second oscillating signal 5112 directly enters the harmonic enhancement module 5124 to create a string of pulses 5138. String of pulses 5138 (not modulated in this embodiment) then enters a switch module 5136 where it causes a switch to open and close. Also entering switch module 5136 is a reference signal 5140. Reference signal is created by summing module 5130 by combining information signal 5120 with bias signal 5128. It is well known to those skilled in the relevant art(s) that the information signal 5120 may be used as the reference signal without being combined with the bias signal 5128. The output of switch module 5136 is a harmonically rich signal 5134.

The scope of the invention includes an FM embodiment wherein the oscillator 5110 of the receiver circuit is used as a source for an oscillating signal for the transmitter circuit. In the embodiments discussed above, the FM embodiment requires a voltage controlled oscillator (VCO) rather than a simple local oscillator. There are circuit designs that would be apparent to those skilled in the relevant art(s) based on the discussion contained herein, wherein a VCO is used in place of a local oscillator in the receiver circuit.

In FIG. 51D, the harmonically rich signal 5134 is filtered by a filter 5142, which removes all but the desired output frequency 5148. The desired output frequency 5148 is amplified by amplifier module 5146 and routed to transmission module 5150. The output of transmission module 5150 is a transmission signal 5144. Transmission signal 5144 is then routed to the antenna 4904 for transmission.

Those skilled in the relevant art(s) will understand that there are numerous combinations of oscillator frequencies, stages, and circuits that will meet the scope and intent of this invention. Thus, the description included herein is for illustrative purposes only and not meant to be limiting.

6.2.2 Second Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down-Converter in a Half-Duplex Mode.

An exemplary receiver using universal frequency down conversion techniques is shown in FIG. 52 and described in section 6.3, below. An antenna 5202 receives an electromagnetic (EM) signal 5220. EM signal 5220 is routed through a capacitor 5204 to a first terminal of a switch 5210. The other terminal of switch 5210 is connected to ground 5212 in this exemplary embodiment. A local oscillator 5206 generates an oscillating signal 5228 which is routed through a pulse shaper 5208. The result is a string of pulses 5230. The selection of the oscillator 5206 and the design of the pulse shaper 5208 control the frequency and pulse width of the string of pulses 5230. The string of pulses 5230 control the opening and closing of switch 5210. As a result of the opening and closing of switch 5210, a down converted signal 5222 results. Down converted signal 5222 is routed through an amplifier 5214 and a filter 5216, and a filtered signal 5224 results. In a preferred embodiment, filtered signal 5224 is at baseband, and a decoder 5218 may only be needed to convert digital to analog or to remove encryption before outputting the baseband information signal. This then is a universal frequency down conversion receiver operating in a direct down conversion mode, in that it receives the EM signal 5220 and down converts it to baseband signal 5226 without requiring an IF or a demodulator. In an alternate embodiment, the filtered signal 5224 may be at an "offset" frequency. That is, it is at an intermediate frequency, similar to that described above for the second IF signal in a typical superheterodyne receiver. In this case, the decoder 5218 would be used to demodulate the filtered signal so that it could output a baseband signal 5226.

An exemplary transmitter using the present invention is shown in FIG. 53. In the FM and PM embodiments, an information signal 5302 modulates an oscillating signal 5306 which is routed to a pulse shaping circuit 5310 which outputs a string of pulses 5311. The string of pulses 5311 controls the opening and closing of the switch 5312. One terminal of switch 5312 is connected to ground 5314, and the second terminal of switch 5312 is connected through a resistor 5330 to a bias/reference signal 5308. In the FM and PM modes, bias/reference signal 5308 is preferably a non-varying signal, often referred to simply as the bias signal. In the AM mode, the oscillating signal 5306 is not modulated, and the bias/reference signal is a function of the information signal 5304. In one embodiment, information signal 5304 is combined with a bias voltage to generate the reference signal 5308. In an alternate embodiment, the information signal 5304 is used without being combined with a bias voltage. Typically, in the AM mode, this bias/reference

Case 6:14-cv-00687-PGB-KRS   Document 26-2   Filed 08/21/14   Page 7 of 31 PageID 1315

6,091,940

55

signal is referred to as the reference signal to distinguish it from the bias signal used in the FM and PM modes. The output of switch 5312 is a harmonically rich signal 5316 which is routed to a "high Q" filter which removes the unwanted frequencies that exist as harmonic components of harmonically rich signal 5316. Desired frequency 5320 is amplified by amplifier module 5322 and routed to transmission module 5324 which outputs a transmission signal 5326. Transmission signal is output by antenna 5328 in this embodiment.

For the FM and PM modulation modes, FIGS. 54A, 54B, and 54C show the combination of the present invention of the transmitter and the universal frequency down-conversion receiver in the half-duplex mode according to an embodiment of the invention. That is, the transceiver can transmit and receive, but it cannot do both simultaneously. It uses a single antenna 5402, a single oscillator 5444/5454 (depending on whether the transmitter is in the FM or PM modulation mode), a single pulse shaper 5438, and a single switch 5420 to transmit and to receive. In the receive function, "Receiver/transmitter" (R/T) switches 5406, 5408, and 5446/5452 (FM or PM) would all be in the receive position, designated by (R). The antenna 5402 receives an EM signal 5404 and routes it through a capacitor 5407. In the FM modulation mode, oscillating signal 5436 is generated by a voltage controlled oscillator (VCO) 5444. Because the transceiver is performing the receive function, switch 5446 connects the input to the VCO 5444 to ground 5448. Thus, VCO 5444 will operate as if it were a simple oscillator. In the PM modulation mode, oscillating signal 5436 is generated by local oscillator 5454 which is routed through phase modulator 5456. Since the transceiver is performing the receive function, switch 5452 is connected to ground 5448, and there is no modulating input to phase modulator. Thus, local oscillator 5454 and phase modulator 5456 operate as if they were a simple oscillator. One skilled in the relevant art(s) will recognize based on the discussion contained herein that there are numerous embodiments wherein an oscillating signal 5436 can be generated to control the switch 5420.

Oscillating signal 5436 is shaped by pulse shaper 5438 to produce a string of pulses 5440. The string of pulses 5440 cause the switch 5420 to open and close. As a result of the switch opening and closing, a down converted signal 5409 is generated. The down converted signal 5409 is amplified and filtered to create a filtered signal 5413. In an embodiment, filtered signal 5413 is at baseband and, as a result of the down conversion, is demodulated. Thus, a decoder 5414 may not be required except to convert digital to analog or to decrypt the filtered signal 5413. In an alternate embodiment, the filtered signal 5413 is at an "offset" frequency, so that the decoder 5414 is needed to demodulate the filtered signal and create a demodulated baseband signal.

When the transceiver is performing the transmit function, the R/T switches 5406, 5408, and 5446/5452 (FM or PM) are in the (T) position. In the FM modulation mode, an information signal 5450 is connected by switch 5446 to VCO 5444 to create a frequency modulated oscillating signal 5436. In the PM modulation mode switch 5452 connects information signal 5450 to the phase modulator 5456 to create a phase modulated oscillating signal 5436. Oscillation signal 5436 is routed through pulse shaper 5438 to create a string of pulses 5440 which in turn cause switch 5420 to open and close. One terminal of switch 5420 is connected to ground 5442 and the other is connected through switch R/T 5408 and resistor 5423 to a bias signal

56

5422. The result is a harmonically rich signal 5424 which is routed to a "high Q" filter 5426 which removes the unwanted frequencies that exist as harmonic components of harmonically rich signal 5424. Desired frequency 5428 is amplified by amplifier module 5430 and routed to transmission module 5432 which outputs a transmission signal 5434. Again, because the transceiver is performing the transmit function, R/T switch 5406 connects the transmission signal to the antenna 5402.

In the AM modulation mode, the transceiver operates in the half duplex mode as shown in FIG. 55. The only distinction between this modulation mode and the FM and PM modulation modes described above, is that the oscillating signal 5436 is generated by a local oscillator 5502, and the switch 5420 is connected through the R/T switch 5408 and resistor 5423 to a reference signal 5506. Reference signal 5506 is generated when information signal 5450 and bias signal 5422 are combined by a summing module 5504. It is well known to those skilled in the relevant art(s) that the information signal 5450 may be used as the reference signal 5506 without being combined with the bias signal 5422, and may be connected directly (through resistor 5423 and R/T switch 5408) to the switch 5420.

6.2.3 Third Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Full-Duplex Mode.

The full-duplex mode differs from the half-duplex mode in that the transceiver can transmit and receive simultaneously. Referring to FIG. 56, to achieve this, the transceiver preferably uses a separate circuit for each function. A duplexer 5604 is used in the transceiver to permit the sharing of an antenna 5602 for both the transmit and receive functions.

The receiver function performs as follows. The antenna 5602 receives an EM signal 5606 and routes it through a capacitor 5607 to one terminal of a switch 5626. The other terminal of switch 5626 is connected to ground 5628, and the switch is driven as a result of a string of pulses 5624 created by local oscillator 5620 and pulse shaper 5622. The opening and closing of switch 5626 generates a down converted signal 5614. Down converted signal 5614 is routed through a amplifier 5608 and a filter 5610 to generate filtered signal 5616. Filtered signal 5616 may be at baseband and be demodulated or it may be at an "offset" frequency. If filtered signal 5616 is at an offset frequency, decoder 5612 will demodulate it to create the demodulated baseband signal 5618. In a preferred embodiment, however, the filtered signal 5616 will be a demodulated baseband signal, and decoder 5612 may not be required except to convert digital to analog or to decrypt filtered signal 5616. This receiver portion of the transceiver can operate independently from the transmitter portion of the transceiver.

The transmitter function is performed as follows. In the FM and PM modulation modes, an information signal 5648 modulates an oscillating signal 5630. In the AM modulation mode, the oscillating signal 5630 is not modulated. The oscillating signal is shaped by pulse shaper 5632 and a string of pulses 5634 is created. This string of pulses 5634 causes a switch 5636 to open and close. One terminal of switch 5636 is connected to ground 5638, and the other terminal is connected through a resistor 5647 to a bias/reference signal 5646. In the FM and PM modulation modes, bias/reference signal 5646 is referred to as a bias signal 5646, and it is substantially non-varying. In the AM modulation mode, an information signal 5650 may be combined with the bias signal to create what is referred to as the reference signal 5646. The reference signal 5646 is a function of the infor-

6,091,940

57

mation signal **5650**. It is well known to those skilled in the relevant art(s) that the information signal **5650** may be used as the bias/reference signal **5646** directly without being summed with a bias signal. A harmonically rich signal **5652** is generated and is filtered by a "high Q" filter **5640**, thereby producing a desired signal **5654**. The desired signal **5654** is amplified by amplifier **5642** and routed to transmission module **5644**. The output of transmission module **5644** is transmission signal **5656**. Transmission signal **5656** is routed to duplexer **5604** and then transmitted by antenna **5602**. This transmitter portion of the transceiver can operate independently from the receiver portion of the transceiver.

Thus, as described above, the transceiver embodiment the present invention as shown in FIG. **56** can perform full-duplex communications in all modulation modes.

6.2.4 Other Embodiments and Implementations.

Other embodiments and implementations of the receiver/transmitter of the present invention would be apparent to one skilled in the relevant art(s) based on the discussion herein.

The embodiments and implementations described above are provided for purposes of illustration. These embodiments and implementations are not intended to limit the invention. Alternatives, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments and implementations fall within the scope and spirit of the present invention.

6.3 Summary Description of Down-conversion Using a Universal Frequency Translation Module.

The following discussion describes down-converting using a Universal Frequency Translation Module. The down-conversion of an EM signal by aliasing the EM signal at an aliasing rate is fully described in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000, the full disclosure of which is incorporated herein by reference. A relevant portion of the above mentioned patent application is summarized below to describe down-converting an input signal to produce a down-converted signal that exists at a lower frequency or a baseband signal.

FIG. **64**A illustrates an aliasing module **6400** for down-conversion using a universal frequency translation (UFT) module **6402** which down-converts an EM input signal **6404**. In particular embodiments, aliasing module **6400** includes a switch **6408** and a capacitor **6410**. The electronic alignment of the circuit components is flexible. That is, in one implementation, the switch **6408** is in series with input signal **6404** and capacitor **6410** is shunted to ground (although it may be other than ground in configurations such as differential mode). In a second implementation (see FIG. **64**A-1), the capacitor **6410** is in series with the input signal **6404** and the switch **6408** is shunted to ground (although it may be other than ground in configurations such as differential mode). Aliasing module **6400** with UFT module **6402** can be easily tailored to down-convert a wide variety of electromagnetic signals using aliasing frequencies that are well below the frequencies of the EM input signal **6404**.

In one implementation, aliasing module **6400** down-converts the input signal **6404** to an intermediate frequency (IF) signal. In another implementation, the aliasing module **6400** down-converts the input signal **6404** to a demodulated baseband signal. In yet another implementation, the input signal **6404** is a frequency modulated (FM) signal, and the aliasing module **6400** down-converts it to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal. Each of the above implementations is described below.

58

In an embodiment, the control signal **6406** includes a train of pulses that repeat at an aliasing rate that is equal to, or less than, twice the frequency of the input signal **6404** In this embodiment, the control signal **6406** is referred to herein as an aliasing signal because it is below the Nyquist rate for the frequency of the input signal **6404**. Preferably, the frequency of control signal **6406** is much less than the input signal **6404**.

The train of pulses **6418** as shown in FIG. **64**D controls the switch **6408** to alias the input signal **6404** with the control signal **6406** to generate a down-converted output signal **6412**. More specifically, in an embodiment, switch **6408** closes on a first edge of each pulse **6420** of FIG. **64**D and opens on a second edge of each pulse. When the switch **6408** is closed, the input signal **6404** is coupled to the capacitor **6410**, and charge is transferred from the input signal to the capacitor **6410**. The charge stored during successive pulses forms down-converted output signal **6412**.

Exemplary waveforms are shown in FIGS. **64**B–**64**F.

FIG. **64**B illustrates an analog amplitude modulated (AM) carrier signal **6414** that is an example of input signal **6404**. For illustrative purposes, in FIG. **64**C, an analog AM carrier signal portion **6416** illustrates a portion of the analog AM carrier signal **6414** on an expanded time scale. The analog AM carrier signal portion **6416** illustrates the analog AM carrier signal **6414** from time $t_0$ to time $t_1$.

FIG. **64**D illustrates an exemplary aliasing signal **6418** that is an example of control signal **6406**. Aliasing signal **6418** is on approximately the same time scale as the analog AM carrier signal portion **6416**. In the example shown in FIG. **64**D, the aliasing signal **6418** includes a train of pulses **6420** having negligible apertures that tend towards zero (the invention is not limited to this embodiment, as discussed below). The pulse aperture may also be referred to as the pulse width as will be understood by those skilled in the art(s). The pulses **6420** repeat at an aliasing rate, or pulse repetition rate of aliasing signal **6418**. The aliasing rate is determined as described below, and further described in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

As noted above, the train of pulses **6420** (i.e., control signal **6406**) control the switch **6408** to alias the analog AM carrier signal **6416** (i.e., input signal **6404**) at the aliasing rate of the aliasing signal **6418**. Specifically, in this embodiment, the switch **6408** closes on a first edge of each pulse and opens on a second edge of each pulse. When the switch **6408** is closed, input signal **6404** is coupled to the capacitor **6410**, and charge is transferred from the input signal **6404** to the capacitor **6410**. The charge transferred during a pulse is referred to herein as an under-sample. Exemplary under-samples **6422** form down-converted signal portion **6424** (FIG. **64**E) that corresponds to the analog AM carrier signal portion **6416** (FIG. **64**C) and the train of pulses **6420** (FIG. **64**D). The charge stored during successive under-samples of AM carrier signal **6414** form the down-converted signal **6424** (FIG. **64**E) that is an example of down-converted output signal **6412** (FIG. **64**A). In FIG. **64**F a demodulated baseband signal **6426** represents the demodulated baseband signal **6424** after filtering on a compressed time scale. As illustrated, down-converted signal **6426** has substantially the same "amplitude envelope" as AM carrier signal **6414**. Therefore, FIGS. **64**B–**64**F illustrate down-conversion of AM carrier signal **6414**.

APPX129

6,091,940

**59**

The waveforms shown in FIGS. 64B–64F are discussed herein for illustrative purposes only, and are not limiting. Additional exemplary time domain and frequency domain drawings, and exemplary methods and systems of the invention relating thereto, are disclosed in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

The aliasing rate of control signal **6406** determines whether the input signal **6404** is down-converted to an IF signal, down-converted to a demodulated baseband signal, or down-converted from an FM signal to a PM or an AM signal. Generally, relationships between the input signal **6404**, the aliasing rate of the control signal **6406**, and the down-converted output signal **6412** are illustrated below:

$$(\text{Freq. of input signal } \mathbf{6404}) = n \cdot (\text{Freq. of control signal } \mathbf{6406}) \pm (\text{Freq. of down-converted output signal } \mathbf{6412})$$

For the examples contained herein, only the "+" condition will be discussed. The value of n represents a harmonic or sub-harmonic of input signal **6404** (e.g., n=0.5, 1, 2, 3, . . . ).

When the aliasing rate of control signal **6406** is off-set from the frequency of input signal **6404**, or off-set from a harmonic or sub-harmonic thereof, input signal **6404** is down-converted to an IF signal. This is because the under-sampling pulses occur at different phases of subsequent cycles of input signal **6404**. As a result, the under-samples form a lower frequency oscillating pattern. If the input signal **6404** includes lower frequency changes, such as amplitude, frequency, phase, etc., or any combination thereof, the charge stored during associated under-samples reflects the lower frequency changes, resulting in similar changes on the down-converted IF signal. For example, to down-convert a 901 MHz input signal to a 1 MHz IF signal, the frequency of the control signal **6406** would be calculated as follows:

$$(\text{Freq}_{input} - \text{Freq}_{IF})/n = \text{Freq}_{control}$$

$$(901 \text{ MHz} - 1 \text{ MHz})/n = 900/n$$

For n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** would be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc.

Exemplary time domain and frequency domain drawings, illustrating down-conversion of analog and digital AM, PM and FM signals to IF signal, and exemplary methods and systems thereof, are disclosed in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

Alternatively, when the aliasing rate of the control signal **6406** is substantially equal to the frequency of the input signal **6404**, or substantially equal to a harmonic or sub-harmonic thereof, input signal **6404** is directly down-converted to a demodulated baseband signal. This is because, without modulation, the under-sampling pulses occur at the same point of subsequent cycles of the input signal **6404**. As a result, the under-samples form a constant output baseband signal. If the input signal **6404** includes lower frequency changes, such as amplitude, frequency, phase, etc., or any combination thereof, the charge stored during associated under-samples reflects the lower frequency changes, resulting in similar changes on the demodulated baseband signal. For example, to directly down-convert a 900 MHz input signal to a demodulated

**60**

baseband signal (i.e., zero IF), the frequency of the control signal **6406** would be calculated as follows:

$$(\text{Freq}_{input} - \text{Freq}_{IF})/n = \text{Freq}_{control}$$

$$(900 \text{ MHz} - 0 \text{ MHz})/n = 900 \text{ MHz}/n$$

For n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc.

Exemplary time domain and frequency domain drawings, illustrating direct down-conversion of analog and digital AM and PM signals to demodulated baseband signals, and exemplary methods and systems thereof, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

Alternatively, to down-convert an input FM signal to a non-FM signal, a frequency within the FM bandwidth must be down-converted to baseband (i.e., zero IF). As an example, to down-convert a frequency shift keying (FSK) signal (a sub-set of FM) to a phase shift keying (PSK) signal (a subset of PM), the mid-point between a lower frequency $F_1$ and an upper frequency $F_2$ (that is, $[(F_1+F_2)\div2]$) of the FSK signal is down-converted to zero IF. For example, to down-convert an FSK signal having $F_1$ equal to 899 MHz and $F_2$ equal to 901 MHz, to a PSK signal, the aliasing rate of the control signal **6406** would be calculated as follows:

$$\begin{aligned} \text{Frequency of the input} &= (F_1 + F_2) \div 2 \\ &= (899 \text{ MHz} + 901 \text{ MHz}) \div 2 \\ &= 900 \text{ MHz} \end{aligned}$$

Frequency of the down-converted signal=0 (i.e., baseband)

$$(\text{Freq}_{input} - \text{Freq}_{IF})/n = \text{Freq}_{control}$$

$$(900 \text{ MHz} - 0 \text{ MHz})/n = 900 \text{ MHz}/n$$

For n=0.5, 1, 2, 3, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc. The frequency of the down-converted PSK signal is substantially equal to one half the difference between the lower frequency $F_1$ and the upper frequency $F_2$.

As another example, to down-convert a FSK signal to an amplitude shift keying (ASK) signal (a subset of AM), either the lower frequency $F_1$ or the upper frequency $F_2$ of the FSK signal is down-converted to zero IF. For example, to down-convert an FSK signal having $F_1$ equal to 900 MHz and $F_2$ equal to 901 MHz, to an ASK signal, the aliasing rate of the control signal **6406** should be substantially equal to:

$$(900 \text{ MHz} - 0 \text{ MHz})/n = 900 \text{ MHz}/n,$$

or

$$(901 \text{ MHz} - 0 \text{ MHz})/n = 901 \text{ MHz}/n.$$

For the former case of 900 MHz/n, and for n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc. For the latter case of 901 MHz/n, and for n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.802 GHz, 901 MHz, 450.5 MHz, 300.333 MHz, 225.25 MHz, etc. The frequency of the down-converted AM signal is substantially equal to

6,091,940

**61**

the difference between the lower frequency $F_1$ and the upper frequency $F_2$ (i.e., 1 MHz).

Exemplary time domain and frequency domain drawings, illustrating down-conversion of FM signals to non-FM signals, and exemplary methods and systems thereof, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal."

In an embodiment, the pulses of the control signal **6406** have negligible apertures that tend towards zero. This makes the UFT module **6402** a high input impedance device. This configuration is useful for situations where minimal disturbance of the input signal may be desired.

In another embodiment, the pulses of the control signal **6406** have non-negligible apertures that tend away from zero. This makes the UFT module **6402** a lower input impedance device. This allows the lower input impedance of the UFT module **6402** to be substantially matched with a source impedance of the input signal **6404**. This also improves the energy transfer from the input signal **6404** to the down-converted output signal **6412**, and hence the efficiency and signal to noise (s/n) ratio of UFT module **6402**.

Exemplary systems and methods for generating and optimizing the control signal **6406** and for otherwise improving energy transfer and s/n ratio, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal".

7. Designing a Transmitter According to an Embodiment of the Present Invention.

This section (including its subsections) provides a high-level description of an exemplary process to be used to design a transmitter according to an embodiment of the present invention. The techniques described herein are also applicable to designing a frequency up-converter for any application, and for designing the applications themselves. The descriptions are contained herein for illustrative purposes and are not limiting. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention, and the invention is intended and adapted to include such alternative.

The discussion herein describes an exemplary process to be used to design a transmitter according to an embodiment of the present invention. An exemplary circuit for a transmitter of the present invention operating in the FM embodiment is shown in FIG. **57A**. Likewise, FIG. **57B** illustrates the transmitter of the present invention operating in the PM embodiment, and FIG. **57C** shows the transmitter of the present invention operating in the AM embodiment. These circuits have been shown in previous figures, but are presented here to facilitate the discussion of the design. As the "I/Q" embodiment of the present invention is a subset of the PM embodiment, it will not be shown in a separate figure here, since the design approach will be very similar to that for the PM embodiment.

Depending on the application and on the implementation, some of the design considerations may not apply. For example, and without limitation, in some cases it may not be necessary to optimize the pulse width or to include an amplifier.

7.1 Frequency of the Transmission Signal.

The first step in the design process is to determine the frequency of the desired transmission signal **5714**. This is

**62**

typically determined by the application for which the transmitter is to be used. The present invention is for a transmitter that can be used for all frequencies within the electromagnetic (EM) spectrum. For the examples herein, the explanation will focus on the use of the transmitter in the 900 MHz to 950 MHz range. Those skilled in the relevant art(s) will recognize that the analysis contained herein may be used for any frequency or frequency range.

7.2 Characteristics of the Transmission Signal.

Once the frequency of the desired transmission signal **5714** is known, the characteristics of the signal must be determined. These characteristics include, but are not limited to, whether the transmitter will operate at a fixed frequency or over a range of frequencies, and if it is to operate over a range of frequencies, whether those frequencies are continuous or are divided into discrete "channels." If the frequency range is divided into discrete channels, the spacing between the channels must be ascertained. As an example, cordless phones operating in this frequency range may operate on discrete channels that are 50 KHz apart. That is, if the cordless phones operate in the 905 MHz to 915 MHz range (inclusive), the channels could be found at 905.000, 905.050, 905.100, . . . , 914.900, 914.950, and 915.000.

7.3 Modulation Scheme.

Another characteristic that must be ascertained is the desired modulation scheme that is to be used. As described above in sections 2.1–2.2.4, above, these modulation schemes include FM, PM, AM, etc., and any combination or subset thereof, specifically including the widely used "I/Q" subset of PM. Just as the frequency of the desired transmission signal **5714** is typically determined by the intended application, so too is the modulation scheme.

7.4 Characteristics of the Information Signal.

The characteristics of an information signal **5702** are also factors in the design of the transmitter circuit. Specifically, the bandwidth of the information signal **5702** defines the minimum frequency for an oscillating signal **5704, 5738, 5744** (for the FM, PM, and AM modes, respectively).

7.5 Characteristics of the Oscillating Signal.

The desired frequency of the oscillating signal **5704, 5738, 5744** is also a function of the frequency and characteristics of the desired transmission signal **5714**. Also, the frequency and characteristics of the desired transmission signal **5714** are factors in determining the pulse width of the pulses in a string of pulses **5706**. Note that the frequency of the oscillating signal **5704, 5738, 5744** is substantially the same as the frequency of the string of pulses **5706**. (An exception, which is discussed below, is when a pulse shaping circuit **5722** increases the frequency of the oscillating signal **5704, 5738, 5744** in a manner similar to that described above in section 4.3.2.) Note also that the frequency and pulse width of the string of pulses **5706** is substantially the same as the frequency and pulse width of a harmonically rich signal **5708**.

7.5.1 Frequency of the Oscillating Signal.

The frequency of the oscillating signal **5704, 5738, 5744** must be a subharmonic of the frequency of the desired transmission signal **5714**. A subharmonic is the quotient obtained by dividing the fundamental frequency, in this case the frequency of the desired transmission signal **5714**, by an integer. When describing the frequency of certain signals, reference is often made herein to a specific value. It is understood by those skilled in the relevant art(s) that this reference is to the nominal center frequency of the signal, and that the actual signal may vary in frequency above and below this nominal center frequency based on the desired

6,091,940

**63**

modulation technique being used in the circuit. As an example to be used herein, if the frequency of the desired transmission signal is 910 MHz, and it is to be used in an FM mode where, for example, the frequency range of the modulation is 40 KHz, the actual frequency of the signal will vary ±20 KHz around the nominal center frequency as a function of the information being transmitted. That is, the frequency of the desired transmission signal will actually range between 909.980 MHz and 910.020 MHz.

The first ten subharmonics of a 910.000 MHz signal are given below.

| harmonic | frequency |
|---|---|
| 1st | 910.000MHz |
| 2nd | 455.000 |
| 3rd | 303.333... |
| 4th | 227.500 |
| 5th | 182.000 |
| 6th | 151.666... |
| 7th | 130.000 |
| 8th | 113.750 |
| 9th | 101.111... |
| 10th | 91.000 |

The oscillating signal **5704, 5738, 5744** can be at any one of these frequencies or, if desired, at a lower subharmonic. For discussion herein, the 9th subharmonic will be chosen. Those skilled in the relevant art(s) will understand that the analysis herein applies regardless of which harmonic is chosen. Thus the nominal center frequency of the oscillating signal **5704, 5738, 5744** will be 101.1111 MHz. Recalling that in the FM mode, the frequency of the desired transmission signal **5714** is actually 910.000 MHz±0.020 MHz, it can be shown that the frequency of the oscillating signal **5704** will vary ±0.00222 MHz (i.e., from 101.10889 MHz to 101.11333 MHz). The frequency and frequency sensitivity of the oscillating signal **5704** will drive the selection or design of the voltage controlled oscillator (VCO) **5720**.

Another frequency consideration is the overall frequency range of the desired transmission signal. That is, if the transmitter is to be used in the cordless phone of the above example and will transmit on all channels between 905 MHz and 915 MHz, the VCO **5720** (for the FM mode) or the local oscillator (LO) **5734** (for the PM and AM modes) will be required to generate oscillating frequencies **5704, 5738, 5744** that range from 100.5556 MHz to 101.6667 MHz. (That is, the 9th subharmonic of 910 MHz±5 MHz). In some applications, such as the cellular phone, the frequencies will change automatically, based on the protocols of the overall cellular system (e.g., moving from one cell to an adjacent cell). In other applications, such as a police radio, the frequencies will change based on the user changing channels.

In some applications, different models of the same transmitter will transmit signals at different frequencies, but each model will, itself, only transmit a single frequency. A possible example of this might be remote controlled toy cars, where each toy car operates on its own frequency, but, in order for several toy cars to operate in the same area, there are several frequencies at which they could operate. Thus, the design of the VCO **5720** or LO **5734** will be such that it is able to be tuned to a set frequency when the circuit is fabricated, but the user will typically not be able to adjust the frequency.

It is well known to those skilled in the relevant art(s) that several of the criteria to be considered in the selection or design of an oscillator (VCO **5720** or LO **5734**) include, but

**64**

are not limited to, the nominal center frequency of the desired transmission signal **5714**, the frequency sensitivity caused by the desired modulation scheme, the range of all possible frequencies for the desired transmission signal **5714**, and the tuning requirements for each specific application. Another important criterion is the determination of the subharmonic to be used, but unlike the criteria listed above which are dependent on the desired application, there is some flexibility in the selection of the subharmonic.

7.5.2 Pulse Width of the String of Pulses.

Once the frequency of the oscillating signal **5704, 5738, 5744** has been selected, the pulse width of the pulses in the stream of pulses **5706** must be determined. (See sections 4–4.3.4, above, for a discussion of harmonic enhancement and the impact the pulse-width-to-period ratio has on the relative amplitudes of the harmonics in a harmonically rich signal **5708**.) In the example used above, the 9th subharmonic was selected as the frequency of the oscillating signal **5704, 5738, 5744**. In other words, the frequency of the desired transmission signal will be the 9th harmonic of the oscillating signal **5704, 5738, 5744**. One approach in selecting the pulse width might be to focus entirely on the frequency of the oscillating signal **5704, 5738, 5744** and select a pulse width and observe its operation in the circuit. For the case where the harmonically rich signal **5708** has a unity amplitude, and the pulse-width-to-period ratio is 0.1, the amplitude of the 9th harmonic will be 0.0219. Looking again at Table **6000** and FIG. **58** it can be seen that the amplitude of the 9th harmonic is higher than that of the 10th harmonic (which is zero) but is less than half the amplitude of the 8th harmonic. Because the 9th harmonic does have an amplitude, this pulse-width-to-period ratio could be used with proper filtering. Typically, a different ratio might be selected to try and find a ratio that would provide a higher amplitude.

Looking at Eq. 1 in section 4.1.1, it is seen that the relative amplitude of any harmonic is a function of the number of the harmonic and the pulse-width-to-period ratio of the underlying waveform. Applying calculus of variations to the equation, the pulse-width-to-period ratio that yields the highest amplitude harmonic for any given harmonic can be determined.

From Eq. 1, where $A_n$ is the amplitude of the $n^{th}$ harmonic,

$$A_n = [A_{pulse}][(2/\pi)/n]\sin\{n \cdot \pi \cdot (\tau/T)\} \qquad \text{Eq. 2}$$

If the amplitude of the pulse, $A_{pulse}$, is set to unity (i.e., equal to 1), the equation becomes

$$A_n = [2/(n \cdot \pi)]\sin[n \cdot \pi \cdot (\tau/T)] \qquad \text{Eq. 3}$$

From this equation, it can be seen that for any value of n (the harmonic) the amplitude of that harmonic, $A_n$, is a function of the pulse-width-to-period ratio, $\tau/T$. To determine the highest value of $A_n$ for a given value of n, the first derivative of $A_n$ with respect to $\tau/T$ is taken. This gives the following equations.

$$\delta(A_n)/\delta(\tau/T) = \delta\{[2/(n \cdot \tau)]\sin[n \cdot \pi \cdot (\tau/T)]\}/\delta(\tau/T) \qquad \text{Eq. 4}$$

$$= [2/(n \cdot \pi)]\delta[\sin[n \cdot \pi \cdot (\tau/T)]/\delta(\tau/T) \qquad \text{Eq. 5}$$

$$= [2/(n \cdot \pi)]\cos[n \cdot \pi \cdot (\tau/T)] \qquad \text{Eq. 6}$$

From calculus of variations, it is known that when the first derivative is set equal to zero, the value of the variable that will yield a relative maximum (or minimum) can be determined.

6,091,940

## 65

$$\delta(A_n)/\delta(\tau/T)=0 \qquad \text{Eq. 7}$$

$$[2/(n\cdot\pi)]\cos[n\cdot\pi\cdot(\tau/T)]=0 \qquad \text{Eq. 8}$$

$$\cos[n\cdot\pi\cdot(\tau/T)]=0 \qquad \text{Eq. 9}$$

From trigonometry, it is known that for Eq. 9 to be true,

$$n\cdot\pi\cdot(\tau/T)=\pi/2 \text{ (or } 3\pi/2, 5\pi/2, \text{ etc.)} \qquad \text{Eq. 10}$$

$$\tau/T=(\pi/2)/(n\cdot\pi) \qquad \text{Eq. 11}$$

$$\tau/T=1/(2\cdot n) \text{ (or } 3/(2\cdot n), 5/(2\cdot n), \text{ etc.)} \qquad \text{Eq. 12}$$

The above derivation is well known to those skilled in the relevant art(s). From Eq. 12, it can be seen that if the pulse-width-to-period ratio is equal to $1/(2\cdot n)$, the amplitude of the harmonic should be substantially optimum. For the case of the 9th harmonic, Eq. 12 will yield a pulse-width-to-period ratio of $1/(2\cdot 9)$ or 0.0556. For the amplitude of this 9th harmonic, Table **6100** of FIG. **61** shows that it is 0.0796. This is an improvement over the previous amplitude for a pulse-width-to-period ratio of 0.1. Table **6100** also shows that the 9th harmonic for this pulse-width-to-period ratio has the highest amplitude of any 9th harmonic, which bears out the derivation above. The frequency spectrum for a pulse-width-to-period ratio of 0.0556 is shown in FIG. **59**. (Note that other pulse-width-to-period ratios of $3/(2\cdot n)$, $5/(2\cdot n)$, etc., will have amplitudes that are equal to but not larger than this one.)

This is one approach to determining the desired pulse-width-to-period ratio. Those skilled in the relevant art(s) will understand that other techniques may also be used to select a pulse-width-to-period ratio.

7.6 Design of the Pulse Shaping Circuit.

Once the determination has been made as to the desired frequency of the oscillating signal **5704**, **5738**, **5744** and of the pulse width, the pulse shaping circuit **5722** can be designed. Looking back to sections 4–4.3.4 it can be seen that the pulse shaping circuit **5722** can not only produce a pulse of a desired pulse width, but it can also cause the frequency of the string of pulses **5706** to be higher than the frequency of the oscillating signal **5704**, **5738**, **5744**. Recall that the pulse-width-to-period ratio applies to the pulse-width-to-period ratio of the harmonically rich signal **5708** and not to the pulse-width-to-period ratio of the oscillating signal **5704**, **5738**, **5744**, and that the frequency and pulse width of the harmonically rich signal **5708** mirrors the frequency and pulse width of the string of pulses **5706**. Thus, if in the selection of the VCO **5720** or LO **5734** it was desired to choose an oscillator that is lower than that required for the selected harmonic, the pulse shaping circuit **5733** can be used to increase the frequency. Going back to the previous example, the frequency of the oscillating signal **5704**, **5738**, **5744** could be 50.5556 MHz rather than 101.1111 MHz if the pulse shaping circuit **5722** was designed such as discussed in sections 4.2.2–4.2.2.2 (shown in FIGS. **40A**–**40D**) not only to shape the pulse, but also to double the frequency. While that discussion was specifically for a square wave input, those skilled in the relevant art(s) will understand that similar techniques will apply to non-rectangular waveforms (e.g., a sinusoidal wave). This use of the pulse shaping circuit to double the frequency has a possible advantage in that it allows the design and selection of an oscillator (VCO **5720** of LO **5734**) with a lower frequency, if that is a consideration.

It should also be understood that the pulse shaping circuit **5722** is not always required. If the design or selection of the VCO **5720** or LO **5734** was such that the oscillating signal

## 66

**5704**, **5738**, **5744** was a substantially rectangular wave, and that substantially rectangular wave had a pulse-width-to-period ratio that was adequate, the pulse shaping circuit **5722** could be eliminated.

7.7 Selection of the Switch.

The selection of a switch **5724** can now be made. The switch **5724** is shown in the examples of FIGS. **57A**, **57B**, and **57C** as a GaAsFET. However, it may be any switching device of any technology that can open and close "crisply" enough to accommodate the frequency and pulse width of the string of pulses **5706**.

7.8 Design of the Filter.

The design of the filter **5726** is determined by the frequency and frequency range of the desired transmission signal **5714**. As discussed above in sections 3.3.9–3.3.9.2, the term "Q" is used to describe the ratio of the center frequency of the output of the filter to the bandwidth of the "3 dB down" point. The trade offs that were made in the selection of the subharmonic to be used is a factor in designing the filter. That is, if, as an excursion to the example given above, the frequency of the desired transmission signal were again 910 MHz, but the desired subharmonic were the 50th subharmonic, then the frequency of that 50th subharmonic would be 18.2000 MHz. This means that the frequencies seen by the filter will be 18.200 MHz apart. Thus, the "Q" will need to be high enough to avoid allowing information from the adjacent frequencies being passed through. The other consideration for the "Q" of the filter is that it must not be so tight that it does not permit the usage of the entire range of desired frequencies.

7.9 Selection of an Amplifier.

An amplifier module **5728** will be needed if the signal is not large enough to be transmitted or if it is needed for some downstream application. This can occur because the amplitude of the resultant harmonic is too small. It may also occur if the filter **5726** has attenuated the signal.

7.10 Design of the Transmission Module.

A transmission module **5730**, which is optional, ensures that the output of the filter **5726** and the amplifier module **5728** is able to be transmitted. In the implementation wherein the transmitter is used to broadcast EM signals over the air, the transmission module matches the impedance of the output of the amplifier module **5728** and the input of an antenna **5732**. This techniques is well known to those skilled in the relevant art(s). If the signal is to be transmitted over a point-to-point line such as a telephone line (or a fiber optic cable) the transmission module **5730** may be a line driver (or an electrical-to-optical converter for fiber optic implementation).

What is claimed is:

1. An apparatus for communicating, comprising:

a first switch module that receives a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal;

a second switch module that receives a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal;

a summer coupled to said first switch module and to said second switch module, said summer to receive and

6,091,940

**67**

combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

**2**. The apparatus of claim **1**, wherein said first oscillating signal and said second oscillating signal have substantially the same frequency and are out of phase with each other by substantially 90°.

**3**. The apparatus of claim **1**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first periodic signal is modulated substantially the same as said first modulated oscillating signal, and wherein each of said first plurality of harmonics is modulated substantially the same as said first periodic signal; and

said second periodic signal is modulated substantially the same as said second modulated oscillating signal, and wherein each of said second plurality of harmonics is modulated substantially the same as said second periodic signal.

**4**. An apparatus for frequency up-conversion, comprising:

a switch module that receives an oscillating signal and a bias signal, wherein said oscillating signal causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said periodic signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate at least one of said plurality of harmonics.

**5**. The apparatus of claim **4**, wherein said oscillating signal is a modulated oscillating signal, wherein said periodic signal is modulated substantially the same as said modulated oscillating signal, and wherein each of said plurality of harmonics is modulated substantially the same as said periodic signal.

**6**. The apparatus of claim **4**, wherein said oscillating signal is a frequency modulated oscillating signal.

**7**. The apparatus of claim **4**, wherein said oscillating signal is a phase modulated oscillating signal.

**8**. The apparatus of claim **4**, wherein said oscillating signal is a modulated oscillating signal wherein said modulated oscillating signal is a function of a first information signal, and wherein said bias signal is a function of a second information signal.

**9**. A method of communicating, comprising the steps of:

(1) accepting a modulated oscillating signal;

(2) gating a bias signal at a rate that is a function of said modulated oscillating signal to create a periodic signal having a plurality of harmonics, said periodic signal having an amplitude that is a function of said bias signal, said periodic signal being modulated substantially the same as said modulated oscillating signal, and each of said harmonics being modulated substantially the same as said modulated oscillating signal, at least one of said plurality of harmonics being a desired harmonic at a desired frequency.

**10**. The method of claim **9**, further comprising the step of:

(3) isolating said desired harmonic.

**11**. The method of claim **9**, wherein step (1) further comprises:

shaping said modulated oscillating signal to create a string of pulses; and step (2) comprises

**68**

gating a bias signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, at least one of said plurality of harmonics being a desired harmonic.

**12**. A method of communicating, comprising the steps of:

(1) gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, said periodic signal having an amplitude that is a function of said reference signal, and at least one of said plurality of harmonics being a desired harmonic; and

(2) outputting said periodic signal.

**13**. The method of claim **12**, further comprising the step of:

(3) isolating said desired harmonic from said periodic signal.

**14**. The method of claim **12**, wherein step (1) comprises:

(a) shaping a modulated oscillating signal to create a string of pulses, and

(b) gating a reference signal with said string of pulses.

**15**. An apparatus for communicating comprising:

a transmitting subsystem comprising

a modulator to accept an information signal and to output a modulated oscillating signal,

a switch to output a harmonically rich signal comprised of a plurality of harmonics, said switch controlled by a control signal, said signal being said modulated oscillating signal, said switch having a first input connected to a bias signal at a first potential and a second input connected to a second potential, said harmonically rich signal having an amplitude that is a function of said bias signal,

a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

a receiving subsystem.

**16**. The apparatus of claim **15**, wherein said receiving subsystem is a universal frequency down-converter.

**17**. The apparatus of claim **15**, wherein said transmitting subsystem further comprises:

a pulse shaper to accept said modulated oscillating signal and to output a string of modulated pulses, and

wherein said string of modulated pulses is said control signal.

**18**. An apparatus for communicating, comprising:

a first switch module to receive a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal, said first bias signal being a function of a first information signal;

a second switch module to receive a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal, said second bias signal being a function of a second information signal;

APPX134

6,091,940

**69**

a summer coupled to said first switch module and to said second switch module, said summer to receive and combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

19. The apparatus of claim **18**, wherein said first information signal is a first digital information signal, and said second information signal is a second digital information signal, said first digital information signal being comprised of a plurality of discrete states, and said second digital information signal being comprised of a plurality of discrete states.

20. The apparatus of claim **18**, wherein said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal.

21. An apparatus for frequency up-conversion, comprising:

a pulse shaping module to receive an oscillating signal and to output a shaped string of pulses that is a function of said oscillating signal;

a switch module to receive said shaped string of pulses and a bias signal, wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said bias signal being a function of an information signal, said periodic signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate one or more desired harmonics of said plurality of harmonics.

22. An apparatus for communicating comprising:

(a) a transmitting subsystem comprising:

(1) a switch module having a first input connected to a bias signal, a control input connected to a control signal, and an output generating a periodic signal, wherein said control signal is an oscillating signal, said control signal causing said switch module to gate said bias signal, said periodic signal having an amplitude that is a function of said bias signal, and said periodic signal being a harmonically rich signal comprised of a plurality of harmonics, and

(2) a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

(b) a receiving subsystem.

23. The apparatus of claim **22**, wherein said transmitting subsystem further comprises:

a pulse shaper to accept said oscillating signal and to output a string of pulses, and wherein said string of pulses causes said switch module to gate said bias signal.

24. The apparatus of claim **22**, wherein said receiving subsystem comprises:

an aliasing module, further comprising:

(1) a universal frequency translation (UFT) module, said UFT module aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal, and transferring energy from said electromagnetic signal at said aliasing rate;

(2) a signal generator generating said aliasing signal, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and

(3) a storage device storing energy from said UFT module.

**70**

25. A method of communicating, comprising the steps of:

(1) shaping an oscillating signal to create a string of pulses that is a function of said oscillating signal;

(2) gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an information signal, and at least one of said plurality of harmonics being a desired harmonic; and

(3) outputting said periodic signal, said periodic signal having an amplitude that is a function of said reference signal.

26. The method of claim **25**, further comprising the step of:

(4) isolating said desired harmonic from said periodic signal.

27. The apparatus of claim **1**, further comprising:

a first pulse shaping module connected to said first switch module, said first pulse shaping module accepting said first oscillating signal and outputting a first shaped oscillating signal, wherein said first shaped oscillating signal causes said first switch module to gate said first bias signal;

a second pulse shaping module connected to said second switch module, said second pulse shaping module accepting said second oscillating signal and outputting a second shaped oscillating signal, wherein said second shaped oscillating signal causes said second switch module to gate said second bias signal.

28. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said first desired harmonic has a first desired period, the ratio of said first control pulse width to said first desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

29. The apparatus of claim **28**, wherein said first shaping ratio is substantially equal to or less than 0.5.

30. The apparatus of claim **28**, wherein said second shaping ratio is substantially equal to or less than 0.5.

31. The apparatus of claim **28**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

32. The apparatus of claim **28**, wherein said first shaping ratio is greater than 0.5.

33. The apparatus of claim **28**, wherein said second shaping ratio is greater than 0.5.

6,091,940

71

**34**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer.

**35**. The apparatus of claim **34**, wherein said shaping ratio is substantially equal to or less than 0.5.

**36**. The apparatus of claim **35**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio;

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer; and

wherein said second desired period is substantially equal to said desired period.

**37**. The apparatus of claim **36**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**38**. The apparatus of claim **27**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said combined desired harmonic has a combined desired period, the ratio of said first control pulse width to said combined desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, the ratio of said second control pulse width to said combined desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**39**. The apparatus of claim **38**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**40**. The apparatus of claim **38**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**41**. The apparatus of claim **38**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**42**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control

72

period, said first control period being the inverse of said first control frequency, said first desired harmonic has a first desired frequency and a first desired period, said first desired period being the inverse of said first desired frequency; wherein said first desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**43**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.5.

**44**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.5.

**45**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.1.

**46**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.1.

**47**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.05.

**48**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.05.

**49**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.01.

**50**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.01.

**51**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to said first control ratio.

**52**. The apparatus of claim **42**, wherein said first control ratio is greater than 0.5.

**53**. The apparatus of claim **42**, wherein said second control ratio is greater than 0.5.

**54**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n(1)" times said control frequency, where "n(1)" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that

6,091,940

**73**

said control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer.

55. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.5.

56. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.1.

57. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.05.

58. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.01.

59. The apparatus of claim **54**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer; and

wherein said second desired frequency is substantially equal to said desired frequency.

60. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.5.

61. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.1.

62. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.05.

63. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.01.

64. The apparatus of claim **27**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said combined desired harmonic has a combined desired frequency and a combined desired period, said combined desired period being the inverse of said combined desired frequency; wherein said combined desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first combined desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency; wherein said combined desired frequency is substantially equal to

**74**

"n(2)" times said second control frequency, where "n(2)" is a second combined desired integer, the ratio of said second control pulse width to said second control period is a second control ratio; and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

65. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.5.

66. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.5.

67. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.1.

68. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.1.

69. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.05.

70. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.05.

71. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.01.

72. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.01.

73. The apparatus of claim **64**, wherein said second control ratio is substantially equal to said first control ratio.

74. The apparatus of claim **1**, wherein said first oscillating signal is modulated with a digital information signal.

75. The apparatus of claim **1**, wherein said second oscillating signal is modulated with a digital information signal.

76. The apparatus of claim **1**, wherein said first oscillating signal is modulated with an analog information signal.

77. The apparatus of claim **1**, wherein said second oscillating signal is modulated with an analog information signal.

78. The apparatus of claim **1**, wherein said first oscillating signal is a phase modulated oscillating signal.

79. The apparatus of claim **1**, wherein said second oscillating signal is a phase modulated oscillating signal.

80. The apparatus of claim **1**, wherein said first switch module is a electromechanical device.

81. The apparatus of claim **1**, wherein said first switch module is a electronic device.

82. The apparatus of claim **81**, wherein said electronic device is a semiconductor device.

83. The apparatus of claim **82**, wherein said semiconductor device is a transistor.

84. The apparatus of claim **83**, wherein said transistor is a field effect transistor.

85. The apparatus of claim **84**, wherein said field effect transistor is a gallium arsenide field effect transistor.

86. The apparatus of claim **84**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

87. The apparatus of claim **1**, wherein said second switch module is a electromechanical device.

88. The apparatus of claim **1**, wherein said second switch module is a electronic device.

89. The apparatus of claim **88**, wherein said electronic device is a semiconductor device.

90. The apparatus of claim **89**, wherein said semiconductor device is a transistor.

91. The apparatus of claim **90**, wherein said transistor is a field effect transistor.

92. The apparatus of claim **91**, wherein said field effect transistor is a gallium arsenide field effect transistor.

93. The apparatus of claim **91**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

6,091,940

**75**

94. The apparatus of claim **1**, wherein said first plurality of harmonics are harmonics of the fundamental frequency of said first periodic signal and said second plurality of harmonics are harmonics of the fundamental frequency of said second periodic signal.

95. The apparatus of claim **1**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, "F(control);"

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said first control frequency, "F(control);"

wherein said combined periodic signal has a combined periodic signal pulse width, "PW(periodic signal, combined)," and a combined periodic signal amplitude, "A(periodic signal,combined);" wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal, combined)" is substantially equal to:

$$\{[2 \cdot F(control)]/[\pi \cdot F(desired)]\} \cdot \{\sin[\pi \cdot F(desired) \cdot PW(periodic signal, combined)]\}.$$

96. The apparatus of claim **1**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, said first control frequency being a gating frequency, "F(gating)," a first control period, said first control period being a gating period, "T(gating)," and a first control pulse width, "PW(control, 1)," said first control period being the inverse of said first control frequency;

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said gating frequency, "F(gating)," a second control period substantially equal to said gating period, "T(gating)," and a second control pulse width, "PW(control,2)," said second control period being the inverse of said second control frequency;

wherein said combined periodic signal has a combined periodic signal frequency, "F(periodic signal, combined)," a combined periodic signal period, "T(periodic signal,combined)," a combined periodic signal pulse width, "PW(periodic signal,combined)," and a combined periodic signal amplitude, "A(periodic signal,combined)," said combined periodic signal period being the inverse of said combined periodic signal frequency;

wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period,

**76**

"T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said gating frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said combined periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi \cdot n)] \cdot \sin\{\pi \cdot n \cdot [PW(periodic signal, combined)/T(gating)]\}.$$

97. The apparatus of claim **1**, wherein said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

98. The apparatus of claim **1**, wherein

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content; and

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content.

99. The apparatus of claim **1**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

100. The apparatus of claim **4**, further comprising a pulse shaping module connected to said switch module, said pulse shaping module accepting said oscillating signal and outputting a shaped oscillating signal, wherein said shaped oscillating signal causes said switch module to gate said bias signal.

101. The apparatus of claim **100**, wherein one of said plurality of harmonics of said periodic signal is a desired harmonic, wherein:

said shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said pulse shaping module shapes said oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

102. The apparatus of claim **101**, wherein said shaping ratio is substantially equal to or less than 0.5.

103. The apparatus of claim **101**, wherein said shaping ratio is greater than 0.5.

104. The apparatus of claim **100**, wherein one of said plurality of harmonics of said periodic signal is a desired harmonic, wherein:

said shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said

6,091,940

**77**

desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and said pulse shaping module shapes said oscillating signal by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

105. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.5.

106. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.1.

107. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.05.

108. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.01.

109. The apparatus of claim **104**, wherein said control ratio is greater than 0.5.

110. The apparatus of claim **4**, wherein said oscillating signal is a digital information signal.

111. The apparatus of claim **4**, wherein said oscillating signal is a analog information signal.

112. The apparatus of claim **4**, wherein said switch module is an electromechanical device.

113. The apparatus of claim **4**, wherein said switch module is an electronic device.

114. The apparatus of claim **113**, wherein said electronic device is a semiconductor device.

115. The apparatus of claim **114**, wherein semiconductor device is a transistor.

116. The apparatus of claim **115**, wherein said transistor is a field effect transistor.

117. The apparatus of claim **116**, wherein said field effect transistor is a gallium arsenide field effect transistor.

118. The apparatus of claim **116**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

119. The apparatus of claim **4**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

120. The apparatus of claim **4**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2 \cdot F(control)]/[\pi \cdot F(desired)]\} \cdot \{sin[\pi \cdot (desired) \cdot PW(periodic signal)]\}.$$

121. The apparatus of claim **4**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control),"

**78**

said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi \cdot n)]sin\{\pi \cdot n \cdot [PW(periodic signal)/T(control)]\}.$$

122. The apparatus of claim **4**, wherein said filter is centered at a frequency other than the frequency of said oscillating signal.

123. The apparatus of claim **4**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

124. The apparatus of claim **4**, wherein

said oscillating signal is a modulated oscillating signal;

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content; and

said filter is centered at a frequency other than the frequency of said oscillating signal.

125. The method of claim **11**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein said shaping step further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

126. The method of claim **125**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

127. The method of claim **125**, wherein said shaping ratio is greater than 0.5.

128. The method of claim **11**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein said shaping step further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

129. The method of claim **128**, wherein the regulating step comprises:

6,091,940

**79**

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**130**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**131**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**132**. The method of claim **128**, wherein said control ratio is greater than 0.5.

**133**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, said modulated oscillating signal being a frequency modulated oscillating signal.

**134**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, said modulated oscillating signal being a phase modulated oscillating signal.

**135**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, wherein said modulated oscillating signal is modulated with a digital information signal.

**136**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, wherein said modulated oscillating signal is modulated with an analog information signal.

**137**. The method of claim **9**, wherein said gating step is performed by an electromechanical device.

**138**. The method of claim **9**, wherein said gating step is performed by an electronic device.

**139**. The method of claim **138**, wherein said electronic device is a semiconductor device.

**140**. The method of claim **139**, wherein said semiconductor device is a transistor.

**141**. The method of claim **140**, wherein said transistor is a field effect transistor.

**142**. The method of claim **141**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**143**. The method of claim **141**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**144**. The method of claim **9**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**145**. The method of claim **9**, wherein:

said bias signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW (periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal})]\}.$$

**146**. The method of claim **9**, wherein:

said bias signal is gated at a rate that is a function of a control signal, said control signal being a function of

**80**

said modulated oscillating signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW (control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**147**. The method of claim **9**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**148**. The method of claim **9**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**149**. The method of claim **9**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**150**. The method of claim **14**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein step (1)(a) further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**151**. The method of claim **150**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**152**. The method of claim **150**, wherein said shaping ratio is greater than 0.5.

**153**. The method of claim **14**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein step (1)(a) further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

6,091,940

**81**

154. The method of claim 153, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

155. The method of claim 153, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

156. The method of claim 153, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.05.

157. The method of claim 153, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

158. The method of claim 153, wherein said control ratio is greater than 0.5.

159. The method of claim 12, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a frequency modulated oscillating signal to create a periodic signal having a plurality of harmonics, said frequency modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

160. The method of claim 12, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a phase modulated oscillating signal to create a periodic signal having a plurality of harmonics, said phase modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

161. The method of claim 12, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal, said first information signal being a digital information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

162. The method of claim 12, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal, said first information signal being an analog information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

163. The method of claim 12, wherein said gating step is performed by an electromechanical device.

164. The method of claim 12, wherein said gating step is performed by an electronic device.

165. The method of claim 164, wherein said electronic device is a semiconductor device.

166. The method of claim 165, wherein said semiconductor device is a transistor.

167. The method of claim 166, wherein said transistor is a field effect transistor.

**82**

168. The method of claim 167, wherein said field effect transistor is a gallium arsenide field effect transistor.

169. The method of claim 167, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

170. The method of claim 12, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

171. The method of claim 12, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW (periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$\{[2 \cdot F(control)]/[\pi \cdot F(desired)]\} \cdot \{sin[\pi \cdot F(desired) \cdot PW(periodic\ signal)]\}$.

172. The method of claim 12, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW (control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$AR = [2/(\pi \cdot n)] \cdot sin\{\pi \cdot n \cdot [PW(periodic\ signal)/T(control)]\}$.

173. The method of claim 12, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

174. The method of claim 12, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

175. The method of claim 12, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

6,091,940

**83**

176. The apparatus of claim 17, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of modulated pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaper shapes said string of modulated pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

177. The apparatus of claim 176, wherein said shaping ratio is substantially equal to or less than 0.5.

178. The apparatus of claim 176, wherein said shaping ratio is greater than 0.5.

179. The apparatus of claim 17, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of modulated pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaper shapes said string of modulated pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

180. The apparatus of claim 179, wherein said control ratio is substantially equal to or less than 0.5.

181. The apparatus of claim 179, wherein said control ratio is substantially equal to or less than 0.1.

182. The apparatus of claim 179, wherein said control ratio is substantially equal to or less than 0.05.

183. The apparatus of claim 179, wherein said control ratio is substantially equal to or less than 0.01.

184. The apparatus of claim 179, wherein said control ratio is greater than 0.5.

185. The apparatus of claim 15, wherein said modulated oscillating signal is a modulated digital information signal.

186. The apparatus of claim 15, wherein said modulated oscillating signal is a modulated analog information signal.

187. The apparatus of claim 15, wherein said modulator is a frequency modulator.

188. The apparatus of claim 15, wherein said modulator is a phase modulator.

189. The apparatus of claim 15, wherein said switch module is an electromechanical device.

190. The apparatus of claim 15, wherein said switch module is an electronic device.

191. The apparatus of claim 190, wherein said electronic device is a semiconductor device.

192. The apparatus of claim 191, wherein semiconductor device is a transistor.

193. The apparatus of claim 192, wherein said transistor is a field effect transistor.

194. The apparatus of claim 193, wherein said field effect transistor is a gallium arsenide field effect transistor.

195. The apparatus of claim 193, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

196. The apparatus of claim 15, wherein said plurality of harmonics are harmonics of the fundamental frequency of said harmonically rich signal.

**84**

197. The apparatus of claim 15, wherein:

said switch accepts a control signal, said control signal being a function of said modulated oscillating signal, wherein said control signal causes said switch to gate said bias signal, said control signal having a control frequency, "F(control);" wherein said harmonically rich (HR) signal has an HR signal pulse width, "PW (HR signal)," and an HR signal amplitude, "A(HR signal)," said HR signal amplitude being a function of said bias signal; wherein one of said one or more harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(HR signal)" is substantially equal to:

$$\{[2\cdot F(control)]/[\pi\cdot F(preferred)]\}\cdot\{\sin[\pi\cdot F(preferred)\cdot PW(HR\ signal)]\}.$$

198. The apparatus of claim 15, wherein:

said switch accepts a control signal, said control signal being a function of said modulated oscillating signal, wherein said control signal causes said switch to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said harmonically rich (HR) signal has an HR signal frequency, "F(HR signal)," an HR signal period, "T(HR signal)," an HR signal pulse width, "PW(HR signal)," and an HR signal amplitude, "A(HR signal)," said HR signal period being the inverse of said HR signal frequency and said HR signal amplitude being a function of said bias signal; wherein one of said one or more harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said HR signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(HR\ signal)/T(control)]\}.$$

199. The apparatus of claim 15, wherein said filter is centered at a frequency other than the frequency of said modulated oscillating signal.

200. The apparatus of claim 15, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch determine said harmonic content.

201. The apparatus of claim 15, wherein

said harmonically rich signal has an amplitude that is a function of said bias signal.

202. The apparatus of claim 15, wherein

said harmonically rich signal has an amplitude that is a function of said bias signal;

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch determine said harmonic content; and

said filter is centered at a frequency other than the frequency of said modulated oscillating signal.

203. The apparatus of claim 18, further comprising:

a first pulse shaping module connected to said first switch module, said first pulse shaping module accepting said

6,091,940

## 85

first oscillating signal and outputting a first shaped oscillating signal;

a second pulse shaping module connected to said second switch module, said second pulse shaping module accepting said second oscillating signal and outputting a second shaped oscillating signal.

**204**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said first desired harmonic has a first desired period, the ratio of said first control pulse width to said first desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**205**. The apparatus of claim **204**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**206**. The apparatus of claim **204**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**207**. The apparatus of claim **204**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**208**. The apparatus of claim **204**, wherein said first shaping ratio is greater than 0.5.

**209**. The apparatus of claim **204**, wherein said second shaping ratio is greater than 0.5.

**210**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer.

**211**. The apparatus of claim **210**, wherein said shaping ratio is substantially equal to or less than 0.5.

**212**. The apparatus of claim **210**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio;

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is sub-

## 86

stantially equal to or less than one-half of "m(2)", where "m(2)" is any integer; and

wherein said second desired period is substantially equal to said desired period.

**213**. The apparatus of claim **212**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**214**. The apparatus of claim **203**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said combined desired harmonic has a combined desired period, the ratio of said first control pulse width to said combined desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, the ratio of said second control pulse width to said combined desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**215**. The apparatus of claim **214**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**216**. The apparatus of claim **214**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**217**. The apparatus of claim **214**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**218**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said first desired harmonic has a first desired frequency and a first desired period, said first desired period being the inverse of said first desired frequency; wherein said first desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where

6,091,940

**87**

"n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

219. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.5.

220. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.5.

221. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.1.

222. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.1.

223. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.05.

224. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.05.

225. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.01.

226. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.01.

227. The apparatus of claim **218**, wherein said second control ratio is substantially equal to said first control ratio.

228. The apparatus of claim **218**, wherein said first control ratio is greater than 0.5.

229. The apparatus of claim **218**, wherein said second control ratio is greater than 0.5.

230. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n(1)" times said control frequency, where "n(1)" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer.

231. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.5.

232. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.1.

233. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.05.

234. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.01.

235. The apparatus of claim **230**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to

**88**

"n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer; and

wherein said second desired frequency is substantially equal to said desired frequency.

236. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.5.

237. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.1.

238. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.05.

239. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.01.

240. The apparatus of claim **203**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said combined desired harmonic has a combined desired frequency and a combined desired period, said combined desired period being the inverse of said combined desired frequency; wherein said combined desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first combined desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency; wherein said combined desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second combined desired integer, the ratio of said second control pulse width to said second control period is a second control ratio; and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

241. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.5.

242. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.5.

243. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.1.

244. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.1.

245. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.05.

246. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.05.

6,091,940

**89**

247. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.01.

248. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.01.

249. The apparatus of claim **240**, wherein said second control ratio is substantially equal to said first control ratio.

250. The apparatus of claim **18**, wherein said first switch module is an electromechanical device.

251. The apparatus of claim **18**, wherein said first switch module is an electronic device.

252. The apparatus of claim **251**, wherein said electronic device is a semiconductor device.

253. The apparatus of claim **252**, wherein said semiconductor device is a transistor.

254. The apparatus of claim **253**, wherein said transistor is a field effect transistor.

255. The apparatus of claim **254**, wherein said field effect transistor is a gallium arsenide field effect transistor.

256. The apparatus of claim **254**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

257. The apparatus of claim **18**, wherein said second switch module is an electromechanical device.

258. The apparatus of claim **18**, wherein said second switch module is an electronic device.

259. The apparatus of claim **258**, wherein said electronic device is a semiconductor device.

260. The apparatus of claim **259**, wherein said semiconductor device is a transistor.

261. The apparatus of claim **260**, wherein said transistor is a field effect transistor.

262. The apparatus of claim **261**, wherein said field effect transistor is a gallium arsenide field effect transistor.

263. The apparatus of claim **261**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

264. The apparatus of claim **18**, wherein said first plurality of harmonics are harmonics of the fundamental frequency of said first periodic signal and said second plurality of harmonics are harmonics of the fundamental frequency of said second periodic signal.

265. The apparatus of claim **18**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, "F(control);"

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said first control frequency, "F(control);"

wherein said combined periodic signal has a combined periodic signal pulse width, "PW(periodic signal, combined)," and a combined periodic signal amplitude, "A(periodic signal,combined);" wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal, combined)" is substantially equal to:

$$\{[2 \cdot F(\text{control})]/[\pi \cdot F(\text{desired})]\} \cdot \{\sin[\pi \cdot F(\text{desired}) \cdot PW(\text{periodic signal,combined})]\}.$$

**90**

266. The apparatus of claim **18**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, said first control frequency being a gating frequency, "F(gating)," a first control period, said first control period being a gating period, "T(gating)," and a first control pulse width, "PW(control,1)," said first control period being the inverse of said first control frequency;

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said gating frequency, "F(gating)," a second control period substantially equal to said gating period, "T(gating)," and a second control pulse width, "PW (control,2)," said second control period being the inverse of said second control frequency;

wherein said combined periodic signal has a combined periodic signal frequency, "F(periodic signal, combined)," a combined periodic signal period, "T(periodic signal,combined)," a combined periodic signal pulse width, "PW(periodic signal,combined)," and a combined periodic signal amplitude, "A(periodic signal,combined)," said combined periodic signal period being the inverse of said combined periodic signal frequency;

wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said gating frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said combined periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi \cdot n)] \cdot \sin\{\pi \cdot n \cdot [PW(\text{periodic signal,combined})/T(\text{gating})]\}.$$

267. The apparatus of claim **18**, wherein said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

268. The apparatus of claim **18**, wherein

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content; and

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content.

269. The apparatus of claim **18**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

6,091,940

91

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

270. The apparatus of claim 18, wherein

said first information signal is a first digital information signal, and said second information signal is a second digital information signal, said first digital information signal being comprised of a plurality of discrete states, and said second digital information signal being comprised of a plurality of discrete states;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

271. The apparatus of claim 21, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said shaped string of pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaping module shapes said shaped string of pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

272. The apparatus of claim 271 herein said shaping ratio is substantially equal to or less than 0.5.

273. The apparatus of claim 271 herein said shaping ratio is greater than 0.5.

274. The apparatus of claim 21, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said shaped string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaping module shapes said shaped string of pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

275. The apparatus of claim 274, wherein said control ratio is substantially equal to or less than 0.5.

276. The apparatus of claim 274, wherein said control ratio is substantially equal to or less than 0.1.

277. The apparatus of claim 274, wherein said control ratio is substantially equal to or less than 0.05.

278. The apparatus of claim 274, wherein said control ratio is substantially equal to or less than 0.01.

279. The apparatus of claim 274, wherein said control ratio is greater than 0.5.

280. The apparatus of claim 21, wherein said information signal is a digital information signal.

281. The apparatus of claim 21, wherein said information signal is an analog information signal.

282. The apparatus of claim 21, wherein said switch module is an electromechanical device.

92

283. The apparatus of claim 21, wherein said switch module is an electronic device.

284. The apparatus of claim 283, wherein said electronic device is a semiconductor device.

285. The apparatus of claim 284, wherein said semiconductor device is a transistor.

286. The apparatus of claim 285, wherein said transistor is a field effect transistor.

287. The apparatus of claim 286, wherein said field effect transistor is a gallium arsenide field effect transistor.

288. The apparatus of claim 286, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

289. The apparatus of claim 21, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

290. The apparatus of claim 21, wherein:

said shaped string of pulses has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2 \cdot F(\text{control})]/[\pi \cdot F(\text{preferred})]\} \cdot \{\sin[\pi \cdot F(\text{preferred}) \cdot PW(\text{periodic signal})]\}.$$

291. The apparatus of claim 21, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR = [2/(\pi \cdot n)] \cdot \sin\{\pi \cdot n \cdot [PW(\text{periodic signal})/T(\text{control})]\}.$$

292. The apparatus of claim 21, wherein said filter is centered at a frequency other than the frequency of said oscillating signal.

293. The apparatus of claim 21, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

6,091,940

**93**

**294**. The apparatus of claim **21**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content;

said filter is centered at a frequency other than the frequency of said oscillating signal; and wherein

said shaped string of pulses has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2 \cdot F(control)]/[\pi \cdot F(preferred)] \cdot \{\sin[n \cdot F(preferred) \cdot PW(periodic\ signal)]\}.$$

**295**. The apparatus of claim **23**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaper shapes said string of pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**296**. The apparatus of claim **295**, wherein said shaping ratio is substantially equal to or less than 0.5.

**297**. The apparatus of claim **295**, wherein said shaping ratio is greater than 0.5.

**298**. The apparatus of claim **24**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaper shapes said string of pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**299**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.5.

**300**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.1.

**301**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.05.

**302**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.01.

**303**. The apparatus of claim **298**, wherein said control ratio is greater than 0.5.

**304**. The apparatus of claim **22**, wherein said oscillating signal is a modulated digital information signal.

**305**. The apparatus of claim **22**, wherein said oscillating signal is a modulated analog information signal.

**306**. The apparatus of claim **22**, further comprising a frequency modulator.

**94**

**307**. The apparatus of claim **22**, further comprising a phase modulator.

**308**. The apparatus of claim **22**, wherein said switch module is an electromechanical device.

**309**. The apparatus of claim **22**, wherein said switch module is an electronic device.

**310**. The apparatus of claim **309**, wherein said electronic device is a semiconductor device.

**311**. The apparatus of claim **310**, wherein said semiconductor device is a transistor.

**312**. The apparatus of claim **311**, wherein said transistor is a field effect transistor.

**313**. The apparatus of claim **312**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**314**. The apparatus of claim **312**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**315**. The apparatus of claim **22**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**316**. The apparatus of claim **22**, wherein:

said control signal has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2 \cdot F(control)]/[\pi \cdot F(preferred)]\} \cdot \{\sin[\pi \cdot F(preferred) \cdot PW(periodic\ signal)]\}.$$

**317**. The apparatus of claim **22**, wherein:

said control signal has a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said periodic signal amplitude is an amplitude ratio, "AR;" whereby:

$$AR=[2/(\pi \cdot n)] \cdot \sin\{\pi \cdot n \cdot [PW(periodic\ signal)/T(control)]\}.$$

**318**. The apparatus of claim **22**, wherein said filter is centered on a frequency other than the frequency of said oscillating signal.

**319**. The apparatus of claim **22**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

6,091,940

**95**

320. The apparatus of claim **22**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content; and

said filter is centered on a frequency other than the frequency of said oscillating signal.

321. The apparatus of claim **24**, wherein said storage device is a capacitor.

322. The apparatus of claim **24**, wherein said storage device is an inductor.

323. The apparatus of claim **24**, wherein said receiving subsystem receives said electromagnetic signal via a communication medium.

324. The apparatus of claim **323**, wherein said communication medium comprises a wired medium.

325. The apparatus of claim **323**, wherein said communication medium comprises a wireless medium.

326. The apparatus of claim **24**, wherein said electromagnetic signal is an unmodulated signal.

327. The apparatus of claim **24**, wherein said electromagnetic signal is a modulated signal.

328. The apparatus of claim **327**, wherein said electromagnetic signal is an amplitude modulated signal.

329. The apparatus of claim **327**, wherein said electromagnetic signal is a frequency modulated signal.

330. The apparatus of claim **327**, wherein said electromagnetic signal is a phase modulated signal.

331. The apparatus of claim **24**, wherein:

said signal generator generates an energy transfer signal comprising a string of pulses, said string of pulses controlling opening and closing of a switch to transfer energy from said electromagnetic signal.

332. The apparatus of claim **24**, wherein each pulse in said string of pulses has an aperture that increases the time that said switch is closed thereby reducing an impedance of said switch.

333. The apparatus of claim **331**, wherein each pulse in said string of pulses has an aperture that is widened by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed thereby of increasing energy transferred from said electromagnetic signal.

334. The apparatus of claim **331**, wherein said apertures of said pulses are a non-zero fraction of a period of said electromagnetic signal.

335. The apparatus of claim **333**, wherein said apertures of said pulses are one or more periods of said electromagnetic signal plus or minus a non-zero fraction of a period of said electromagnetic signal.

336. The apparatus of claim **313**, wherein energy transferred from said electromagnetic signal is sufficient to drive loads without additional buffering or amplification, including high impedance loads and low impedance loads.

337. The apparatus of claim **333**, wherein widening of said apertures of said pulses by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed to increase energy transferred from said electromagnetic signal prevents substantial voltage reproduction of said electromagnetic signal during said apertures.

338. The apparatus of claim **331**, wherein an impedance of said switch is matched to a source impedance to increase energy transferred from said electromagnetic signal.

339. The apparatus of claim **331**, wherein an impedance of said switch is matched to a load impedance to increase energy transferred from said electromagnetic signal.

340. The apparatus of claim **24**, wherein said electromagnetic signal is connected to said switch via a resonant circuit,

**96**

said resonant circuit storing energy from components of said electromagnetic signal while said switch is open, and wherein energy stored in said resonant circuit is discharged via said switch while said switch is closed, to thereby increase energy transfer from said electromagnetic signal.

341. The apparatus of claim **340**, wherein said resonant circuit is configured to appear as high impedance to a first range of frequencies including a frequency of said electromagnetic signal, and configured to appear as a low impedance to a second range of frequencies including a frequency of said output signal, such that passage of components of said electromagnetic signal in said first range of frequencies is impeded through said resonant circuit, and such that passage of components of said electromagnetic signal in said second range of frequencies is not so impeded through said resonant circuit.

342. The apparatus of claim **24**, wherein:

said signal generator generates an energy transfer signal comprising a string of pulses, said string of pulses controlling opening and closing of a switch to transfer energy from said electromagnetic signal;

each pulse in said string of pulses has an aperture that increases the time that said switch is closed for a purpose of reducing an impedance of said switch;

each pulse in said string of pulses has an aperture that is widened by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed for a purpose of increasing energy transferred from said electromagnetic signal;

said apertures of said pulses are one of (a) or (b)
(a) a non-zero fraction of a period of said electromagnetic signal;
(b) one or more periods of said electromagnetic signal plus or minus a non-zero fraction of a period of said electromagnetic signal;

energy transferred from said electromagnetic signal is sufficient to drive loads without additional buffering or amplification, including high impedance loads and low impedance loads;

widening of said apertures of said pulses by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed to increase energy transferred from said electromagnetic signal prevents substantial voltage reproduction of said electromagnetic signal during said apertures.

343. The apparatus of claim **342**, wherein an impedance of said switch is matched to a to a source impedance to increase energy transferred from said electromagnetic signal.

344. The apparatus of claim **342**, wherein an impedance of said switch is matched to a load impedance to increase energy transferred from said electromagnetic signal.

345. The apparatus of claim **342**, wherein said electromagnetic signal is connected to said switch via a resonant circuit, said resonant circuit storing energy from components of said electromagnetic signal while said switch is open, and wherein energy stored in said resonant circuit is discharged via said switch while said switch is closed, to thereby increase energy transfer from said electromagnetic signal.

346. The apparatus of claim **342**, wherein said resonant circuit is configured to appear as high impedance to a first range of frequencies including a frequency of said electromagnetic signal, and configured to appear as a low impedance to a second range of frequencies including a frequency of said output signal, such that passage of components of

6,091,940

**97**

said electromagnetic signal in said first range of frequencies is impeded through said resonant circuit, and such that passage of components of said electromagnetic signal in said second range of frequencies is not so impeded through said resonant circuit.

347. The apparatus of claim 24, wherein said storage device is a capacitive device, wherein:

said capacitive device has a capacitance, a first charged state, a second charged state, and a discharge rate;

said first charged state corresponds to a charge on said capacitive device at the end of each pulse in said plurality of pulses;

said second charged state corresponds to a charge on said capacitive device at the beginning of a subsequent pulse in said plurality of pulses;

said discharge rate is a function of said capacitance of said capacitive device, said discharge rate being a rate at which said first charged state changes to said second charged state; and

a ratio of said second charged state to said first charged state is a charged ratio.

348. The apparatus of claim 347, wherein said capacitance of said capacitive device is such that said discharge rate results in said charged ratio being small.

349. The method of claim 25, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein step (1) further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

350. The method of claim 349, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

351. The method of claim 349, wherein said shaping ratio is greater than 0.5.

352. The method of claim 349, wherein "m" is any odd integer.

353. The method of claim 25, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein step (1) further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

354. The method of claim 353, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

355. The method of claim 353, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

356. The method of claim 353, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.05.

**98**

357. The method of claim 353, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

358. The method of claim 353, wherein said control ratio is greater than 0.5.

359. The method of claim 353, wherein "m" is any odd integer.

360. The method of claim 25, wherein step (2) comprises:

gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an analog information signal, and at least one of said plurality of harmonics being a desired harmonic.

361. The method of claim 25, wherein step (2) comprises:

gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of a digital information signal, and at least one of said plurality of harmonics being a desired harmonic.

362. The method of claim 25, wherein said gating step is performed by an electromechanical device.

363. The method of claim 25, wherein said gating step is performed by an electronic device.

364. The method of claim 363, wherein said electronic device is a semiconductor device.

365. The method of claim 364, wherein said semiconductor device is a transistor.

366. The method of claim 365, wherein said transistor is a field effect transistor.

367. The method of claim 366, wherein said field effect transistor is a gallium arsenide field effect transistor.

368. The method of claim 366, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

369. The method of claim 25, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

370. The method of claim 25, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal having a control frequency, wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2 \cdot F(\text{control})]/[\pi \cdot F(\text{desired})]\} \cdot \{\sin[\pi \cdot F(\text{desired}) \cdot PW(\text{periodic signal})]\}.$$

371. The method of claim 25, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal

6,091,940

**99**

period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR = [2/(\pi \cdot n)] \cdot \sin\{\pi \cdot n \cdot [PW(\text{periodic signal})/T(\text{control})]\}.$$

**372**. The method of claim **25**, further comprising the step of filtering said periodic signal with a filter, said filter being

**100**

centered at a frequency other than the frequency of said oscillating signal.

**373**. The method of claim **25**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**374**. The method of claim **26**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said oscillating signal.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,091,940                                    Page 1 of 2
DATED        : July 18, 2000
INVENTOR(S)  : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [56], **References Cited**, U.S. PATENT DOCUMENTS, "3-39632" should be replaced with -- 2-39632 --.

Column 1,
Line 12, please replace "09/170,002" with -- 09/176,022 --.

Column 67,
Line 45, please replace "signal wherein" with -- signal, wherein --.

Column 68,
Line 31, please replace "said signal" with -- said control signal --.

Column 71,
Line 13, please replace "**35**" with -- **34** --.

Column 77,
Line 30, please replace "wherein semiconductor" with -- wherein said semiconductor --.
Lines 58-59, please replace "sin[π·(desired)" with -- sin[π·F(desired) --.

Column 83,
Line 56, please replace "wherein semiconductor" with -- wherein said semiconductor --.

Column 91,
Lines 31 and 33, please replace "herein" with -- wherein --.

Column 93,
Line 19, please replace "sin[n·F" with -- sin[π·F --.

Column 95,
Line 33, please replace "**24**" with -- **331** --.

Column 96,
Line 48, please replace "to a to a source" with -- to a source --.

Column 98,
Line 45, please replace "frequency, wherein" with -- frequency, F(control); wherein --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,091,940                                                    Page 2 of 2
DATED        : July 18, 2000
INVENTOR(S)  : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 100,
Line 8, please replace "**26**" with -- **25** --.

Signed and Sealed this

Fourth Day of November, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

US007218907B2

(12) **United States Patent**
Sorrells et al.

(10) **Patent No.:** US 7,218,907 B2
(45) **Date of Patent:** May 15, 2007

(54) **METHOD AND CIRCUIT FOR DOWN-CONVERTING A SIGNAL**

(75) Inventors: **David F. Sorrells**, Middleburg, FL (US); **Michael J. Bultman**, Jacksonville, FL (US); **Robert W. Cook**, Switzerland, FL (US); **Richard C. Looke**, Jacksonville, FL (US); **Charley D. Moses, Jr.**, DeBary, FL (US)

(73) Assignee: **ParkerVision, Inc.**, Jacksonville, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/173,021**

(22) Filed: **Jul. 5, 2005**

(65) **Prior Publication Data**

US 2005/0272395 A1     Dec. 8, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/394,069, filed on Mar. 24, 2003, which is a continuation of application No. 09/293,342, filed on Apr. 16, 1999, now Pat. No. 6,687,493, which is a continuation-in-part of application No. 09/176,022, filed on Oct. 21, 1998, now Pat. No. 6,061,551.

(51) **Int. Cl.**
*H04B 1/04* (2006.01)
*H01Q 11/12* (2006.01)

(52) **U.S. Cl.** ........................ **455/319**; 455/333; 375/316

(58) **Field of Classification Search** ................ 455/319, 455/318, 313, 323, 333, 337, 205; 375/340, 375/316, 350, 324
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,057,613 A     10/1936  Gardner

(Continued)

FOREIGN PATENT DOCUMENTS

DE          1936252          1/1971

(Continued)

OTHER PUBLICATIONS

Aghvami, H. et al., "Land Mobile Satellites Using the Highly Elliptic Orbits- The UK T-SAT Mobile Payload," *Fourth International Conference on Satellite Systems for Mobile Communications and Navigation,* IEE, pp. 147-153 (Oct. 17-19, 1988).

(Continued)

*Primary Examiner*—Jean Gelin
*Assistant Examiner*—Sam Bhattacharya
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **ABSTRACT**

Methods, systems, and apparatuses for down-converting an electromagnetic (EM) signal by aliasing the EM signal are described herein. Briefly stated, such methods, systems, and apparatuses operate by receiving an EM signal and an aliasing signal having an aliasing rate. The EM signal is aliased according to the aliasing signal to down-convert the EM signal. The term aliasing, as used herein, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate, and down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. In an embodiment, the EM signal is down-converted to an intermediate frequency (IF) signal. In another embodiment, the EM signal is down-converted to a demodulated baseband information signal. In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal.

**24 Claims, 178 Drawing Sheets**



**US 7,218,907 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,241,078 A | 5/1941 | Vreeland | |
| 2,270,385 A | 1/1942 | Skillman | |
| 2,283,575 A | 5/1942 | Roberts | |
| 2,358,152 A | 9/1944 | Earp | |
| 2,410,350 A | 10/1946 | Labin et al. | |
| 2,451,430 A | 10/1948 | Barone | |
| 2,462,069 A | 2/1949 | Chatterjea et al. | |
| 2,462,181 A | 2/1949 | Grosselfinger | |
| 2,472,798 A | 6/1949 | Fredendall | |
| 2,497,859 A | 2/1950 | Boughtwood et al. | |
| 2,499,279 A | 2/1950 | Peterson | |
| 2,530,824 A * | 11/1950 | King | 380/34 |
| 2,802,208 A | 8/1957 | Hobbs | |
| 2,985,875 A | 5/1961 | Grisdale et al. | |
| 3,023,309 A | 2/1962 | Foulkes | |
| 3,069,679 A | 12/1962 | Sweeney et al. | |
| 3,104,393 A | 9/1963 | Vogelman | |
| 3,114,106 A | 12/1963 | McManus | |
| 3,118,117 A | 1/1964 | King et al. | |
| 3,226,643 A | 12/1965 | McNair | |
| 3,246,084 A | 4/1966 | Kryter | |
| 3,258,694 A | 6/1966 | Shepherd | |
| 3,383,598 A | 5/1968 | Sanders | |
| 3,384,822 A | 5/1968 | Miyagi | |
| 3,454,718 A | 7/1969 | Perreault | |
| 3,523,291 A | 8/1970 | Pierret | |
| 3,548,342 A | 12/1970 | Maxey | |
| 3,555,428 A | 1/1971 | Perreault | |
| 3,614,627 A | 10/1971 | Runyan et al. | |
| 3,614,630 A | 10/1971 | Rorden | |
| 3,617,892 A | 11/1971 | Hawley et al. | |
| 3,617,898 A | 11/1971 | Janning, Jr. | |
| 3,621,402 A | 11/1971 | Gardner | |
| 3,622,885 A | 11/1971 | Oberdorf et al. | |
| 3,623,160 A | 11/1971 | Giles et al. | |
| 3,626,417 A | 12/1971 | Gilbert | |
| 3,629,696 A | 12/1971 | Bartelink | |
| 3,641,442 A | 2/1972 | Boucher | |
| 3,662,268 A | 5/1972 | Gans et al. | |
| 3,689,841 A | 9/1972 | Bello et al. | |
| 3,694,754 A * | 9/1972 | Baltzer | 455/287 |
| 3,702,440 A | 11/1972 | Moore | |
| 3,714,577 A | 1/1973 | Hayes | |
| 3,716,730 A | 2/1973 | Cerny, Jr. | |
| 3,717,844 A | 2/1973 | Barret et al. | |
| 3,719,903 A | 3/1973 | Goodson | |
| 3,735,048 A | 5/1973 | Tomsa et al. | |
| 3,736,513 A | 5/1973 | Wilson | |
| 3,737,778 A | 6/1973 | Van Gerwen et al. | |
| 3,739,282 A | 6/1973 | Bruch et al. | |
| 3,764,921 A | 10/1973 | Huard | |
| 3,767,984 A | 10/1973 | Shinoda et al. | |
| 3,806,811 A | 4/1974 | Thompson | |
| 3,852,530 A | 12/1974 | Shen | |
| 3,868,601 A | 2/1975 | MacAfee | |
| 3,940,697 A | 2/1976 | Morgan | |
| 3,949,300 A | 4/1976 | Sadler | |
| 3,967,202 A | 6/1976 | Batz | |
| 3,980,945 A | 9/1976 | Bickford | |
| 3,987,280 A | 10/1976 | Bauer | |
| 3,991,277 A | 11/1976 | Hirata | |
| 4,003,002 A | 1/1977 | Snijders et al. | |
| 4,013,966 A | 3/1977 | Campbell | |
| 4,016,366 A | 4/1977 | Kurata | |
| 4,017,798 A | 4/1977 | Gordy et al. | |
| 4,019,140 A | 4/1977 | Swerdlow | |
| 4,032,847 A | 6/1977 | Unkauf | |
| 4,035,732 A | 7/1977 | Lohrmann | |
| 4,045,740 A | 8/1977 | Baker | |
| 4,047,121 A | 9/1977 | Campbell | |
| 4,051,475 A | 9/1977 | Campbell | |
| 4,066,841 A | 1/1978 | Young | |
| 4,066,919 A | 1/1978 | Huntington | |
| 4,080,573 A | 3/1978 | Howell | |
| 4,081,748 A | 3/1978 | Batz | |
| 4,115,737 A | 9/1978 | Hongu et al. | |
| 4,130,765 A | 12/1978 | Arakelian et al. | |
| 4,130,806 A | 12/1978 | Van Gerwen et al. | |
| 4,132,952 A | 1/1979 | Hongu et al. | |
| 4,142,155 A | 2/1979 | Adachi | |
| 4,143,322 A | 3/1979 | Shimamura | |
| 4,158,149 A | 6/1979 | Otofuji | |
| 4,170,764 A | 10/1979 | Salz et al. | |
| 4,204,171 A | 5/1980 | Sutphin, Jr. | |
| 4,210,872 A | 7/1980 | Gregorian | |
| 4,220,977 A | 9/1980 | Yamanaka | |
| 4,241,451 A | 12/1980 | Maixner et al. | |
| 4,245,355 A | 1/1981 | Pascoe et al. | |
| 4,250,458 A | 2/1981 | Richmond et al. | |
| 4,253,066 A | 2/1981 | Fisher et al. | |
| 4,253,067 A | 2/1981 | Caples et al. | |
| 4,253,069 A | 2/1981 | Nossek | |
| 4,286,283 A | 8/1981 | Clemens | |
| 4,308,614 A | 12/1981 | Fisher et al. | |
| 4,320,361 A | 3/1982 | Kikkert | |
| 4,320,536 A | 3/1982 | Dietrich | |
| 4,334,324 A | 6/1982 | Hoover | |
| 4,346,477 A | 8/1982 | Gordy | |
| 4,355,401 A | 10/1982 | Ikoma et al. | |
| 4,356,558 A | 10/1982 | Owen et al. | |
| 4,360,867 A | 11/1982 | Gonda | |
| 4,363,132 A | 12/1982 | Collin | |
| 4,365,217 A | 12/1982 | Berger et al. | |
| 4,369,522 A | 1/1983 | Cerny, Jr. et al. | |
| 4,370,572 A | 1/1983 | Cosand et al. | |
| 4,380,828 A | 4/1983 | Moon | |
| 4,384,357 A | 5/1983 | deBuda et al. | |
| 4,389,579 A | 6/1983 | Stein | |
| 4,392,255 A | 7/1983 | Del Giudice | |
| 4,393,395 A | 7/1983 | Hacke et al. | |
| 4,430,629 A | 2/1984 | Betzl et al. | |
| 4,439,787 A | 3/1984 | Mogi et al. | |
| 4,441,080 A | 4/1984 | Saari | |
| 4,446,438 A | 5/1984 | Chang et al. | |
| 4,456,990 A | 6/1984 | Fisher et al. | |
| 4,470,145 A | 9/1984 | Williams | |
| 4,472,785 A | 9/1984 | Kasuga | |
| 4,479,226 A | 10/1984 | Prabhu et al. | |
| 4,481,490 A | 11/1984 | Huntley | |
| 4,481,642 A | 11/1984 | Hanson | |
| 4,483,017 A | 11/1984 | Hampel et al. | |
| 4,484,143 A | 11/1984 | French et al. | |
| 4,485,488 A | 11/1984 | Houdart | |
| 4,488,119 A | 12/1984 | Marshall | |
| 4,504,803 A | 3/1985 | Lee et al. | |
| 4,510,467 A | 4/1985 | Chang et al. | |
| 4,517,519 A | 5/1985 | Mukaiyama | |
| 4,517,520 A | 5/1985 | Ogawa | |
| 4,518,935 A | 5/1985 | van Roermund | |
| 4,521,892 A | 6/1985 | Vance et al. | |
| 4,562,414 A | 12/1985 | Linder et al. | |
| 4,563,773 A | 1/1986 | Dixon, Jr. et al. | |
| 4,577,157 A | 3/1986 | Reed | |
| 4,583,239 A | 4/1986 | Vance | |
| 4,591,736 A | 5/1986 | Hirao et al. | |
| 4,591,930 A | 5/1986 | Baumeister | |
| 4,602,220 A | 7/1986 | Kurihara | |
| 4,603,300 A | 7/1986 | Welles, II et al. | |
| 4,612,464 A | 9/1986 | Ishikawa et al. | |
| 4,612,518 A | 9/1986 | Gans et al. | |
| 4,616,191 A | 10/1986 | Galani et al. | |
| 4,621,217 A | 11/1986 | Saxe et al. | |
| 4,628,517 A | 12/1986 | Schwarz et al. | |
| 4,633,510 A | 12/1986 | Suzuki et al. | |

APPX154

**US 7,218,907 B2**

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 4,634,998 | A | 1/1987 | Crawford | 4,995,055 | A | 2/1991 | Weinberger et al. |
| 4,648,021 | A | 3/1987 | Alberkrack | 5,003,621 | A | 3/1991 | Gailus |
| 4,651,034 | A | 3/1987 | Sato | 5,005,169 | A | 4/1991 | Bronder et al. |
| 4,653,117 | A | 3/1987 | Heck | 5,006,810 | A | 4/1991 | Popescu |
| 4,660,164 | A | 4/1987 | Leibowitz | 5,010,585 | A | 4/1991 | Garcia |
| 4,675,882 | A | 6/1987 | Lillie et al. | 5,012,245 | A | 4/1991 | Scott et al. |
| 4,688,253 | A | 8/1987 | Gumm | 5,014,130 | A | 5/1991 | Heister et al. |
| 4,716,376 | A | 12/1987 | Daudelin | 5,014,304 | A | 5/1991 | Nicollini et al. |
| 4,716,388 | A | 12/1987 | Jacobs | 5,015,963 | A | 5/1991 | Sutton |
| 4,718,113 | A | 1/1988 | Rother et al. | 5,016,242 | A | 5/1991 | Tang |
| 4,726,041 | A | 2/1988 | Prohaska et al. | 5,017,924 | A | 5/1991 | Guiberteau et al. |
| 4,733,403 | A | 3/1988 | Simone | 5,020,149 | A | 5/1991 | Hemmie |
| 4,734,591 | A | 3/1988 | Ichitsubo | 5,020,154 | A | 5/1991 | Zierhut |
| 4,737,969 | A | 4/1988 | Steel et al. | 5,052,050 | A | 9/1991 | Collier et al. |
| 4,740,675 | A | 4/1988 | Brosnan et al. | 5,058,107 | A | 10/1991 | Stone et al. |
| 4,740,792 | A | 4/1988 | Sagey et al. | 5,062,122 | A | 10/1991 | Pham et al. |
| 4,743,858 | A | 5/1988 | Everard | 5,063,387 | A | 11/1991 | Mower |
| 4,745,463 | A | 5/1988 | Lu | 5,065,409 | A | 11/1991 | Hughes et al. |
| 4,751,468 | A | 6/1988 | Agoston | 5,083,050 | A | 1/1992 | Vasile |
| 4,757,538 | A | 7/1988 | Zink | 5,091,921 | A | 2/1992 | Minami |
| 4,761,798 | A | 8/1988 | Griswold, Jr. et al. | 5,095,533 | A | 3/1992 | Loper et al. |
| 4,768,187 | A | 8/1988 | Marshall | 5,095,536 | A | 3/1992 | Loper |
| 4,769,612 | A | 9/1988 | Tamakoshi et al. | 5,111,152 | A | 5/1992 | Makino |
| 4,772,853 | A | 9/1988 | Hart | 5,113,094 | A | 5/1992 | Grace et al. |
| 4,785,463 | A | 11/1988 | Janc et al. | 5,113,129 | A | 5/1992 | Hughes |
| 4,789,837 | A | 12/1988 | Ridgers | 5,115,409 | A | 5/1992 | Stepp |
| 4,791,584 | A | 12/1988 | Greivenkamp, Jr. | 5,122,765 | A | 6/1992 | Pataut |
| 4,801,823 | A | 1/1989 | Yokoyama | 5,124,592 | A | 6/1992 | Hagino |
| 4,806,790 | A | 2/1989 | Sone | 5,126,682 | A | 6/1992 | Weinberg et al. |
| 4,810,904 | A | 3/1989 | Crawford | 5,131,014 | A | 7/1992 | White |
| 4,810,976 | A | 3/1989 | Cowley et al. | 5,136,267 | A | 8/1992 | Cabot |
| 4,811,362 | A | 3/1989 | Yester, Jr. et al. | 5,140,699 | A | 8/1992 | Kozak |
| 4,811,422 | A | 3/1989 | Kahn | 5,140,705 | A | 8/1992 | Kosuga |
| 4,814,649 | A | 3/1989 | Young | 5,150,124 | A | 9/1992 | Moore et al. |
| 4,816,704 | A | 3/1989 | Fiori, Jr. | 5,151,661 | A | 9/1992 | Caldwell et al. |
| 4,819,252 | A | 4/1989 | Christopher | 5,157,687 | A | 10/1992 | Tymes |
| 4,833,445 | A | 5/1989 | Buchele | 5,159,710 | A | 10/1992 | Cusdin |
| 4,841,265 | A | 6/1989 | Watanabe et al. | 5,164,985 | A | 11/1992 | Nysen et al. |
| 4,845,389 | A | 7/1989 | Pyndiah et al. | 5,170,414 | A | 12/1992 | Silvian |
| 4,855,894 | A | 8/1989 | Asahi et al. | 5,172,019 | A | 12/1992 | Naylor et al. |
| 4,857,928 | A | 8/1989 | Gailus et al. | 5,172,070 | A | 12/1992 | Hiraiwa et al. |
| 4,862,121 | A | 8/1989 | Hochschild et al. | 5,179,731 | A | 1/1993 | Trankle et al. |
| 4,866,441 | A | 9/1989 | Conway et al. | 5,191,459 | A | 3/1993 | Thompson et al. |
| 4,868,654 | A | 9/1989 | Juri et al. | 5,196,806 | A | 3/1993 | Ichihara |
| 4,870,659 | A | 9/1989 | Oishi et al. | 5,204,642 | A | 4/1993 | Asghar et al. |
| 4,871,987 | A | 10/1989 | Kawase | 5,212,827 | A | 5/1993 | Meszko et al. |
| 4,873,492 | A | 10/1989 | Myer | 5,214,787 | A | 5/1993 | Karkota, Jr. |
| 4,885,587 | A | 12/1989 | Wiegand et al. | 5,218,562 | A | 6/1993 | Basehore et al. |
| 4,885,671 | A | 12/1989 | Peil | 5,220,583 | A | 6/1993 | Solomon |
| 4,885,756 | A | 12/1989 | Fontanes et al. | 5,220,680 | A | 6/1993 | Lee |
| 4,888,557 | A | 12/1989 | Puckette, IV et al. | 5,222,144 | A | 6/1993 | Whikehart |
| 4,890,302 | A | 12/1989 | Muilwijk | 5,230,097 | A | 7/1993 | Currie et al. |
| 4,893,316 | A | 1/1990 | Janc et al. | 5,239,496 | A | 8/1993 | Vancraeynest |
| 4,893,341 | A | 1/1990 | Gehring | 5,239,686 | A | 8/1993 | Downey |
| 4,894,766 | A | 1/1990 | De Agro | 5,239,687 | A | 8/1993 | Chen |
| 4,896,152 | A | 1/1990 | Tiemann | 5,241,561 | A | 8/1993 | Barnard |
| 4,902,979 | A | 2/1990 | Puckette, IV | 5,249,203 | A | 9/1993 | Loper |
| 4,908,579 | A | 3/1990 | Tawfik et al. | 5,251,218 | A | 10/1993 | Stone et al. |
| 4,910,752 | A | 3/1990 | Yester, Jr. et al. | 5,251,232 | A | 10/1993 | Nonami |
| 4,914,405 | A | 4/1990 | Wells | 5,260,970 | A | 11/1993 | Henry et al. |
| 4,920,510 | A | 4/1990 | Senderowicz et al. | 5,260,973 | A | 11/1993 | Watanabe |
| 4,922,452 | A | 5/1990 | Larsen et al. | 5,263,194 | A | 11/1993 | Ragan |
| 4,931,716 | A | * 6/1990 | Jovanovic et al. .......... 323/285 | 5,263,196 | A | 11/1993 | Jasper |
| 4,931,921 | A | 6/1990 | Anderson | 5,263,198 | A | 11/1993 | Geddes et al. |
| 4,943,974 | A | 7/1990 | Motamedi | 5,267,023 | A | 11/1993 | Kawasaki |
| 4,944,025 | A | 7/1990 | Gehring et al. | 5,278,826 | A | 1/1994 | Murphy et al. |
| 4,955,079 | A | 9/1990 | Connerney et al. | 5,282,023 | A | 1/1994 | Scarpa |
| 4,965,467 | A | 10/1990 | Bilterijst | 5,282,222 | A | 1/1994 | Fattouche et al. |
| 4,967,160 | A | 10/1990 | Quievy et al. | 5,287,516 | A | 2/1994 | Schaub |
| 4,970,703 | A | 11/1990 | Hariharan et al. | 5,293,398 | A | 3/1994 | Hamao et al. |
| 4,972,436 | A | 11/1990 | Halim et al. | 5,303,417 | A | 4/1994 | Laws |
| 4,982,353 | A | 1/1991 | Jacob et al. | 5,307,517 | A | 4/1994 | Rich |
| 4,984,077 | A | 1/1991 | Uchida | 5,315,583 | A | 5/1994 | Murphy et al. |

**US 7,218,907 B2**

Page 4

| | | | | | | |
|---|---|---|---|---|---|
| 5,319,799 | A | 6/1994 | Morita | 5,515,014 | A | 5/1996 | Troutman |
| 5,321,852 | A | 6/1994 | Seong | 5,517,688 | A | 5/1996 | Fajen et al. |
| 5,325,204 | A | 6/1994 | Scarpa | 5,519,890 | A | 5/1996 | Pinckley |
| 5,337,014 | A | 8/1994 | Najle et al. | 5,523,719 | A | 6/1996 | Longo et al. |
| 5,339,054 | A | 8/1994 | Taguchi | 5,523,726 | A | 6/1996 | Kroeger et al. |
| 5,339,459 | A | 8/1994 | Schiltz et al. | 5,523,760 | A | 6/1996 | McEwan |
| 5,345,239 | A | 9/1994 | Madni et al. | 5,535,402 | A | 7/1996 | Leibowitz et al. |
| 5,353,306 | A | 10/1994 | Yamamoto | 5,539,770 | A | 7/1996 | Ishigaki |
| 5,355,114 | A | 10/1994 | Sutterlin et al. | 5,551,076 | A | 8/1996 | Bonn |
| 5,361,408 | A | 11/1994 | Watanabe et al. | 5,552,789 | A | 9/1996 | Schuermann |
| 5,369,404 | A | 11/1994 | Galton | 5,555,453 | A | 9/1996 | Kajimoto et al. |
| 5,369,789 | A | 11/1994 | Kosugi et al. | 5,557,641 | A | 9/1996 | Weinberg |
| 5,369,800 | A | 11/1994 | Takagi et al. | 5,557,642 | A | 9/1996 | Williams |
| 5,375,146 | A | 12/1994 | Chalmers | 5,563,550 | A | 10/1996 | Toth |
| 5,379,040 | A | 1/1995 | Mizomoto et al. | 5,564,097 | A | 10/1996 | Swanke |
| 5,379,141 | A | 1/1995 | Thompson et al. | 5,574,755 | A | 11/1996 | Persico |
| 5,388,063 | A | 2/1995 | Takatori et al. | 5,579,341 | A | 11/1996 | Smith et al. |
| 5,389,839 | A | 2/1995 | Heck | 5,579,347 | A | 11/1996 | Lindquist et al. |
| 5,390,215 | A | 2/1995 | Antia et al. | 5,584,068 | A | 12/1996 | Mohindra |
| 5,390,364 | A | 2/1995 | Webster et al. | 5,589,793 | A | 12/1996 | Kassapian |
| 5,400,084 | A | 3/1995 | Scarpa | 5,592,131 | A | 1/1997 | Labreche et al. |
| 5,404,127 | A | 4/1995 | Lee et al. | 5,600,680 | A | 2/1997 | Mishima et al. |
| 5,410,195 | A | 4/1995 | Ichihara | 5,602,847 | A | 2/1997 | Pagano et al. |
| 5,410,270 | A | 4/1995 | Rybicki et al. | 5,602,868 | A | 2/1997 | Wilson |
| 5,410,541 | A | 4/1995 | Hotto | 5,604,592 | A | 2/1997 | Kotidis et al. |
| 5,410,743 | A | 4/1995 | Seely et al. | 5,604,732 | A | 2/1997 | Kim et al. |
| 5,412,352 | A | 5/1995 | Graham | 5,606,731 | A | 2/1997 | Pace et al. |
| 5,416,449 | A | 5/1995 | Joshi | 5,608,531 | A | 3/1997 | Honda et al. |
| 5,416,803 | A | 5/1995 | Janer | 5,610,946 | A | 3/1997 | Tanaka et al. |
| 5,422,909 | A | 6/1995 | Love et al. | RE35,494 | E | 4/1997 | Nicollini |
| 5,422,913 | A | 6/1995 | Wilkinson | 5,617,451 | A | 4/1997 | Mimura et al. |
| 5,423,082 | A | 6/1995 | Cygan et al. | 5,619,538 | A | 4/1997 | Sempel et al. |
| 5,428,638 | A | 6/1995 | Cioffi et al. | 5,621,455 | A | 4/1997 | Rogers et al. |
| 5,428,640 | A | 6/1995 | Townley | 5,628,055 | A | 5/1997 | Stein |
| 5,434,546 | A | 7/1995 | Palmer | 5,630,227 | A | 5/1997 | Bella et al. |
| 5,438,329 | A | 8/1995 | Gastouniotis et al. | 5,633,610 | A | 5/1997 | Maekawa et al. |
| 5,438,692 | A | 8/1995 | Mohindra | 5,633,815 | A | 5/1997 | Young |
| 5,440,311 | A | 8/1995 | Gallagher et al. | 5,634,207 | A | 5/1997 | Yamaji et al. |
| 5,444,415 | A | 8/1995 | Dent et al. | 5,636,140 | A | 6/1997 | Lee et al. |
| 5,444,416 | A | 8/1995 | Ishikawa et al. | 5,638,396 | A | 6/1997 | Klimek |
| 5,444,865 | A | 8/1995 | Heck et al. | 5,640,415 | A | 6/1997 | Pandula |
| 5,446,421 | A | 8/1995 | Kechkaylo | 5,640,424 | A | 6/1997 | Banavong et al. |
| 5,446,422 | A | 8/1995 | Mattila et al. | 5,640,428 | A | 6/1997 | Abe et al. |
| 5,448,602 | A | 9/1995 | Ohmori et al. | 5,640,698 | A | 6/1997 | Shen et al. |
| 5,451,899 | A | 9/1995 | Lawton | 5,642,071 | A | 6/1997 | Sevenhans et al. |
| 5,454,007 | A | 9/1995 | Dutta | 5,648,985 | A | 7/1997 | Bjerede et al. |
| 5,454,009 | A | 9/1995 | Fruit et al. | 5,650,785 | A | 7/1997 | Rodal |
| 5,463,356 | A | 10/1995 | Palmer | 5,661,424 | A | 8/1997 | Tang |
| 5,463,357 | A | 10/1995 | Hobden | 5,663,878 | A | 9/1997 | Walker |
| 5,465,071 | A | 11/1995 | Kobayashi et al. | 5,663,986 | A | 9/1997 | Striffler |
| 5,465,410 | A | 11/1995 | Hiben et al. | 5,668,836 | A | 9/1997 | Smith et al. |
| 5,465,415 | A | 11/1995 | Bien | 5,675,392 | A | 10/1997 | Nayebi et al. |
| 5,465,418 | A | 11/1995 | Zhou et al. | 5,678,220 | A | 10/1997 | Fournier |
| 5,471,162 | A | 11/1995 | McEwan | 5,678,226 | A | 10/1997 | Li et al. |
| 5,471,665 | A | 11/1995 | Pace et al. | 5,680,078 | A | 10/1997 | Ariie |
| 5,479,120 | A | 12/1995 | McEwan | 5,680,418 | A | 10/1997 | Croft et al. |
| 5,479,447 | A | 12/1995 | Chow et al. | 5,682,099 | A | 10/1997 | Thompson et al. |
| 5,481,570 | A | 1/1996 | Winters | 5,689,413 | A | 11/1997 | Jaramillo et al. |
| 5,483,193 | A | 1/1996 | Kennedy et al. | 5,694,096 | A | 12/1997 | Ushiroku et al. |
| 5,483,549 | A | 1/1996 | Weinberg et al. | 5,697,074 | A | 12/1997 | Makikallio et al. |
| 5,483,600 | A | 1/1996 | Werrbach | 5,699,006 | A | 12/1997 | Zele et al. |
| 5,483,691 | A | 1/1996 | Heck et al. | 5,703,584 | A | 12/1997 | Hill |
| 5,483,695 | A | 1/1996 | Pardoen | 5,705,949 | A | 1/1998 | Alelyunas et al. |
| 5,490,173 | A | 2/1996 | Whikehart et al. | 5,705,955 | A | 1/1998 | Freeburg et al. |
| 5,490,176 | A | 2/1996 | Peltier | 5,710,992 | A | 1/1998 | Sawada et al. |
| 5,493,581 | A | 2/1996 | Young et al. | 5,710,998 | A | 1/1998 | Opas |
| 5,493,721 | A | 2/1996 | Reis | 5,714,910 | A | 2/1998 | Skoczen et al. |
| 5,495,200 | A | 2/1996 | Kwan et al. | 5,715,281 | A | 2/1998 | Bly et al. |
| 5,495,202 | A | 2/1996 | Hsu | 5,721,514 | A | 2/1998 | Crockett et al. |
| 5,495,500 | A | 2/1996 | Jovanovich et al. | 5,724,002 | A | 3/1998 | Hulick |
| 5,499,267 | A | 3/1996 | Ohe et al. | 5,724,653 | A | 3/1998 | Baker et al. |
| 5,500,758 | A | 3/1996 | Thompson et al. | 5,729,577 | A | 3/1998 | Chen |
| 5,513,389 | A | 4/1996 | Reeser et al. | 5,729,829 | A | 3/1998 | Talwar et al. |

**US 7,218,907 B2**

Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,732,333 | A | 3/1998 | Cox et al. | 5,903,595 | A | 5/1999 | Suzuki |
| 5,734,683 | A | 3/1998 | Hulkko et al. | 5,903,609 | A | 5/1999 | Kool et al. |
| 5,736,895 | A | 4/1998 | Yu et al. | 5,903,827 | A | 5/1999 | Kennan et al. |
| 5,737,035 | A | 4/1998 | Rotzoll | 5,903,854 | A | 5/1999 | Abe et al. |
| 5,742,189 | A | 4/1998 | Yoshida et al. | 5,905,433 | A | 5/1999 | Wortham |
| 5,745,846 | A | 4/1998 | Myer et al. | 5,905,449 | A | 5/1999 | Tsubouchi et al. |
| 5,748,683 | A | 5/1998 | Smith et al. | 5,907,149 | A | 5/1999 | Marckini |
| 5,751,154 | A | 5/1998 | Tsugai | 5,907,197 | A | 5/1999 | Faulk |
| 5,757,858 | A | 5/1998 | Black et al. | 5,909,447 | A | 6/1999 | Cox et al. |
| 5,757,870 | A | 5/1998 | Miya et al. | 5,911,116 | A | 6/1999 | Nosswitz |
| RE35,829 | E | 6/1998 | Sanderford, Jr. | 5,911,123 | A | 6/1999 | Nosswitz |
| 5,760,629 | A | 6/1998 | Urabe et al. | 5,914,622 | A | 6/1999 | Inoue |
| 5,760,632 | A | 6/1998 | Kawakami et al. | 5,915,278 | A | 6/1999 | Mallick |
| 5,760,645 | A | 6/1998 | Comte et al. | 5,918,167 | A | 6/1999 | Tiller et al. |
| 5,764,087 | A | 6/1998 | Clark | 5,920,199 | A | 7/1999 | Sauer |
| 5,767,726 | A | 6/1998 | Wang | 5,926,065 | A | 7/1999 | Wakai et al. |
| 5,768,118 | A | 6/1998 | Faulk et al. | 5,926,513 | A | 7/1999 | Suominen et al. |
| 5,768,323 | A | 6/1998 | Kroeger et al. | 5,933,467 | A | 8/1999 | Sehier et al. |
| 5,770,985 | A | 6/1998 | Ushiroku et al. | 5,937,013 | A | 8/1999 | Lam et al. |
| 5,771,442 | A | 6/1998 | Wang et al. | 5,943,370 | A | 8/1999 | Smith |
| 5,777,692 | A | 7/1998 | Ghosh | 5,945,660 | A | 8/1999 | Nakasuji et al. |
| 5,777,771 | A | 7/1998 | Smith | 5,949,827 | A | 9/1999 | DeLuca et al. |
| 5,778,022 | A | 7/1998 | Walley | 5,952,895 | A | 9/1999 | McCune, Jr. et al. |
| 5,784,689 | A | 7/1998 | Kobayashi | 5,953,642 | A | 9/1999 | Feldtkeller et al. |
| 5,786,844 | A | 7/1998 | Rogers et al. | 5,955,992 | A | 9/1999 | Shattil |
| 5,787,125 | A | 7/1998 | Mittel | 5,959,850 | A | 9/1999 | Lim |
| 5,790,587 | A | 8/1998 | Smith et al. | 5,960,033 | A | 9/1999 | Shibano et al. |
| 5,793,801 | A | 8/1998 | Fertner | 5,970,053 | A | 10/1999 | Schick et al. |
| 5,793,817 | A | 8/1998 | Wilson | 5,982,315 | A | 11/1999 | Bazarjani et al. |
| 5,793,818 | A | 8/1998 | Claydon et al. | 5,982,329 | A | 11/1999 | Pittman et al. |
| 5,801,654 | A | 9/1998 | Traylor | 5,986,600 | A | 11/1999 | McEwan |
| 5,802,463 | A | 9/1998 | Zuckerman | 5,994,689 | A | 11/1999 | Charrier |
| 5,805,460 | A | 9/1998 | Greene et al. | 5,995,030 | A | 11/1999 | Cabler |
| 5,809,060 | A | 9/1998 | Cafarella et al. | 5,999,561 | A | 12/1999 | Naden et al. |
| 5,812,546 | A | 9/1998 | Zhou et al. | 6,005,506 | A | 12/1999 | Bazarjani et al. |
| 5,818,582 | A | 10/1998 | Fernandez et al. | 6,005,903 | A | 12/1999 | Mendelovicz |
| 5,818,869 | A | 10/1998 | Miya et al. | 6,011,435 | A | 1/2000 | Takeyabu et al. |
| 5,825,254 | A | 10/1998 | Lee | 6,014,176 | A | 1/2000 | Nayebi et al. |
| 5,825,257 | A | 10/1998 | Klymyshyn et al. | 6,014,551 | A | 1/2000 | Pesola et al. |
| 5,834,979 | A | 11/1998 | Yatsuka | 6,018,262 | A | 1/2000 | Noro et al. |
| 5,834,985 | A | 11/1998 | Sundeg.ang.rd | 6,018,553 | A | 1/2000 | Sanielevici et al. |
| 5,834,987 | A | 11/1998 | Dent | 6,026,286 | A | 2/2000 | Long |
| 5,841,324 | A | 11/1998 | Williams | 6,028,887 | A | 2/2000 | Harrison et al. |
| 5,841,811 | A | 11/1998 | Song | 6,031,217 | A | 2/2000 | Aswell et al. |
| 5,844,449 | A | 12/1998 | Abeno et al. | 6,034,566 | A | 3/2000 | Ohe |
| 5,844,868 | A | 12/1998 | Takahashi et al. | 6,041,073 | A | 3/2000 | Davidovici et al. |
| 5,847,594 | A | 12/1998 | Mizuno | 6,047,026 | A | 4/2000 | Chao et al. |
| 5,859,878 | A | 1/1999 | Phillips et al. | 6,049,573 | A | 4/2000 | Song |
| 5,864,754 | A | 1/1999 | Hotto | 6,049,706 | A | 4/2000 | Cook et al. |
| 5,870,670 | A | 2/1999 | Ripley et al. | 6,054,889 | A | 4/2000 | Kobayashi |
| 5,872,446 | A | 2/1999 | Cranford, Jr. et al. | 6,057,714 | A | 5/2000 | Andrys et al. |
| 5,878,088 | A | 3/1999 | Knutson et al. | 6,061,551 | A | 5/2000 | Sorrells et al. |
| 5,881,375 | A | 3/1999 | Bonds | 6,061,555 | A | 5/2000 | Bultman et al. |
| 5,883,548 | A | 3/1999 | Assard et al. | 6,064,054 | A | 5/2000 | Waczynski et al. |
| 5,887,001 | A | 3/1999 | Russell | 6,067,329 | A | 5/2000 | Kato et al. |
| 5,892,380 | A | 4/1999 | Quist | 6,073,001 | A | 6/2000 | Sokoler |
| 5,894,239 | A | 4/1999 | Bonaccio et al. | 6,076,015 | A | 6/2000 | Hartley et al. |
| 5,894,496 | A | 4/1999 | Jones | 6,078,630 | A | 6/2000 | Prasanna |
| 5,896,304 | A | 4/1999 | Tiemann et al. | 6,081,691 | A | 6/2000 | Renard et al. |
| 5,896,562 | A | 4/1999 | Heinonen | 6,084,465 | A | 7/2000 | Dasgupta |
| 5,898,912 | A | 4/1999 | Heck et al. | 6,084,922 | A | 7/2000 | Zhou et al. |
| 5,900,747 | A | 5/1999 | Brauns | 6,085,073 | A | 7/2000 | Palermo et al. |
| 5,901,054 | A | 5/1999 | Leu et al. | 6,091,289 | A | 7/2000 | Song et al. |
| 5,901,187 | A | 5/1999 | Iinuma | 6,091,939 | A | 7/2000 | Banh |
| 5,901,344 | A | 5/1999 | Opas | 6,091,940 | A | 7/2000 | Sorrells et al. |
| 5,901,347 | A | 5/1999 | Chambers et al. | 6,091,941 | A | 7/2000 | Moriyama et al. |
| 5,901,348 | A | 5/1999 | Bang et al. | 6,094,084 | A | 7/2000 | Abou-Allam et al. |
| 5,901,349 | A | 5/1999 | Guegnaud et al. | 6,098,046 | A | 8/2000 | Cooper et al. |
| 5,903,178 | A | 5/1999 | Miyatsuji et al. | 6,098,886 | A | 8/2000 | Swift et al. |
| 5,903,187 | A | 5/1999 | Claverie et al. | 6,121,819 | A | 9/2000 | Traylor |
| 5,903,196 | A | 5/1999 | Salvi et al. | 6,125,271 | A | 9/2000 | Rowland, Jr. |
| 5,903,421 | A | 5/1999 | Furutani et al. | 6,144,236 | A | 11/2000 | Vice et al. |
| 5,903,553 | A | 5/1999 | Sakamoto et al. | 6,144,331 | A | 11/2000 | Jiang |

**US 7,218,907 B2**

Page 6

| | | |
|---|---|---|
| 6,144,846 A | 11/2000 | Durec |
| 6,147,340 A | 11/2000 | Levy |
| 6,147,763 A | 11/2000 | Steinlechner |
| 6,150,890 A | 11/2000 | Damgaard et al. |
| 6,151,354 A | 11/2000 | Abbey |
| 6,160,280 A | 12/2000 | Bonn et al. |
| 6,169,733 B1 | 1/2001 | Lee |
| 6,175,728 B1 | 1/2001 | Mitama |
| 6,178,319 B1 | 1/2001 | Kashima |
| 6,182,011 B1 | 1/2001 | Ward |
| 6,204,789 B1 | 3/2001 | Nagata |
| 6,208,636 B1 | 3/2001 | Tawil et al. |
| RE37,138 E | 4/2001 | Dent |
| 6,211,718 B1 | 4/2001 | Souetinov |
| 6,212,369 B1 | 4/2001 | Avasarala |
| 6,215,475 B1 | 4/2001 | Meyerson et al. |
| 6,215,828 B1 | 4/2001 | Signell et al. |
| 6,225,848 B1 | 5/2001 | Tilley et al. |
| 6,230,000 B1 | 5/2001 | Tayloe |
| 6,266,518 B1 | 7/2001 | Sorrells et al. |
| 6,298,065 B1 | 10/2001 | Dombkowski et al. |
| 6,307,894 B2 | 10/2001 | Eidson et al. |
| 6,308,058 B1 | 10/2001 | Souetinov et al. |
| 6,313,685 B1 | 11/2001 | Rabii |
| 6,313,700 B1 | 11/2001 | Nishijima et al. |
| 6,314,279 B1 | 11/2001 | Mohindra |
| 6,317,589 B1 | 11/2001 | Nash |
| 6,321,073 B1 | 11/2001 | Luz et al. |
| 6,327,313 B1 | 12/2001 | Traylor et al. |
| 6,330,244 B1 | 12/2001 | Swartz et al. |
| 6,335,656 B1 | 1/2002 | Goldfarb et al. |
| 6,353,735 B1 | 3/2002 | Sorrells et al. |
| 6,363,262 B1 | 3/2002 | McNicol |
| 6,366,622 B1 | 4/2002 | Brown et al. |
| 6,370,371 B1 | 4/2002 | Sorrells et al. |
| 6,385,439 B1 | 5/2002 | Hellberg |
| 6,393,070 B1 * | 5/2002 | Reber ......................... 375/340 |
| 6,400,963 B1 | 6/2002 | Glockler et al. |
| 6,404,758 B1 | 6/2002 | Wang |
| 6,404,823 B1 | 6/2002 | Grange et al. |
| 6,421,534 B1 | 7/2002 | Cook et al. |
| 6,437,639 B1 | 8/2002 | Nguyen et al. |
| 6,438,366 B1 | 8/2002 | Lindfors et al. |
| 6,441,659 B1 | 8/2002 | Demone |
| 6,441,694 B1 | 8/2002 | Turcotte et al. |
| 6,445,726 B1 | 9/2002 | Gharpurey |
| 6,459,721 B1 | 10/2002 | Mochizuki et al. |
| 6,509,777 B2 | 1/2003 | Razavi et al. |
| 6,512,544 B1 | 1/2003 | Merrill et al. |
| 6,512,785 B1 | 1/2003 | Zhou et al. |
| 6,516,185 B1 | 2/2003 | MacNally |
| 6,531,979 B1 | 3/2003 | Hynes |
| 6,542,722 B1 | 4/2003 | Sorrells et al. |
| 6,560,301 B1 | 5/2003 | Cook et al. |
| 6,560,451 B1 | 5/2003 | Somayajula |
| 6,567,483 B1 | 5/2003 | Dent et al. |
| 6,580,902 B1 | 6/2003 | Sorrells et al. |
| 6,591,310 B1 | 7/2003 | Johnson |
| 6,600,795 B1 | 7/2003 | Ohta et al. |
| 6,600,911 B1 | 7/2003 | Morishige et al. |
| 6,608,647 B1 | 8/2003 | King |
| 6,611,569 B1 | 8/2003 | Schier et al. |
| 6,618,579 B1 | 9/2003 | Smith et al. |
| 6,628,328 B1 | 9/2003 | Yokouchi et al. |
| 6,633,194 B2 | 10/2003 | Arnborg et al. |
| 6,634,555 B1 | 10/2003 | Sorrells et al. |
| 6,639,939 B1 | 10/2003 | Naden et al. |
| 6,647,250 B1 | 11/2003 | Bultman et al. |
| 6,647,270 B1 | 11/2003 | Himmelstein |
| 6,686,879 B2 | 2/2004 | Shattil |
| 6,687,493 B1 | 2/2004 | Sorrells et al. |
| 6,690,232 B2 | 2/2004 | Ueno et al. |
| 6,694,128 B1 | 2/2004 | Looke et al. |

| | | |
|---|---|---|
| 6,697,603 B1 | 2/2004 | Lovinggood et al. |
| 6,704,549 B1 | 3/2004 | Sorrells et al. |
| 6,704,558 B1 | 3/2004 | Sorrells et al. |
| 6,741,139 B2 | 5/2004 | Pleasant et al. |
| 6,741,650 B1 | 5/2004 | Painchaud et al. |
| 6,775,684 B1 | 8/2004 | Toyoyama et al. |
| 6,798,351 B1 | 9/2004 | Sorrells et al. |
| 6,801,253 B1 | 10/2004 | Yonemoto et al. |
| 6,813,485 B2 | 11/2004 | Sorrells et al. |
| 6,823,178 B2 | 11/2004 | Pleasant et al. |
| 6,836,650 B2 | 12/2004 | Sorrells et al. |
| 6,850,742 B2 | 2/2005 | Fayyaz |
| 6,853,690 B1 | 2/2005 | Sorrells et al. |
| 6,865,399 B2 | 3/2005 | Fujioka et al. |
| 6,873,836 B1 | 3/2005 | Sorrells et al. |
| 6,879,817 B1 | 4/2005 | Rawlins et al. |
| 6,882,194 B2 | 4/2005 | Belot et al. |
| 6,892,057 B2 | 5/2005 | Nilsson |
| 6,892,062 B2 | 5/2005 | Lee et al. |
| 6,909,739 B1 | 6/2005 | Eerola et al. |
| 6,910,015 B2 | 6/2005 | Kawai |
| 6,917,796 B2 | 7/2005 | Setty et al. |
| 6,920,311 B2 | 7/2005 | Rofougaran et al. |
| 6,959,178 B2 | 10/2005 | Macedo et al. |
| 6,963,626 B1 | 11/2005 | Shaeffer et al. |
| 6,963,734 B2 | 11/2005 | Sorrells et al. |
| 6,973,476 B1 | 12/2005 | Naden et al. |
| 6,975,848 B2 | 12/2005 | Rawlins et al. |
| 6,999,747 B2 | 2/2006 | Su |
| 7,006,805 B1 | 2/2006 | Sorrells et al. |
| 7,010,286 B2 | 3/2006 | Sorrells et al. |
| 7,010,559 B2 | 3/2006 | Rawlins et al. |
| 7,016,663 B2 | 3/2006 | Sorrells et al. |
| 7,027,786 B1 | 4/2006 | Smith et al. |
| 7,039,372 B1 | 5/2006 | Sorrells et al. |
| 7,050,058 B2 | 5/2006 | Liang et al. |
| 7,054,296 B1 | 5/2006 | Sorrells et al. |
| 7,065,162 B1 | 6/2006 | Sorrells et al. |
| 7,072,390 B1 | 7/2006 | Sorrells et al. |
| 7,072,427 B2 | 7/2006 | Rawlins et al. |
| 7,076,011 B2 | 7/2006 | Cook et al. |
| 7,082,171 B1 | 7/2006 | Johnson et al. |
| 7,085,335 B2 | 8/2006 | Rawlins et al. |
| 7,107,028 B2 | 9/2006 | Sorrells et al. |
| 7,110,435 B1 | 9/2006 | Sorrells et al. |
| 7,110,444 B1 | 9/2006 | Sorrells et al. |
| 2001/0015673 A1 | 8/2001 | Yamashita et al. |
| 2001/0036818 A1 | 11/2001 | Dobrovolny |
| 2002/0037706 A1 | 3/2002 | Ichihara |
| 2002/0080728 A1 | 6/2002 | Sugar et al. |
| 2002/0132642 A1 | 9/2002 | Hines et al. |
| 2002/0163921 A1 | 11/2002 | Ethridge et al. |
| 2003/0045263 A1 | 3/2003 | Wakayama et al. |
| 2003/0081781 A1 | 5/2003 | Jensen et al. |
| 2003/0149579 A1 | 8/2003 | Begemann et al. |
| 2003/0186670 A1 | 10/2003 | Sorrells et al. |
| 2004/0125879 A1 | 7/2004 | Jaussi et al. |
| 2005/0202797 A1 | 9/2005 | Sorrells et al. |
| 2006/0039449 A1 | 2/2006 | Fontana et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 35 41 031 A1 | 5/1986 |
| DE | 42 37 692 C1 | 3/1994 |
| DE | 196 27 640 A1 | 1/1997 |
| DE | 692 21 098 T2 | 1/1998 |
| DE | 196 48 915 A1 | 6/1998 |
| DE | 197 35 798 C1 | 7/1998 |
| EP | 0 035 166 A1 | 9/1981 |
| EP | 0 087 336 A1 | 8/1983 |
| EP | 0 099 265 A1 | 1/1984 |
| EP | 0 087 336 B1 | 7/1986 |
| EP | 0 254 844 A2 | 2/1988 |

Case 6:14-cv-00687-PGB-KRS　Document 26-10　Filed 08/21/14　Page 8 of 261 PageID 2341

**US 7,218,907 B2**

Page 7

| | | |
|---|---|---|
| EP | 0 276 130 A2 | 7/1988 |
| EP | 0 276 130 A3 | 7/1988 |
| EP | 0 193 899 B1 | 6/1990 |
| EP | 0 380 351 A2 | 8/1990 |
| EP | 0 380 351 A3 | 2/1991 |
| EP | 0 411 840 A2 | 2/1991 |
| EP | 0 423 718 A2 | 4/1991 |
| EP | 0 411 840 A3 | 7/1991 |
| EP | 0 486 095 A1 | 5/1992 |
| EP | 0 423 718 A3 | 8/1992 |
| EP | 0 512 748 A2 | 11/1992 |
| EP | 0 529 836 A1 | 3/1993 |
| EP | 0 548 542 A1 | 6/1993 |
| EP | 0 512 748 A3 | 7/1993 |
| EP | 0 560 228 A1 | 9/1993 |
| EP | 0 632 288 A2 | 1/1995 |
| EP | 0 632 577 | 1/1995 |
| EP | 0 643 477 A2 | 3/1995 |
| EP | 0 643 477 A3 | 3/1995 |
| EP | 0 411 840 B1 | 10/1995 |
| EP | 0 696 854 A1 | 2/1996 |
| EP | 0 632 288 A3 | 7/1996 |
| EP | 0 732 803 A1 | 9/1996 |
| EP | 0 486 095 B1 | 2/1997 |
| EP | 0 782 275 A2 | 7/1997 |
| EP | 0 785 635 A1 | 7/1997 |
| EP | 0 789 449 A2 | 8/1997 |
| EP | 0 789 449 A3 | 8/1997 |
| EP | 0 795 955 A2 | 9/1997 |
| EP | 0 795 955 A3 | 9/1997 |
| EP | 0 795 978 A2 | 9/1997 |
| EP | 0 817 369 A2 | 1/1998 |
| EP | 0 817 369 A3 | 1/1998 |
| EP | 0 837 565 A1 | 4/1998 |
| EP | 0 862 274 A1 | 9/1998 |
| EP | 0 874 499 A2 | 10/1998 |
| EP | 0 512 748 B1 | 11/1998 |
| EP | 0 877 476 A1 | 11/1998 |
| EP | 0 977 351 A1 | 2/2000 |
| FR | 2 245 130 | 4/1975 |
| FR | 2 669 787 A1 | 5/1992 |
| FR | 2 743 231 A1 | 7/1997 |
| GB | 2 161 344 A | 1/1986 |
| GB | 2 215 945 A | 9/1989 |
| GB | 2 324 919 A | 11/1998 |
| JP | 47-2314 | 2/1972 |
| JP | 55-66057 | 5/1980 |
| JP | 56-114451 | 9/1981 |
| JP | 58-7903 | 1/1983 |
| JP | 58-133004 | 8/1983 |
| JP | 59-144249 | 8/1984 |
| JP | 60-58705 | 4/1985 |
| JP | 60-130203 | 7/1985 |
| JP | 61-30821 | 2/1986 |
| JP | 61-232706 | 10/1986 |
| JP | 62-12381 | 1/1987 |
| JP | 63-54002 | 3/1988 |
| JP | 63-65587 | 3/1988 |
| JP | 63-153691 | 6/1988 |
| JP | 2-39632 | 2/1990 |
| JP | 2-131629 | 5/1990 |
| JP | 2-276351 | 11/1990 |
| JP | 4-123614 | 4/1992 |
| JP | 4-127601 | 4/1992 |
| JP | 4-154227 | 5/1992 |
| JP | 5-175730 | 7/1993 |
| JP | 5-175734 | 7/1993 |
| JP | 5-327356 | 12/1993 |
| JP | 6-237276 | 8/1994 |
| JP | 6-284038 | 10/1994 |
| JP | 7-154344 | 6/1995 |
| JP | 7-307620 | 11/1995 |
| JP | 8-23359 | 1/1996 |

| | | |
|---|---|---|
| JP | 8-32556 | 2/1996 |
| JP | 8-139524 | 5/1996 |
| JP | 9-36664 | 2/1997 |
| JP | 9-171399 | 6/1997 |
| JP | 10-41860 | 2/1998 |
| JP | 10-96778 | 4/1998 |
| JP | 10-173563 | 6/1998 |
| JP | 11-98205 | 4/1999 |
| WO | WO 80/01633 A1 | 8/1980 |
| WO | WO 91/18445 A1 | 11/1991 |
| WO | WO 94/05087 A1 | 3/1994 |
| WO | WO 95/01006 A1 | 1/1995 |
| WO | WO 96/02977 A1 | 2/1996 |
| WO | WO 96/08078 A1 | 3/1996 |
| WO | WO 96/39750 A1 | 12/1996 |
| WO | WO 97/08839 A2 | 3/1997 |
| WO | WO 97/08839 A3 | 3/1997 |
| WO | WO 97/38490 A1 | 10/1997 |
| WO | WO 98/00953 A1 | 1/1998 |
| WO | WO 98/24201 A1 | 6/1998 |
| WO | WO 98/40968 A2 | 9/1998 |
| WO | WO 98/40968 A3 | 9/1998 |
| WO | WO 98/53556 A2 | 11/1998 |
| WO | WO 99/23755 A1 | 5/1999 |
| WO | WO 00/31659 A1 | 6/2000 |

OTHER PUBLICATIONS

Akers, N.P. et al., "RF Sampling Gates: a Brief Review," *IEE Proceedings,* IEE, vol. 133, Part A, No. 1, pp. 45-49 (Jan. 1986).

Al-Ahmad, H.A.M. et al., "Doppler Frequency Correction for a Non-Geostationary Communications Satellite. Techniques for CERS and T-SAT," *Electronics Divsion Colloquium on Low Noise Oscillators and Synthesizers,* IEE, pp. 4/1-4/5 (Jan. 23, 1986).

Ali, I. et al., "Doppler Characterization for LEO Satellites," *IEEE Transactions on Communications,* IEEE, vol. 46, No. 3, pp. 309-313 (Mar. 1998).

Allan, D.W., "Statistics of Atomic Frequency Standards," *Proceedings Of The IEEE Special Issue on Frequency Stability,* IEEE, pp. 221-230 (Feb. 1966).

Allstot, D.J. et al., "MOS Switched Capacitor Ladder Filters," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-13, No. 6, pp. 806-814 (Dec. 1978).

Allstot, D.J. and Black Jr. W.C., "Technical Design Consideration for Monolithic MOS Switched-Capacitor Filtering Systems," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 967-986 (Aug. 1983).

Alouini, M. et al., "Channel Characterization and Modeling for Ka-Band Very Small Aperture Terminals," *Proceedings Of the IEEE,* IEEE, vol. 85, No. 6, pp. 981-997 (Jun. 1997).

Andreyev, G.A. and Ogarev, S.A., "Phase Distortions of Keyed Millimeter-Wave Signals in the Case of Propagation in a Turbulent Atmosphere," *Telecommunications and Radio Engineering,* Scripta Technica, vol. 43, No. 12, pp. 87-90 (Dec. 1988).

Antonetto, A. et al., "Optoelectronic Sampling in the Picosecond Range," *Optics Communications,* North-Holland Publishing Company, vol. 21, No. 2, pp. 211-214 (May 1977).

Austin, J. et al., "Doppler Correction of the Telecommunication Payload Oscillators in the UK T-SAT," *18th European Microwave Conference,* Microwave Exhibitions and Publishers Ltd., pp. 851-857 (Sep. 12-15, 1988).

Auston, D.H., "Picosecond optoelectronic switching and gating in silicon," *Applied Physics Letters,* American Institute of Physics, vol. 26, No. 3, pp. 101-103 (Feb. 1, 1975).

Baher, H., "Transfer Functions for Switched-Capacitor and Wave Digital Filters," *IEEE Transactions on Circuits and Systems,* IEEE Circuits and Systems Society, vol. CAS-33, No. 11, pp. 1138-1142 (Nov. 1986).

Baines, R., "The DSP Bottleneck," *IEEE Communications Magazine,* IEEE Communications Society, pp. 46-54 (May 1995).

Banjo, O.P. and Vilar, E., "Binary Error Probabilities on Earth-Space Links Subject to Scintillation Fading," *Electronics Letters,* IEE, vol. 21, No. 7, pp. 296-297 (Mar. 28, 1985).

US 7,218,907 B2

Page 8

Banjo, O.P. and Vilar, E., "The Dependence of Slant Path Amplitude Scintillations on Various Meteorological Parameters," *Fifth International Conference on Antennas and Propagation* (*ICAP 87*) *Part 2: Propagation,* IEE, pp. 277-280 (Mar. 30-Apr. 2, 1987).

Banjo, O.P. and Vilar, E. "Measurement and Modeling of Amplitude Scintillations on Low-Elevation Earth-Space Paths and Impact on Communication Systems," *IEEE Transactions on Communications,* IEEE Communications Society, vol. COM-34, No. 8, pp. 774-780 (Aug. 1986).

Banjo, O.P. et al., "Tropospheric Amplitude Spectra Due to Absorption and Scattering in Earth-Space Paths," *Fourth International Conference on Antennas and Propagation* (*ICAP 85*), IEE, pp. 77-82 (Apr. 16-19, 1985).

Basili,P. et al., "Case Study of Intense Scintillation Events on the OTS Path," *IEEE Transactions on Antennas and Propagation,* IEEE, vol. 38, No. 1, pp. 107-113 (Jan. 1990).

Basili, P. et al., "Observation of High $C^2$ and Turbulent Path Length on OTS Space-Earth Link," *Electronics Letters,* IEE, vol. 24, No. 17, pp. 1114-1116 (Aug. 18, 1988).

Blakey, J.R. et al., "Measurement of Atmospheric Millimetre-Wave Phase Scintillations in an Absorption Region," *Electronics Letters,* IEE, vol. 21, No. 11, pp. 486-487 (May 23, 1985).

Burgueño, A. et al., "Influence of rain gauge integration time on the rain rate statistics used in microwave communications," *annales des télécommunications,* International Union of Radio Science, pp. 522-527 (Sep./Oct. 1988).

Burgueño, A. et al., "Long-Term Joint Statistical Analysis of Duration and Intensity of Rainfall Rate with Application to Microwave Communications," *Fifth International Conference on Antennas and Propagation* (*ICAP 87*) *Part 2: Propagation,* IEE, pp. 198-201 (Mar. 30—Apr. 2, 1987).

Burgueño, A. et al., "Long Term Statistics of Precipitation Rate Return Periods in the Context of Microwave Communications," *Sixth International Conference on Antennas and Propagation* (*ICAP 89*) *Part 2: Propagation,* IEE, pp. 297-301 (Apr. 4-7, 1989).

Burgueño, A. et al., "Spectral Analysis of 49 Years of Rainfall Rate and Relation to Fade Dynamics," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 38, No. 9, pp. 1359-1366 (Sep. 1990).

Catalan, C. and Vilar, E., "Approach for satellite slant path remote sensing," *Electronics Letters,* IEE, vol. 34, No. 12, pp. 1238-1240 (Jun. 11, 1998).

Chan, P. et al., "A Highly Linear 1-GHz CMOS Downconversion Mixer," *European Solid State Circuits Conference,* IEEE Communication Society, pp. 210-213 (Sep. 22-24, 1993).

Declaration of Michael J. Bultman filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Robert W. Cook filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Alex Holtz filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 3 pages.

Declaration of Richard C. Looke filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Charley D. Moses, Jr. filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Jeffrey L. Parker and David F. Sorrells, with attachment Exhibit 1, filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 130 pages.

Dewey, R.J. and Collier, C.J., "Multi-Mode Radio Receiver," *Electronics Division Colloquium on Digitally Implemented Radios,* IEE, pp. 3/1-3/5 (Oct. 18, 1985).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-276351, 1 page (Nov. 13, 1990—Date of publication of application).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-131629, 1 page (May 21, 1990—Date of publication of application).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-39632, 1 page (Feb. 8, 1990—Date of publication of application).

Dialog File 348 (European Patents) English Language Patent Abstract for EP 0 785 635 A1, 3 pages (Dec. 26, 1996—Date of publication of application).

Dialog File 348 (European Patents) English Language Patent Abstract for EP 35166 A1, 2 pages (Feb. 18, 1981—Date of publication of application).

"DSO takes sampling rate to 1 Ghz," *Electronic Engineering,* Morgan Grampian Publishers, vol. 59, No. 723, pp. 77 and 79 (Mar. 1987).

Erdi, G. and Henneuse, P.R., "A Precision FET-Less Sample-and-Hold with High Charge-to-Droop Current Ratio," *IEEE Journal of Solid-State Cirsuits,* IEEE, vol. SC-13, No. 6, pp. 864-873 (Dec. 1978).

Faulkner, N.D. and Vilar, E., "Subharmonic Sampling for the Measurement of Short Term Stability of Microwave Oscillators," *IEEE Transactions on Instrumentation and Measurement,* IEEE, vol. IM-32, No. 1, pp. 208-213 (Mar. 1983).

Faulkner, N.D. et al., "Sub-Harmonic Sampling for the Accurate Measurement of Frequency Stability of Microwave Oscillators," *CPEM 82 Digest: Conference on Precision Electromagnetic Measurements,* IEEE, pp. M-10 and M-11 (1982).

Faulkner, N.D. and Vilar, E., "Time Domain Analysis of Frequency Stability Using Non-Zero Dead-Time Counter Techniques," *CPEM 84 Digest Conference on Precision Electromagnetic Measurements,* IEEE, pp. 81-82 (1984).

Filip, M. and Vilar, E., "Optimum Utilization of the Channel Capacity of a Satellite Link in the Presence of Amplitude Scintillations and Rain Attenuation," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 38, No. 11, pp. 1958-1965 (Nov. 1990).

Fukahori, K., "A CMOS Narrow-Band Signaling Filter with Q Reduction," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-19, No. 6, pp. 926-932 (Dec. 1984).

Fukuchi, H. and Otsu, Y., "Available time statisticsof rain attenuation on earth-space path," *IEE Proceedings-H: Microwaves, Antennas and Propagation,* IEE, vol. 135, Pt. H, No. 6, pp. 387-390 (Dec. 1988).

Gibbins, C.J. and Chadha, R., "Millimetre-wave propagation through hydrocarbon flame," *IEE Proceedings,* IEE, vol. 134, Pt. H, No. 2, pp. 169-173 (Apr. 1987).

Gilchrist, B. et al., "Sampling hikes performance of frequency synthesizers," *Microwaves & RF,* Hayden Publishing, vol. 23, No. 1, pp. 93-94 and 110 (Jan. 1984).

Gossard, E.E., "Clear weather meteorological effects on propagation at frequencies above 1 Ghz," *Radio Science,* American Geophysical Union, vol. 16, No. 5, pp. 589-608 (Sep.-Oct. 1981).

Gregorian, R. et al., "Switched-Capacitor Circuit Design," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 941-966 (Aug. 1983).

Groshong et al., "Understanding Techniques Simplify Digital Radio," *Electronic Design,* Penton Publishing, pp. 67-68, 70, 73-75 and 78 (May 23, 1991).

Grove, W.M., "Sampling for Oscilloscopes and Other RF Systems: Dc through X-Band," *IEEE Transactions on Microwave Theory and Techniques,* IEEE, pp. 629-635 (Dec. 1966).

Haddon, J. et al., "Measurement of Microwave Scintillations on a Satellite Down-Link at X-Band," *Antennas and Propagation,* IEE, pp. 113-117 (1981).

Haddon, J. and Vilar, E., "Scattering Induced Microwave Scintillations from Clear Air and Rain on Earth Space Paths and the Influence of Antenna Aperture," *IEEE Transactions on Antennas and Propagation,* IEEE, vol. AP-34, No. 5, pp. 646-657 (May 1986).

Hafdallah, H. et al., "2-4 Ghz MESFET Sampler,", *Electronics Letters,* IEE, vol. 24, No. 3, pp. 151-153 (Feb. 4, 1988).

Herben, M.H.A.J., "Amplitude and Phase Scintillation Measurements on 8-2 km Line-Of-Sight Path at 30 Ghz," *Electronics Letters,* IEE, vol. 18, No. 7, pp. 287-289 (Apr. 1, 1982).

Hewitt, A. et al., "An 18 Ghz Wideband LOS Multipath Experiment," *International Conference on Measurements for Telecommunication Transmission Systems—MTTS 85,* IEE, pp. 112-116 (Nov. 27-28, 1985).

Hewitt, A. et al., "An Autoregressive Approach to the Identification of Multipath Ray Parameters from Field Measurements," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 37, No. 11, pp. 1136-1143 (Nov. 1989).

**US 7,218,907 B2**

Page 9

Hewitt, A. and Vilar, E., "Selective fading on LOS Microwave Links: Classical and Spread-Spectrum Measurement Techniques," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 36, No. 7, pp. 789-796 (Jul. 1988).

Hospitalier, E., "Instruments for Recording and Observing Rapidly Varying Phenomena," *Science Abstracts,* IEE, vol. VII, pp. 22-23 (1904).

Howard, I.M. and Swansson, N.S., "Demodulating High Frequency Resonance Signals for Bearing Fault Detection," *The Institution of Engineers Australia Vibration and Noise Conference,* Institution of Engineers, Australia, pp. 115-121 (Sep. 18-20, 1990).

Hu, X., *A Switched-Current Sample-and-Hold Amplifier for FM Demodulation,* Thesis for Master of Applied Science, Dept. of Electrical and Computer Engineering, University of Toronto, UMI Dissertation Services, pp. 1-64 (1995).

Hung, H-L. A. et al., "Characterization of Microwave Integrated Circuits Using An Optical Phase-Locking and Sampling System," *IEEE MTT-S Digest,* IEEE, pp. 507-510 (1991).

Hurst, P.J., "Shifting the Frequency Response of Switched-Capacitor Filters by Nonuniform Sampling," *IEEE Transactions on Circuits and Systems,* IEEE Circuits and Systems Society, vol. 38, No. 1, pp. 12-19 (Jan. 1991).

Itakura, T., "Effects of the sampling pulse width on the frequency characteristics of a sample-and-hold circuit," *IEE Proceedings Circuits, Devices and Systems,* IEE, vol. 141, No. 4, pp. 328-336 (Aug. 1994).

Janssen, J.M.L., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: I. Fundamentals," *Philips Technical Review,* Philips Research Laboratories, vol. 12, No. 2, pp. 52-59 (Aug. 1950).

Janssen, J.M.L. and Michels, A.J., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: II. Electrical Build up." *Philips Technical Review,* Philips Research Laboratories, vol. 12, No. 3, pp. 73-82 (Sep. 1950).

Jondral, V.F. et al., "Doppler Profiles for Communication Satellites," *Frequenz,* Herausberger, pp. 111-116 (May-Jun. 1996).

Kaleh, G.K., "A Frequency Diversity Spread Spectrum System for Communication in the Presence of In-band Interference," *1995 IEEE Globecom,* IEEE Communications Society, pp. 66-70 (1995).

Karasawa, Y. et al., "A New Prediction Method for Tropospheric Scintillation on Earth-Space Paths," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. 36, No. 11, pp. 1608-1614 (Nov. 1988).

Kirsten, J. and Fleming, J., "Undersampling reduces data-acquisition costs for select applications," *EDN,* Cahners Publishing, vol. 35, No. 13, pp. 217-222, 224, 226-228 (Jun. 21, 1990).

Lam, W.K. et al., "Measurement of the Phase Noise Characteristics of an Unlocked Communications Channel Identifier," *Proceedings Of the 1993 IEEE International Frequency Control Symposium,* IEEE, pp. 283-288 (Jun. 2-4, 1993).

Lam, W.K. et al., "Wideband sounding 11.6 Ghz transhorizon channel," *Electronics Letters,* IEE, vol. 30, No. 9, pp. 738-739 (Apr. 28, 1994).

Larkin, K.G., "Efficient demodulator for bandpass sampled AM signals," *Electronics Letters,* IEE, vol. 32, No. 2, pp. 101-102 (Jan. 18, 1996).

Lau, W.H. et al., "Analysis of the Time Variant Structure of Microwave Line-of sight Multipath Phenomena," *IEEE Global Telecommunications Conference & Exhibition,* IEEE, pp. 1707-1711 (Nov. 28-Dec. 1, 1988).

Lau, W.H. et al., "Improved Prony Algorithm to Identify Multipath Components," *Electronics Letters,* IEE, vol. 23, No. 20, pp. 1059-1060 (Sep. 24, 1987).

Lesage, P. and Audoin, C., "Effect of Dead-Time on the Estimation of the Two-Sample Variance," *IEEE Transactions on Instrumentation and Measurement,* IEEE Instrumentation and Measurement Society, vol. IM-28, No. 1, pp. 6-10 (Mar. 1979).

Liechti, C.A., "Performance of Dual-gate GaAs MESFET's as Gain-Controlled Low-Noise Amplifiers and High-Speed Modulators," *IEEE Transactions on Microwave Theory and Techniques,* IEEE Microwave Theory and Techniques Society, vol. MTT-23, No. 6, pp. 461-469 (Jun. 1975).

Linnenbrink, T.E. et al., "A One Gigasample Per Second Transient Recorder," *IEEE Transactions on Nuclear Science,* IEEE Nuclear and Plasma Sciences Society, vol. NS-26, No. 4, pp. 4443-4449 (Aug. 1979).

Liou, M.L., "A Tutorial on Computer-Aided Analysis of Switched-Capacitor Circuits," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 987-1005 (Aug. 1983).

Lo, P. et al., "Coherent Automatic Gain Control," *IEE Colloquium on Phase Locked Techniques,* IEE, pp. 2/1-2/6 (Mar. 26, 1980).

Lo, P. et al., "Computation of Rain Induced Scintillations on Satellite Down-Links at Microwave Frequencies," *Third International Conference on Antennas and Propagation (ICAP 83),* pp. 127-131 (Apr. 12-15, 1983).

Lo, P.S.L.O. et al., "Observations of Amplitude Scintillations on a Low-Elevation Earth-Space Path," *Electronics Letters,* IEE, vol. 20, No. 7, pp. 307-308 (Mar. 29, 1984).

Madani, K. and Aithison, C.S., "A 20 Ghz Microwave Sampler," *IEEE Transactions on Microwave Theory and Techniques,* IEEE Microwave Theory and Techniques Society, vol. 40 , No. 10, pp. 1960-1963 (Oct. 1992).

Marsland, R.A. et al., "130 Ghz GaAs monolithic integrated circuit sampling head," *Appl. Phys. Lett.,* American Institute of Physics, vol. 55, No. 6, pp. 592-594 (Aug. 7, 1989).

Martin, K. and Sedra, A.S., "Switched-Capacitor Building Blocks for Adaptive Systems," *IEEE Transactions on Circuits and Systems,* IEEE Circuits and Systems Society, vol. CAS-28, No. 6, pp. 576-584 (Jun. 1981).

Marzano, F.S. and d'Auria, G., "Model-based Prediction of Amplitude Scintillation variance due to Clear-Air Tropospheric Turbulence on Earth-Satellite Microwave Links," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. 46, No. 10, pp. 1506-1518 (Oct. 1998).

Matricciani, E., "Prediction of fade durations due to rain in satellite communication systems," *Radio Science,* American Geophysical Union, vol. 32, No. 3, pp. 935-941 (May-Jun. 1997).

McQueen, J.G., "The Monitoring of High-Speed Waveforms," *Electronic Engineering,* Morgan Brothers Limited, vol. XXIV, No. 296, pp. 436-441 (Oct. 1952).

Merkelo, J. and Hall, R.D., "Broad-Band Thin-Film Signal Sampler," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-7, No. 1, pp. 50-54 (Feb. 1972).

Merlo, U. et al., "Amplitude Scintillation Cycles in a Sirio Satellite-Earth Link," *Electronics Letters,* IEE, vol. 21, No. 23, pp. 1094-1096 (Nov. 7, 1985).

Morris, D., "Radio-holographic reflector measurement of the 30-m millimeter radio telescope at 22 Ghz with a cosmic signal source," *Astronomy and Astrophysics,* Springer-Verlag, vol. 203, No. 2, pp. 399-406 (Sep. (II) 1988).

Moulsley, T.J. et al., "The efficient acquisition and processing of propagation statistics," *Journal of the Institution of Electronic and Radio Engineers,* IERE, vol. 55, No. 3, pp. 97-103 (Mar. 1985).

Ndzi, D. et al., "Wide-Band Statistical Characterization of an Over-the-Sea Experimental Transhorizon Link," *IEE Colloquium on Radio Communications at Microwave and Millimetre Wave Frequencies,* IEE, pp. 1/1-1/6 (Dec. 16, 1996).

Ndzi, D. et al., "Wideband Statistics of Signal Levels and Doppler Spread on an Over-The-Sea Transhorizon Link," *IEE Colloquium on Propagation Characteristics and Related System Techniques for Beyond Line-of-Sight Radio,* IEE, pp. 9/1-9/6 (Nov. 24, 1997).

"New zero IF chipset from Philips," *Electronic Engineering,* United News & Media, vol. 67, No. 825, p. 10 (Sep. 1995).

Ohara, H. et al., "First monolithic PCM filter cuts cost of telecomm systems," *Electronic Design,* Hayden Publishing Company, vol. 27, No. 8, pp. 130-135 (Apr. 12, 1979).

Oppenheim, A.V. et al., *Signals and Systems,* Prentice-Hall, pp. 527-531 and 561-562 (1983).

Ortgies, G., "Experimental Parameters Affecting Amplitude Scintillation Measurements on Satellite Links," *Electronics Letters,* IEE, vol. 21, No. 17, pp. 771-772 (Aug. 15, 1985).

Pärssinen et al., "A 2-GHz Subharmonic Sampler for Signal Downconversion," *IEEE Transactions on Microwave Theory and Techniques,* IEEE, vol. 45, No. 12, 7 pages (Dec. 1997).

US 7,218,907 B2

Page 10

Peeters, G. et al., "Evaluation of Statistical Models for Clear-Air Scintillation Prediction Using Olympus Satellite Measurements," *International Journal of Satellite Communications,* John Wiley and Sons, vol. 15, No. 2, pp. 73-88 (Mar.-Apr. 1997).

Perrey, A.G. and Schoenwetter, H.K., *NBS Technical Note 1121: A Schottky Diode Bridge Sampling Gate,* U.S. Dept. of Commerce, pp. 1-14 (May 1980).

Poulton, K. et al., "A 1-Ghz 6-bit ADC System," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-22, No. 6, pp. 962-969 (Dec. 1987).

Press Release, "Parkervision, Inc. Announces Fiscal 1993 Results," Lippert/Heilshorn and Associates, 2 Pages (Apr. 6, 1994).

Press Release, "Parkervision, Inc. Announces the Appointment of Michael Baker to the New Position of National Sales Manager," Lippert/Heilshorn and Associates, 1 Page (Apr. 7, 1994).

Press Release, "Parkervision's Cameraman Well-Received By Distance Learning Market," Lippert/Heilshorn and Associates, 2 Pages (Apr. 8, 1994).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Lippert/Heilshorn and Associates, 2 Pages (Apr. 26, 1994).

Press Release, "Parkervision, Inc. Announces The Retirement of William H. Fletcher, Chief Financial Officer," Lippert/Heilshorn and Associates, 1 Page (May 11, 1994).

Press Release, "Parkervision, Inc. Announces New Cameraman System II™ At Infocomm Trade Show," Lippert/Heilshorn and Associates, 3 Pages (Jun. 9, 1994).

Press Release, "Parkervision, Inc. Announces Appointments to its National Sales Force," Lippert/Heilshorn and Associates, 2 Pages (Jun. 17, 1994).

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Aug. 9, 1994).

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Oct. 28, 1994).

Press Release, "Parkervision, Inc. Announces First Significant Dealer Scale of Its *Cameraman*® System II," Lippert/Heilshorn and Associates, 2 Pages (Nov. 7, 1994).

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," Lippert/Heilshorn and Associates, 2 Pages (Mar. 1, 1995).

Press Release, "Parkervision, Inc. Announces Joint Product Developments With VTEL," Lippert/Heilshorn and Associates, 2 Pages (Mar. 21, 1995).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Apr. 28, 1995).

Press Release, "Parkervision Wins Top 100 Product Districts' Choice Award," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jun. 29, 1995).

Press Release, "Parkervision National Sales Manager Next President of USDLA," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jul. 6, 1995).

Press Release, "Parkervision Granted New Patent," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jul. 21, 1995).

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 31, 1995).

Press Release, "Parkervision, Inc. Expands Its Cameraman System II Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Sep. 22, 1995).

Press Release, "Parkervision Announces New Camera Control Technology," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 25, 1995).

Press Release, "Parkervision, Inc. Announces Completion of VTEL/ Parkervision Joint Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1995).

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1995).

Press Release, "Parkervision's Cameraman Personal Locator Camera System Wins Telecon XV Award," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Nov. 1, 1995).

Press Release, "Parkervision, Inc. Announces Purchase Commitment From VTEL Corporation," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Feb. 26, 1996).

Press Release, "ParkerVision, Inc. Announces Fourth Quarter and Year End Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Feb. 27, 1996).

Press Release, "ParkerVision, Inc. Expands its Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 7, 1996).

Press Release, "ParkerVision Files Patents for its Research of Wireless Technology," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Mar. 28, 1996).

Press Release, "Parkervision, Inc. Announces First Significant Sale of Its Cameraman® Three-Chip System," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Apr. 12, 1996).

Press Release, "Parkervision, Inc. Introduces New Product Line For Studio Production Market," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Apr. 15, 1996).

Press Release, "Parkervision, Inc. Announces Private Placement of 800,000 Shares," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Apr. 15, 1996).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Pakervision Marketing and Manufacturing Headquarters, 3 Pages (Apr. 30, 1996).

Press Release, "ParkerVision's New Studio Product Wins Award," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jun. 5, 1996).

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Aug. 1, 1986).

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 29, 1996).

Press Release, "PictureTel and ParkerVision Sign Reseller Agreement," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1996).

Press Release, "CLI and ParkerVision Bring Enhanced Ease-of-Use to Videoconferencing," CLI/Parkervision, 2 Pages (Jan. 20, 1997).

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Feb. 27, 1997).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Apr. 29, 1997).

Press Release, "NEC and Parkervision Make Distance Learning Closer," NEC America, 2 Pages (Jun. 18, 1997).

Press Release, "Parkervision Supplies JPL with Robotic Cameras, Cameraman Shot Director for Mars Mission," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Jul. 8, 1997).

Press Release, "ParkerVision and IBM Join Forces to Create Wireless Computer Peripherals," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 23, 1997).

Press Release, "PakerVision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Jul. 31, 1997).

Press Release, "Parkervision, Inc. Announces Private Placement of 990,000 Shares," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Sep. 8, 1997).

Press Release, "Wal-Mart Chooses Parkervision for Broadcast Production," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 24, 1997).

Press Release, "Parkervision, Inc. Announces Third Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Oct. 30, 1997).

Press Release, "ParkerVision Announces Breakthrough in Wireless Radio Frequency Technology," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Dec. 10, 1997).

Press Release, "Parkervision, Inc. Announces the Appointment of Joseph F. Skovron to the Position of Vice President,

US 7,218,907 B2

Page 11

Licensing—Wireless Technologies," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jan. 9, 1998).

Press Release, "Parkervision Announces Existing Agreement with IBM Terminates—Company Continues with Strategic Focus Announced in December," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jan. 27, 1998).

Press Release, "Laboratory Tests Verify Parkervision Wireless Technology," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 3, 1998).

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Mar. 5, 1998).

Press Release, "Parkervision Awarded Editor's Pick of Show for NAB 98," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 15, 1998).

Press Release, "Parkervision Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (May 4, 1998).

Press Release, "Parkervision 'DIRECT2DATA' Introduced in Response to Market Demand," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Jul. 9, 1998).

Press Release, "Parkervision Expands Senior Management Team," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 29, 1998).

Press Release, "Parkervision Announces Second Quarter and Six Month Financial Results," Parkervision Marketing and Manufacturing Headquarters, 4 Pages (Jul. 30, 1998).

Press Release, "Parkervision Announces Third Quarter and Nine Month Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Oct. 30, 1998).

Press Release, "Questar Infocomm, Inc. Invests $5 Million in Parkervision Common Stock," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Dec. 2, 1998).

Press Release, "Parkervision Adds Two New Directors," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 5, 1999).

Press Release, "Parkervision Announces Fourth Quarter and Year End Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Mar. 5, 1999).

Press Release, "Joint Marketing Agreement Offers New Automated Production Solution," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 13, 1999).

"Project COST 205: Scintillations in Earth-satellite links," Alta Frequenza: Scientific Review in Electronics, AEI, vol. LIV, No. 3, pp. 209-211 (May-Jun. 1985).

Razavi, B., RF Microelectronics, Prentice-Hall. pp. 147-149 (1998).

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 1)," Electronic Engineering, Morgan Brothers Limited, vol. 31, No. 373, pp. 130-137 (Mar. 1959).

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 2)," Electronics Engineering, Morgan Brothers Limited, vol. 31, No. 374, pp. 204-212 (Apr. 1959).

Rein, H.M. and Zahn, M., "Subnanosecond-Pulse Generator with Variable Pulsewidth Using Avalanche Transistors," Electronics Letters, IEE, vol. 11, No. 1, pp. 21-23 (Jan. 9, 1975).

Riad, S.M. and Nahman, N.S., "Modeling of the Feed-through Wideband (DC to 12.4 Ghz) Sampling-Head," IEEE MTT-S International Microwave Symposium Digest, IEEE, pp. 267-269 (Jun. 27-29, 1978).

Rizzoli, V. et al., "Computer-Aided Noise Analysis of MESFET and HEMT Mixers," IEEE Transactions on Microwave Theory and Techniques, IEEE, vol. 37, No. 9, pp. 1401-1410 (Sep. 1989).

Rowe, H.E., Signals and Noise in Communication Systems, D. Van Nostrand Company, Inc., Princeton, New Jersey, including, for example, Chapter V, Pulse Modulation Systems (1965).

Rücker, F. and Dintelmann, F., "Effect of Antenna Size on OTS Signal Scintillations and Their Seasonal Dependence," Electronics Letters, IEE, vol. 19, No. 24, pp. 1032-1034 (Nov. 24, 1983).

Russell, R. and Hoare, L. "Millimeter Wave Phase Locked Oscillators," Military Microwaves '78 Conference Proceedings, Microwave Exhibitions and Publishers, pp. 238-242 (Oct. 25-27, 1978).

Sabel, L.P., "A DSP Implementation of a Robust Flexible Receiver/Demultiplexer for Broadcast Data Satellite Communications," The Institution of Engineers Australia Communications Conference, Institution of Engineers, Australia, pp. 218-223 (Oct. 16-18, 1990).

Salous, S., "IF digital generation of FMCW waveforms for wideband channel characterization," IEE Proceedings-I, IEE, vol. 139, No. 3, pp. 281-288 (Jun. 1992).

"Sampling Loops Lock Sources to 23 Ghz," Microwaves & RF, Penton Publishing, p. 212 (Sep. 1990).

Sasikumar, M. et al., "Active Compensation in the Switched-Capacitor Biquad," Proceedings of the IEEE, IEEE, vol. 71, No. 8, pp. 1008-1009 (Aug. 1983).

Saul, P.H., "A GaAs MESFET Sample and Hold Switch," Fifth European Solid State Circuits Conference-ESSCIRC 79, IEE, pp. 5-7 (1979).

Shen, D.H. et al., "A 900-MHZ RF Front-End with Integrated Discrete-Time Filtering," IEEE Journal of Solid-State Circuits, IEEE Solid-State Circuits Council, vol. 31, No. 12, pp. 1945-1954 (Dec. 1996).

Shen, X.D. and Vilar, E., "Anomalous transhorizon propagation and meteorological processes of a multilink path," Radio Science, American Geophysical Union, vol. 30, No. 5, pp. 1467-1479 (Sep.-Oct. 1995).

Shen, X. and Tawfik, A.N., "Dynamic Behaviour of Radio Channels Due to Trans-Horizon Propagation Mechanisms," Electronics Letters, IEE, vol. 29, No. 17, pp. 1582-1583 (Aug. 19, 1993).

Shen, X. et al., "Modeling Enhanced Spherical Diffraction and Troposcattering on a Transhorizon Path with aid of the parabolic Equation and Ray Tracing Methods," IEE Colloquium on Common modeling techniques for electromagnetic wave and accoustic wave propagation, IEE, pp. 4/1-4/7 (Mar. 8, 1996).

Shen, X. and Vilar, E., "Path loss statistics and mechanisms of transhorizon propagation over a sea path," Electronics Letters, IEE, vol. 32, No. 3, pp. 259-261 (Feb. 1, 1996).

Shen, D., "A 900 MHZ Integrated Discrete-Time Filtering RF Front-End," IEEE International Solid State Circuits Conference, IEEE, vol. 39, pp. 54-55 and 417 (Feb. 1996).

Spillard, C. et al., "X-Band Tropospheric Transhorizon Propagation Under Differing Meteorological Conditions," Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation, IEE, pp. 451-455 (Apr. 4-7, 1989).

Stafford, K.R. et al., "A Complete Monolithic Sample/Hold Amplifier," IEEE Journal of Solid-State Circuits, IEEE, vol. SC-9, No. 6, pp. 381-387 (Dec. 1974).

Staruk, W. Jr. et al., "Pushing HF Data Rates," Defense Electronics, EW Communications, vol. 17, No. 5, pp. 211, 213, 215, 217, 220 and 222 (May 1985).

Stephenson, A.G., "Digitizing multiple RF signals requires an optimum sampling rate," Electronics, McGraw-Hill, pp. 106-110 (Mar. 27, 1972).

Sugarman, R., "Sampling Oscilloscope for Statistically Varying Pulses," The Review of Scientific Instruments, American Institutes of Physics, vol. 28, No. 11, pp. 933-938 (Nov. 1957).

Sylvain, M., "Experimental probing of multipath microwave channels," Radio Science, American Geophysical Union, vol. 24, No. 2, pp. 160-178 (Mar.-Apr. 1989).

Takano, T., "NOVEL GaAs Pet Phase Detector Operable To Ka Band," IEEE MT-S Digest, IEEE, pp. 381-383 (1984).

Tan, M.A., "Biquadratic Transconductance Switched-Capacitor Filters," IEEE Transactions on Circuits and Systems-I: Fundamental Theory and Applications, IEEE Circuits and Systems Society, vol. 40, No. 4, pp. 272-275 (Apr. 1993).

Tanaka, K. et al., "Single Chip Multisystem AM Stereo Decoder IC," IEEE Transactions on Consumer Electronics, IEEE Consumer Electronics Society, vol. CE-32, No. 3, pp. 482-496 (Aug. 1986).

Tawfik, A.N., "Amplitude, Duration and Predictability of Long Hop Trans-Horizon X-band Signals Over the Sea," Electronics Letters, IEE, vol. 28, No. 6, pp. 571-572 (Mar. 12, 1992).

Tawfik, A.N. and Vilar, E., "Correlation of Transhorizon Signal Level Strength with Localized Surface Meteorological Parameters," Eighth International Conference on Antennas and Propagation, Electronics Division of the IEE, pp. 335-339 (Mar. 30-Apr. 2, 1993).

US 7,218,907 B2

Page 12

Tawfik, A.N. and Vilar, E., "Dynamic Structure of a Transhorizon Signal at X-band Over a Sea Path," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation,* IEE, pp. 446-450 (Apr. 4-7, 1989).

Tawfik, A.N. and Vilar, E., "Statistics of Duration and Intensity of Path Loss in a Microwave Transhorizon Sea-Path," *Electronics Letters,* IEE, vol. 26, No. 7, pp. 474-476 (Mar. 29, 1990).

Tawfik, A.N. and Vilar, E., "X-Band Transhorizon Measurements of CW Transmissions Over the Sea- Part 1: Path Loss, Duration of Events, and Their Modeling," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. 41, No. 11, pp. 1491-1500 (Nov. 1993).

Temes, G.C. and Tsividis, T., "The Special Section on Switched-Capacitor Circuits," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 915-916 (Aug. 1983).

Thomas, G.B., *Calculus and Analytic Geometry,* Third Edition, Addison-Wesley Publishing, pp. 119-133 (1960).

Tomassetti, Q., "An Unusual Microwave Mixer," *16th European Microwave Conference,* Microwave Exhibitions and Publishers, pp. 754-759 (Sep. 8-12, 1986).

Tortoli, P. et al., "Bidirectional Doppler Signal Analysis Based on a Single RF Sampling Channel," *IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control,* IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, vol. 41, No. 1, pp. 1-3 (Jan. 1984).

Tsividis, Y. and Antognetti, P. (Ed.), *Design of MOS VLSI Circuits for Telecommunications,* Prentice-Hall, p. 304 (1985).

Tsividis, Y., "Principles of Operation and Analysis of Switched-Capacitor Circuits," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 926-940 (Aug. 1983).

Tsurumi, H. and Maeda, T., "Design Study on a Direct Conversion Receiver Front-End for 280 MHZ, 900 MHZ, and 2.6 Ghz Band Radio Communication Systems," *41st IEEE Vehicular Technology Conference,* IEEE Vehicular Technology Society, pp. 457-462 (May 19-22, 1991).

Valdmanis, J.A. et al., "Picosecond and Subpicosend Optoelectronics for Measurements of Future High Speed Electronic Devices," *IEDM Technical Digest,* IEEE, pp. 597-600 (Dec. 5-7, 1983).

van de Kamp, M.M.J.L., "Asymmetric signal level distribution due to tropospheric scintillation," *Electronics Letters,* IEE, vol. 34, No. 11, pp. 1145-1146 (May 28, 1998).

Vasseur, H. and Vanhoenacker, D., "Characterization of tropospheric turbulent layers from radiosonde data," *Electronics Letters,* IEE, vol. 34, No. 4, pp. 318-319 (Feb. 19, 1998).

Verdone, R., "Outage Probability Analysis for Short-Range Communication Systems at 60 Ghz in ATT Urban Environments," *IEEE Transactions on Vehicular Technology,* IEEE Vehicular Technology Society, vol. 46, No. 4, pp. 1027-1039 (Nov. 1997).

Vierira-Ribeiro, S.A., *Single-IF DECT Receiver Architecture using a Quadrature Sub-Sampling Band-Pass Sigma-Delta Modulator,* Thesis for Degree of Master's of Engineering, Carleton University, UMI Dissertation Services, pp. 1-180 (Apr. 1995).

Vilar, E. et al., "A Comprehensive/Selective MM-Wave Satellite Downlink Experiment on Fade Dynamics," *Tenth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 2.98-2.101 (Apr. 14-17, 1997).

Vilar, E. et al., "A System to Measure LOS Atmospheric Transmittance at 19 Ghz," *AGARD Conference Proceedings No. 346: Charcateristics of the Lower Atmospheric Influencing Radio Wave Propagation,* AGARD, pp. 8-1-8-16 (Oct. 4-7, 1983).

Vilar, E. and Smith, H., "A Theoretical and Experimental Study of Angular Scintillations in Earth Space Paths," *IEEE Transactions on Antennas and Propagation,* IEEE, vol. AP-34, No. 1, pp. 2-10 (Jan. 1986).

Vilar, E. et al., "A Wide Band Transhorizon Experiment at 11.6 Ghz," *Eighth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 441-445 (Mar. 30-Apr. 2, 1993).

Vilar, E. and Matthews, P.A., "Amplitude Dependence of Frequency in Oscillators," *Electronics Letters,* IEE, vol. 8, No. 20, pp. 509-511 (Oct. 5, 1972).

Vilar, E. et al., "An experimental mm-wave receiver system for measuring phase noise due to atmospheric turbulence," *Proceedings of the 25th European Microwave Conference,* Nexus House, pp. 114-119 (1995).

Vilar, E. and Burgueño, A., "Analysis and Modeling of Time Intervals Between Rain Rate Exceedances in the Context of Fade Dynamics," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 39, No. 9, pp. 1306-1312 (Sep. 1991).

Vilar, E. et al., "Angle of Arrival Fluctuations in High and Low Elevation Earth Space Paths," *Fourth International Conference on Antennas and Propagation (ICAP 85),* Electronics Division of the IEE, pp. 83-88 (Apr. 16-19, 1985).

Vilar, E., "Antennas and Propagation: A Telecommunications Systems Subject," *Electronics Division Colloquium on Teaching Antennas and Propagation to Undergraduates,* IEE, pp. 7/1-7/6 (Mar. 8, 1988).

Vilar, E. et al., "CERS*. Millimetre-Wave Beacon Package and Related Payload Doppler Correction Strategies," *Electronics Division Colloquium on CERS- Communicatins Engineering Research Satellite,* IEE, pp. 10/1-10/10 (Apr. 10, 1984).

Vilar, E. and Moulsley, T.J., "Comment and Reply: Probability Density Function of Amplitude Scintillations," *Electronics Letters,* IEE, vol. 21, No. 14, pp. 620-622 (Jul. 4, 1985).

Vilar, E. et al., "Comparison of Rainfall Rate Duration Distributions for ILE-IFE and Barcelona," *Electronics Letters,* IEE, vol. 28, No. 20, pp. 1922-1924 (Sep. 24, 1992).

Vilar, E., "Depolarization and Field Transmittances in Indoor Communications," *Electronics Letters,* IEE, vol. 27, No. 9, pp. 732-733 (Apr. 25, 1991).

Vilar, E. and Larsen, J.R., "Elevation Dependence of Amplitude Scintillations on Low Elevation Earth Space Paths," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation,* IEE, pp. 150-154 (Apr. 4-7, 1989).

Vilar, E. et al., "Experimental System and Measurements of Transhorizon Signal Levels at 11 Ghz," *18th European Microwave Conference,* Microwave Exhibitions and Publishers Ltd., pp. 429-435 (Sep. 12-15, 1988).

Vilar, E. and Matthews, P.A., "Importance of Amplitude Scintillations in Millimetric Radio Links," *Proceedings of the 4th European Microwave Conference,* Microwave Exhibitions and Publishers, pp. 202-206 (Sep. 10-13, 1974).

Vilar, E. and Haddon, J., "Measurement and Modeling of Scintillation Intensity to Estimate Turbulence Parameters In an Earth-Space Path," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. AP-32, No. 4, pp. 340-346 (Apr. 1984).

Vilar, E. and Matthews, P.A., "Measurement of Phase Fluctuations on Millimetric Radiowave Propagation," *Electronics Letters,* IEE, vol. 7, No. 18, pp. 566-568 (Sep. 9, 1971).

Vilar, E. and Wan, K.W., "Narrow and Wide Band Estimates of Field Strength for Indoor Communications in the Millimetre Band," *Electronics Division Colloquium on Radiocommunications in the Range 30-60 Ghz,* IEE, pp. 5/1-5/8 (Jan. 17, 1991).

Vilar, E. and Faulkner, N.D., "Phase Noise and Frequency Stability Measurements. Numerical Techniques and Limitations," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* IEE, 5 pages (Jan. 23, 1986).

Vilar, E. and Senin, S., "Propagation phase noise identified using 40 Ghz satellite downlink," *Electronics Letters,* IEE, vol. 33, No. 22, pp. 1901-1902 (Oct. 23, 1997).

Vilar, E. et al., "Scattering and Extinction: Dependence Upon Raindrop Size Distribution in Temperate (Barcelona) and Tropical (Belem) Regions," *Tenth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 2.230-2.233 (Apr. 14-17, 1997).

Vilar, E. and Haddon, J., "Scintillation Modeling and Measurement—A Tool for Remote-Sensing Slant Paths," *AGARD Conference Proceedings No. 332: Propagation Aspects of Frequency Sharing, Interference And System Diversity,* AGARD, pp. 27-1-27-13 (Oct. 18-22, 1982).

APPX164

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 14 of 261 PageID 2347

**US 7,218,907 B2**

Page 13

Vilar, E., "Some Limitations on Digital Transmission Through Turbulent Atmosphere," *International Conference on Satellite Communication Systems Technology,* Electronics Division of the IEE, pp. 169-187 (Apr. 7-10, 1975).

Vilar, E. and Matthews, P.A., "Summary of Scintillation Observations in a 36 Ghz Link Across London," *International Conference on Antennas and Propagation Part 2: Propagation,* IEE, pp. 36-40 (Nov. 28-30, 1978).

Vilar, E. et al., "Wideband Characterization of Scattering Channels," *Tenth International Conference on Antennas and Propagation,* Electronics of the IEE, pp. 2.353-2.358 (Apr. 14-17, 1997).

Vollmer, A., "Complete GPS Receiver Fits on Two Chips," *Electronics Design,* Penton Publishing, pp. 50, 52, 54 and 56 (Jul. 6, 1998).

*Voltage and Time Resolution in Digitizing Oscilloscopes: Application Note 348,* Hewlett Packard, pp. 1-11 (Nov. 1986).

Wan, K.W. et al., "A Novel Approach to the Simultaneous Measurement of Phase and Amplitude Noises in Oscillator," *Proceedings of the 19th European Microwave Conference,* Microwave Exhibitions and Publishers Ltd., pp. 809-813 (Sep. 4-7, 1989).

Wan, K.W. et al., "Extended Variances and Autoregressive/Moving Average Algorithm for the Measurement and Synthesis of Oscillator Phase Noise," *Proceedings Of the 43th Annual Symposium on Frequency Control,* IEEE, pp. 331-335 (1989).

Wan, K.W. et al., "Wideband Transhorizon Channel Sounder at 11 Ghz," *Electronics Division Colloquium on High Bit Rate UHF/SHF Channel Sounders—Technology and Measurement,* IEE, pp. 3/1-3/5 (Dec. 3, 1993).

Wang, H., "A 1-V Multigigahertz RF Mixer Core in 0.5—μm CMOS," *IEEE Journal of Solid-State Circuits,* IEEE Solid-State Circuits Society, vol. 33, No. 12, pp. 2265-2267 (Dec. 1998).

Watson, A.W.D. et. al., "Digital Conversion and Signal Processing for High Performance Communications Receivers," *Digital Processing of Signals in Communications,* Institution for Electronic and Radio Engineers, pp. 367-373 (Apr. 22nd -26th, 1985).

Weast, R.C. et al. (Ed.), *Handbook of Mathematical Tables,* Second Edition, The Chemical Rubber Co., pp. 480-485 (1964).

Wiley, R.G., "Approximate FM Demodulation Using Zero Crossings," *IEEE Transactions on Communications,* IEEE, vol. COM-29, No. 7, pp. 1061-1065 (Jul. 1981).

Worthman, W., "Convergence . . . Again," *RF Design,* Primedia, p. 102 (Mar. 1999).

Young, I.A. and Hodges, D.A., "MOS Switched-Capacitor Analog Sampled-Data Direct-Form Recursive Filters," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-14, No. 6, pp. 1020-1033 (Dec. 1979).

Translation of Specification and Claims of FR Patent No. 2245130, 3 pages (Apr. 18, 1975- Date of publication of application).

Fest, Jean-Pierre, "Le Convertisseur A/N Revolutionne Le Recepteur Radio," *Electronique,* JMJ (Publisher), No. 54, pp. 40-42 (Dec. 1995).

Translation of DE Patent No. 35 41 031 A1, 22 pages (May 22, 1986- Date of publication of application).

Translation of EP Patent No. 0 732 803 A1, 9 pages (Sep. 18, 1996- Date of publication of application).

Fest, Jean-Pierre, "The A/D Converter Revolutionizes the Radio Receiver," *Electronique,* JMJ (Publisher), No. 54, 3 pages (Dec. 1995). (Translation of Doc. AQ50).

Translation of German Patent No. DE 197 35 798 C1, 8 pages (Jul. 16, 1998- Date of publication of application).

Miki, S. and Nagahama, R., *Modulation System II,* Common Edition 7, Kyoritsu Publishing Co., Ltd., pp. 146-154 (Apr. 30, 1956).

Miki, S. and Nagahama, R., *Modulation System II,* Common Edition 7, Kyoritsu Publishing Co., Ltd., pp. 146-149 (Apr. 30, 1956). (Partial Translation of Doc. AQ51).

Rabiner, L.R. and Gold, B., *Theory And Application Of Digital Signal Processing,* Prentice-Hall, Inc., pp. v-xii and 40-46 (1975).

English-language Abstract of Japanese Patent Publication No. 08-032556, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 2, 1996—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 08-139524, from http://www1/ipdl.jpo.go.jp, 2 Pages (May 31, 1996—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 59-144249, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 18, 1984—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 63-054002, from http://www1.ipdl.jpo.go.jp, 2 Pages (Mar. 8, 1988—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 06-237276, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 23, 1994—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 08-023359, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jan. 23, 1996—Date of publication of application).

Translation of Japanese Patent Publication No. 47-2314, 7 pages (Feb. 4, 1972—Date of publication of application).

Partial Translation of Japanese Patent Publication No. 58-7903, 3 pages (Jan. 17, 1983- Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 58-133004, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 8, 1993—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 60-058705, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 4, 1985—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 04-123614, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 23, 1992—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 04-127601, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 28, 1992—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 05-175730, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jul. 13, 1993—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 05-175734, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jul. 13, 1993—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 07-154344, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jun. 16, 1995—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 07-307620, from http://www1.ipdl.jpo.go.jp, 2 Pages (Nov. 21, 1995—Date of publication of application).

Oppenheim, A.V. and Schafer, R.W., *Digital Signal Processing,* Prentice-Hall, pp. vii-x, 6-35, 45-78, 87-121 and 136-165 (1975).

English-language Abstract of Japanese Patent Publication No. 55-066057, from http://www1.ipdl.jpo.go.jp, 2 Pages (May 19, 1980—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 63-065587, from http://www1.ipdl.jpo.go.jp, 2 Pages (Mar. 24, 1988—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 63-153691, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jun. 27, 1988—Date of publication of application).

Translation of Japanese Patent Publication No. 60-130203, 3 pages (Jul. 11, 1985- Date of publication of application).

Razavi, B., "A 900-MHz/1.8-Ghz CMOS Transmitter for Dual-Band Applications," *Symposium on VLSI Circuits Digest of Technical Papers,* IEEE, pp. 128-131 (1998).

Ritter, G.M., "SDA, A New Solution for Transceivers," *16th European Microwave Conference,* Microwave Exhibitions and Publishers, pp. 729-733 (Sep. 8, 1986).

DIALOG File 351 (Derwent WPI) English Language Patent Abstract for FR 2 669 787, 1 page (May 29, 1992- Date of publication of application).

Akos, D.M. et al., "Direct Bandpass Sampling of Multiple Distinct RF Signals," *IEEE Transactions on Communications,* IEEE, vol. 47, No. 7, pp. 983-988 (Jul. 1999).

Patel, M. et al., "Bandpass Sampling for Software Radio Receivers, and the Effect of Oversampling on Aperture Jitter," *VTC 2002,* IEEE, pp. 1901-1905 (2002).

English-language Abstract of Japanese Patent Publication No. 61-030821, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 13, 1986- Date of publication of application).

US 7,218,907 B2

Page 14

English-language Abstract of Japanese Patent Publication No. 05-327356, from http://www1.ipdl.jpo.go.jp, 2 Pages (Dec. 10, 1993—Date of publication of application).

Tayloe, D., "A Low-noise, High performance Zero IF Quadrature Detector/Preamplifier," *RF Design,* Primedia Business Magazines & Media, Inc., pp. 58, 60, 62 and 69 (Mar. 2003).

Dines, J.A.B. "Smart Pixel Optoelectric Receiver Based on a Charge Sensitive Amplifier Design," *IEEE Journal of Selected Topics in Quantum Electronics,* IEEE, vol. 2, No. 1, pp. 117-120 (Apr. 1996).

Simonl, A. et al., "A Digital Camera for Machine Vision," *20th International Conference on Industrial Electronics, Control and Instrumentation,* IEEE, pp. 879-883 (Sep. 1994).

Stewart, R.W. and Pfann, E., "Oversampling and sigma-delta strategies for data conversion," *Electronics & Communication Engineering Journal,* IEEE, pp. 37-47 (Feb. 1998).

Rudell, J.C. et al., "A 1.9-Ghz Wide-Band IF Double Conversion CMOS Receiver for Cordless Telephone Applications," *IEEE Journal of Solid-State Circuits,* IEEE, vol. 32, No. 12, pp. 2071-2088 (Dec. 1997).

English-language Abstract of Japanese Patent Publication No. 09-036664, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 7, 1997—Date of publication of application).

Simoni, A. et al., "A Single-Chip Optical Sensor with Analog Memory for Motion Detection," *IEEE Journal of Solid-State Circuits,* IEEE, vol. 30, No. 7, pp. 800-806 (Jul. 1995).

English Translation of German Patent Publication No. DE 196 48 915 A1, 10 pages.

Deboo, Gordon J., *Integrated Circuits and Semiconductor Devices,* 2nd Edition, McGraw-Hill, Inc., pp. 41-45 (1977).

Hellwarth, G.A. and Jones, G.D, "Automatic Conditioning of Speech Signals," *IEEE Transactions on Audio and Electroacoustics,* vol. AU-16, No. 2, pp. 169-179 (Jun. 1968).

English Abstract for German Patent No. DE 692 21 098 T2, 1 page, data supplied from the espacenet.

Gaudiosi, J., "Retailers will bundle Microsoft's Xbox with games and peripherals," *Video Store Magazine,* vol. 23, Issue 36, p. 8, 2 pages (Sep. 2-8, 2001).

English-language Translation of German Patent Publication No. DT 1936252, translation provided by Transperfect Translations, 12 pages (Jan. 28, 1971—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 62-12381, data supplied by the espacenet, 1 page (Jan. 21, 1987—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 4-154227, data supplied by the espacenet, 1 page (May 27, 1992—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 6-284038, data supplied by the espacenet, 1 page (Oct. 7, 1994—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 10-96778, data supplied by the espacenet, 1 page (Apr. 14, 1998—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 11-98205, data supplied by the espacenet, 1 page (Apr. 9, 1999—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 61-232706, data supplied by the espacenet, 1 page (Oct. 17, 1986—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 9-171399, data supplied by the espacenet, 1 page (Jun. 30, 1997—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 10-41860, data supplied by the espacenet, 1 page (Feb. 13, 1998—Date of publication of application).

English-language Computer Translation of Japanese Patent Publication No. JP 10-173563, provided by the JPO, 10 pages (Jun. 26, 1998—Date of publication of application) and cited in U.S. Appl. No. 10/305,299, directed to related subject matter.

*What is I/Q Date?,* printed Sep. 16, 2006, from http://zone.ni.com, 8 pages (Copyright 2003).

* cited by examiner

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 16 of 261 PageID 2349



*FIG. 1*

112 — MODULATING BASEBAND SIGNAL $F_{MB}$ → MODULATOR → MODULATED CARRIER SIGNAL $F_{MC}$ — 116

110

CARRIER SIGNAL $F_C$ — 114

210

*FIG. 2*

EXAMPLE ANALOG MODULATING BASEBAND SIGNAL $F_{MB}$

AMPLITUDE

t ⟶

310

*FIG. 3*

EXAMPLE DIGITAL MODULATING BASEBAND SIGNAL $F_{MB}$

SECOND STATE 314

FIRST STATE 312

t

CARRIER SIGNAL (e.g. 900 MHz)

410

*FIG. 4*

AMPLITUDE 414

t ⟶

**U.S. Patent**     **May 15, 2007**     **Sheet 2 of 178**     **US 7,218,907 B2**



ANALOG
BASEBAND SIGNAL
210

*FIG. 5A*



CARRIER SIGNAL
410

*FIG. 5B*



AM CARRIER
SIGNAL
516

*FIG. 5C*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 18 of 261 PageID 2351

**U.S. Patent**       May 15, 2007       Sheet 3 of 178       US 7,218,907 B2



DIGITAL
BASEBAND SIGNAL
310

FIG. 6A



CARRIER SIGNAL
410

FIG. 6B



AM CARRIER SIGNAL
616

FIG. 6C

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 19 of 261 PageID 2352

**U.S. Patent**          May 15, 2007          **Sheet 4 of 178**          **US 7,218,907 B2**



*FIG. 7A*



*FIG. 7B*



*FIG. 7C*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 20 of 261 PageID 2353

**U.S. Patent**          May 15, 2007          Sheet 5 of 178          US 7,218,907 B2

DIGITAL
BASEBAND SIGNAL
310



FIG. 8A

CARRIER SIGNAL
410



FIG. 8B

FM CARRIER SIGNAL
816



FIG. 8C

APPX171

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 21 of 261 PageID 2354

**U.S. Patent**       May 15, 2007       Sheet 6 of 178       US 7,218,907 B2



FIG. 9A



FIG. 9B



FIG. 9C

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 22 of 261 PageID 2355

**U.S. Patent**     May 15, 2007     Sheet 7 of 178     US 7,218,907 B2



DIGITAL BASEBAND SIGNAL
310

FIG. 10A



CARRIER SIGNAL
410

FIG. 10B



PHASE MODULATED CARRIER SIGNAL
1016

FIG. 10C

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 23 of 261 PageID 2356

FIG. 11



APPX174

Case: 26-1033 Document: 24 Page: 251 Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS Document 26-10 Filed 08/21/14 Page 24 of 261 PageID 2357

## FIG. 12A



GENERIC DOWN-CONVERTING
FLOWCHART

## FIG. 12B



DOWN-CONVERTING AN EM
SIGNAL TO AN IF SIGNAL

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 25 of 261 PageID 2358

**U.S. Patent**    May 15, 2007    **Sheet 10 of 178**    US 7,218,907 B2

## FIG. 12C



DIRECTLY DOWN-CONVERTING AN EM
SIGNAL TO A DEMODULATED BASEBAND SIGNAL

## FIG. 12D



MODULATION CONVERSION

APPX176

Case: 26-1033    Document: 24    Page: 253    Filed: 02/04/2026

**U.S. Patent**          May 15, 2007          Sheet 11 of 178          US 7,218,907 B2



FIG. 13

1302

1304    1306    1308

EM SIGNAL → ALIASING MODULE → DOWN-CONVERTED SIGNAL

ALIASING SIGNAL HAVING AN ALIASING RATE

1310

GENERIC DOWN-CONVERTING SYSTEM

FIG. 14A



1401

RECEIVING AN EM SIGNAL ——1402

RECEIVING AN UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE ——1404

UNDER-SAMPLING THE EM SIGNAL AT THE ALIASING RATE TO DOWN-CONVERT THE EM SIGNAL ——1406

## FIG. 14B



1407

- RECEIVING AN EM SIGNAL — 1408
- RECEIVING AN UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE — 1410
- UNDER-SAMPLING THE EM SIGNAL AT THE ALIASING RATE TO DOWN-CONVERT THE EM SIGNAL TO AN IF SIGNAL — 1412

## FIG. 14C



1413

- RECEIVING AN EM SIGNAL — 1414
- RECEIVING AN UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE — 1416
- UNDER-SAMPLING THE EM SIGNAL AT THE ALIASING RATE TO DIRECTLY DOWN-CONVERT THE EM SIGNAL TO A DEMODULATED BASEBAND SIGNAL — 1418

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 28 of 261 PageID 2361

# FIG. 14D



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 29 of 261 PageID 2362



FIG. 15E

FIG. 15A

FIG. 15B

FIG. 15C

FIG. 15D

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 30 of 261 PageID 2363

**U.S. Patent**         May 15, 2007         Sheet 15 of 178         US 7,218,907 B2

*FIG. 16*



*FIG. 17*



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 31 of 261 PageID 2364

**U.S. Patent**         **May 15, 2007**         **Sheet 16 of 178**         **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 32 of 261 PageID 2365

**U.S. Patent**　　　May 15, 2007　　　Sheet 17 of 178　　　US 7,218,907 B2



Case: 26-1033    Document: 24    Page: 260    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 33 of 261 PageID 2366



FIG. 20A

FIG. 20B

FIG. 20C

FIG. 20D

FIG. 20E



*FIG. 21A*

*FIG. 21B*

*FIG. 21C*

*FIG. 21D*

*FIG. 21E*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 35 of 261 PageID 2368

**U.S. Patent**    May 15, 2007    **Sheet 20 of 178**    **US 7,218,907 B2**

*FIG. 22A* — 1016

$t_0$    $t_1$    $t_2$    $t_3$

*FIG. 22B*

2204    2205

$t_1$    $t_2$    $t_3$

*FIG. 22C*

2206    2207

$t_1$    $t_2$    $t_3$

*FIG. 22D*

2210    2208

$t_1$    $t_2$    $t_3$

*FIG. 22E*

2212

$t_0$

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 36 of 261 PageID 2369



Case 6:14-cv-00687-PGB-KRS    Document 26-10    Filed 08/21/14    Page 37 of 261 PageID 2370



*FIG. 24A*

Case 6:14-cv-00687-PGB-KRS Document 26-10 Filed 08/21/14 Page 38 of 261 PageID 2371

*FIG. 24B*

*FIG. 24C*



**U.S. Patent**          May 15, 2007          Sheet 24 of 178          US 7,218,907 B2



Case: 26-1033    Document: 24    Page: 267    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 40 of 261 PageID 2373



FIG. 26A



FIG. 26B

Case 6:14-cv-00687-PGB-KRS Document 26-10 Filed 08/21/14 Page 41 of 261 PageID 2374



*FIG. 27*

SAMPLE AND HOLD MODULE

APPX192

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 42 of 261 PageID 2375



*FIG. 28A*



*FIG. 28B*



*FIG. 28C*



*FIG. 28D*

APPX193

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 43 of 261 PageID 2376

## FIG. 29A



## FIG. 29B



## FIG. 29C

APPX194

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 44 of 261 PageID 2377

### FIG. 29D

2706,2416

HOLDING MODULE

REACTIVE HOLDING MODULE — 2901

INDUCTIVE HOLDING MODULE — 2908

### FIG. 29E

2706,2416

HOLDING MODULE

REACTIVE HOLDING MODULE — 2901

CAPACITIVE/ INDUCTIVE HOLDING MODULE — 2910

### FIG. 29F

2902

CAPACITIVE HOLDING MODULE



CAPACITOR 2912

APPX195

APPX196

## FIG. 29G



**U.S. Patent**        May 15, 2007        Sheet 31 of 178        US 7,218,907 B2

## FIG. 29H



A. RISING EDGE PULSE GENERATOR

## FIG. 29I

B. FALLING-EDGE PULSE GENERATOR

## FIG. 29J



Case: 26-1033 Document: 24 Page: 274 Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS Document 26-10 Filed 08/21/14 Page 47 of 261 PageID 2380

## FIG. 29K



## FIG. 29L



APPX198

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 48 of 261 PageID 2381

**U.S. Patent**          May 15, 2007          Sheet 33 of 178          US 7,218,907 B2



FIG. 30

Case: 26-1033    Document: 24    Page: 276    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 49 of 261 PageID 2382

*FIG. 31*



*FIG. 32A*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 50 of 261 PageID 2383

**U.S. Patent**         May 15, 2007         **Sheet 35 of 178**         **US 7,218,907 B2**

*FIG. 32B*

STATE MACHINE FLOWCHART

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 51 of 261 PageID 2384



*FIG. 32C*

ENERGY TRANSFER SIGNAL MODULE 3002

Case: 26-1033    Document: 24    Page: 279    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 52 of 261 PageID 2385



*FIG. 33A*



*FIG. 33B*



*FIG. 33C*



*FIG. 33D*

APPX203

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 53 of 261 PageID 2386

APPX204



FIG. 34A

FIG. 34B

FIG. 34C

FIG. 34D

FIG. 34E

FIG. 34F

Case: 26-1033    Document: 24    Page: 281    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 54 of 261 PageID 2387



*FIG. 35A*

*FIG. 35B*

*FIG. 35C*

*FIG. 35D*

*FIG. 35E*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 55 of 261 PageID 2388



*FIG. 36A*

*FIG. 36B*

*FIG. 36C*

*FIG. 36D*

*FIG. 36E*

**U.S. Patent**        **May 15, 2007**        **Sheet 41 of 178**        **US 7,218,907 B2**



FIG. 37A

FIG. 37B

FIG. 37C

FIG. 37D

FIG. 37E

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 57 of 261 PageID 2390



FIG. 38A

FIG. 38B

FIG. 38C

FIG. 38D

FIG. 38E

Case 6:14-cv-00687-PGB-KRS　Document 26-10　Filed 08/21/14　Page 58 of 261 PageID 2391

**U.S. Patent**　　　　May 15, 2007　　　　Sheet 43 of 178　　　　US 7,218,907 B2



*FIG. 39A*



*FIG. 39B*



*FIG. 39C*

*FIG. 39D*

APPX209

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 59 of 261 PageID 2392



*FIG. 40A*

*FIG. 40B*

*FIG. 40C*

*FIG. 40D*

*FIG. 40E*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 60 of 261 PageID 2393

**U.S. Patent**          May 15, 2007          Sheet 45 of 178          US 7,218,907 B2



FIG. 41A

FIG. 41B

FIG. 41C

FIG. 41D

FIG. 41E

Case 6:14-cv-00687-PGB-KRS    Document 26-10    Filed 08/21/14    Page 61 of 261 PageID 2394

## FIG. 42



APPX212

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 62 of 261 PageID 2395

**U.S. Patent**      May 15, 2007      Sheet 47 of 178      US 7,218,907 B2



FIG. 43A

FIG. 43B

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 63 of 261 PageID 2396

**U.S. Patent**        May 15, 2007        **Sheet 48 of 178**        **US 7,218,907 B2**



### FIG. 44A
DIFFERENTIAL CONFIGURATION

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 64 of 261 PageID 2397

**U.S. Patent**        May 15, 2007        Sheet 49 of 178        US 7,218,907 B2

*FIG. 44B*
DIFFERENTIAL INPUT TO DIFFERENTIAL OUTPUT

APPX215

**U.S. Patent**        **May 15, 2007**        **Sheet 50 of 178**        **US 7,218,907 B2**

## FIG. 44C
### SINGLE INPUT TO DIFFERENTIAL OUTPUT



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 66 of 261 PageID 2399



*FIG. 44D*
DIFFERENTIAL INPUT TO SINGLE OUTPUT

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 67 of 261 PageID 2400

**U.S. Patent**        May 15, 2007        **Sheet 52 of 178**        **US 7,218,907 B2**

## FIG. 44E
EXAMPLE INPUT/OUTPUT CIRCUITRY



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 68 of 261 PageID 2401

**U.S. Patent**          May 15, 2007          Sheet 53 of 178          US 7,218,907 B2



FIG. 45A

Case: 26-1033    Document: 24    Page: 296    Filed: 02/04/2026

## FIG. 45B



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 70 of 261 PageID 2403

**U.S. Patent**       May 15, 2007       Sheet 55 of 178       US 7,218,907 B2

## FIG. 46A



4601

RECEIVING AN EM SIGNAL — 4602

RECEIVING AN ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE — 4604

TRANSFERRING ENERGY FROM THE EM SIGNAL AT THE ALIASING RATE TO DOWN-CONVERT THE EM SIGNAL — 4606

## FIG. 46B



4607

RECEIVING AN EM SIGNAL — 4608

RECEIVING AN ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE — 4610

TRANSFERRING ENERGY FROM THE EM SIGNAL AT THE ALIASING RATE TO DOWN-CONVERT THE EM SIGNAL TO AN IF SIGNAL — 4612

Case: 26-1033    Document: 24    Page: 298    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 71 of 261 PageID 2404

*FIG. 46C*

4613



RECEIVING AN EM SIGNAL — 4614

RECEIVING AN ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE — 4616

TRANSFERRING ENERGY FROM THE EM SIGNAL AT THE ALIASING RATE TO DIRECTLY DOWN-CONVERT THE EM SIGNAL TO A BASEBAND SIGNAL — 4618

*FIG. 46D*

4619



RECEIVING AN FM SIGNAL — 4620

RECEIVING AN ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE — 4622

UNDER-SAMPLING THE FM SIGNAL AT THE ALIASING RATE TO CONVERT THE FM SIGNAL TO A NON-FM SIGNAL — 4624

**U.S. Patent**         May 15, 2007         Sheet 57 of 178         US 7,218,907 B2



FIG. 47E

FIG. 47A



FIG. 47B



FIG. 47C

FIG. 47D



FIG. 48

4801

SELECTING OR DETERMINING THE FREQUENCY OF THE EM SIGNAL — 4802

SELECTING OR DETERMINING THE INTERMEDIATE FREQUENCY — 4804

SELECTING OR DETERMINING AN ALIASING RATE FOR THE ENERGY TRANSFER SIGNAL $F_{AR}$ — 4806

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 74 of 261 PageID 2407

**U.S. Patent**          **May 15, 2007**          **Sheet 59 of 178**          **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 75 of 261 PageID 2408

**U.S. Patent**      May 15, 2007      Sheet 60 of 178      **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 76 of 261 PageID 2409

**U.S. Patent**     May 15, 2007     Sheet 61 of 178     US 7,218,907 B2



FIG. 51A

FIG. 51B

FIG. 51D

FIG. 51C

APERTURES
5109

FIG. 51E

FIG. 51F

FIG. 51G

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 77 of 261 PageID 2410

**U.S. Patent**          May 15, 2007          Sheet 62 of 178          US 7,218,907 B2



FIG. 52A

FIG. 52B

FIG. 52D

FIG. 52C   APERTURES

FIG. 52E

FIG. 52F

FIG. 52G

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 78 of 261 PageID 2411

**U.S. Patent**        May 15, 2007        Sheet 63 of 178        US 7,218,907 B2



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 79 of 261 PageID 2412



916 — FIG. 54A

5404 — FIG. 54B

5408 — FIG. 54D

5406 — FIG. 54C

5407

APERTURES
5409

5412 — FIG. 54E    5410B
5410A

5414 — FIG. 54F

5416 — FIG. 54G

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 80 of 261 PageID 2413

**U.S. Patent**         May 15, 2007         Sheet 65 of 178         US 7,218,907 B2



Case: 26-1033    Document: 24    Page: 308    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 81 of 261 PageID 2414



*FIG. 56A*



*FIG. 56B*



*FIG. 56C*



*FIG. 56D*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 82 of 261 PageID 2415

**U.S. Patent**     **May 15, 2007**     **Sheet 67 of 178**     **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 83 of 261 PageID 2416

**U.S. Patent**     **May 15, 2007**     **Sheet 68 of 178**     **US 7,218,907 B2**



FIG. 58A

FIG. 58B

FIG. 58D

FIG. 58C

FIG. 58E

FIG. 58F

Case: 26-1033    Document: 24    Page: 311    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 84 of 261 PageID 2417



*FIG. 59A*

*FIG. 59B*

*FIG. 59D*

*FIG. 59C*

APERTURES
5909

*FIG. 59E*

*FIG. 59F*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 85 of 261 PageID 2418



FIG. 60A

FIG. 60B

FIG. 60D

FIG. 60C

FIG. 60E

FIG. 60F

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 86 of 261 PageID 2419

**U.S. Patent**          **May 15, 2007**          **Sheet 71 of 178**          **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 87 of 261 PageID 2420

**U.S. Patent**     **May 15, 2007**     **Sheet 72 of 178**     **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 88 of 261 PageID 2421

**U.S. Patent**        May 15, 2007        Sheet 73 of 178        US 7,218,907 B2



*FIG. 63*



*FIG. 64A*



*FIG. 64B*

APPX239

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 89 of 261 PageID 2422

## FIG. 65



## FIG. 66A

## FIG. 66B



APPX240

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 90 of 261 PageID 2423

**U.S. Patent**          May 15, 2007          **Sheet 75 of 178**          **US 7,218,907 B2**

## FIG. 66C



## FIG. 66D





*FIG. 67A*

6701

BREAK-BEFORE-MAKE MODULE
6702

1304

EM SIGNAL

INPUT
6708

no          6704  6706          nc

OUTPUT
6710

1308B

DOWN-CONVERTED
SIGNAL

6306

ENERGY TRANSFER
SIGNAL HAVING AN
ALIASING RATE

STORAGE
MODULE

6716

6712

ISOLATION SIGNAL

GATED TRANSFER MODULE

6404

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 92 of 261 PageID 2425

**U.S. Patent**      **May 15, 2007**        **Sheet 77 of 178**         **US 7,218,907 B2**



FIG. 67B

FIG. 67C

Case: 26-1033    Document: 24    Page: 320    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 93 of 261 PageID 2426

### *FIG. 68A*



### *FIG. 68B*



### *FIG. 68C*



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 94 of 261 PageID 2427

**U.S. Patent**          May 15, 2007          **Sheet 79 of 178**          **US 7,218,907 B2**

## FIG. 68D



## FIG. 68E

## FIG. 68F



APPX246



FIG. 68G

6818

6404

GATED TRANSFER MODULE

1304

EM SIGNAL

SWITCH
MODULE

STORAGE MODULE

1308B

DOWN-CONVERTED
SIGNAL

CAPACITOR(S)

TERMINAL

CAPACITIVE
STORAGE
MODULE

6306

ENERGY TRANSFER
SIGNAL HAVING AN
ALIASING RATE

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 96 of 261 PageID 2429

*FIG. 68H*



A. RISING EDGE PULSE GENERATOR

*FIG. 68I*



B. FALLING-EDGE PULSE GENERATOR

*FIG. 68J*

APPX247

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 97 of 261 PageID 2430

**U.S. Patent**          May 15, 2007          **Sheet 82 of 178**          **US 7,218,907 B2**

### FIG. 68K



### FIG. 68L

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 98 of 261 PageID 2431

**U.S. Patent**        May 15, 2007        Sheet 83 of 178        US 7,218,907 B2



*FIG. 69*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 99 of 261 PageID 2432

## FIG. 70

IMPEDANCE MATCHED ALIASING MODULE



## FIG. 71

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 100 of 261 PageID 2433



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 101 of 261 PageID 2434

**U.S. Patent**       **May 15, 2007**       **Sheet 86 of 178**       **US 7,218,907 B2**



*FIG. 73*

ALIASING MODULE

*FIG. 74*



FIG. 75A

FIG. 75B

FIG. 75C

FIG. 75D

FIG. 75E

FIG. 75F

APPX253

Case: 26-1033    Document: 24    Page: 330    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 103 of 261 PageID 2436

*FIG. 76A*

DIFFERENTIAL ENERGY TRANSFER CONFIGURATION



**U.S. Patent**     May 15, 2007     **Sheet 89 of 178**     **US 7,218,907 B2**

## FIG. 76B
DIFFERENTIAL INPUT TO DIFFERENTIAL OUTPUT



## FIG. 76C
SINGLE INPUT TO DIFFERENTIAL OUTPUT



**U.S. Patent**          May 15, 2007          **Sheet 90 of 178**          **US 7,218,907 B2**

## FIG. 76D
### DIFFERENTIAL INPUT TO SINGLE OUTPUT



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 106 of 261 PageID 2439

**U.S. Patent**        **May 15, 2007**        **Sheet 91 of 178**        **US 7,218,907 B2**

## FIG. 76E
EXAMPLE INPUT/OUTPUT CIRCUITRY



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 107 of 261 PageID 2440

**U.S. Patent**          May 15, 2007          **Sheet 92 of 178**          **US 7,218,907 B2**



*FIG. 77A*



*FIG. 77B*

APPX258

**U.S. Patent**     May 15, 2007     **Sheet 93 of 178**     US 7,218,907 B2

# FIG. 77C

```
                          1306
                           ⌐
          ┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
          │      ALIASING MODULE       │
          │                            │
          │           6304             │
          │            ⌐               │
   1304   │      ┌──────────┐          │    1308B
    ⌐     │      │  ENERGY  │          │     ⌐
┌─────────┐│    │ TRANSFER │          │  ┌──────────────┐
│EM SIGNAL│───▶│  MODULE   │──────────▶│DOWN-CONVERTED│
└─────────┘│    └──────────┘          │  │   SIGNAL    │
          │            │               │  └──────────────┘
          │       ┌──────────┐         │
          │       │   TANK   │         │
          │       │ CIRCUIT  │         │
          │       └──────────┘         │
          │            ⌐               │
          │          7716              │
          └ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```

APPX259

Case: 26-1033    Document: 24    Page: 336    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 109 of 261 PageID 2442



*FIG. 78A*



*FIG. 78B*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 110 of 261 PageID 2443

**U.S. Patent**   May 15, 2007   Sheet 95 of 178   **US 7,218,907 B2**

APPX261

**FIG. 79A**

~5.0mV
7804
~-5.0mV
□ V (VOLTAGE-SRC)   t ➡

**FIG. 79B**

7902
~5.0mV
~-5.0mV
□ V (INPUT)   t ➡

**FIG. 79C**

7810
7904
□ V (UNDER-SAMPLING SIGNAL)   t ➡

**FIG. 79D**

~5.0mV
~-5.0mV
200ns          220ns          240ns    TIME   260ns          280ns          300ns
□ V (OUTPUT)

**FIG. 79E**

~5.0mV
~-5.0mV
200ns     250ns     300ns     350ns     400ns     450ns     500ns
□ V (OUTPUT)

**FIG. 79F**

~5.0mV
~-5.0mV
200ns     250ns     300ns     350ns     400ns     450ns     500ns
□ V (FILTERED-OUT)                TIME



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 111 of 261 PageID 2444



FIG. 80A

~ 5.0mV
7804
~-5.0mV
□ V (VOLTAGE-SRC)   t ➝

FIG. 80B          8002

~ 5.0mV
~-5.0mV
□ V (INPUT)   t ➝

FIG. 80C

7810
8004
□ V (UNDER-SAMPLING SIGNAL)   t ➝

FIG. 80D

~ 1.0mV
~-1.0mV
200ns          220ns          240ns     TIME     260ns          280ns          300ns
□ V (OUTPUT)

FIG. 80E

~ 1.0mV
~-1.0mV
200ns     250ns     300ns     350ns     400ns     450ns     500ns
□ V (OUTPUT)

FIG. 80F

~ 200uV
~-200uV
200ns     250ns     300ns     350ns     400ns     450ns     500ns
□ V (FILTERED-OUT)          TIME

APPX262



FIG. 81A

V (VOLTAGE-SRC)

FIG. 81B

V (INPUT)

FIG. 81C

V (UNDER-SAMPLING SIGNAL)

FIG. 81D

V (OUTPUT)

FIG. 81E

V (OUTPUT)

FIG. 81F

V (FILTERED-OUT)

APPX263

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 113 of 261 PageID 2446



*FIG. 82A*



*FIG. 82B*



FIG. 83A

FIG. 83B

FIG. 83C

FIG. 83D

FIG. 83E

FIG. 83F

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 115 of 261 PageID 2448

### FIG. 84A



816 ⟶ | 2ND FREQ. 8412 | 1ST FREQ. 8410 | 2ND FREQ. 8412

### FIG. 84B



8402 ⟶ 8403    APERTURE 8405

### FIG. 84C

8404 ⟶



### FIG. 84D

8406 ⟶

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 116 of 261 PageID 2449

*FIG. 85A*



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 117 of 261 PageID 2450

**U.S. Patent**        May 15, 2007        Sheet 102 of 178        US 7,218,907 B2

FIG. 85B



STATE MACHINE FLOWCHART

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 118 of 261 PageID 2451



*FIG. 85C*

ENERGY TRANSFER SIGNAL MODULE 6902

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 119 of 261 PageID 2452



*FIG. 86*

FIG. 87



APPX272



FIG. 88

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 122 of 261 PageID 2455

**U.S. Patent**         **May 15, 2007**         **Sheet 107 of 178**         **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 123 of 261 PageID 2456

U.S. Patent   May 15, 2007   Sheet 108 of 178   US 7,218,907 B2

APPX274



FIG. 90

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 124 of 261 PageID 2457

**U.S. Patent**    May 15, 2007    Sheet 109 of 178    **US 7,218,907 B2**

FIG. 91



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 125 of 261 PageID 2458

APPX276



FIG. 92

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 126 of 261 PageID 2459

**U.S. Patent**    May 15, 2007    Sheet 111 of 178    US 7,218,907 B2

APPX277



FIG. 93

Case 6:14-cv-00687-PGB-KRS　Document 26-10　Filed 08/21/14　Page 127 of 261 PageID 2460

**U.S. Patent**　　　May 15, 2007　　　**Sheet 112 of 178**　　　**US 7,218,907 B2**



*FIG. 94A*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 128 of 261 PageID 2461

**U.S. Patent**        **May 15, 2007**        **Sheet 113 of 178**        **US 7,218,907 B2**



**U.S. Patent**     May 15, 2007     **Sheet 114 of 178**     **US 7,218,907 B2**

# FIG. 95



APPX281

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 130 of 261 PageID 2463

U.S. Patent     May 15, 2007     Sheet 115 of 178     US 7,218,907 B2



*FIG. 96*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 131 of 261 PageID 2464



FIG. 97

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 132 of 261 PageID 2465

**U.S. Patent**        May 15, 2007        Sheet 117 of 178        US 7,218,907 B2



## FIG. 98A

APPX284

**U.S. Patent**        May 15, 2007        Sheet 118 of 178        US 7,218,907 B2



FIG. 98B

CLOCK
9814

FIG. 98C

OPTIONAL ENABLE
9810

FIG. 98D

INVERTED CLOCK 9822

FIG. 98E

DELAYED CLOCK 9824

LESS C

FIG. 98F

ENERGY TRANSFER SIGNAL
9816

APERTURE
9820

PULSES
9818

PULSES
9818

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 134 of 261 PageID 2467

**U.S. Patent**          May 15, 2007          **Sheet 119 of 178**          **US 7,218,907 B2**

# FIG. 99



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 135 of 261 PageID 2468

**U.S. Patent**     May 15, 2007     **Sheet 120 of 178**     **US 7,218,907 B2**



FIG. 100

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 136 of 261 PageID 2469

**U.S. Patent**      May 15, 2007      Sheet 121 of 178      US 7,218,907 B2



FIG. 101

APPX287

APPX288

**U.S. Patent**    May 15, 2007    Sheet 122 of 178    US 7,218,907 B2

## FIG. 102



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 138 of 261 PageID 2471

**U.S. Patent**         May 15, 2007         Sheet 123 of 178         **US 7,218,907 B2**

FIG. 103

APPX289

## FIG. 104



APPX290

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 140 of 261 PageID 2473

APPX291



FIG. 105

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 141 of 261 PageID 2474

**U.S. Patent**          May 15, 2007          Sheet 126 of 178          US 7,218,907 B2

FIG. 106

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 142 of 261 PageID 2475

**U.S. Patent**          May 15, 2007          Sheet 127 of 178          US 7,218,907 B2



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 143 of 261 PageID 2476

APPX294



FIG. 108A

FIG. 108B

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 144 of 261 PageID 2477

## FIG. 109A



## FIG. 109B

$$q = C \cdot V \qquad \text{EQ. 10}$$

$$V = A \cdot \sin(t) \qquad \text{EQ. 11}$$

$$q(t) = C \cdot A \cdot \sin(t) \qquad \text{EQ. 12}$$

$$\Delta q(t) = C \cdot A \cdot \sin(t) - C \cdot A \cdot \sin(t-T) \qquad \text{EQ. 13}$$

$$\Delta q(t) = C \cdot A \cdot (\sin(t) - \sin(t-T)) \qquad \text{EQ. 14}$$

$$\sin(\alpha) - \sin(\beta) = 2 \cdot \sin(\frac{\alpha - \beta}{2}) \cdot \cos(\frac{\alpha + \beta}{2}) \qquad \text{EQ. 15}$$

$$\Delta q(t) = 2 \cdot C \cdot A \cdot \sin[\frac{t - (t-T)}{2}] \cdot \cos[\frac{t + (t-T)}{2}] \qquad \text{EQ. 16}$$

$$\Delta q(t) = 2 \cdot C \cdot A \cdot \sin(\frac{1}{2} \cdot T) \cdot \cos(t - \frac{1}{2} \cdot T) \qquad \text{EQ. 17}$$

$$q(t) = \int C \cdot A \cdot (\sin(t) - \sin(t-T)) \, dt \qquad \text{EQ. 18}$$

$$q(t) = -\cos(t) \cdot C \cdot A + \cos(t-T) \cdot C \cdot A \qquad \text{EQ. 19}$$

$$q(t) = C \cdot A \cdot (\cos(t-T) - \cos(t)) \qquad \text{EQ. 20}$$

Case: 26-1033    Document: 24    Page: 372    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 145 of 261 PageID 2478



*FIG. 109C*

GRAPH 1

*FIG. 109D*

GRAPH 2

*FIG. 109E*

| POWER-CHARGE RELATIONSHIP | |
|---|---|
| $q = C \cdot V$ | EQ. 21 |
| $V = q/C$ | EQ. 22 |
| $V = J/C$ | EQ. 23 |
| $J = q^2/C$ | EQ. 24 |
| $P = J/S$ | EQ. 25 |
| $P = \dfrac{q^2}{C \cdot S}$ | EQ. 26 |

*FIG. 109F*

INSERTION LOSS

INSERTION LOSS IN dB IS EXPRESSED BY:

$$IL dB = 10 \cdot \log\left(\frac{Pin}{Pout}\right) \text{ or}$$

$$IL dB = 10 \cdot \log\left[\frac{\left(\frac{Vin^2}{Rin}\right)}{\left(\frac{Vout^2}{Rout}\right)}\right]$$

APPX296

**U.S. Patent**  May 15, 2007  Sheet 131 of 178  US 7,218,907 B2

*FIG. 110A*



*FIG. 110B*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 147 of 261 PageID 2480



FIG. 111A

FIG. 111B

FIG. 111C

APPX298

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 148 of 261 PageID 2481

## FIG. 112



APPX299

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 149 of 261 PageID 2482

**U.S. Patent**          May 15, 2007          Sheet 134 of 178          US 7,218,907 B2

*FIG. 113A*



*FIG. 113B*



*FIG. 113C*



*FIG. 113D*



*FIG. 113E*

APPX300

U.S. Patent    May 15, 2007    Sheet 135 of 178    US 7,218,907 B2

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 150 of 261 PageID 2483

APPX301

*FIG. 114*



APPX302

## FIG. 115



Case 6:14-cv-00687-PGB-KRS　Document 26-10　Filed 08/21/14　Page 152 of 261 PageID 2485

**U.S. Patent**　　　May 15, 2007　　　Sheet 137 of 178　　　US 7,218,907 B2

## FIG. 116



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 153 of 261 PageID 2486

**U.S. Patent**       May 15, 2007       **Sheet 138 of 178**       **US 7,218,907 B2**

*FIG. 117*



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 154 of 261 PageID 2487

APPX305



FIG. 118

FIG. 119

FIG. 120

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 155 of 261 PageID 2488

**U.S. Patent**     May 15, 2007     Sheet 140 of 178     US 7,218,907 B2



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 156 of 261 PageID 2489

APPX307

## FIG. 124A



Case: 26-1033     Document: 24     Page: 384     Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 157 of 261 PageID 2490

*FIG. 124B*



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 158 of 261 PageID 2491

**U.S. Patent**   May 15, 2007   Sheet 143 of 178   **US 7,218,907 B2**

APPX309



FIG. 124C

A1:(4.6344n,2.0867)  A2:(0.000,50.185n)  DIFF(A):(4.6344n,2.0867)

V(Q_out)

FIG. 124D

A1:(4.6344n,2.0867)  A2:(0.000,50.185n)  DIFF(A):(4.6344n,2.0867)

V(I_out)

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 159 of 261 PageID 2492



*FIG. 124E*

Case: 26-1033    Document: 24    Page: 387    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 160 of 261 PageID 2493



*FIG. 124F*

*FIG. 124G*

*FIG. 124H*

*FIG. 124I*

*FIG. 124J*

**U.S. Patent**        May 15, 2007        Sheet 146 of 178        US 7,218,907 B2

## FIG. 125



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 162 of 261 PageID 2495

**U.S. Patent**　　　May 15, 2007　　　Sheet 147 of 178　　　US 7,218,907 B2

FIG. 126A

Case 6:14-cv-00687-PGB-KRS    Document 26-10    Filed 08/21/14    Page 163 of 261 PageID 2496

**U.S. Patent**    May 15, 2007    Sheet 148 of 178    **US 7,218,907 B2**



FIG. 126B

FIG. 126C

FIG. 126D

FIG. 126E

APPX314

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 164 of 261 PageID 2497



FIG. 126F

FIG. 126G

FIG. 126H

FIG. 126I

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 165 of 261 PageID 2498



FIG. 126J

FIG. 126K

FIG. 126L

FIG. 126M

APPX316

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 166 of 261 PageID 2499

**U.S. Patent**     May 15, 2007     Sheet 151 of 178     US 7,218,907 B2

APPX317



FIG. 126N

FIG. 126O

FIG. 126P

FIG. 126Q

A1:(10.000M, 6.0816mm)   A2:(0.000, 49.846m)   DIFF(A):(10.000M, -43.764m)

APPX318

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 167 of 261 PageID 2500

**U.S. Patent**   May 15, 2007   Sheet 152 of 178   US 7,218,907 B2

*FIG. 127A*



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 168 of 261 PageID 2501

**U.S. Patent**        May 15, 2007        Sheet 153 of 178        US 7,218,907 B2



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 169 of 261 PageID 2502

**U.S. Patent**     May 15, 2007     Sheet 154 of 178     US 7,218,907 B2



FIG. 127F

FIG. 127G

FIG. 127H

FIG. 127I

APPX320



APPX321

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 171 of 261 PageID 2504

**U.S. Patent**        May 15, 2007        Sheet 156 of 178        US 7,218,907 B2



APPX322

Case: 26-1033    Document: 24    Page: 399    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 172 of 261 PageID 2505

## FIG. 128A



## FIG. 128B



APPX323

Case: 26-1033    Document: 24    Page: 400    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 173 of 261 PageID 2506



FIG. 128C

APPX324

Case: 26-1033    Document: 24    Page: 401    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 174 of 261 PageID 2507



FIG. 129A

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 175 of 261 PageID 2508

**U.S. Patent**     May 15, 2007     Sheet 160 of 178     US 7,218,907 B2



Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 176 of 261 PageID 2509

U.S. Patent   May 15, 2007   Sheet 161 of 178   US 7,218,907 B2

APPX327



FIG. 129F

FIG. 129G

FIG. 129H

FIG. 129I

Case: 26-1033   Document: 24   Page: 404   Filed: 02/04/2026

**U.S. Patent**   May 15, 2007   Sheet 162 of 178   US 7,218,907 B2

APPX328



FIG. 129J

FIG. 129K

FIG. 129L

FIG. 129M

A1:(1.0000G, 3.9326m)   A2:(788.000M, 9.0941u)   DIFF(A):(212.000M, -3.9235m)

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 178 of 261 PageID 2511

**U.S. Patent**     May 15, 2007     Sheet 163 of 178     US 7,218,907 B2



FIG. 129N

FIG. 129O

FIG. 129P

FIG. 129Q

APPX329

**U.S. Patent**　　　**May 15, 2007**　　　**Sheet 164 of 178**　　　**US 7,218,907 B2**

*FIG. 130*



Case: 26-1033    Document: 24    Page: 407    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 180 of 261 PageID 2513



Case: 26-1033   Document: 24   Page: 408   Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 181 of 261 PageID 2514

## FIG. 132A



OSCILLATOR OUPUT (SINUSOIDAL)

OSCILLATOR OUPUT (SQUAREWAVE)

## FIG. 132B

INFORMATION INPUT

## FIG. 132C



MULTIPLIER OUTPUT (SINUSOIDAL OSCILLATOR)

MULTIPLIER OUTPUT (SQUAREWAVE OSCILLATOR)

## FIG. 132D



WAVEFORM GENERATOR OUTPUT

APPX332

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 182 of 261 PageID 2515

**U.S. Patent**     May 15, 2007     Sheet 167 of 178     US 7,218,907 B2



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 183 of 261 PageID 2516

**U.S. Patent**          **May 15, 2007**          **Sheet 168 of 178**          **US 7,218,907 B2**



FIG. 134

APPX334

Case: 26-1033    Document: 24    Page: 411    Filed: 02/04/2026



FIG. 135

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 185 of 261 PageID 2518



*FIG. 136A*

RECEIVER TIMING OSCILLATOR OUTPUT

*FIG. 136B*

WAVEFORM GENERATOR OUTPUT

*FIG. 136C*

RF INPUT

*FIG. 136D*

RF SWITCH/INTEGRATOR OUTPUT

*FIG. 136E*

OPTIONAL AMPLIFIER/FILTER OUTPUT

*FIG. 136G*

RECTIFIER/FILTER OUTPUT
VARIABLE THRESHOLD GENERATOR OUTPUT

*FIG. 136F*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 186 of 261 PageID 2519

**U.S. Patent**    **May 15, 2007**    **Sheet 171 of 178**    **US 7,218,907 B2**



FIG. 137

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 187 of 261 PageID 2520

**U.S. Patent**          **May 15, 2007**          **Sheet 172 of 178**          **US 7,218,907 B2**



FIG. 138

Case: 26-1033    Document: 24    Page: 415    Filed: 02/04/2026

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 188 of 261 PageID 2521



*FIG. 139*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 189 of 261 PageID 2522

**U.S. Patent**         May 15, 2007         **Sheet 174 of 178**         **US 7,218,907 B2**



Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 190 of 261 PageID 2523

**U.S. Patent**        May 15, 2007        **Sheet 175 of 178**        **US 7,218,907 B2**



**U.S. Patent**      May 15, 2007      Sheet 176 of 178      **US 7,218,907 B2**

## FIG. 144

RF DIFFERENTIAL RECEIVER

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 192 of 261 PageID 2525

**U.S. Patent**        May 15, 2007        Sheet 177 of 178        US 7,218,907 B2

## FIG. 145

PSEUDO DIFFERENTIAL RECEIVER

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 193 of 261 PageID 2526

**U.S. Patent**    May 15, 2007    **Sheet 178 of 178**    **US 7,218,907 B2**

APPX344



FIG. 146

(WAVEFORM GENERATOR OUTPUT)

NARROW BAND/CONSTANT CARRIER

FIG. 147

(WAVEFORM GENERATOR OUTPUT)

NARROW BAND/CONSTANT CARRIER

US 7,218,907 B2

**1**

# METHOD AND CIRCUIT FOR DOWN-CONVERTING A SIGNAL

## CROSS-REFERENCE TO OTHER APPLICATIONS

This is a continuation of U.S. application "Method And Circuit For Down-Converting A Signal," Ser. No. 10/394,069, filed Mar. 24, 2003, which is a continuation of U.S. application "Method and System for Down-Converting a Signal Using a Complimentary FET Structure for Improved Dynamic Range," Ser. No. 09/293,342, filed Apr. 16, 1999 (U.S. Pat. No. 6,687,493), which is a continuation-in-part application of U.S. application "Method and System for Down-Converting Electromagnetic Signals," Ser. No. 09/176,022, filed Oct. 21, 1998, (U.S. Pat. No. 6,061,551), each of which is incorporated herein by reference in its entirety.

The following applications of common assignee are related to the present application, and are herein incorporated by reference in their entireties:

"Method and System for Frequency Up-Conversion," Ser. No. 09/176,154, filed Oct. 21, 1998, (U.S. Pat. No. 6,091,940).

"Method and System for Ensuring Reception of a Communications Signal," Ser. No. 09/176,415, filed Oct. 21, 1998, (U.S. Pat. No. 6,061,555).

U.S. application "Integrated Frequency Translation and Selectivity," Ser. No. 09/175,966, filed Oct. 21, 1998, (U.S. Pat. No. 6,049,706).

"Universal Frequency Translation, and Applications of Same," Ser. No. 09/176,027, filed Oct. 21, 1998, (Abandoned).

"Method and System for Down-Converting Electromagnetic Signals Having Optimized Switch Structures," Ser. No. 09/293,095, filed Apr. 16, 1999, (U.S. Pat. No. 6,580,902).

"Method and System for Frequency Up-Conversion Having Optimized Switch Structures," Ser. No. 09/293,097, filed Apr. 16, 1999, (Abandoned).

"Method and System for Frequency Up-Conversion With a Variety of Transmitter Configurations," Ser. No. 09/293,580, filed Apr. 16, 1999, (U.S. Pat. No. 6,542,722).

"Integrated Frequency Translation And Selectivity With a Variety of Filter Embodiments," Ser. No. 09/293,283, filed Apr. 16, 1999, (U.S. Pat. No. 6,560,301).

"Frequency Translator Having a Controlled Aperture Sub-Harmonic Matched Filter," Ser. No. 60/129,839, filed Apr. 16, 1999.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to down-conversion of electromagnetic (EM) signals. More particularly, the present invention relates to down-conversion of EM signals to intermediate frequency signals, to direct down-conversion of EM modulated carrier signals to demodulated baseband signals, and to conversion of FM signals to non-FM signals. The present invention also relates to under-sampling and to transferring energy at aliasing rates.

### 2. Related Art

Electromagnetic (EM) information signals (baseband signals) include, but are not limited to, video baseband signals, voice baseband signals, computer baseband signals, etc. Baseband signals include analog baseband signals and digital baseband signals.

**2**

It is often beneficial to propagate EM signals at higher frequencies. This is generally true regardless of whether the propagation medium is wire, optic fiber, space, air, liquid, etc. To enhance efficiency and practicality, such as improved ability to radiate and added ability for multiple channels of baseband signals, up-conversion to a higher frequency is utilized. Conventional up-conversion processes modulate higher frequency carrier signals with baseband signals. Modulation refers to a variety of techniques for impressing information from the baseband signals onto the higher frequency carrier signals. The resultant signals are referred to herein as modulated carrier signals. For example, the amplitude of an AM carrier signal varies in relation to changes in the baseband signal, the frequency of an FM carrier signal varies in relation to changes in the baseband signal, and the phase of a PM carrier signal varies in relation to changes in the baseband signal.

In order to process the information that was in the baseband signal, the information must be extracted, or demodulated, from the modulated carrier signal. However, because conventional signal processing technology is limited in operational speed, conventional signal processing technology cannot easily demodulate a baseband signal from higher frequency modulated carrier signal directly. Instead, higher frequency modulated carrier signals must be down-converted to an intermediate frequency (IF), from where a conventional demodulator can demodulate the baseband signal.

Conventional down-converters include electrical components whose properties are frequency dependent. As a result, conventional down-converters are designed around specific frequencies or frequency ranges and do not work well outside their designed frequency range.

Conventional down-converters generate unwanted image signals and thus must include filters for filtering the unwanted image signals. However, such filters reduce the power level of the modulated carrier signals. As a result, conventional down-converters include power amplifiers, which require external energy sources.

When a received modulated carrier signal is relatively weak, as in, for example, a radio receiver, conventional down-converters include additional power amplifiers, which require additional external energy.

What is needed includes, without limitation:

an improved method and system for down-converting EM signals;

a method and system for directly down-converting modulated carrier signals to demodulated baseband signals;

a method and system for transferring energy and for augmenting such energy transfer when down-converting EM signals;

a controlled impedance method and system for down-converting an EM signal;

a controlled aperture under-sampling method and system for down-converting an EM signal;

a method and system for down-converting EM signals using a universal down-converter design that can be easily configured for different frequencies;

a method and system for down-converting EM signals using a local oscillator frequency that is substantially lower than the carrier frequency;

a method and system for down-converting EM signals using only one local oscillator;

a method and system for down-converting EM signals that uses fewer filters than conventional down-converters;

a method and system for down-converting EM signals using less power than conventional down-converters;

US 7,218,907 B2

3

a method and system for down-converting EM signals that uses less space than conventional down-converters;

a method and system for down-converting EM signals that uses fewer components than conventional down-converters;

a method and system for down-converting EM signals that can be implemented on an integrated circuit (IC); and

a method and system for down-converting EM signals that can also be used as a method and system for up-converting a baseband signal.

## SUMMARY OF THE INVENTION

Briefly stated, the present invention is directed to methods, systems, and apparatuses for down-converting an electromagnetic (EM) signal by aliasing the EM signal, and applications thereof. Generally, the invention operates by receiving an EM signal. The invention also receives an aliasing signal having an aliasing rate. The invention aliases the EM signal according to the aliasing signal to down-convert the EM signal. The term aliasing, as used herein and as covered by the invention, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate, and down-converting an EM signal by transferring energy from the EM signal at the aliasing rate.

In an embodiment, the invention down-converts the EM signal to an intermediate frequency (IF) signal.

In another embodiment, the invention down-converts the EM signal to a demodulated baseband information signal.

In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal.

The invention is applicable to any type of EM signal, including but not limited to, modulated carrier signals (the invention is applicable to any modulation scheme or combination thereof) and unmodulated carrier signals.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying drawings. It is noted that the invention is not limited to the specific embodiments described herein. Such embodiments are presented herein for illustrative purposes only. Additional embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

The drawing in which an element first appears is typically indicated by the leftmost digit(s) in the corresponding reference number.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described with reference to the accompanying drawings wherein:

FIG. **1** illustrates a structural block diagram of an example modulator;

FIG. **2** illustrates an example analog modulating baseband signal;

FIG. **3** illustrates an example digital modulating baseband signal;

FIG. **4** illustrates an example carrier signal;

FIGS. **5A–5C** illustrate example signal diagrams related to amplitude modulation;

FIGS. **6A–6C** illustrate example signal diagrams related to amplitude shift keying modulation;

FIGS. **7A–7C** illustrate example signal diagrams related to frequency modulation;

4

FIGS. **8A–8C** illustrate example signal diagrams related to frequency shift keying modulation;

FIGS. **9A–9C** illustrate example signal diagrams related to phase modulation;

FIGS. **10A–10C** illustrate example signal diagrams related to phase shift keying modulation;

FIG. **11** illustrates a structural block diagram of a conventional receiver;

FIG. **12A–D** illustrate various flowcharts for down-converting an EM-signal according to embodiments of the invention;

FIG. **13** illustrates a structural block diagram of an aliasing system according to an embodiment of the invention;

FIGS. **14A–D** illustrate various flowcharts for down-converting an EM signal by under-sampling the EM signal according to embodiments of the invention;

FIGS. **15A–E** illustrate example signal diagrams associated with flowcharts in FIGS. **14A–D** according to embodiments of the invention;

FIG. **16** illustrates a structural block diagram of an under-sampling system according to an embodiment of the invention;

FIG. **17** illustrates a flowchart of an example process for determining an aliasing rate according to an embodiment of the invention;

FIGS. **18A–E** illustrate example signal diagrams associated with down-converting a digital AM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **19A–E** illustrate example signal diagrams associated with down-converting an analog AM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **20A–E** illustrate example signal diagrams associated with down-converting an analog FM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **21A–E** illustrate example signal diagrams associated with down-converting a digital FM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **22A–E** illustrate example signal diagrams associated with down-converting a digital PM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **23A–E** illustrate example signal diagrams associated with down-converting an analog PM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIG. **24A** illustrates a structural block diagram of a make before break under-sampling system according to an embodiment of the invention;

FIG. **24B** illustrates an example timing diagram of an under sampling signal according to an embodiment of the invention;

FIG. **24C** illustrates an example timing diagram of an isolation signal according to an embodiment of the invention;

FIGS. **25A–H** illustrate example aliasing signals at various aliasing rates according to embodiments of the invention;

FIG. **26A** illustrates a structural block diagram of an exemplary sample and hold system according to an embodiment of the invention;

US 7,218,907 B2

**5**

FIG. **26**B illustrates a structural block diagram of an exemplary inverted sample and hold system according to an embodiment of the invention;

FIG. **27** illustrates a structural block diagram of sample and hold module according to an embodiment of the invention;

FIGS. **28**A–D illustrate example implementations of a switch module according to embodiments of the invention;

FIGS. **29**A–F illustrate example implementations of a holding module according to embodiments of the present invention;

FIG. **29**G illustrates an integrated under-sampling system according to embodiments of the invention;

FIGS. **29**H–K illustrate example implementations of pulse generators according to embodiments of the invention;

FIG. **29**L illustrates an example oscillator;

FIG. **30** illustrates a structural block diagram of an under-sampling system with an under-sampling signal optimizer according to embodiments of the invention;

FIG. **31** illustrates a structural block diagram of an under-sampling signal optimizer according to embodiments of the present invention;

FIG. **32**A illustrates an example of an under-sampling signal module according to an embodiment of the invention;

FIG. **32**B illustrates a flowchart of a state machine operation associated with an under-sampling module according to embodiments of the invention;

FIG. **32**C illustrates an example under-sampling module that includes an analog circuit with automatic gain control according to embodiments of the invention;

FIGS. **33**A–D illustrate example signal diagrams associated with direct down-conversion of an EM signal to a baseband signal by under-sampling according to embodiments of the present invention;

FIGS. **34**A–F illustrate example signal diagrams associated with an inverted sample and hold module according to embodiments of the invention;

FIGS. **35**A–E illustrate example signal diagrams associated with directly down-converting an analog AM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **36**A–E illustrate example signal diagrams associated with down-converting a digital AM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **37**A–E illustrate example signal diagrams associated with directly down-converting an analog PM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **38**A–E illustrate example signal diagrams associated with down-converting a digital PM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **39**A–D illustrate down-converting a FM signal to a non-FM signal by under-sampling according to embodiments of the invention;

FIGS. **40**A–E illustrate down-converting a FSK signal to a PSK signal by under-sampling according to embodiments of the invention;

FIGS. **41**A–E illustrate down-converting a FSK signal to an ASK signal by under-sampling according to embodiments of the invention;

FIG. **42** illustrates a structural block diagram of an inverted sample and hold according to an embodiment of the present invention;

FIGS. **43**A and **43**B illustrate example waveforms present in the circuit of FIG. **31**;

**6**

FIG. **44**A illustrates a structural block diagram of a differential system according to embodiments of the invention;

FIG. **44**B illustrates a structural block diagram of a differential system with a differential input and a differential output according to embodiments of the invention;

FIG. **44**C illustrates a structural block diagram of a differential system with a single input and a differential output according to embodiments of the invention;

FIG. **44**D illustrates a differential input with a single output according to embodiments of the invention;

FIG. **44**E illustrates an example differential input to single output system according to embodiments of the invention;

FIGS. **45**A–B illustrate a conceptual illustration of aliasing including under-sampling and energy transfer according to embodiments of the invention;

FIGS. **46**A–D illustrate various flowchart for down-converting an EM signal by transferring energy from the EM signal at an aliasing rate according to embodiments of the invention;

FIGS. **47**A–E illustrate example signal diagrams associated with the flowcharts in FIGS. **46**A–D according to embodiments of the invention;

FIG. **48** is a flowchart that illustrates an example process for determining an aliasing rate associated with an aliasing signal according to an embodiment of the invention;

FIG. **49**A–H illustrate example energy transfer signals according to embodiments of the invention;

FIGS. **50**A–G illustrate example signal diagrams associated with down-converting an analog AM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **51**A–G illustrate example signal diagrams associated with down-converting an digital AM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **52**A–G illustrate example signal diagrams associated with down-converting an analog FM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **53**A–G illustrate example signal diagrams associated with down-converting an digital FM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **54**A–G illustrate example signal diagrams associated with down-converting an analog PM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **55**A–G illustrate example signal diagrams associated with down-converting an digital PM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **56**A–D illustrate an example signal diagram associated with direct down-conversion according to embodiments of the invention;

FIGS. **57**A–F illustrate directly down-converting an analog AM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **58**A–F illustrate directly down-converting an digital AM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **59**A–F illustrate directly down-converting an analog PM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **60**A–F illustrate directly down-converting an digital PM signal to a demodulated baseband signal according to embodiments of the invention;

Case 6:14-cv-00687-PGB-KRS Document 26-10 Filed 08/21/14 Page 197 of 261 PageID 2530

US 7,218,907 B2

7

FIGS. **61**A–F illustrate down-converting an FM signal to a PM signal according to embodiments of the invention;

FIGS. **62**A–F illustrate down-converting an FM signal to a AM signal according to embodiments of the invention;

FIG. **63** illustrates a block diagram of an energy transfer system according to an embodiment of the invention;

FIG. **64**A illustrates an exemplary gated transfer system according to an embodiment of the invention;

FIG. **64**B illustrates an exemplary inverted gated transfer system according to an embodiment of the invention;

FIG. **65** illustrates an example embodiment of the gated transfer module according to an embodiment of the invention;

FIGS. **66**A–D illustrate example implementations of a switch module according to embodiments of the invention;

FIG. **67**A illustrates an example embodiment of the gated transfer module as including a break-before-make module according to an embodiment of the invention;

FIG. **67**B illustrates an example timing diagram for an energy transfer signal according to an embodiment of the invention;

FIG. **67**C illustrates an example timing diagram for an isolation signal according to an embodiment of the invention;

FIGS. **68**A–F illustrate example storage modules according to embodiments of the invention;

FIG. **68**G illustrates an integrated gated transfer system according to an embodiment of the invention;

FIGS. **68**H–K illustrate example aperture generators;

FIG. **68**L illustrates an oscillator according to an embodiment of the present invention;

FIG. **69** illustrates an energy transfer system with an optional energy transfer signal module according to an embodiment of the invention;

FIG. **70** illustrates an aliasing module with input and output impedance match according to an embodiment of the invention;

FIG. **71** illustrates an example pulse generator;

FIGS. **72**A and B illustrate example waveforms related to the pulse generator of FIG. **71**;

FIG. **73** illustrates an example energy transfer module with a switch module and a reactive storage module according to an embodiment of the invention;

FIG. **74** illustrates an example inverted gated transfer module as including a switch module and a storage module according to an embodiment of the invention;

FIGS. **75**A–F illustrate an example signal diagrams associated with an inverted gated energy transfer module according to embodiments of the invention;

FIGS. **76**A–E illustrate energy transfer modules in configured in various differential configurations according to embodiments of the invention;

FIGS. **77**A–C illustrate example impedance matching circuits according to embodiments of the invention;

FIGS. **78**A–B illustrate example under-sampling systems according to embodiments of the invention;

FIGS. **79**A–F illustrate example timing diagrams for under-sampling systems according to embodiments of the invention;

FIGS. **80**A–E illustrate example timing diagrams for an under-sampling system when the load is a relatively low impedance load according to embodiments of the invention;

FIGS. **81**A–F illustrate example timing diagrams for an under-sampling system when the holding capacitance has a larger value according to embodiments of the invention;

FIGS. **82**A–B illustrate example energy transfer systems according to embodiments of the invention;

8

FIGS. **83**A–F illustrate example timing diagrams for energy transfer systems according to embodiments of the present invention;

FIGS. **84**A–D illustrate down-converting an FSK signal to a PSK signal according to embodiments of the present invention;

FIG. **85**A illustrates an example energy transfer signal module according to an embodiment of the present invention;

FIG. **85**B illustrates a flowchart of state machine operation according to an embodiment of the present invention;

FIG. **85**C is an example energy transfer signal module;

FIG. **86** is a schematic diagram of a circuit to down-convert a 915 MHZ signal to a 5 MHZ signal using a 101.1 MHZ clock according to an embodiment of the present invention;

FIG. **87** shows simulation waveforms for the circuit of FIG. **86** according to embodiments of the present invention;

FIG. **88** is a schematic diagram of a circuit to down-convert a 915 MHZ signal to a 5 MHz signal using a 101 MHZ clock according to an embodiment of the present invention;

FIG. **89** shows simulation waveforms for the circuit of FIG. **88** according to embodiments of the present invention;

FIG. **90** is a schematic diagram of a circuit to down-convert a 915 MHZ signal to a 5 MHZ signal using a 101.1 MHZ clock according to an embodiment of the present invention;

FIG. **91** shows simulation waveforms for the circuit of FIG. **90** according to an embodiment of the present invention;

FIG. **92** shows a schematic of the circuit in FIG. **86** connected to an FSK source that alternates between 913 and 917 MHZ at a baud rate of 500 Kbaud according to an embodiment of the present invention;

FIG. **93** shows the original FSK waveform **9202** and the down-converted waveform **9204** at the output of the load impedance match circuit according to an embodiment of the present invention;

FIG. **94**A illustrates an example energy transfer system according to an embodiment of the invention;

FIGS. **94**B–C illustrate example timing diagrams for the example system of FIG. **94**A;

FIG. **95** illustrates an example bypass network according to an embodiment of the invention;

FIG. **96** illustrates an example bypass network according to an embodiment of the invention;

FIG. **97** illustrates an example embodiment of the invention;

FIG. **98**A illustrates an example real time aperture control circuit according to an embodiment of the invention;

FIG. **98**B illustrates a timing diagram of an example clock signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**C illustrates a timing diagram of an example optional enable signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**D illustrates a timing diagram of an inverted clock signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**E illustrates a timing diagram of an example delayed clock signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**F illustrates a timing diagram of an example energy transfer including pulses having apertures that are controlled in real time, according to an embodiment of the invention;

US 7,218,907 B2

9

FIG. **99** is a block diagram of a differential system that utilizes non-inverted gated transfer units, according to an embodiment of the invention;

FIG. **100** illustrates an example embodiment of the invention;

FIG. **101** illustrates an example embodiment of the invention;

FIG. **102** illustrates an example embodiment of the invention;

FIG. **103** illustrates an example embodiment of the invention;

FIG. **104** illustrates an example embodiment of the invention;

FIG. **105** illustrates an example embodiment of the invention;

FIG. **106** illustrates an example embodiment of the invention;

FIG. **107**A is a timing diagram for the example embodiment of FIG. **103**;

FIG. **107**B is a timing diagram for the example embodiment of FIG. **104**;

FIG. **108**A is a timing diagram for the example embodiment of FIG. **105**;

FIG. **108**B is a timing diagram for the example embodiment of FIG. **106**;

FIG. **109**A illustrates and example embodiment of the invention;

FIG. **109**B illustrates equations for determining charge transfer, in accordance with the present invention;

FIG. **109**C illustrates relationships between capacitor charging and aperture, in accordance with the present invention;

FIG. **109**D illustrates relationships between capacitor charging and aperture, in accordance with the present invention;

FIG. **109**E illustrates power-charge relationship equations, in accordance with the present invention;

FIG. **109**F illustrates insertion loss equations, in accordance with the present invention;

FIG. **110**A illustrates aliasing module **11000** a single FET configuration;

FIG. **110**B illustrates FET conductivity vs. V$_{GS}$;

FIGS. **111**A–C illustrate signal waveforms associated with aliasing module **11000**;

FIG. **112** illustrates aliasing module **11200** with a complementary FET configuration;

FIGS. **113**A–E illustrate signal waveforms associated with aliasing module **11200**;

FIG. **114** illustrates aliasing module **11400**;

FIG. **115** illustrates aliasing module **11500**;

FIG. **116** illustrates aliasing module **11602**;

FIG. **117** illustrates aliasing module **11702**;

FIGS. **118**–**120** illustrate signal waveforms associated with aliasing module **11602**;

FIGS. **121**–**123** illustrate signal waveforms associated with aliasing module **11702**.

FIG. **124**A is a block diagram of a splitter according to an embodiment of the invention;

FIG. **124**B is a more detailed diagram of a splitter according to an embodiment of the invention;

FIGS. **124**C and **124**D are example waveforms related to the splitter of FIGS. **124**A and **124**B;

FIG. **124**E is a block diagram of an I/Q circuit with a splitter according to an embodiment of the invention;

FIGS. **124**F–**124**J are example waveforms related to the diagram of FIG. **124**A;

10

FIG. **125** is a block diagram of a switch module according to an embodiment of the invention;

FIG. **126**A is an implementation example of the block diagram of FIG. **125**;

FIGS. **126**B–**126**Q are example waveforms related to FIG. **126**A;

FIG. **127**A is another implementation example of the block diagram of FIG. **125**;

FIGS. **127**B–**127**Q are example waveforms related to FIG. **127**A;

FIG. **128**A is an example MOSFET embodiment of the invention;

FIG. **128**B is an example MOSFET embodiment of the invention;

FIG. **128**C is an example MOSFET embodiment of the invention;

FIG. **129**A is another implementation example of the block diagram of FIG. **125**;

FIGS. **129**B–**129**Q are example waveforms related to FIG. **127**A;

FIGS. **130** and **131** illustrate the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIGS. **132**A–**132**D illustrate example signal diagrams associated with the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIG. **133** illustrates an example diagram associated with the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIG. **134** illustrates an example diagram associated with the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIG. **135** shows an embodiment of a receiver block diagram to recover the amplitude or pulse width modulated information;

FIGS. **136**A–**136**G illustrate example signal diagrams associated with a waveform generator according to embodiments of the present invention;

FIGS. **137**–**139** are example schematic diagrams illustrating various circuits employed in the receiver of FIG. **135**;

FIGS. **140**–**143** illustrate time and frequency domain diagrams of alternative transmitter output waveforms;

FIGS. **144** and **145** illustrate differential receivers in accord with embodiments of the present invention; and

FIGS. **146** and **147** illustrate time and frequency domains for a narrow bandwidth/constant carrier signal in accord with an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Table of Contents

FIELD OF THE INVENTION

Related Art

Table of Contents
I. Introduction
  1. General Terminology
    1.1 Modulation
      1.1.1 Amplitude Modulation
      1.1.2 Frequency Modulation
      1.1.3 Phase Modulation
    1.2 Demodulation
  2. Overview of the Invention

US 7,218,907 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

2.1 Aspects of the Invention
2.2 Down-Converting by Under-Sampling
  2.2.1 Down-Converting to an Intermediate Frequency (IF) Signal
  2.2.2 Direct-to-Data Down-Converting
  2.2.3 Modulation Conversion
2.3 Down-Converting by Transferring Energy
  2.3.1 Down-Converting to an Intermediate Frequency (IF) Signal
  2.3.2 Direct-to-Data Down-Converting
  2.3.3 Modulation Conversion
2.4 Determining the Aliasing Rate
3. Benefits of the Invention Using an Example Conventional Receiver for Comparison
II. Down-Converting by Under-Sampling
1. Down-Converting an EM Carrier Signal to an EM Intermediate Signal by Under-Sampling the EM Carrier Signal at the Aliasing Rate
1.1 High Level Description
  1.1.1 Operational Description
  1.1.2 Structural Description
1.1 Example Embodiments
  1.2.1 First Example Embodiment: Amplitude Modulation
    1.2.1.1 Operational Description
      1.2.1.1.1 AnalogAMCarrierSignal
      1.2.1.1.2 Digital AM Carrier Signal
    1.2.1.2 Structural Description
  1.2.2 Second Example Embodiment: Frequency Modulation
    1.2.2.1 Operational Description
      1.2.2.1.1 Analog FM Carrier Signal
      1.2.2.1.2 Digital FM Carrier Signal
    1.2.2.2 Structural Description
  1.2.3 Third Example Embodiment: Phase Modulation
    1.2.3.1 Operational Description
      1.2.3.1.1 Analog PM Carrier Signal
      1.2.3.1.2 Digital PM Carrier Signal
    1.2.3.2 Structural Description
  1.2.4 Other Embodiments
1.3 Implementation Examples
2. Directly Down-Converting an EM Signal to a Baseband Signal (Direct-to-Data)
2.1 High Level Description
  2.1.1 Operational Description
  2.1.2 Structural Description
2.2 Example Embodiments
  2.2.1 First Example Embodiment: Amplitude Modulation
    2.2.1.1 Operational Description
      2.2.1.1.1 Analog AM Carrier Signal
      2.2.1.1.2 Digital AM Carrier Signal
    2.2.1.2 Structural Description
  2.2.2 Second Example Embodiment: Phase Modulation
    2.2.2.1 Operational Description
      2.2.2.1.1 Analog PM Carrier Signal
      2.2.2.1.2 Digital PM Carrier Signal
    2.2.1.2 Structural Description
  2.2.3 Other Embodiments
2.3 Implementation Examples
3. Modulation Conversion
3.1 High Level Description
  3.1.1 Operational Description
  3.1.2 Structural Description
3.2 Example Embodiments

  3.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal
    3.2.1.1 Operational Description
    3.2.1.2 Structural Description
  3.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal
    3.2.2.1 Operational Description
    3.2.2.2 Structural Description
  3.2.3 Other Example Embodiments
3.3 Implementation Examples
4. Implementation Examples
4.1 The Under-Sampling System as a Sample and Hold System
  4.1.1 The Sample and Hold System as a Switch Module and a Holding Module
  4.1.2 The Sample and Hold System as Break-Before-Make Module
  4.1.3 Example Implementations of the Switch Module
  4.1.4 Example Implementations of the Holding Module
  4.1.5 Optional Under-Sampling Signal Module
4.2 The Under-Sampling System as an Inverted Sample and Hold
4.3 Other Implementations
5. Optional Optimizations of Under-Sampling at an Aliasing Rate
5.1 Doubling the Aliasing Rate ($F_{AR}$) of the Under-Sampling Signal
5.2 Differential Implementations
  5.2.1 Differential Input-to-Differential Output
  5.2.2 Single Input-to-Differential Output
  5.2.3 Differential Input-to-Single Output
5.3 Smoothing the Down-Converted Signal
5.4 Load Impedance and Input/Output Buffering
5.5 Modifying the Under-Sampling Signal Utilizing Feedback
III. Down-Converting by Transferring Energy
1. Energy Transfer Compared to Under-Sampling
1.1 Review of Under-Sampling
  1.1.1 Effects of Lowering the Impedance of the Load
  1.1.2 Effects of Increasing the Value of the Holding Capacitance
1.2 Introduction to Energy Transfer
2. Down-Converting an EM Signal to an IF EM Signal by Transferring Energy from the EM Signal at an Aliasing Rate
2.1 High Level Description
  2.1.1 Operational Description
2.2 Example Embodiments
  2.2.1 First Example Embodiment: Amplitude Modulation
    2.2.1.1 Operational Description
      2.2.1.1.1 Analog AM Carrier Signal
      2.2.1.2.2 Digital AM Carrier Signal
    2.2.1.2 Structural Description
  2.2.2 Second Example Embodiment: Frequency Modulation
    2.2.2.1 Operational Description
      2.2.2.1.1 Analog FM Carrier Signal
      2.2.2.1.2 Digital FM Carrier Signal
    2.2.2.2 Structural Description
  2.2.3 Third Example Embodiment: Phase Modulation
    2.2.3.1 Operational Description
      2.2.3.1.1 Analog PM Carrier Signal
      2.2.3.1.2 Digital PM Carrier Signal

APPX350

US 7,218,907 B2

**13**

2.2.3.2 Structural Description
2.2.4 Other Embodiments
2.3 Implementation Examples
3. Directly Down-Converting an EM Signal to an Demodulated Baseband Signal by Transferring Energy from the EM Signal
3.1 High Level Description
3.1.1 Operational Description
3.1.2 Structural Description
3.2 Example Embodiments
3.2.1 First Example Embodiment: Amplitude Modulation
3.2.1.1 Operational Description
3.2.1.1.1 Analog AM Carrier Signal
3.2.1.1.2 Digital AM Carrier Signal
3.2.1.2 Structural Description
3.2.2 Second Example Embodiment: Phase Modulation
3.2.2.1 Operational Description
3.2.2.1.1 Analog PM Carrier Signal
3.2.2.1.2 Digital PM Carrier Signal
3.2.2.2 Structural Description
3.2.3 Other Embodiments
3.3 Implementation Examples
4. Modulation Conversion
4.1 High Level Description
4.1.1 Operational Description
4.1.2 Structural Description
4.2 Example Embodiments
4.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal
4.2.1.1 Operational Description
4.2.1.2 Structural Description
4.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal
4.2.2.1 Operational Description
4.2.2.2 Structural Description
4.2.3 Other Example Embodiments
4.3 Implementation Examples
5. Implementation Examples
5.1 The Energy Transfer System as a Gated Transfer System
5.1.1 The Gated Transfer System as a Switch Module and a Storage Module
5.1.2 The Gated Transfer System as Break-Before-Make Module
5.1.3 Example Implementations of the Switch Module
5.1.4 Example Implementations of the Storage Module
5.1.5 Optional Energy Transfer Signal Module
5.2 The Energy Transfer System as an Inverted Gated Transfer System
5.2.1 The Inverted Gated Transfer System as a Switch Module and a Storage Module
5.3 Rail to Rail Operation for Improved Dynamic Range
5.3.1 Introduction
5.3.2 Complementary UFT Structure for Improved Dynamic Range
5.3.3 Biased Configurations
5.3.4 Simulation Examples
5.4 Optimized Switch Structures
5.4.1 Splitter in CMOS
5.4.2 I/Q Circuit
5.5 Example I and Q Implementations
5.5.1 Switches of Different Sizes

**14**

5.5.2 Reducing Overall Switch Area
5.5.3 Charge Injection Cancellation
5.5.4 Overlapped Capacitance
5.6 Other Implementations
6. Optional Optimizations of Energy Transfer at an Aliasing Rate
6.1 Doubling the Aliasing Rate ($F_{AR}$) of the Energy Transfer Signal
6.2 Differential Implementations
6.2.1 An Example Illustrating Energy Transfer Differentially
6.2.1.1 Differential Input-to-Differential Output
6.2.1.2 Single Input-to-Differential Output
6.2.1.3 Differential Input-to-Single Output
6.2.2 Specific Alternative Embodiments
6.2.3 Specific Examples of Optimizations and Configurations for Inverted and Non-Inverted Differential Designs
6.3 Smoothing the Down-Converted Signal
6.4 Impedance Matching
6.5 Tanks and Resonant Structures
6.6 Charge and Power Transfer Concepts
6.7 Optimizing and Adjusting the Non-Negligible Aperture Width/Duration
6.7.1 Varying Input and Output Impedances
6.7.2 Real Time Aperture Control
6.8 Adding a Bypass Network
6.9 Modifying the Energy Transfer Signal Utilizing Feedback
6.10 Other Implementations
7. Example Energy Transfer Downconverters
IV. Additional Embodiments
V. Conclusions

I. Introduction
1. General Terminology

For illustrative purposes, the operation of the invention is often represented by flowcharts, such as flowchart **1201** in FIG. **12**A. It should be understood, however, that the use of flowcharts is for illustrative purposes only, and is not limiting. For example, the invention is not limited to the operational embodiment(s) represented by the flowcharts. Instead, alternative operational embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein. Also, the use of flowcharts should not be interpreted as limiting the invention to discrete or digital operation. In practice, as will be appreciated by persons skilled in the relevant art(s) based on the herein discussion, the invention can be achieved via discrete or continuous operation, or a combination thereof. Further, the flow of control represented by the flowcharts is provided for illustrative purposes only. As will be appreciated by persons skilled in the relevant art(s), other operational control flows are within the scope and spirit of the present invention. Also, the ordering of steps may differ in various embodiments.

Various terms used in this application are generally described in this section. The description in this section is provided for illustrative and convenience purposes only, and is not limiting. The meaning of these terms will be apparent to persons skilled in the relevant art(s) based on the entirety of the teachings provided herein. These terms may be discussed throughout the specification with additional detail.

The term modulated carrier signal, when used herein, refers to a carrier signal that is modulated by a baseband signal.

US 7,218,907 B2

15

The term unmodulated carrier signal, when used herein, refers to a signal having an amplitude that oscillates at a substantially uniform frequency and phase.

The term baseband signal, when used herein, refers to an information signal including, but not limited to, analog information signals, digital information signals and direct current (DC) information signals.

The term carrier signal, when used herein, and unless otherwise specified when used herein, refers to modulated carrier signals and unmodulated carrier signals.

Information signals, digital information signals and direct current (DC) information signals.

The term electromagnetic (EM) signal, when used herein, refers to a signal in the EM spectrum. EM spectrum includes all frequencies greater than zero hertz. EM signals generally include waves characterized by variations in electric and magnetic fields. Such waves may be propagated in any medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, micro-strip, strip-line, optical fiber, etc. Unless stated otherwise, all signals discussed herein are EM signals, even when not explicitly designated as such.

The term intermediate frequency (IF) signal, when used herein, refers to an EM signal that is substantially similar to another EM signal except that the IF signal has a lower frequency than the other signal. An IF signal frequency can be any frequency above zero HZ. Unless otherwise stated, the terms lower frequency, intermediate frequency, intermediate and IF are used interchangeably herein.

The term analog signal, when used herein, refers to a signal that is constant or continuously variable, as contrasted to a signal that changes between discrete states.

The term baseband, when used herein, refers to a frequency band occupied by any generic information signal desired for transmission and/or reception.

The term baseband signal, when used herein, refers to any generic information signal desired for transmission and/or reception.

The term carrier frequency, when used herein, refers to the frequency of a carrier signal. Typically, it is the center frequency of a transmission signal that is generally modulated.

The term carrier signal, when used herein, refers to an EM wave having at least one characteristic that may be varied by modulation, that is capable of carrying information via modulation.

The term demodulated baseband signal, when used herein, refers to a signal that results from processing a modulated signal. In some cases, for example, the demodulated baseband signal results from demodulating an intermediate frequency (IF) modulated signal, which results from down converting a modulated carrier signal. In another case, a signal that results from a combined downconversion and demodulation step.

The term digital signal, when used herein, refers to a signal that changes between discrete states, as contrasted to a signal that is continuous. For example, the voltage of a digital signal may shift between discrete levels.

The term electromagnetic (EM) spectrum, when used herein, refers to a spectrum comprising waves characterized by variations in electric and magnetic fields. Such waves may be propagated in any communication medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, microstrip, stripline, optical fiber, etc. The EM spectrum includes all frequencies greater than zero hertz.

16

The term electromagnetic (EM) signal, when used herein, refers to a signal in the EM spectrum. Also generally called an EM wave. Unless stated otherwise, all signals discussed herein are EM signals, even when not explicitly designated as such.

The term modulating baseband signal, when used herein, refers to any generic information signal that is used to modulate an oscillating signal, or carrier signal.

1.1 Modulation

It is often beneficial to propagate electromagnetic (EM) signals at higher frequencies. This includes baseband signals, such as digital data information signals and analog information signals. A baseband signal can be up-converted to a higher frequency EM signal by using the baseband signal to modulate a higher frequency carrier signal, $F_C$. When used in this manner, such a baseband signal is herein called a modulating baseband signal $F_{MB}$.

Modulation imparts changes to the carrier signal $F_C$ that represent information in the modulating baseband signal $F_{MB}$. The changes can be in the form of amplitude changes, frequency changes, phase changes, etc., or any combination thereof. The resultant signal is referred to herein as a modulated carrier signal $F_{MC}$. The modulated carrier signal $F_{MC}$ includes the carrier signal $F_C$ modulated by the modulating baseband signal, $F_{MB}$, as in:

$$F_{MB} \text{ combined with } F_C \rightarrow F_{MC}$$

The modulated carrier signal $F_{MC}$ oscillates at, or near the frequency of the carrier signal $F_C$ and can thus be efficiently propagated.

FIG. 1 illustrates an example modulator 110, wherein the carrier signal $F_C$ is modulated by the modulating baseband signal $F_{MB}$, thereby generating the modulated carrier signal $F_{MC}$.

Modulating baseband signal $F_{MB}$ can be an analog baseband signal, a digital baseband signal, or a combination thereof.

FIG. 2 illustrates the modulating baseband signal $F_{MB}$ as an exemplary analog modulating baseband signal 210. The exemplary analog modulating baseband signal 210 can represent any type of analog information including, but not limited to, voice/speech data, music data, video data, etc. The amplitude of analog modulating baseband signal 210 varies in time.

Digital information includes a plurality of discrete states. For ease of explanation, digital information signals are discussed below as having two discrete states. But the invention is not limited to this embodiment.

FIG. 3 illustrates the modulating baseband signal $F_{MB}$ as an exemplary digital modulating baseband signal 310. The digital modulating baseband signal 310 can represent any type of digital data including, but not limited to, digital computer information and digitized analog information. The digital modulating baseband signal 310 includes a first state 312 and a second state 314. In an embodiment, first state 312 represents binary state 0 and second state 314 represents binary state 1. Alternatively, first state 312 represents binary state 1 and second state 314 represents binary state 0. Throughout the remainder of this disclosure, the former convention is followed, whereby first state 312 represents binary state zero and second state 314 represents binary state one. But the invention is not limited to this embodiment. First state 312 is thus referred to herein as a low state and second state 314 is referred to herein as a high state.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 202 of 261 PageID 2535

US 7,218,907 B2

17

Digital modulating baseband signal 310 can change between first state 312 and second state 314 at a data rate, or baud rate, measured as bits per second.

Carrier signal $F_C$ is modulated by the modulating baseband signal $F_{MB}$, by any modulation technique, including, but not limited to, amplitude modulation (AM), frequency modulation (FM), phase modulation (PM), etc., or any combination thereof. Examples are provided below for amplitude modulating, frequency modulating, and phase modulating the analog modulating baseband signal 210 and the digital modulating baseband signal 310, on the carrier signal $F_C$. The examples are used to assist in the description of the invention. The invention is not limited to, or by, the examples.

FIG. 4 illustrates the carrier signal $F_C$ as a carrier signal 410. In the example of FIG. 4, the carrier signal 410 is illustrated as a 900 MHZ carrier signal. Alternatively, the carrier signal 410 can be any other frequency. Example modulation schemes are provided below, using the examples signals from FIGS. 2, 3 and 4.

1.1.1 Amplitude Modulation

In amplitude modulation (AM), the amplitude of the modulated carrier signal $F_{MC}$ is a function of the amplitude of the modulating baseband signal $F_{MB}$. FIGS. 5A–5C illustrate example timing diagrams for amplitude modulating the carrier signal 410 with the analog modulating baseband signal 210. FIGS. 6A–6C illustrate example timing diagrams for amplitude modulating the carrier signal 410 with the digital modulating baseband signal 310.

FIG. 5A illustrates the analog modulating baseband signal 210. FIG. 5B illustrates the carrier signal 410. FIG. 5C illustrates an analog AM carrier signal 516, which is generated when the carrier signal 410 is amplitude modulated using the analog modulating baseband signal 210. As used herein, the term "analog AM carrier signal" is used to indicate that the modulating baseband signal is an analog signal.

The analog AM carrier signal 516 oscillates at the frequency of carrier signal 410. The amplitude of the analog AM carrier signal 516 tracks the amplitude of analog modulating baseband signal 210, illustrating that the information contained in the analog modulating baseband signal 210 is retained in the analog AM carrier signal 516.

FIG. 6A illustrates the digital modulating baseband signal 310. FIG. 6B illustrates the carrier signal 410. FIG. 6C illustrates a digital AM carrier signal 616, which is generated when the carrier signal 410 is amplitude modulated using the digital modulating baseband signal 310. As used herein, the term "digital AM carrier signal" is used to indicate that the modulating baseband signal is a digital signal.

The digital AM carrier signal 616 oscillates at the frequency of carrier signal 410. The amplitude of the digital AM carrier signal 616 tracks the amplitude of digital modulating baseband signal 310, illustrating that the information contained in the digital modulating baseband signal 310 is retained in the digital AM signal 616. As the digital modulating baseband signal 310 changes states, the digital AM signal 616 shifts amplitudes. Digital amplitude modulation is often referred to as amplitude shift keying (ASK), and the two terms are used interchangeably throughout the specification.

1.1.2 Frequency Modulation

In frequency modulation (FM), the frequency of the modulated carrier signal $F_{MC}$ varies as a function of the amplitude of the modulating baseband signal $F_{MB}$. FIGS. 7A–7C illustrate example timing diagrams for frequency modulating the carrier signal 410 with the analog modulating baseband signal 210. FIGS. 8A–8C illustrate example timing diagrams for frequency modulating the carrier signal 410 with the digital modulating baseband signal 310.

18

FIG. 7A illustrates the analog modulating baseband signal 210. FIG. 7B illustrates the carrier signal 410. FIG. 7C illustrates an analog FM carrier signal 716, which is generated when the carrier signal 410 is frequency modulated using the analog modulating baseband signal 210. As used herein, the term "analog FM carrier signal" is used to indicate that the modulating baseband signal is an analog signal.

The frequency of the analog FM carrier signal 716 varies as a function of amplitude changes on the analog baseband signal 210. In the illustrated example, the frequency of the analog FM carrier signal 716 varies in proportion to the amplitude of the analog modulating baseband signal 210. Thus, at time t1, the amplitude of the analog baseband signal 210 and the frequency of the analog FM carrier signal 716 are at maximums. At time t3, the amplitude of the analog baseband signal 210 and the frequency of the analog FM carrier signal 716 are at minimums.

The frequency of the analog FM carrier signal 716 is typically centered around the frequency of the carrier signal 410. Thus, at time t2, for example, when the amplitude of the analog baseband signal 210 is at a mid-point, illustrated here as zero volts, the frequency of the analog FM carrier signal 716 is substantially the same as the frequency of the carrier signal 410.

FIG. 8A illustrates the digital modulating baseband signal 310. FIG. 8B illustrates the carrier signal 410. FIG. 8C illustrates a digital FM carrier signal 816, which is generated when the carrier signal 410 is frequency modulated using the digital baseband signal 310. As used herein, the term "digital FM carrier signal" is used to indicate that the modulating baseband signal is a digital signal.

The frequency of the digital FM carrier signal 816 varies as a function of amplitude changes on the digital modulating baseband signal 310. In the illustrated example, the frequency of the digital FM carrier signal 816 varies in proportion to the amplitude of the digital modulating baseband signal 310. Thus, between times t0 and t1, and between times t2 and t4, when the amplitude of the digital baseband signal 310 is at the higher amplitude second state, the frequency of the digital FM carrier signal 816 is at a maximum. Between times t1 and t2, when the amplitude of the digital baseband signal 310 is at the lower amplitude first state, the frequency of the digital FM carrier signal 816 is at a minimum. Digital frequency modulation is often referred to as frequency shift keying (FSK), and the terms are used interchangeably throughout the specification.

Typically, the frequency of the digital FM carrier signal 816 is centered about the frequency of the carrier signal 410, and the maximum and minimum frequencies are equally offset from the center frequency. Other variations can be employed but, for ease of illustration, this convention will be followed herein.

1.1.3 Phase Modulation

In phase modulation (PM), the phase of the modulated carrier signal $F_{MC}$ varies as a function of the amplitude of the modulating baseband signal $F_{MB}$. FIGS. 9A–9C illustrate example timing diagrams for phase modulating the carrier signal 410 with the analog modulating baseband signal 210. FIGS. 10A–10C illustrate example timing diagrams for phase modulating the carrier signal 410 with the digital modulating baseband signal 310.

FIG. 9A illustrates the analog modulating baseband signal 210. FIG. 9B illustrates the carrier signal 410. FIG. 9C

US 7,218,907 B2

19

illustrates an analog PM carrier signal **916**, which is generated by phase modulating the carrier signal **410** with the analog baseband signal **210**. As used herein, the term "analog PM carrier signal" is used to indicate that the modulating baseband signal is an analog signal.

Generally, the frequency of the analog PM carrier signal **916** is substantially the same as the frequency of carrier signal **410**. But the phase of the analog PM carrier signal **916** varies with amplitude changes on the analog modulating baseband signal **210**. For relative comparison, the carrier signal **410** is illustrated in FIG. **9C** by a dashed line.

The phase of the analog PM carrier signal **916** varies as a function of amplitude changes of the analog baseband signal **210**. In the illustrated example, the phase of the analog PM signal **916** lags by a varying amount as determined by the amplitude of the baseband signal **210**. For example, at time t1, when the amplitude of the analog baseband signal **210** is at a maximum, the analog PM carrier signal **916** is in phase with the carrier signal **410**. Between times t1 and t3, when the amplitude of the analog baseband signal **210** decreases to a minimum amplitude, the phase of the analog PM carrier signal **916** lags the phase of the carrier signal **410**, until it reaches a maximum out of phase value at time t3. In the illustrated example, the phase change is illustrated as approximately 180 degrees. Any suitable amount of phase change, varied in any manner that is a function of the baseband signal, can be utilized.

FIG. **10A** illustrates the digital modulating baseband signal **310**. FIG. **10B** illustrates the carrier signal **410**. FIG. **10C** illustrates a digital PM carrier signal **1016**, which is generated by phase modulating the carrier signal **410** with the digital baseband signal **310**. As used herein, the term "digital PM carrier signal" is used to indicate that the modulating baseband signal is a digital signal.

The frequency of the digital PM carrier signal **1016** is substantially the same as the frequency of carrier signal **410**. The phase of the digital PM carrier signal **1016** varies as a function of amplitude changes on the digital baseband signal **310**. In the illustrated example, when the digital baseband signal **310** is at the first state **312**, the digital PM carrier signal **1016** is out of phase with the carrier signal **410**. When the digital baseband signal **310** is at the second state **314**, the digital PM carrier signal **1016** is in-phase with the carrier signal **410**. Thus, between times t1 and t2, when the amplitude of the digital baseband signal **310** is at the first state **312**, the digital PM carrier signal **1016** is out of phase with the carrier signal **410**. Between times t0 and t1, and between times t2 and t4, when the amplitude of the digital baseband signal **310** is at the second state **314**, the digital PM carrier signal **1016** is in phase with the carrier signal **410**.

In the illustrated example, the out of phase value between times t1 and t3 is illustrated as approximately 180 degrees out of phase. Any suitable amount of phase change, varied in any manner that is a function of the baseband signal, can be utilized. Digital phase modulation is often referred to as phase shift keying (PSK), and the terms are used interchangeably throughout the specification.

### 1.2 Demodulation

When the modulated carrier signal $F_{MC}$ is received, it can be demodulated to extract the modulating baseband signal $F_{MB}$. Because of the typically high frequency of modulated carrier signal $F_{MC}$, however, it is generally impractical to demodulate the baseband signal $F_{MB}$ directly from the modulated carrier signal $F_{MC}$. Instead, the modulated carrier signal $F_{MC}$ must be down-converted to a lower frequency signal that contains the original modulating baseband signal.

20

When a modulated carrier signal is down-converted to a lower frequency signal, the lower frequency signal is referred to herein as an intermediate frequency (IF) signal $F_{IF}$. The IF signal $F_{IF}$ oscillates at any frequency, or frequency band, below the frequency of the modulated carrier frequency FMC. Down-conversion of $F_{MC}$ to $F_{IF}$ is illustrated as:

$$F_{MC} \rightarrow F_{IF}$$

After $F_{MC}$ is down-converted to the IF modulated carrier signal $F_{IF}$, $F_{IF}$ can be demodulated to a baseband signal $F_{DMB}$, as illustrated by:

$$F_{IF} \rightarrow F_{DMB}$$

$F_{DMB}$ is intended to be substantially similar to the modulating baseband signal $F_{MB}$, illustrating that the modulating baseband signal $F_{MB}$ can be substantially recovered.

It will be emphasized throughout the disclosure that the present invention can be implemented with any type of EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals. The above examples of modulated carrier signals are provided for illustrative purposes only. Many variations to the examples are possible. For example, a carrier signal can be modulated with a plurality of the modulation types described above. A carrier signal can also be modulated with a plurality of baseband signals, including analog baseband signals, digital baseband signals, and combinations of both analog and digital baseband signals.

### 2. Overview of the Invention

Conventional signal processing techniques follow the Nyquist sampling theorem, which states that, in order to faithfully reproduce a sampled signal, the signal must be sampled at a rate that is greater than twice the frequency of the signal being sampled. When a signal is sampled at less than or equal to twice the frequency of the signal, the signal is said to be under-sampled, or aliased. Conventional signal processing thus teaches away from under-sampling and aliasing, in order to faithfully reproduce a sampled signal.

### 2.1 Aspects of the Invention

Contrary to conventional wisdom, the present invention is a method and system for down-converting an electromagnetic (EM) signal by aliasing the EM signal. Aliasing is represented generally in FIG. **45A** as **4502**.

By taking a carrier and aliasing it at an aliasing rate, the invention can down-convert that carrier to lower frequencies. One aspect that can be exploited by this invention is realizing that the carrier is not the item of interest, the lower baseband signal is of interest to reproduce sufficiently. This baseband signal's frequency content, even though its carrier may be aliased, does satisfy the Nyquist criteria and as a result, the baseband information can be sufficiently reproduced.

FIG. **12A** depicts a flowchart **1201** that illustrates a method for aliasing an EM signal to generate a down-converted signal. The process begins at step **1202**, which includes receiving the EM signal. Step **1204** includes receiving an aliasing signal having an aliasing rate. Step **1206** includes aliasing the EM signal to down-convert the EM signal. The term aliasing, as used herein, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate and to down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. These concepts are described below.

FIG. **13** illustrates a block diagram of a generic aliasing system **1302**, which includes an aliasing module **1306**. In an

US 7,218,907 B2

21

embodiment, the aliasing system **1302** operates in accordance with the flowchart **1201**. For example, in step **1202**, the aliasing module **1306** receives an EM signal **1304**. In step **1204**, the aliasing module **1306** receives an aliasing signal **1310**. In step **1206**, the aliasing module **1306** down-converts the EM signal **1304** to a down-converted signal **1308**. The generic aliasing system **1302** can also be used to implement any of the flowcharts **1207**, **1213** and **1219**.

In an embodiment, the invention down-converts the EM signal to an intermediate frequency (IF) signal. FIG. **12B** depicts a flowchart **1207** that illustrates a method for under-sampling the EM signal at an aliasing rate to down-convert the EM signal to an IF signal. The process begins at step **1208**, which includes receiving an EM signal. Step **1210** includes receiving an aliasing signal having an aliasing rate $F_{AR}$. Step **1212** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an IF signal.

In another embodiment, the invention down-converts the EM signal to a demodulated baseband information signal. FIG. **12C** depicts a flowchart **1213** that illustrates a method for down-converting the EM signal to a demodulated baseband signal. The process begins at step **1214**, which includes receiving an EM signal. Step **1216** includes receiving an aliasing signal having an aliasing rate $F_{AR}$. Step **1218** includes down-converting the EM signal to a demodulated baseband signal. The demodulated baseband signal can be processed without further down-conversion or demodulation.

In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal. FIG. **12D** depicts a flowchart **1219** that illustrates a method for down-converting the FM signal to a non-FM signal. The process begins at step **1220**, which includes receiving an EM signal. Step **1222** includes receiving an aliasing signal having an aliasing rate. Step **1224** includes down-converting the FM signal to a non-FM signal.

The invention down-converts any type of EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals. For ease of discussion, the invention is further described herein using modulated carrier signals for examples. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert signals other than carrier signals as well. The invention is not limited to the example embodiments described above.

In an embodiment, down-conversion is accomplished by under-sampling an EM signal. This is described generally in Section I.2.2. below and in detail in Section II and its sub-sections. In another embodiment, down-conversion is achieved by transferring non-negligible amounts of energy from an EM signal. This is described generally in Section I.2.3. below and in detail in Section III.

2.2 Down-Converting by Under-Sampling

The term aliasing, as used herein, refers both to down-converting an EM signal by under-sampling the EM signal at an aliasing rate and to down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. Methods for under-sampling an EM signal to down-convert the EM signal are now described at an overview level. FIG. **14A** depicts a flowchart **1401** that illustrates a method for under-sampling the EM signal at an aliasing rate to down-convert the EM signal. The process begins at step **1402**, which includes receiving an EM signal. Step **1404** includes receiving an under-sampling signal having an aliasing rate.

22

Step **1406** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal.

Down-converting by under-sampling is illustrated by **4504** in FIG. **45A** and is described in greater detail in Section II.

2.2.1 Down-Converting to an Intermediate Frequency (IF) Signal

In an embodiment, an EM signal is under-sampled at an aliasing rate to down-convert the EM signal to a lower, or intermediate frequency (IF) signal. The EM signal can be a modulated carrier signal or an unmodulated carrier signal. In an exemplary example, a modulated carrier signal $F_{MC}$ is down-converted to an IF signal $F_{IF}$.

$$F_{MC} \rightarrow F_{IF}$$

FIG. **14B** depicts a flowchart **1407** that illustrates a method for under-sampling the EM signal at an aliasing rate to down-convert the EM signal to an IF signal. The process begins at step **1408**, which includes receiving an EM signal. Step **1410** includes receiving an under-sampling signal having an aliasing rate. Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an IF signal.

This embodiment is illustrated generally by **4508** in FIG. **45B** and is described in Section II.1.

2.2.2 Direct-to-Data Down-Converting

In another embodiment, an EM signal is directly down-converted to a demodulated baseband signal (direct-to-data down-conversion), by under-sampling the EM signal at an aliasing rate. The EM signal can be a modulated EM signal or an unmodulated EM signal. In an exemplary embodiment, the EM signal is the modulated carrier signal $F_{MC}$, and is directly down-converted to a demodulated baseband signal $F_{DMB}$.

$$F_{MC} \rightarrow F_{DMB}$$

FIG. **14C** depicts a flowchart **1413** that illustrates a method for under-sampling the EM signal at an aliasing rate to directly down-convert the EM signal to a demodulated baseband signal. The process begins at step **1414**, which includes receiving an EM signal. Step **1416** includes receiving an under-sampling signal having an aliasing rate. Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert the EM signal to a baseband information signal.

This embodiment is illustrated generally by **4510** in FIG. **45B** and is described in Section II.2

2.2.3 Modulation Conversion

In another embodiment, a frequency modulated (FM) carrier signal $F_{FMC}$ is converted to a non-FM signal $F_{(NON-FM)}$, by under-sampling the FM carrier signal $F_{FMC}$.

$$F_{FMC} \rightarrow F_{(NON-FM)}$$

FIG. **14D** depicts a flowchart **1419** that illustrates a method for under-sampling an FM signal to convert it to a non-FM signal. The process begins at step **1420**, which includes receiving the FM signal. Step **1422** includes receiving an under-sampling signal having an aliasing rate. Step **1424** includes under-sampling the FM signal at the aliasing rate to convert the FM signal to a non-FM signal. For example, the FM signal can be under-sampled to convert it to a PM signal or an AM signal.

This embodiment is illustrated generally by **4512** in FIG. **45B**, and described in Section II.3

2.3 Down-Converting by Transferring Energy

The term aliasing, as used herein, refers both to down-converting an EM signal by under-sampling the EM signal

APPX355

US 7,218,907 B2

23

at an aliasing rate and to down-converting an EM signal by transferring non-negligible amounts energy from the EM signal at the aliasing rate. Methods for transferring energy from an EM signal to down-convert the EM signal are now described at an overview level. More detailed descriptions are provided in Section III.

FIG. **46**A depicts a flowchart **4601** that illustrates a method for transferring energy from the EM signal at an aliasing rate to down-convert the EM signal. The process begins at step **4602**, which includes receiving an EM signal. Step **4604** includes receiving an energy transfer signal having an aliasing rate. Step **4606** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal.

Down-converting by transferring energy is illustrated by **4506** in FIG. **45**A and is described in greater detail in Section III.

### 2.3.1 Down-Converting to an Intermediate Frequency (IF) Signal

In an embodiment, EM signal is down-converted to a lower, or intermediate frequency (IF) signal, by transferring energy from the EM signal at an aliasing rate. The EM signal can be a modulated carrier signal or an unmodulated carrier signal. In an exemplary example, a modulated carrier signal $F_{MC}$ is down-converted to an IF signal $F_{IF}$.

$$F_{MC} \rightarrow F_{IF}$$

FIG. **46**B depicts a flowchart **4607** that illustrates a method for transferring energy from the EM signal at an aliasing rate to down-convert the EM signal to an IF signal. The process begins at step **4608**, which includes receiving an EM signal. Step **4610** includes receiving an energy transfer signal having an aliasing rate. Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an IF signal.

This embodiment is illustrated generally by **4514** in FIG. **45**B and is described in Section III.1.

### 2.3.2 Direct-to-Data Down-Converting

In another embodiment, an EM signal is down-converted to a demodulated baseband signal by transferring energy from the EM signal at an aliasing rate. This embodiment is referred to herein as direct-to-data down-conversion. The EM signal can be a modulated EM signal or an unmodulated EM signal. In an exemplary embodiment, the EM signal is the modulated carrier signal $F_{MC}$, and is directly down-converted to a demodulated baseband signal $F_{DMB}$.

$$F_{MC} \rightarrow F_{DMB}$$

FIG. **46**C depicts a flowchart **4613** that illustrates a method for transferring energy from the EM signal at an aliasing rate to directly down-convert the EM signal to a demodulated baseband signal. The process begins at step **4614**, which includes receiving an EM signal. Step **4616** includes receiving an energy transfer signal having an aliasing rate. Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to a baseband signal.

This embodiment is illustrated generally by **4516** in FIG. **45**B and is described in Section III.2.

### 2.3.3 Modulation Conversion

In another embodiment, a frequency modulated (FM) carrier signal $F_{FMC}$ is converted to a non-FM signal $F_{(NON-FM)}$, by transferring energy from the FM carrier signal $F_{FMC}$ at an aliasing rate.

$$F_{FMC} \rightarrow F_{(NON-FM)}$$

24

The FM carrier signal $F_{FMC}$ can be converted to, for example, a phase modulated (PM) signal or an amplitude modulated (AM) signal. FIG. **46**D depicts a flowchart **4619** that illustrates a method for transferring energy from an FM signal to convert it to a non-FM signal. Step **4620** includes receiving the FM signal. Step **4622** includes receiving an energy transfer signal having an aliasing rate. In FIG. **46**D, step **4612** includes transferring energy from the FM signal to convert it to a non-FM signal. For example, energy can be transferred from an FSK signal to convert it to a PSK signal or an ASK signal.

This embodiment is illustrated generally by **4518** in FIG. **45**B, and described in Section III.3

### 2.4 Determining the Aliasing Rate

In accordance with the definition of aliasing, the aliasing rate is equal to, or less than, twice the frequency of the EM carrier signal. Preferably, the aliasing rate is much less than the frequency of the carrier signal. The aliasing rate is preferably more than twice the highest frequency component of the modulating baseband signal $F_{MB}$ that is to be reproduced. The above requirements are illustrated in EQ. (1).

$$2 \cdot F_{MC} \geq F_{AR} > 2 \cdot (\text{Highest Freq.Component of } F_{MB}) \qquad \text{EQ. (1)}$$

In other words, by taking a carrier and aliasing it at an aliasing rate, the invention can down-convert that carrier to lower frequencies. One aspect that can be exploited by this invention is that the carrier is not the item of interest; instead the lower baseband signal is of interest to be reproduced sufficiently. The baseband signal's frequency content, even though its carrier may be aliased, satisfies the Nyquist criteria and as a result, the baseband information can be sufficiently reproduced, either as the intermediate modulating carrier signal $F_{IF}$ or as the demodulated direct-to-data baseband signal $F_{DMB}$.

In accordance with the invention, relationships between the frequency of an EM carrier signal, the aliasing rate, and the intermediate frequency of the down-converted signal, are illustrated in EQ. (2).

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

Where:

$F_C$ is the frequency of the EM carrier signal that is to be aliased;

$F_{AR}$ is the aliasing rate;

n identifies a harmonic or sub-harmonic of the aliasing rate (generally, n=0.5, 1, 2, 3, 4, . . . ); and

$F_{IF}$ is the intermediate frequency of the down-converted signal.

Note that as ($n \cdot F_{AR}$) approaches $F_C$, $F_{IF}$ approaches zero. This is a special case where an EM signal is directly down-converted to a demodulated baseband signal. This special case is referred to herein as Direct-to-Data down-conversion. Direct-to-Data down-conversion is described in later sections.

High level descriptions, exemplary embodiments and exemplary implementations of the above and other embodiments of the invention are provided in sections below.

3. Benefits of the Invention Using an Example Conventional Receiver for Comparison

FIG. **11** illustrates an example conventional receiver system **1102**. The conventional system **1102** is provided both to help the reader to understand the functional differences between conventional systems and the present invention, and to help the reader to understand the benefits of the present invention.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 206 of 261 PageID 2539

US 7,218,907 B2

25

The example conventional receiver system **1102** receives an electromagnetic (EM) signal **1104** via an antenna **1106**. The EM signal **1104** can include a plurality of EM signals such as modulated carrier signals. For example, the EM signal **1104** includes one or more radio frequency (RF) EM signals, such as a 900 MHZ modulated carrier signal. Higher frequency RF signals, such as 900 MHZ signals, generally cannot be directly processed by conventional signal processors. Instead, higher frequency RF signals are typically down-converted to lower intermediate frequencies (IF) for processing. The receiver system **1102** down-converts the EM signal **1104** to an intermediate frequency (IF) signal **1108***n*, which can be provided to a signal processor **1110**. When the EM signal **1104** includes a modulated carrier signal, the signal processor **1110** usually includes a demodulator that demodulates the IF signal **1108***n* to a baseband information signal (demodulated baseband signal).

Receiver system **1102** includes an RF stage **1112** and one or more IF stages **1114**. The RF stage **1112** receives the EM signal **1104**. The RF stage **1112** includes the antenna **1106** that receives the EM signal **1104**.

The one or more IF stages **1114***a*–**1114***n* down-convert the EM signal **1104** to consecutively lower intermediate frequencies. Each of the one or more IF sections **1114***a*–**1114***n* includes a mixer **1118***a*–**1118***n* that down-converts an input EM signal **1116** to a lower frequency IF signal **1108**. By cascading the one or more mixers **1118***a*–**1118***n*, the EM signal **1104** is incrementally down-converted to a desired IF signal **1108***n*.

In operation, each of the one or more mixers **1118** mixes an input EM signal **1116** with a local oscillator (LO) signal **1119**, which is generated by a local oscillator (LO) **1120**. Mixing generates sum and difference signals from the input EM signal **1116** and the LO signal **1119**. For example, mixing an input EM signal **1116***a*, having a frequency of 900 MHZ, with a LO signal **1119***a*, having a frequency of 830 MHZ, results in a sum signal, having a frequency of 900 MHZ+830 MHZ=1.73 GHZ, and a difference signal, having a frequency of 900 MHZ−830 MHZ=70 MHZ.

Specifically, in the example of FIG. **11**, the one or more mixers **1118** generate a sum and difference signals for all signal components in the input EM signal **1116**. For example, when the EM signal **1116***a* includes a second EM signal, having a frequency of 760 MHZ, the mixer **1118***a* generates a second sum signal, having a frequency of 760 MHZ+830 MHZ=1.59 GHZ, and a second difference signal, having a frequency of 830 MHZ−760 MHZ=70 MHZ. In this example, therefore, mixing two input EM signals, having frequencies of 900 MHZ and 760 MHZ, respectively, with an LO signal having a frequency of 830 MHZ, results in two IF signals at 70 MHZ.

Generally, it is very difficult, if not impossible, to separate the two 70 MHZ signals. Instead, one or more filters **1122** and **1123** are provided upstream from each mixer **1118** to filter the unwanted frequencies, also known as image frequencies. The filters **1122** and **1123** can include various filter topologies and arrangements such as bandpass filters, one or more high pass filters, one or more low pass filters, combinations thereof, etc.

Typically, the one or more mixers **1118** and the one or more filters **1122** and **1123** attenuate or reduce the strength of the EM signal **1104**. For example, a typical mixer reduces the EM signal strength by 8 to 12 dB. A typical filter reduces the EM signal strength by 3 to 6 dB.

As a result, one or more low noise amplifiers (LNAs) **1121** and **1124***a*–**1124***n* are provided upstream of the one or more filters **1123** and **1122***a*–**1122***n*. The LNAs and filters

26

can be in reversed order. The LNAs compensate for losses in the mixers **1118**, the filters **1122** and **1123**, and other components by increasing the EM signal strength prior to filtering and mixing. Typically, for example, each LNA contributes 15 to 20 dB of amplification.

However, LNAs require substantial power to operate. Higher frequency LNAs require more power than lower frequency LNAs. When the receiver system **1102** is intended to be portable, such as a cellular telephone receiver, for example, the LNAs require a substantial portion of the total power.

At higher frequencies, impedance mismatches between the various stages further reduce the strength of the EM signal **1104**. In order to optimize power transferred through the receiver system **1102**, each component should be impedance matched with adjacent components. Since no two components have the exact same impedance characteristics, even for components that were manufactured with high tolerances, impedance matching must often be individually fine tuned for each receiver system **1102**. As a result, impedance matching in conventional receivers tends to be labor intensive and more art than science. Impedance matching requires a significant amount of added time and expense to both the design and manufacture of conventional receivers. Since many of the components, such as LNA, filters, and impedance matching circuits, are highly frequency dependent, a receiver designed for one application is generally not suitable for other applications. Instead, a new receiver must be designed, which requires new impedance matching circuits between many of the components.

Conventional receiver components are typically positioned over multiple IC substrates instead of on a single IC substrate. This is partly because there is no single substrate that is optimal for both RF, IF, and baseband frequencies. Other factors may include the sheer number of components, their various sizes and different inherent impedance characteristics, etc. Additional signal amplification is often required when going from chip to chip. Implementation over multiple substrates thus involves many costs in addition to the cost of the ICs themselves.

Conventional receivers thus require many components, are difficult and time consuming to design and manufacture, and require substantial external power to maintain sufficient signal levels. Conventional receivers are thus expensive to design, build, and use.

In an embodiment, the present invention is implemented to replace many, if not all, of the components between the antenna **1106** and the signal processor **1110**, with an aliasing module that includes a universal frequency translator (UFT) module. The UFT is able to down-convert a wide range of EM signal frequencies using very few components. The UFT is easy to design and build, and requires very little external power. The UFT design can be easily tailored for different frequencies or frequency ranges. For example, UFT design can be easily impedance matched with relatively little tuning. In a direct-to-data embodiment of the invention, where an EM signal is directly down-converted to a demodulated baseband signal, the invention also eliminates the need for a demodulator in the signal processor **1110**.

When the invention is implemented in a receiver system, such as the receiver system **1102**, power consumption is significantly reduced and signal to noise ratio is significantly increased.

In an embodiment, the invention can be implemented and tailored for specific applications with easy to calculate and easy to implement impedance matching circuits. As a result,

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 207 of 261 PageID 2540

**27**

when the invention is implemented as a receiver, such as the receiver **1102**, specialized impedance matching experience is not required.

In conventional receivers, components in the IF sections comprise roughly eighty to ninety percent of the total components of the receivers. The UFT design eliminates the IF section(s) and thus eliminates the roughly eighty to ninety percent of the total components of conventional receivers.

Other advantages of the invention include, but are not limited to:

The invention can be implemented as a receiver with only a single local oscillator;

The invention can be implemented as a receiver with only a single, lower frequency, local oscillator;

The invention can be implemented as a receiver using few filters;

The invention can be implemented as a receiver using unit delay filters;

The invention can be implemented as a receiver that can change frequencies and receive different modulation formats with no hardware changes;

The invention can be also be implemented as frequency up-converter in an EM signal transmitter;

The invention can be also be implemented as a combination up-converter (transmitter) and down-converter (receiver), referred to herein as a transceiver;

The invention can be implemented as a method and system for ensuring reception of a communications signal, as disclosed in co-pending patent application titled, "Method and System for Ensuring Reception of a Communications Signal," Ser. No. 09/176,415, filed Oct. 21, 1998, (U.S. Pat. No. 6,061,555), incorporated herein by reference in its entirety;

The invention can be implemented in a differential configuration, whereby signal to noise ratios are increased;

A receiver designed in accordance with the invention can be implemented on a single IC substrate, such as a silicon-based IC substrate;

A receiver designed in accordance with the invention and implemented on a single IC substrate, such as a silicon-based IC substrate, can down-convert EM signals from frequencies in the giga Hertz range;

A receiver built in accordance with the invention has a relatively flat response over a wide range of frequencies. For example, in an embodiment, a receiver built in accordance with the invention to operate around 800 MHZ has a substantially flat response (i.e., plus or minus a few dB of power) from 100 MHZ to 1 GHZ. This is referred to herein as a wide-band receiver; and

A receiver built in accordance with the invention can include multiple, user-selectable, Impedance match modules, each designed for a different wide-band of frequencies, which can be used to scan an ultra-wide-band of frequencies.

II. Down-Converting by Under-Sampling

1. Down-Converting an EM Carrier Signal to an EM Intermediate Signal by Under-Sampling the EM Carrier Signal at the Aliasing Rate

In an embodiment, the invention down-converts an EM signal to an IF signal by under-sampling the EM signal. This embodiment is illustrated by **4508** in FIG. **45**B.

This embodiment can be implemented with modulated and unmodulated EM signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1**, as an example. In the example, the modulated carrier signal $F_{MC}$ is down-converted to an IF signal $F_{IF}$. The IF signal $F_{IF}$ can then be demodulated, with any conventional demodu-

**28**

lation technique to obtain a demodulated baseband signal $F_{DMB}$. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any EM signal, including but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe example methods for down-converting the modulated carrier signal $F_{MC}$ to the IF signal $F_{IF}$, according to embodiments of the invention. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

1.1 High Level Description

This section (including its subsections) provides a high-level description of down-converting an EM signal to an IF signal $F_{IF}$, according to the invention. In particular, an operational process of under-sampling a modulated carrier signal $F_{MC}$ to down-convert it to the IF signal $F_{IF}$, is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

1.1.1 Operational Description

FIG. **14**B depicts a flowchart **1407** that illustrates an exemplary method for under-sampling an EM signal to down-convert the EM signal to an intermediate signal $F_{IF}$. The exemplary method illustrated in the flowchart **1407** is an embodiment of the flowchart **1401** in FIG. **14**A.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for AM, FM and PM example embodiments. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The method illustrated in the flowchart **1407** is now described at a high level using the digital AM carrier signal **616** of FIG. **6**C. The digital AM carrier signal **616** is re-illustrated in FIG. **15**A for convenience. FIG. **15**E illustrates a portion **1510** of the AM carrier signal **616**, between time t1 and t2, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. Step **1408** is represented by the digital AM carrier signal **616**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **15**B illustrates an example under-sampling signal **1502**, which includes a train of pulses **1504** having negligible apertures that tend toward zero time in duration. The pulses **1504** repeat at the aliasing rate, or pulse repetition rate. Aliasing rates are discussed below.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the interme-

Case 6:14-cv-00687-PGB-KRS　Document 26-10　Filed 08/21/14　Page 208 of 261 PageID 2541

US 7,218,907 B2

**29**

diate signal $F_{IF}$. When down-converting an EM signal to an IF signal, the frequency or aliasing rate of the pulses **1504** sets the IF.

FIG. **15**C illustrates a stair step AM intermediate signal **1506**, which is generated by the down-conversion process. The AM intermediate signal **1506** is similar to the AM carrier signal **616** except that the AM intermediate signal **1506** has a lower frequency than the AM carrier signal **616**. The AM carrier signal **616** has thus been down-converted to the AM intermediate signal **1506**. The AM intermediate signal **1506** can be generated at any frequency below the frequency of the AM carrier signal **616** by adjusting the aliasing rate.

FIG. **15**D depicts the AM intermediate signal **1506** as a filtered output signal **1508**. In an alternative embodiment, the invention outputs a stair step, non-filtered or partially filtered output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The intermediate frequency of the down-converted signal $F_{IF}$, which in this example is the AM intermediate signal **1506**, can be determined from EQ. (2), which is reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

A suitable aliasing rate $F_{AR}$ can be determined in a variety of ways. An example method for determining the aliasing rate $F_{AR}$, is provided below. After reading the description herein, one skilled in the relevant art(s) will understand how to determine appropriate aliasing rates for EM signals, including ones in addition to the modulated carrier signals specifically illustrated herein.

In FIG. **17**, a flowchart **1701** illustrates an example process for determining an aliasing rate $F_{AR}$. But a designer may choose, or an application may dictate, that the values be determined in an order that is different than the illustrated order. The process begins at step **1702**, which includes determining, or selecting, the frequency of the EM signal. The frequency of the FM carrier signal **616** can be, for example, 901 MHZ.

Step **1704** includes determining, or selecting, the intermediate frequency. This is the frequency to which the EM signal will be down-converted. The intermediate frequency can be determined, or selected, to match a frequency requirement of a down-stream demodulator. The intermediate frequency can be, for example, 1 MHZ.

Step **1706** includes determining the aliasing rate or rates that will down-convert the EM signal to the IF specified in step **1704**.

EQ. (2) can be rewritten as EQ. (3):

$$n \cdot Far = F_C \pm F_{IF} \qquad \text{EQ. (3)}$$

Which can be rewritten as EQ. (4):

$$n = \frac{F_C \pm F_{IF}}{F_{AR}} \qquad \text{EQ. (4)}$$

or as EQ. (5):

$$F_{AR} = \frac{F_C \pm F_{IF}}{n} \qquad \text{EQ. (5)}$$

**30**

$(F_C \pm F_{IF})$ can be defined as a difference value $F_{DIFF}$, as illustrated in EQ. (6):

$$(F_C \pm F_{IF}) = F_{DIFF} \qquad \text{EQ. (6)}$$

EQ. (4) can be rewritten as EQ. (7):

$$n = \frac{F_{DIFF}}{F_{AR}} \qquad \text{EQ. (7)}$$

From EQ. (7), it can be seen that, for a given n and a constant $F_{AR}$, $F_{DIFF}$ is constant. For the case of $F_{DIFF} = F_C - F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily increases. For the case of $F_{DIFF} = F_C + F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily decreases. In the latter case of $F_{DIFF} = F_C + F_{IF}$, any phase or frequency changes on $F_C$ correspond to reversed or inverted phase or frequency changes on $F_{IF}$. This is mentioned to teach the reader that if $F_{DIFF} = F_C + F_{IF}$ is used, the above effect will affect the phase and frequency response of the modulated intermediate signal $F_{IF}$.

EQs. (2) through (7) can be solved for any valid n. A suitable n can be determined for any given difference frequency $F_{DIFF}$ and for any desired aliasing rate $F_{AR(Desired)}$. EQs. (2) through (7) can be utilized to identify a specific harmonic closest to a desired aliasing rate $F_{AR(Desired)}$ that will generate the desired intermediate signal $F_{IF}$.

An example is now provided for determining a suitable n for a given difference frequency $F_{DIFF}$ and for a desired aliasing rate $F_{AR(Desired)}$. For ease of illustration, only the case of $(F_C - F_{IF})$ is illustrated in the example below.

$$n = \frac{F_C - F_{IF}}{F_{AR(Desired)}} = \frac{F_{DIFF}}{F_{AR(Desired)}}$$

The desired aliasing rate $F_{AR(Desired)}$ can be, for example, 140 MHZ. Using the previous examples, where the carrier frequency is 901 MHZ and the IF is 1 MHZ, an initial value of n is determined as:

$$n = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{140 \text{ MHZ}} = \frac{900}{140} = 6.4$$

The initial value 6.4 can be rounded up or down to the valid nearest n, which was defined above as including (0.5, 1, 2, 3, . . . ). In this example, 6.4 is rounded down to 6.0, which is inserted into EQ. (5) for the case of $(F_C - F_{IF})$ = $F_{DIFF}$:

$$F_{AR} = \frac{F_C - F_{IF}}{n}$$

$$F_{AR} = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{6} = \frac{900 \text{ MHZ}}{6} = 150 \text{ MHZ}$$

In other words, under-sampling a 901 MHZ EM carrier signal at 150 MHZ generates an intermediate signal at 1 MHZ. When the under-sampled EM carrier signal is a modulated carrier signal, the intermediate signal will also substantially include the modulation. The modulated intermediate signal can be demodulated through any conventional demodulation technique.

US 7,218,907 B2

31

Alternatively, instead of starting from a desired aliasing rate, a list of suitable aliasing rates can be determined from the modified form of EQ. (5), by solving for various values of n. Example solutions are listed below.

$$F_{AR} = \frac{(F_C - F_{IF})}{n} = \frac{F_{DIFF}}{n} = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{n} = \frac{900 \text{ MHZ}}{n}$$

Solving for n=0.5, 1, 2, 3, 4, 5 and 6:

900 MHZ/0.5=1.8 GHZ (i.e., second harmonic, illustrated in FIG. **25**A as **2502**);

900 MHZ/1=900 MHZ (i.e., fundamental frequency, illustrated in FIG. **25**B as **2504**);

900 MHZ/2=450 MHZ (i.e., second sub-harmonic, illustrated in FIG. **25**C as **2506**);

900 MHZ/3=300 MHZ (i.e., third sub-harmonic, illustrated in FIG. **25**D as **2508**);

900 MHZ/4=225 MHZ (i.e., fourth sub-harmonic, illustrated in FIG. **25**E as **2510**);

900 MHZ/5=180 MHZ (i.e., fifth sub-harmonic, illustrated in FIG. **25**F as **2512**); and

900 MHZ/6=150 MHZ (i.e., sixth sub-harmonic, illustrated in FIG. **25**G as **2514**).

The steps described above can be performed for the case of $(F_C + F_{IF})$ in a similar fashion. The results can be compared to the results obtained from the case of $(F_C - F_{IF})$ to determine which provides better result for an application.

In an embodiment, the invention down-converts an EM signal to a relatively standard IF in the range of, for example, 100 KHZ to 200 MHZ. In another embodiment, referred to herein as a small off-set implementation, the invention down-converts an EM signal to a relatively low frequency of, for example, less than 100 KHZ. In another embodiment, referred to herein as a large off-set implementation, the invention down-converts an EM signal to a relatively higher IF signal, such as, for example, above 200 MHZ.

The various off-set implementations provide selectivity for different applications. Generally, lower data rate applications can operate at lower intermediate frequencies. But higher intermediate frequencies can allow more information to be supported for a given modulation technique.

In accordance with the invention, a designer picks an optimum information bandwidth for an application and an optimum intermediate frequency to support the baseband signal. The intermediate frequency should be high enough to support the bandwidth of the modulating baseband signal $F_{MB}$.

Generally, as the aliasing rate approaches a harmonic or sub-harmonic frequency of the EM signal, the frequency of the down-converted IF signal decreases. Similarly, as the aliasing rate moves away from a harmonic or sub-harmonic frequency of the EM signal, the IF increases.

Aliased frequencies occur above and below every harmonic of the aliasing frequency. In order to avoid mapping other aliasing frequencies in the band of the aliasing frequency (IF) of interest, the IF of interest is preferably not near one half the aliasing rate.

As described in example implementations below, an aliasing module, including a universal frequency translator (UFT) module built in accordance with the invention, provides a wide range of flexibility in frequency selection and can thus be implemented in a wide range of applications. Conventional systems cannot easily offer, or do not allow, this level of flexibility in frequency selection.

32

1.1.2 Structural Description

FIG. **16** illustrates a block diagram of an under-sampling system **1602** according to an embodiment of the invention. The under-sampling system **1602** is an example embodiment of the generic aliasing system **1302** in FIG. **13**. The under-sampling system **1602** includes an under-sampling module **1606**. The under-sampling module **1606** receives the EM signal **1304** and an under-sampling signal **1604**, which includes under-sampling pulses having negligible apertures that tend towards zero time, occurring at a frequency equal to the aliasing rate $F_{AR}$. The under-sampling signal **1604** is an example embodiment of the aliasing signal **1310**. The under-sampling module **1606** under-samples the EM signal **1304** at the aliasing rate $F_{AR}$ of the under-sampling signal **1604**. The under-sampling system **1602** outputs a down-converted signal **1308**A.

Preferably, the under-sampling module **1606** under-samples the EM signal **1304** to down-convert it to the intermediate signal $F_{IF}$ in the manner shown in the operational flowchart **1407** of FIG. **14**B. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1407**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein. In an embodiment, the aliasing rate $F_{AR}$ of the under-sampling signal **1604** is chosen in the manner discussed in Section II.1.1.1 so that the under-sampling module **1606** under-samples the EM carrier signal **1304** generating the intermediate frequency $F_{IF}$.

The operation of the under-sampling system **1602** is now described with reference to the flowchart **1407** and to the timing diagrams in FIGS. **15**A–D. In step **1408**, the under-sampling module **1606** receives the AM signal **616** (FIG. **15**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **1502** (FIG. **15**B). In step **1412**, the under-sampling module **1606** under-samples the AM carrier signal **616** at the aliasing rate of the under-sampling signal **1502**, or a multiple thereof, to down-convert the AM carrier signal **616** to the intermediate signal **1506** (FIG. **15**D).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.1 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal **1304** to the intermediate signal $F_{IF}$, illustrated in the flowchart **1407** of FIG. **14**B, can be implemented with any type of EM signal, including unmodulated EM carrier signals and modulated carrier signals including, but not limited to, AM, FM, PM, etc., or any combination thereof. Operation of the flowchart **1407** of FIG. **14**B is described below for AM, FM and PM carrier signals. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 210 of 261 PageID 2543

US 7,218,907 B2

**33**

1.2.1 First Example Embodiment: Amplitude Modulation

1.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **1407** in FIG. **14B** is described below for the analog AM carrier signal **516**, illustrated in FIG. **5C**, and for the digital AM carrier signal **616**, illustrated in FIG. **6C**.

1.2.1.1.1 Analog AM Carrier Signal

A process for down-converting the analog AM carrier signal **516** in FIG. **5C** to an analog AM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14B**. The analog AM carrier signal **516** is re-illustrated in FIG. **19A** for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 901 MHZ. In FIG. **19B**, an analog AM carrier signal **1904** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **1408**, which includes receiving the EM signal. This is represented by the analog AM carrier signal **516** in FIG. **19A**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **19C** illustrates an example under-sampling signal **1906** on approximately the same time scale as FIG. **19B**. The under-sampling signal **1906** includes a train of pulses **1907** having negligible apertures that tend towards zero time in duration. The pulses **1907** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. For this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **19B** by under-sampling points **1905**.

Because a harmonic of the aliasing rate is off-set from the AM carrier signal **516**, the under-sample points **1905** "walk through" the analog AM carrier signal **516**. In this example, the under-sample points **1905** "walk through" the analog AM carrier signal **516** at approximately a one megahertz rate. In other words, the under-sample points **1905** occur at different locations on subsequent cycles of the AM carrier signal **516**. As a result, the under-sample points **1905** capture varying amplitudes of the analog AM signal **516**. For example, under-sample point **1905**A has a larger amplitude than under-sample point **1905**B.

In FIG. **19D**, the under-sample points **1905** correlate to voltage points **1908**. In an embodiment, the voltage points **1908** form an analog AM intermediate signal **1910**. This can be accomplished in many ways. For example, each voltage point **1908** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as discussed below.

In FIG. **19E**, an AM intermediate signal **1912** represents the AM intermediate signal **1910**, after filtering, on a compressed time scale. Although FIG. **19E** illustrates the AM intermediate signal **1912** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The AM intermediate signal **1912** is substantially similar to the AM carrier signal **516**, except that the AM intermediate signal **1912** is at the 1 MHZ intermediate frequency. The AM intermediate signal **1912** can be demodulated through any conventional AM demodulation technique.

**34**

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signal **1910** in FIG. **19D** and the AM intermediate signal **1912** in FIG. **19E** illustrate that the AM carrier signal **516** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.1.1.2 Digital AM Carrier Signal

A process for down-converting the digital AM carrier signal **616** in FIG. **6C** to a digital AM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14B**. The digital AM carrier signal **616** is re-illustrated in FIG. **18A** for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 901 MHZ. In FIG. **18B**, an AM carrier signal **1804** illustrates a portion of the AM signal **616**, from time t0 to t1, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented by the AM signal **616** in FIG. **18A**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **18C** illustrates an example under-sampling signal **1806** on approximately the same time scale as FIG. **18B**. The under-sampling signal **1806** includes a train of pulses **1807** having negligible apertures that tend towards zero time in duration. The pulses **1807** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. For this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **18B** by under-sample points **1805**.

Because a harmonic of the aliasing rate is off-set from the AM carrier signal **616**, the under-sample points **1805** walk through the AM carrier signal **616**. In other words, the under-sample points **1805** occur at different locations of subsequent cycles of the AM signal **616**. As a result, the under-sample points **1805** capture various amplitudes of the AM signal **616**. In this example, the under-sample points **1805** walk through the AM carrier signal **616** at approximately a 1 MHZ rate. For example, under-sample point **1805**A has a larger amplitude than under-sample point **1805**B.

In FIG. **18D**, the under-sample points **1805** correlate to voltage points **1808**. In an embodiment, the voltage points **1805** form an AM intermediate signal **1810**. This can be accomplished in many ways. For example, each voltage point **1808** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as discussed below.

In FIG. **18E**, an AM intermediate signal **1812** represents the AM intermediate signal **1810**, after filtering, on a compressed time scale. Although FIG. **18E** illustrates the AM intermediate signal **1812** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The AM intermediate signal **1812** is substantially similar to the AM carrier signal **616**, except that the AM intermediate signal **1812** is at the 1 MHZ intermediate frequency. The AM intermediate signal **1812** can be demodulated through any conventional AM demodulation technique.

US 7,218,907 B2

35

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signal **1810** in FIG. **18**D and the AM intermediate signal **1812** in FIG. **18**E illustrate that the AM carrier signal **616** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.1.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog AM carrier signal **516**, with reference to the flowchart **1407** and to the timing diagrams of FIGS. **19**A–E. In step **1408**, the under-sampling module **1606** receives the AM carrier signal **516** (FIG. **19**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **1906** (FIG. **19**C). In step **1412**, the under-sampling module **1606** under-samples the AM carrier signal **516** at the aliasing rate of the under-sampling signal **1906** to down-convert it to the AM intermediate signal **1912** (FIG. **19**E).

The operation of the under-sampling system **1602** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1407** and to the timing diagrams of FIGS. **18**A–E. In step **1408**, the under-sampling module **1606** receives the AM carrier signal **616** (FIG. **18**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **1806** (FIG. **18**C). In step **1412**, the under-sampling module **1606** under-samples the AM carrier signal **616** at the aliasing rate of the under-sampling signal **1806** to down-convert it to the AM intermediate signal **1812** (FIG. **18**E).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.2.2 Second Example Embodiment: Frequency Modulation

1.2.2.1 Operational Description

Operation of the exemplary process of the flowchart **1407** in FIG. **14**B is described below for the analog FM carrier signal **716**, illustrated in FIG. **7**C, and for the digital FM carrier signal **816**, illustrated in FIG. **8**C.

1.2.2.1.1 Analog FM Carrier Signal

A process for down-converting the analog FM carrier signal **716** to an analog FM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The analog FM carrier signal **716** is re-illustrated in FIG. **20**A for convenience. For this example, the analog FM carrier signal **716** oscillates at approximately 901 MHZ. In FIG. **20**B, an FM carrier signal **2004** illustrates a portion of the analog FM carrier signal **716**, from time t1 to t3, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **20**A by the FM carrier signal **716**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **20**C illustrates an example under-sampling signal **2006** on approximately the same time scale as FIG. **20**B. The under-sampling signal **2006** includes a train of pulses **2007** having negligible apertures that tend towards zero time in duration. The pulses **2007** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. For this example, where the FM carrier signal **716** is centered around 901 MHZ, the aliasing rate is approximately 450 MHZ.

36

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **20**B by under-sample points **2005**.

Because a harmonic of the aliasing rate is off-set from the FM carrier signal **716**, the under-sample points **2005** occur at different locations of subsequent cycles of the under-sampled signal **716**. In other words, the under-sample points **2005** walk through the signal **716**. As a result, the under-sample points **2005** capture various amplitudes of the FM carrier signal **716**.

In FIG. **20**D, the under-sample points **2005** correlate to voltage points **2008**. In an embodiment, the voltage points **2005** form an analog FM intermediate signal **2010**. This can be accomplished in many ways. For example, each voltage point **2008** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as discussed below.

In FIG. **20**E, an FM intermediate signal **2012** illustrates the FM intermediate signal **2010**, after filtering, on a compressed time scale. Although FIG. **20**E illustrates the FM intermediate signal **2012** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The FM intermediate signal **2012** is substantially similar to the FM carrier signal **716**, except that the FM intermediate signal **2012** is at the 1 MHZ intermediate frequency. The FM intermediate signal **2012** can be demodulated through any conventional FM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signal **2010** in FIG. **20**D and the FM intermediate signal **2012** in FIG. **20**E illustrate that the FM carrier signal **716** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.2.1.2 Digital FM Carrier Signal

A process for down-converting the digital FM carrier signal **816** to a digital FM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The digital FM carrier signal **816** is re-illustrated in FIG. **21**A for convenience. For this example, the digital FM carrier signal **816** oscillates at approximately 901 MHZ. In FIG. **21**B, an FM carrier signal **2104** illustrates a portion of the FM carrier signal **816**, from time t1 to t3, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **21**A, by the FM carrier signal **816**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **21**C illustrates an example under-sampling signal **2106** on approximately the same time scale as FIG. **21**B. The under-sampling signal **2106** includes a train of pulses **2107** having negligible apertures that tend toward zero time in duration. The pulses **2107** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. In this example, where the FM carrier signal **816** is centered around 901 MHZ, the aliasing rate is selected as approximately 450 MHZ, which is a sub-harmonic of 900 MHZ, which is off-set by 1 MHZ from the center frequency of the FM carrier signal **816**.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 212 of 261 PageID 2545

US 7,218,907 B2

37

Step 1412 includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. Step 1412 is illustrated in FIG. 21B by under-sample points 2105.

Because a harmonic of the aliasing rate is off-set from the FM carrier signal 816, the under-sample points 2105 occur at different locations of subsequent cycles of the FM carrier signal 816. In other words, the under-sample points 2105 walk through the signal 816. As a result, the under-sample points 2105 capture various amplitudes of the signal 816.

In FIG. 21D, the under-sample points 2105 correlate to voltage points 2108. In an embodiment, the voltage points 2108 form a digital FM intermediate signal 2110. This can be accomplished in many ways. For example, each voltage point 2108 can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. 21E, an FM intermediate signal 2112 represents the FM intermediate signal 2110, after filtering, on a compressed time scale. Although FIG. 21E illustrates the FM intermediate signal 2112 as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The FM intermediate signal 2112 is substantially similar to the FM carrier signal 816, except that the FM intermediate signal 2112 is at the 1 MHZ intermediate frequency. The FM intermediate signal 2112 can be demodulated through any conventional FM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signal 2110 in FIG. 21D and the FM intermediate signal 2112 in FIG. 21E illustrate that the FM carrier signal 816 was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.2.2 Structural Description

The operation of the under-sampling system 1602 is now described for the analog FM carrier signal 716, with reference to the flowchart 1407 and the timing diagrams of FIGS. 20A–E. In step 1408, the under-sampling module 1606 receives the FM carrier signal 716 (FIG. 20A). In step 1410, the under-sampling module 1606 receives the under-sampling signal 2006 (FIG. 20C). In step 1412, the under-sampling module 1606 under-samples the FM carrier signal 716 at the aliasing rate of the under-sampling signal 2006 to down-convert the FM carrier signal 716 to the FM intermediate signal 2012 (FIG. 20E).

The operation of the under-sampling system 1602 is now described for the digital FM carrier signal 816, with reference to the flowchart 1407 and the timing diagrams of FIGS. 21A–E. In step 1408, the under-sampling module 1606 receives the FM carrier signal 816 (FIG. 21A). In step 1410, the under-sampling module 1606 receives the under-sampling signal 2106 (FIG. 21C). In step 1412, the under-sampling module 1606 under-samples the FM carrier signal 816 at the aliasing rate of the under-sampling signal 2106 to down-convert the FM carrier signal 816 to the FM intermediate signal 2112 (FIG. 21E).

Example implementations of the under-sampling module 1606 are provided in Sections 4 and 5 below.

1.2.3 Third Example Embodiment: Phase Modulation

1.2.3.1 Operational Description

Operation of the exemplary process of the flowchart 1407 in FIG. 14B is described below for the analog PM carrier

38

signal 916, illustrated in FIG. 9C, and for the digital PM carrier signal 1016, illustrated in FIG. 10C.

1.2.3.1.1 Analog PM Carrier Signal

A process for down-converting the analog PM carrier signal 916 to an analog PM intermediate signal is now described with reference to the flowchart 1407 in FIG. 14B. The analog PM carrier signal 916 is re-illustrated in FIG. 23A for convenience. For this example, the analog PM carrier signal 916 oscillates at approximately 901 MHZ. In FIG. 23B, a PM carrier signal 2304 illustrates a portion of the analog PM carrier signal 916, from time t1 to t3, on an expanded time scale.

The process of down-converting the PM carrier signal 916 to a PM intermediate signal begins at step 1408, which includes receiving an EM signal. This is represented in FIG. 23A, by the analog PM carrier signal 916.

Step 1410 includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. 23C illustrates an example under-sampling signal 2306 on approximately the same time scale as FIG. 23B. The under-sampling signal 2306 includes a train of pulses 2307 having negligible apertures that tend towards zero time in duration. The pulses 2307 repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. In this example, the aliasing rate is approximately 450 MHZ.

Step 1412 includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step 1412 is illustrated in FIG. 23B by under-sample points 2305.

Because a harmonic of the aliasing rate is off-set from the PM carrier signal 916, the under-sample points 2305 occur at different locations of subsequent cycles of the PM carrier signal 916. As a result, the under-sample points capture various amplitudes of the PM carrier signal 916.

In FIG. 23D, voltage points 2308 correlate to the under-sample points 2305. In an embodiment, the voltage points 2308 form an analog PM intermediate signal 2310. This can be accomplished in many ways. For example, each voltage point 2308 can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. 23E, an analog PM intermediate signal 2312 illustrates the analog PM intermediate signal 2310, after filtering, on a compressed time scale. Although FIG. 23E illustrates the PM intermediate signal 2312 as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The analog PM intermediate signal 2312 is substantially similar to the analog PM carrier signal 916, except that the analog PM intermediate signal 2312 is at the 1 MHZ intermediate frequency. The analog PM intermediate signal 2312 can be demodulated through any conventional PM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the analog PM intermediate signal 2310 in FIG. 23D and the analog PM intermediate signal 2312 in FIG. 23E illustrate that the analog PM carrier signal 2316 was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

US 7,218,907 B2

**39**

1.2.3.1.2 Digital PM Carrier Signal

A process for down-converting the digital PM carrier signal **1016** to a digital PM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14B**. The digital PM carrier signal **1016** is re-illustrated in FIG. **22A** for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 901 MHZ. In FIG. **22B**, a PM carrier signal **2204** illustrates a portion of the digital PM carrier signal **1016**, from time t1 to t3, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **22A** by the digital PM carrier signal **1016**.

Step **1408** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **22C** illustrates example under-sampling signal **2206** on approximately the same time scale as FIG. **22B**. The under-sampling signal **2206** includes a train of pulses **2207** having negligible apertures that tend towards zero time in duration. The pulses **2207** repeat at the aliasing rate, or a pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. In this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **22B** by under-sample points **2205**.

Because a harmonic of the aliasing rate is off-set from the PM carrier signal **1016**, the under-sample points **2205** occur at different locations of subsequent cycles of the PM carrier signal **1016**.

In FIG. **22D**, voltage points **2208** correlate to the under-sample points **2205**. In an embodiment, the voltage points **2208** form a digital PM intermediate signal **2210**. This can be accomplished in many ways. For example, each voltage point **2208** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **22E**, a digital PM intermediate signal **2212** represents the digital PM intermediate signal **2210** on a compressed time scale. Although FIG. **22E** illustrates the PM intermediate signal **2212** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The digital PM intermediate signal **2212** is substantially similar to the digital PM carrier signal **1016**, except that the digital PM intermediate signal **2212** is at the 1 MHZ intermediate frequency. The digital PM carrier signal **2212** can be demodulated through any conventional PM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the digital PM intermediate signal **2210** in FIG. **22D** and the digital PM intermediate signal **2212** in FIG. **22E** illustrate that the digital PM carrier signal **1016** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.3.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog PM carrier signal **916**, with reference to the flowchart **1407** and the timing diagrams of FIGS. **23A**–E. In step **1408**, the under-sampling module **1606**

**40**

receives the PM carrier signal **916** (FIG. **23A**). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **2306** (FIG. **23C**). In step **1412**, the under-sampling module **1606** under-samples the PM carrier signal **916** at the aliasing rate of the under-sampling signal **2306** to down-convert the PM carrier signal **916** to the PM intermediate signal **2312** (FIG. **23E**).

The operation of the under-sampling system **1602** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **1407** and the timing diagrams of FIGS. **22A**–E. In step **1408**, the under-sampling module **1606** receives the PM carrier signal **1016** (FIG. **22A**). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **2206** (FIG. **22C**). In step **1412**, the under-sampling module **1606** under-samples the PM carrier signal **1016** at the aliasing rate of the under-sampling signal **2206** to down-convert the PM carrier signal **1016** to the PM intermediate signal **2212** (FIG. **22E**).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.2.4 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention. Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. The implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

2. Directly Down-Converting an EM Signal to a Baseband Signal (Direct-to-Data)

In an embodiment, the invention directly down-converts an EM signal to a baseband signal, by under-sampling the EM signal. This embodiment is referred to herein as direct-to-data down-conversion and is illustrated in FIG. **45B** as **4510**.

This embodiment can be implemented with modulated and unmodulated EM signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1**, as an example. In the example, the modulated carrier signal $F_{MC}$ is directly down-converted to the demodulated baseband signal $F_{DMB}$. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention is applicable to down-convert any EM signal, including but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe example methods for directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 214 of 261 PageID 2547

US 7,218,907 B2

**41**

following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

2.1 High Level Description

This section (including its subsections) provides a high-level description of directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$, according to the invention. In particular, an operational process of directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

2.1.1 Operational Description

FIG. **14C** depicts a flowchart **1413** that illustrates an exemplary method for directly down-converting an EM signal to a demodulated baseband signal $F_{DMB}$. The exemplary method illustrated in the flowchart **1413** is an embodiment of the flowchart **1401** in FIG. **14A**.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed descriptions for AM and PM example embodiments. FM presents special considerations that are dealt with separately in Section II.3, below. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The method illustrated in the flowchart **1413** is now described at a high level using the digital AM carrier signal **616**, from FIG. **6C**. The digital AM carrier signal **616** is re-illustrated in FIG. **33A** for convenience.

The process of the flowchart **1413** begins at step **1414**, which includes receiving an EM signal. Step **1414** is represented by the digital AM carrier signal **616** in FIG. **33A**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **33B** illustrates an example under-sampling signal **3302** which includes a train of pulses **3303** having negligible apertures that tend towards zero time in duration. The pulses **3303** repeat at the aliasing rate or pulse repetition rate. The aliasing rate is determined in accordance with EQ. (2), reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

When directly down-converting an EM signal to baseband (i.e., zero IF), EQ. (2) becomes:

$$F_C = n \cdot F_{AR} \qquad \text{EQ. (8)}$$

Thus, to directly down-convert the AM signal **616** to a demodulated baseband signal, the aliasing rate is substantially equal to the frequency of the AM signal **616** or to a harmonic or sub-harmonic thereof. Although the aliasing rate is too low to permit reconstruction of higher frequency

**42**

components of the AM signal **616** (i.e., the carrier frequency), it is high enough to permit substantial reconstruction of the lower frequency modulating baseband signal **310**.

Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert it to the demodulated baseband signal $F_{DMB}$. FIG. **33C** illustrates a stair step demodulated baseband signal **3304**, which is generated by the direct down-conversion process. The demodulated baseband signal **3304** is similar to the digital modulating baseband signal **310** in FIG. **3**.

FIG. **33D** depicts a filtered demodulated baseband signal **3306**, which can be generated from the stair step demodulated baseband signal **3304**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered stair step output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

2.1.2 Structural Description

FIG. **16** illustrates the block diagram of the under-sampling system **1602** according to an embodiment of the invention. The under-sampling system **1602** is an example embodiment of the generic aliasing system **1302** in FIG. **13**.

In a direct to data embodiment, the frequency of the under-sampling signal **1604** is substantially equal to a harmonic of the EM signal **1304** or, more typically, a sub-harmonic thereof. Preferably, the under-sampling module **1606** under-samples the EM signal **1304** to directly down-convert it to the demodulated baseband signal $F_{DMB}$, in the manner shown in the operational flowchart **1413**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1413**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the aliasing system **1602** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1413** and to the timing diagrams in FIGS. **33A–D**. In step **1414**, the under-sampling module **1606** receives the AM carrier signal **616** (FIG. **33A**). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3302** (FIG. **33B**). In step **1418**, the under-sampling module **1606** under-samples the AM carrier signal **616** at the aliasing rate of the under-sampling signal **3302** to directly down-convert the AM carrier signal **616** to the demodulated baseband signal **3304** in FIG. **33C** or the filtered demodulated baseband signal **3306** in FIG. **33D**.

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

2.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal **1304** to the demodulated baseband signal $F_{DMB}$, illustrated in the flowchart **1413** of FIG. **14C**, can be implemented with any type EM signal, including modulated carrier signals, including but not limited to, AM, PM, etc., or any combination thereof. Operation of the flowchart **1413** of FIG. **14C** is described below for AM and PM carrier signals. The exem-

US 7,218,907 B2

43

plary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

2.2.1 First Example Embodiment: Amplitude Modulation

2.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **1413** in FIG. **14**C is described below for the analog AM carrier signal **516**, illustrated in FIG. **5**C and for the digital AM carrier signal **616**, illustrated in FIG. **6**C.

2.2.1.1.1 Analog AM Carrier Signal

A process for directly down-converting the analog AM carrier signal **516** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The analog AM carrier signal **516** is re-illustrated in **35**A for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 900 MHZ. In FIG. **35**B, an analog AM carrier signal **3504** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the analog AM carrier signal **516**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **35**C illustrates an example under-sampling signal **3506** on approximately the same time scale as FIG. **35**B. The under-sampling signal **3506** includes a train of pulses **3507** having negligible apertures that tend towards zero time in duration. The pulses **3507** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert it to the demodulated baseband signal $F_{DMB}$. Step **1418** is illustrated in FIG. **35**B by under-sample points **3505**. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **516**, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **35**D, voltage points **3508** correlate to the under-sample points **3505**. In an embodiment, the voltage points **3508** form a demodulated baseband signal **3510**. This can be accomplished in many ways. For example, each voltage point **3508** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **35**E, a demodulated baseband signal **3512** represents the demodulated baseband signal **3510**, after filtering, on a compressed time scale. Although FIG. **35**E illustrates the demodulated baseband signal **3512** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3512** is substantially similar to the modulating baseband signal **210**. The demodulated baseband signal **3512** can be processed using any signal processing technique(s) without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3505** occur at positive locations of the AM carrier signal **516**. Alternatively, the under-sample points **3505** can occur at other

44

locations including negative points of the analog AM carrier signal **516**. When the under-sample points **3505** occur at negative locations of the AM carrier signal **516**, the resultant demodulated baseband signal is inverted relative to the modulating baseband signal **210**.

The drawings referred to herein illustrate direct to data down-conversion in accordance with the invention. For example, the demodulated baseband signal **3510** in FIG. **35**D and the demodulated baseband signal **3512** in FIG. **35**E illustrate that the AM carrier signal **516** was successfully down-converted to the demodulated baseband signal **3510** by retaining enough baseband information for sufficient reconstruction.

2.2.1.1.2 Digital AM Carrier Signal

A process for directly down-converting the digital AM carrier signal **616** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The digital AM carrier signal **616** is re-illustrated in FIG. **36**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 901 MHZ. In FIG. **36**B, a digital AM carrier signal **3604** illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the digital AM carrier signal **616**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **36**C illustrates an example under-sampling signal **3606** on approximately the same time scale as FIG. **36**B. The under-sampling signal **3606** includes a train of pulses **3607** having negligible apertures that tend towards zero time in duration. The pulses **3607** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert it to the demodulated baseband signal $F_{DMB}$. Step **1418** is illustrated in FIG. **36**B by under-sample points **3605**. Because the aliasing rate is substantially equal to the AM carrier signal **616**, or to a harmonic or sub-harmonic thereof, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **36**D, voltage points **3608** correlate to the under-sample points **3605**. In an embodiment, the voltage points **3608** form a demodulated baseband signal **3610**. This can be accomplished in many ways. For example, each voltage point **3608** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **36**E, a demodulated baseband signal **3612** represents the demodulated baseband signal **3610**, after filtering, on a compressed time scale. Although FIG. **36**E illustrates the demodulated baseband signal **3612** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3612** is substantially similar to the digital modulating baseband signal **310**. The demodulated analog baseband signal **3612** can be processed using any signal processing technique(s) without further down-conversion or demodulation.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 216 of 261 PageID 2549

US 7,218,907 B2

45

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3605** occur at positive locations of signal portion **3604**. Alternatively, the under-sample points **3605** can occur at other locations including negative locations of the signal portion **3604**. When the under-sample points **3605** occur at negative points, the resultant demodulated baseband signal is inverted with respect to the modulating baseband signal **310**.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the demodulated baseband signal **3610** in FIG. **36**D and the demodulated baseband signal **3612** in FIG. **36**E illustrate that the digital AM carrier signal **616** was successfully down-converted to the demodulated baseband signal **3610** by retaining enough baseband information for sufficient reconstruction.

2.2.1.2 Structural Description

The operation of the under-sampling module **1606** is now described for the analog AM carrier signal **516**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **35**A–E. In step **1414**, the under-sampling module **1606** receives the analog AM carrier signal **516** (FIG. **35**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3506** (FIG. **35**C). In step **1418**, the under-sampling module **1606** under-samples the analog AM carrier signal **516** at the aliasing rate of the under-sampling signal **3506** to directly to down-convert the AM carrier signal **516** to the demodulated analog baseband signal **3510** in FIG. **35**D or to the filtered demodulated analog baseband signal **3512** in FIG. **35**E.

The operation of the under-sampling system **1602** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **36**A–E. In step **1414**, the under-sampling module **1606** receives the digital AM carrier signal **616** (FIG. **36**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3606** (FIG. **36**C). In step **1418**, the under-sampling module **1606** under-samples the digital AM carrier signal **616** at the aliasing rate of the under-sampling signal **3606** to down-convert the digital AM carrier signal **616** to the demodulated digital baseband signal **3610** in FIG. **36**D or to the filtered demodulated digital baseband signal **3612** in FIG. **36**E.

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

2.2.2 Second Example Embodiment: Phase Modulation

2.2.2.1 Operational Description

Operation of the exemplary process of the flowchart **1413** in FIG. **14**C is described below for the analog PM carrier signal **916**, illustrated in FIG. **9**C, and for the digital PM carrier signal **1016**, illustrated in FIG. **10**C.

2.2.2.1.1 Analog PM Carrier Signal

A process for directly down-converting the analog PM carrier signal **916** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The analog PM carrier signal **916** is re-illustrated in **37**A for convenience. For this example, the analog PM carrier signal **916** oscillates at approximately 900 MHZ. In FIG. **37**B, an analog PM carrier signal **3704** illustrates a portion of the analog PM carrier signal **916** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the analog PM signal **916**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$ FIG. **37**C illustrates an example

46

under-sampling signal **3706** on approximately the same time scale as FIG. **37**B. The under-sampling signal **3706** includes a train of pulses **3707** having negligible apertures that tend towards zero time in duration. The pulses **3707** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the analog PM carrier signal **916** at the aliasing rate to directly down-convert it to a demodulated baseband signal. Step **1418** is illustrated in FIG. **37**B by under-sample points **3705**.

Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **916**, or substantially equal to a harmonic or sub-harmonic thereof, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **37**D, voltage points **3708** correlate to the under-sample points **3705**. In an embodiment, the voltage points **3708** form a demodulated baseband signal **3710**. This can be accomplished in many ways. For example, each voltage point **3708** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **37**E, a demodulated baseband signal **3712** represents the demodulated baseband signal **3710**, after filtering, on a compressed time scale. Although FIG. **37**E illustrates the demodulated baseband signal **3712** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3712** is substantially similar to the analog modulating baseband signal **210**. The demodulated baseband signal **3712** can be processed without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3705** occur at positive locations of the analog PM carrier signal **916**. Alternatively, the under-sample points **3705** can occur at other locations include negative points of the analog PM carrier signal **916**. When the under-sample points **3705** occur at negative locations of the analog PM carrier signal **916**, the resultant demodulated baseband signal is inverted relative to the modulating baseband signal **210**.

The drawings referred to herein illustrate direct to data down-conversion in accordance with the invention. For example, the demodulated baseband signal **3710** in FIG. **37**D and the demodulated baseband signal **3712** in FIG. **37**E illustrate that the analog PM carrier signal **916** was successfully down-converted to the demodulated baseband signal **3710** by retaining enough baseband information for sufficient reconstruction.

2.2.2.1.2 Digital PM Carrier Signal

A process for directly down-converting the digital PM carrier signal **1016** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The digital PM carrier signal **1016** is re-illustrated in **38**A for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 900 MHZ. In FIG. **38**B, a digital PM carrier signal **3804** illustrates a portion of the digital PM carrier signal **1016** on an expanded time scale.

APPX367

US 7,218,907 B2

47

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the digital PM signal **1016**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **38**C illustrates an example under-sampling signal **3806** on approximately the same time scale as FIG. **38**B. The under-sampling signal **3806** includes a train of pulses **3807** having negligible apertures that tend towards zero time in duration. The pulses **3807** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as described above. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the digital PM carrier signal **1016** at the aliasing rate to directly down-convert it to a demodulated baseband signal. This is illustrated in FIG. **38**B by under-sample points **3705**.

Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **1016**, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **38**D, voltage points **3808** correlate to the under-sample points **3805**. In an embodiment, the voltage points **3808** form a demodulated baseband signal **3810**. This can be accomplished in many ways. For example, each voltage point **3808** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **38**E, a demodulated baseband signal **3812** represents the demodulated baseband signal **3810**, after filtering, on a compressed time scale. Although FIG. **38**E illustrates the demodulated baseband signal **3812** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3812** is substantially similar to the digital modulating baseband signal **310**. The demodulated baseband signal **3812** can be processed without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3805** occur at positive locations of the digital PM carrier signal **1016**. Alternatively, the under-sample points **3805** can occur at other locations include negative points of the digital PM carrier signal **1016**. When the under-sample points **3805** occur at negative locations of the digital PM carrier signal **1016**, the resultant demodulated baseband signal is inverted relative to the modulating baseband signal **310**.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the demodulated baseband signal **3810** in FIG. **38**D and the demodulated baseband signal **3812** in FIG. **38**E illustrate that the digital PM carrier signal **1016** was successfully down-converted to the demodulated baseband signal **3810** by retaining enough baseband information for sufficient reconstruction.

2.2.1.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog PM carrier signal **916**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **37**A–E. In step **1414**, the under-sampling module **1606** receives the analog PM carrier signal **916** (FIG. **37**A). In

48

step **1416**, the under-sampling module **1606** receives the under-sampling signal **3706** (FIG. **37**C). In step **1418**, the under-sampling module **1606** under-samples the analog PM carrier signal **916** at the aliasing rate of the under-sampling signal **3706** to down-convert the PM carrier signal **916** to the demodulated analog baseband signal **3710** in FIG. **37**D or to the filtered demodulated analog baseband signal **3712** in FIG. **37**E.

The operation of the under-sampling system **1602** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **38**A–E. In step **1414**, the under-sampling module **1606** receives the digital PM carrier signal **1016** (FIG. **38**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3806** (FIG. **38**C). In step **1418**, the under-sampling module **1606** under-samples the digital PM carrier signal **1016** at the aliasing rate of the under-sampling signal **3806** to down-convert the digital PM carrier signal **1016** to the demodulated digital baseband signal **3810** in FIG. **38**D or to the filtered demodulated digital baseband signal **3812** in FIG. **38**E.

2.2.3 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

2.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

3. Modulation Conversion

In an embodiment, the invention down-converts an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON-FM)}$, by under-sampling the FM carrier signal $F_{FMC}$. This embodiment is illustrated in FIG. **45**B as **4512**.

In an example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to a phase modulated (PM) signal FPM. In another example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to an amplitude modulated (AM) signal $F_{AM}$. The invention is not limited to these embodiments. The down-converted signal can be demodulated with any conventional demodulation technique to obtain a demodulated baseband signal $F_{DMB}$.

The invention can be implemented with any type of FM signal. Exemplary embodiments are provided below for down-converting a frequency shift keying (FSK) signal to a non-FSK signal. FSK is a sub-set of FM, wherein an FM signal shifts or switches between two or more frequencies. FSK is typically used for digital modulating baseband signals, such as the digital modulating baseband signal **310** in FIG. **3**. For example, in FIG. **8**, the digital FM signal **816** is an FSK signal that shifts between an upper frequency and a lower frequency, corresponding to amplitude shifts in the digital modulating baseband signal **310**. The FSK signal **816** is used in example embodiments below.

US 7,218,907 B2

49

In a first example embodiment, the FSK signal **816** is under-sampled at an aliasing rate that is based on a mid-point between the upper and lower frequencies of the FSK signal **816**. When the aliasing rate is based on the mid-point, the FSK signal **816** is down-converted to a phase shift keying (PSK) signal. PSK is a sub-set of phase modulation, wherein a PM signal shifts or switches between two or more phases. PSK is typically used for digital modulating baseband signals. For example, in FIG. **10**, the digital PM signal **1016** is a PSK signal that shifts between two phases. The PSK signal **1016** can be demodulated by any conventional PSK demodulation technique(s).

In a second example embodiment, the FSK signal **816** is under-sampled at an aliasing rate that is based upon either the upper frequency or the lower frequency of the FSK signal **816**. When the aliasing rate is based upon the upper frequency or the lower frequency of the FSK signal **816**, the FSK signal **816** is down-converted to an amplitude shift keying (ASK) signal. ASK is a sub-set of amplitude modulation, wherein an AM signal shifts or switches between two or more amplitudes. ASK is typically used for digital modulating baseband signals. For example, in FIG. **6**, the digital AM signal **616** is an ASK signal that shifts between the first amplitude and the second amplitude. The ASK signal **616** can be demodulated by any conventional ASK demodulation technique(s).

The following sections describe methods for under-sampling an FM carrier signal $F_{FMC}$ to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

3.1 High Level Description

This section (including its subsections) provides a high-level description of under-sampling the FM carrier signal $F_{FM}$ to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$, according to the invention. In particular, an operational process for down-converting the FM carrier signal $F_{FM}$ to the non-FM signal $F_{(NON\text{-}FM)}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

3.1.1 Operational Description

FIG. **14D** depicts a flowchart **1419** that illustrates an exemplary method for down-converting the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON\text{-}FM)}$. The exemplary method illustrated in the flowchart **1419** is an embodiment of the flowchart **1401** in FIG. **14A**.

Any and all forms of frequency modulation techniques are valid for this invention. For ease of discussion, the digital FM carrier (FSK) signal **816** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for the FSK signal **816**. Upon reading the disclosure and examples

50

therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of FM signal.

The method illustrated in the flowchart **1419** is described below at a high level for down-converting the FSK signal **816** in FIG. **8C** to a PSK signal. The FSK signal **816** is re-illustrated in FIG. **39A** for convenience.

The process of the flowchart **1419** begins at step **1420**, which includes receiving an FM signal. This is represented by the FSK signal **816**. The FSK signal **816** shifts between an upper frequency **3910** and a lower frequency **3912**. In an exemplary embodiment, the upper frequency **3910** is approximately 901 MHZ and the lower frequency **3912** is approximately 899 MHZ.

Step **1422** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **39B** illustrates an example under-sampling signal **3902** which includes a train of pulses **3903** having negligible apertures that tend towards zero time in duration. The pulses **3903** repeat at the aliasing rate or pulse repetition rate.

When down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON\text{-}FM)}$, the aliasing rate is substantially equal to a frequency contained within the FM signal, or substantially equal to a harmonic or sub-harmonic thereof. In this example overview embodiment, where the FSK signal **816** is to be down-converted to a PSK signal, the aliasing rate is based on a mid-point between the upper frequency **3910** and the lower frequency **3912**. For this example, the mid-point is approximately 900 MHZ. In another embodiment described below, where the FSK signal **816** is to be down-converted to an ASK signal, the aliasing rate is based on either the upper frequency **3910** or the lower frequency **3912**, not the mid-point.

Step **1424** includes under-sampling the FM signal $F_{FMC}$ at the aliasing rate to down-convert the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON\text{-}FM)}$. Step **1424** is illustrated in FIG. **39C**, which illustrates a stair step PSK signal **3904**, which is generated by the modulation conversion process.

When the upper frequency **3910** is under-sampled, the PSK signal **3904** has a frequency of approximately 1 MHZ and is used as a phase reference. When the lower frequency **3912** is under-sampled, the PSK signal **3904** has a frequency of 1 MHZ and is phase shifted 180 degrees from the phase reference.

FIG. **39D** depicts a PSK signal **3906**, which is a filtered version of the PSK signal **3904**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered stair step output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

Detailed exemplary embodiments for down-converting an FSK signal to a PSK signal and for down-converting an FSK signal to an ASK signal are provided below.

3.1.2 Structural Description

FIG. **16** illustrates the block diagram of the under-sampling system **1602** according to an embodiment of the invention. The under-sampling system **1602** includes the under-sampling module **1606**. The under-sampling system **1602** is an example embodiment of the generic aliasing system **1302** in FIG. **13**.

In a modulation conversion embodiment, the EM signal **1304** is an FM carrier signal and the under-sampling module **1606** under-samples the FM carrier signal at a frequency that

US 7,218,907 B2

51

is substantially equal to a harmonic of a frequency within the FM signal or, more typically, substantially equal to a sub-harmonic of a frequency within the FM signal. Preferably, the under-sampling module **1606** under-samples the FM carrier signal $F_{FMC}$ to down-convert it to a non-FM signal $F_{(NON-FM)}$ in the manner shown in the operational flowchart **1419**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1419**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the under-sampling system **1602** shall now be described with reference to the flowchart **1419** and the timing diagrams of FIGS. **39A–39D**. In step **1420**, the under-sampling module **1606** receives the FSK signal **816**. In step **1422**, the under-sampling module **1606** receives the under-sampling signal **3902**. In step **1424**, the under-sampling module **1606** under-samples the FSK signal **816** at the aliasing rate of the under-sampling signal **3902** to down-convert the FSK signal **816** to the PSK signal **3904** or **3906**.

Example implementations of the under-sampling module **1606** are provided in Section 4 below.

3.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal, $F_{(NON-FM)}$, illustrated in the flowchart **1419** of FIG. **14D**, can be implemented with any type of FM carrier signal including, but not limited to, FSK signals. The flowchart **1419** is described in detail below for down-converting an FSK signal to a PSK signal and for down-converting a PSK signal to an ASK signal. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

3.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal

3.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **1419** in FIG. **14D** is now described for down-converting the FSK signal **816** illustrated in FIG. **8C** to a PSK signal. The FSK signal **816** is re-illustrated in FIG. **40A** for convenience.

The FSK signal **816** shifts between a first frequency **4006** and a second frequency **4008**. In the exemplary embodiment, the first frequency **4006** is lower than the second frequency **4008**. In an alternative embodiment, the first frequency **4006** is higher than the second frequency **4008**. For this example, the first frequency **4006** is approximately 899 MHZ and the second frequency **4008** is approximately 901 MHZ.

FIG. **40B** illustrates an FSK signal portion **4004** that represents a portion of the FSK signal **816** on an expanded time scale.

The process of down-converting the FSK signal **816** to a PSK signal begins at step **1420**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

52

Step **1422** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **40C** illustrates an example under-sampling signal **4007** on approximately the same time scale as FIG. **40B**. The under-sampling signal **4007** includes a train of pulses **4009** having negligible apertures that tend towards zero time in duration. The pulses **4009** repeat at the aliasing rate, which is determined or selected as described above. Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency contained within the FM signal.

In this example, where an FSK signal is being down-converted to a PSK signal, the aliasing rate is substantially equal to a harmonic of the mid-point between the frequencies **4006** and **4008** or, more typically, substantially equal to a sub-harmonic of the mid-point between the frequencies **4006** and **4008**. In this example, where the first frequency **4006** is 899 MHZ and second frequency **4008** is 901 MHZ, the mid-point is approximately 900 MHZ. Suitable aliasing rates include 1.8 GHZ, 900 MHZ, 450 MHZ, etc. In this example, the aliasing rate of the under-sampling signal **4008** is approximately 450 MHZ.

Step **1424** includes under-sampling the FM signal at the aliasing rate to down-convert it to the non-FM signal $F_{(NON-FM)}$. Step **1424** is illustrated in FIG. **40B** by under-sample points **4005**. The under-sample points **4005** occur at the aliasing rate of the pulses **4009**.

In FIG. **40D**, voltage points **4010** correlate to the under-sample points **4005**. In an embodiment, the voltage points **4010** form a PSK signal **4012**. This can be accomplished in many ways. For example, each voltage point **4010** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

When the first frequency **4006** is under-sampled, the PSK signal **4012** has a frequency of approximately 1 MHZ and is used as a phase reference. When the second frequency **4008** is under-sampled, the PSK signal **4012** has a frequency of 1 MHZ and is phase shifted 180 degrees from the phase reference.

In FIG. **40E**, a PSK signal **4014** illustrates the PSK signal **4012**, after filtering, on a compressed time scale. Although FIG. **40E** illustrates the PSK signal **4012** as a filtered output signal **4014**, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications. The PSK signal **4014** can be demodulated through any conventional phase demodulation technique.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **4005** occur at positive locations of the FSK signal **816**. Alternatively, the under-sample points **4005** can occur at other locations including negative points of the FSK signal **816**. When the under-sample points **4005** occur at negative locations of the FSK signal **816**, the resultant PSK signal is inverted relative to the PSK signal **4014**.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the PSK signal **4014** in FIG. **40E** illustrates that the FSK signal **816** was successfully down-converted to the PSK signal **4012** and **4014** by retaining enough baseband information for sufficient reconstruction.

3.2.1.2 Structural Description

The operation of the under-sampling system **1602** is now described for down-converting the FSK signal **816** to a PSK

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 220 of 261 PageID 2553

US 7,218,907 B2

53

signal, with reference to the flowchart **1419** and to the timing diagrams of FIGS. **40**A–E. In step **1420**, the under-sampling module **1606** receives the FSK signal **816** (FIG. **40**A). In step **1422**, the under-sampling module **1606** receives the under-sampling signal **4007** (FIG. **40**C). In step **1424**, the under-sampling module **1606** under-samples the FSK signal **816** at the aliasing rate of the under-sampling signal **4007** to down-convert the FSK signal **816** to the PSK signal **4012** in FIG. **40**D or the PSK signal **4014** in FIG. **40**E.

    3.2.2 Second Example Embodiment: Down-Convert-
       ing an FM Signal to an AM Signal
       3.2.2.1 Operational Description

Operation of the exemplary process of FIG. **14**D is now described for down-converting the FSK signal **816**, illustrated in FIG. **8**C, to an ASK signal. The FSK signal **816** is re-illustrated in FIG. **41**A for convenience.

The FSK signal **816** shifts between a first frequency **4106** and a second frequency **4108**. In the exemplary embodiment, the first frequency **4106** is lower than the second frequency **4108**. In an alternative embodiment, the first frequency **4106** is higher than the second frequency **4108**. For this example, the first frequency **4106** is approximately 899 MHZ and the second frequency **4108** is approximately 901 MHZ.

FIG. **41**B illustrates an FSK signal portion **4104** that represents a portion of the FSK signal **816** on an expanded time scale.

The process of down-converting the FSK signal **816** to an ASK signal begins at step **1420**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **1422** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **41**C illustrates an example under-sampling signal **4107** illustrated on approximately the same time scale as FIG. **42**B. The under-sampling signal **4107** includes a train of pulses **4109** having negligible apertures that tend towards zero time in duration. The pulses **4109** repeat at the aliasing rate, or pulse repetition rate. The aliasing rate is determined or selected as described above.

Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic of a frequency within the FM signal or, more typically, to a sub-harmonic of a frequency within the FM signal. When an FSK signal **816** is being down-converted to an ASK signal, the aliasing rate is substantially equal to a harmonic of the first frequency **4106** or the second frequency **4108** or, more typically, substantially equal to a sub-harmonic of the first frequency **4106** or the second frequency **4108**. In this example, where the first frequency **4106** is 899 MHZ and the second frequency **4108** is 901 MHZ, the aliasing rate can be substantially equal to a harmonic or sub-harmonic of 899 MHZ or 901 MHZ. In this example the aliasing rate is approximately 449.5 MHZ, which is a sub-harmonic of the first frequency **4106**.

Step **1424** includes under-sampling the FM signal at the aliasing rate to down-convert it to a non-FM signal $F_{(NON-FM)}$. Step **1424** is illustrated in FIG. **41**B by under-sample points **4105**. The under-sample points **4105** occur at the aliasing rate of the pulses **4109**. When the first frequency **4106** is under-sampled, the aliasing pulses **4109** and the under-sample points **4105** occur at the same location of subsequent cycles of the FSK signal **816**. This generates a relatively constant output level. But when the second frequency **4108** is under-sampled, the aliasing pulses **4109** and the under-sample points **4005** occur at different locations of subsequent cycles of the FSK signal **816**. This generates an oscillating pattern at approximately (901 MHZ–899 MHZ) =2 MHZ.

54

In FIG. **41**D, voltage points **4110** correlate to the under-sample points **4105**. In an embodiment, the voltage points **4110** form an ASK signal **4112**. This can be accomplished in many ways. For example, each voltage point **4110** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **41**E, an ASK signal **4114** illustrates the ASK signal **4112**, after filtering, on a compressed time scale. Although FIG. **41**E illustrates the ASK signal **4114** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications. The ASK signal **4114** can be demodulated through any conventional amplitude demodulation technique.

When down-converting from FM to AM, the aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and/or polarity, as desired.

In an alternative embodiment, the aliasing rate is based on the second frequency and the resultant ASK signal is reversed relative to the ASK signal **4114**.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the ASK signal **4114** in FIG. **41**E illustrates that the FSK carrier signal **816** was successfully down-converted to the ASK signal **4114** by retaining enough baseband information for sufficient reconstruction.

    3.2.2.2 Structural Description

The operation of the under-sampling system **1602** is now described for down-converting the FSK signal **816** to an ASK signal, with reference to the flowchart **1419** and to the timing diagrams of FIGS. **41**A–E. In step **1420**, the under-sampling module **1606** receives the FSK signal **816** (FIG. **41**A). In step **1422**, the under-sampling module **1606** receives the under-sampling signal **4107** (FIG. **41**C). In step **1424**, the under-sampling module **1606** under-samples the FSK signal **816** at the aliasing of the under-sampling signal **4107** to down-convert the FSK signal **816** to the ASK signal **4112** of FIG. **41**D or the ASK signal **4114** in FIG. **41**E.

    3.2.3 Other Example Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

    3.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

    4. Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described in the Sub-Sections above are presented in this section (and its subsections). These implementations are

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 221 of 261 PageID 2554

US 7,218,907 B2

**55**

presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described herein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

FIG. **13** illustrates a generic aliasing system **1302**, including an aliasing module **1306**. FIG. **16** illustrates an under-sampling system **1602**, which includes an under-sampling module **1606**. The under-sampling module **1606** receives an under-sampling signal **1604** having an aliasing rate $F_{AR}$. The under-sampling signal **1604** includes a train of pulses having negligible apertures that tend towards zero time in duration. The pulses repeat at the aliasing rate $F_{AR}$. The under-sampling system **1602** is an example implementation of the generic aliasing system **1303**. The under-sampling system **1602** outputs a down-converted signal **1308A**.

FIG. **26A** illustrates an exemplary sample and hold system **2602**, which is an exemplary implementation of the under-sampling system **1602**. The sample and hold system **2602** is described below.

FIG. **26B** illustrates an exemplary inverted sample and hold system **2606**, which is an alternative example implementation of the under-sampling system **1602**. The inverted sample and hold system **2606** is described below.

4.1 The Under-Sampling System as a Sample and Hold System

FIG. **26A** is a block diagram of a the sample and hold system **2602**, which is an example embodiment of the under-sampling module **1606** in FIG. **16**, which is an example embodiment of the generic aliasing module **1306** in FIG. **13**.

The sample and hold system **2602** includes a sample and hold module **2604**, which receives the EM signal **1304** and the under-sampling signal **1604**. The sample and hold module **2604** under-samples the EM signal at the aliasing rate of the under-sampling signal **1604**, as described in the sections above with respect to the flowcharts **1401** in FIG. **14A**, **1407** in FIG. **14B**, **1413** in FIG. **14C** and **1419** in FIG. **14D**. The under-sampling system **1602** outputs a down-converted signal **1308A**.

FIG. **27** illustrates an under-sampling system **2701** as a sample and hold system, which is an example implementation of the under-sampling system **2602**. The under-sampling system **2701** includes a switch module **2702** and a holding module **2706**. The under-sampling system **2701** is described below.

FIG. **24A** illustrates an under-sampling system **2401** as a break before make under-sampling system, which is an alternative implementation of the under-sampling system **2602**. The break before make under-sampling system **2401** is described below.

4.1.1 The Sample and Hold System as a Switch Module and a Holding Module

FIG. **27** illustrates an exemplary embodiment of the sample and hold module **2604** from FIG. **26A**. In the exemplary embodiment, the sample and hold module **2604** includes a switch module **2702**, and a holding module **2706**.

Preferably, the switch module **2702** and the holding module **2706** under-sample the EM signal **1304** to down-convert it in any of the manners shown in the operation flowcharts **1401**, **1407**, **1413** and **1419**. For example, the sample and hold module **2604** can receive and under-sample any of the modulated carrier signal signals described above, including, but not limited to, the analog AM signal **516**, the

**56**

digital AM signal **616**, the analog FM signal **716**, the digital FM signal **816**, the analog PM signal **916**, the digital PM signal **1016**, etc., and any combinations thereof.

The switch module **2702** and the holding module **2706** down-convert the EM signal **1304** to an intermediate signal, to a demodulated baseband or to a different modulation scheme, depending upon the aliasing rate.

For example, operation of the switch module **2702** and the holding module **2706** are now described for down-converting the EM signal **1304** to an intermediate signal, with reference to the flowchart **1407** and the example timing diagrams in FIG. **79A–F**.

In step **1408**, the switch module **2702** receives the EM signal **1304** (FIG. **79A**). In step **1410**, the switch module **2702** receives the under-sampling signal **1604** (FIG. **79C**). In step **1412**, the switch module **2702** and the holding module **2706** cooperate to under-sample the EM signal **1304** and down-convert it to an intermediate signal. More specifically, during step **1412**, the switch module **2702** closes during each under-sampling pulse to couple the EM signal **1304** to the holding module **2706**. In an embodiment, the switch module **2702** closes on rising edges of the pulses. In an alternative embodiment, the switch module **2702** closes on falling edges of the pulses. When the EM signal **1304** is coupled to the holding module **2706**, the amplitude of the EM signal **1304** is captured by the holding module **2706**. The holding module **2706** is designed to capture and hold the amplitude of the EM signal **1304** within the short time frame of each negligible aperture pulse. FIG. **79B** illustrates the EM signal **1304** after under-sampling.

The holding module **2706** substantially holds or maintains each under-sampled amplitude until a subsequent under-sample. (FIG. **79D**). The holding module **2706** outputs the under-sampled amplitudes as the down-converted signal **1308A**. The holding module **2706** can output the down-converted signal **1308A** as an unfiltered signal, such as a stair step signal (FIG. **79E**), as a filtered down-converted signal (FIG. **79F**) or as a partially filtered down-converted signal.

4.1.2 The Sample and Hold System as Break-Before-Make Module

FIG. **24A** illustrates a break-before-make under-sampling system **2401**, which is an alternative implementation of the under-sampling system **2602**.

Preferably, the break-before-make under-sampling system **2401** under-samples the EM signal **1304** to down-convert it in any of the manners shown in the operation flowcharts **1401**, **1407**, **1413** and **1419**. For example, the sample and hold module **2604** can receive and under-sample any of the unmodulated or modulated carrier signal signals described above, including, but not limited to, the analog AM signal **516**, the digital AM signal **616**, the analog FM signal **716**, the digital FM signal **816**, the analog PM signal **916**, the digital PM signal **1016**, etc., and combinations thereof.

The break-before-make under-sampling system **2401** down-converts the EM signal **1304** to an intermediate signal, to a demodulated baseband or to a different modulation scheme, depending upon the aliasing rate.

FIG. **24A** includes a break-before-make switch **2402**. The break-before-make switch **2402** includes a normally open switch **2404** and a normally closed switch **2406**. The normally open switch **2404** is controlled by the under-sampling signal **1604**, as previously described. The normally closed switch **2406** is controlled by an isolation signal **2412**. In an embodiment, the isolation signal **2412** is generated from the under-sampling signal **1604**. Alternatively, the under-sam-

Case 6:14-cv-00687-PGB-KRS  Document 26-10  Filed 08/21/14  Page 222 of 261 PageID 2555

US 7,218,907 B2

57

pling signal **1604** is generated from the isolation signal **2412**. Alternatively, the isolation signal **2412** is generated independently from the under-sampling signal **1604**. The break-before-make module **2402** substantially isolates a sample and hold input **2408** from a sample and hold output **2410**.

FIG. **24B** illustrates an example timing diagram of the under-sampling signal **1604** that controls the normally open switch **2404**. FIG. **24C** illustrates an example timing diagram of the isolation signal **2412** that controls the normally closed switch **2406**. Operation of the break-before-make module **2402** is described with reference to the example timing diagrams in FIGS. **24B** and **24C**.

Prior to time t0, the normally open switch **2404** and the normally closed switch **2406** are at their normal states.

At time t0, the isolation signal **2412** in FIG. **24C** opens the normally closed switch **2406**. Then, just after time t0, the normally open switch **2404** and the normally closed switch **2406** are open and the input **2408** is isolated from the output **2410**.

At time t1, the under-sampling signal **1604** in FIG. **24B** briefly closes the normally open switch **2404**. This couples the EM signal **1304** to the holding module **2416**.

Prior to t2, the under-sampling signal **1604** in FIG. **24B** opens the normally open switch **2404**. This de-couples the EM signal **1304** from the holding module **2416**.

At time t2, the isolation signal **2412** in FIG. **24C** closes the normally closed switch **2406**. This couples the holding module **2416** to the output **2410**.

The break-before-make under-sampling system **2401** includes a holding module **2416**, which can be similar to the holding module **2706** in FIG. **27**. The break-before-make under-sampling system **2401** down-converts the EM signal **1304** in a manner similar to that described with reference to the under-sampling system **2702** in FIG. **27**.

4.1.3 Example Implementations of the Switch Module

The switch module **2702** in FIG. **27** and the switch modules **2404** and **2406** in FIG. **24A** can be any type of switch device that preferably has a relatively low impedance when closed and a relatively high impedance when open. The switch modules **2702**, **2404** and **2406** can be implemented with normally open or normally closed switches. The switch device need not be an ideal switch device. FIG. **28B** illustrates the switch modules **2702**, **2404** and **2406** as, for example, a switch module **2810**.

The switch device **2810** (e.g., switch modules **2702**, **2404** and **2406**) can be implemented with any type of suitable switch device, including, but not limited to mechanical switch devices and electrical switch devices, optical switch devices, etc., and combinations thereof. Such devices include, but are not limited to transistor switch devices, diode switch devices, relay switch devices, optical switch devices, micro-machine switch devices, etc.

In an embodiment, the switch module **2810** can be implemented as a transistor, such as, for example, a field effect transistor (FET), a bi-polar transistor, or any other suitable circuit switching device.

In FIG. **28A**, the switch module **2810** is illustrated as a FET **2802**. The FET **2802** can be any type of FET, including, but not limited to, a MOSFET, a JFET, a GaAsFET, etc. The FET **2802** includes a gate **2804**, a source **2806** and a drain **2808**. The gate **2804** receives the under-sampling signal **1604** to control the switching action between the source **2806** and the drain **2808**. Generally, the source **2806** and the drain **2808** are interchangeable.

It should be understood that the illustration of the switch module **2810** as a FET **2802** in FIG. **28A** is for example

58

purposes only. Any device having switching capabilities could be used to implement the switch module **2810** (e.g., switch modules **2702**, **2404** and **2406**), as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

In FIG. **28C**, the switch module **2810** is illustrated as a diode switch **2812**, which operates as a two lead device when the under-sampling signal **1604** is coupled to the output **2813**.

In FIG. **28D**, the switch module **2810** is illustrated as a diode switch **2814**, which operates as a two lead device when the under-sampling signal **1604** is coupled to the output **2815**.

4.1.4 Example Implementations of the Holding Module

The holding modules **2706** and **2416** preferably captures and holds the amplitude of the original, unaffected, EM signal **1304** within the short time frame of each negligible aperture under-sampling signal pulse.

In an exemplary embodiment, holding modules **2706** and **2416** are implemented as a reactive holding module **2901** in FIG. **29A**, although the invention is not limited to this embodiment. A reactive holding module is a holding module that employs one or more reactive electrical components to preferably quickly charge to the amplitude of the EM signal **1304**. Reactive electrical components include, but are not limited to, capacitors and inductors.

In an embodiment, the holding modules **2706** and **2416** include one or more capacitive holding elements, illustrated in FIG. **29B** as a capacitive holding module **2902**. In FIG. **29C**, the capacitive holding module **2902** is illustrated as one or more capacitors illustrated generally as capacitor(s) **2904**. Recall that the preferred goal of the holding modules **2706** and **2416** is to quickly charge to the amplitude of the EM signal **1304**. In accordance with principles of capacitors, as the negligible aperture of the under-sampling pulses tends to zero time in duration, the capacitive value of the capacitor **2904** can tend towards zero Farads. Example values for the capacitor **2904** can range from tens of pico Farads to fractions of pico Farads. A terminal **2906** serves as an output of the sample and hold module **2604**. The capacitive holding module **2902** provides the under-samples at the terminal **2906**, where they can be measured as a voltage. FIG. **29F** illustrates the capacitive holding module **2902** as including a series capacitor **2912**, which can be utilized in an inverted sample and hold system as described below.

In an alternative embodiment, the holding modules **2706** and **2416** include one or more inductive holding elements, illustrated in FIG. **29D** as an inductive holding module **2908**.

In an alternative embodiment, the holding modules **2706** and **2416** include a combination of one or more capacitive holding elements and one or more inductive holding elements, illustrated in FIG. **29E** as a capacitive/inductive holding module **2910**.

FIG. **29G** illustrates an integrated under-sampling system that can be implemented to down-convert the EM signal **1304** as illustrated in, and described with reference to, FIGS. **79**A–F.

4.1.5 Optional Under-Sampling Signal Module

FIG. **30** illustrates an under-sampling system **3001**, which is an example embodiment of the under-sampling system **1602**. The under-sampling system **3001** includes an optional under-sampling signal module **3002** that can perform any of a variety of functions or combinations of functions, including, but not limited to, generating the under-sampling signal **1604**.

In an embodiment, the optional under-sampling signal module **3002** includes an aperture generator, an example of

US 7,218,907 B2

59

which is illustrated in FIG. 29J as an aperture generator 2920. The aperture generator 2920 generates negligible aperture pulses 2926 from an input signal 2924. The input signal 2924 can be any type of periodic signal, including, but not limited to, a sinusoid, a square wave, a saw-tooth wave, etc. Systems for generating the input signal 2924 are described below.

The width or aperture of the pulses 2926 is determined by delay through the branch 2922 of the aperture generator 2920. Generally, as the desired pulse width decreases, the tolerance requirements of the aperture generator 2920 increase. In other words, to generate negligible aperture pulses for a given input EM frequency, the components utilized in the example aperture generator 2920 require greater reaction times, which are typically obtained with more expensive elements, such as gallium arsenide (GaAs), etc.

The example logic and implementation shown in the aperture generator 2920 are provided for illustrative purposes only, and are not limiting. The actual logic employed can take many forms. The example aperture generator 2920 includes an optional inverter 2928, which is shown for polarity consistency with other examples provided herein. An example implementation of the aperture generator 2920 is illustrated in FIG. 29K.

Additional examples of aperture generation logic is provided in FIGS. 29H and 29I. FIG. 29H illustrates a rising edge pulse generator 2940, which generates pulses 2926 on rising edges of the input signal 2924. FIG. 29I illustrates a falling edge pulse generator 2950, which generates pulses 2926 on falling edges of the input signal 2924.

In an embodiment, the input signal 2924 is generated externally of the under-sampling signal module 3002, as illustrated in FIG. 30. Alternatively, the input signal 2924 is generated internally by the under-sampling signal module 3002. The input signal 2924 can be generated by an oscillator, as illustrated in FIG. 29L by an oscillator 2930. The oscillator 2930 can be internal to the under-sampling signal module 3002 or external to the under-sampling signal module 3002. The oscillator 2930 can be external to the under-sampling system 3001.

The type of down-conversion performed by the under-sampling system 3001 depends upon the aliasing rate of the under-sampling signal 1604, which is determined by the frequency of the pulses 2926. The frequency of the pulses 2926 is determined by the frequency of the input signal 2924. For example, when the frequency of the input signal 2924 is substantially equal to a harmonic or a sub-harmonic of the EM signal 1304, the EM signal 1304 is directly down-converted to baseband (e.g. when the EM signal is an AM signal or a PM signal), or converted from FM to a non-FM signal. When the frequency of the input signal 2924 is substantially equal to a harmonic or a sub-harmonic of a difference frequency, the EM signal 1304 is down-converted to an intermediate signal.

The optional under-sampling signal module 3002 can be implemented in hardware, software, firmware, or any combination thereof.

4.2 The Under-Sampling System as an Inverted Sample and Hold

FIG. 26B illustrates an exemplary inverted sample and hold system 2606, which is an alternative example implementation of the under-sampling system 1602.

FIG. 42 illustrates a inverted sample and hold system 4201, which is an example implementation of the inverted sample and hold system 2606 in FIG. 26B. The sample and hold system 4201 includes a sample and hold module 4202,

60

which includes a switch module 4204 and a holding module 4206. The switch module 4204 can be implemented as described above with reference to FIGS. 28A–D.

The holding module 4206 can be implemented as described above with reference to FIGS. 29A–F, for the holding modules 2706 and 2416. In the illustrated embodiment, the holding module 4206 includes one or more capacitors 4208. The capacitor(s) 4208 are selected to pass higher frequency components of the EM signal 1304 through to a terminal 4210, regardless of the state of the switch module 4204. The capacitor(s) 4208 stores charge from the EM signal 1304 during aliasing pulses of the under-sampling signal 1604 and the signal at the terminal 4210 is thereafter off-set by an amount related to the charge stored in the capacitor(s) 4208.

Operation of the inverted sample and hold system 4201 is illustrated in FIGS. 34A–F. FIG. 34A illustrates an example EM signal 1304. FIG. 34B illustrates the EM signal 1304 after under-sampling. FIG. 34C illustrates the under-sampling signal 1606, which includes a train of aliasing pulses having negligible apertures.

FIG. 34D illustrates an example down-converted signal 1308A. FIG. 34E illustrates the down-converted signal 1308A on a compressed time scale. Since the holding module 4206 is series element, the higher frequencies (e.g., RF) of the EM signal 1304 can be seen on the down-converted signal. This can be filtered as illustrated in FIG. 34F.

The inverted sample and hold system 4201 can be used to down-convert any type of EM signal, including modulated carrier signals and unmodulated carrier signals, to IF signals and to demodulated baseband signals.

4.3 Other Implementations

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Optional Optimizations of Under-Sampling at an Aliasing Rate

The methods and systems described in sections above can be optionally optimized with one or more of the optimization methods or systems described below.

5.1 Doubling the Aliasing Rate ($F_{AR}$) of the Under-Sampling Signal

In an embodiment, the optional under-sampling signal module 3002 in FIG. 30 includes a pulse generator module that generates aliasing pulses at a multiple of the frequency of the oscillating source, such as twice the frequency of the oscillating source. The input signal 2926 may be any suitable oscillating source.

FIG. 31 illustrates an example circuit 3102 that generates a doubler output signal 3104 (FIGS. 31 and 43B) that may be used as an under-sampling signal 1604. The example circuit 3102 generates pulses on rising and falling edges of the input oscillating signal 3106 of FIG. 43A. Input oscillating signal 3106 is one embodiment of optional input signal 2926. The circuit 3102 can be implemented as a pulse generator and aliasing rate ($F_{AR}$) doubler, providing the under-sampling signal 1604 to under-sampling module 1606 in FIG. 30.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 224 of 261 PageID 2557

US 7,218,907 B2

**61**

The aliasing rate is twice the frequency of the input oscillating signal $F_{OSC}$ **3106**, as shown by EQ. (9) below.

$$F_{AR}=2 \cdot F_{OSC} \qquad \text{EQ. (9)}$$

The aperture width of the aliasing pulses is determined by the delay through a first inverter **3108** of FIG. **31**. As the delay is increased, the aperture is increased. A second inverter **3112** is shown to maintain polarity consistency with examples described elsewhere. In an alternate embodiment inverter **3112** is omitted. Preferably, the pulses have negligible aperture widths that tend toward zero time. The doubler output signal **3104** may be further conditioned as appropriate to drive a switch module with negligible aperture pulses. The circuit **3102** may be implemented with integrated circuitry, discretely, with equivalent logic circuitry, or with any valid fabrication technology.

5.2 Differential Implementations

The invention can be implemented in a variety of differential configurations. Differential configurations are useful for reducing common mode noise. This can be very useful in receiver systems where common mode interference can be caused by intentional or unintentional radiators such as cellular phones, CB radios, electrical appliances etc. Differential configurations are also useful in reducing any common mode noise due to charge injection of the switch in the switch module or due to the design and layout of the system in which the invention is used. Any spurious signal that is induced in equal magnitude and equal phase in both input leads of the invention will be substantially reduced or eliminated. Some differential configurations, including some of the configurations below, are also useful for increasing the voltage and/or for increasing the power of the down-converted signal **1308**A. While an example of a differential under-sampling module is shown below, the example is shown for the purpose of illustration, not limitation. Alternate embodiments (including equivalents, extensions, variations, deviations, etc.) of the embodiment described herein will be apparent to those skilled in the relevant art based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

FIG. **44**A illustrates an example differential system **4402** that can be included in the under-sampling module **1606**. The differential system **4202** includes an inverted under-sampling design similar to that described with reference to FIG. **42**. The differential system **4402** includes inputs **4404** and **4406** and outputs **4408** and **4410**. The differential system **4402** includes a first inverted sample and hold module **4412**, which includes a holding module **4414** and a switch module **4416**. The differential system **4402** also includes a second inverted sample and hold module **4418**, which includes a holding module **4420** and the switch module **4416**, which it shares in common with sample and hold module **4412**.

One or both of the inputs **4404** and **4406** are coupled to an EM signal source. For example, the inputs can be coupled to an EM signal source, wherein the input voltages at the inputs **4404** and **4406** are substantially equal in amplitude but 180 degrees out of phase with one another. Alternatively, where dual inputs are unavailable, one of the inputs **4404** and **4406** can be coupled to ground.

In operation, when the switch module **4416** is closed, the holding modules **4414** and **4420** are in series and, provided they have similar capacitive values, they charge to equal amplitudes but opposite polarities. When the switch module **4416** is open, the voltage at the output **4408** is relative to the input **4404**, and the voltage at the output **4410** is relative to the voltage at the input **4406**.

**62**

Portions of the voltages at the outputs **4408** and **4410** include voltage resulting from charge stored in the holding modules **4414** and **4420**, respectively, when the switch module **4416** was closed. The portions of the voltages at the outputs **4408** and **4410** resulting from the stored charge are generally equal in amplitude to one another but 180 degrees out of phase.

Portions of the voltages at the outputs **4408** and **4410** also include ripple voltage or noise resulting from the switching action of the switch module **4416**. But because the switch module is positioned between the two outputs, the noise introduced by the switch module appears at the outputs **4408** and **4410** as substantially equal and in-phase with one another. As a result, the ripple voltage can be substantially filtered out by inverting the voltage at one of the outputs **4408** or **4410** and adding it to the other remaining output. Additionally, any noise that is impressed with substantially equal amplitude and equal phase onto the input terminals **4404** and **4406** by any other noise sources will tend to be canceled in the same way.

The differential system **4402** is effective when used with a differential front end (inputs) and a differential back end (outputs). It can also be utilized in the following configurations, for example:

a) A single-input front end and a differential back end; and

b) A differential front end and single-output back end.

Examples of these system are provided below.

5.2.1 Differential Input-to-Differential Output

FIG. **44**B illustrates the differential system **4402** wherein the inputs **4404** and **4406** are coupled to equal and opposite EM signal sources, illustrated here as dipole antennas **4424** and **4426**. In this embodiment, when one of the outputs **4408** or **4410** is inverted and added to the other output, the common mode noise due to the switching module **4416** and other common mode noise present at the input terminals **4404** and **4406** tend to substantially cancel out.

5.2.2 Single Input-to-Differential Output

FIG. **44**C illustrates the differential system **4402** wherein the input **4404** is coupled to an EM signal source such as a monopole antenna **4428** and the input **4406** is coupled to ground.

FIG. **44**E illustrates an example single input to differential output receiver/down-converter system **4436**. The system **4436** includes the differential system **4402** wherein the input **4406** is coupled to ground. The input **4404** is coupled to an EM signal source **4438**.

The outputs **4408** and **4410** are coupled to a differential circuit **4444** such as a filter, which preferably inverts one of the outputs **4408** or **4410** and adds it to the other output **4408** or **4410**. This substantially cancels common mode noise generated by the switch module **4416**. The differential circuit **4444** preferably filters the higher frequency components of the EM signal **1304** that pass through the holding modules **4414** and **4420**. The resultant filtered signal is output as the down-converted signal **1308**A.

5.2.3 Differential Input-to-Single Output

FIG. **44**D illustrates the differential system **4402** wherein the inputs **4404** and **4406** are coupled to equal and opposite EM signal sources illustrated here as dipole antennas **4430** and **4432**. The output is taken from terminal **4408**.

5.3 Smoothing the Down-Converted Signal

The down-converted signal **1308**A may be smoothed by filtering as desired. The differential circuit **4444** implemented as a filter in FIG. **44**E illustrates but one example. Filtering may be accomplished in any of the described

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 225 of 261 PageID 2558

US 7,218,907 B2

**63**

embodiments by hardware, firmware and software implementation as is well known by those skilled in the arts.

5.4 Load Impedance and Input/Output Buffering

Some of the characteristics of the down-converted signal **1308**A depend upon characteristics of a load placed on the down-converted signal **1308**A. For example, in an embodiment, when the down-converted signal **1308**A is coupled to a high impedance load, the charge that is applied to a holding module such as holding module **2706** in FIG. **27** or **2416** in FIG. **24**A during a pulse generally remains held by the holding module until the next pulse. This results in a substantially stair-step-like representation of the down-converted signal **1308**A as illustrated in FIG. **15**C, for example. A high impedance load enables the under-sampling system **1606** to accurately represent the voltage of the original unaffected input signal.

The down-converted signal **1308**A can be buffered with a high impedance amplifier, if desired.

Alternatively, or in addition to buffering the down-converted signal **1308**A, the input EM signal may be buffered or amplified by a low noise amplifier.

5.5 Modifying the Under-Sampling Signal Utilizing Feedback

FIG. **30** shows an embodiment of a system **3001** which uses down-converted signal **1308**A as feedback **3006** to control various characteristics of the under-sampling module **1606** to modify the down-converted signal **1308**A.

Generally, the amplitude of the down-converted signal **1308**A varies as a function of the frequency and phase differences between the EM signal **1304** and the under-sampling signal **1604**. In an embodiment, the down-converted signal **1308**A is used as the feedback **3006** to control the frequency and phase relationship between the EM signal **1304** and the under-sampling signal **1604**. This can be accomplished using the example block diagram shown in FIG. **32**A. The example circuit illustrated in FIG. **32**A can be included in the under-sampling signal module **3002**. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention. In this embodiment a state-machine is used for clarity, and is not limiting.

In the example of FIG. **32**A, a state machine **3204** reads an analog to digital converter, A/D **3202**, and controls a digital to analog converter (DAC) **3206**. In an embodiment, the state machine **3204** includes 2 memory locations, Previous and Current, to store and recall the results of reading A/D **3202**. In an embodiment, the state machine **3204** utilizes at least one memory flag.

DAC **3206** controls an input to a voltage controlled oscillator, VCO **3208**. VCO **3208** controls a frequency input of a pulse generator **3210**, which, in an embodiment, is substantially similar to the pulse generator shown in FIG. **29**J. The pulse generator **3210** generates the under-sampling signal **1604**.

In an embodiment, the state machine **3204** operates in accordance with the state machine flowchart **3220** in FIG. **32**B. The result of this operation is to modify the frequency and phase relationship between the under-sampling signal **1604** and the EM signal **1304**, to substantially maintain the amplitude of the down-converted signal **1308**A at an optimum level.

The amplitude of the down-converted signal **1308**A can be made to vary with the amplitude of the under-sampling signal **1604**. In an embodiment where Switch Module **2702** is a FET as shown in FIG. **28**A, wherein the gate **2804** receives the under-sampling signal **1604**, the amplitude of

**64**

the under-sampling signal **1604** can determine the "on" resistance of the FET, which affects the amplitude of down-converted signal **1308**A. Under-sampling signal module **3002**, as shown in FIG. **32**C, can be an analog circuit that enables an automatic gain control function. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention.

III. Down-Converting by Transferring Energy

The energy transfer embodiments of the invention provide enhanced signal to noise ratios and sensitivity to very small signals, as well as permitting the down-converted signal to drive lower impedance loads unassisted. The energy transfer aspects of the invention are represented generally by **4506** in FIGS. **45**A and **45**B. Fundamental descriptions of how this is accomplished is presented step by step beginning with a comparison with an under-sampling system.

1. Energy Transfer Compared to Under-Sampling

Section II above disclosed methods and systems for down-converting an EM signal by under-sampling. The under-sampling systems utilize a sample and hold system controlled by an under-sampling signal. The under-sampling signal includes a train of pulses having negligible apertures that tend towards zero time in duration. The negligible aperture pulses minimize the amount of energy transferred from the EM signal. This protects the under-sampled EM signal from distortion or destruction. The negligible aperture pulses also make the sample and hold system a high impedance system. An advantage of under-sampling is that the high impedance input allows accurate voltage reproduction of the under-sampled EM signal. The methods and systems disclosed in Section II are thus useful for many situations including, but not limited to, monitoring EM signals without distorting or destroying them.

Because the under-sampling systems disclosed in Section II transfer only negligible amounts of energy, they are not suitable for all situations. For example, in radio communications, received radio frequency (RF) signals are typically very weak and must be amplified in order to distinguish them over noise. The negligible amounts of energy transferred by the under-sampling systems disclosed in Section II may not be sufficient to distinguish received RF signals over noise.

In accordance with an aspect of the invention, methods and systems are disclosed below for down-converting EM signals by transferring non-negligible amounts of energy from the EM signals. The resultant down-converted signals have sufficient energy to allow the down-converted signals to be distinguishable from noise. The resultant down-converted signals also have sufficient energy to drive lower impedance circuits without buffering.

Down-converting by transferring energy is introduced below in an incremental fashion to distinguish it from under-sampling. The introduction begins with further descriptions of under-sampling.

1.1 Review of Under-Sampling

FIG. **78**A illustrates an exemplary under-sampling system **7802** for down-converting an input EM signal **7804**. The under-sampling system **7802** includes a switching module **7806** and a holding module shown as a holding capacitance **7808**. An under-sampling signal **7810** controls the switch module **7806**. The under-sampling signal **7810** includes a train of pulses having negligible pulse widths that tend toward zero time. An example of a negligible pulse width or duration can be in the range of 1–10 psec for under-sampling

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 226 of 261 PageID 2559

US 7,218,907 B2

65

a 900 MHZ signal. Any other suitable negligible pulse duration can be used as well, where accurate reproduction of the original unaffected input signal voltage is desired without substantially affecting the original input signal voltage.

In an under-sampling environment, the holding capacitance 7808 preferably has a small capacitance value. This allows the holding capacitance 7808 to substantially charge to the voltage of the input EM signal 7804 during the negligible apertures of the under-sampling signal pulses. For example, in an embodiment, the holding capacitance 7808 has a value in the range of 1 pF. Other suitable capacitance values can be used to achieve substantially the voltage of the original unaffected input signal. Various capacitances can be employed for certain effects, which are described below. The under-sampling system is coupled to a load 7812. In FIG. 78B, the load 7812 of FIG. 78A is illustrated as a high impedance load 7818. A high impedance load is one that is relatively insignificant to an output drive impedance of the system for a given output frequency. The high impedance load 7818 allows the holding capacitance 7808 to substantially maintain the charge accumulated during the under-sampling pulses.

FIGS. 79A–F illustrate example timing diagrams for the under-sampling system 7802. FIG. 79A illustrates an example input EM signal 7804.

FIG. 79C illustrates an example under-sampling signal 7810, including pulses 7904 having negligible apertures that tend towards zero time in duration.

FIG. 79B illustrates the negligible effects to the input EM signal 7804 when under-sampled, as measured at a terminal 7814 of the under-sampling system 7802. In FIG. 79B, negligible distortions 7902 correlate with the pulses of the under-sampling signal 7810. In this embodiment, the negligible distortions 7902 occur at different locations of subsequent cycles of the input EM signal 7804. As a result, the input EM signal will be down-converted. The negligible distortions 7902 represent negligible amounts of energy, in the form of charge that is transferred to the holding capacitance 7808.

When the load 7812 is a high impedance load, the holding capacitance 7808 does not significantly discharge between pulses 7904. As a result, charge that is transferred to the holding capacitance 7808 during a pulse 7904 tends to "hold" the voltage value sampled constant at the terminal 7816 until the next pulse 7904. When voltage of the input EM signal 7804 changes between pulses 7904, the holding capacitance 7808 substantially attains the new voltage and the resultant voltage at the terminal 7816 forms a stair step pattern, as illustrated in FIG. 79D.

FIG. 79E illustrates the stair step voltage of FIG. 79D on a compressed time scale. The stair step voltage illustrated in FIG. 79E can be filtered to produce the signal illustrated in FIG. 79F. The signals illustrated in FIGS. 79D, E, and F have substantially all of the baseband characteristics of the input EM signal 7804 in FIG. 79A, except that the signals illustrated in FIGS. 79D, E, and F have been successfully down-converted.

Note that the voltage level of the down-converted signals illustrated in FIGS. 79E and 79F are substantially close to the voltage level of the input EM signal 7804. The under-sampling system 7802 thus down-converts the input EM signal 7804 with reasonable voltage reproduction, without substantially affecting the input EM signal 7804. But also note that the power available at the output is relatively negligible (e.g.:$V^2/R$; ~5 mV and 1 MOhm), given the input

66

EM signal 7804 would typically have a driving impedance, in an RF environment, of 50 Ohms (e.g.: $V^2/R$; ~5 mV and 50 Ohms).

1.1.1 Effects of Lowering the Impedance of the Load

Effects of lowering the impedance of the load 7812 are now described. FIGS. 80A–E illustrate example timing diagrams for the under-sampling system 7802 when the load 7812 is a relatively low impedance load, one that is significant relative to the output drive impedance of the system for a given output frequency.

FIG. 80A illustrates an example input EM signal 7804, which is substantially similar to that illustrated in FIG. 79A.

FIG. 80C illustrates an example under-sampling signal 7810, including pulses 8004 having negligible apertures that tend towards zero time in duration. The example under-sampling signal 7810 illustrated in FIG. 80C is substantially similar to that illustrated in FIGS. 79C.

FIG. 80B illustrates the negligible effects to the input EM signal 7804 when under-sampled, as measured at a terminal 7814 of the under-sampling system 7802. In FIG. 80B, negligible distortions 8002 correlate with the pulses 8004 of the under-sampling signal 7810 in FIG. 80C. In this example, the negligible distortions 8002 occur at different locations of subsequent cycles of the input EM signal 7804. As a result, the input EM signal 7804 will be down-converted. The negligible distortions 8002 represent negligible amounts of energy, in the form of charge that is transferred to the holding capacitance 7808.

When the load 7812 is a low impedance load, the holding capacitance 7808 is significantly discharged by the load between pulses 8004 (FIG. 80C). As a result, the holding capacitance 7808 cannot reasonably attain or "hold" the voltage of the original EM input signal 7804, as was seen in the case of FIG. 79D. Instead, the charge appears as the output illustrated in FIG. 80D.

FIG. 80E illustrates the output from FIG. 80D on a compressed time scale. The output in FIG. 80E can be filtered to produce the signal illustrated in FIG. 80F. The down-converted signal illustrated in FIG. 80F is substantially similar to the down-converted signal illustrated in FIG. 79F, except that the signal illustrated in FIG. 80F is substantially smaller in magnitude than the amplitude of the down-converted signal illustrated in FIG. 79F. This is because the low impedance of the load 7812 prevents the holding capacitance 7808 from reasonably attaining or "holding" the voltage of the original EM input signal 7804. As a result, the down-converted signal illustrated in FIG. 80F cannot provide optimal voltage reproduction, and has relatively negligible power available at the output (e.g.: $V^2/R$; ~200 μV and 2 KOhms), given the input EM signal 7804 would typically have a driving impedance, in an RF environment, of 50 Ohms (e.g.: $V^2/R$; ~5 mV and 50 Ohms).

1.1.2 Effects of Increasing the Value of the Holding Capacitance

Effects of increasing the value of the holding capacitance 7808, while having to drive a low impedance load 7812, is now described. FIGS. 81A–F illustrate example timing diagrams for the under-sampling system 7802 when the holding capacitance 7808 has a larger value, in the range of 18 pF for example.

FIG. 81 A illustrates an example input EM signal 7804, which is substantially similar to that illustrated in FIGS. 79A and 80A.

FIG. 81C illustrates an example under-sampling signal 7810, including pulses 8104 having negligible apertures that tend towards zero time in duration. The example under-

US 7,218,907 B2

67 68

sampling signal **7810** illustrated in FIG. **81**C is substantially similar to that illustrated in FIGS. **79**C and **80**C.

FIG. **81**B illustrates the negligible effects to the input EM signal **7804** when under-sampled, as measured at a terminal **7814** of the under-sampling system **7802**. In FIG. **81**B, negligible distortions **8102** correlate with the pulses **8104** of the under-sampling signal **7810** in FIG. **81**C. Upon close inspection, the negligible distortions **8102** occur at different locations of subsequent cycles of the input EM signal **7804**. As a result, the input EM signal **7804** will be down-converted. The negligible distortions **8102** represent negligible amounts of energy, in the form of charge that is transferred to the holding capacitance **7808**.

FIG. **81**D illustrates the voltage measured at the terminal **7816**, which is a result of the holding capacitance **7808** attempting to attain and "hold" the original input EM signal voltage, but failing to do so, during the negligible apertures of the pulses **8104** illustrated in FIG. **81**C.

Recall that when the load **7812** is a low impedance load, the holding capacitance **7808** is significantly discharged by the load between pulses **8104** (FIG. **81**C), this again is seen in FIGS. **81**D and E. As a result, the holding capacitance **7808** cannot reasonably attain or "hold" the voltage of the original EM input signal **7804**, as was seen in the case of FIG. **79**D. Instead, the charge appears as the output illustrated in FIG. **81**D.

FIG. **81**E illustrates the down-converted signal **8106** on a compressed time scale. Note that the amplitude of the down-converted signal **8106** is significantly less than the amplitude of the down-converted signal illustrated in FIGS. **80**D and **80**E. This is due to the higher capacitive value of the holding capacitance **7808**. Generally, as the capacitive value increases, it requires more charge to increase the voltage for a given aperture. Because of the negligible aperture of the pulses **8104** in FIG. **81**C, there is insufficient time to transfer significant amounts of energy or charge from the input EM signal **7804** to the holding capacitance **7808**. As a result, the amplitudes attained by the holding capacitance **7808** are significantly less than the amplitudes of the down-converted signal illustrated in FIGS. **80**D and **80**E.

In FIGS. **80**E and **80**F, the output signal, non-filtered or filtered, cannot provide optimal voltage reproduction, and has relatively negligible power available at the output (e.g.: $V^2/R$; ~150 µV and 2 KOhms), given the input EM signal **7804** would typically have a driving impedance, in an RF environment, of 50 Ohms (e.g.: $V^2/R$; ~5 mV and 50 Ohms).

In summary, under-sampling systems, such as the under-sampling system **7802** illustrated in FIG. **78**, are well suited for down-converting EM signals with relatively accurate voltage reproduction. Also, they have a negligible affect on the original input EM signal. As illustrated above, however, the under-sampling systems, such as the under-sampling system **7802** illustrated in FIG. **78**, are not well suited for transferring energy or for driving lower impedance loads.

1.2 Introduction to Energy Transfer

In an embodiment, the present invention transfers energy from an EM signal by utilizing an energy transfer signal instead of an under-sampling signal. Unlike under-sampling signals that have negligible aperture pulses, the energy transfer signal includes a train of pulses having non-negligible apertures that tend away from zero. This provides more time to transfer energy from an EM input signal. One direct benefit is that the input impedance of the system is reduced so that practical impedance matching circuits can be implemented to further improve energy transfer and thus overall efficiency. The non-negligible transferred energy significantly improves the signal to noise ratio and sensitivity to very small signals, as well as permitting the down-converted signal to drive lower impedance loads unassisted. Signals that especially benefit include low power ones typified by RF signals. One benefit of a non-negligible aperture is that phase noise within the energy transfer signal does not have as drastic of an effect on the down-converted output signal as under-sampling signal phase noise or conventional sampling signal phase noise does on their respective outputs.

FIG. **82**A illustrates an exemplary energy transfer system **8202** for down-converting an input EM signal **8204**. The energy transfer system **8202** includes a switching module **8206** and a storage module illustrated as a storage capacitance **8208**. The terms storage module and storage capacitance, as used herein, are distinguishable from the terms holding module and holding capacitance, respectively. Holding modules and holding capacitances, as used above, identify systems that store negligible amounts of energy from an under-sampled input EM signal with the intent of "holding" a voltage value. Storage modules and storage capacitances, on the other hand, refer to systems that store non-negligible amounts of energy from an input EM signal.

The energy transfer system **8202** receives an energy transfer signal **8210**, which controls the switch module **8206**. The energy transfer signal **8210** includes a train of energy transfer pulses having non-negligible pulse widths that tend away from zero time in duration. The non-negligible pulse widths can be any non-negligible amount. For example, the non-negligible pulse widths can be ½ of a period of the input EM signal. Alternatively, the non-negligible pulse widths can be any other fraction of a period of the input EM signal, or a multiple of a period plus a fraction. In an example embodiment, the input EM signal is approximately 900 MHZ and the non-negligible pulse width is approximately 550 pico seconds. Any other suitable non-negligible pulse duration can be used.

In an energy transfer environment, the storage module, illustrated in FIG. **82** as a storage capacitance **8208**, preferably has the capacity to handle the power being transferred, and to allow it to accept a non-negligible amount of power during a non-negligible aperture period. This allows the storage capacitance **8208** to store energy transferred from the input EM signal **8204**, without substantial concern for accurately reproducing the original, unaffected voltage level of the input EM signal **8204**. For example, in an embodiment, the storage capacitance **8208** has a value in the range of 18 pF. Other suitable capacitance values and storage modules can be used.

One benefit of the energy transfer system **8202** is that, even when the input EM signal **8204** is a very small signal, the energy transfer system **8202** transfers enough energy from the input EM signal **8204** that the input EM signal can be efficiently down-converted.

The energy transfer system **8202** is coupled to a load **8212**. Recall from the overview of under-sampling that loads can be classified as high impedance loads or low impedance loads. A high impedance load is one that is relatively insignificant to an output drive impedance of the system for a given output frequency. A low impedance load is one that is relatively significant. Another benefit of the energy transfer system **8202** is that the non-negligible amounts of transferred energy permit the energy transfer system **8202** to effectively drive loads that would otherwise be classified as low impedance loads in under-sampling systems and conventional sampling systems. In other words, the non-negligible amounts of transferred energy ensure that, even for lower impedance loads, the storage capacitance **8208**

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 228 of 261 PageID 2561

US 7,218,907 B2

69                                          70

accepts and maintains sufficient energy or charge to drive the load **8202**. This is illustrated below in the timing diagrams of FIGS. **83**A–F.

FIGS. **83**A–F illustrate example timing diagrams for the energy transfer system **8202** in FIG. **82**. FIG. **83**A illustrates an example input EM signal **8302**.

FIG. **83**C illustrates an example energy transfer signal **8304**, including energy transfer pulses **8306** having non-negligible apertures that tend away from zero time in duration.

FIG. **83**B illustrates the effects to the input EM signal **8302**, as measured at a terminal **8214** in FIG. **82**A, when non-negligible amounts of energy are transferred from it. In FIG. **83**B, non-negligible distortions **8308** correlate with the energy transfer pulses **8306** in FIG. **83**C. In this example, the non-negligible distortions **8308** occur at different locations of subsequent cycles of the input EM signal **8302**. The non-negligible distortions **8308** represent non-negligible amounts of transferred energy, in the form of charge that is transferred to the storage capacitance **8208** in FIG. **82**.

FIG. **83**D illustrates a down-converted signal **8310** that is formed by energy transferred from the input EM signal **8302**.

FIG. **83**E illustrates the down-converted signal **8310** on a compressed time scale. The down-converted signal **8310** can be filtered to produce the down-converted signal **8312** illustrated in FIG. **83**F. The down-converted signal **8312** is similar to the down-converted signal illustrated in FIG. **79**F, except that the down-converted signal **8312** has substantially more power (e.g.: $V^2/R$; approximately (~) 2 mV and 2 K Ohms) than the down-converted signal illustrated in FIG. **79**F (e.g.: $V^2/R$; ~5 mV and 1 M Ohms). As a result, the down-converted signals **8310** and **8312** can efficiently drive lower impedance loads, given the input EM signal **8204** would typically have a driving impedance, in an RF environment, of 50 Ohms ($V^2/R$; ~5 mV and 50 Ohms).

The energy transfer aspects of the invention are represented generally by **4506** in FIGS. **45**A and **45**B.

2. Down-Converting an EM Signal to an IF EM Signal by Transferring Energy from the EM Signal at an Aliasing Rate

In an embodiment, the invention down-converts an EM signal to an IF signal by transferring energy from the EM signal at an aliasing rate. This embodiment is illustrated by **4514** in FIG. **45**B.

This embodiment can be implemented with any type of EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1** as an example. In the example, the modulated carrier signal $F_{MC}$ is down-converted to an intermediate frequency (IF) signal $F_{IF}$. The intermediate frequency signal $F_{IF}$ can be demodulated to a baseband signal $F_{DMB}$ using conventional demodulation techniques. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe methods for down-converting an EM signal to an IF signal $F_{IF}$ by transferring energy from the EM signal at an aliasing rate. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equiva-lents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

2.1 High Level Description

This section (including its subsections) provides a high-level description of down-converting an EM signal to an IF signal $F_{IF}$ by transferring energy, according to the invention. In particular, an operational process of down-converting the modulated carrier signal $F_{MC}$ to the IF modulated carrier signal $F_{IF}$, by transferring energy, is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

2.1.1 Operational Description

FIG. **46**B depicts a flowchart **4607** that illustrates an exemplary method for down-converting an EM signal to an intermediate signal $F_{IF}$, by transferring energy from the EM signal at an aliasing rate. The exemplary method illustrated in the flowchart **4607** is an embodiment of the flowchart **4601** in FIG. **46**A.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for AM, FM and PM example embodiments. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The method illustrated in the flowchart **4607** is now described at a high level using the digital AM carrier signal **616** of FIG. **6**C. Subsequent sections provide detailed flowcharts and descriptions for AM, FM and PM example embodiments. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The process begins at step **4608**, which includes receiving an EM signal. Step **4608** is illustrated by the digital AM carrier signal **616**. The digital AM carrier signal **616** of FIG. **6**C is re-illustrated in FIG. **47**A for convenience. FIG. **47**E illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **47**B illustrates an example energy transfer signal **4702**. The energy transfer signal **4702** includes a train of energy transfer pulses **4704** having non-negligible apertures **4701** that tend away from zero time duration. Generally, the apertures **4701** can be any time duration other than the period of the EM signal. For example, the apertures **4701** can be greater or less than a period of the EM signal. Thus, the apertures **4701** can be approximately $\frac{1}{10}$, $\frac{1}{4}$, $\frac{1}{2}$, $\frac{3}{4}$, etc., or any other fraction of the period of the EM signal. Alternatively, the apertures **4701** can be approximately equal to one or more periods of the EM signal plus $\frac{1}{10}$, $\frac{1}{4}$, $\frac{1}{2}$, $\frac{3}{4}$, etc., or any other fraction of

US 7,218,907 B2

**71**

a period of the EM signal. The apertures **4701** can be optimized based on one or more of a variety of criteria, as described in sections below.

The energy transfer pulses **4704** repeat at the aliasing rate. A suitable aliasing rate can be determined or selected as described below. Generally, when down-converting an EM signal to an intermediate signal, the aliasing rate is substantially equal to a difference frequency, which is described below, or substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. FIG. **47**C illustrates transferred energy **4706**, which is transferred from the EM signal during the energy transfer pulses **4704**. Because a harmonic of the aliasing rate occurs at an off-set of the frequency of the AM signal **616**, the pulses **4704** "walk through" the AM signal **616** at the off-set frequency. By "walking through" the AM signal **616**, the transferred energy **4706** forms an AM intermediate signal **4706** that is similar to the AM carrier signal **616**, except that the AM intermediate signal has a lower frequency than the AM carrier signal **616**. The AM carrier signal **616** can be down-converted to any frequency below the AM carrier signal **616** by adjusting the aliasing rate $F_{AR}$, as described below.

FIG. **47**D depicts the AM intermediate signal **4706** as a filtered output signal **4708**. In an alternative embodiment, the invention outputs a stair step, or non-filtered output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The intermediate frequency of the down-converted signal $F_{IF}$, which, in this example, is the intermediate signal **4706** and **4708**, can be determined from EQ. (2), which is reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

A suitable aliasing rate $F_{AR}$ can be determined in a variety of ways. An example method for determining the aliasing rate $F_{AR}$, is provided below. After reading the description herein, one skilled in the relevant art(s) will understand how to determine appropriate aliasing rates for EM signals, including ones in addition to the modulated carrier signals specifically illustrated herein.

In FIG. **48**, a flowchart **4801** illustrates an example process for determining an aliasing rate $F_{AR}$. But a designer may choose, or an application may dictate, that the values be determined in an order that is different than the illustrated order. The process begins at step **4802**, which includes determining, or selecting, the frequency of the EM signal. The frequency of the AM carrier signal **616** can be, for example, 901 MHZ.

Step **4804** includes determining, or selecting, the intermediate frequency. This is the frequency to which the EM signal will be down-converted The intermediate frequency can be determined, or selected, to match a frequency requirement of a down-stream demodulator. The intermediate frequency can be, for example, 1 MHZ.

Step **4806** includes determining the aliasing rate or rates that will down-convert the EM signal to the IF specified in step **4804**.

EQ. (2) can be rewritten as EQ. (3):

$$n \cdot F_{AR} = F_C \pm F_{IF} \qquad \text{EQ. (3)}$$

**72**

Which can be rewritten as EQ. (4):

$$n = \frac{F_C \pm F_{IF}}{F_{AR}} \qquad \text{EQ. (4)}$$

or as EQ. (5):

$$F_{AR} = \frac{F_C \pm F_{IF}}{n} \qquad \text{EQ. (5)}$$

$(F_C \pm F_{IF})$ can be defined as a difference value $F_{DIFF}$, as illustrated in EQ. (6):

$$(F_C \pm F_{IF}) = F_{DIFF} \qquad \text{EQ. (6)}$$

EQ. (4) can be rewritten as EQ. (7):

$$n = \frac{F_{DIFF}}{F_{AR}} \qquad \text{EQ. (7)}$$

From EQ. (7), it can be seen that, for a given n and a constant $F_{AR}$, $F_{DIFF}$ is constant. For the case of $F_{DIFF} = F_C - F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily increases. For the case of $F_{DIFF} = F_C + F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily decreases. In the latter case of $F_{DIFF} = F_C + F_{IF}$, any phase or frequency changes on $F_C$ correspond to reversed or inverted phase or frequency changes on $F_{IF}$. This is mentioned to teach the reader that if $F_{DIFF} = F_C + F_{IF}$ is used, the above effect will occur to the phase and frequency response of the modulated intermediate signal $F_{IF}$.

EQs. (2) through (7) can be solved for any valid n. A suitable n can be determined for any given difference frequency $F_{DIFF}$ and for any desired aliasing rate $F_{AR(Desired)}$. EQs. (2) through (7) can be utilized to identify a specific harmonic closest to a desired aliasing rate $F_{AR(Desired)}$ that will generate the desired intermediate signal $F_{IF}$.

An example is now provided for determining a suitable n for a given difference frequency $F_{DIFF}$ and for a desired aliasing rate $F_{AR(Desired)}$. For ease of illustration, only the case of $(F_C - F_{IF})$ is illustrated in the example below.

$$n = \frac{F_C - F_{IF}}{F_{AR(Desired)}} = \frac{F_{DIFF}}{F_{AR(Desired)}}$$

The desired aliasing rate $F_{AR(Desired)}$ can be, for example, 140 MHZ. Using the previous examples, where the carrier frequency is 901 MHZ and the IF is 1 MHZ, an initial value of n is determined as:

$$n = 901 \text{ MHZ} - 1 \text{ MHZ}/140 \text{ MHZ} = 900/140 = 6.4$$

The initial value 6.4 can be rounded up or down to the valid nearest n, which was defined above as including (0.5, 1, 2, 3, . . . ). In this example, 6.4 is rounded down to 6.0, which is inserted into EQ. (5) for the case of $(F_C - F_{IF})$ $= F_{DIFF}$:

$$F_{AR} = \frac{F_c - F_{IF}}{n}$$

APPX380

US 7,218,907 B2

73

-continued

$$F_{AR} = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{6} = \frac{900 \text{ MHZ}}{6} = 150 \text{ MHZ}$$

In other words, transferring energy from a 901 MHZ EM carrier signal at 150 MHZ generates an intermediate signal at 1 MHZ. When the EM carrier signal is a modulated carrier signal, the intermediate signal will also substantially include the modulation. The modulated intermediate signal can be demodulated through any conventional demodulation technique.

Alternatively, instead of starting from a desired aliasing rate, a list of suitable aliasing rates can be determined from the modified form of EQ. (5), by solving for various values of n. Example solutions are listed below.

$$F_{AR} = \frac{(F_C - F_{IF})}{n} = \frac{F_{DIFF}}{n} = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{n} = \frac{900 \text{ MHZ}}{n}$$

Solving for n=0.5, 1, 2, 3, 4, 5 and 6:
900 MHZ/0.5=1.8 GHZ (i.e., second harmonic);
900 MHZ/1=900 MHZ (i.e., fundamental frequency);
900 MHZ/2=450 MHZ (i.e., second sub-harmonic);
900 MHZ/3=300 MHZ (i.e., third sub-harmonic);
900 MHZ/4=225 MHZ (i.e., fourth sub-harmonic);
900 MHZ/5=180 MHZ(i.e., fifth sub-harmonic); and
900 MHZ/6=150 MHZ(i.e., sixth sub-harmonic).

The steps described above can be performed for the case of $(F_C + F_{IF})$ in a similar fashion. The results can be compared to the results obtained from the case of $(F_C - F_{IF})$ to determine which provides better result for an application.

In an embodiment, the invention down-converts an EM signal to a relatively standard IF in the range of, for example, 100 KHZ to 200 MHZ. In another embodiment, referred to herein as a small off-set implementation, the invention down-converts an EM signal to a relatively low frequency of, for example, less than 100 KHZ. In another embodiment, referred to herein as a large off-set implementation, the invention down-converts an EM signal to a relatively higher IF signal, such as, for example, above 200 MHZ.

The various off-set implementations provide selectivity for different applications. Generally, lower data rate applications can operate at lower intermediate frequencies. But higher intermediate frequencies can allow more information to be supported for a given modulation technique.

In accordance with the invention, a designer picks an optimum information bandwidth for an application and an optimum intermediate frequency to support the baseband signal. The intermediate frequency should be high enough to support the bandwidth of the modulating baseband signal $F_{MB}$.

Generally, as the aliasing rate approaches a harmonic or sub-harmonic frequency of the EM signal, the frequency of the down-converted IF signal decreases. Similarly, as the aliasing rate moves away from a harmonic or sub-harmonic frequency of the EM signal, the IF increases.

Aliased frequencies occur above and below every harmonic of the aliasing frequency. In order to avoid mapping other aliasing frequencies in the band of the aliasing frequency (IF) of interest, the IF of interest should not be near one half the aliasing rate.

As described in example implementations below, an aliasing module, including a universal frequency translator (UFT) module built in accordance with the invention pro-

74

vides a wide range of flexibility in frequency selection and can thus be implemented in a wide range of applications. Conventional systems cannot easily offer, or do not allow, this level of flexibility in frequency selection.

2.1.2 Structural Description

FIG. 63 illustrates a block diagram of an energy transfer system 6302 according to an embodiment of the invention. The energy transfer system 6302 is an example embodiment of the generic aliasing system 1302 in FIG. 13. The energy transfer system 6302 includes an energy transfer module 6304. The energy transfer module 6304 receives the EM signal 1304 and an energy transfer signal 6306, which includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration, occurring at a frequency equal to the aliasing rate $F_{AR}$. The energy transfer signal 6306 is an example embodiment of the aliasing signal 1310 in FIG. 13. The energy transfer module 6304 transfers energy from the EM signal 1304 at the aliasing rate $F_{AR}$ of the energy transfer signal 6306.

Preferably, the energy transfer module 6304 transfers energy from the EM signal 1304 to down-convert it to the intermediate signal $F_{IF}$ in the manner shown in the operational flowchart 4607 of FIG. 46B. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart 4607. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the energy transfer system 6302 is now described in detail with reference to the flowchart 4607 and to the timing diagrams illustrated in FIGS. 47A–E. In step 4608, the energy transfer module 6304 receives the AM carrier signal 616. In step 4610, the energy transfer module 6304 receives the energy transfer signal 4702. In step 4612, the energy transfer module 6304 transfers energy from the AM carrier signal 616 at the aliasing rate to down-convert the AM carrier signal 616 to the intermediate signal 4706 or 4708.

Example implementations of the energy transfer system 6302 are provided in Sections 4 and 5 below.

2.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal 1304 by transferring energy can be implemented with any type of EM signal, including modulated carrier signals and unmodulated carrier signals. For example, the method of the flowchart 4601 can be implemented to down-convert AM signals, FM signals, PM signals, etc., or any combination thereof. Operation of the flowchart 4601 of FIG. 46A is described below for down-converting AM, FM and PM. The down-conversion descriptions include down-converting to intermediate signals, directly down-converting to demodulated baseband signals, and down-converting FM signals to non-FM signals. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 231 of 261 PageID 2564

US 7,218,907 B2

**75**

### 2.2.1 First Example Embodiment: Amplitude Modulation

#### 2.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **4607** in FIG. **46**B is described below for the analog AM carrier signal **516**, illustrated in FIG. **5**C, and for the digital AM carrier signal **616**, illustrated in FIG. **6**C.

##### 2.2.1.1.1 Analog AM Carrier Signal

A process for down-converting the analog AM carrier signal **516** in FIG. **5**C to an analog AM intermediate signal is now described for the flowchart **4607** in FIG. **46**B. The analog AM carrier signal **516** is re-illustrated in FIG. **50**A for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 901 MHZ. In FIG. **50**B, an analog AM carrier signal **5004** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **4608**, which includes receiving the EM signal. This is represented by the analog AM carrier signal **516**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **50**C illustrates an example energy transfer signal **5006** on approximately the same time scale as FIG. **50**B. The energy transfer signal **5006** includes a train of energy transfer pulses **5007** having non-negligible apertures **5009** that tend away from zero time in duration. The energy transfer pulses **5007** repeat at the aliasing rate $F_{AR}$, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. In FIG. **50**D, an affected analog AM carrier signal **5008** illustrates effects of transferring energy from the analog AM carrier signal **516** at the aliasing rate $F_{AR}$. The affected analog AM carrier signal **5008** is illustrated on substantially the same time scale as FIGS. **50**B and **50**C.

FIG. **50**E illustrates a down-converted AM intermediate signal **5012**, which is generated by the down-conversion process. The AM intermediate signal **5012** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The down-converted signal **5012** includes portions **5010**A, which correlate with the energy transfer pulses **5007** in FIG. **50**C, and portions **5010**B, which are between the energy transfer pulses **5007**. Portions **5010**A represent energy transferred from the AM analog signal **516** to a storage device, while simultaneously driving an output load. The portions **5010**A occur when a switching module is closed by the energy transfer pulses **5007**. Portions **5010**B represent energy stored in a storage device continuing to drive the load. Portions **5010**B occur when the switching module is opened after energy transfer pulses **5007**.

Because a harmonic of the aliasing rate is off-set from the analog AM carrier signal **516**, the energy transfer pulses **5007** "walk through" the analog AM carrier signal **516** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulses **5007** occur at different locations of subsequent cycles of the AM carrier signal **516**. As a result, the energy transfer pulses **5007** capture varying amounts of energy from the analog AM carrier signal **516**, as illustrated by portions **5010**A, which provides the AM intermediate signal **5012** with an oscillating frequency $F_{IF}$.

In FIG. **50**F, an AM intermediate signal **5014** illustrates the AM intermediate signal **5012** on a compressed time

**76**

scale. In FIG. **50**G, an AM intermediate signal **5016** represents a filtered version of the AM intermediate signal **5014**. The AM intermediate signal **5016** is substantially similar to the AM carrier signal **516**, except that the AM intermediate signal **5016** is at the intermediate frequency. The AM intermediate signal **5016** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered AM intermediate signal **5014**, the filtered AM intermediate signal **5016**, a partially filtered AM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signals **5014** in FIG. **50**F and **5016** in FIG. **50**G illustrate that the AM carrier signal **516** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

##### 2.2.1.2.2 Digital AM Carrier Signal

A process for down-converting the digital AM carrier signal **616** to a digital AM intermediate signal is now described for the flowchart **4607** in FIG. **46**B. The digital AM carrier signal **616** is re-illustrated in FIG. **51**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 901 MHZ. In FIG. **51**B, a digital AM carrier signal **5104** illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the digital AM carrier signal **616**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **51**C illustrates an example energy transfer signal **5106** on substantially the same time scale as FIG. **51**B. The energy transfer signal **5106** includes a train of energy transfer pulses **5107** having non-negligible apertures **5109** that tend away from zero time in duration. The energy transfer pulses **5107** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. In FIG. **51**D, an affected digital AM carrier signal **5108** illustrates effects of transferring energy from the digital AM carrier signal **616** at the aliasing rate $F_{AR}$. The affected digital AM carrier signal **5108** is illustrated on substantially the same time scale as FIGS. **51**B and **51**C.

FIG. **51**E illustrates a down-converted AM intermediate signal **5112**, which is generated by the down-conversion process. The AM intermediate signal **5112** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The down-converted signal **5112** includes portions **5110**A, which correlate with the energy transfer pulses **5107** in FIG. **51**C, and portions **5110**B, which are between the energy transfer pulses **5107**. Portions **5110**A represent energy transferred from the digital AM carrier signal **616** to a storage device, while simultaneously driving an output load. The portions **5110**A occur when a switching module is closed by the energy transfer pulses **5107**. Portions **5110**B represent energy stored in a storage device continuing to drive the load. Portions **5110**B occur when the switching module is opened after energy transfer pulses **5107**.

US 7,218,907 B2

77

Because a harmonic of the aliasing rate is off-set from the frequency of the digital AM carrier signal **616**, the energy transfer pulses **5107** "walk through" the digital AM signal **616** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5107** occur at different locations of subsequent cycles of the digital AM carrier signal **616**. As a result, the energy transfer pulses **5107** capture varying amounts of energy from the digital AM carrier signal **616**, as illustrated by portions **5110**, which provides the AM intermediate signal **5112** with an oscillating frequency $F_{IF}$.

In FIG. **51**F, a digital AM intermediate signal **5114** illustrates the AM intermediate signal **5112** on a compressed time scale. In FIG. **51**G, an AM intermediate signal **5116** represents a filtered version of the AM intermediate signal **5114**. The AM intermediate signal **5116** is substantially similar to the AM carrier signal **616**, except that the AM intermediate signal **5116** is at the intermediate frequency. The AM intermediate signal **5116** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered AM intermediate signal **5114**, the filtered AM intermediate signal **5116**, a partially filtered AM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signals **5114** in FIGS. **51**F and **5116** in FIG. **51**G illustrate that the AM carrier signal **616** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.1.2 Structural Description

The operation of the energy transfer system **6302** is now described for the analog AM carrier signal **516**, with reference to the flowchart **4607** and to the timing diagrams in FIGS. **50**A–G. In step **4608**, the energy transfer module **6304** receives the analog AM carrier signal **516**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5006**. In step **4612**, the energy transfer module **6304** transfers energy from the analog AM carrier signal **516** at the aliasing rate of the energy transfer signal **5006**, to down-convert the analog AM carrier signal **516** to the AM intermediate signal **5012**.

The operation of the energy transfer system **6302** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1401** and the timing diagrams in FIGS. **51**A–G. In step **4608**, the energy transfer module **6304** receives the digital AM carrier signal **616**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5106**. In step **4612**, the energy transfer module **6304** transfers energy from the digital AM carrier signal **616** at the aliasing rate of the energy transfer signal **5106**, to down-convert the digital AM carrier signal **616** to the AM intermediate signal **5112**.

Example embodiments of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.2.2 Second Example Embodiment: Frequency Modulation

2.2.2.1 Operational Description

Operation of the exemplary process of the flowchart **4607** in FIG. **46**B is described below for the analog FM carrier signal **716**, illustrated in FIG. **7**C, and for the digital FM carrier signal **816**, illustrated in FIG. **8**C.

2.2.2.1.1 Analog FM Carrier Signal

A process for down-converting the analog FM carrier signal **716** in FIG. **7**C to an FM intermediate signal is now

78

described for the flowchart **4607** in FIG. **46**B. The analog FM carrier signal **716** is re-illustrated in FIG. **52**A for convenience. For this example, the analog FM carrier signal **716** oscillates around approximately 901 MHZ. In FIG. **52**B, an analog FM carrier signal **5204** illustrates a portion of the analog FM carrier signal **716** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the analog FM carrier signal **716**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **52**C illustrates an example energy transfer signal **5206** on approximately the same time scale as FIG. **52**B. The energy transfer signal **5206** includes a train of energy transfer pulses **5207** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5207** repeat at the aliasing rate $F_{AR}$, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. In FIG. **52**D, an affected analog FM carrier signal **5208** illustrates effects of transferring energy from the analog FM carrier signal **716** at the aliasing rate $F_{AR}$. The affected analog FM carrier signal **5208** is illustrated on substantially the same time scale as FIGS. **52**B and **52**C.

FIG. **52**E illustrates a down-converted FM intermediate signal **5212**, which is generated by the down-conversion process. The FM intermediate signal **5212** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The down-converted signal **5212** includes portions **5210**A, which correlate with the energy transfer pulses **5207** in FIG. **52**C, and portions **5210**B, which are between the energy transfer pulses **5207**. Portions **5210**A represent energy transferred from the analog FM carrier signal **716** to a storage device, while simultaneously driving an output load. The portions **5210**A occur when a switching module is closed by the energy transfer pulses **5207**. Portions **5210**B represent energy stored in a storage device continuing to drive the load. Portions **5210**B occur when the switching module is opened after energy transfer pulses **5207**.

Because a harmonic of the aliasing rate is off-set from the frequency of the analog FM carrier signal **716**, the energy transfer pulses **5207** "walk through" the analog FM carrier signal **716** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5207** occur at different locations of subsequent cycles of the analog FM carrier signal **716**. As a result, the energy transfer pulses **5207** capture varying amounts of energy from the analog FM carrier signal **716**, as illustrated by portions **5210**, which provides the FM intermediate signal **5212** with an oscillating frequency $F_{IF}$.

In FIG. **52**F, an analog FM intermediate signal **5214** illustrates the FM intermediate signal **5212** on a compressed time scale. In FIG. **52**G, an FM intermediate signal **5216** represents a filtered version of the FM intermediate signal **5214**. The FM intermediate signal **5216** is substantially similar to the analog FM carrier signal **716**, except that the FM intermediate signal **5216** is at the intermediate frequency. The FM intermediate signal **5216** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered FM intermediate signal **5214**, the filtered FM intermediate signal **5216**, a partially filtered FM intermediate signal, a stair step

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 233 of 261 PageID 2566

US 7,218,907 B2

79

80

output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signals 5214 in FIGS. 52F and 5216 in FIG. 52G illustrate that the FM carrier signal 716 was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.2.1.2 Digital FM Carrier Signal

A process for down-converting the digital FM carrier signal 816 in FIG. 8C is now described for the flowchart 4607 in FIG. 46B. The digital FM carrier signal 816 is re-illustrated in FIG. 53A for convenience. For this example, the digital FM carrier signal 816 oscillates at approximately 901 MHZ. In FIG. 53B, a digital FM carrier signal 5304 illustrates a portion of the digital FM carrier signal 816 on an expanded time scale.

The process begins at step 4608, which includes receiving an EM signal. This is represented by the digital FM carrier signal 816.

Step 4610 includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. 53C illustrates an example energy transfer signal 5306 on substantially the same time scale as FIG. 53B. The energy transfer signal 5306 includes a train of energy transfer pulses 5307 having non-negligible apertures 5309 that tend away from zero time in duration. The energy transfer pulses 5307 repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step 4612 includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the an intermediate signal $F_{IF}$. In FIG. 53D, an affected digital FM carrier signal 5308 illustrates effects of transferring energy from the digital FM carrier signal 816 at the aliasing rate $F_{AR}$. The affected digital FM carrier signal 5308 is illustrated on substantially the same time scale as FIGS. 53B and 53C.

FIG. 53E illustrates a down-converted FM intermediate signal 5312, which is generated by the down-conversion process. The down-converted signal 5312 includes portions 5310A, which correlate with the energy transfer pulses 5307 in FIG. 53C, and portions 5310B, which are between the energy transfer pulses 5307. Down-converted signal 5312 is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

Portions 5310A represent energy transferred from the digital FM carrier signal 816 to a storage device, while simultaneously driving an output load. The portions 5310A occur when a switching module is closed by the energy transfer pulses 5307.

Portions 5310B represent energy stored in a storage device continuing to drive the load. Portions 5310B occur when the switching module is opened after energy transfer pulses 5307.

Because a harmonic of the aliasing rate is off-set from the frequency of the digital FM carrier signal 816, the energy transfer pulses 5307 "walk through" the digital FM carrier signal 816 at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse 5307 occur at different locations of subsequent cycles of the digital FM carrier signal 816. As a result, the energy transfer pulses 5307 capture varying amounts of energy from the digital FM carrier signal 816, as

illustrated by portions 5310, which provides the FM intermediate signal 5312 with an oscillating frequency $F_{IF}$.

In FIG. 53F, a digital FM intermediate signal 5314 illustrates the FM intermediate signal 5312 on a compressed time scale. In FIG. 53G, an FM intermediate signal 5316 represents a filtered version of the FM intermediate signal 5314. The FM intermediate signal 5316 is substantially similar to the digital FM carrier signal 816, except that the FM intermediate signal 5316 is at the intermediate frequency. The FM intermediate signal 5316 can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered FM intermediate signal 5314, the filtered FM intermediate signal 5316, a partially filtered FM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signals 5314 in FIGS. 53F and 5316 in FIG. 53G illustrate that the FM carrier signal 816 was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.2.2 Structural Description

The operation of the energy transfer system 6302 is now described for the analog FM carrier signal 716, with reference to the flowchart 4607 and the timing diagrams in FIGS. 52A–G. In step 4608, the energy transfer module 6304 receives the analog FM carrier signal 716. In step 4610, the energy transfer module 6304 receives the energy transfer signal 5206. In step 4612, the energy transfer module 6304 transfers energy from the analog FM carrier signal 716 at the aliasing rate of the energy transfer signal 5206, to down-convert the analog FM carrier signal 716 to the FM intermediate signal 5212.

The operation of the energy transfer system 6302 is now described for the digital FM carrier signal 816, with reference to the flowchart 4607 and the timing diagrams in FIGS. 53A–G. In step 4608, the energy transfer module 6304 receives the digital FM carrier signal 816. In step 4610, the energy transfer module 6304 receives the energy transfer signal 5306. In step 4612, the energy transfer module 6304 transfers energy from the digital FM carrier signal 816 at the aliasing rate of the energy transfer signal 5306, to down-convert the digital FM carrier signal 816 to the FM intermediate signal 5212.

Example embodiments of the energy transfer module 6304 are disclosed in Sections 4 and 5 below.

2.2.3 Third Example Embodiment: Phase Modulation

2.2.3.1 Operational Description

Operation of the exemplary process of the flowchart 4607 in FIG. 46B is described below for the analog PM carrier signal 916, illustrated in FIG. 9C, and for the digital PM carrier signal 1016, illustrated in FIG. 10C.

2.2.3.1.1 Analog PM Carrier Signal

A process for down-converting the analog PM carrier signal 916 in FIG. 9C to an analog PM intermediate signal is now described for the flowchart 4607 in FIG. 46B. The analog PM carrier signal 916 is re-illustrated in FIG. 54A for convenience. For this example, the analog PM carrier signal 916 oscillates at approximately 901 MHZ. In FIG. 54B, an analog PM carrier signal 5404 illustrates a portion of the analog PM carrier signal 916 on an expanded time scale.

The process begins at step 4608, which includes receiving an EM signal. This is represented by the analog PM carrier signal 916.

US 7,218,907 B2

81

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **54**C illustrates an example energy transfer signal **5406** on approximately the same time scale as FIG. **54**B. The energy transfer signal **5406** includes a train of energy transfer pulses **5407** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5407** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the IF signal $F_{IF}$. In FIG. **54**D, an affected analog PM carrier signal **5408** illustrates effects of transferring energy from the analog PM carrier signal **916** at the aliasing rate $F_{AR}$. The affected analog PM carrier signal **5408** is illustrated on substantially the same time scale as FIGS. **54**B and **54**C.

FIG. **54**E illustrates a down-converted PM intermediate signal **5412**, which is generated by the down-conversion process. The down-converted PM intermediate signal **5412** includes portions **5410**A, which correlate with the energy transfer pulses **5407** in FIG. **54**C, and portions **5410**B, which are between the energy transfer pulses **5407**. Down-converted signal **5412** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

Portions **5410**A represent energy transferred from the analog PM carrier signal **916** to a storage device, while simultaneously driving an output load. The portions **5410**A occur when a switching module is closed by the energy transfer pulses **5407**.

Portions **5410**B represent energy stored in a storage device continuing to drive the load. Portions **5410**B occur when the switching module is opened after energy transfer pulses **5407**.

Because a harmonic of the aliasing rate is off-set from the frequency of the analog PM carrier signal **716**, the energy transfer pulses **5407** "walk through" the analog PM carrier signal **916** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5407** occur at different locations of subsequent cycles of the analog PM carrier signal **916**. As a result, the energy transfer pulses **5407** capture varying amounts of energy from the analog PM carrier signal **916**, as illustrated by portions **5410**, which provides the PM intermediate signal **5412** with an oscillating frequency $F_{IF}$.

In FIG. **54**F, an analog PM intermediate signal **5414** illustrates the PM intermediate signal **5412** on a compressed time scale. In FIG. **54**G, an PM intermediate signal **5416** represents a filtered version of the PM intermediate signal **5414**. The PM intermediate signal **5416** is substantially similar to the analog PM carrier signal **916**, except that the PM intermediate signal **5416** is at the intermediate frequency. The PM intermediate signal **5416** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered PM intermediate signal **5414**, the filtered PM intermediate signal **5416**, a partially filtered PM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the PM intermediate signals **5414** in FIGS. **54**F and **5416** in FIG. **54**G illustrate that the PM carrier signal **916** was

82

successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.3.1.2 Digital PM Carrier Signal

A process for down-converting the digital PM carrier signal **1016** in FIG. **10**C to a digital PM signal is now described for the flowchart **3607** in FIG. **46**B. The digital PM carrier signal **1016** is re-illustrated in FIG. **55**A for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 901 MHZ. In FIG. **55**B, a digital PM carrier signal **5504** illustrates a portion of the digital PM carrier signal **1016** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the digital PM carrier signal **1016**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **55**C illustrates an example energy transfer signal **5506** on substantially the same time scale as FIG. **55**B. The energy transfer signal **5506** includes a train of energy transfer pulses **5507** having non-negligible apertures **5509** that tend away from zero time in duration. The energy transfer pulses **5507** repeat at an aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. In FIG. **55**D, an affected digital PM carrier signal **5508** illustrates effects of transferring energy from the digital PM carrier signal **1016** at the aliasing rate $F_{AR}$. The affected digital PM carrier signal **5508** is illustrated on substantially the same time scale as FIGS. **55**B and **55**C.

FIG. **55**E illustrates a down-converted PM intermediate signal **5512**, which is generated by the down-conversion process. The down-converted PM intermediate signal **5512** includes portions **5510**A, which correlate with the energy transfer pulses **5507** in FIG. **55**C, and portions **5510**B, which are between the energy transfer pulses **5507**. Down-converted signal **5512** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

Portions **5510**A represent energy transferred from the digital PM carrier signal **1016** to a storage device, while simultaneously driving an output load. The portions **5510**A occur when a switching module is closed by the energy transfer pulses **5507**.

Portions **5510**B represent energy stored in a storage device continuing to drive the load. Portions **5510**B occur when the switching module is opened after energy transfer pulses **5507**.

Because a harmonic of the aliasing rate is off-set from the frequency of the digital PM carrier signal **716**, the energy transfer pulses **5507** "walk through" the digital PM carrier signal **1016** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5507** occur at different locations of subsequent cycles of the digital PM carrier signal **1016**. As a result, the energy transfer pulses **5507** capture varying amounts of energy from the digital PM carrier signal **1016**, as illustrated by portions **5510**, which provides the PM intermediate signal **5512** with an oscillating frequency $F_{IF}$.

In FIG. **55**F, a digital PM intermediate signal **5514** illustrates the PM intermediate signal **5512** on a compressed time scale. In FIG. **55**G, an PM intermediate signal **5516**

US 7,218,907 B2

**83**

represents a filtered version of the PM intermediate signal **5514**. The PM intermediate signal **5516** is substantially similar to the digital PM carrier signal **1016**, except that the PM intermediate signal **5516** is at the intermediate frequency. The PM intermediate signal **5516** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered PM intermediate signal **5514**, the filtered PM intermediate signal **5516**, a partially filtered PM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the PM intermediate signals **5514** in FIGS. **55F** and **5516** in FIG. **55G** illustrate that the PM carrier signal **1016** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.3.2 Structural Description

Operation of the energy transfer system **6302** is now described for the analog PM carrier signal **916**, with reference to the flowchart **4607** and the timing diagrams in FIGS. **54A–G**. In step **4608**, the energy transfer module **6304** receives the analog PM carrier signal **916**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5406**. In step **4612**, the energy transfer module **6304** transfers energy from the analog PM carrier signal **916** at the aliasing rate of the energy transfer signal **5406**, to down-convert the analog PM carrier signal **916** to the PM intermediate signal **5412**.

Operation of the energy transfer system **6302** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **4607** and the timing diagrams in FIGS. **55A–G**. In step **4608**, the energy transfer module **6304** receives the digital PM carrier signal **1016**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5506**. In step **4612**, the energy transfer module **6304** transfers energy from the digital PM carrier signal **1016** at the aliasing rate of the energy transfer signal **5506**, to down-convert the digital PM carrier signal **1016** to the PM intermediate signal **5512**.

Example embodiments of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.2.4 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention. Example implementations of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

**84**

3. Directly Down-Converting an EM Signal to an Demodulated Baseband Signal by Transferring Energy from the EM Signal

In an embodiment, the invention directly down-converts an EM signal to a baseband signal, by transferring energy from the EM signal. This embodiment is referred to herein as direct-to-data down-conversion and is illustrated by **4516** in FIG. **45B**.

This embodiment can be implemented with modulated and unmodulated EM signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1**, as an example. In the example, the modulated carrier signal $F_{MC}$ is directly down-converted to the demodulated baseband signal $F_{DMB}$. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any EM signal, including but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe methods for directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

3.1 High Level Description

This section (including its subsections) provides a high-level description of transferring energy from the modulated carrier signal $F_{MC}$ to directly down-convert the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$, according to the invention. In particular, an operational process of directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

3.1.1 Operational Description

FIG. **46C** depicts a flowchart **4613** that illustrates an exemplary method for transferring energy from the modulated carrier signal $F_{MC}$ to directly down-convert the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$. The exemplary method illustrated in the flowchart **4613** is an embodiment of the flowchart **4601** in FIG. **46A**.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for AM and PM example embodiments. FM presents special considerations that are dealt with separately in Section III.3. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

US 7,218,907 B2

85

The high-level process illustrated in the flowchart **4613** is now described at a high level using the digital AM carrier signal **616**, from FIG. **6C**. The digital AM carrier signal **616** is re-illustrated in FIG. **56A** for convenience.

The process of the flowchart **4613** begins at step **4614**, which includes receiving an EM signal. Step **4613** is represented by the digital AM carrier signal **616**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **56B** illustrates an example energy transfer signal **5602**, which includes a train of energy transfer pulses **5604** having apertures **5606** that are optimized for energy transfer. The optimized apertures **5606** are non-negligible and tend away from zero.

The non-negligible apertures **5606** can be any width other than the period of the EM signal, or a multiple thereof. For example, the non-negligible apertures **5606** can be less than the period of the signal **616** such as, ⅛, ¼, ½, ¾, etc., of the period of the signal **616**. Alternatively, the non-negligible apertures **5606** can be greater than the period of the signal **616**. The width and amplitude of the apertures **5606** can be optimized based on one or more of a variety of criteria, as described in sections below.

The energy transfer pulses **5604** repeat at the aliasing rate or pulse repetition rate. The aliasing rate is determined in accordance with EQ. (2), reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

When directly down-converting an EM signal to baseband (i.e., zero IF), EQ. (2) becomes:

$$F_C = n \cdot F_{AR} \qquad \text{EQ. (8)}$$

Thus, to directly down-convert the AM signal **616** to a demodulated baseband signal, the aliasing rate is substantially equal to the frequency of the AM signal **616** or to a harmonic or sub-harmonic thereof. Although the aliasing rate is too low to permit reconstruction of higher frequency components of the AM signal **616** (i.e., the carrier frequency), it is high enough to permit substantial reconstruction of the lower frequency modulating baseband signal **310**.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to a demodulated baseband signal $F_{DMB}$. FIG. **56C** illustrates a demodulated baseband signal **5610** that is generated by the direct down-conversion process. The demodulated baseband signal **5610** is similar to the digital modulating baseband signal **310** in FIG. **3**.

FIG. **56D** depicts a filtered demodulated baseband signal **5612**, which can be generated from the demodulated baseband signal **5610**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

3.1.2 Structural Description

In an embodiment, the energy transfer system **6302** transfers energy from any type of EM signal, including modulated carrier signals and unmodulated carrier signal, to directly down-convert the EM signal to a demodulated baseband signal. Preferably, the energy transfer system **6302** transfers energy from the EM signal **1304** to down-convert it to demodulated baseband signal in the manner shown in the operational flowchart **4613**. However, it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **4613**. The specifics of the other structural embodi-

86

ments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

Operation of the energy transfer system **6302** is now described in at a high level for the digital AM carrier signal **616**, with reference to the flowchart **4613** and the timing diagrams illustrated in FIGS. **56A–D**. In step **4614**, the energy transfer module **6304** receives the digital AM carrier signal **616**. In step **4616**, the energy transfer module **6304** receives the energy transfer signal **5602**. In step **4618**, the energy transfer module **6304** transfers energy from the digital AM carrier signal **616** at the aliasing rate to directly down-convert it to the demodulated baseband signal **5610**.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

3.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal to the demodulated baseband signal $F_{DMB}$, illustrated in the flowchart **4613** of FIG. **46C**, can be implemented with various types of modulated carrier signals including, but not limited to, AM, PM, etc., or any combination thereof. The flowchart **4613** of FIG. **46C** is described below for AM and PM. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

3.2.1 First Example Embodiment: Amplitude Modulation

3.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **4613** in FIG. **46C** is described below for the analog AM carrier signal **516**, illustrated in FIG. **5C**, and for the digital AM carrier signal **616**, illustrated in FIG. **6C**.

3.2.1.1.1 Analog AM Carrier Signal

A process for directly down-converting the analog AM carrier signal **516** in FIG. **5C** to a demodulated baseband signal is now described with reference to the flowchart **4613** in FIG. **46C**. The analog AM carrier signal **516** is re-illustrated in **57A** for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 900 MHZ. In FIG. **57B**, an analog AM carrier signal portion **5704** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the analog AM carrier signal **516**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. In FIG. **57C**, an example energy transfer signal **5706** is illustrated on approximately the same time scale as FIG. **57B**. The energy transfer signal **5706** includes a train of energy transfer pulses **5707** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5707** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

US 7,218,907 B2

87

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **57**D, an affected analog AM carrier signal **5708** illustrates effects of transferring energy from the analog AM carrier signal **516** at the aliasing rate $F_{AR}$. The affected analog AM carrier signal **5708** is illustrated on substantially the same time scale as FIGS. **57**B and **57**C.

FIG. **57**E illustrates a demodulated baseband signal **5712**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **516**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **5712** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **5712** includes portions **5710**A, which correlate with the energy transfer pulses **5707** in FIG. **57**C, and portions **5710**B, which are between the energy transfer pulses **5707**. Portions **5710**A represent energy transferred from the analog AM carrier signal **516** to a storage device, while simultaneously driving an output load. The portions **5710**A occur when a switching module is closed by the energy transfer pulses **5707**. Portions **5710**B represent energy stored in a storage device continuing to drive the load. Portions **5710**B occur when the switching module is opened after energy transfer pulses **5707**.

In FIG. **57**F, a demodulated baseband signal **5716** represents a filtered version of the demodulated baseband signal **5712**, on a compressed time scale. The demodulated baseband signal **5716** is substantially similar to the modulating baseband signal **210** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband signal **5712**, the filtered demodulated baseband signal **5716**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **5712** in FIGS. **57**E and **5716** in FIG. **57**F illustrate that the analog AM carrier signal **516** was directly down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.1.1.2 Digital AM Carrier Signal

A process for directly down-converting the digital AM carrier signal **616** in FIG. **6**C to a demodulated baseband signal is now described for the flowchart **4613** in FIG. **46**C. The digital AM carrier signal **616** is re-illustrated in **58**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 900 MHZ. In FIG. **58**B, a digital AM carrier signal portion **5804** illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the digital AM carrier signal **616**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. In FIG. **58**C, an example energy transfer signal **5806** is illustrated on approximately the same time scale as FIG. **58**B. The energy transfer signal **5806** includes a train of energy transfer pulses **5807** having

88

non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5807** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when directly down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **58**D, an affected digital AM carrier signal **5808** illustrates effects of transferring energy from the digital AM carrier signal **616** at the aliasing rate $F_{AR}$. The affected digital AM carrier signal **5808** is illustrated on substantially the same time scale as FIGS. **58**B and **58**C.

FIG. **58**E illustrates a demodulated baseband signal **5812**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **616**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **5812** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **5812** includes portions **5810**A, which correlate with the energy transfer pulses **5807** in FIG. **58**C, and portions **5810**B, which are between the energy transfer pulses **5807**. Portions **5810**A represent energy transferred from the digital AM carrier signal **616** to a storage device, while simultaneously driving an output load. The portions **5810**A occur when a switching module is closed by the energy transfer pulses **5807**. Portions **5810**B represent energy stored in a storage device continuing to drive the load. Portions **5810**B occur when the switching module is opened after energy transfer pulses **5807**.

In FIG. **58**F, a demodulated baseband signal **5816** represents a filtered version of the demodulated baseband signal **5812**, on a compressed time scale. The demodulated baseband signal **5816** is substantially similar to the modulating baseband signal **310** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband signal **5812**, the filtered demodulated baseband signal **5816**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **5812** in FIGS. **58**E and **5816** in FIG. **58**F illustrate that the digital AM carrier signal **616** was directly down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.1.2 Structural Description

In an embodiment, the energy transfer module **6304** preferably transfers energy from the EM signal to directly down-convert it to a demodulated baseband signal in the manner shown in the operational flowchart **4613**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1413**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 238 of 261 PageID 2571

US 7,218,907 B2

**89**

Operation of the energy transfer system **6302** is now described for the digital AM carrier signal **516**, with reference to the flowchart **4613** and the timing diagrams in FIGS. **57A–F**. In step **4612**, the energy transfer module **6404** receives the analog AM carrier signal **516**. In step **4614**, the energy transfer module **6404** receives the energy transfer signal **5706**. In step **4618**, the energy transfer module **6404** transfers energy from the analog AM carrier signal **516** at the aliasing rate of the energy transfer signal **5706**, to directly down-convert the digital AM carrier signal **516** to the demodulated baseband signals **5712** or **5716**.

The operation of the energy transfer system **6402** is now described for the digital AM carrier signal **616**, with reference to the flowchart **4613** and the timing diagrams in FIGS. **58A–F**. In step **4614**, the energy transfer module **6404** receives the digital AM carrier signal **616**. In step **4616**, the energy transfer module **6404** receives the energy transfer signal **5806**. In step **4618**, the energy transfer module **6404** transfers energy from the digital AM carrier signal **616** at the aliasing rate of the energy transfer signal **5806**, to directly down-convert the digital AM carrier signal **616** to the demodulated baseband signals **5812** or **5816**.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

3.2.2 Second Example Embodiment: Phase Modulation

3.2.2.1 Operational Description

Operation of the exemplary process of flowchart **4613** in FIG. **46C** is described below for the analog PM carrier signal **916**, illustrated in FIG. **9C** and for the digital PM carrier signal **1016**, illustrated in FIG. **10C**.

3.2.2.1.1 Analog PM Carrier Signal

A process for directly down-converting the analog PM carrier signal **916** to a demodulated baseband signal is now described for the flowchart **4613** in FIG. **46C**. The analog PM carrier signal **916** is re-illustrated in **59A** for convenience. For this example, the analog PM carrier signal **916** oscillates at approximately 900 MHZ. In FIG. **59B**, an analog PM carrier signal portion **5904** illustrates a portion of the analog PM carrier signal **916** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the analog PM carrier signal **916**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. In FIG. **59C**, an example energy transfer signal **5906** is illustrated on approximately the same time scale as FIG. **59B**. The energy transfer signal **5906** includes a train of energy transfer pulses **5907** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5907** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when directly down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **59D**, an affected analog PM carrier signal **5908** illustrates effects of transferring energy from the analog PM carrier signal **916** at the aliasing rate $F_{AR}$. The affected analog PM carrier signal **5908** is illustrated on substantially the same time scale as FIGS. **59B** and **59C**.

FIG. **59E** illustrates a demodulated baseband signal **5912**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **516**, essentially no IF is produced. The only substantial aliased component is the

**90**

baseband signal. The demodulated baseband signal **5912** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **5912** includes portions **5910A**, which correlate with the energy transfer pulses **5907** in FIG. **59C**, and portions **5910B**, which are between the energy transfer pulses **5907**. Portions **5910A** represent energy transferred from the analog PM carrier signal **916** to a storage device, while simultaneously driving an output load. The portions **5910A** occur when a switching module is closed by the energy transfer pulses **5907**. Portions **5910B** represent energy stored in a storage device continuing to drive the load. Portions **5910B** occur when the switching module is opened after energy transfer pulses **5907**.

In FIG. **59F**, a demodulated baseband signal **5916** represents a filtered version of the demodulated baseband signal **5912**, on a compressed time scale. The demodulated baseband signal **5916** is substantially similar to the modulating baseband signal **210** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband **5912**, the filtered demodulated baseband signal **5916**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **5912** in FIGS. **59E** and **5916** in FIG. **59F** illustrate that the analog PM carrier signal **916** was successfully down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.2.1.2 Digital PM Carrier Signal

A process for directly down-converting the digital PM carrier signal **1016** in FIG. **6C** to a demodulated baseband signal is now described for the flowchart **4613** in FIG. **46C**. The digital PM carrier signal **1016** is re-illustrated in **60A** for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 900 MHZ. In FIG. **60B**, a digital PM carrier signal portion **6004** illustrates a portion of the digital PM carrier signal **1016** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the digital PM carrier signal **1016**.

Step **4616** includes receiving an energy transfer signal $F_{AR}$. In FIG. **60C**, an example energy transfer signal **6006** is illustrated on approximately the same time scale as FIG. **60B**. The energy transfer signal **6006** includes a train of energy transfer pulses **6007** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **6007** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when directly down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **60D**, an affected digital PM carrier signal **6008** illustrates effects of transferring energy from the digital PM carrier

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 239 of 261 PageID 2572

US 7,218,907 B2

**91**

signal **1016** at the aliasing rate $F_{AR}$. The affected digital PM carrier signal **6008** is illustrated on substantially the same time scale as FIGS. **60**B and **60**C.

FIG. **60**E illustrates a demodulated baseband signal **6012**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **1016**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **6012** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **6012** includes portions **6010**A, which correlate with the energy transfer pulses **6007** in FIG. **60**C, and portions **6010**B, which are between the energy transfer pulses **6007**. Portions **6010**A represent energy transferred from the digital PM carrier signal **1016** to a storage device, while simultaneously driving an output load. The portions **6010**A occur when a switching module is closed by the energy transfer pulses **6007**. Portions **6010**B represent energy stored in a storage device continuing to drive the load. Portions **6010**B occur when the switching module is opened after energy transfer pulses **6007**.

In FIG. **60**F, a demodulated baseband signal **6016** represents a filtered version of the demodulated baseband signal **6012**, on a compressed time scale. The demodulated baseband signal **6016** is substantially similar to the modulating baseband signal **310** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband signal **6012**, the filtered demodulated baseband signal **6016**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **6012** in FIGS. **60**E and **6016** in FIG. **60**F illustrate that the digital PM carrier signal **1016** was successfully down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

### 3.2.2.2 Structural Description

In an embodiment, the energy transfer system **6302** preferably transfers energy from an EM signal to directly down-convert it to a demodulated baseband signal in the manner shown in the operational flowchart **4613**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1413**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

Operation of the energy transfer system **6302** is now described for the analog PM carrier signal **916**, with reference to the flowchart **4613** and the timing diagrams in FIGS. **59**A–F. In step **4614**, the energy transfer module **6304** receives the analog PM carrier signal **916**. In step **4616**, the energy transfer module **6304** receives the energy transfer signal **5906**. In step **4618**, the energy transfer module **6304** transfers energy from the analog PM carrier signal **916** at the aliasing rate of the energy transfer signal **5906**, to directly down-convert the analog PM carrier signal **916** to the demodulated baseband signals **5912** or **5916**.

**92**

Operation of the energy transfer system **6302** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **4613** and to the timing diagrams in FIGS. **60**A–F. In step **4614**, the energy transfer module **6404** receives the digital PM carrier signal **1016**. In step **4616**, the energy transfer module **6404** receives the energy transfer signal **6006**. In step **4618**, the energy transfer module **6404** transfers energy from the digital PM carrier signal **1016** at the aliasing rate of the energy transfer signal **6006**, to directly down-convert the digital PM carrier signal **1016** to the demodulated baseband signal **6012** or **6016**.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

### 3.2.3 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention. Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

### 3.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

### 4. Modulation Conversion

In an embodiment, the invention down-converts an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON-FM)}$, by transferring energy from the FM carrier signal $F_{FMC}$ at an aliasing rate. This embodiment is illustrated in FIG. **45**B as **4518**.

In an example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to a phase modulated (PM) signal $F_{PM}$. In another example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to an amplitude modulated (AM) signal $F_{AM}$. The down-converted signal can be demodulated with any conventional demodulation technique to obtain a demodulated baseband signal $F_{DMB}$.

The invention can be implemented with any type of FM signal. Exemplary embodiments are provided below for down-converting a frequency shift keying (FSK) signal to a non-FSK signal. FSK is a sub-set of FM, wherein an FM signal shifts or switches between two or more frequencies. FSK is typically used for digital modulating baseband signals, such as the digital modulating baseband signal **310** in FIG. **3**. For example, in FIG. **8**, the digital FM signal **816** is an FSK signal that shifts between an upper frequency and a lower frequency, corresponding to amplitude shifts in the digital modulating baseband signal **310**. The FSK signal **816** is used in example embodiments below.

In a first example embodiment, energy is transferred from the FSK signal **816** at an aliasing rate that is based on a mid-point between the upper and lower frequencies of the FSK signal **816**. When the aliasing rate is based on the mid-point, the FSK signal **816** is down-converted to a phase shift keying (PSK) signal. PSK is a sub-set of phase modu-

APPX390

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 240 of 261 PageID 2573

US 7,218,907 B2

**93**

lation, wherein a PM signal shifts or switches between two or more phases. PSK is typically used for digital modulating baseband signals. For example, in FIG. **10**, the digital PM signal **1016** is a PSK signal that shifts between two phases. The PSK signal **1016** can be demodulated by any conventional PSK demodulation technique(s).

In a second example embodiment, energy is transferred from the FSK signal **816** at an aliasing rate that is based upon either the upper frequency or the lower frequency of the FSK signal **816**. When the aliasing rate is based upon the upper frequency or the lower frequency of the FSK signal **816**, the FSK signal **816** is down-converted to an amplitude shift keying (ASK) signal. ASK is a sub-set of amplitude modulation, wherein an AM signal shifts or switches between two or more amplitudes. ASK is typically used for digital modulating baseband signals. For example, in FIG. **6**, the digital AM signal **616** is an ASK signal that shifts between the first amplitude and the second amplitude. The ASK signal **616** can be demodulated by any conventional ASK demodulation technique(s).

The following sections describe methods for transferring energy from an FM carrier signal $F_{FMC}$ to down-convert it to the non-FM signal $F_{(NON-FM)}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

4.1 High Level Description

This section (including its subsections) provides a high-level description of transferring energy from the FM carrier signal $F_{FM}$ to down-convert it to the non-FM signal $F_{(NON-FM)}$, according to the invention. In particular, an operational process for down-converting the FM carrier signal $F_{Fm}$ to the non-FM signal $F_{(NON-FM)}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

4.1.1 Operational Description

FIG. **46**D depicts a flowchart **4619** that illustrates an exemplary method for down-converting the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON-FM)}$. The exemplary method illustrated in the flowchart **4619** is an embodiment of the flowchart **4601** in FIG. **46**A.

Any and all forms of frequency modulation techniques are valid for this invention. For ease of discussion, the digital FM carrier (FSK) signal **816** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for the FSK signal **816**. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of FM signal.

The method illustrated in the flowchart **4619** is described below at a high level for down-converting the FSK signal

**94**

**816** in FIG. **8**C to a PSK signal. The FSK signal **816** is re-illustrated in FIG. **84**A for convenience.

The process of the flowchart **4619** begins at step **4620**, which includes receiving an FM signal. This is represented by the FSK signal **816**. The FSK signal **816** shifts between a first frequency **8410** and a second frequency **8412**. The first frequency **8410** can be higher or lower than the second frequency **8412**. In an exemplary embodiment, the first frequency **8410** is approximately 899 MHZ and the second frequency **8412** is approximately 901 MHZ.

Step **4622** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **84**B illustrates an example energy transfer signal **8402** which includes a train of energy transfer pulses **8403** having non-negligible apertures **8405** that tend away from zero time in duration.

The energy transfer pulses **8403** repeat at the aliasing rate $F_{AR}$, which is determined or selected as previously described. Generally, when down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON-FM)}$, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency within the FM signal. In this example overview embodiment, where the FSK signal **816** is to be down-converted to a PSK signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of the mid-point between the first frequency **8410** and the second frequency **8412**. For the present example, the mid-point is approximately 900 MHZ.

Step **4624** includes transferring energy from the FM carrier signal $F_{FMC}$ at the aliasing rate to down-convert the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON-FM)}$. FIG. **84**C illustrates a PSK signal **8404**, which is generated by the modulation conversion process.

When the second frequency **8412** is under-sampled, the PSK signal **8404** has a frequency of approximately 1 MHZ and is used as a phase reference. When the first frequency **8410** is under-sampled, the PSK signal **8404** has a frequency of 1 MHZ and is phase shifted 180 degrees from the phase reference.

FIG. **84**D depicts a PSK signal **8406**, which is a filtered version of the PSK signal **8404**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered stair step output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

Detailed exemplary embodiments for down-converting an FSK signal to a PSK signal and for down-converting an FSK signal to an ASK signal are provided below.

4.1.2 Structural Description

FIG. **63** illustrates the energy transfer system **6302** according to an embodiment of the invention. The energy transfer system **6302** includes the energy transfer module **6304**. The energy transfer system **6302** is an example embodiment of the generic aliasing system **1302** in FIG. **13**.

In a modulation conversion embodiment, the EM signal **1304** is an FM carrier signal $F_{FMC}$ and the energy transfer module **6304** transfers energy from FM carrier signal at a harmonic or, more typically, a sub-harmonic of a frequency within the FM frequency band. Preferably, the energy transfer module **6304** transfers energy from the FM carrier signal $F_{FMC}$ to down-convert it to a non-FM signal $F_{(NON-FM)}$ in the manner shown in the operational flowchart **4619**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 241 of 261 PageID 2574

US 7,218,907 B2

95

the steps of the flowchart **4619**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the energy transfer system **6302** shall now be described with reference to the flowchart **4619** and the timing diagrams of FIGS. **84A–84D**. In step **4620**, the energy transfer module **6304** receives the FSK signal **816**. In step **4622**, the energy transfer module **6304** receives the energy transfer signal **8402**. In step **4624**, the energy transfer module **6304** transfers energy from the FSK signal **816** at the aliasing rate of the energy transfer signal **8402** to down-convert the FSK signal **816** to the PSK signal **8404** or **8406**.

Example implementations of the energy transfer module **6302** are provided in Section 4 below.

4.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal, $F_{(NON-FM)}$, illustrated in the flow-chart **4619** of FIG. **46D**, can be implemented with any type of FM carrier signal including, but not limited to, FSK signals. The flowchart **4619** is described in detail below for down-converting an FSK signal to a PSK signal and for down-converting a PSK signal to an ASK signal. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

4.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal

4.2.1.1 Operational Description

A process for down-converting the FSK signal **816** in FIG. **8C** to a PSK signal is now described for the flowchart **4619** in FIG. **46D**.

The FSK signal **816** is re-illustrated in FIG. **61A** for convenience. The FSK signal **816** shifts between a first frequency **6106** and a second frequency **6108**. In the exemplary embodiment, the first frequency **6106** is lower than the second frequency **6108**. In an alternative embodiment, the first frequency **6106** is higher than the second frequency **6108**. For this example, the first frequency **6106** is approximately 899 MHZ and the second frequency **6108** is approximately 901 MHZ.

FIG. **61B** illustrates an FSK signal portion **6104** that represents a portion of the FSK signal **816** on an expanded time scale.

The process begins at step **4620**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **4622** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **61C** illustrates an example energy transfer signal **6107** on approximately the same time scale as FIG. **61B**. The energy transfer signal **6107** includes a train of energy transfer pulses **6109** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **6109** repeat at the aliasing rate $F_{AR}$, which is determined or selected as described above. Generally, when down-converting an FM signal to a non-FM

96

signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency within the FM signal.

In this example, where an FSK signal is being down-converted to a PSK signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic, of the mid-point between the frequencies **6106** and **6108**. In this example, where the first frequency **6106** is 899 MHZ and second frequency **6108** is 901 MHZ, the mid-point is approximately 900 MHZ. Suitable aliasing rates thus include 1.8 GHZ, 900 MHZ, 450 MHZ, etc.

Step **4624** includes transferring energy from the FM signal at the aliasing rate to down-convert it to the non-FM signal $F_{(NON-FM)}$. In FIG. **61D**, an affected FSK signal **6118** illustrates effects of transferring energy from the FSK signal **816** at the aliasing rate $F_{AR}$. The affected FSK signal **6118** is illustrated on substantially the same time scale as FIGS. **61B** and **61C**.

FIG. **61E** illustrates a PSK signal **6112**, which is generated by the modulation conversion process. PSK signal **6112** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The PSK signal **6112** includes portions **6110A**, which correlate with the energy transfer pulses **6107** in FIG. **61C**. The PSK signal **6112** also includes portions **6110B**, which are between the energy transfer pulses **6109**. Portions **6110A** represent energy transferred from the FSK **816** to a storage device, while simultaneously driving an output load. The portions **6110A** occur when a switching module is closed by the energy transfer pulses **6109**. Portions **6110B** represent energy stored in a storage device continuing to drive the load. Portions **6110B** occur when the switching module is opened after energy transfer pulses **6107**.

In FIG. **61F**, a PSK signal **6114** represents a filtered version of the PSK signal **6112**, on a compressed time scale. The present invention can output the unfiltered demodulated baseband signal **6112**, the filtered demodulated baseband signal **6114**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention. The PSK signals **6112** and **6114** can be demodulated with a conventional demodulation technique(s).

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the PSK signals **6112** in FIGS. **61E** and **6114** in FIG. **61F** illustrate that the FSK signal **816** was successfully down-converted to a PSK signal by retaining enough baseband information for sufficient reconstruction.

4.2.1.2 Structural Description

The operation of the energy transfer system **1602** is now described for down-converting the FSK signal **816** to a PSK signal, with reference to the flowchart **4619** and to the timing diagrams of FIGS. **61A**–E. In step **4620**, the energy transfer module **1606** receives the FSK signal **816** (FIG. **61A**). In step **4622**, the energy transfer module **1606** receives the energy transfer signal **6107** (FIG. **61C**). In step **4624**, the energy transfer module **1606** transfers energy from the FSK signal **816** at the aliasing rate of the energy transfer signal **6107** to down-convert the FSK signal **816** to the PSK signal **6112** in FIG. **61E** or the PSK signal **6114** in FIG. **61F**.

US 7,218,907 B2

97

4.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal

4.2.2.1 Operational Description

A process for down-converting the FSK signal **816** in FIG. **8**C to an ASK signal is now described for the flowchart **4619** in FIG. **46**D.

The FSK signal **816** is re-illustrated in FIG. **62**A for convenience. The FSK signal **816** shifts between a first frequency **6206** and a second frequency **6208**. In the exemplary embodiment, the first frequency **6206** is lower than the second frequency **6208**. In an alternative embodiment, the first frequency **6206** is higher than the second frequency **6208**. For this example, the first frequency **6206** is approximately 899 MHZ and the second frequency **6208** is approximately 901 MHZ.

FIG. **62**B illustrates an FSK signal portion **6204** that represents a portion of the FSK signal **816** on an expanded time scale.

The process begins at step **4620**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **4622** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **62**C illustrates an example energy transfer signal **6207** on approximately the same time scale as FIG. **62**B. The energy transfer signal **6207** includes a train of energy transfer pulses **6209** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **6209** repeat at the aliasing rate $F_{AR}$, which is determined or selected as described above. Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency within the FM signal.

In this example, where an FSK signal is being down-converted to an ASK signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic, of either the first frequency **6206** or the second frequency **6208**. In this example, where the first frequency **6206** is 899 MHZ and the second frequency **6208** is 901 MHZ, the aliasing rate can be substantially equal to a harmonic or sub-harmonic of 899 MHZ or 901 MHZ.

Step **4624** includes transferring energy from the FM signal at the aliasing rate to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$. In FIG. **62**D, an affected FSK signal **6218** illustrates effects of transferring energy from the FSK signal **816** at the aliasing rate $F_{AR}$. The affected FSK signal **6218** is illustrated on substantially the same time scale as FIGS. **62**B and **62**C.

FIG. **62**E illustrates an ASK signal **6212**, which is generated by the modulation conversion process. ASK signal **6212** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The ASK signal **6212** includes portions **6210**A, which correlate with the energy transfer pulses **6209** in FIG. **62**C. The ASK signal **6212** also includes portions **6210**B, which are between the energy transfer pulses **6209**. Portions **6210**A represent energy transferred from the FSK **816** to a storage device, while simultaneously driving an output load. Portions **6210**A occur when a switching module is closed by the energy transfer pulses **6207**. Portions **6210**B represent energy stored in a storage device continuing to drive the load. Portions **6210**B occur when the switching module is opened after energy transfer pulses **6207**.

In FIG. **62**F, an ASK signal **6214** represents a filtered version of the ASK signal **6212**, on a compressed time scale. The present invention can output the unfiltered demodulated baseband signal **6212**, the filtered demodulated baseband signal **6214**, a partially filtered demodulated baseband sig-

98

nal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention. The ASK signals **6212** and **6214** can be demodulated with a conventional demodulation technique(s).

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and/or polarity, as desired.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the ASK signals **6212** in FIGS. **62**E and **6214** in FIG. **62**F illustrate that the FSK signal **816** was successfully down-converted to an ASK signal by retaining enough baseband information for sufficient reconstruction.

4.2.2.2 Structural Description

The operation of the energy transfer system **1602** is now described for down-converting the FSK signal **816** to an ASK signal, with reference to the flowchart **4619** and to the timing diagrams of FIGS. **62**A–F. In step **4620**, the energy transfer module **6304** receives the FSK signal **816** (FIG. **62**A). In step **4622**, the energy transfer module **6304** receives the energy transfer signal **6207** (FIG. **62**C). In step **4624**, the energy transfer module **6304** transfers energy from the FSK signal **818** at the aliasing rate of the energy transfer signal **6207** to down-convert the FSK signal **816** to the ASK signal **6212** in FIG. **62**E or the ASK signal **6214** in FIG. **62**F.

4.2.3 Other Example Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

4.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These implementations are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described herein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

FIG. **63** illustrates an energy transfer system **6302**, which is an exemplary embodiment of the generic aliasing system **1302** in FIG. **13**. The energy transfer system **6302** includes an energy transfer module **6304**, which receives the EM signal **1304** and an energy transfer signal **6306**. The energy

US 7,218,907 B2

99      100

transfer signal **6306** includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at an aliasing rate $F_{AR}$.

The energy transfer module **6304** transfers energy from the EM signal **1304** at the aliasing rate of the energy transfer signal **6306**, as described in the sections above with respect to the flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D. The energy transfer module **6304** outputs a down-converted signal **1308**B, which includes non-negligible amounts of energy transferred from the EM signal **1304**.

FIG. **64**A illustrates an exemplary gated transfer system **6402**, which is an example of the energy transfer system **6302**. The gated transfer system **6402** includes a gated transfer module **6404**, which is described below.

FIG. **64**B illustrates an exemplary inverted gated transfer system **6406**, which is an alternative example of the energy transfer system **6302**. The inverted gated transfer system **6406** includes an inverted gated transfer module **6408**, which is described below.

5.1 The Energy Transfer System as a Gated Transfer System

FIG. **64**A illustrates the exemplary gated transfer system **6402**, which is an exemplary implementation of the energy transfer system **6302**. The gated transfer system **6402** includes the gated transfer module **6404**, which receives the EM signal **1304** and the energy transfer signal **6306**. The energy transfer signal **6306** includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at an aliasing rate $F_{AR}$.

The gated transfer module **6404** transfers energy from the EM signal **1304** at the aliasing rate of the energy transfer signal **6306**, as described in the sections above with respect to the flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D. The gated transfer module **6404** outputs the down-converted signal **1308**B, which includes non-negligible amounts of energy transferred from the EM signal **1304**.

5.1.1 The Gated Transfer System as a Switch Module and a Storage Module

FIG. **65** illustrates an example embodiment of the gated transfer module **6404** as including a switch module **6502** and a storage module **6506**. Preferably, the switch module **6502** and the storage module **6506** transfer energy from the EM signal **1304** to down-convert it in any of the manners shown in the operational flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D.

For example, operation of the switch module **6502** and the storage module **6506** is now described for down-converting the EM signal **1304** to an intermediate signal, with reference to the flowchart **4607** and the example timing diagrams in FIG. **83**A–F.

In step **4608**, the switch module **6502** receives the EM signal **1304** (FIG. **83**A). In step **4610**, the switch module **6502** receives the energy transfer signal **6306** (FIG. **83**C). In step **4612**, the switch module **6502** and the storage module **6506** cooperate to transfer energy from the EM signal **1304** and down-convert it to an intermediate signal. More specifically, during step **4612**, the switch module **6502** closes during each energy transfer pulse to couple the EM signal **1304** to the storage module **6506**. In an embodiment, the switch module **6502** closes on rising edges of the energy transfer pulses. In an alternative embodiment, the switch module **6502** closes on falling edges of the energy transfer pulses. While the EM signal **1304** is coupled to the storage

module **6506**, non-negligible amounts of energy are transferred from the EM signal **1304** to the storage module **6506**. FIG. **83**B illustrates the EM signal **1304** after the energy is transferred from it. FIG. **83**D illustrates the transferred energy stored in the storage module **6506**. The storage module **6506** outputs the transferred energy as the down-converted signal **1308**B. The storage module **6506** can output the down-converted signal **1308**B as an unfiltered signal such as signal shown in FIG. **83**E, or as a filtered down-converted signal (FIG. **83**F).

5.1.2 The Gated Transfer System as Break-Before-Make Module

FIG. **67**A illustrates an example embodiment of the gated transfer module **6404** as including a break-before-make module **6702** and a storage module **6716**. Preferably, the break before make module **6702** and the storage module **6716** transfer energy from the EM signal **1304** to down-convert it in any of the manners shown in the operational flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D.

In FIG. **67**A, the break-before-make module **6702** includes a includes a normally open switch **6704** and a normally closed switch **6706**. The normally open switch **6704** is controlled by the energy transfer signal **6306**. The normally closed switch **6706** is controlled by an isolation signal **6712**. In an embodiment, the isolation signal **6712** is generated from the energy transfer signal **6306**. Alternatively, the energy transfer signal **6306** is generated from the isolation signal **6712**. Alternatively, the isolation signal **6712** is generated independently from the energy transfer signal **6306**. The break-before-make module **6702** substantially isolates an input **6708** from an output **6710**.

FIG. **67**B illustrates an example timing diagram of the energy transfer signal **6306**, which controls the normally open switch **6704**. FIG. **67**C illustrates an example timing diagram of the isolation signal **6712**, which controls the normally closed switch **6706**. Operation of the break-before-make module **6702** is now described with reference to the example timing diagrams in FIGS. **67**B and **67**C.

Prior to time t**0**, the normally open switch **6704** and the normally closed switch **6706** are at their normal states.

At time t**0**, the isolation signal **6712** in FIG. **67**C opens the normally closed switch **6706**. Thus, just after time t**0**, the normally open switch **6704** and the normally closed switch **6706** are open and the input **6708** is isolated from the output **6710**.

At time t**1**, the energy transfer signal **6306** in FIG. **67**B closes the normally open switch **6704** for the non-negligible duration of a pulse. This couples the EM signal **1304** to the storage module **6716**.

Prior to t**2**, the energy transfer signal **6306** in FIG. **67**B opens the normally open switch **6704**. This de-couples the EM signal **1304** from the storage module **6716**.

At time t**2**, the isolation signal **6712** in FIG. **67**C closes the normally closed switch **6706**. This couples the storage module **6716** to the output **6710**.

The storage module **6716**, is similar to the storage module **6506** FIG. **65**. The break-before-make gated transfer system **6701** down-converts the EM signal **1304** in a manner similar to that described with reference to the gated transfer system **6501** in FIG. **65**.

5.1.3 Example Implementations of the Switch Module

The switch module **6502** in FIG. **65** and the switch modules **6704** and **6706** in FIG. **67**A can be any type of switch device that preferably has a relatively low impedance when closed and a relatively high impedance when open. The switch modules **6502**, **6704** and **6706** can be imple-

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 244 of 261 PageID 2577

US 7,218,907 B2

101 102

mented with normally open or normally closed switches. The switch modules need not be ideal switch modules.

FIG. 66B illustrates the switch modules 6502, 6704 and 6706 as a switch module 6610. Switch module 6610 can be implemented in either normally open or normally closed architecture. The switch module 6610 (e.g., switch modules 6502, 6704 and 6706) can be implemented with any type of suitable switch device, including, but not limited, to mechanical switch devices and electrical switch devices, optical switch devices, etc., and combinations thereof. Such devices include, but are not limited to transistor switch devices, diode switch devices, relay switch devices, optical switch devices, micro-machine switch devices, etc., or combinations thereof.

In an embodiment, the switch module 6610 can be implemented as a transistor, such as, for example, a field effect transistor (FET), a bi-polar transistor, or any other suitable circuit switching device.

In FIG. 66A, the switch module 6610 is illustrated as a FET 6602. The FET 6602 can be any type of FET, including, but not limited to, a MOSFET, a JFET, a GaAsFET, etc. The FET 6602 includes a gate 6604, a source 6606 and a drain 6608. The gate 6604 receives the energy transfer signal 6306 to control the switching action between the source 6606 and the drain 6608. In an embodiment, the source 6606 and the drain 6608 are interchangeable.

It should be understood that the illustration of the switch module 6610 as a FET 6602 in FIG. 66A is for example purposes only. Any device having switching capabilities could be used to implement the switch module 6610 (i.e., switch modules 6502, 6704 and 6706), as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

In FIG. 66C, the switch module 6610 is illustrated as a diode switch 6612, which operates as a two lead device when the energy transfer signal 6306 is coupled to the output 6613.

In FIG. 66D, the switch module 6610 is illustrated as a diode switch 6614, which operates as a two lead device when the energy transfer signal 6306 is coupled to the output 6615.

5.1.4 Example Implementations of the Storage Module

The storage modules 6506 and 6716 store non-negligible amounts of energy from the EM signal 1304. In an exemplary embodiment, the storage modules 6506 and 6716 are implemented as a reactive storage module 6801 in FIG. 68A, although the invention is not limited to this embodiment. A reactive storage module is a storage module that employs one or more reactive electrical components to store energy transferred from the EM signal 1304. Reactive electrical components include, but are not limited to, capacitors and inductors.

In an embodiment, the storage modules 6506 and 6716 include one or more capacitive storage elements, illustrated in FIG. 68B as a capacitive storage module 6802. In FIG. 68C, the capacitive storage module 6802 is illustrated as one or more capacitors illustrated generally as capacitor(s) 6804.

The goal of the storage modules 6506 and 6716 is to store non-negligible amounts of energy transferred from the EM signal 1304. Amplitude reproduction of the original, unaffected EM input signal is not necessarily important. In an energy transfer environment, the storage module preferably has the capacity to handle the power being transferred, and to allow it to accept a non-negligible amount of power during a non-negligible aperture period.

A terminal 6806 serves as an output of the capacitive storage module 6802. The capacitive storage module 6802

provides the stored energy at the terminal 6806. FIG. 68F illustrates the capacitive storage module 6802 as including a series capacitor 6812, which can be utilized in an inverted gated transfer system described below.

In an alternative embodiment, the storage modules 6506 and 6716 include one or more inductive storage elements, illustrated in FIG. 68D as an inductive storage module 6808.

In an alternative embodiment, the storage modules 6506 and 6716 include a combination of one or more capacitive storage elements and one or more inductive storage elements, illustrated in FIG. 68E as a capacitive/inductive storage module 6810.

FIG. 68G illustrates an integrated gated transfer system 6818 that can be implemented to down-convert the EM signal 1304 as illustrated in, and described with reference to, FIGS. 83A–F.

5.1.5 Optional Energy Transfer Signal Module

FIG. 69 illustrates an energy transfer system 6901, which is an example embodiment of the energy transfer system 6302. The energy transfer system 6901 includes an optional energy transfer signal module 6902, which can perform any of a variety of functions or combinations of functions including, but not limited to, generating the energy transfer signal 6306.

In an embodiment, the optional energy transfer signal module 6902 includes an aperture generator, an example of which is illustrated in FIG. 68J as an aperture generator 6820. The aperture generator 6820 generates non-negligible aperture pulses 6826 from an input signal 6824. The input signal 6824 can be any type of periodic signal, including, but not limited to, a sinusoid, a square wave, a saw-tooth wave, etc. Systems for generating the input signal 6824 are described below.

The width or aperture of the pulses 6826 is determined by delay through the branch 6822 of the aperture generator 6820. Generally, as the desired pulse width increases, the difficulty in meeting the requirements of the aperture generator 6820 decrease. In other words, to generate non-negligible aperture pulses for a given EM input frequency, the components utilized in the example aperture generator 6820 do not require as fast reaction times as those that are required in an under-sampling system operating with the same EM input frequency.

The example logic and implementation shown in the aperture generator 6820 are provided for illustrative purposes only, and are not limiting. The actual logic employed can take many forms. The example aperture generator 6820 includes an optional inverter 6828, which is shown for polarity consistency with other examples provided herein.

An example implementation of the aperture generator 6820 is illustrated in FIG. 68K. Additional examples of aperture generation logic are provided in FIGS. 68H and 68I. FIG. 68H illustrates a rising edge pulse generator 6840, which generates pulses 6826 on rising edges of the input signal 6824. FIG. 68I illustrates a falling edge pulse generator 6850, which generates pulses 6826 on falling edges of the input signal 6824.

In an embodiment, the input signal 6824 is generated externally of the energy transfer signal module 6902, as illustrated in FIG. 69. Alternatively, the input signal 6924 is generated internally by the energy transfer signal module 6902. The input signal 6824 can be generated by an oscillator, as illustrated in FIG. 68L by an oscillator 6830. The oscillator 6830 can be internal to the energy transfer signal module 6902 or external to the energy transfer signal module

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 245 of 261 PageID 2578

US 7,218,907 B2

103

6902. The oscillator 6830 can be external to the energy transfer system 6901. The output of the oscillator 6830 may be any periodic waveform.

The type of down-conversion performed by the energy transfer system 6901 depends upon the aliasing rate of the energy transfer signal 6306, which is determined by the frequency of the pulses 6826. The frequency of the pulses 6826 is determined by the frequency of the input signal 6824. For example, when the frequency of the input signal 6824 is substantially equal to a harmonic or a sub-harmonic of the EM signal 1304, the EM signal 1304 is directly down-converted to baseband (e.g. when the EM signal is an AM signal or a PM signal), or converted from FM to a non-FM signal. When the frequency of the input signal 6824 is substantially equal to a harmonic or a sub-harmonic of a difference frequency, the EM signal 1304 is down-converted to an intermediate signal.

The optional energy transfer signal module 6902 can be implemented in hardware, software, firmware, or any combination thereof.

5.2 The Energy Transfer System as an Inverted Gated Transfer System

FIG. 64B illustrates an exemplary inverted gated transfer system 6406, which is an exemplary implementation of the energy transfer system 6302. The inverted gated transfer system 6406 includes an inverted gated transfer module 6408, which receives the EM signal 1304 and the energy transfer signal 6306. The energy transfer signal 6306 includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at an aliasing rate $F_{AR}$. The inverted gated transfer module 6408 transfers energy from the EM signal 1304 at the aliasing rate of the energy transfer signal 6306, as described in the sections above with respect to the flowcharts 4601 in FIG. 46A, 4607 in FIG. 46B, 4613 in FIGS. 46C and 4619 in FIG. 46D. The inverted gated transfer module 6408 outputs the down-converted signal 1308B, which includes non-negligible amounts of energy transferred from the EM signal 1304.

5.2.1 The Inverted Gated Transfer System as a Switch Module and a Storage Module

FIG. 74 illustrates an example embodiment of the inverted gated transfer module 6408 as including a switch module 7404 and a storage module 7406. Preferably, the switch module 7404 and the storage module 7406 transfer energy from the EM signal 1304 to down-convert it in any of the manners shown in the operational flowcharts 4601 in FIG. 46A, 4607 in FIG. 46B, 4613 in FIGS. 46C and 4619 in FIG. 46D.

The switch module 7404 can be implemented as described above with reference to FIGS. 66A–D. The storage module 7406 can be implemented as described above with reference to FIGS. 68A–F.

In the illustrated embodiment, the storage module 7206 includes one or more capacitors 7408. The capacitor(s) 7408 are selected to pass higher frequency components of the EM signal 1304 through to a terminal 7410, regardless of the state of the switch module 7404. The capacitor 7408 stores non-negligible amounts of energy from the EM signal 1304. Thereafter, the signal at the terminal 7410 is off-set by an amount related to the energy stored in the capacitor 7408.

Operation of the inverted gated transfer system 7401 is illustrated in FIGS. 75A–F. FIG. 75A illustrates the EM signal 1304. FIG. 75B illustrates the EM signal 1304 after transferring energy from it. FIG. 75C illustrates the energy transfer signal 6306, which includes a train of energy transfer pulses having non-negligible apertures.

104

FIG. 75D illustrates an example down-converted signal 1308B. FIG. 75E illustrates the down-converted signal 1308B on a compressed time scale. Since the storage module 7406 is a series element, the higher frequencies (e.g., RF) of the EM signal 1304 can be seen on the down-converted signal. This can be filtered as illustrated in FIG. 75F.

The inverted gated transfer system 7401 can be used to down-convert any type of EM signal, including modulated carrier signals and unmodulated carrier signals.

5.3 Rail to Rail Operation for Improved Dynamic Range

5.3.1 Introduction

FIG. 110A illustrates aliasing module 11000 that down-converts EM signal 11002 to down-converted signal 11012 using aliasing signal 11014 (sometimes called an energy transfer signal). Aliasing module 11000 is an example of energy transfer module 6304 in FIG. 63. Aliasing module 11000 includes UFT module 11004 and storage module 11008. As shown in FIG. 110A, UFT module 11004 is implemented as a n-channel FET 11006, and storage module 11008 is implemented as a capacitor 11010, although the invention is not limited to this embodiment.

FET 11006 receives the EM signal 11002 and aliasing signal 11014. In one embodiment, aliasing signal 11014 includes a train of pulses having non-negligible apertures that repeat at an aliasing rate. The aliasing rate may be harmonic or sub-harmonic of the EM signal 11002. FET 11006 samples EM signal 11002 at the aliasing rate of aliasing signal 11014 to generate down-converted signal 11012. In one embodiment, aliasing signal 11014 controls the gate of FET 11006 so that FET 11006 conducts (or turns on) when the FET gate-to-source voltage ($V_{GS}$) exceeds a threshold voltage ($V_T$). When the FET 11006 conducts, a channel is created from source to drain of FET 11006 so that charge is transferred from the EM signal 11002 to the capacitor 11010. More specifically, the FET 11006 conductance (1/R) vs $V_{GS}$ is a continuous function that reaches an acceptable level at $V_T$, as illustrated in FIG. 110B. The charge stored by capacitor 11010 during successive samples forms down-converted signal 11012.

As stated above, n-channel FET 11006 conducts when $V_{GS}$ exceeds the threshold voltage $V_T$. As shown in FIG. 110A, the gate voltage of FET 11006 is determined by aliasing signal 11014, and the source voltage is determined by the input EM signal 11002. Aliasing signal 11014 is preferably a plurality of pulses whose amplitude is predictable and set by a system designer. However, the EM signal 11002 is typically received over a communications medium by a coupling device (such as antenna). Therefore, the amplitude of EM signal 11102 may be variable and dependent on a number of factors including the strength of the transmitted signal, and the attenuation of the communications medium. Thus, the source voltage on FET 11006 is not entirely predictable and will affect $V_{GS}$ and the conductance of FET 11006, accordingly.

For example, FIG. 111A illustrates EM signal 11102, which is an example of EM signal 11002 that appears on the source of FET 11006. EM signal 11102 has a section 11104 with a relatively high amplitude as shown. FIG. 111B illustrates the aliasing signal 11106 as an example of aliasing signal 11014 that controls the gate of FET 11006. FIG. 111C illustrates $V_{GS}$ 11108, which is the difference between the gate and source voltages shown in FIGS. 111B and 111A, respectively. FET 11006 has an inherent threshold voltage $V_T$ 11112 shown in FIG. 111C, above which FET 11006 conducts. It is preferred that $V_{GS}>V_T$ during each pulse of aliasing signal 11106, so that FET 11006 conducts and charge is transferred from the EM signal 11102 to the

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 246 of 261 PageID 2579

US 7,218,907 B2

105

capacitor **11010** during each pulse of aliasing signal **11106**. As shown in FIG. **111**C, the high amplitude section **11104** of EM signal **11102** causes a $V_{GS}$ pulse **11110** that does exceed the $V_T$ **11112**, and therefore FET **11006** will not fully conduct as is desired. Therefore, the resulting sample of EM signal **11102** may be degraded, which potentially negatively affects the down-converted signal **11012**.

As stated earlier, the conductance of FET **11006** vs $V_{GS}$ is mathematically continuous and is not a hard cutoff. In other words, FET **11006** will marginally conduct when controlled by pulse **11110**, even though pulse **11110** is below $V_T$ **11112**. However, the insertion loss of FET **11006** will be increased when compared with a $V_{GS}$ pulse **11111**, which is greater than $V_T$ **11112**. The performance reduction caused by a large amplitude input signal is often referred to as clipping or compression. Clipping causes distortion in the down-converted signal **11012**, which adversely affects the faithful down-conversion of input EM signal **11102**. Dynamic range is a figure of merit associated with the range of input signals that can be faithfully down-converted without introducing distortion in the down-converted signal. The higher the dynamic range of a down-conversion circuit, the larger the input signals that can down-converted without introducing distortion in the down-converted signal.

5.3.2 Complementary UFT Structure for Improved Dynamic Range

FIG. **112** illustrates aliasing module **11200**, according to an embodiment of the invention, that down-converts EM signal **11208** to generate down-converted signal **11214** using aliasing signal **11220**. Aliasing module **11200** is able to down-convert input signals over a larger amplitude range as compared to aliasing module **11000**, and therefore aliasing module **11200** has an improved dynamic range when compared with aliasing module **11000**. The dynamic range improvement occurs because aliasing module **11200** includes two UFT modules that are implemented with complementary FET devices. In other words, one FET is n-channel, and the other FET is p-channel, so that at least one FET is always conducting during an aliasing signal pulse, assuming the input signal does not exceed the power supply constraints. Aliasing module **11200** includes: delay **11202**; UFT modules **11206**, **11216**; nodes **11210**, **11212**; and inverter **11222**. Inverter **11222** is tied to voltage supplies $V_+$ **11232** and $V_-$ **11234**. UFT module **11206** comprises n-channel FET **11204**, and UFT module **11216** comprises p-channel FET **11218**.

As stated, aliasing module **11200** operates two complementary FETs to extend the dynamic range and reduce any distortion effects. This requires that two complementary aliasing signals **11224**, **11226** be generated from aliasing signal **11220** to control the sampling by FETs **11218**, **11204**, respectively. To do so, inverter **11222** receives and inverts aliasing signal **11220** to generate aliasing signal **11224** that controls p-channel FET **11218**. Delay **11202** delays aliasing signal **11220** to generate aliasing signal **11226**, where the amount of time delay is approximately equivalent to that associated with inverter **11222**. As such, aliasing signals **11224** and **11226** are approximately complementary in amplitude.

Node **11210** receives EM signal **11208**, and couples EM signals **11227**, **11228** to the sources of n-channel FET **11204** and p-channel FET **11218**, respectively, where EM signals **11227**, **11228** are substantially replicas of EM signal **11208**. N-channel FET **11204** samples EM signal **11227** as controlled by aliasing signal **11226**, and produces samples **11236** at the drain of FET **11204**. Likewise, p-channel FET **11218** samples EM signal **11228** as controlled by aliasing

106

signal **11224**, and produces samples **11238** at the drain of FET **11218**. Node **11212** combines the resulting charge samples into charge samples **11240**, which are stored by capacitor **11230**. The charge stored by capacitor **11230** during successive samples forms down-converted signal **11214**. Aliasing module **11200** offers improved dynamic range over aliasing module **11000** because n-channel FET **11204** and p-channel FET **11214** are complementary devices. Therefore, if one device is cutoff because of a large input EM signal **11208**, the other device will conduct and sample the input signal, as long as the input signal is between the power supply voltages $V_+$ **11232** and $V_-$ **11234**. This is often referred to as rail-to-rail operation as will be understood by those skilled in the arts.

For example, FIG. **113**A illustrates EM signal **11302** which is an example of EM signals **11227**, **11228** that are coupled to the sources of n-channel FET **11204** and p-channel FET **11218**, respectively. As shown, EM signal **11302** has a section **11304** with a relatively high amplitude including pulses **11303**, **11305**. FIG. **113**B illustrates the aliasing signal **11306** as an example of aliasing signal **11226** that controls the gate of n-channel FET **11204**. Likewise for the p-channel FET, FIG. **113**D illustrates the aliasing signal **11314** as an example of aliasing signal **11224** that controls the gate of p-channel FET **11218**. Aliasing signal **11314** is the amplitude complement of aliasing signal **11306**.

FIG. **113**C illustrates $V_{GS}$ **11308**, which is the difference between the gate and source voltages on n-channel FET **11204** that are depicted in FIGS. **113**B and **113**A, respectively. FIG. **113**C also illustrates the inherent threshold voltage $V_T$ **11309** for FET **11204**, above which FET **11204** conducts. Likewise for the p-channel FET, FIG. **113**E illustrates $V_{GS}$ **11316**, which is the difference between the gate and source voltages for p-channel FET **11218** that are depicted in FIGS. **113**D and **113**A, respectively. FIG. **113**E also illustrates the inherent threshold voltage $V_T$ **11317** for FET **11218**, below which FET **11218** conducts.

As stated, n-channel FET **11204** conducts when $V_{GS}$ **11308** exceeds VT **11309**, and p-channel FET **11218** conducts when $V_{GS}$ **11316** drops below VT **11317**. As illustrated by FIG. **113**C, n-channel FET **11204** conducts over the range of EM signal **11302** depicted in FIG. **113**A, except for the EM signal pulse **11305** that results in a corresponding $V_{GS}$ pulse **11310** (FIG. **113**C) that does not exceed $V_T$ **11309**. However, p-channel FET **11218** does conduct because the same EM signal pulse **11305** causes a $V_{GS}$ pulse **11320** (FIG. **113**E) that drops well below that of $V_T$ **11317** for the p-channel FET. Therefore, the sample of the EM signal **11302** is properly taken by p-channel FET **11218**, and no distortion is introduced in down-converted signal **11214**. Similarly, EM signal pulse **11303** results in $V_{GS}$ pulse **11322** (FIG. **113**E) that is inadequate for the p-channel FET **11218** to fully conduct. However, n-channel FET **11204** does fully conduct because the same EM signal pulse **11303** results in a $V_{GS}$ **11311** (FIG. **113**C) that greatly exceeds $V_T$ **11309**.

As illustrated above, aliasing module **11200** offers an improvement in dynamic range over aliasing module **11000** because of the complimentary FET structure. Any input signal that is within the power supply voltages $V_+$ **11232** and $V_-$ **11234** will cause either FET **11204** or FET **11218** to conduct, or cause both FETs to conduct, as is demonstrated by FIGS. **113**A–**113**E. This occurs because any input signal that produces a $V_{GS}$ that cuts-off the n-channel FET **11204** will push the p-channel FET **11218** into conduction. Likewise, any input signal that cuts-off the p-channel FET **11218**

APPX397

US 7,218,907 B2

107 108

will push the n-channel FET **11204** into conduction, and therefore prevent any distortion of the down-converted output signal.

5.3.3 Biased Configurations

FIG. **114** illustrates aliasing module **11400**, which is an alternate embodiment of aliasing module **11200**. Aliasing module **11400** includes positive voltage supply (V$_+$) **11402**, resistors **11404**, **11406**, and the elements in aliasing module **11200**. V$_+$ **11402** and resistors **11404**, **11406** produce a positive DC voltage at node **11405**. This allows node **11405** to drive a coupled circuit that requires a positive voltage supply, and enables unipolar supply operation of aliasing module **11400**. The positive supply voltage also has the effect of raising the DC level of the input EM signal **11208**. As such, any input signal that is within the power supply voltages V$_+$ **11402** and ground will cause either FET **11204** or FET **11218** to conduct, or cause both FETs to conduct, as will be understood by those skilled in the arts based on the discussion herein.

FIG. **115** illustrates aliasing module **11500**, which is an alternate biased configuration of aliasing module **11200**. Aliasing module **11500** includes positive voltage supply **11502**, negative voltage supply **11508**, resistors **11504**, **11506**, and the elements in aliasing module **11200**. The use of both a positive and negative voltage supply allows for node **11505** to be biased anywhere between V$_+$ **11502** and V$_-$ **11508**. This allows node **11505** to drive a coupled circuit that requires either a positive or negative supply voltage. Furthermore, any input signal that is within the power supply voltages V$^+$ **11502** and V$_-$ **11508** will cause either FET **11204** or FET **11218** to conduct, or cause both FETs to conduct, as will be understood by those skilled in the arts based on the discussion herein.

5.3.4 Simulation Examples

As stated, an aliasing module with a complementary FET structure offers improved dynamic range when compared with a single (or unipolar) FET configuration. This is further illustrated by comparing the signal waveforms associated aliasing module **11602** (of FIG. **116**) which has a complementary FET structure, with that of aliasing module **11702** (of FIG. **117**) which has a single (or unipolar) FET structure.

Aliasing module **11602** (FIG. **116**) down-converts EM signal **11608** using aliasing signal **11612** to generate down-converted signal **11610**. Aliasing module **11602** has a complementary FET structure and includes n-channel FET **11604**, p-channel FET **11606**, inverter **11614**, and aliasing signal generator **11608**. Aliasing module **11602** is biased by supply circuit **11616** as is shown. Aliasing module **11702** (FIG. **117**) down-converts EM signal **11704** using aliasing signal **11708** to generate down-converted signal **11706**. Aliasing module **11702** is a single FET structure comprising n-channel FET **11712** and aliasing signal generator **11714**, and is biased using voltage supply circuit **11710**.

FIGS. **118–120** are signal waveforms that correspond to aliasing module **11602**, and FIGS. **121–123** are signal waveforms that correspond to aliasing module **11702**. FIGS. **118** and **121** are down-converted signals **11610**, **11706**, respectively. FIGS. **119** and **122** are the sampled EM signal **11608**, **11704**, respectively. FIGS. **120** and **123** are the aliasing signals **11612**, **11708**, respectively. Aliasing signal **11612** is identical to aliasing signal **11708** in order that a proper comparison between modules **11602** and **11702** can be made.

EM signals **11608**, **11704** are relatively large input signals that approach the power supply voltages of ±1.65 volts, as is shown in FIGS. **119** and **122**, respectively. In FIG. **119**, sections **11802** and **11804** of signal **11608** depict energy

transfer from EM signal **11608** to down-converted signal **11610** during by aliasing module **11602**. More specifically, section **11802** depicts energy transfer near the −1.65v supply, and section **11804** depicts energy transfer near the +1.65v supply. The symmetrical quality of the energy transfer near the voltage supply rails indicates that at least one of complementary FETs **11604**, **11606** are appropriately sampling the EM signal during each of the aliasing pulses **11612**. This results in a down-converted signal **11610** that has minimal high frequency noise, and is centered between −1.0v and 1.0v (i.e. has negligible DC voltage component).

Similarly in FIG. **122**, sections **11902** and **11904** illustrate the energy transfer from EM signal **11704** to down-converted signal **11706** by aliasing module **11702** (single FET configuration). More specifically, section **11902** depicts energy transfer near the −1.65v supply, and section **11904** depicts energy transfer near the +1.65v supply. By comparing sections **11902**, **11904** with sections **11802**, **11804** of FIG. **119**, it is clear that the energy transfer in sections **11902**, **11904** is not as symmetrical near the power supply rails as that of sections **11802**, **11804**. This is evidence that the EM signal **11704** is partially pinching off single FET **11712** over part of the signal **11704** trace. This results in a down-converted signal **11706** that has more high frequency noise when compared to down-converted signal **11610**, and has a substantial negative DC voltage component.

In summary, down-converted signal **11706** reflects distortion introduced by a relatively large EM signal that is pinching-off the single FET **11712** in aliasing module **11702**. Down-converted signal **11610** that is produced by aliasing module **11602** is relatively distortion free. This occurs because the complementary FET configuration in aliasing module **11602** is able to handle input signals with large amplitudes without introducing distortion in the down-converted signal **11610**. Therefore, the complementary FET configuration in the aliasing module **11602** offers improved dynamic range when compared with the single FET configuration of the aliasing module **11702**.

5.4 Optimized Switch Structures

5.4.1 Splitter in CMOS

FIG. **124**A illustrates an embodiment of a splitter circuit **12400** implemented in CMOS. This embodiment is provided for illustrative purposes, and is not limiting. In an embodiment, splitter circuit **12400** is used to split a local oscillator (LO) signal into two oscillating signals that are approximately 90° out of phase. The first oscillating signal is called the I-channel oscillating signal. The second oscillating signal is called the Q-channel oscillating signal. The Q-channel oscillating signal lags the phase of the I-channel oscillating signal by approximately 90°. Splitter circuit **12400** includes a first I-channel inverter **12402**, a second I-channel inverter **12404**, a third I-channel inverter **12406**, a first Q-channel inverter **12408**, a second Q-channel inverter **12410**, an I-channel flip-flop **12412**, and a Q-channel flip-flop **12414**.

FIGS. **124**F–J are example waveforms used to illustrate signal relationships of splitter circuit **12400**. The waveforms shown in FIGS. **124**F–J reflect ideal delay times through splitter circuit **12400** components. LO signal **12416** is shown in FIG. **124**F. First, second, and third I-channel inverters **12402**, **12404**, and **12406** invert LO signal **12416** three times, outputting inverted LO signal **12418**, as shown in FIG. **124**G. First and second Q-channel inverters **12408** and **12410** invert LO signal **12416** twice, outputting non-inverted LO signal **12420**, as shown in FIG. **124**H. The delay through first, second, and third I-channel inverters **12402**, **12404**, and **12406** is substantially equal to that through first and second Q-channel inverters **12408** and **12410**, so that

APPX398

US 7,218,907 B2

109

inverted LO signal **12418** and non-inverted LO signal **12420** are approximately 180° out of phase. The operating characteristics of the inverters may be tailored to achieve the proper delay amounts, as would be understood by persons skilled in the relevant art(s).

I-channel flip-flop **12412** inputs inverted LO signal **12418**. Q-channel flip-flop **12414** inputs non-inverted LO signal **12420**. In the current embodiment, I-channel flip-flop **12412** and Q-channel flip-flop **12414** are edge-triggered flip-flops. When either flip-flop receives a rising edge on its input, the flip-flop output changes state. Hence, I-channel flip-flop **12412** and Q-channel flip-flop **12414** each output signals that are approximately half of the input signal frequency. Additionally, as would be recognized by persons skilled in the relevant art(s), because the inputs to I-channel flip-flop **12412** and Q-channel flip-flop **12414** are approximately 180° out of phase, their resulting outputs are signals that are approximately 90° out of phase. I-channel flip-flop **12412** outputs I-channel oscillating signal **12422**, as shown in FIG. **124**I. Q-channel flip-flop **12414** outputs Q-channel oscillating signal **12424**, as shown in FIG. **124**J. Q-channel oscillating signal **12424** lags the phase of I-channel oscillating signal **12422** by 90°, also as shown in a comparison of FIGS. **124**I and **124**J.

FIG. **124**B illustrates a more detailed circuit embodiment of the splitter circuit **12400** of FIG. **124**. The circuit blocks of FIG. **124**B that are similar to those of FIG. **124**A are indicated by corresponding reference numbers. FIGS. **124**C–D show example output waveforms relating to the splitter circuit **12400** of FIG. **124**B. FIG. **124**C shows I-channel oscillating signal **12422**. FIG. **124**D shows Q-channel oscillating signal **12424**. As is indicated by a comparison of FIGS. **124**C and **124**D, the waveform of Q-channel oscillating signal **12424** of FIG. **124**D lags the waveform of I-channel oscillating signal **12422** of FIG. **124**C by approximately 90°.

It should be understood that the illustration of the splitter circuit **12400** in FIGS. **124**A and **124**B is for example purposes only. Splitter circuit **12400** may be comprised of an assortment of logic and semiconductor devices of a variety of types, as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.4.2 I/Q Circuit

FIG. **124**E illustrates an example embodiment of a complete I/Q circuit **12426** in CMOS. I/Q circuit **12426** includes a splitter circuit **12400** as described in detail above. Further description regarding I/Q circuit implementations are provided herein, including the applications referenced above.

5.5 Example I and Q Implementations

5.5.1 Switches of Different Sizes

In an embodiment, the switch modules discussed herein can be implemented as a series of switches operating in parallel as a single switch. The series of switches can be transistors, such as, for example, field effect transistors (FET), bi-polar transistors, or any other suitable circuit switching devices. The series of switches can be comprised of one type of switching device, or a combination of different switching devices.

For example, FIG. **125** illustrates a switch module **12500**. In FIG. **125**, the switch module is illustrated as a series of FETs **12502***a–n*. The FETs **12502***a–n* can be any type of FET, including, but not limited to, a MOSFET, a JFET, a GaAsFET, etc. Each of FETs **12502***a–n* includes a gate **12504***a–n*, a source **12506***a–n*, and a drain **12508***a–n*, similarly to that of FET **2802** of FIG. **28**A. The series of FETs **12502***a–n* operate in parallel. Gates **12504***a–n* are coupled together, sources **12506***a–n* are coupled together, and drains

110

**12508***a–n* are coupled together. Each of gates **12504***a–n* receives the control signal **1604**, **8210** to control the switching action between corresponding sources **12506***a–n* and drains **12508***a–n*. Generally, the corresponding sources **12506***a–n* and drains **12508***a–n* of each of FETs **12502***a–n* are interchangeable. There is no numerical limit to the number of FETs. Any limitation would depend on the particular application, and the "a–n" designation is not meant to suggest a limit in any way.

In an embodiment, FETs **12502***a–n* have similar characteristics. In another embodiment, one or more of FETs **12502***a–n* have different characteristics than the other FETs. For example, FETs **12502***a–n* may be of different sizes. In CMOS, generally, the larger size a switch is (meaning the larger the area under the gate between the source and drain regions), the longer it takes for the switch to turn on. The longer turn on time is due in part to a higher gate to channel capacitance that exists in larger switches. Smaller CMOS switches turn on in less time, but have a higher channel resistance. Larger CMOS switches have lower channel resistance relative to smaller CMOS switches. Different turn on characteristics for different size switches provides flexibility in designing an overall switch module structure. By combining smaller switches with larger switches, the channel conductance of the overall switch structure can be tailored to satisfy given requirements.

In an embodiment, FETs **12502***a–n* are CMOS switches of different relative sizes. For example, FET **12502***a* may be a switch with a smaller size relative to FETs **12502***b–n*. FET **12502***b* may be a switch with a larger size relative to FET **12502***a*, but smaller size relative to FETs **12502***c–n*. The sizes of FETs **12502***c–n* also may be varied relative to each other. For instance, progressively larger switch sizes may be used. By varying the sizes of FETs **12502***a–n* relative to each other, the turn on characteristic curve of the switch module can be correspondingly varied. For instance, the turn on characteristic of the switch module can be tailored such that it more closely approaches that of an ideal switch. Alternately, the switch module could be tailored to produce a shaped conductive curve.

By configuring FETs **12502***a–n* such that one or more of them are of a relatively smaller size, their faster turn on characteristic can improve the overall switch module turn on characteristic curve. Because smaller switches have a lower gate to channel capacitance, they can turn on more rapidly than larger switches.

By configuring FETs **12502***a–n* such that one or more of them are of a relatively larger size, their lower channel resistance also can improve the overall switch module turn on characteristics. Because larger switches have a lower channel resistance, they can provide the overall switch structure with a lower channel resistance, even when combined with smaller switches. This improves the overall switch structure's ability to drive a wider range of loads. Accordingly, the ability to tailor switch sizes relative to each other in the overall switch structure allows for overall switch structure operation to more nearly approach ideal, or to achieve application specific requirements, or to balance trade-offs to achieve specific goals, as will be understood by persons skilled in the relevant arts(s) from the teachings herein.

It should be understood that the illustration of the switch module as a series of FETs **12502***a–n* in FIG. **125** is for example purposes only. Any device having switching capabilities could be used to implement the switch module (e.g.,

US 7,218,907 B2

111

switch modules **2802**, **2702**, **2404** and **2406**), as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.5.2 Reducing Overall Switch Area

Circuit performance also can be improved by reducing overall switch area. As discussed above, smaller switches (i.e., smaller area under the gate between the source and drain regions) have a lower gate to channel capacitance relative to larger switches. The lower gate to channel capacitance allows for lower circuit sensitivity to noise spikes. FIG. **126**A illustrates an embodiment of a switch module, with a large overall switch area. The switch module of FIG. **126**A includes twenty FETs **12602**–**12640**. As shown, FETs **12602**–**12640** are the same size ("Wd" and "lng" parameters are equal). Input source **12646** produces the input EM signal. Pulse generator **12648** produces the energy transfer signal for FETs **12602**–**12640**. Capacitor C1 is the storage element for the input signal being sampled by FETs **12602**–**12640**. FIGS. **126**B–**126**Q illustrate example waveforms related to the switch module of FIG. **126**A. FIG. **126**B shows a received 1.01 GHz EM signal to be sampled and downconverted to a 10 MHZ intermediate frequency signal. FIG. **126**C shows an energy transfer signal having an aliasing rate of 200 MHZ, which is applied to the gate of each of the twenty FETs **12602**–**12640**. The energy transfer signal includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at the aliasing rate. FIG. **126**D illustrates the affected received EM signal, showing effects of transferring energy at the aliasing rate, at point **12642** of FIG. **126**A. FIG. **126**E illustrates a down-converted signal at point **12644** of FIG. **126**A, which is generated by the down-conversion process.

FIG. **126**F illustrates the frequency spectrum of the received 1.01 GHz EM signal. FIG. **126**G illustrates the frequency spectrum of the received energy transfer signal. FIG. **126**H illustrates the frequency spectrum of the affected received EM signal at point **12642** of FIG. **126**A. FIG. **126**I illustrates the frequency spectrum of the down-converted signal at point **12644** of FIG. **126**A.

FIGS. **126**J–**126**M respectively further illustrate the frequency spectrums of the received 1.01 GHz EM signal, the received energy transfer signal, the affected received EM signal at point **12642** of FIG. **126**A, and the down-converted signal at point **12644** of FIG. **126**A, focusing on a narrower frequency range centered on 1.00 GHz. As shown in FIG. **126**L, a noise spike exists at approximately 1.0 GHz on the affected received EM signal at point **12642** of FIG. **126**A. This noise spike may be radiated by the circuit, causing interference at 1.0 GHz to nearby receivers.

FIGS. **126**N–**126**Q respectively illustrate the frequency spectrums of the received 1.01 GHz EM signal, the received energy transfer signal, the affected received EM signal at point **12642** of FIG. **126**A, and the down-converted signal at point **12644** of FIG. **126**A, focusing on a narrow frequency range centered near 10.0 MHZ. In particular, FIG. **126**Q shows that an approximately 5 mV signal was downconverted at approximately 10 MHZ.

FIG. **127**A illustrates an alternative embodiment of the switch module, this time with fourteen FETs **12702**–**12728** shown, rather than twenty FETs **12602**–**12640** as shown in FIG. **126**A. Additionally, the FETs are of various sizes (some "Wd" and "lng" parameters are different between FETs).

FIGS. **127**B–**127**Q, which are example waveforms related to the switch module of FIG. **127**A, correspond to the similarly designated figures of FIGS. **126**B–**126**Q. As FIG.

112

**127**L shows, a lower level noise spike exists at 1.0 GHz than at the same frequency of FIG. **126**L. This correlates to lower levels of circuit radiation. Additionally, as FIG. **127**Q shows, the lower level noise spike at 1.0 GHz was achieved with no loss in conversion efficiency. This is represented in FIG. **127**Q by the approximately 5 mV signal downconverted at approximately 10 MHZ. This voltage is substantially equal to the level downconverted by the circuit of FIG. **126**A. In effect, by decreasing the number of switches, which decreases overall switch area, and by reducing switch area on a switch-by-switch basis, circuit parasitic capacitance can be reduced, as would be understood by persons skilled in the relevant art(s) from the teachings herein. In particular this may reduce overall gate to channel capacitance, leading to lower amplitude noise spikes and reduced unwanted circuit radiation.

It should be understood that the illustration of the switches above as FETs in FIGS. **126**A–**126**Q and **127**A–**127**Q is for example purposes only. Any device having switching capabilities could be used to implement the switch module, as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.5.3 Charge Injection Cancellation

In embodiments wherein the switch modules discussed herein are comprised of a series of switches in parallel, in some instances it may be desirable to minimize the effects of charge injection. Minimizing charge injection is generally desirable in order to reduce the unwanted circuit radiation resulting therefrom. In an embodiment, unwanted charge injection effects can be reduced through the use of complementary n-channel MOSFETs and p-channel MOSFETs. N-channel MOSFETs and p-channel MOSFETs both suffer from charge injection. However, because signals of opposite polarity are applied to their respective gates to turn the switches on and off, the resulting charge injection is of opposite polarity. Resultingly, n-channel MOSFETs and p-channel MOSFETs may be paired to cancel their corresponding charge injection. Hence, in an embodiment, the switch module may be comprised of n-channel MOSFETs and p-channel MOSFETS, wherein the members of each are sized to minimize the undesired effects of charge injection.

FIG. **129**A illustrates an alternative embodiment of the switch module, this time with fourteen n-channel FETs **12902**–**12928** and twelve p-channel FETs **12930**–**12952** shown, rather than twenty FETs **12602**–**12640** as shown in FIG. **126**A. The n-channel and p-channel FETs are arranged in a complementary configuration. Additionally, the FETs are of various sizes (some "Wd" and "lng" parameters are different between FETs).

FIGS. **129**B–**129**Q, which are example waveforms related to the switch module of FIG. **129**A, correspond to the similarly designated figures of FIGS. **126**B–**126**Q. As FIG. **129**L shows, a lower level noise spike exists at 1.0 GHz than at the same frequency of FIG. **126**L. This correlates to lower levels of circuit radiation. Additionally, as FIG. **129**Q shows, the lower level noise spike at 1.0 GHz was achieved with no loss in conversion efficiency. This is represented in FIG. **129**Q by the approximately 5 mV signal downconverted at approximately 10 MHZ. This voltage is substantially equal to the level downconverted by the circuit of FIG. **126**A. In effect, by arranging the switches in a complementary configuration, which assists in reducing charge injection, and by tailoring switch area on a switch-by-switch basis, the effects of charge injection can be reduced, as would be understood by persons skilled in the relevant art(s) from the teachings herein. In particular this leads to lower amplitude noise spikes and reduced unwanted circuit radiation.

APPX400

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 250 of 261 PageID 2583

US 7,218,907 B2

113

It should be understood that the use of FETs in FIGS. 129A–129Q in the above description is for example purposes only. From the teachings herein, it would be apparent to persons of skill in the relevant art(s) to manage charge injection in various transistor technologies using transistor pairs.

5.5.4 Overlapped Capacitance

The processes involved in fabricating semiconductor circuits, such as MOSFETs, have limitations. In some instances, these process limitations may lead to circuits that do not function as ideally as desired. For instance, a non-ideally fabricated MOSFET may suffer from parasitic capacitances, which in some cases may cause the surrounding circuit to radiate noise. By fabricating circuits with structure layouts as close to ideal as possible, problems of non-ideal circuit operation can be minimized.

FIG. 128A illustrates a cross-section of an example n-channel enhancement-mode MOSFET 12800, with ideally shaped n+ regions. MOSFET 12800 includes a gate 12802, a channel region 12804, a source contact 12806, a source region 12808, a drain contact 12810, a drain region 12812, and an insulator 12814. Source region 12808 and drain region 12812 are separated by p-type material of channel region 12804. Source region 12808 and drain region 12812 are shown to be n+ material. The n+ material is typically implanted in the p-type material of channel region 12804 by an ion implantation/diffusion process. Ion implantation/diffusion processes are well known by persons skilled in the relevant art(s). Insulator 12814 insulates gate 12802 which bridges over the p-type material. Insulator 12814 generally comprises a metal-oxide insulator. The channel current between source region 12808 and drain region 12812 for MOSFET 12800 is controlled by a voltage at gate 12802.

Operation of MOSFET 12800 shall now be described. When a positive voltage is applied to gate 12802, electrons in the p-type material of channel region 12804 are attracted to the surface below insulator 12814, forming a connecting near-surface region of n-type material between the source and the drain, called a channel. The larger or more positive the voltage between the gate contact 12806 and source region 12808, the lower the resistance across the region between.

In FIG. 128A, source region 12808 and drain region 12812 are illustrated as having n+ regions that were formed into idealized rectangular regions by the ion implantation process. FIG. 128B illustrates a cross-section of an example n-channel enhancement-mode MOSFET 12816 with non-ideally shaped n+ regions. Source region 12820 and drain region 12822 are illustrated as being formed into irregularly shaped regions by the ion implantation process. Due to uncertainties in the ion implantation/diffusion process, in practical applications, source region 12820 and drain region 12822 do not form rectangular regions as shown in FIG. 128A. FIG. 128B shows source region 12820 and drain region 12822 forming exemplary irregular regions. Due to these process uncertainties, the n+ regions of source region 12820 and drain region 12822 also may diffuse further than desired into the p-type region of channel region 12818, extending underneath gate 12802. The extension of the source region 12820 and drain region 12822 underneath gate 12802 is shown as source overlap 12824 and drain overlap 12826. Source overlap 12824 and drain overlap 12826 are further illustrated in FIG. 128C. FIG. 128C illustrates a top-level view of an example layout configuration for MOSFET 12816. Source overlap 12824 and drain overlap 12826 may lead to unwanted parasitic capacitances between source region 12820 and gate 12802, and between drain region

114

12822 and gate 12802. These unwanted parasitic capacitances may interfere with circuit function. For instance, the resulting parasitic capacitances may produce noise spikes that are radiated by the circuit, causing unwanted electromagnetic interference.

As shown in FIG. 128C, an example MOSFET 12816 may include a gate pad 12828. Gate 12802 may include a gate extension 12830, and a gate pad extension 12832. Gate extension 12830 is an unused portion of gate 12802 required due to metal implantation process tolerance limitations. Gate pad extension 12832 is a portion of gate 12802 used to couple gate 12802 to gate pad 12828. The contact required for gate pad 12828 requires gate pad extension 12832 to be of non-zero length to separate the resulting contact from the area between source region 12820 and drain region 12822. This prevents gate 12802 from shorting to the channel between source region 12820 and drain region 12822 (insulator 12814 of FIG. 128B is very thin in this region). Unwanted parasitic capacitances may form between gate extension 12830 and the substrate (FET 12816 is fabricated on a substrate), and between gate pad extension 12832 and the substrate. By reducing the respective areas of gate extension 12830 and gate pad extension 12832, the parasitic capacitances resulting therefrom can be reduced. Accordingly, embodiments address the issues of uncertainty in the ion implantation/diffusion process. it will be obvious to persons skilled in the relevant art(s) how to decrease the areas of gate extension 12830 and gate pad extension 12832 in order to reduce the resulting parasitic capacitances.

It should be understood that the illustration of the n-channel enhancement-mode MOSFET is for example purposes only. The present invention is applicable to depletion mode MOSFETs, and other transistor types, as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.6 Other Inplementations

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

6. Optional Optimizations of Energy Transfer at an Aliasing Rate

The methods and systems described in sections above can be optimized with one or more of the optimization methods or systems described below.

6.1 Doubling the Aliasing Rate $(F_{AR})$ of the Energy Transfer Signal

In an embodiment, the optional energy transfer signal module 6902 in FIG. 69 includes a pulse generator module that generates aliasing pulses at twice the frequency of the oscillating source. The input signal 6828 may be any suitable oscillating source.

FIG. 71 illustrates a circuit 7102 that generates a doubler output signal 7104 (FIG. 72B) that may be used as an energy transfer signal 6306. The circuit 7102 generates pulses on both rising and falling edges of the input oscillating signal 7106 of FIG. 72A. The circuit 7102 can be implemented as a pulse generator and aliasing rate $(F_{AR})$ doubler. The doubler output signal 7104 can be used as the energy transfer signal 6306.

US 7,218,907 B2

**115**

In the example of FIG. **71**, the aliasing rate is twice the frequency of the input oscillating signal $F_{OSC}$ **7106**, as shown by EQ. (9) below.

$$F_{AR}=2 \cdot F_{OSC} \qquad\qquad\text{EQ. (9)}$$

The aperture width of the aliasing pulses is determined by the delay through a first inverter **7108** of FIG. **71**. As the delay is increased, the aperture is increased. A second inverter **7112** is shown to maintain polarity consistency with examples described elsewhere. In an alternate embodiment inverter **7112** is omitted. Preferably, the pulses have non-negligible aperture widths that tend away from zero time. The doubler output signal **7104** may be further conditioned as appropriate to drive the switch module with non-negligible aperture pulses. The circuit **7102** may be implemented with integrated circuitry, discretely, with equivalent logic circuitry, or with any valid fabrication technology.

6.2 Differential Implementations

The invention can be implemented in a variety of differential configurations. Differential configurations are useful for reducing common mode noise. This can be very useful in receiver systems where common mode interference can be caused by intentional or unintentional radiators such as cellular phones, CB radios, electrical appliances etc. Differential configurations are also useful in reducing any common mode noise due to charge injection of the switch in the switch module or due to the design and layout of the system in which the invention is used. Any spurious signal that is induced in equal magnitude and equal phase in both input leads of the invention will be substantially reduced or eliminated. Some differential configurations, including some of the configurations below, are also useful for increasing the voltage and/or for increasing the power of the down-converted signal **1308B**.

Differential systems are most effective when used with a differential front end (inputs) and a differential back end (outputs). They can also be utilized in the following configurations, for example:

a) A single-input front end and a differential back end; and

b) A differential front end and a single-output back end.

Examples of these system are provided below, with a first example illustrating a specific method by which energy is transferred from the input to the output differentially.

While an example of a differential energy transfer module is shown below, the example is shown for the purpose of illustration, not limitation. Alternate embodiments (including equivalents, extensions, variations, deviations etc.) of the embodiment described herein will be apparent to those skilled in the relevant art based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

6.2.1 An Example Illustrating Energy Transfer Differentially

FIG. **76A** illustrates a differential system **7602** that can be included in the energy transfer module **6304**. The differential system **7602** includes an inverted gated transfer design similar to that described with reference to FIG. **74**. The differential system **7602** includes inputs **7604** and **7606** and outputs **7608** and **7610**. The differential system **7602** includes a first inverted gated transfer module **7612**, which includes a storage module **7614** and a switch module **7616**. The differential system **7602** also includes a second inverted gated transfer module **7618**, which includes a storage module **7620** and a switch module **7616**, which it shares in common with inverted gated transfer module **7612**.

One or both of the inputs **7604** and **7606** are coupled to an EM signal source. For example, the inputs can be coupled

**116**

to an EM signal source, wherein the input voltages at the inputs **7604** and **7606** are substantially equal in amplitude but 180 degrees out of phase with one another. Alternatively, where dual inputs are unavailable, one of the inputs **7604** and **7606** can be coupled to ground.

In operation, when the switch module **7616** is closed, the storage modules **7614** and **7620** are in series and, provided they have similar capacitive values, accumulate charge of equal magnitude but opposite polarities. When the switch module **7616** is open, the voltage at the output **7608** is relative to the input **7604**, and the voltage at the output **7610** is relative to the voltage at the input **7606**.

Portions of the signals at the outputs **7608** and **7610** include signals resulting from energy stored in the storage modules **7614** and **7620**, respectively, when the switch module **7616** was closed. The portions of the signals at the outputs **7608** and **7610** resulting from the stored charge are generally equal in amplitude to one another but 180 degrees out of phase.

Portions of the signals at the outputs **7608** and **7610** also include ripple voltage or noise resulting from the switching action of the switch module **7616**. But because the switch module is positioned between the two outputs **7608** and **7610**, the noise introduced by the switch module appears at the outputs as substantially equal and in-phase with one another. As a result, the ripple voltage can be substantially canceled out by inverting the signal at one of the outputs **7608** or **7610** and adding it to the other remaining output. Additionally, any noise that is impressed with equal amplitude and equal phase onto the input terminals **7604** and **7606** by any other noise sources will tend to be canceled in the same way.

6.2.1.1 Differential Input-to-Differential Output

FIG. **76B** illustrates the differential system **7602** wherein the inputs **7604** and **7606** are coupled to equal and opposite EM signal sources, illustrated here as dipole antennas **7624** and **7626**. In this embodiment, when one of the outputs **7608** or **7610** is inverted and added to the other output, the common mode noise due to the switching module **7616** and other common mode noise present at the input terminals **7604** and **7606** tend to substantially cancel out.

6.2.1.2 Single Input-to-Differential Output

FIG. **76C** illustrates the differential system **7602** wherein the input **7604** is coupled to an EM signal source such as a monopole antenna **7628** and the input **7606** is coupled to ground. In this configuration, the voltages at the outputs **7608** and **7610** are approximately one half the value of the voltages at the outputs in the implementation illustrated in FIG. **76B**, given all other parameters are equal.

FIG. **76E** illustrates an example single input to differential output receiver/down-converter system **7636**. The system **7636** includes the differential system **7602** wherein the input **7606** is coupled to ground as in FIG. **76C**. The input **7604** is coupled to an EM signal source **7638** through an optional input impedance match **7642**. The EM signal source impedance can be matched with an impedance match system **7642** as described in section 5 below.

The outputs **7608** and **7610** are coupled to a differential circuit **7644** such as a filter, which preferably inverts one of the outputs **7608** or **7610** and adds it to the other output **7608** or **7610**. This substantially cancels common mode noise generated by the switch module **7616**. The differential circuit **7644** preferably filters the higher frequency components of the EM signal **1304** that pass through the storage modules **7614** and **7620**. The resultant filtered signal is output as the down-converted signal **1308B**.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 252 of 261 PageID 2585

117            118

### 6.2.1.3 Differential Input-to-Single Output

FIG. **76**D illustrates the differential input to single output system **7629** wherein the inputs **7604** and **7606** of the differential system **7602** are coupled to equal and opposite EM signal dipole antennas **7630** and **7632**. In system **7629**, the common mode noise voltages are not canceled as in systems shown above. The output is coupled from terminal **7608** to a load **7648**.

### 6.2.2 Specific Alternative Embodiments

In specific alternative embodiments, the present invention is implemented using a plurality of gated transfer modules controlled by a common energy transfer signal with a storage module coupled between the outputs of the plurality of gated transfer modules. For example, FIG. **99** illustrates a differential system **9902** that includes first and second gated transfer modules **9904** and **9906**, and a storage module **9908** coupled between. Operation of the differential system **9902** will be apparent to one skilled in the relevant art(s), based on the description herein.

As with the first implementation described above in section 5.5.1 and its sub-sections, the gated transfer differential system **9902** can be implemented with a single input, differential inputs, a single output, differential outputs, and combinations thereof. For example, FIG. **100** illustrates an example single input-to-differential output system **10002**.

Where common-mode rejection is desired to protect the input from various common-mode effects, and where common mode rejection to protect the output is not necessary, a differential input-to-single output implementation can be utilized. FIG. **102** illustrates an example differential-to-single ended system **10202**, where a balance/unbalance (balun) circuit **10204** is utilized to generate the differential input. Other input configurations are contemplated. A first output **10206** is coupled to a load **10208**. A second output **10210** is coupled to ground point **10212**.

Typically, in a balanced-to-unbalanced system, where a single output is taken from a differential system without the use of a balun, (i.e., where one of the output signals is grounded), a loss of about 6 db is observed. In the configuration of FIG. **102**, however, the ground point **10212** simply serves as a DC voltage reference for the circuit. The system **10202** transfers charge from the input in the same manner as if it were full differential, with its conversion efficiency generally affected only by the parasitics of the circuit components used, such as the Rds(on) on FET switches if used in the switch module. In other words, the charge transfer still continues in the same manner of a single ended implementation, providing the necessary single-ended ground to the input circuitry when the aperture is active, yet configured to allow the input to be differential for specific common-mode rejection capability and/or interface between a differential input and a single ended output system.

### 6.2.3 Specific Examples of Optimizations and Configurations for Inverted and Non-Inverted Differential Designs

Gated transfer systems and inverted gated transfer systems can be implemented with any of the various optimizations and configurations disclosed through the specification, such as, for example, impedance matching, tanks and resonant structures, bypass networks, etc. For example, the differential system **10002** in FIG. **100**, which utilizes gated transfer modules with an input impedance matching system **10004** and a tank circuit **10006**, which share a common capacitor. Similarly, differential system **10102** in FIG. **101**, utilizes an inverted gated transfer module with an input impedance matching system **10104** and a tank circuit **10106**, which share a common capacitor.

### 6.3 Smoothing the Down-Converted Signal

The down-converted signal **1308**B may be smoothed by filtering as desired. The differential circuit **7644** implemented as a filter in FIG. **76**E illustrates but one example. This may be accomplished in any of the described embodiments by hardware, firmware and software implementation as is well known by those skilled in the arts.

### 6.4 Impedance Matching

The energy transfer module has input and output impedances generally defined by (1) the duty cycle of the switch module, and (2) the impedance of the storage module, at the frequencies of interest (e.g. at the EM input, and intermediate/baseband frequencies).

Starting with an aperture width of approximately ½ the period of the EM signal being down-converted as a preferred embodiment, this aperture width (e.g. the "closed time") can be decreased. As the aperture width is decreased, the characteristic impedance at the input and the output of the energy transfer module increases. Alternatively, as the aperture width increases from ½ the period of the EM signal being down-converted, the impedance of the energy transfer module decreases.

One of the steps in determining the characteristic input impedance of the energy transfer module could be to measure its value. In an embodiment, the energy transfer module's characteristic input impedance is 300 ohms. An impedance matching circuit can be utilized to efficiently couple an input EM signal that has a source impedance of, for example, 50 ohms, with the energy transfer module's impedance of, for example, 300 ohms. Matching these impedances can be accomplished in various manners, including providing the necessary impedance directly or the use of an impedance match circuit as described below.

Referring to FIG. **70**, a specific embodiment using an RF signal as an input, assuming that the impedance **7012** is a relatively low impedance of approximately 50 Ohms, for example, and the input impedance **7016** is approximately 300 Ohms, an initial configuration for the input impedance match module **7006** can include an inductor **7306** and a capacitor **7308**, configured as shown in FIG. **73**. The configuration of the inductor **7306** and the capacitor **7308** is a possible configuration when going from a low impedance to a high impedance. Inductor **7306** and the capacitor **7308** constitute an L match, the calculation of the values which is well known to those skilled in the relevant arts.

The output characteristic impedance can be impedance matched to take into consideration the desired output frequencies. One of the steps in determining the characteristic output impedance of the energy transfer module could be to measure its value. Balancing the very low impedance of the storage module at the input EM frequency, the storage module should have an impedance at the desired output frequencies that is preferably greater than or equal to the load that is intended to be driven (for example, in an embodiment, storage module impedance at a desired 1 MHz output frequency is 2K ohm and the desired load to be driven is 50 ohms). An additional benefit of impedance matching is that filtering of unwanted signals can also be accomplished with the same components.

In an embodiment, the energy transfer module's characteristic output impedance is 2K ohms. An impedance matching circuit can be utilized to efficiently couple the down-converted signal with an output impedance of, for example, 2K ohms, to a load of, for example, 50 ohms. Matching these impedances can be accomplished in various manners, including providing the necessary load impedance directly or the use of an impedance match circuit as described below.

US 7,218,907 B2

119

When matching from a high impedance to a low impedance, a capacitor **7314** and an inductor **7316** can be configured as shown in FIG. **73**. The capacitor **7314** and the inductor **7316** constitute an L match, the calculation of the component values being well known to those skilled in the relevant arts.

The configuration of the input impedance match module **7006** and the output impedance match module **7008** are considered to be initial starting points for impedance matching, in accordance with the present invention. In some situations, the initial designs may be suitable without further optimization. In other situations, the initial designs can be optimized in accordance with other various design criteria and considerations.

As other optional optimizing structures and/or components are utilized, their affect on the characteristic impedance of the energy transfer module should be taken into account in the match along with their own original criteria.

6.5 Tanks and Resonant Structures

Resonant tank and other resonant structures can be used to further optimize the energy transfer characteristics of the invention. For example, resonant structures, resonant about the input frequency, can be used to store energy from the input signal when the switch is open, a period during which one may conclude that the architecture would otherwise be limited in its maximum possible efficiency. Resonant tank and other resonant structures can include, but are not limited to, surface acoustic wave (SAW) filters, dielectric resonators, diplexers, capacitors, inductors, etc.

An example embodiment is shown in FIG. **94**A. Two additional embodiments are shown in FIG. **88** and FIG. **97**. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention. These implementations take advantage of properties of series and parallel (tank) resonant circuits.

FIG. **94**A illustrates parallel tank circuits in a differential implementation. A first parallel resonant or tank circuit consists of a capacitor **9438** and an inductor **9420** (tank**1**). A second tank circuit consists of a capacitor **9434** and an inductor **9436** (tank**2**).

As is apparent to one skilled in the relevant art(s), parallel tank circuits provide:

low impedance to frequencies below resonance;

low impedance to frequencies above resonance; and

high impedance to frequencies at and near resonance.

In the illustrated example of FIG. **94**A, the first and second tank circuits resonate at approximately 920 Mhz. At and near resonance, the impedance of these circuits is relatively high. Therefore, in the circuit configuration shown in FIG. **94**A, both tank circuits appear as relatively high impedance to the input frequency of 950 Mhz, while simultaneously appearing as relatively low impedance to frequencies in the desired output range of 50 Mhz.

An energy transfer signal **9442** controls a switch **9414**. When the energy transfer signal **9442** controls the switch **9414** to open and close, high frequency signal components are not allowed to pass through tank**1** or tank**2**. However, the lower signal components (50 Mhz in this embodiment) generated by the system are allowed to pass through tank**1** and tank**2** with little attenuation. The effect of tank**1** and tank**2** is to further separate the input and output signals from the same node thereby producing a more stable input and output impedance. Capacitors **9418** and **9440** act to store the 50 Mhz output signal energy between energy transfer pulses.

120

Further energy transfer optimization is provided by placing an inductor **9410** in series with a storage capacitor **9412** as shown. In the illustrated example, the series resonant frequency of this circuit arrangement is approximately 1 GHz. This circuit increases the energy transfer characteristic of the system. The ratio of the impedance of inductor **9410** and the impedance of the storage capacitor **9412** is preferably kept relatively small so that the majority of the energy available will be transferred to storage capacitor **9412** during operation. Exemplary output signals A and B are illustrated in FIGS. **94**B and **94**C, respectively.

In FIG. **94**A, circuit components **9404** and **9406** form an input impedance match. Circuit components **9432** and **9430** form an output impedance match into a 50 ohm resistor **9428**. Circuit components **9422** and **9424** form a second output impedance match into a 50 ohm resistor **9426**. Capacitors **9408** and **9412** act as storage capacitors for the embodiment. Voltage source **9446** and resistor **9402** generate a 950 Mhz signal with a 50 ohm output impedance, which are used as the input to the circuit. Circuit element **9416** includes a 150 Mhz oscillator and a pulse generator, which are used to generate the energy transfer signal **9442**.

FIG. **88** illustrates a shunt tank circuit **8810** in a single-ended to-single-ended system **8812**. Similarly, FIG. **97** illustrates a shunt tank circuit **9710** in a system **9712**. The tank circuits **8810** and **9710** lower driving source impedance, which improves transient response. The tank circuits **8810** and **9710** are able store the energy from the input signal and provide a low driving source impedance to transfer that energy throughout the aperture of the closed switch. The transient nature of the switch aperture can be viewed as having a response that, in addition to including the input frequency, has large component frequencies above the input frequency, (i.e. higher frequencies than the input frequency are also able to effectively pass through the aperture). Resonant circuits or structures, for example resonant tanks **8810** or **9710**, can take advantage of this by being able to transfer energy throughout the switch's transient frequency response (i.e. the capacitor in the resonant tank appears as a low driving source impedance during the transient period of the aperture).

The example tank and resonant structures described above are for illustrative purposes and are not limiting. Alternate configurations can be utilized. The various resonant tanks and structures discussed can be combined or utilized independently as is now apparent.

6.6 Charge and Power Transfer Concepts

Concepts of charge transfer are now described with reference to FIGS. **109**A–F. FIG. **109**A illustrates a circuit **10902**, including a switch S and a capacitor **10906** having a capacitance C. The switch S is controlled by a control signal **10908**, which includes pulses **19010** having apertures T.

In FIG. **109**B, Equation 10 illustrates that the charge q on a capacitor having a capacitance C, such as the capacitor **10906**, is proportional to the voltage V across the capacitor, where:

q=Charge in Coulombs

C=Capacitance in Farads

V=Voltage in Volts

A=Input Signal Amplitude

Where the voltage V is represented by Equation 11, Equation 10 can be rewritten as Equation 12. The change in charge $\Delta q$ over time t is illustrated as in Equation 13 as $\Delta q(t)$, which can be rewritten as Equation 14. Using the sum-to-product trigonometric identity of Equation 15, Equation 14 can be rewritten as Equation 16, which can be rewritten as equation 17.

US 7,218,907 B2

121

Note that the sin term in Equation 11 is a function of the aperture T only. Thus, $\Delta q(t)$ is at a maximum when T is equal to an odd multiple of $\pi$ (i.e., $\pi$, $3\pi$, $5\pi$, . . . ). Therefore, the capacitor **10906** experiences the greatest change in charge when the aperture T has a value of $\pi$ or a time interval representative of 180 degrees of the input sinusoid. Conversely, when T is equal to $2\pi$, $4\pi$, $6\pi$, . . . , minimal charge is transferred.

Equations 18, 19, and 20 solve for q(t) by integrating Equation 10, allowing the charge on the capacitor **10906** with respect to time to be graphed on the same axis as the input sinusoid sin(t), as illustrated in the graph of FIG. **109**C. As the aperture T decreases in value or tends toward an impulse, the phase between the charge on the capacitor C or q(t) and sin(t) tend toward zero. This is illustrated in the graph of FIG. **109**D, which indicates that the maximum impulse charge transfer occurs near the input voltage maxima. As this graph indicates, considerably less charge is transferred as the value of T decreases.

Power/charge relationships are illustrated in Equations 21–26 of FIG. **109**E, where it is shown that power is proportional to charge, and transferred charge is inversely proportional to insertion loss.

Concepts of insertion loss are illustrated in FIG. **109**F. Generally, the noise figure of a lossy passive device is numerically equal to the device insertion loss. Alternatively, the noise figure for any device cannot be less that its insertion loss. Insertion loss can be expressed by Equation 27 or 28.

From the above discussion, it is observed that as the aperture T increases, more charge is transferred from the input to the capacitor **10906**, which increases power transfer from the input to the output. It has been observed that it is not necessary to accurately reproduce the input voltage at the output because relative modulated amplitude and phase information is retained in the transferred power.

6.7 Optimizing and Adjusting the Non-Negligible Aperture Width/Duration

6.7.1 Varying Input and Output Impedances

In an embodiment of the invention, the energy transfer signal **6306** of FIG. **63** is used to vary the input impedance seen by the EM Signal **1304** and to vary the output impedance driving a load. An example of this embodiment is described below using the gated transfer module **6404** shown in FIG. **68**G, and in FIG. **82**A. The method described below is not limited to the gated transfer module **6404**, as it can be applied to all of the embodiments of energy transfer module **6304**.

In FIG. **82**A, when switch **8206** is closed, the impedance looking into circuit **8202** is substantially the impedance of storage module illustrated as the storage capacitance **8208**, in parallel with the impedance of the load **8212**. When the switch **8206** is open, the impedance at point **8214** approaches infinity. It follows that the average impedance at point **8214** can be varied from the impedance of the storage module illustrated as the storage capacitance **8208**, in parallel with the load **8212**, to the highest obtainable impedance when switch **8206** is open, by varying the ratio of the time that switch **8206** is open to the time switch **8206** is closed. Since the switch **8206** is controlled by the energy transfer signal **8210**, the impedance at point **8214** can be varied by controlling the aperture width of the energy transfer signal, in conjunction with the aliasing rate.

An example method of altering the energy transfer signal **6306** of FIG. **63** is now described with reference to FIG. **71**, where the circuit **7102** receives the input oscillating signal **7106** and outputs a pulse train shown as doubler output

122

signal **7104**. The circuit **7102** can be used to generate the energy transfer signal **6306**. Example waveforms of **7104** are shown on FIG. **72**B.

It can be shown that by varying the delay of the signal propagated by the inverter **7108**, the width of the pulses in the doubler output signal **7104** can be varied. Increasing the delay of the signal propagated by inverter **7108**, increases the width of the pulses. The signal propagated by inverter **7108** can be delayed by introducing a R/C low pass network in the output of inverter **7108**. Other means of altering the delay of the signal propagated by inverter **7108** will be well known to those skilled in the art.

6.7.2 Real Time Aperture Control

In an embodiment, the aperture width/duration is adjusted in real time. For example, referring to the timing diagrams in FIGS. **98**B–F, a clock signal **9814** (FIG. **98**B) is utilized to generate an energy transfer signal **9816** (FIG. **98**F), which includes energy transfer pluses **9818**, having variable apertures **9820**. In an embodiment, the clock signal **9814** is inverted as illustrated by inverted clock signal **9822** (FIG. **98**D). The clock signal **9814** is also delayed, as illustrated by delayed clock signal **9824** (FIG. **98**E). The inverted clock signal **9814** and the delayed clock signal **9824** are then ANDed together, generating an energy transfer signal **9816**, which is active—energy transfer pulses **9818**—when the delayed clock signal **9824** and the inverted clock signal **9822** are both active. The amount of delay imparted to the delayed clock signal **9824** substantially determines the width or duration of the apertures **9820**. By varying the delay in real time, the apertures are adjusted in real time.

In an alternative implementation, the inverted clock signal **9822** is delayed relative to the original clock signal **9814**, and then ANDed with the original clock signal **9814**. Alternatively, the original clock signal **9814** is delayed then inverted, and the result ANDed with the original clock signal **9814**.

FIG. **98**A illustrates an exemplary real time aperture control system **9802** that can be utilized to adjust apertures in real time. The example real time aperture control system **9802** includes an RC circuit **9804**, which includes a voltage variable capacitor **9812** and a resistor **9826**. The real time aperture control system **9802** also includes an inverter **9806** and an AND gate **9808**. The AND gate **9808** optionally includes an enable input **9810** for enabling/disabling the AND gate **9808**. The RC circuit **9804**. The real time aperture control system **9802** optionally includes an amplifier **9828**.

Operation of the real time aperture control circuit is described with reference to the timing diagrams of FIGS. **98**B–F. The real time control system **9802** receives the input clock signal **9814**, which is provided to both the inverter **9806** and to the RC circuit **9804**. The inverter **9806** outputs the inverted clock signal **9822** and presents it to the AND gate **9808**. The RC circuit **9804** delays the clock signal **9814** and outputs the delayed clock signal **9824**. The delay is determined primarily by the capacitance of the voltage variable capacitor **9812**. Generally, as the capacitance decreases, the delay decreases.

The delayed clock signal **9824** is optionally amplified by the optional amplifier **9828**, before being presented to the AND gate **9808**. Amplification is desired, for example, where the RC constant of the RC circuit **9804** attenuates the signal below the threshold of the AND gate **9808**.

The AND gate **9808** ANDs the delayed clock signal **9824**, the inverted clock signal **9822**, and the optional Enable signal **9810**, to generate the energy transfer signal **9816**. The apertures **9820** are adjusted in real time by varying the voltage to the voltage variable capacitor **9812**.

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 255 of 261 PageID 2588

US 7,218,907 B2

123          124

In an embodiment, the apertures **9820** are controlled to optimize power transfer. For example, in an embodiment, the apertures **9820** are controlled to maximize power transfer. Alternatively, the apertures **9820** are controlled for variable gain control (e.g. automatic gain control—AGC). In this embodiment, power transfer is reduced by reducing the apertures **9820**.

As can now be readily seen from this disclosure, many of the aperture circuits presented, and others, can be modified in the manner described above (e.g. circuits in FIGS. **68** H–K). Modification or selection of the aperture can be done at the design level to remain a fixed value in the circuit, or in an alternative embodiment, may be dynamically adjusted to compensate for, or address, various design goals such as receiving RF signals with enhanced efficiency that are in distinctively different bands of operation, e.g. RF signals at 900 MHz and 1.8 GHz.

6.8 Adding a Bypass Network

In an embodiment of the invention, a bypass network is added to improve the efficiency of the energy transfer module. Such a bypass network can be viewed as a means of synthetic aperture widening. Components for a bypass network are selected so that the bypass network appears substantially lower impedance to transients of the switch module (i.e., frequencies greater than the received EM signal) and appears as a moderate to high impedance to the input EM signal (e.g., greater that 100 Ohms at the RF frequency).

The time that the input signal is now connected to the opposite side of the switch module is lengthened due to the shaping caused by this network, which in simple realizations may be a capacitor or series resonant inductor-capacitor. A network that is series resonant above the input frequency would be a typical implementation. This shaping improves the conversion efficiency of an input signal that would otherwise, if one considered the aperture of the energy transfer signal only, be relatively low in frequency to be optimal.

For example, referring to FIG. **95** a bypass network **9502** (shown in this instance as capacitor **9512**), is shown bypassing switch module **9504**. In this embodiment the bypass network increases the efficiency of the energy transfer module when, for example, less than optimal aperture widths were chosen for a given input frequency on the energy transfer signal **9506**. The bypass network **9502** could be of different configurations than shown in FIG. **95**. Such an alternate is illustrated in FIG. **90**. Similarly, FIG. **96** illustrates another example bypass network **9602**, including a capacitor **9604**.

The following discussion will demonstrate the effects of a minimized aperture and the benefit provided by a bypassing network. Beginning with an initial circuit having a 550 ps aperture in FIG. **103**, its output is seen to be 2.8 mVpp applied to a 50 ohm load in FIG. **107**A. Changing the aperture to 270 ps as shown in FIG. **104** results in a diminished output of 2.5 Vpp applied to a 50 ohm load as shown in FIG. **107**B. To compensate for this loss, a bypass network may be added, a specific implementation is provided in FIG. **105**. The result of this addition is that 3.2 Vpp can now be applied to the 50 ohm load as shown in FIG. **108**A. The circuit with the bypass network in FIG. **105** also had three values adjusted in the surrounding circuit to compensate for the impedance changes introduced by the bypass network and narrowed aperture. FIG. **106** verifies that those changes added to the circuit, but without the bypass network, did not themselves bring about the increased efficiency demonstrated by the embodiment in

FIG. **105** with the bypass network. FIG. **108**B shows the result of using the circuit in FIG. **106** in which only 1.88 Vpp was able to be applied to a 50 ohm load.

6.9 Modifying the Energy Transfer Signal Utilizing-Feedback

FIG. **69** shows an embodiment of a system **6901** which uses down-converted Signal **1308**B as feedback **6906** to control various characteristics of the energy transfer module **6304** to modify the down-converted signal **1308**B.

Generally, the amplitude of the down-converted signal **1308**B varies as a function of the frequency and phase differences between the EM signal **1304** and the energy transfer signal **6306**. In an embodiment, the down-converted signal **1308**B is used as the feedback **6906** to control the frequency and phase relationship between the EM signal **1304** and the energy transfer signal **6306**. This can be accomplished using the example logic in FIG. **85**A. The example circuit in FIG. **85**A can be included in the energy transfer signal module **6902**. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention. In this embodiment a state-machine is used as an example.

In the example of FIG. **85**A, a state machine **8504** reads an analog to digital converter, A/D **8502**, and controls a digital to analog converter, DAC **8506**. In an embodiment, the state machine **8504** includes 2 memory locations, Previous and Current, to store and recall the results of reading A/D **8502**. In an embodiment, the state machine **8504** utilizes at least one memory flag.

The DAC **8506** controls an input to a voltage controlled oscillator, VCO **8508**. VCO **8508** controls a frequency input of a pulse generator **8510**, which, in an embodiment, is substantially similar to the pulse generator shown in FIG. **68**J. The pulse generator **8510** generates energy transfer signal **6306**.

In an embodiment, the state machine **8504** operates in accordance with a state machine flowchart **8519** in FIG. **85**B. The result of this operation is to modify the frequency and phase relationship between the energy transfer signal **6306** and the EM signal **1304**, to substantially maintain the amplitude of the down-converted signal **1308**B at an optimum level.

The amplitude of the down-converted signal **1308**B can be made to vary with the amplitude of the energy transfer signal **6306**. In an embodiment where the switch module **6502** is a FET as shown in FIG. **66**A, wherein the gate **6604** receives the energy transfer signal **6306**, the amplitude of the energy transfer signal **6306** can determine the "on" resistance of the FET, which affects the amplitude of the down-converted signal **1308**B. The energy transfer signal module **6902**, as shown in FIG. **85**C, can be an analog circuit that enables an automatic gain control function. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention.

6.10 Other Implementations

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

APPX406

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 256 of 261 PageID 2589

US 7,218,907 B2

**125**

### 7. Example Energy Transfer Downconverters

Example implementations are described below for illustrative purposes. The invention is not limited to these examples.

FIG. **86** is a schematic diagram of an exemplary circuit to down convert a 915 MHz signal to a 5 MHz signal using a 101.1 MHz clock.

FIG. **87** shows example simulation waveforms for the circuit of FIG. **86**. Waveform **8602** is the input to the circuit showing the distortions caused by the switch closure. Waveform **8604** is the unfiltered output at the storage unit. Waveform **8606** is the impedance matched output of the downconverter on a different time scale.

FIG. **88** is a schematic diagram of an exemplary circuit to downconvert a 915 MHz signal to a 5 MHz signal using a 101.1 MHz clock. The circuit has additional tank circuitry to improve conversion efficiency.

FIG. **89** shows example simulation waveforms for the circuit of FIG. **88**. Waveform **8802** is the input to the circuit showing the distortions caused by the switch closure. Waveform **8804** is the unfiltered output at the storage unit. Waveform **8806** is the output of the downconverter after the impedance match circuit.

FIG. **90** is a schematic diagram of an exemplary circuit to downconvert a 915 MHz signal to a 5 MHz signal using a 101.1 MHz clock. The circuit has switch bypass circuitry to improve conversion efficiency.

FIG. **91** shows example simulation waveforms for the circuit of FIG. **90**. Waveform **9002** is the input to the circuit showing the distortions caused by the switch closure. Waveform **9004** is the unfiltered output at the storage unit. Waveform **9006** is the output of the downconverter after the impedance match circuit.

FIG. **92** shows a schematic of the example circuit in FIG. **86** connected to an FSK source that alternates between 913 and 917 MHz, at a baud rate of 500 Kbaud. FIG. **93** shows the original FSK waveform **9202** and the downconverted waveform **9204** at the output of the load impedance match circuit.

### IV. Additional Embodiments

Additional aspects/embodiments of the invention are considered in this section.

In one embodiment of the present invention there is provided a method of transmitting information between a transmitter and a receiver comprising the steps of transmitting a first series of signals each having a known period from the transmitter at a known first repetition rate; sampling by the receiver each signal in the first series of signals a single time and for a known time interval the sampling of the first series of signals being at a second repetition rate that is a rate different from the first repetition rate by a known amount; and generating by the receiver an output signal indicative of the signal levels sampled in step B and having a period longer than the known period of a transmitted signal.

In another embodiment of the invention there is provided a communication system comprising a transmitter means for transmitting a first series of signals of known period at a known first repetition rate, a receiver means for receiving the first series of signals, the receiver means including sampling means for sampling the signal level of each signal first series of signals for a known time interval at a known second repetition rate, the second repetition rate being different from the first repetition rate by a known amount as established by the receiver means. The receiver means includes first circuit means for generating a first receiver output signal indicative of the signal levels sampled and having a

**126**

period longer than one signal of the first series of signals. The transmitter means includes an oscillator for generating an oscillator output signal at the first repetition rate, switch means for receiving the oscillator output signal and for selectively passing the oscillator output signal, waveform generating means for receiving the oscillator output signal for generating a waveform generator output signal having a time domain and frequency domain established by the waveform generating means.

The embodiment of the invention described herein involves a single or multi-user communications system that utilizes coherent signals to enhance the system performance over conventional radio frequency schemes while reducing cost and complexity. The design allows direct conversion of radio frequencies into baseband components for processing and provides a high level of rejection for signals that are not related to a known or controlled slew rate between the transmitter and receiver timing oscillators. The system can be designed to take advantage of broadband techniques that further increase its reliability and permit a high user density within a given area. The technique employed allows the system to be configured as a separate transmitter-receiver pair or a transceiver.

The basic objectives of the present system is to provide a new communication technique that can be applied to both narrow and wide band systems. In its most robust form, all of the advantages of wide band communications are an inherent part of the system and the invention does not require complicated and costly circuitry as found in conventional wide band designs. The communications system utilizes coherent signals to send and receive information and consists of a transmitter and a receiver in its simplest form. The receiver contains circuitry to turn its radio frequency input on and off in a known relationship in time to the transmitted signal. This is accomplished by allowing the transmitter timing oscillator and the receiver timing oscillator to operate at different but known frequencies to create a known slew rate between the oscillators. If the slew rate is small compared to the timing oscillator frequencies, the transmitted waveform will appear stable in time, i.e., coherent (moving at the known slew rate) to the receiver's switched input. The transmitted waveform is the only waveform that will appear stable in time to the receiver and thus the receiver's input can be averaged to achieve the desired level filtering of unwanted signals. This methodology makes the system extremely selective without complicated filters and complex encoding and decoding schemes and allows the direct conversion of radio frequency energy from an antenna or cable to baseband frequencies with a minimum number of standard components further reducing cost and complexity. The transmitted waveform can be a constant carrier (narrowband), a controlled pulse (wideband and ultra-wideband) or a combination of both such as a dampened sinusoidal wave and or any arbitrary periodic waveform thus the system can be designed to meet virtually any bandwidth requirement. Simple standard modulation and demodulation techniques such as AM and Pulse Width Modulation can be easily applied to the system.

Depending on the system requirements such as the rate of information transfer, the process gain, and the intended use, there are multiple preferred embodiments of the invention. The embodiment discussed herein will be the amplitude and pulse width modulated system. It is one of the simplest implementations of the technology and has many common components with the subsequent systems. A amplitude modulated transmitter consists of a Transmitter Timing Oscillator, a Multiplier, a Waveform Generator, and an

US 7,218,907 B2

**127**

Optional Amplifier. The Transmitter Timing Oscillator frequency can be determined by a number of resonate circuits including an inductor and capacitor, a ceramic resonator, a SAW resonator, or a crystal. The output waveform is sinusoidal, although a squarewave oscillator would produce identical system performance.

The Multiplier component multiplies the Transmitter Timing Oscillator output signal by 0 or 1 or other constants, K1 and K2, to switch the oscillator output on and off to the Waveform Generator. In this embodiment, the information input can be digital data or analog data in the form of pulse width modulation. The Multiplier allows the Transmitter Timing Oscillator output to be present at the Waveform Generator input when the information input is above a predetermined value. In this state the transmitter will produce an output waveform. When the information input is below a predetermined value, there is no input to the Waveform Generator and thus there will be no transmitter output waveform. The output of the Waveform Generator determines the system's bandwidth in the frequency domain and consequently the number of users, process gain immunity to interference and overall reliability), the level of emissions on any given frequency, and the antenna or cable requirements. The Waveform Generator in this example creates a one cycle pulse output which produces an ultrawideband signal in the frequency domain. An optional power Amplifier stage boosts the output of the Waveform Generator to a desired power level.

With reference now to the drawings, the amplitude and pulse width modulated transmitter in accord with the present invention is depicted at numeral **13000** in FIGS. **130** and **131**. The Transmitter Timing Oscillator **13002** is a crystal-controlled oscillator operating at a frequency of 25 MHZ. Multiplier **13004** includes a two-input NAND gate **13102** controlling the gating of oscillator **13002** output to Waveform Generator **13006**. Waveform Generator **13006** produces a pulse output as depicted at **13208** in FIGS. **132A–132D** and **133**, which produces a frequency spectrum **13402** in FIG. **134**. Amplifier **13008** is optional. The transmitter **13000** output is applied to antenna or cable **13010**, which as understood in the art, may be of various designs as appropriate in the circumstances.

FIGS. **132A–132D**, **133** and **134** illustrate the various signals present in transmitter **13000**. The output of transmitter **13000** in FIG. **132A** may be either a sinusoidal or squarewave signal **13202** that is provided as one input into NAND gate **13102**. Gate **13102** also receives an information signal **13204** in FIG. **132B** which, in the embodiment shown, is digital in form. The output **13206** of Multiplier **13004** can be either sinusoidal or squarewave depending upon the original signal **13202**. Waveform Generator **13006** provides an output of a single cycle impulse signal **13208**. The single cycle impulse **13210** varies in voltage around a static level **13212** and is created at 40 nanoseconds intervals. In the illustrated embodiment, the frequency of transmitter **13002** is 25 MHZ and accordingly, one cycle pulses of 1.0 GHZ are transmitted every 40 nanoseconds during the total time interval that gate **13102** is "on" and passes the output of transmitter oscillator **13002**.

FIG. **135** shows the preferred embodiment receiver block diagram to recover the amplitude or pulse width modulated information and consists of a Receiver Timing Oscillator **13510**, Waveform Generator **13508**, RF Switch Fixed or Variable Integrator **13506**, Decode Circuit **13514**, two optional Amplifier/Filter stages **13504** and **13512**, antenna or cable input **13502**, and Information Output **13516**. The Receiver Timing Oscillator **13510** frequency can be deter-

**128**

mined by a number of resonate circuits including an inductor and capacitor, a ceramic resonator, a SAW resonator, or a crystal. As in the case of the transmitter, the oscillator **13510** shown here is a crystal oscillator. The output waveform is a squarewave, although a sinewave oscillator would produce identical system performance. The squarewave timing oscillator output **13602** is shown in FIG. **136A**. The Receiver Timing Oscillator **13510** is designed to operate within a range of frequencies that creates a known range of slew rates relative to the Transmitter Timing Oscillator **13002**. In this embodiment, the Transmitter Timing Oscillator **13002** frequency is 25 MHZ and the Receiver Timing Oscillator **13510** outputs between 25.0003 MHZ and 25.0012 MHZ which creates a +300 to +1200 Hz slew rate.

The Receiver Timing Oscillator **13510** is connected to the Waveform Generator **13508** which shapes the oscillator signal into the appropriate output to control the amount of the time that the RF switch **13506** is on and off. The on-time of the RF switch **13506** should be less than ½ of a cycle (¹⁄₁₀ of a cycle is preferred) or in the case of a single pulse, no wider than the pulse width of the transmitted waveform or the signal gain of the system will be reduced. Examples are illustrated in Table A1. Therefore the output of the Waveform Generator **13508** is a pulse of the appropriate width that occurs once per cycle of the receiver timing oscillator **13510**. The output **13604** of the Waveform Generator is shown in FIG. **136B**.

TABLE A1

| Transmitted Waveform | Gain Limit on-time | Preferred on-time |
| --- | --- | --- |
| Single 1 nanosecond pulse | 1 nanosecond | 100 picoseconds |
| 1 Gigahertz 1, 2, 3 . . . etc. cycle output | 500 picoseconds | 50 picoseconds |
| 10 Gigahertz 1, 2, 3 . . . etc. cycle output | 50 picoseconds | 5 picoseconds |

The RF Switch/Integrator **13506** samples the RF signal **13606** shown in FIG. **136C** when the Waveform Generator output **13604** is below a predetermined value. When the Waveform Generator output **13604** is above a predetermined value, the RF Switch **13506** becomes a high impedance node and allows the Integrator to hold the last RF signal sample **13606** until the next cycle of the Waveform Generator **13508** output. The Integrator section of **13506** is designed to charge the Integrator quickly (fast attack) and discharge the Integrator at a controlled rate (slow decay). This embodiment provides unwanted signal rejection and is a factor in determining the baseband frequency response of the system. The sense of the switch control is arbitrary depending on the actual hardware implementation.

In an embodiment of the present invention, the gating or sampling rate of the receiver **13500** is 300 Hz higher than the 25 MHZ transmission rate from the transmitter **13000**. Alternatively, the sampling rate could be less than the transmission rate. The difference in repetition rates between the transmitter **13000** and receiver **13500**, the "slew rate," is 300 Hz and results in a controlled drift of the sampling pulses over the transmitted pulse which thus appears "stable" in time to the receiver **13500**. With reference now to FIGS. **132A–132D** and **136A–136G**, an example is illustrated for a simple case of an output signal **13608** (FIG. **136D**) that is constructed of four samples from four RF input pulses **13606** for ease of explanation. As can be clearly seen, by sampling the RF pulses **13606** passed when the transmitter information signal **13204** (FIG. **132B**) is above a predetermine threshold the signal **13608** is a replica of a

APPX408

US 7,218,907 B2

129

signal **13606** but mapped into a different time base. In the case of this example, the new time base has a period four times longer than real time signal. The use of an optional amplifier/filter **13512** results in a further refinement of the signal **13608** which is present in FIG. **136E** as signal **13610**.

Decode Circuitry **13514** extracts the information contained in the transmitted signal and includes a Rectifier that rectifies signal **13608** or **13610** to provide signal **13612** in FIG. **136G**. The Variable Threshold Generator circuitry in circuit **13514** provides a DC threshold signal level **13614** for signal **13610** that is used to determine a high (transmitter output on) or low (transmitter output off) and is shown in FIG. **136G**. The final output signal **13616** in FIG. **136F** is created by an output voltage comparator in circuit **13514** that combines signals **13612** and **13614** such that when the signal **13612** is a higher voltage than signal **13614**, the information output signal goes high. Accordingly, signal **13616** represents, for example, a digital "1" that is now time-based to a 1:4 expansion of the period of an original signal **13606**. While this illustration provides a 4:1 reduction in frequency, it is sometimes desired to provide a reduction of more than 50,000:1; in the preferred embodiment, 100,000:1 or greater is achieved. This results in a shift directly from RF input frequency to low frequency baseband without the requirement of expensive intermediate circuitry that would have to be used if only a 4:1 conversion was used as a first stage. Table A2 provides information as to the time base conversion and includes examples.

TABLE A2

Units
$s = 1 \text{ ps} = 1 \cdot 10^{12} \text{ ns} = 1 \cdot 10^{-9} \text{ us} = 1 \cdot 10^{-6}$
$MHz = 1 \cdot 10^6 \text{ KHz} = 1 \cdot 10^3$
Receiver Timing Oscillator Frequency = 25.0003 MHz
Transmitter Timing Oscillator Frequency = 25 MHz

$$period = \frac{1}{Transmitter\ Timing\ Oscillator\ Frequency}$$

period = 40 ns

$$slew\ rate = \frac{1}{\substack{Receiver\ Timing\ Oscillator\ Frequency- \\ Transmitter\ Timing\ Oscillator\ Frequency}}$$

slew rate = 0.003 s

$$time\ base\ multiplier = \frac{slew\ rate}{period} seconds\ per\ nanosecond$$

time base multiplier = $8.333 \cdot 10^4$
Example 1:
1 nanosecond translates into 83.33 microseconds
time base = (1 ns) · time base multiplier
time base = 83.333 us
Example 2:
2 Gigahertz translates into 24 Kilohertz 2 Gigahertz = 500 picosecond period
time base = (500 ps) · time base multiplier
time base = 41.667 us

$$frequency = \frac{1}{time\ base}$$

frequency = 24 KHz

In the illustrated preferred embodiment, the signal **13616** in FIG. **136F** has a period of 83.33 usec, a frequency of 12 KHz and it is produced once every 3.3 msec for a 300 Hz

130

slew rate. Stated another way, the system is converting a 1 gigahertz transmitted signal into an 83.33 microsecond signal.

Accordingly, the series of RF pulses **13210** that are transmitted during the presence of an "on" signal at the information input gate **13102** are used to reconstruct the information input signal **13204** by sampling the series of pulses at the receiver **13500**. The system is designed to provide an adequate number of RF inputs **13606** to allow for signal reconstruction.

An optional Amplifier/Filter stage or stages **13504** and **13512** may be included to provide additional receiver sensitivity, bandwidth control or signal conditioning for the Decode Circuitry **13514**. Choosing an appropriate time base multiplier will result in a signal at the output of the Integrator **13506** that can be amplified and filtered with operational amplifiers rather than RF amplifiers with a resultant simplification of the design process. The signal **13610** in FIG. **136E** illustrates the use of Amplifier/Filter **13512** (FIG. **137**). The optional RF amplifier **13504** shown as the first stage of the receiver should be included in the design when increased sensitivity and/or additional filtering is required. Example receiver schematics are shown in FIGS. **137–139**.

FIGS. **140–143** illustrate different pulse output signals **14002** and **14202** and their respective frequency domain at **14102** and **14302**. As can be seen from FIGS. **140** and **141**, the half-cycle signal **14002** generates a spectrum less subject to interference than the single cycle of FIG. **133** and the 10-cycle pulse of FIG. **142**. The various outputs determine the system's immunity to interference, the number of users in a given area, and the cable and antenna requirements. FIGS. **133** and **134** illustrate example pulse outputs.

FIGS. **144** and **145** show example differential receiver designs. The theory of operation is similar to the non-differential receiver of FIG. **135** except that the differential technique provides an increased signal to noise ratio by means of common mode rejection. Any signal impressed in phase at both inputs on the differential receiver will attenuated by the differential amplifier shown in FIGS. **144** and **145** and conversely any signal that produces a phase difference between the receiver inputs will be amplified.

FIGS. **146** and **147** illustrate the time and frequency domains of a narrow band/constant carrier signal in contrast to the ultra-wide band signals used in the illustrated embodiment.

V. Conclusions

Example embodiments of the methods, systems, and components of the present invention have been described herein. As noted elsewhere, these example embodiments have been described for illustrative purposes only, and are not limiting. Other embodiments are possible and are covered by the invention. Such other embodiments include but are not limited to hardware, software, and software/hardware implementations of the methods, systems, and components of the invention. Such other embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Thus, the breadth and scope of the present invention should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents.

What is claimed is:

1. A method for down-converting an electromagnetic signal, comprising:

periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and

US 7,218,907 B2

131

a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;

providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;

providing, during the periodic couplings, energy from the electromagnetic signal to the load; and

providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

whereby the energy provided to the load forms a down-converted signal.

2. The method of claim **1**, wherein the periodic couplings have a duration greater than a quarter cycle of the carrier signal.

3. The method of claim **1**, wherein the periodic couplings have a duration equal to a half cycle of the carrier signal.

4. The method of claim **1**, wherein the periodic couplings have a duration substantially equal to a half cycle of the carrier signal.

5. The method of claim **1**, wherein the periodic couplings have a duration just equal to a half cycle of the carrier signal.

6. The method of claim **1**, wherein the electromagnetic signal comprises an amplitude modulated signal.

7. The method of claim **1**, wherein the electromagnetic signal comprises a frequency modulated signal.

8. The method of claim **1**, wherein the electromagnetic signal comprises a phase modulated signal.

9. The method of claim **1**, wherein the energy provided to the load forms an intermediate frequency signal.

10. The method of claim **1**, wherein the energy provided to the load forms a baseband signal.

11. The method of claim **1**, wherein the energy storage device comprises a capacitor.

12. The method of claim **1**, wherein the periodic couplings are achieved using a switching device.

13. A method for down-converting an electromagnetic signal that includes a carrier signal using a circuit that includes an energy storage device, a switch, and a load, wherein the switch and the load are coupled in parallel between a port of the energy storage device and a circuit node, the method comprising:

132

alternately closing and opening the switch at a frequency less than twice the frequency of the carrier signal;

providing, during each of the closings of the switch, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device; and

providing, during each of the openings of the switch, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

whereby the energy provided to the load forms a down-converted signal.

14. The method of claim **13**, further comprising:

providing, during each of the openings of the switch, energy from the electromagnetic signal to the load.

15. The method of claim **13**, wherein each of the closings of the switch has a duration greater than a quarter cycle of the carrier signal.

16. The method of claim **13**, wherein each of the closings of the switch has a duration equal to a half cycle of the carrier signal.

17. The method of claim **13**, wherein each of the closings of the switch has a duration substantially equal to a half cycle of the carrier signal.

18. The method of claim **13**, wherein each of the closings of the switch has a duration just equal to a half cycle of the carrier signal.

19. The method of claim **13**, wherein the electromagnetic signal comprises an amplitude modulated signal.

20. The method of claim **13**, wherein the electromagnetic signal comprises a frequency modulated signal.

21. The method of claim **13**, wherein the electromagnetic signal comprise a phase modulated signal.

22. The method of claim **13**, wherein the energy provided to the load forms an intermediate frequency signal.

23. The method of claim **13**, wherein the energy provided to the load forms a baseband signal.

24. The method of claim **13**, wherein the energy storage device comprises a capacitor.

\* \* \* \* \*

Case 6:14-cv-00687-PGB-KRS   Document 26-10   Filed 08/21/14   Page 260 of 261 PageID 2593

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,218,907 B2                                        Page 1 of  1
APPLICATION NO. : 11/173021
DATED             : May 15, 2007
INVENTOR(S)       : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

**Title Page, Item [75], Inventors section**
Please add --Michael W. Rawlins, Lake Mary, FL (US); Gregory S. Rawlins, Lake Mary, FL (US)--.

Signed and Sealed this

Twenty-eighth Day of August, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

APPX411

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,218,907 B2                                    Page 1 of 1
APPLICATION NO. : 11/173021
DATED             : May 15, 2007
INVENTOR(S)       : David F. Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

This certificate supersedes Certificate of Correction issued August 28, 2007. The Certificate of Correction is to be vacated, no petition to correct inventorship under rule 1.324 has been granted. The inventorship is to be returned to it's original state as follows:

Item (75) should read -- David F. Sorrells, Middleburg, FL (US); Michael J. Bultman, Jacksonville, FL (US); Robert W. Cook, Switzerland, FL (US); Richard C. Looke, Jacksonville, FL (US); Charley D. Moses, Jr., DeBary, FL (US)--.

Signed and Sealed this

Sixteenth Day of October, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

APPX412