# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 26-1033

**Short Case Caption:** ParkerVision, Inc. v. Qualcomm Inc.

**Party Name(s):** Qualcomm Incorporated, Qualcomm Atheros, Inc.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**    ☐   My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐   Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

| **Name of Expected Arguing Counsel** | Sophie A. Hood |
|---|---|

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes         ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**FORM 32. Response to Notice to Advise of Scheduling Conflicts**                                   Form 32
                                                                                                    March 2023

| |
|---|
| **<u>Potential Case Conflicts</u>**<br><br>Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?<br><br>☐  Yes            ☑  No<br><br>If yes, attach a separate sheet listing those cases. |

I certify the above information and any attached statement is complete and accurate.  I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 03/30/2026                         Signature:  _____

Name:        Sophie A. Hood

Nos. 26-1033, 26-1035

# United States Court of Appeals
# for the Federal Circuit

PARKERVISION, INC.,

*Plaintiff-Appellant,*

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,

*Defendants-Appellees.*

*Appeal from the United States District Court for the Middle District of Florida Case No. 6:14-CV-00687-PGB-LHP, Judge Paul G. Byron*

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST
MATTHEW M. WERDEGAR
SOPHIE HOOD
ANJALI SRINIVASAN
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:    415 397 7188
Rvannest@keker.com
Mwerdegar@keker.com
Shood@keker.com
Asrinivasan@keker.com

COOLEY LLP
MATTHEW BRIGHAM
DENA CHEN
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile:  (650) 843-7400
Dchen@cooley.com
Mbrigham@cooley.com

COOLEY LLP
EAMONN GARDNER
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile:  (720) 566-4099
Egardner@cooley.com

*Attorneys for Defendants-Appellees*
*QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.*

6101927

I will be the arguing counsel for Defendants-Appellees, Qualcomm Incorporated and Qualcomm Atheros, Inc. in this case.

I have conflicts June 4 and 5, 2026, due to my child's already-scheduled graduation and related family events; and

I have conflicts August 3-7, 2026, due to a pre-planned vacation with extended family.

I am available for all other dates in May, June, July, August, September, and October 2026.

Dated:  March 30, 2026                                  Respectfully submitted,


*/s/ Sophie Hood*
ROBERT A. VAN NEST
MATTHEW M. WERDEGAR
SOPHIE HOOD
ANJALI SRINIVASAN
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188
Rvannest@keker.com
Mwerdegar@keker.com
Shood@keker.com
Asrinivasan@keker.com

*Attorneys for Defendants-Appellees*
*QUALCOMM INCORPORATED,*
*QUALCOMM ATHEROS, INC.*

1

6101927